DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

LLOYD FARNHAM (CABN 202231)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    lloyd.farnham @ usdoj.gov

Attorneys for United States of America

**FILED**

Jun 22 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-249 RS |
| Plaintiff, | |
| v. | MOTION TO SEAL INDICTMENT AND [PROPOSED] ORDER |
| ROWLAND MARCUS ANDRADE, | |
| Defendant. | |

    The United States hereby moves the Court for an order sealing the Indictment, the Arrest Warrant, this Motion, and the Sealing Order until the arrest of the defendant on the Arrest Warrant issued in this matter or until further order of the Court. Disclosure of the existence of the Indictment and Arrest Warrant may cause the subject of the Indictment to flee, transfer funds or dissipate assets, destroy evidence, or conceal on-going criminal activity, jeopardizing the progress of the ongoing investigation and the arrest of the defendants. The United States also requests that a copy of the Indictment and Arrest Warrant be provided to agents of the Federal Bureau of Investigation, agents of the Internal Revenue Service-Criminal Investigation, and employees and contractors of the United States Attorney's

MOTION TO SEAL INDICTMENT
AND [PROPOSED ORDER]

Office, and that the Indictment and Arrest Warrant may be disclosed to federal agents and other law enforcement officers in order to effectuate the arrest of the defendant.

DATED: June 18, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*/s/ Lloyd Farnham*

LLOYD FARNHAM
Assistant United States Attorney

## [~~PROPOSED~~] ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the Indictment, Arrest Warrant, the Motion to Seal, this Sealing Order, and other related documents in this case shall be sealed until the arrest of the defendant on the Arrest Warrant issued in this matter or until further order of the Court. A copy of the Indictment and Arrest Warrant shall be provided to agents of the Federal Bureau of Investigation, Internal Revenue Service-Criminal Investigation, and employees and contractors of the United States Attorney's Office, and the Indictment and Arrest Warrant may be disclosed to federal agents and other law enforcement officers in order to effectuate the arrest of the defendant.

DATED: June 18, 2020

*/s/ Virginia K. DeMarchi*

HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge