1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  LLOYD FARNHAM (CABN 202231)
   ANDREW F. DAWSON (CABN 264421)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
       FAX: (415) 436-7234
8      Lloyd.Farnham@ usdoj.gov

9  Attorneys for United States of America

**FILED**

Jun 24 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 20-249 RS |
| Plaintiff, | |
| v. | MOTION TO UNSEAL INDICTMENT AND [PROPOSED] ORDER |
| ROWLAND MARCUS ANDRADE, | |
| Defendant. | |

The United States hereby moves the Court for an order unsealing the Indictment in this matter as of 9:00am PDT on June 25, 2020. The Indictment was returned by the Grand Jury on June 18, 2020, and it was sealed by order of the Court the same day. Defendant Andrade was arrested on June 23, 2020, and made his first appearance in the Southern District of Texas on that date. The government believes unsealing the Indictment to be appropriate and moves for an order unsealing the document as of 9:00am PDT on June 25, 2020. The government further requests that this motion and any Order issuing

//

//

MOTION TO UNSEAL INDICTMENT
AND [PROPOSED ORDER]

thereon be filed and similarly maintained under seal until 9:00am PDT on June 25, 2020.

DATED: June 24, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/
ANDREW F. DAWSON
LLOYD FARNHAM
Assistant United States Attorneys

[~~PROPOSED~~] ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the government's motion and this Order be filed under seal. IT IS FURTHER ORDERED that the government's motion, this Order, and the Indictment in this case all be unsealed as of 9:00am PDT on June 25, 2020.

DATED: June 24, 2020

HON. THOMAS S. HIXSON
United States Magistrate Judge