1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  LLOYD FARNHAM (CABN 202231)
   ANDREW F. DAWSON (CABN 264421)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7200
        FAX: (415) 436-7234
8       Lloyd.Farnham@usdoj.gov

9  Attorneys for United States of America

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,            ) CASE NO. 20-CR-00249 RS
14                                      )
          Plaintiff,                    )
15                                      ) **STIPULATION AND [PROPOSED] ORDER
      v.                                ) CONTINUING INITIAL APPEARANCE AND
16                                      ) ARRAIGNMENT**
   ROWLAND MARCUS ANDRADE,              )
17                                      )
          Defendant.                    )
18 ─────────────────────────────────────)

19

20

21

22

23        The United States and the defendant Rowland Marcus Andrade, through his counsel, jointly

24 request a continuance of the initial appearance and arraignment on the Indictment in the above-captioned

25 case. Defendant Andrade was arrested on June 23, 2020, in the Southern District of Texas, and in that

26 district the defendant was released on bond and ordered to appear in this district on July 1, 2020. The

27 Indictment was unsealed on June 25, 2020.

28        The parties request that the Initial Appearance and Arraignment for the defendant currently on

   STIPULATION AND [PROPOSED] ORDER         1
   CASE NO. 20-CR-00249 RS

calendar for July 1, 2020, be continued to July 8, 2020, at 10:30 a.m., and set on the duty magistrate calendar.

DATED: June 30, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/
LLOYD FARNHAM
Assistant United States Attorney

/s/
EMILY LEHMBERG
Attorney for Defendant

## [PROPOSED] ORDER

Pursuant to the above stipulation and agreement of the parties, the Initial Appearance and Arraignment of the defendant in this case is continued to July 8, 2020, at 10:30 a.m.

DATED:

HONORABLE SALLIE KIM
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
CASE NO. 20-CR-00249 RS

2