Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

United States of America

          Plaintiff(s),

  v.

Rowland Marcus Andrade

          Defendant(s).

Case No: 3:20-cr-249-RS

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Brian J. Beck, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Rowland Marcus Andrade in the above-entitled action. My local co-counsel in this case is Manuel A. Medrano, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| 135 S. LaSalle St., Suite 4250<br>Chicago, IL 60603 | 350 S. Grand Avenue, 32nd Floor<br>Los Angeles, CA 90071 |
| My Telephone # of Record: | Local Co-Counsel's Telephone # of Record: |
| (312) 346-1100 | (213) 596-5620 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: |
| bbeck@zuberlawler.com | mmedrano@zuberlawler.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6310979.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/02/20

                                             Brian J. Beck
                                             APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Brian J. Beck is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                                     UNITED STATES DISTRICT/MAGISTRATE JUDGE