1 | DAVID L. ANDERSON (CABN 149604)
United States Attorney
2
HALLIE HOFFMAN (CABN 210020)
3 | Chief, Criminal Division

4 | LLOYD FARNHAM (CABN 202231)
ANDREW F. DAWSON (CABN 264421)
5 | Assistant United States Attorneys

6 |     450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
7 |     Telephone: (415) 436-7200
    FAX: (415) 436-7234
8 |     Lloyd.Farnham@usdoj.gov

9 | Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 20-CR-00249 RS |
|     Plaintiff, | |
|   v. | STIPULATION TO EXCLUDE TIME FROM JULY 8, 2020 TO JULY 28, 2020 AND [PROPOSED] ORDER |
| ROWLAND MARCUS ANDRADE, | |
|     Defendant. | |

    Counsel for the United States and counsel for the defendant Rowland Marcus Andrade stipulate and agree that time be excluded under the Speedy Trial Act from July 8, 2020 through July 28, 2020.

    The defendant appeared on July 8, 2020 for an Initial Appearance and Arraignment on an indictment in the above-captioned matter, and the Court set a Status Conference for July 28, 2020. At the hearing, the parties agreed that time be excluded under the Speedy Trial Act in order to allow for adequate preparation of counsel, to permit the parties to obtain a protective order in the case governing the production of discover, and to permit the defense counsel to review discovery in the case. For these reasons and as further stated on the record at the Initial Appearance, the parties stipulate and agree that excluding time until July 28, 2020 will allow for the effective preparation of counsel. See 18 U.S.C.

§ 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from July 8, 2020 through July 28, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.

DATED: July 10, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/
LLOYD FARNHAM
Assistant United States Attorney

/s/
MANNY MEDRANO
BRIAN BECK
Attorneys for Defendant

### [~~PROPOSED~~] ORDER

Based upon the facts set forth in the stipulation of the parties and the matters discussed before the Court on July 8, 2020, and for good cause shown, the Court finds that failing to exclude the time from July 8, 2020 through July 28, 2020 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from July 8, 2020 to July 28, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from July 8, 2020 through July 28, 2020 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: July 10, 2020

HONORABLE SALLIE KIM
United States Magistrate Judge