1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  LLOYD FARNHAM (CABN 202231)
   ANDREW F. DAWSON (CABN 264421)
5  Assistant United States Attorney

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
7     Telephone: (415) 436-7200
      lloyd.farnham @ usdoj.gov
8
   Attorneys for United States of America
9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 20-CR-00249 RS |
| Plaintiff, | |
| v. | ORDER EXCLUDING TIME FROM JULY 28, 2020 TO OCTOBER 27, 2020 UNDER THE SPEEDY TRIAL ACT |
| ROWLAND MARCUS ANDRADE, | |
| Defendant. | |

On July 28, 2020, the defendant Roland Marcus Andrade, represented by counsel, and the United States, through counsel, appeared before the Court for a status conference in the above pending criminal action. At the request of the parties, the Court continued the matter to October 27, 2020, at 2:30 p.m., for a further status conference. The parties also requested that the Court exclude time from the computation of the Speedy Trial Act from July 28, 2020 to October 27, 2020.

Pursuant to the agreement of the parties, and for good cause, the Court finds it is appropriate to exclude time from the computation of the Speedy Trial Act deadlines. Based on the representations of counsel at the status conference, including regarding the nature of the case and the volume and types of discovery to be produced the Court finds that an exclusion of time is necessary to permit adequate

1  preparation of counsel.  Failure to grant an exclusion of time and a continuance of the matter would
2  deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of
3  due diligence, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice
4  served by excluding the time from computation under the Speedy Trial Act outweigh the best interests
5  of the public and the defendant in a speedy trial.
6      Therefore, IT IS HEREBY ORDERED that the time between and including July 28, 2020 to
7  October 27, 2020 shall be excluded from computation under the Speedy Trial Act, pursuant to 18 U.S.C.
8  § 3161(h)(7)(A), (B)(ii), and (B)(iv).
9      IT IS SO ORDERED.

DATED: 7/30/2020

HONORABLE RICHARD SEEBORG
United States District Judge

[PROPOSED] ORDER                                2
CASE NO. 20-CR-00249 RS