DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CHRIS KALTSAS (NYBN 5460902)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    Email: chris.kaltsas2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 20-0249 RS |
| Plaintiff, | NOTICE OF POSTING OF NOTICE OF LIS PENDENS |
| v. | |
| ROWLAND MARCUS ANDRADE, | |
| Defendant. | |

    I, \_\_\_MICHAEL J HARRIMAN\_\_\_\_, a Special Agent with the Internal Revenue Service, hereby states as follows:

    On the \_\_24th\_\_ day of \_\_\_July\_\_\_\_, 2020, I posted a copy of Notice of Pendency of Action (Lis Pendens) as to Real Property and Improvements Located at 9414 Plaza Point Drive, Missouri City, Texas, 77459 (APN R464607) with the attached Indictment against defendant Rowland Marcus Andrade.

    I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

NOTICE OF POSTING OF LIS PENDENS
CR 20-0249 RS                                             1

Executed this _24th__ day of ___July_____, 2020 at ____Houston_____, Texas.

*[signature]*

_____
MICHAEL J HARRIMAN
IRS Special Agent