Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

United States of America )
                 Plaintiff(s), )
v. )
Rowland Marcus Andrade )
                 Defendant(s). )

Case No: 3:20-cr-249-RS

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Katherine D. Cooper, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Rowland Marcus Andrade in the above-entitled action. My local co-counsel in this case is Mauricio S. Beugelmans, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1185 Avenue of the Americas, 21st Floor<br>New York, NY 10036 | 44 Montgomery Street, Suite 3750<br>San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD:<br>(212) 880-3630 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 651-5707 |
| MY EMAIL ADDRESS OF RECORD:<br>kcooper@mmlawus.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>mbeugelmans@mmlawus.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2257384.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 12/22/20

                                    Katherine D. Cooper
                                            APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Katherine D. Cooper is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE