Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| United States of America | ) | Case No: 3:20-cr-249-RS |
| --- | --- | --- |
| Plaintiff(s), | ) | |
| v. | ) | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| Rowland Marcus Andrade | ) | (CIVIL LOCAL RULE 11-3) |
| Defendant(s). | ) | |

I, Lionel Andre, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Rowland Marcus Andrade in the above-entitled action. My local co-counsel in this case is Mauricio S. Beugelmans, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
| --- | --- |
| 1001 G Street, NW, 7th Floor | 44 Montgomery Street, Suite 3750 |
| Washington, DC 20001 | San Francisco, CA 94104 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (202) 661-7039 | (415) 651-5707 |
| My email address of record: | Local co-counsel's email address of record: |
| landre@mmlawus.com | mbeugelmans@mmlawus.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 422534.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 12/22/20

Lionel Andre
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Lionel Andre is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/22/2020

UNITED STATES DISTRICT JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                October 2012