Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America </br></br> Plaintiff(s), </br></br> v. </br></br> Rowland Marcus Andrade </br></br> Defendant(s). | Case No: 3:20-cr-249-RS </br></br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** </br> (CIVIL LOCAL RULE 11-3) |

I, Katherine D. Cooper, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Rowland Marcus Andrade in the above-entitled action. My local co-counsel in this case is Mauricio S. Beugelmans, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1185 Avenue of the Americas, 21st Floor </br> New York, NY 10036 | 44 Montgomery Street, Suite 3750 </br> San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: </br> (212) 880-3630 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: </br> (415) 651-5707 |
| MY EMAIL ADDRESS OF RECORD: </br> kcooper@mmlawus.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: </br> mbeugelmans@mmlawus.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2257384.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 12/22/20

Katherine D. Cooper
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Katherine D. Cooper is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: December 22, 2020

UNITED STATES DISTRICT JUDGE