MANUEL A. MEDRANO, (SBN 102802)
  *mmedrano@zuberlawler.com*
Zuber Lawler LLP
350 S. Grand Avenue, 32nd Floor
Los Angeles, California 90071   USA
Telephone: +1 (213) 596-5620
Facsimile: +1 (213) 596-5621

BRIAN J. BECK (*pro hac vice*, IL BN 6310979)
  *bbeck@zuberlawler.com*
Zuber Lawler LLP
135 S. LaSalle St., Suite 4250
Chicago, Illinois 60603
Telephone: (312) 346-1100
Facsimile: (213) 596-5621

Attorneys for Defendant Rowland Marcus Andrade

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>Defendant. | Case No. 20-cr-00249-RS<br><br>**NOTICE OF CHANGE OF FIRM NAME**<br><br>The Hon. Richard Seeborg<br><br>Trial Date:       None Set |

Case No. 20-cr-00249-RS

NOTICE OF CHANGE OF FIRM NAME

3161-1003 / 1743627.1

TO THE COURT, ALL PARTIES HEREIN AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the law firm of Zuber Lawler & Del Duca LLP has changed its name to Zuber Lawler LLP.  All future reference to the firm in this matter should be to Zuber Lawler LLP.  The addresses, phone numbers and fax numbers for the firm and its individual attorneys' email addresses have not been affected by this change.

Dated:  January 27, 2021                          Respectfully submitted,

**ZUBER LAWLER LLP**
MANUEL A. MEDRANO

By:   */s/ Manuel A. Medrano*
Attorneys for Defendant Rowland Marcus Andrade