1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ANDREW F. DAWSON (CABN 264421)
   LLOYD FARNHAM (CABN 202231)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
       FAX: (415) 436-7234
8      adawson@usdoj.gov

9  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 20-CR-00249 RS |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER |
|  | ) CONTINUING STATUS CONFERENCE |
| ROWLAND MARCUS ANDRADE, | ) |
| Defendant. | ) |

This matter is currently set for a status conference on March 9, 2021, at 2:30pm. Since this Court ruled on defendant's Motion to Compel via an Order entered on January 26, 2021, the government has continued to produce discovery. The government's most recent production was sent to the defense on February 1, 2021. The defense team is currently reviewing those materials. The government is currently processing and preparing its next production of documents.

The discovery in the case is voluminous, and the parties request an approximate 60-day continuance in order to provide the defense with the opportunity to continue to review these discovery materials, and for the government to continue producing documents. The parties also request that the Court exclude time from the Speedy Trial Act deadlines on the basis that the proposed continuance will

STIPULATION AND [PROPOSED] ORDER          1
CASE NO. 20-CR-00249 RS

1   allow for the effective preparation of counsel.  The parties agree that the ends of justice served by this
2   continuance outweigh the best interest of the public and the defendant in a speedy trial. The parties
3   further agree that the failure to grant this continuance would unreasonably deny counsel for defendant
4   the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
5   Accordingly, the parties agree that the period from March 9. 2021 through May 12, 2021, or the date of
6   the continued Status Conference, should be excluded in accordance with the provisions of the Speedy
7   Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking
8   into account the exercise of due diligence.

9       IT IS SO STIPULATED.

10  DATED:  March 3, 2021                                     Respectfully submitted,

11                                                            STEPHANIE M. HINDS
                                                              Acting United States Attorney
12
                                                              _____/s/_____
13                                                            ANDREW F. DAWSON
                                                              Assistant United States Attorney
14

15                                                            ZUBER LAWLER & DEL DUCA LLP

16                                                            _____/s/_____
                                                              BRIAN J. BECK
17                                                            Attorney for Defendant

18

19                                  **[PROPOSED] ORDER**

20       For the reasons stated in the stipulation of the parties above, and for good cause shown, the Court
21  hereby orders that the Status Conference currently set for March 9, 2021 is vacated and reset for May
22  12, 2021, at 2:30 p.m. It is further ordered that time is excluded, pursuant to 18 U.S.C. §§ 3161(h)(7)(A)
23  and (B)(iv) through May 12, 2021.

24

25  DATED:                                                    _____
                                                              HONORABLE RICHARD SEEBORG
26                                                            United States District Judge

27

28

STIPULATION AND [PROPOSED] ORDER           2
CASE NO. 20-CR-00249 RS