MANNY MEDRANO
Zuber Lawler & Del Duca LLP
350 S. Grand Ave., 32nd Floor
Los Angeles, California 90071
Tel.: 213.596-5620
Fax: 213.596-5621
mmedrano@zuberlawler.com

KATHERINE D. COOPER *(appearance pro hac vice)*
Murphy & McGonigle, P.C.
1185 Avenue of the Americas, 21st Floor
New York, NY 10036
Tel.: 212.880.3630
Fax: 212.880.3998
kcooper@mmlawus.com

Attorneys for Defendant Rowland Marcus Andrade
[Additional counsel listed on the next page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | CASE NO.: 20-cr-00249-RS |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT ROWLAND MARCUS ANDRADE; [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW** |
| ROWLAND MARCUS ANDRADE, | |
| Defendants. | |
| | Date: July 20, 2021 |
| | Time: 2:30 p.m. PDT |
| | Judge: The Hon. Richard Seeborg |

BRIAN BECK
Zuber Lawler & Del Duca LLP
350 S. Grand Ave., 32nd Floor
Los Angeles, California 90071
Tel.: 213.596-5620
Fax: 213.596-5621
bbeck@zuberlawler.com

MAURICIO S. BEUGELMANS (Bar No. 201131)
Murphy & McGonigle, RLLP
44 Montgomery Street, Suite 3750
San Francisco, CA 94104
Tel.: 415.651.5707
Fax: 415.651.5708
mbeugelmans@mmlawus.com

LIONEL ANDRÉ *(appearance pro hac vice)*
Murphy & McGonigle, P.C.
1001 G Street NW, 7th Floor
Washington, DC 20001
Tel.: 202.661.7039
Fax: 202.661.7059
landre@mmlawus.com

Attorneys for Defendant Rowland Marcus Andrade

NOTICE OF MOTION AND MOTION TO
WITHDRAW AS COUNSEL FOR DEFENDANT ANDRADE        CASE NO. 20-CR-0249-RS

**PLEASE TAKE NOTICE THAT** at 2:30 p.m. PDT on Tuesday, July 20, 2021, or as soon thereafter as counsel may be heard before the Honorable Richard Seeborg, United States District Judge of the United States District Court for the Northern District of California, San Francisco Division, 450 Golden Gate Avenue, San Francisco, Katherine D. Cooper, Lionel André of Murphy & McGonigle, PC, and Mauricio S. Beugelmans of Murphy & McGonigle, RLLP, shall and hereby do respectfully seek leave of this Court, pursuant to Local R. 11-5(a), Crim. Local R. 44-2(b), and in compliance with Cal. R. Prof. Conduct Rule 1.16(b), to withdraw as counsel for Defendant Rowland Marcus Andrade.

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT ANDRADE

Pursuant to the Northern District of California's Criminal Local Rule 44-2(b), Katherine D. Cooper and Lionel André of Murphy & McGonigle, PC, and Mauricio S. Beugelmans of Murphy & McGonigle, RLLP ("Movants") hereby notify the Government and the Court of their intent to withdraw as counsel for defendant Rowland Marcus Andrade.

Movants state the following grounds for this notice and motion:

1. Movant Mauricio S. Beugelmans of Murphy & McGonigle, RLLP, filed his notice of appearance in the instant matter on December 22, 2020.

2. This Court granted Movants Cooper and André leave to appear *pro hac vice* in this action pursuant to its December 22, 2020, Order.

3. Movants have represented DEFENDANT Andrade since November 2020, in connection with the instant criminal matter by joining his criminal defense team, headed by Manny Medrano.

4. Movants seek leave to withdraw their representation of Defendant Andrade for professional considerations under Cal. R. Prof. Conduct Rule 1.16(b). In light of their duty of confidentiality under Cal. R. Prof. Conduct Rule 1.6, Movants decline to provide additional details regarding their basis for withdrawing pursuant to Cal. R. Prof. Conduct Rule 1.16(b). Given Rule 1.6, any further detail should only be shared with the Court *in camera*.

NOTICE OF MOTION AND MOTION TO WITHDRAW  CASE NO. 20-CR-0249-RS

1

5. Movants' withdrawal will not cause any prejudice to Defendant Andrade or delay in this matter because Defendant Andrade's original defense attorneys, Manny Medrano and Brian Beck, will remain attorneys of record for Defendant Andrade.  In addition, because Defendant Andrade is not currently detained  upon information and belief, it is unlikely that a trial date in this matter will be set to commence  before 2022.

6. Given the insubstantial nature of this Motion, as well as the substantial burden to all parties in travelling and attending a hearing on this Motion, Movants respectfully request that the Court waive oral argument.

## CONCLUSION

For the foregoing reasons, Movants respectfully request that this Court waive oral argument on this Motion, grant them leave to withdraw as counsels in the above-captioned matter, and enter an order stating that Movants have so withdrawn.

Date:   July 15, 2021                                              Respectfully submitted,

*/s/ Katherine D. Cooper*
KATHERINE D. COOPER
LIONEL ANDRÉ
Murphy & McGonigle, P.C.
MAURICIO S. BEUGELMANS
Murphy & McGonigle, RLLP
Attorneys for Defendant Rowland Marcus Andrade

NOTICE OF MOTION AND MOTION TO WITHDRAW  CASE NO. 20-CR-0249-RS

## PROOF OF SERVICE

The undersigned certifies that, on July 15, 2021, she caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.  In addition, she emailed a copy of this document to be emailed to Defendant, Rowland Marcus Andrade, at his last known email address.

/s/ *Katherine D. Cooper*
Katherine D. Cooper

1  MANNY MEDRANO
   Zuber Lawler & Del Duca LLP
2  350 S. Grand Ave., 32nd Floor
   Los Angeles, California 90071
3  Tel.:  213.596-5620
   Fax:  213.596-5621
4  mmedrano@zuberlawler.com
5
   KATHERINE D. COOPER *(appearance pro hac vice)*
6  Murphy & McGonigle, P.C.
   1185 Avenue of the Americas, 21st Floor
7  New York, NY 10036
   Tel.: 212.880.3630
8  Fax: 212.880.3998
   kcooper@mmlawus.com
9
10 Attorneys for Defendant Rowland Marcus Andrade
   [Additional counsel listed on the next page]
11

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | CASE NO.: 20-cr-0249-RS |
|---|---|
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT ROWLAND MARCUS ANDRADE** |
| ROWLAND MARCUS ANDRADE, | |
| Defendants. | Date:  July 20, 2021<br>Time:  2:30 p.m. PDT<br>Judge:  The Hon. Richard Seeborg |

NOTICE OF MOTION AND MOTION TO WITHDRAW  CASE NO. 20-CR-0249-RS

4

BRIAN BECK
Zuber Lawler & Del Duca LLP
350 S. Grand Ave., 32nd Floor
Los Angeles, California 90071
Tel.:  213.596-5620
Fax:  213.596-5621
bbeck@zuberlawler.com

MAURICIO S. BEUGELMANS (Bar No. 201131)
Murphy & McGonigle, RLLP
44 Montgomery Street, Suite 3750
San Francisco, CA 94104
Tel.: 415.651.5707
Fax: 415.651.5708
mbeugelmans@mmlawus.com

LIONEL ANDRÉ *(appearance pro hac vice)*
Murphy & McGonigle, P.C.
1001 G Street NW, 7th Floor
Washington, DC 20001
Tel.: 202.661.7039
Fax: 202.661.7059
landre@mmlawus.com

Attorneys for Defendant Rowland Marcus Andrade Katherine D. Cooper, Lionel André, and Mauricio S. Beugelmans ("Movants") seek to withdraw as counsel for defendant Rowland Marcus Andrade in the above-captioned matter pursuant to Northern District of California's Criminal Local Rule 44-2(b). As this Court finds that Katherine D. Cooper, Lionel André and Mauricio S. Beugelmans have submitted sufficient grounds for withdrawal, and that the granting of their Motion will not cause substantial prejudice or delay to Rowland Marcus Andrade, IT IS HEREBY ORDERED that the Motion filed by Movants Katherine D. Cooper, Lionel André and Mauricio S. Beugelmans to withdraw as counsel for defendant Rowland Marcus Andrade is GRANTED, and Katherine D. Cooper, Lionel André, and Mauricio S. Beugelmans are hereby terminated as counsel in this proceeding.

DATED: _____     By: _____
                                    Hon. Richard Seeborg

NOTICE OF MOTION AND MOTION TO WITHDRAW  CASE NO. 20-CR-0249-RS

5