MANNY MEDRANO
Zuber Lawler & Del Duca LLP
350 S. Grand Ave., 32nd Floor
Los Angeles, California 90071
Tel.: 213.596-5620
Fax: 213.596-5621
mmedrano@zuberlawler.com

KATHERINE D. COOPER *(appearance pro hac vice)*
Murphy & McGonigle, P.C.
1185 Avenue of the Americas, 21st Floor
New York, NY 10036
Tel.: 212.880.3630
Fax: 212.880.3998
kcooper@mmlawus.com

Attorneys for Defendant Rowland Marcus Andrade
[Additional counsel listed on the next page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>   Plaintiff, <br><br> vs. <br><br> ROWLAND MARCUS ANDRADE, <br><br>   Defendants. | CASE NO.: 20-cr-0249-RS <br><br> **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT ROWLAND MARCUS ANDRADE** <br><br> Date:  July 20, 2021 <br> Time:  2:30 p.m. PDT <br> Judge:  The Hon. Richard Seeborg |

NOTICE OF MOTION AND MOTION TO WITHDRAW   CASE NO. 20-CR-0249-RS

4

| | |
|---|---|
| 1 | BRIAN BECK |
| | Zuber Lawler & Del Duca LLP |
| 2 | 350 S. Grand Ave., 32nd Floor |
| | Los Angeles, California 90071 |
| 3 | Tel.:  213.596-5620 |
| 4 | Fax:  213.596-5621 |
| | bbeck@zuberlawler.com |
| 5 | |
| | MAURICIO S. BEUGELMANS (Bar No. 201131) |
| 6 | Murphy & McGonigle, RLLP |
| | 44 Montgomery Street, Suite 3750 |
| 7 | San Francisco, CA 94104 |
| | Tel.: 415.651.5707 |
| 8 | Fax: 415.651.5708 |
| 9 | mbeugelmans@mmlawus.com |
| 10 | LIONEL ANDRÉ *(appearance pro hac vice)* |
| | Murphy & McGonigle, P.C. |
| 11 | 1001 G Street NW, 7th Floor |
| | Washington, DC 20001 |
| 12 | Tel.: 202.661.7039 |
| | Fax: 202.661.7059 |
| 13 | landre@mmlawus.com |
| 14 | |

15  Attorneys for Defendant Rowland Marcus Andrade Katherine D. Cooper, Lionel André,

16 and Mauricio S. Beugelmans ("Movants") seek to withdraw as counsel for defendant Rowland

17 Marcus Andrade in the above-captioned matter pursuant to Northern District of California's

18 Criminal Local Rule 44-2(b). As this Court finds that Katherine D. Cooper, Lionel André and

19 Mauricio S. Beugelmans have submitted sufficient grounds for withdrawal, and that the granting

20 of their Motion will not cause substantial prejudice or delay to Rowland Marcus Andrade, IT IS

21 HEREBY ORDERED that the Motion filed by Movants Katherine D. Cooper, Lionel André and

22 Mauricio S. Beugelmans to withdraw as counsel for defendant Rowland Marcus Andrade is

23 GRANTED, and Katherine D. Cooper, Lionel André, and Mauricio S. Beugelmans are hereby

24 terminated as counsel in this proceeding.

25 DATED:  7/20/2021            By: _____
                                    Hon. Richard Seeborg

NOTICE OF MOTION AND MOTION TO WITHDRAW   CASE NO. 20-CR-0249-RS