STEPHANIE M. HINDS (CABN 149604)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ANDREW F. DAWSON (CABN 264421)
LLOYD FARNHAM (CABN 202231)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    andrew.dawson@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 20-CR-00249 RS |
| Plaintiff, | |
| v. | [PROPOSED] ORDER EXCLUDING TIME FROM JULY 13, 2021 TO JULY 22, 2021 UNDER THE SPEEDY TRIAL ACT |
| ROWLAND MARCUS ANDRADE, | |
| Defendant. | |

On July 13, 2021, the parties appeared for a status conference before this Court. Both sets of defense counsel raised issues regarding the status of their legal representation, and this Court ordered that counsel provide an update as to their representation by Monday, July 19, 2021. *See* Docket 52. Defense counsel then filed two motions to withdraw, which the Court heard on Tuesday, July 20. *See* Docket No. 56. The Court granted defense counsel's motions and set this matter for identification of counsel on July 22, 2021.

At both hearings, the Court found that an exclusion of time under the Speedy Trial Act for effective preparation of counsel was appropriate. Failure to grant an exclusion of time and a continuance of the matter would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The Court

1    further finds that the ends of justice served by excluding the time from computation under the Speedy

2    Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

3         Therefore, IT IS HEREBY ORDERED that the time between and including July 13, 2021 to July

4    22, 2021 shall be excluded from computation under the Speedy Trial Act, pursuant to 18 U.S.C. §

5    3161(h)(7)(A), (B)(ii), and (B)(iv).

6         IT IS SO ORDERED.

7

8

9    DATED:                                    _____

10                                             HONORABLE RICHARD SEEBORG
                                               United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28