| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 30 M | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Karen L. Hom | REPORTER/DIGITAL RECORDING:<br>Zoom Webinar: 10:38-10:42 | |
| MAGISTRATE JUDGE<br>JOSEPH C. SPERO | DATE<br>August 17, 2021 | NEW CASE ☐ | CASE NUMBER<br>20-cr-0249-RS-1 |

### APPEARANCES

| DEFENDANT<br>Rowland Marcus Andrade | AGE | CUST<br>N | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Warrington Parker, Kayvan Ghaffari | PD. ☐ RET. ☐<br>APPT. ☒ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Christiaan Highsmith | INTERPRETER | | | FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Pepper Friesen | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | PARTIAL PAYMENT OF CJA FEES ☐ |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☒ STATUS - 4 M<br>☐ TRIAL SET |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☒ ~~OTHER~~ sealed status<br>26 M |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

☐ ADVISED OF RIGHTS    ☐ ADVISED OF CHARGES    ☐ NAME AS CHARGED IS TRUE NAME    ☐ TRUE NAME:

### ARRAIGNMENT

☐ ARRAIGNED ON INFORMATION    ☐ ARRAIGNED ON INDICTMENT    ☐ READING WAIVED SUBSTANCE    ☐ WAIVER OF INDICTMENT FILED

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED    ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### ID Counsel  CONTINUANCE

| TO:<br>08/20/2021 | ☒ ~~ATTY APPT~~ HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT:<br>10:30 AM | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☒ STATUS<br>to set ex-parte hrg on fin. aff. |
| BEFORE HON.<br>Spero | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Defendant consents to proceed by Zoom. The AUSA was excused and Court went into an ex-parte sealed session. Sealed Zoom Meeting Time: 10:44-11:11 (26 M).

DOCUMENT NUMBER: