| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>Acting United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | ANDREW F. DAWSON (CABN 264421)<br>LLOYD FARNHAM (CABN 202231) |
| 5 | Assistant United States Attorneys |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-7200<br>FAX: (415) 436-7234 |
| 8 | adawson@usdoj.gov |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 20-CR-00249 RS |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME |
| ROWLAND MARCUS ANDRADE, | ) | |
| Defendant. | ) | |

This matter came before the Court on September 13, 2021 for a hearing regarding appointment of counsel. On September 17, undersigned defense counsel was appointed by the Court to represent defendant Andrade, pending further proceedings regarding whether the defendant shall make any contributions towards the cost of his defense. At the September 13 hearing, the Court set this matter for a status conference before the district judge on October 12, 2021 and found that the time between September 13 and October 12 should be excluded under the Speedy Trial Act in order to allow newly appointed counsel time to effectively prepare for trial. Accordingly, the parties hereby stipulate and agree that the period from September 13, 2021 through October 12, 2021 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for

effective preparation of defense counsel, taking into account the exercise of due diligence.

IT IS SO STIPULATED.

DATED: September 21, 2021                     Respectfully submitted,

                                              STEPHANIE M. HINDS
                                              Acting United States Attorney

                                                        /s/
                                              ANDREW F. DAWSON
                                              Assistant United States Attorney


                                                        /s/
                                              MICHAEL SHEPARD
                                              Attorney for Defendant


**[PROPOSED] ORDER**

For the reasons stated in the stipulation of the parties above, and for good cause shown, the Court hereby orders that time is excluded, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) from September 13, 2021 through October 12, 2021.


DATED: September 24, 2021                     _____
                                              HONORABLE SALLIE KIM
                                              United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER        2
CASE NO. 20-CR-00249 RS