STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ROSS WEINGARTEN (NYBN 5236401)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6747
    FAX: (415) 436-7234
    Ross.weingarten@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 20-00249 RS-1 |
|     Plaintiff, | NOTICE OF APPEARANCE OF COUNSEL |
|   v. | |
| ROWLAND MARCUS ANDRADE | |
|     Defendant. | |

TO THE COURT AND DEFENDANTS AND COUNSEL:

PLEASE TAKE NOTICE THAT the Clerk is hereby requested to enter the appearance of Assistant United States Attorney ("AUSA") Ross Weingarten, who will be appearing on behalf of the United States in the above-captioned case. The Clerk is requested to change the docket sheet and other Court records to ensure that all orders and communications from the Court will, in the future, be additionally directed to AUSA Weingarten at the above mailing address, telephone number, facsimile number, and email address.

//

Please also take note that, from the date of this request, all matters served on the government should also be served on AUSA Weingarten. Please amend your service list accordingly.

DATED: March 7, 2022                                Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney


_____/s/_____
ROSS WEINGARTEN
Assistant United States Attorney