```
 1  STEPHANIE M. HINDS (CABN 149604)
    United States Attorney
 2
    THOMAS A. COLTHURST (CABN 99493)
 3  Chief, Criminal Division

 4  ANDREW F. DAWSON (CABN 264421)
    ROSS WEINGARTEN (NYBN 5236401)
 5  Assistant United States Attorneys

 6       450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
 7       Telephone: (415) 436-7200
         andrew.dawson@usdoj.gov
 8
    Attorneys for United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 20-CR-00249 RS |
|---|---|
| Plaintiff, | ) |
|  | ) [PROPOSED] ORDER EXCLUDING TIME |
| v. | ) FROM MARCH 8, 2022 TO MAY 31, 2022 UNDER |
|  | ) THE SPEEDY TRIAL ACT |
| ROWLAND MARCUS ANDRADE, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

On March 8, 2022, the defendant Roland Marcus Andrade, represented by counsel, and the United States, through counsel, appeared before the Court for a status conference in the above pending criminal action. The Court set a further status conference on May 31, 2022, at 2:30pm. The parties agreed that an exclusion of time under the Speedy Trial Act was appropriate from March 8, 2022 to May 31, 2022.

Pursuant to the agreement of the parties, and for good cause, the Court finds it is appropriate to exclude time from the computation of the Speedy Trial Act deadlines. Based on the representations of counsel at the status conference regarding ongoing discovery productions and negotiations, the Court finds that an exclusion of time is necessary to permit effective preparation of counsel. Failure to grant

1  an exclusion of time and a continuance of the matter would deny counsel the reasonable time necessary
2  for effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. §
3  3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from
4  computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a
5  speedy trial.

6       Therefore, IT IS HEREBY ORDERED that the time between and including March 8, 2022 to
7  May 31, 2022 shall be excluded from computation under the Speedy Trial Act, pursuant to 18 U.S.C. §
8  3161(h)(7)(A), (B)(ii), and (B)(iv).

9       IT IS SO ORDERED.

12  DATED:

HONORABLE RICHARD SEEBORG
United States District Judge