STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ANDREW F. DAWSON (CABN 264421)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7019
    FAX: (415) 436-7234
    andrew.dawson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID MATA,<br><br>    Defendant. | NO. CR 22-00171 EMC<br>[FILED APRIL 27, 2022] |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>    Defendant. | NO. CR 20-00249 RS<br>[FILED JUNE 22, 2020]<br><br>NOTICE OF RELATED CASE IN A CRIMINAL ACTION |

    The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the two above-captioned criminal cases are related. Defendant Andrade was indicted in June 2020 on charges related to an alleged fraud scheme related to the development and promotion of a cryptocurrency called AML Bitcoin. Those charges remain pending. Defendant Mata was charged via

NOTICE OF RELATED CASES
U.S. v. MATA, ANDRADE

Information in April 2022 pursuant to a separate alleged fraud scheme related to the management of a cryptocurrency investment fund, Block Bits Fund. However, defendant Mata was also aware of and involved in the AML Bitcoin scheme with defendant Andrade. Thus, the cases against defendants Andrade and Mata involve similar and overlapping sets of facts. The government anticipates that Defendant Mata is a potential witness in any trial against Andrade. Accordingly, the government believes that the case against defendant Mata should be related and heard by the same judge who is overseeing the case against defendant Andrade, U.S. District Court Judge Richard Seeborg. Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1) because they involve the same events and occurrences, in addition to overlapping parties. Furthermore, the cases are related within the meaning of Local Rule 8-1(b)(2) because, if heard by separate judges, the actions likely would involve substantial duplication of labor by the two judges.

Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

DATED: May 5, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

/s/

ANDREW DAWSON
Assistant United States Attorneys

NOTICE OF RELATED CASES
U.S. v. MATA, ANDRADE