STEPHANIE M. HINDS (CABN 149604)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ANDREW F. DAWSON (CABN 264421)
ROSS WEINGARTEN (NYBN 5236401)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7019
    Facsimile: (415) 436-7234
    andrew.dawson@usdoj.gov
    ross.weingarten@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 20-CR-00249 RS |
|     Plaintiff, | |
|   v. | ORDER EXCLUDING TIME  FROM MAY 31, 2022 TO AUGUST 30, 2022 UNDER THE SPEEDY TRIAL ACT |
| ROWLAND MARCUS ANDRADE, | |
|     Defendant. | |

On May 31, 2022, the parties appeared for a status conference before this Court.  The Court set a further status conference for August 30, 2022, and a trial date of August 7, 2023.  In addition, the Court found that an exclusion of time under the Speedy Trial Act through August 30, 2022 for effective preparation of counsel was appropriate.  Defendant is reviewing substantial discovery produced by the government, and failure to grant an exclusion of time and a continuance of the matter would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from computation under the Speedy Trial Act outweigh the best interests

    1

1    of the public and the defendant in a speedy trial.

2            Therefore, IT IS HEREBY ORDERED that the time between and including May 31, 2022 to

3    August 30, 2022 shall be excluded from computation under the Speedy Trial Act, pursuant to 18 U.S.C.

4    § 3161(h)(7)(A), (B)(ii), and (B)(iv).

5            IT IS SO ORDERED.

6

7    DATED:      June 6, 2022                                    _____

8                                                               HONORABLE RICHARD SEEBORG
                                                                United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER CASE NO. 20-                          2
CR-00249 RS