MICHAEL J. SHEPARD (SBN 91281)
*mshepard@kslaw.com*
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: +1 415 318 1200
Facsimile: +1 415 318 1300

Attorney for Defendant
ROWLAND MARCUS ANDRADE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>Defendant. | Case No. 3:20-cr-00249-RS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ROWLAND MARCUS ANDRADE'S MOTION TO COMPEL DISCOVERY**<br><br>Judge: Hon. Richard Seeborg |

**[PROPOSED] ORDER**

Upon the Motion of Defendant Marcus Andrade, and good cause appearing, IT IS HEREBY ORDERED THAT Defendant's Motion to Compel Discovery in the above-captioned case is hereby GRANTED.

Dated: _____          By: _____
                                                                                          HON. RICHARD SEEBORG
                                                                                          United States District Court Judge