UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ROWLAND ANDRADE, <br> Defendant. | Case No. 20-cr-00249-RS-1 <br><br> **ORDER OF REFERENCE TO MAGISTRATE JUDGE** |

Pursuant to Northern District Criminal Local Rule 7-1(b), the Court hereby refers Defendant's Motion to Compel Discovery [97] and any future discovery to a randomly assigned Magistrate Judge for resolution.

**IT IS SO ORDERED**.

Dated: July 18, 2022

_____
RICHARD SEEBORG
Chief United States District Judge