# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>Defendant. | Case No. 3:20-cr-00249-RS<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT ROWLAND MARCUS ANDRADE'S MOTION TO COMPEL DISCOVERY** |

## [PROPOSED] ORDER

Based on the Stipulation of the parties, it is HEREBY ORDERED that, based on the Stipulation of the parties, Defendant Andrade's Motion to Compel is hereby WITHDRAWN, without prejudice.

Dated: _____   By: _____
                                         HON. LAUREL BEELER
                                         United States Magistrate Judge