United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

    Plaintiff,

  v.

ROWLAND MARCUS ANDRADE,

    Defendant.

Case No. 20-cr-00249-RS-1

**REFERRAL ORDER**

This matter is referred to Chief Magistrate Judge Joseph Spero for identification of counsel, to be scheduled for a hearing consistent with Judge Spero's schedule.

**IT IS SO ORDERED**.

Dated: October 20, 2022

_____
RICHARD SEEBORG
Chief United States District Judge