**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**ZOOM CRIMINAL MINUTE ORDER**

| **Case No.:** 20-cr-00249-RS-1 (JCS) | **Case Name:** USA v. Rowland Marcus Andrade (present, by Zoom. No custody) | |
|---|---|---|
| **Chief Magistrate Judge:** JOSEPH C. SPERO | **Date**: November 8, 2022 | **Time:** 1 H 27 M |

**Attorney for Plaintiff:** Andrew Dawson
**Attorney for Defendant:** Michael Shepard and Kerrie Dent, CJA
**Interpreter:** NA
**US Pretrial Officer:** NA
**US Probation Officer:** NA

**Deputy Clerk:** Karen Hom              **Digital Recorder:** Zoom Webinar Time: 10:00-10:04; **Sealed Zoom Meeting Time**: 10:08-11:23; Zoom Webinar Time: 11:26-11:27

**ZOOM PROCEEDINGS**

I.D. Counsel Hearing - Held

**ORDERED AFTER HEARING**

Defendant consents to appearing by Zoom video conference.
Court went into a sealed ex-parte session with defense counsel and defendant.
Mr. Shepard will continue to represent Mr. Andrade.