STEPHANIE M. HINDS (CABN 149604)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ANDREW F. DAWSON (CABN 264421)
ROSS WEINGARTEN (NYBN 5236401)
Assistant United States Attorneys

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102-3495
  Telephone: (415) 436-7200
  andrew.dawson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 20-CR-00249 RS |
| Plaintiff, | ) |
| v. | ) ORDER EXCLUDING TIME FROM<br>) AUGUST 30, 2022 TO FEBRUARY, 14, 2023<br>) UNDER THE SPEEDY TRIAL ACT |
| ROWLAND MARCUS ANDRADE, | ) |
| Defendant. | ) |
| | ) |

On August 30, 2022, the defendant Roland Marcus Andrade, represented by counsel, and the

United States, through counsel, appeared before the Court for a status conference in the above pending

criminal action. The Court set a further status conference on November 15, 2022. The parties agreed

that an exclusion of time under the Speedy Trial Act was appropriate from August 30, 2022 to

November 15, 2022.

On November 15, 2022, the parties appeared again for a status conference in the above pending

proceeding. The Court set a further status conference on February 14, 2023, at 2:30pm. The parties

agreed that an exclusion of time under the Speedy Trial Act was appropriate from November 15, 2022 to

February 14, 2023.

ORDER CASE NO. 20-
CR-00249 RS

1

1    Pursuant to the agreement of the parties, and for good cause, the Court finds it is appropriate to

2    exclude time from the computation of the Speedy Trial Act deadlines.  Based on the representations of

3    counsel at the status conferences regarding ongoing discovery productions and anticipated motion

4    practice, the Court finds that an exclusion of time is necessary to permit effective preparation of counsel.

5    Failure to grant an exclusion of time and a continuance of the matter would deny counsel the reasonable

6    time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to 18

7    U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time

8    from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant

9    in a speedy trial.

10    Therefore, IT IS HEREBY ORDERED that the time between and including August 30, 2022 to

11    February 14, 2023 shall be excluded from computation under the Speedy Trial Act, pursuant to 18

12    U.S.C. § 3161(h)(7)(A), (B)(ii), and (B)(iv).

13    IT IS SO ORDERED.

14

15

16    DATED:    11/28/2022    _____

17    HONORABLE RICHARD SEEBORG
United States District Judge

18

19

20

21

22

23

24

25

26

27

28

ORDER CASE NO. 20-                                    2
CR-00249 RS