1  **KING & SPALDING LLP**
   MICHAEL J. SHEPARD (SBN 91281)
2    mshepard@kslaw.com
   50 California Street, Suite 3300
3  San Francisco, California 94111
   Telephone:    +1 415 318 1221
4  Facsimile:    +1 415 318 1300

5
   KERRIE C. DENT (Admitted *pro hac vice*)
6    kdent@kslaw.com
   1700 Pennsylvania Avenue, NW, Suite 900
7  Washington, DC 20006-4707
   Telephone:    +1 202 626 2394
8  Facsimile:    +1 202 626 3737

9
   Attorneys for Defendant
10 ROWLAND MARCUS ANDRADE

11                        **UNITED STATES DISTRICT COURT**

12                       **NORTHERN DISTRICT OF CALIFORNIA**

13                              **SAN FRANCISCO DIVISION**

14
   | UNITED STATES OF AMERICA, | Case No. 3:2-cr-00249-RS-LBx |
   |---|---|
   | Plaintiff, | |
   | v. | **[PROPOSED] ORDER GRANTING DEFENDANT ROWLAND MARCUS ANDRADE'S MOTION TO COMPEL DISCOVERY** |
   | ROWLAND MARCUS ANDRADE, | |
   | Defendant. | Hon. Laurel Beeler, Magistrate Judge |

1

**[PROPOSED] ORDER**

Upon the Motion of Defendant Marcus Andrade, and good cause appearing, IT IS HEREBY ORDERED THAT Defendant's Motion to Compel Discovery in the above-captioned case is hereby GRANTED.

Dated: _____        By: _____
                                                   HON. LAUREL BEELER
                                                   United States Magistrate Judge