**KING & SPALDING LLP**
MICHAEL J. SHEPARD (SBN 91281)
 mshepard@kslaw.com
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone:     +1 415 318 1200
Facsimile:      +1 415 318 1300

KERRIE C. DENT (Admitted *pro hac vice*)
 kdent@kslaw.com
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:     +1 202 626 2394
Facsimile:      +1 202 626 3737

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>Defendants. | Case No. 3:20-CR-00249-RS-LBx<br><br>**DECLARATION OF KERRIE C. DENT IN SUPPORT OF DEFENDANT ROWLAND MARCUS ANDRADE'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT FROM THE DOCKET**<br><br>Hon. Laurel Beeler, Magistrate Judge |

I, Kerrie C. Dent, declare:

1. I am an attorney at King & Spalding LLP, admitted pro hac vice to practice before this Court.

2. I am one of the attorneys of record for defendant Rowland Marcus Andrade in the above-captioned case.

3. I have personal knowledge of the following facts, and if called as a witness in this matter, I could competently testify to the matters stated in this Declaration.

4. I was involved in preparation of Defendant's Motion to Compel Discovery. When we filed that motion (Docket #115) on November 23, 2022, we inadvertently included exhibits that were intended to be filed under seal.

5. We immediately took steps to remedy the error, first by notifying the Government of the error and informing the Government that a corrected filing would be filed promptly. The Government's attorneys agreed to refrain from reviewing that document, and to destroy any copies. Despite the unavailability of most court personnel over the Thanksgiving holiday weekend, we were able to reach a member of the court staff, who was able to lock-down the document; that is, to remove the filing from public view.

6. We refiled the Motion to Compel Discovery and attachments on November 28, 2022.

7. We are now requesting that the Court remove from the ECF system Defendant's Motion to Compel, and attachments, that were incorrectly filed on November 23, 2022 (Docket #115).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on November 30, 2022 at Washington, District of Columbia.

/s/ <u>Kerrie C. Dent</u>
Kerrie C. Dent