CINDY A. DIAMOND (CA State Bar # 124995)
Attorney at Law
58 West Portal Avenue
# 350
San Francisco, California 94127
Tel: 408.981.6307
cindy@cadiamond.com

Attorney for Defendant
ROWLAND MARCUS ANDRADE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.: 3:20-CR-00249-RS |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT ROWLAND MARCUS ANDRADE** |
| vs. | |
| ROLAND MARCUS ANDRADE, | |
| Defendant. | |

TO:     THE COURT, COUNSEL FOR THE GOVERNMENT, AND ALL INTERESTED PERSONS:

PLEASE TAKE NOTICE that Cindy A. Diamond has joined the defense team for defendant Andrade, as co-counsel. Ms. Diamond requests to be added to the court's docket and included in future correspondence. Ms. Diamond will work with Michael J. Shepard, who serves as lead counsel for Mr. Andrade. Ms. Diamond's contact information is listed above.

DATED: November 30, 2022          Respectfully Submitted,

/s/

_____
CINDY A. DIAMOND, Esq.
Attorney for Defendant
ROWLAND MARCUS ANDRADE