1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  CHRISTIAAN H. HIGHSMITH (CABN 296282)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7200
7      christiaan.highsmith@usdoj.gov

8  Attorneys for United States of America

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                           SAN FRANCISCO DIVISION

12
   UNITED STATES OF AMERICA,          )   NO. CR. 20-CR-00249 RS
13                                    )
           Plaintiff,                 )   [PROPOSED] ORDER EXCLUDING TIME FROM
14                                    )   FEBRUARY 14, 2023, TO JUNE 6, 2023, UNDER
        v.                            )   THE SPEEDY TRIAL ACT
15                                    )
   ROWLAND MARCUS ANDRADE,            )
16                                    )
           Defendant.                 )
17                                    )

18

19       This matter previously was set for a status conference on February 14, 2023.  With the agreement

20  of the parties, the February 14, 2023, hearing was continued to March 1, 2023.  On March 1, 2023,

21  Defendant Roland Marcus Andrade, represented by counsel, and the United States, through counsel,

22  appeared before the Court for a status conference in the above pending criminal action.  The Court set a

23  further status conference on June 6, 2023.  The parties agreed that an exclusion of time under the Speedy

24  Trial Act was appropriate from February 14, 2023, to June 6, 2023.

25       Pursuant to an agreement of the parties, and for good cause, the Court finds it is appropriate to

26  exclude time from the computation of the Speedy Trial Act deadlines.  Based on the representations of

27  counsel at the status conference regarding ongoing discovery productions and disputes, the Court finds

28  that an exclusion of time is necessary to permit effective preparation of counsel.  Failure to grant an

exclusion of time and a continuance of the matter would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial

Therefore, IT IS HEREBY ORDERED that the time between and including February 14, 2023, to June 6, 2023, shall be excluded from computation under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(ii), and (B)(iv).

IT IS SO ORDERED.

DATED: _____

_____
HON. RICHARD SEEBORG
United States District Judge