STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CHRISTIAAN H. HIGHSMITH (CABN 296282)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    christiaan.highsmith@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>     Plaintiff, <br><br>   v. <br><br> ROWLAND MARCUS ANDRADE, <br><br>     Defendant. | NO. CR. 20-CR-00249 RS <br><br> ORDER EXCLUDING TIME FROM FEBRUARY 14, 2023, TO JUNE 6, 2023, UNDER THE SPEEDY TRIAL ACT |

    This matter previously was set for a status conference on February 14, 2023. With the agreement of the parties, the February 14, 2023, hearing was continued to March 1, 2023. On March 1, 2023, Defendant Roland Marcus Andrade, represented by counsel, and the United States, through counsel, appeared before the Court for a status conference in the above pending criminal action. The Court set a further status conference on June 6, 2023. The parties agreed that an exclusion of time under the Speedy Trial Act was appropriate from February 14, 2023, to June 6, 2023.

    Pursuant to an agreement of the parties, and for good cause, the Court finds it is appropriate to exclude time from the computation of the Speedy Trial Act deadlines. Based on the representations of counsel at the status conference regarding ongoing discovery productions and disputes, the Court finds that an exclusion of time is necessary to permit effective preparation of counsel. Failure to grant an

1   exclusion of time and a continuance of the matter would deny counsel the reasonable time necessary for

2   effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C.

3   § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from

4   computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a

5   speedy trial

6           Therefore, IT IS HEREBY ORDERED that the time between and including February 14, 2023,

7   to June 6, 2023, shall be excluded from computation under the Speedy Trial Act, pursuant to 18 U.S.C. §

8   3161(h)(7)(A), (B)(ii), and (B)(iv).

9           IT IS SO ORDERED.

10

11  DATED:  3/6/2023

12                                                                      HON. RICHARD SEEBORG
                                                                        United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28