**KING & SPALDING LLP**
MICHAEL J. SHEPARD (SBN 91281)
  mshepard@kslaw.com
50 California Street, Suite 3300
San Francisco, CA  94111
Telephone:     +1 415 318 1200
Facsimile:     +1 415 318 1300

KERRIE C. DENT (Admitted *pro hac vice*)
  kdent@kslaw.com
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:     +1 202 626 2394
Facsimile:     +1 202 626 3737

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>Defendants. | Case No. 3:20-CR-00249-RS-01 (JCS)<br><br>**DECLARATION OF MICHAEL J. SHEPARD IN SUPPORT OF DEFENDANT'S *EX PARTE* APPLICATION FOR ORDER PERMITTING TRANSCRIPT PREPARATION OF CONFIDENTIAL HEARING** |

1

SHEPARD DECL. ISO *EX PARTE* APP FOR ORDER PERMITTING    CASE NO. 3:20-CR-00249-RS-01 (JCS)
TRANSCRIPT PREPARATION OF CONFIDENTIAL HRG

I, Michael J. Shepard, do hereby state and declare:

1. On November 8, 2022, a hearing was held in this matter before the Honorable Judge Joseph Spero. I attended as Lead Counsel for Mr. Andrade, accompanied by my colleague Kerrie Dent. Approximately an hour and fifteen-minutes of that hearing was held in a confidential manner, *ex parte*, without the presence of the government attorneys.

2. In late February, 2023, I requested the transcript of the November 8, 2022 hearing in order to be able to share it with our client. Subsequently, I was contacted by a court representative, who told me that Ana Dub, the court reporter assigned to produce this transcript, required a court order to produce and deliver the transcript due to the confidential nature of the hearing.

3. Therefore, I am requesting an order permitting court reporter Ana Dub to prepare and deliver the transcript to me and my colleague Kerrie Dent. We were both at the hearing and understand the proceedings were confidential, and will keep the transcript in a confidential manner, sharing it only with our client and other members of the defense team.

4. By this application, I am not seeking an order to unseal the transcript generally, nor an order to change the confidential nature of the proceedings held on November 8, 2022. Furthermore, I am not requesting that this transcript be filed on the Court's docket.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 9th day of March, 2023, in San Francisco, California.

/s/ Michael J. Shepard
Michael J. Shepard