ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

KATHERINE WAWRZINIAK (CABN 252751)
Chief, Criminal Division

CHRISTIAAN H. HIGHSMITH (CABN 296282)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    christiaan.highsmith@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. 20-CR-00249 RS |
| Plaintiff, | [PROPOSED] ORDER EXCLUDING TIME FROM JUNE 6, 2023, TO OCTOBER 17, 2023, UNDER THE SPEEDY TRIAL ACT |
| v. | |
| ROWLAND MARCUS ANDRADE, | |
| Defendant. | |

    On June 6, 2023, Defendant Roland Marcus Andrade, represented by counsel, and the United States, through counsel, appeared before the Court for a status conference in the above pending criminal action. The Court set a further status conference on June 6, 2023. The parties agreed that an exclusion of time under the Speedy Trial Act was appropriate from June 6, 2023, to October 17, 2023.

    Pursuant to an agreement of the parties, and for good cause, the Court finds it is appropriate to exclude time from the computation of the Speedy Trial Act deadlines. Based on the representations of counsel at the status conference regarding ongoing discovery productions and disputes, the Court finds that an exclusion of time is necessary to permit effective preparation of counsel. Failure to grant an exclusion of time and a continuance of the matter would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C.

§ 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial

Therefore, IT IS HEREBY ORDERED that the time between and including June 6, 2023, to October 17, 2023, shall be excluded from computation under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(ii), and (B)(iv).

IT IS SO ORDERED.

DATED: _____

HON. RICHARD SEEBORG
United States District Judge