1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   KATHERINE WAWRZINIAK (CABN 252751)
3  Chief, Criminal Division

4  CHRISTIAAN H. HIGHSMITH (CABN 296282)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       christiaan.highsmith@usdoj.gov

8  Attorneys for United States of America

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12

13 | UNITED STATES OF AMERICA,         ) NO. CR. 20-CR-00249 RS
   |                                   )
14 |        Plaintiff,                 ) ORDER EXCLUDING TIME FROM JUNE 6,
   |                                   ) 2023, TO OCTOBER 17, 2023, UNDER THE
15 |    v.                             ) SPEEDY TRIAL ACT
   |                                   )
16 | ROWLAND MARCUS ANDRADE,           )
   |                                   )
17 |        Defendant.                 )
   |                                   )

18

19     On June 6, 2023, Defendant Roland Marcus Andrade, represented by counsel, and the United

20 States, through counsel, appeared before the Court for a status conference in the above pending criminal

21 action. The Court set a further status conference on June 6, 2023. The parties agreed that an exclusion

22 of time under the Speedy Trial Act was appropriate from June 6, 2023, to October 17, 2023.

23     Pursuant to an agreement of the parties, and for good cause, the Court finds it is appropriate to

24 exclude time from the computation of the Speedy Trial Act deadlines. Based on the representations of

25 counsel at the status conference regarding ongoing discovery productions and disputes, the Court finds

26 that an exclusion of time is necessary to permit effective preparation of counsel. Failure to grant an

27 exclusion of time and a continuance of the matter would deny counsel the reasonable time necessary for

28 effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C.

ORDER Case No. CR
20-00249 RS                                                                              v. 7/10/2018

§ 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial

Therefore, IT IS HEREBY ORDERED that the time between and including June 6, 2023, to October 17, 2023, shall be excluded from computation under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(ii), and (B)(iv).

IT IS SO ORDERED.

DATED: June 6, 2023

HON. RICHARD SEEBORG
United States District Judge