ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

KATHERINE L. WAWRZYNIAK (CABN 252751)
Chief, Criminal Division

ROSS WEINGARTEN (NYBN 5236401)
CHRISTIAAN HIGHSMITH (CABN 296282)
ANDREW F. DAWSON (CABN 264421)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7019
    FAX: (415) 436-7234
    andrew.dawson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 20-249 RS |
| Plaintiff, | JOINT STIPULATION RE: TRIAL DATES |
| v. | |
| MARCUS ANDRADE, | |
| Defendant. | |

On June 6, 2023, the Court held a status conference in this case. During the hearing, the Court ordered the parties, over the objection of the defendant, to stipulate to three different trial dates in the first quarter of 2024 and to submit the stipulation to the Court by June 20, 2023. Dkt. 184. The government anticipates that its case-in-chief will take no more than 10 court days (two weeks), although the government reserves the right to modify that estimate as circumstances change. As discovery remains ongoing, the defendant has no estimate for the time of his case, if any.

Accordingly, the parties propose that the Court select one of the following trial start dates:

- Monday, March 18, 2024
- Monday, March 11, 2024

JOINT STIPULATION RE: TRIAL DATES    1
CR 20-249 RS

- Monday, February 26, 2024

IT IS SO STIPULATED

DATED: June 20, 2023                    Respectfully submitted,

                                        ISMAIL J. RAMSEY
                                        United States Attorney

                                        ____/s/_____
                                        ANDREW F. DAWSON
                                        ROSS WEINGARTEN
                                        CHRISTIAAN HIGHSMITH
                                        Assistant United States Attorneys

                                        KING & SPALDING LLP

                                        By: */s/ Michael J. Shepard*
                                                MICHAEL J. SHEPARD
                                                KERRIE C. DENT
                                                CINDY A. DIAMOND
                                                Attorneys for Defendant
                                                ROWLAND MARCUS ANDRADE