ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CHRISTIAAN H. HIGHSMITH (CABN 296282)
Assistant United States Attorney

 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102-3495
 Telephone: (415) 436-7200
 christiaan.highsmith@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. 20-CR-00249 RS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM OCTOBER 17, 2023, TO NOVEMBER 14, 2023 |
| v. | |
| ROWLAND MARCUS ANDRADE, | |
| Defendant. | |

The above-referenced case was originally set for a status hearing on October 17, 2023, at 9:30 a.m. via Zoom. (ECF No. 184). The Court moved the time to 2:30 p.m., but Counsel for the United States has a conflict at that time. Counsel for the United States and counsel for Defendant Andrade have met and conferred and respectfully request that this Court continue Defendant Andrade's status hearing to the next date on which everyone is available, November 14, 2023, at 2:30 p.m., via Zoom.

The United States has produced voluminous discovery to Defendant Andrade in response to some of Mr. Andrade's requests, which the defense is reviewing in preparation for trial. Further, the parties are engaged in discovery-related litigation before U.S. Magistrate Judge Laurel Beeler, including a hearing set for October 26, 2023.

The parties also request and stipulate that time between October 17, 2023, and November 14,

STIPULATION AND [PROPOSED] ORDER
Case No. CR 20-00249 RS

1  2023, be excluded for effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The

2  parties further stipulate, and ask the Court to find, that the requested continuance and exclusion of time

3  are in the interests of justice and outweigh the best interest of the public and the defendant in a speedy

4  trial. 18 U.S.C. § 3161(h)(7)(A).

5  　　　IT IS SO STIPULATED

6

7  DATED:　　October 12, 2023　　　　　　　Respectfully submitted,

8  　　　　　　　　　　　　　　　　　　ISMAIL J. RAMSEY
   　　　　　　　　　　　　　　　　　　United States Attorney

9

10 　　　　　　　　　　　　　　　　　　_____/s/_____
   　　　　　　　　　　　　　　　　　　CHRISTIAAN H. HIGHSMITH

11 　　　　　　　　　　　　　　　　　　Assistant United States Attorney

12 DATED:　　October 12, 2023　　　　　　　_____/s/_____

13 　　　　　　　　　　　　　　　　　　MICHAEL J. SHEPARD
   　　　　　　　　　　　　　　　　　　KERRIE C. DENT

14 　　　　　　　　　　　　　　　　　　CINDY A. DIAMOND

15 　　　　　　　　　　　　　　　　　　Attorneys for Defendant
   　　　　　　　　　　　　　　　　　　ROWLAND MARCUS ANDRADE

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
Case No. CR 20-00249 RS

1
2
3

**[PROPOSED] ORDER**

4      For the reasons stated above by the parties, the status hearing currently set in this matter is

5  hereby continued to November 14, 2023, at 2:30 p.m.  Further, for the reasons stated above and because

6  good cause has been shown, the time between October 17, 2023, and November 14, 2023, is excluded

7  from the running of the speedy trial clock for effective preparation of counsel under 18 U.S.C.

8  §3161(h)(7)(B)(iv).  Failure to grant the continuance would deny the defendants' counsel the reasonable

9  time necessary to prepare, taking into account the exercise of due diligence.  Further, the requested

10  continuance and exclusion of time are in the interests of justice and outweigh the best interest of the

11  public and the defendant in a speedy trial.

12      IT IS SO ORDERED.

13
14  DATED: _____
15
                                      _____
                                      HON. RICHARD SEEBORG
                                      United States District Judge
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER
Case No. CR 20-00249 RS