1   ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

2

3   THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

4   CHRISTIAAN H. HIGHSMITH (CABN 296282)
Assistant United States Attorney

5

6       450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200

7       christiaan.highsmith@usdoj.gov

8   Attorneys for United States of America

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12

| UNITED STATES OF AMERICA, | ) | NO. CR. 20-CR-00249 RS |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM OCTOBER 17, 2023, TO NOVEMBER 14, 2023 |
| v. | ) | |
| ROWLAND MARCUS ANDRADE, | ) | |
| Defendant. | ) | |

19      The above-referenced case was originally set for a status hearing on October 17, 2023, at 9:30

20   a.m. via Zoom. (ECF No. 184). The Court moved the time to 2:30 p.m., but Counsel for the United

21   States has a conflict at that time. Counsel for the United States and counsel for Defendant Andrade have

22   met and conferred and respectfully request that this Court continue Defendant Andrade's status hearing

23   to the next date on which everyone is available, November 14, 2023, at 2:30 p.m., via Zoom.

24      The United States has produced voluminous discovery to Defendant Andrade in response to

25   some of Mr. Andrade's requests, which the defense is reviewing in preparation for trial. Further, the

26   parties are engaged in discovery-related litigation before U.S. Magistrate Judge Laurel Beeler, including

27   a hearing set for October 26, 2023.

28      The parties also request and stipulate that time between October 17, 2023, and November 14,

STIPULATION AND ORDER Case No. CR
20-00249 RS

1  2023, be excluded for effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The

2  parties further stipulate, and ask the Court to find, that the requested continuance and exclusion of time

3  are in the interests of justice and outweigh the best interest of the public and the defendant in a speedy

4  trial. 18 U.S.C. § 3161(h)(7)(A).

5      IT IS SO STIPULATED

6

7  DATED:      October 12, 2023                    Respectfully submitted,

8                                                  ISMAIL J. RAMSEY
                                                   United States Attorney

9
                                                   _____/s/_____
10                                                 CHRISTIAAN H. HIGHSMITH
                                                   Assistant United States Attorney

11

12 DATED:      October 12, 2023                    _____/s/_____

13                                                 MICHAEL J. SHEPARD
                                                   KERRIE C. DENT
14                                                 CINDY A. DIAMOND
                                                   Attorneys for Defendant
15                                                 ROWLAND MARCUS ANDRADE

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER Case No. CR
20-00249 RS

1

2

3 **ORDER**

4       For the reasons stated above by the parties, the status hearing currently set in this matter is

5 hereby continued to November 14, 2023, at 2:30 p.m.  Further, for the reasons stated above and because

6 good cause has been shown, the time between October 17, 2023, and November 14, 2023, is excluded

7 from the running of the speedy trial clock for effective preparation of counsel under 18 U.S.C.

8 §3161(h)(7)(B)(iv).  Failure to grant the continuance would deny the defendants' counsel the reasonable

9 time necessary to prepare, taking into account the exercise of due diligence.  Further, the requested

10 continuance and exclusion of time are in the interests of justice and outweigh the best interest of the

11 public and the defendant in a speedy trial.

12       IT IS SO ORDERED.

13

14 DATED: __October 13, 2023____

HON. RICHARD SEEBORG
15 United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER Case No. CR
20-00249 RS