ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CHRISTIAAN HIGHSMITH (CABN 296282)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7019
    FAX: (415) 436-7234
    christiaan.highsmith@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARCUS ANDRADE,<br><br>    Defendant. | CASE NO. CR 20-249 RS (LB)<br><br>UNITED STATES' RESPONSE TO COURT ORDER REGARDING RETURN OF THE LEVIN PHONE [ECF NOS. 234, 235]<br><br>Court: Hon. Laurel Beeler, Courtroom B, 15th Fl. |

On November 2, 2023, the Court held a hearing on Defendant Andrade's motion to compel the government to produce an image of Alexander Levin's cell phone, which was seized pursuant to a search warrant in the Southern District of New York in connection with an entirely separate investigation. Mr. Levin is not a defendant or a party in this Northern District of California case.

At the November 2, 2023, hearing, the Court ordered the government to update the Court by November 9, 2023, about whether an image of Mr. Levin's cell phone has been returned to Mr. Levin, and if not, whether the government objects to doing so. ECF Nos. 234, 235. In accordance with the Court's order, the government provides the following update.

The government does not object to returning Mr. Levin's cell phone to Mr. Levin. More than one year ago, prosecutors in the Southern District of New York asked Mr. Levin's counsel where

counsel wanted Mr. Levin's physical property to be sent, or whether defense counsel wanted to pick up Mr. Levin's devices from the FBI. Mr. Levin's counsel never responded to the Government. In November 2023, defense counsel asked the FBI to mail Mr. Levin's devices to defense counsel's office, which FBI-New York has done or intends to do shortly.

DATED: November 9, 2023              Respectfully submitted,

                                     ISMAIL J. RAMSEY
                                     United States Attorney

                                     ____/s/_____
                                     CHRISTIAAN HIGHSMITH
                                     Assistant United States Attorney