```
1   ISMAIL J. RAMSEY (CABN 189820)
    United States Attorney
2
    THOMAS A. COLTHURST (CABN 99493)
3   Chief, Criminal Division

4   CHRISTIAAN H. HIGHSMITH (CABN 296282)
    DAVID WARD (CABN 239504)
5   Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7200
        FAX: (415) 436-7234
8       christiaan.highsmith@usdoj.gov
        david.ward@usdoj.gov
9
    Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 20-CR-00249 RS |
|---|---|
| Plaintiff, | ) |
| v. | ) [PROPOSED] ORDER EXCLUDING TIME FROM NOVEMBER 14, 2023 TO JANUARY 23, 2024 UNDER THE SPEEDY TRIAL ACT |
| ROWLAND MARCUS ANDRADE, | ) |
| Defendant. | ) |

On November 14, 2023, the defendant Roland Marcus Andrade, represented by counsel, and the United States, through counsel, appeared before the Court for a status conference in the above pending criminal action. The Court set a further status conference on January 23, 2024. The parties agreed that an exclusion of time under the Speedy Trial Act was appropriate from November 14, 2023 to January 23, 2024.

Pursuant to the agreement of the parties, and for good cause, the Court finds it is appropriate to exclude time from the computation of the Speedy Trial Act deadlines. Based on the representations of counsel at the status conferences regarding the need to review discovery and prepare for trial, the Court

[PROPOSED] ORDER                    1
CASE NO. 20-CR-00249 RS

finds that an exclusion of time is necessary to permit effective preparation of counsel. Failure to grant an exclusion of time and a continuance of the matter would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

   Therefore, IT IS HEREBY ORDERED that the time between and including November 14, 2023 to January 23, 2024 shall be excluded from computation under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(ii), and (B)(iv).

   IT IS SO ORDERED.

DATED: 11/15/2023

HONORABLE RICHARD SEEBORG
Chief United States District Judge