MICHAEL J. SHEPARD (SBN 91281)
 mshepard@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: +1 415 318 1200
Facsimile: +1 415 318 1300

KERRIE C. DENT (Admitted *pro hac vice*)
 kdent@kslaw.com
**KING AND SPALDING LLP**
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone: +1 202 626 2394
Facsimile: +1 202 626 3737

CINDY A. DIAMOND (SBN 124995)
 cindy@cadiamond.com
**ATTORNEY AT LAW**
58 West Portal Avenue, #350
San Francisco, CA 94127
Telephone: +1 408-981-6307

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>    Defendants. | Case No. 3:20-CR-00249-RS (LBx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S THIRD MOTION TO COMPEL DISCOVERY** |

1

**[PROPOSED] ORDER**

Upon the Motion of Defendant Marcus Andrade, and good cause appearing, IT IS HEREBY ORDERED THAT Defendant's Motion to Compel Discovery in the above-captioned case is hereby GRANTED.

Date: _____, 2024            _____
                                                                                      Hon. LAUREL BEELER
                                                                                      United States Magistrate Judge