ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CHRISTIAAN HIGHSMITH (CABN 296282)
DAVID WARD (CABN 239504)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7230
    christiaan.highsmith@usdoj.gov
    david.ward@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 20-00249 RS (LB) |
| Plaintiff, | |
| v. | MOTION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR UNITED STATES TO FILE RESPONSE TO MOTION TO COMPEL AND RESETTING HEARING DATE [DKT. 275] |
| MARCUS ANDRADE | |
| Defendant. | Hearing Date: February 15, 2024 (if necessary)<br>Court: Hon. Laurel Beeler, Courtroom B, 15th Fl. |

The United States hereby submits this motion and [proposed] order asking this Court to continue the government's deadline to respond to *Defendant Andrade's Third Motion to Compel Discovery* (Dkt. 275) by two weeks, from Thursday, February 1, 2024, to Thursday, February 15, 2024. Defense counsel will not agree to this extension without significant concessions from the government, as discussed below. In support of its request, the government states the following and submits that there is good cause to grant the requested motion:

1. On Thursday, January 25, 2024, at 8:44 p.m., counsel for Defendant Andrade filed the *Defendant's Third Motion to Compel Discovery, Dkt. 275 ("Motion to Compel")*. Counsel did not consult with the government about the timing for the government's response or scheduling the motion hearing.

2. Further, defendant's Motion to Compel repeatedly referenced a declaration by defense counsel, *see, e.g.*, Dkt. 275, at 2 n.2, 4; however, the document is not accessible on the docket and government counsel did not receive the declaration via email from defense counsel until February 1, 2024, at 12:52 p.m. While defense counsel's oversight appears inadvertent, the declaration includes attachments containing 112 pages of exhibits, which government counsel did not receive from defense counsel until February 1, 2024, at approximately 12:52 p.m. and later.

3. On Tuesday, January 30, 2024, counsel for the government met and conferred with counsel for defendant Andrade and believed the parties had agreed to a two-week extension for the government to file its opposition provided the government provide full images of the cell phones seized from Andrade as soon as possible (provided the government had not previously returned the devices to Andrade or his prior counsel).

4. But on January 31, 2024, defense counsel emailed government counsel and said that they would now only agree to a continuance if the government would immediately produce a much longer list of requested items.

5. Undersigned counsel for the government has been working diligently on this case, which requires a tremendous amount of coordination and communication with law enforcement agents and entities across multiple districts, which takes more time than in typical cases.

6. Additionally, government counsel has a previously scheduled international work trip the week of February 5-9, and a meeting in New York on February 22, which he communicated to defense counsel during the January 30 telephone call.

7. Further, at defendant's request, the government agreed in January 2024 to a stipulation vacating the March 11, 2024, trial date and resetting the trial date for August 5, 2024.

8. For all of the foregoing reasons, the government respectfully requests that the Court order the following briefing and hearing schedule on the Motion to Compel (Dkt. 275):

    a. Defense Motion to Compel (Dkt. 275) filed:     January 25, 2024

    b. Government response filed:     February 15, 2024

    c. Defense reply filed:     February 22, 2024

    d. Hearing Date:     February 29, 2024

DATED: February 1, 2024      Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

_____/s/_____
CHRISTIAAN HIGHSMITH
DAVID J. WARD
Assistant United States Attorneys

## [PROPOSED] ORDER

For the reasons stated above, and for good cause shown, the following briefing and hearing schedule is hereby ORDERED:

    a. Defense Motion to Compel (Dkt. 275) filed:     January 25, 2024

    b. Government response filed:     February 15, 2024

    c. Defense reply filed:     February 22, 2024

    d. Hearing date:     February 29, 2024

DATED: _____      _____

HON. LAUREL BEELER
U.S. Magistrate Judge

USA MOT AND [PROPOSED] SCHEDULING ORDER
CR 20-00249 RS