ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CHRISTIAAN HIGHSMITH (CABN 296282)
DAVID WARD (CABN 239504)
Assistant United States Attorneys

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-7200
     FAX: (415) 436-7230
     christiaan.highsmith@usdoj.gov
     david.ward@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 20-00249 RS (LB) |
| Plaintiff, | DECLARATION OF AUSA CHRISTIAAN HIGHSMITH IN SUPPORT OF THE UNITED STATES' OPPOSITION TO DEFENDANT'S THIRD MOTION TO COMPEL |
| v. | |
| ROWLAND MARCUS ANDRADE, | |
| Defendant. | |

I, Christiaan H. Highsmith, declare as follows:

    1.     I am an Assistant United States Attorney admitted to practice law in the State of California and the United States District Court for the Northern District of California.

    2.     The following facts are within my personal knowledge.

    3.     I submit this declaration in support of the United States' opposition to the defendant's third motion to compel discovery, Dkt. 275.

//

//

1        4.      Attached is a true and correct copy of an IRS-CI Property Release/Return Receipt,

2  marked as Exhibit 1.

6  DATED:  February 15, 2024                Respectfully submitted,

7                                   ISMAIL J. RAMSEY

8                                   United States Attorney

_____/s/_____

10                                   CHRISTIAAN H. HIGHSMITH

11                                   Assistant United States Attorney