# Exhibit 1

 

## Property Release/Return Receipt

Date: 3/13/2020

| | Item Description | Serial Number | Model Number |
|---|---|---|---|
| √ | Dell Desktop | 1LSWKS1 | Optiplex 990 |
| √ | Generic Desktop | Custom Build | N/A |
| √ | Lenovo Laptop | PF0AGUL3 | G50-80 |
| √ | HP Laptop | 8CG8031SZL | 17-bs049dx  B |
| √ | Toshiba Ext HDD | 43ADT1QJTTK8 | v73600 500GB |
| √ | Western Digital Ext HDD | WX31DC8NKDRL | My Passport - MARCUS* |
| √ | Western Digital Ext. HDD | WDBYFT0020BBK | My Passport |
| √ | Blackberry Phone | 800DA20E | 8530 Curve |
| √ | Motorola Phone | ZY3260SLSZ | Moto G7 XT1955-5 |
| √ | Acer Laptop | NXHNDAA0029420C3D77600 | A515-54-764J |
| √ | Lenovo Laptop | PF1C5BH1 | L340-17API  B |
| √ | Char Flash | Aqua/White | 64GB |
| √ | Sandisk Flash | Black/Red Cruzer Glide | 32GB |
| √ | PNY Flash | Red/Gray | 32GB |
| √ | Verbatim Flash | Blue/Silver | 4GB |
| √ | Verbatim Flash | Green/White | 16GB |
| √ | Sandisk Flash | Red/Black Cruzer Glide | 256GB |
| √ | PNY Flash | Red/Gray | 32GB |
| √ | Generic Flash | Black/Blue | N/A |
| √ | Verbatim Flash | Purple/White | 16GB |

Released by: Matt Day  SA-CIS
Print Name / Title                     Signature

Received by: EMILY LEHMBERG
Print Name / Title                     Signature
ELEHMBERG@BELLNUNNALLY.COM

Witnessed by: _____
Print Name / Title                     Signature