# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ROWLAND MARCUS ANDRADE<br><br>　　　　　　　　Defendant(s). | SUBPOENA TO PRODUCE<br>DOCUMENTS OR OBJECTS<br>IN A CRIMINAL CASE<br><br>Case No.: 20-cr-00249 RS |

TO: Jack Abramoff, to Attorneys Abbe Lowell and Richard Webber at Winston, Strawn LLP or to another designated legal representative of Jack Abramoff

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below. If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☑ United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | ☐ United States Courthouse<br>280 South First Street<br>San Jose, CA 95113 | ☐ United States Courthouse<br>1301 Clay Street<br>Oakland, CA 94612 | Seeborg |
| If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary. | | | DATE AND TIME<br>6/11/2024 13:30 |

The following document(s) or object(s) shall be produced:

True and correct copies of all electronic devices returned to Jack Abramoff, by the government, via delivery to his attorneys at Winston, Strawn LLP, in April or May, 2024.

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's Internet site: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Michael J. Shepard, KING & SPALDING, LLP  (415) 318-1200  mshepard@kslaw.com
50 California Street, Suite 300
San Francisco, California 94111

CAND 89B (Rev. 8/12) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____      _____
                      DATE                                SIGNATURE OF SERVER

                                                ADDRESS:

ADDITIONAL INFORMATION