**KING & SPALDING LLP**
MICHAEL J. SHEPARD (SBN 91281)
 mshepard@kslaw.com
50 California Street, Suite 3300
San Francisco, CA  94111
Telephone:     +1 415 318 1200
Facsimile:      +1 415 318 1300

KERRIE C. DENT (Admitted *pro hac vice*)
 kdent@kslaw.com
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:     +1 202 626 2394
Facsimile:      +1 202 626 3737

CINDY A. DIAMOND (CA SBN 124995)
ATTORNEY AT LAW
58 West Portal Ave, # 350
San Francisco, CA 94127
408.981.6307
cindy@cadiamond.com

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ROWLAND MARCUS ANDRADE,<br><br>　　　　　Defendant. | Case No.: 3:20-CR-00249-RS<br><br>**ORDER ALLOWING ISSUANCE OF SUBPOENA** |

　　On the motion of the defendant pursuant to Rule 17(b) and (c) of the Federal Rules of Criminal Procedure, and good cause appearing therefore,

IT IS HEREBY ORDERED

1) That the defense subpoenas provided shall issue for the records requested, returnable to the Court and/or the office of defense counsel Michael Shepard of King & Spalding LLP in San Francisco, on or before June 11, 2024; and

2) That fees and expenses associated with production of the materials so subpoenaed shall be paid as if subpoenaed by the government.

IT IS SO ORDERED:

Date: __April 30_____, 2024      _____
                                       Hon. RICHARD SEEBORG
                                       United States District Court Judge