**KING & SPALDING LLP**
MICHAEL J. SHEPARD (SBN 91281)
 mshepard@kslaw.com
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone:     +1 415 318 1200
Facsimile:      +1 415 318 1300

KERRIE C. DENT (Admitted *pro hac vice*)
 kdent@kslaw.com
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:     +1 202 626 2394
Facsimile:      +1 202 626 3737

CINDY A. DIAMOND (CA SBN 124995)
ATTORNEY AT LAW
58 West Portal Ave, # 350
San Francisco, CA 94127
408.981.6307
cindy@cadiamond.com

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,            Plaintiff,       vs.   ROWLAND MARCUS ANDRADE,            Defendant. | Case No.: 3:20-CR-00249-RS  **DECLARATION OF JEANNE SOMMA IN SUPPORT OF MOTION TO CONTINUE** |

Jeanne Somma states as follows:

1. I am the General Counsel and Chief Client officer at Lineal Services. I oversee the services groups at Lineal and serve as the escalation point related for those services for King & Spalding. Lineal Services is an eDiscovery company that supports King & Spalding on the case *United States v. Rowland Marcus Andrade*, 20-CR-249 (N.D.Cal. 2020). Lineal Services hosts the data produced by the government in the *Andrade* case and provides eDiscovery support services for the King & Spalding lawyers who serve as Mr. Andrade's pro bono defense counsel.

2. The government has produced 4.5 TB of data in the Andrade case.

3. One of Lineal's responsibilities on the Andrade case is to run search terms on the data to reduce the number of documents that have to be reviewed. However, a substantial amount of the data in the Andrade case is not easily searchable. For example, traditional search terms cannot be run on audio files, video files, and images (including screen shots, photographs, and some PDF files). Lineal assisted King & Spalding with quantifying the amount of this type of data that has been produced. We concluded that there is approximately 300 GB of data that constitutes audio and video files (50.52 GB of Audio and 238.93 GB of Video) and an additional 166 GB of image file data containing 454,116 documents.

4. In addition, audio and video files and images can be found within other non-audio/video sources, such as in mobile files, social media, and personal laptops and other devices.

5. Other non text data, such as hand-written notes, cannot be quantified and have not been included in the calculations above.

6. Lineal also assisted King & Spalding with determining how much of the produced

data is not Bates numbered. We determined that roughly 3 million of the documents produced by the government in the Andrade case have either no Bates numbers or have a single Bates number assigned to large numbers of documents (often hundreds). Without Bates numbers, the review process takes exponentially longer because the documents cannot be organized by issue, flagged as significant, or easily shared with others.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on May 10, 2024 in Lanoka Harbor, NJ.

                                      */s/ Jeanne Somma*

                                      JEANNE SOMMA