UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>    Defendant. | Case No. 20-cr-00249-RS-1<br><br>**ORDER CONTINUING TRIAL DATE** |

Defendant moves for a continuance of the current trial date of August 5, 2024, for a host of reasons centered around the ability to be ready for trial. The government, while taking issue with the defense's characterization of the discovery history in this action, does not oppose the request. Accordingly, and with reluctance in light of the fact that this case began over three years ago, the Court grants Defendant's motion and vacates the current trial date.

Trial will commence on Monday, February 10, 2025, at 9:00 a.m. and a pretrial conference will be scheduled for Wednesday, January 29, 2025, at 9:30 a.m. A further status conference will be scheduled for Wednesday, July 24, 2024, at 2:30 p.m. by Zoom.

**IT IS SO ORDERED**.

Dated: May 17, 2024

_____
RICHARD SEEBORG
Chief United States District Judge