**KING & SPALDING LLP**
MICHAEL J. SHEPARD (SBN 91281)
 mshepard@kslaw.com
50 California Street, Suite 3300
San Francisco, CA  94111
Telephone:     +1 415 318 1200
Facsimile:     +1 415 318 1300

KERRIE C. DENT (Admitted *pro hac vice*)
 kdent@kslaw.com
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:     +1 202 626 2394
Facsimile:     +1 202 626 3737

CINDY A. DIAMOND (CA SBN 124995)
ATTORNEY AT LAW
58 West Portal Ave, # 350
San Francisco, CA 94127
408.981.6307
cindy@cadiamond.com

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>ROWLAND MARCUS ANDRADE,<br><br>    Defendant. | Case No.: 3:20-CR-00249-RS<br><br>***EX PARTE* MOTION FOR RE-ISSUANCE OF RULE 17(b) and 17(c) SUBPOENA** |

    Defendant Rowland Marcus Andrade hereby moves this Court for an order, provided as Attachment-2 to this motion:

    1) Issuing the defense subpoenas provided as Attachment-3 to this administrative motion; and

    2) Providing payment of fees and expenses associated with production of the materials so subpoenaed as if subpoenaed by the government, based on the fact that Mr. Andrade has qualified for defense provided by CJA, and lacks the ability to pay production costs if requested by the target of the subpoena.

DATED: June 13, 2024          Respectfully Submitted,

/s/
_____
CINDY A. DIAMOND, Esq.
Attorney for Defendant
ROWLAND MARCUS ANDRADE