**KING & SPALDING LLP**
MICHAEL J. SHEPARD (SBN 91281)
 mshepard@kslaw.com
50 California Street, Suite 3300
San Francisco, CA  94111
Telephone:     +1 415 318 1200
Facsimile:      +1 415 318 1300

KERRIE C. DENT (Admitted *pro hac vice*)
 kdent@kslaw.com
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:     +1 202 626 2394
Facsimile:      +1 202 626 3737

CINDY A. DIAMOND (CA SBN 124995)
ATTORNEY AT LAW
58 West Portal Ave, # 350
San Francisco, CA 94127
408.981.6307
cindy@cadiamond.com

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>ROWLAND MARCUS ANDRADE,<br><br>          Defendant. | Case No.: 3:20-CR-00249-RS<br><br>[Proposed] **ORDER FOR RE-ISSUANCE OF SUBPOENA** |

On the motion of the defendant pursuant to Rule 17(b) and (c) of the Federal Rules of Criminal Procedure, and good cause appearing therefore,

1     IT IS HEREBY ORDERED

2     1) That the defense subpoenas provided shall issue for the records requested, returnable to the Court and/or the office of defense counsel Michael Shepard of King & Spalding LLP in San Francisco, on or before August 30, 2024; and

    2) That fees and expenses associated with production of the materials so subpoenaed shall be paid as if subpoenaed by the government.

    IT IS SO ORDERED:

Date: _____, 2024     _____
                                                       Hon. RICHARD SEEBORG
                                                       United States District Court Judge