1 | MICHAEL J. SHEPARD (SBN 91281)
  | *mshepard@kslaw.com*
2 | KING & SPALDING LLP
3 | 50 California Street, Suite 3300
  | San Francisco, CA 94111
4 | Telephone:   +1 415 318 1200

5 | KERRIE C. DENT (Admitted *pro hac vice*)
  | *kdent@kslaw.com*
6 | KING & SPALDING LLP
7 | 1700 Pennsylvania Avenue, NW, Suite 900
  | Washington, DC 20006-4707
8 | Telephone:   +1 202 626 2394

9 | CINDY A. DIAMOND (SBN 124995)
  | *cindy@cadiamond.com*
10 | 58 West Portal Ave #350
   | San Francisco, CA 94127
11 | 408.981.6307

12 | Attorneys for Defendant
13 | ROWLAND MARCUS ANDRADE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| THE UNITED STATES OF AMERICA, | Case No. 3:20-cr-00249-RS-LBx |
|---|---|
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO SET DATES FOR BRIEFING ON GOVERNMENT'S MEMORANDUM OF LAW PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT AND MOTION TO SET PRETRIAL CONFERENCE AND DESIGNATE A CLASSIFIED INFORMATION SECURITY OFFICER** |
| vs. | |
| ROWLAND MARCUS ANDRADE, | |
| Defendant. | |
| | Date: August 7, 2024 |
| | Time: 2:30 a.m. by Videoconference |
| | Judge: Hon. Richard Seeborg |

The parties hereby stipulate and agree to the following deadlines with respect to briefing related to the United States' Memorandum of Law Pursuant to the Classified Information Procedures Act and Motion to Set Pretrial Conference and Designate a Classified Information Security Officer ("CIPA Motion") (Dkt. #322):

1) Mr. Andrade will file a response to the CIPA Motion no later than July 25, 2024;

2) the government may file a reply no later than August 1, 2024; and

3) the hearing on the CIPA Motion shall be held during the previously scheduled Status Conference on August 7, 2024, at 2:30 p.m., by videoconference.

**SO STIPULATED:**

For the Government:

ISMAIL J. RAMSEY
United States Attorney

_____/s/_____                               Dated: July 18, 2024
CHRISTIAAN HIGHSMITH
DAVID WARD
Assistant United States Attorneys
MATTHEW CHOU
Special Assistant United States Attorney


For Mr. Andrade:

_____/s/_____                                Dated:  July 18, 2024
MICHAEL J. SHEPARD
KERRIE C. DENT
CINDY A. DIAMOND

**PROPOSED ORDER**

The aforementioned Stipulation of the parties is adopted as an Order of this Court.

Dated: July   , 2024

HON. CHIEF JUDGE SEEBORG