ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CHRISTIAAN HIGHSMITH (CABN 296282)
DAVID WARD (CABN 239504)
Assistant United States Attorneys

MATTHEW CHOU (CABN 325199)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7230
    christiaan.highsmith@usdoj.gov
    david.ward@usdoj.gov
    matthew.chou2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>    Defendant. | CASE NO. 20-CR-00249-RS (LB)<br><br>**[PROPOSED] SCHEDULING ORDER SETTING CLASSIFIED INFORMATION PROCEDURES ACT DEADLINES** |

    Having considered the United States' Memorandum of Law Pursuant to the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. III, and Motion to Set Pretrial Conference and Designate Classified Information Security Officer (Dkt. #322), Defendant Andrade's Response (Dkt. #327), and representations by the parties at the CIPA Section 2 Pretrial Conference on August 7, 2024, the Court FINDS:

    That the United States has notified the Court that this case may involve classified information;

    That the United States proposes the following additional CIPA briefing and hearing dates within

the current pre-trial schedule:[1]

1. Government's initial CIPA Section 4 filing: October 25, 2024.
2. CIPA Section 4 hearing *(if necessary)*: to be decided.
3. Defendant's CIPA Section 5 notice *(if necessary)*: December 6, 2024, or no later than two weeks after the Court's ruling on the government's CIPA Section 4 filing (whichever is later).
4. Government's objections to Defendant's Section 5 and government's CIPA Section 6(a) filing *(if necessary)*: three weeks after Defendant's CIPA Section 5 notice (anticipated no later than December 27, 2024).
5. Defendant's reply in CIPA Section 5 and response to government's CIPA Section 6(a) *(if necessary)*: three weeks after government's CIPA Section 6 filing (anticipated no later than January 17, 2025).
6. CIPA Section 6(c) filings *(if necessary)*: to be decided.
7. CIPA Section 6 hearing *(if necessary)*: January 29, 2025, at 9:30 a.m.

IT IS HEREBY ORDERED that the above dates will be incorporated into the current trial scheduling order (Dkt. #313).

IT IS SO ORDERED.

DATED: _____

_____
HON. RICHARD SEEBORG
Chief United States District Judge

---

[1] Defense counsel objected to this proposed schedule in an August 5, 2024 letter to the government. These objections were discussed on the record at the August 7, 2024 CIPA conference.