1  ISMAIL J. RAMSEY (CABN 189820)                MICHAEL J. SHEPARD (SBN 91281)
   United States Attorney                         mshepard@kslaw.com
2                                                 KING & SPALDING LLP
   MARTHA BOERSCH (CABN 126569)                   50 California Street, Suite 3300
3  Chief, Criminal Division                       San Francisco, California 94111
                                                  Telephone: (415) 318-1221
4
   CHRISTIAAN HIGHSMITH (CABN 296282)
5  DAVID WARD (CABN 239504)                       KERRIE C. DENT (admitted pro hac vice)
   Assistant United States Attorneys              kdent@kslaw.com
6                                                 KING & SPALDING LLP
   MATTHEW CHOU (CABN 325199)                     1700 Pennsylvania Avenue, N.W.
7  Special Assistant United States Attorney       Washington, D.C.  20006
                                                  Telephone:  (202) 626-2394
8       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495      CINDY A. DIAMOND (SBN 124995)
9       Telephone: (415) 436-7200                 cindy@cadiamond.com
        FAX: (415) 436-7230                       ATTORNEY AT LAW
10      christiaan.highsmith@usdoj.gov            58 West Portal Ave #350
        David.ward@usdoj.gov                      San Francisco, CA 94127
11      matthew.chou2@usdoj.gov                   Telephone:  (408) 981-6307

12 Attorneys for United States of America         Attorneys for Defendant Marcus Andrade

13                  UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                   SAN FRANCISCO DIVISION

16

17 UNITED STATES OF AMERICA,          )  CASE NO. 20-CR-00249-RS
                                      )
18          Plaintiff,                )  **STIPULATED ORDER  DESIGNATING**
                                      )  **CLASSIFIED INFORMATION SECURITY**
19      v.                            )  **OFFICER AND SETTING NEW DEADLINE**
                                      )  **FOR BRIEFING OF CIPA SCHEDULE**
20 ROWLAND MARCUS ANDRADE,            )
                                      )
21          Defendant.                )
                                      )
22 _____)

23        Having held a Status Conference in the case on August 7, 2024 to discuss the United States'

24 Memorandum of Law Pursuant to the Classified Information Procedures Act, 18 U.S.C. App. 3, and

25 Motion to Set Pretrial Conference and Designate Classified Information Security Officer, and Defendant

26 Andrade's Response to that Motion; the Court finds:

27        That the United States has notified the Court that this case may involve classified information;

28

That federal law explicitly provides that federal courts must have security procedures for the handling of classified information. See Classified Information Procedures Act ("CIPA"), Pub. L. 96-456 § 9, 94 Stat. 2025 (1980) (Statutory notes to § 9);

That the Attorney General or the Department of Justice Security Officer has recommended to the court a person qualified to serve as a Classified Information Security Officer (or "CISO");

That the CISO is selected from the Litigation Security Group, Security and Emergency Planning Staff, Department of Justice to be detailed to the court to serve in a neutral capacity; and

IT IS HEREBY ORDERED that pursuant to Paragraph 2 of the Revised Security Procedures Established under to Pub L. 96-456,  94 Stat. 2025, by the Chief Justice of the United States and promulgated pursuant to Section 9 of the Classified Information Procedures Act, the Court HEREBY APPOINTS Winfield S. "Scooter" Slade, Supervisory Security Specialist, as the CISO in the above-captioned matter, for the protection of classified information that may arise in the above-captioned matter.

IT IS FURTHER ORDERED that the Court APPOINTS Jennifer H. Campbell, Daniel O. Hartenstine, Daniella M. Medel, Matthew W. Mullery, and Harry J. Rucker as alternate Court Security Officers in the above-captioned matter.

IT IS FURTHER ORDERED that within two weeks of the Court's Order, the parties shall have another meet-and-confer and either file a stipulated schedule for the CIPA process or, alternatively, shall each file a brief, no more than 4 pages in length, setting forth their respective positions on the appropriate schedule for the CIPA process.

IT IS FURTHER ORDERED that nothing in this Order shall be construed to prevent the United States from continuing to move forward with the process it described at the August 7 Status Conference as working with the entity holder of the classified information to get the necessary approvals for making its initial CIPA section 4 filing.

//

//

//

//

ORDER REGARDING CIPA 20-
CR-00249-RS                                     4

1    IT IS FURTHER ORDERED that, except as expressly set forth herein, nothing in this Order

2    shall limit the contentions of either party in any later filing.

3

4    **IT IS SO ORDERED.**

5

6    Dated:  August 15, 2024

7    _____

8    HON. RICHARD SEEBORG
     United States Chief District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28