MICHAEL J. SHEPARD (SBN 91281)
 mshepard@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, California 94111
Telephone:    +1 415 318 1221

KERRIE C. DENT (admitted *pro hac vice*)
 kdent@kslaw.com
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:    +1 202 626 2394

CINDY A. DIAMOND (SBN 124995)
 cindy@cadiamond.com
**ATTORNEY AT LAW**
58 West Portal Ave #350
San Francisco, CA 94127
Telephone:    +1 408 981 6307

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>Defendant. | Case No. 3:20-cr-00249-RS-LBx<br><br>**DECLARATION OF KERRIE C. DENT IN SUPPORT OF DEFENDANT ANDRADE'S MOTION TO COMPEL THE GOVERNMENT'S COMPLIANCE WITH THE COURT'S AUGUST 1, 2024 ORDER**<br><br>Date:    September 12, 2024<br>Time:    10:30 a.m.<br>Judge:   Hon. Laurel Beeler |

1

Kerrie C. Dent, counsel for Defendant Marcus Andrade, states as follows:

1. I am one of the lawyers representing Defendant Marcus Andrade in the above-captioned matter. I have personal knowledge of the discovery disputes and related correspondence between the government and defense counsel and, if called as a witness in this matter, could competently testify to the matters stated in this Declaration.

2. On August 1, 2024, the Court issued a discovery order stating, *inter alia*, that: "By Friday, August 23, 2024, absent any objection by Mr. Levin, the government must produce an image of the phone to the defense." Dkt. #332 at 2:11-13.

3. On August 23, 2024, I received an email from AUSA David Ward informing me that, earlier that day, he received an email from Mr. Buckley, the former lawyer for Alexander Levin. Mr. Buckley asserts in the email that he no longer represents Alexander Levin, but nonetheless offers his perspective that he does "not understand" how Levin could have abandoned his devices "as they were seized pursuant to a warrant and without the consent of Mr. Levin." I attach a copy of the email as Exhibit A to this declaration.

4. My colleagues and I were already aware that Mr. Buckley does not represent Levin. When I reached out to him in November 2023 in an attempt to serve a subpoena for Levin's iPhone, Mr. Buckley informed me that he no longer represents Levin. He confirmed this in his August 23, 2024 email to AUSA Ward, stating: "I do not currently represent Mr. Levin, as we have discussed." *See* Exh. A.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on August 27, 2024 in McLean, Virginia.

                                                      */s/ Kerrie C. Dent*
                                                      KERRIE C. DENT

# EXHIBIT A

| | |
|---|---|
| **From:** | Ward, David (USACAN) |
| **To:** | Kerrie Dent; Cindy Diamond; Mike Shepard |
| **Cc:** | Highsmith, Christiaan (USACAN); Chou, Matthew (USACAN) |
| **Subject:** | U.S. v. Andrade - Updates |
| **Date:** | Friday, August 23, 2024 3:08:34 PM |

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Kerrie – Wanted to check in with you on a couple of items.

**First**, Scooter Slade has been appointed as the CISO for our CIPA litigation. His contact information is below. Please feel free to reach out to him directly.

W. Scooter Slade
Classified Information Security Officer to the Courts
Supervisory Security Specialist
DOJ-Litigation Security Group
145 N Street NE, Suite 2W-115
Washington, DC  20530
(202) 514-9016 – Office
(202) 598-0351 – Mobile
(202) 307-2066 - Fax
Scooter.Slade@usdoj.gov

**Second**, we heard today from Alexander Levin's former attorney Sean Buckley (see email below). Given his response and objection,  we would propose that we file a Joint Status Report to Judge Beeler updating her on this communication. We can draft it and leave a section for you to insert your response. Let me know what you think.

**Third**, just a reminder that the boxes of documents from Mr. Abramoff's old case are in the possession of FBI San Francisco and are available for your review (see my 8/7/24 email).

Thanks,

Dave

**David J. Ward**
Assistant United States Attorney
U.S. Attorney's Office, Northern District of California
Work: (415) 436-6934
Mobile: (415) 361-6146

---

**From:** Sean S. Buckley <Sean.Buckley@kobrekim.com>
**Sent:** Friday, August 23, 2024 1:46 PM
**To:** Ward, David (USACAN) <DWard@usa.doj.gov>
**Cc:** Highsmith, Christiaan (USACAN) <chighsmith@usa.doj.gov>; Chou, Matthew (USACAN) <MChou@usa.doj.gov>

**Subject:** Re: [EXTERNAL] RE: Alexander Levin

Thank you, Dave. I do not currently represent Mr. Levin, as we have discussed. That said, and despite the Magistrate's order, I do not understand how these materials are "abandoned property" as they were seized pursuant to a warrant and without the consent of Mr. Levin. I believe Mr. Levin maintains a valid privacy interest in those materials given the nature of how they were taken and maintained. To be clear, while I do not represent Mr. Levin, I want to make clear that neither I nor Mr. Levin (to my knowledge) has disclaimed or waived any privacy interest in devices that were taken from him without his consent pursuant to compulsory process from the Government.


Sean S. Buckley
+1 212 488 1253

[www.kobrekim.com](www.kobrekim.com)

**Americas** (New York, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**APAC** (Hong Kong, Seoul, Shanghai), **Caribbean** (BVI, Cayman Islands), **EMEA** (Cyprus, Dubai, London, Tel Aviv)

This e-mail message is from Kobre & Kim LLP, a limited liability partnership established under the laws of New York, referred to above as Kobre & Kim, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.