```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CHRISTIAAN HIGHSMITH (CABN 296282)
DAVID WARD (CABN 239504)
Assistant United States Attorneys

MATTHEW CHOU (CABN 325199)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7230
    christiaan.highsmith@usdoj.gov
    david.ward@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROWLAND MARCUS ANDRADE, <br><br> Defendant. | CASE NO. CR 20-00249 RS (LB) <br><br> **DECLARATION OF DAVID WARD IN SUPPORT OF THE UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO COMPEL DISCOVERY (RE; LEVIN PHONE)** |

I, David Ward, declare and state as follows:

I am an Assistant United States Attorney for the Northern District of California assigned to the prosecution of the above-captioned case.

1. On August 2, 2024, I spoke by phone with Sean Buckley, an attorney at Kobre & Kim. Mr. Buckley stated that he formerly represented Mr. Levin, no longer did so. Mr. Buckley stated that he was unaware that defendant Andrade had filed a motion arguing that Levin had

WARD DECL. ISO RESP. TO MOT. TO COMPEL
CR 20-00249 RS (LB)

1

1 abandoned any interest in his cell phone, and vehemently disputed that characterization.
2 Later that day I sent to Mr. Buckley a copy of the Court's August 1, 2024 Discovery Order
3 regarding the Levin phone.

4   2. On August 23, 2024, after inquiring with Mr. Buckley on the status of Levin's objection to
5 producing an image of his phone, I received an email from him. The following is a complete
6 copy of that email:

> *Thank you, Dave. I do not currently represent Mr. Levin, as we have discussed. That said, and despite the Magistrate's order, I do not understand how these materials are "abandoned property" as they were seized pursuant to a warrant and without the consent of Mr. Levin. I believe Mr. Levin maintains a valid privacy interest in those materials given the nature of how they were taken and maintained. To be clear, while I do not represent Mr. Levin, I want to make clear that neither I nor Mr. Levin (to my knowledge) has disclaimed or waived any privacy interest in devices that were taken from him without his consent pursuant to compulsory process from the Government.*
>
> *Sean S. Buckley*
> *[phone redacted]*

Executed this 28th day of August, 2024, in San Francisco, California.

                              __/s/ David Ward_____
                              DAVID WARD
                              Assistant United States Attorney