ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CHRISTIAAN HIGHSMITH (CABN 296282)
DAVID WARD (CABN 239504)
Assistant United States Attorneys

MATTHEW CHOU (CABN 325199)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7230
    christiaan.highsmith@usdoj.gov
    david.ward@usdoj.gov
    matthew.chou2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>    Defendant. | CASE NO. 20-CR-00249 RS<br><br>**DECLARATION OF DAVID WARD IN SUPPORT OF UNITED STATES' MEMORANDUM IN SUPPORT OF CIPA SCHEDULING ORDER** |

I, David Ward, declare and state as follows:

I am an Assistant United States Attorney for the Northern District of California, and I am assigned to the above-captioned case.

1. On July 31, 2024, the government provided to defense counsel Michael Shepard, Kerrie Dent, and Cindy Diamond via email a copy of the government's proposed CIPA Briefing Schedule.

2. On August 9, 2024, government counsel met and conferred with defense counsel Dent and Diamond via videoconference regarding a proposed CIPA briefing schedule in this case.

3. On August 12, 2024, I met and conferred by telephone with defense counsel Dent regarding a proposed briefing schedule in this case.

4. On August 13, 2024, I notified defense counsel by email that the government would agree to move up its initial CIPA Section 4 filing deadline to October 1, 2024, and would also agree to move up subsequent CIPA filing dates accordingly.

5. I spoke by phone with defense counsel Dent on August 27, 2024 regarding a proposed briefing schedule in this case.

6. On August 28, 2024, government counsel received an email from Ms. Dent which stated in relevant part: "*CIPA: we would like to move forward with 4-pagers rather than agree to a schedule.*" The email provided no further explanation or detail.

Executed this 29th day of August, 2024, in San Francisco, California.

        __/s/ David Ward_____
        DAVID WARD
        Assistant United States Attorney