1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  CHRISTIAAN HIGHSMITH (CABN 296282)
   DAVID WARD (CABN 239504)
5  Assistant United States Attorneys

6  MATTHEW CHOU (CABN 325199)
   Special Assistant United States Attorney
7
         450 Golden Gate Avenue, Box 36055
8        San Francisco, California 94102-3495
         Telephone: (415) 436-7200
9        Facsimile: (415) 436-7230
         christiaan.highsmith@usdoj.gov
10       david.ward@usdoj.gov

11 Attorneys for United States of America

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15
   UNITED STATES OF AMERICA,           ) CASE NO. CR 20-00249 RS (LB)
16                                     )
         Plaintiff,                    ) **DECLARATION OF DAVID WARD IN**
17                                     ) **SUPPORT OF THE UNITED STATES'**
      v.                               ) **RESPONSE TO DEFENDANT'S MOTION TO**
18                                     ) **COMPEL DISCOVERY (RE; LEVIN PHONE)**
   ROWLAND MARCUS ANDRADE,             )
19                                     )
                                       )
20       Defendant.                    )
                                       )
21

22       I, David Ward, declare and state as follows:

23       I am an Assistant United States Attorney for the Northern District of California assigned to the

24 prosecution of the above-captioned case.

25       1.  On August 4 2024, I sent by email a copy of the Court's December 2, 2024 email to

26           Alexander Levin's former counsel, Sean Buckley of Kobre & Kim.

27

28                                              1
   WARD DECL. ISO RESP. TO MOT. TO COMPEL
   CR 20-00249 RS (LB)

2. Filed under seal as **Exhibit A** to this Declaration is a copy of the "Filter Team Protocol" that the U.S. Attorney's Office has used in order to protect attorney-client and work product privileges in its searches of items seized pursuant to a search warrant.

Executed this 5th day of September, 2024, in San Francisco, California.

\_\_*/s/ David Ward*_____
DAVID WARD
Assistant United States Attorney