1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division
4  CHRISTIAAN HIGHSMITH (CABN 296282)
   DAVID WARD (CABN 239504)
5  Assistant United States Attorneys
6  MATTHEW CHOU (CABN 325199)
   Special Assistant United States Attorney
7
        450 Golden Gate Avenue, Box 36055
8       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
9       Facsimile: (415) 436-7230
        christiaan.highsmith@usdoj.gov
10      david.ward@usdoj.gov

11 Attorneys for United States of America

12                    UNITED STATES DISTRICT COURT
13                   NORTHERN DISTRICT OF CALIFORNIA
14                        SAN FRANCISCO DIVISION

15 UNITED STATES OF AMERICA,            ) CASE NO. CR 20-00249 RS (LB)
16                                       )
          Plaintiff,                     )
17                                       ) **DECLARATION OF DAVID WARD IN**
       v.                                ) **SUPPORT OF THE UNITED STATES'**
18                                       ) **RESPONSE TO DISCOVERY ORDER (RE; ECF**
                                         ) **256)**
19 ROWLAND MARCUS ANDRADE,               )
                                         )
20        Defendant.                     )
                                         )
21

22       I, David Ward, declare and state as follows:

23       I am an Assistant United States Attorney for the Northern District of California assigned to the

24 prosecution of the above-captioned case.

25       1. On September 4 2024, I sent by email a copy of the Court's September 2, 2024 Discovery

26          Order Re; ECF 256 to Alexander Levin's former counsel, Sean Buckley of Kobre & Kim

27          LLC.

28                                              1
   WARD DECL. ISO RESP. TO MOT. TO COMPEL
   CR 20-00249 RS (LB)

2. Filed under seal as **Exhibit A** to this Declaration is a copy of the "Filter Team Protocol" that the U.S. Attorney's Office has used in order to protect attorney-client and work product privileges in its searches of items seized pursuant to a search warrant.

Executed this 5th day of September, 2024, in San Francisco, California.

                                          __*/s/ David Ward*_____
                                          DAVID WARD
                                          Assistant United States Attorney