ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CHRISTIAAN HIGHSMITH (CABN 296282)
DAVID WARD (CABN 239504)
Assistant United States Attorneys

MATTHEW CHOU (CABN 325199)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7230
    christiaan.highsmith@usdoj.gov
    david.ward@usdoj.gov
    matthew.chou2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>    Defendant. | CASE NO. 20-CR-00249-RS (LB)<br><br>**UNITED STATES' NOTICE OF FILING UNDER THE CLASSIFIED INFORMATION PROCEDURES ACT** |

    The United States hereby provides notice that it has made an *ex parte*, *in camera* submission to the Court under seal pursuant to Section 4 of the Classified Information Procedures Act, 18 U.S.C. App. 3.

//

//

//

1  //

2  DATED: September 30, 2024              Respectfully submitted,

3                                          ISMAIL J. RAMSEY
                                           United States Attorney
4

5                                          _____/s/_____
                                           CHRISTIAAN HIGHSMITH
6                                          DAVID WARD
                                           Assistant United States Attorneys
7                                          MATTHEW CHOU
                                           Special Assistant United States Attorney
8