ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CHRISTIAAN HIGHSMITH (CABN 296282)
DAVID WARD (CABN 239504)
Assistant United States Attorneys

MATTHEW CHOU (CABN 325199)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7230
    christiaan.highsmith@usdoj.gov
    david.ward@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARCUS ANDRADE,<br><br>    Defendant. | NO. CR 20-00249 RS<br><br>**UNITED STATES' NON-OPPOSITION TO DEFENDANT'S MOTION TO ADOPT DEFENDANT'S PROPOSED SCHEDULING ORDER FOR EXPERT DISCLOSURES [DKT. 422]**<br><br>Dept.:    Courtroom 3 – 17th Floor<br>Judge:    Hon. Richard Seeborg<br><br>Trial Date: February 10, 2025<br><br>Pretrial Conf.: January 22, 2025 |

The United States does not oppose Defendant Andrade's proposed scheduling order relating to the defendant's expert disclosures. Dkt. 422. While the United States does not agree with the defendant's legal rationale regarding staggered expert disclosures, given the defendant's representation that January 10, 2025, is the soonest he can make expert disclosures, the government agrees with his proposed schedule. Accordingly, the government agrees that the defendant's expert disclosures shall be

made on or before January 10, 2025; that the government may file any *Daubert* motion on or before January 15, 2025; that defendant may file an opposition on or before January 18; and that the government may file an optional reply on or before January 20, 2025.

DATED:  December 26, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

_____/s/_____
CHRISTIAAN HIGHSMITH
DAVID WARD
Assistant United States Attorneys

MATTHEW CHOU
Special Assistant United States Attorney