ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CHRISTIAAN HIGHSMITH (CABN 296282)
DAVID WARD (CABN 239504)
Assistant United States Attorneys

MATTHEW CHOU (CABN 325199)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7230
    christiann.highsmith@usdoj.gov
    david.ward@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>    Defendant. | NO. CR 20-00249 RS<br><br>DECLARATION OF CHRISTIAAN HIGHSMITH IN SUPPORT OF UNITED STATES' MOTIONS IN LIMINE<br><br>Dept.:    Courtroom 3 – 17th Floor<br>Judge:   Hon. Richard Seeborg<br>Trial Date: February 11, 2025 |

I, Christiaan Highsmith, declare and state as follows:

I am an Assistant United States Attorney for the Northern District of California assigned to the prosecution of the above-captioned case.

HIGHSMITH DECL. ISO USA MILS
CR 20-00249 RS

1

1. Attached as **Exhibit 1** is a true and correct copy of Certified State of Nevada NAC Foundation incorporation records produced to defendant Andrade as Bates-number FBI-PHY3-0035554 thru FBI-PHY3-0035604.

2. Attached as **Exhibit 2** is an Excel spreadsheet created by FBI Forensic Accountant Theresa Chou listing the bank records and financial records collected in this case and previously produced to defendant Andrade, the corresponding Bates numbers for those records, and the Bates numbers corresponding to the custodian of records declarations previously produced to defendant Andrade.

Executed this 10th day of January, 2025, in San Francisco, California.

                                                     /s/ *Christiaan Highsmith*
                                                   CHRISTIAAN HIGHSMITH
                                                   Assistant United States Attorney

HIGHSMITH DECL. ISO USA MILS
CR 20-00249 RS