**KING & SPALDING LLP**
MICHAEL J. SHEPARD (SBN 91281)
 *mshepard@kslaw.com*
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone:     +1 415 318 1200
Facsimile:     +1 415 318 1300

KERRIE C. DENT (Admitted *pro hac vice*)
 *kdent@kslaw.com*
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:     +1 202 626 2394
Facsimile:     +1 202 626 3737

CINDY A. DIAMOND (CA SBN 124995)
ATTORNEY AT LAW
58 West Portal Ave, # 350
San Francisco, CA 94127
408.981.6307
cindy@cadiamond.com

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>ROWLAND MARCUS ANDRADE,<br><br>        Defendant. | Case No.: 20-CR-00249-RS<br><br>**DEFENDANT'S PRELIMINARY RULE 16(b)(1)(C)(iii) DISCLOSURES REGARDING EXPERT KATHY JOHNSON, CPA, CFF, CGMA, ABV** |

Pursuant to Federal Rule of Criminal Procedure, Rule 16(b)(1)(C)(iii), with

respect to expert witness Kathy Johnson, CPA, CFF, CGMA, ABV, the following disclosures are

offered:

**1.      A complete statement of all opinions that the defendant will elicit from the witness in the defendant's case-in-chief.**

Mr. Andrade has retained Kathy Johnson, a forensic accountant, to assist Mr. Andrade by reviewing bank accounts, determining categorization of funds, and analyzing the flow of money relevant to Mr. Andrade's defense. To date, Mr. Andrade has not determined whether or not he will offer testimony from Ms. Johnson at trial.

The government's forensic accountant, Therese Chiu, is expected to testify at trial regarding her analysis of bank accounts under the control of Mr. Andrade and others, her categorization of funds, and the flow of funds between accounts. Mr. Andrade makes this preliminary Rule 16 disclosure because Ms. Johnson may be asked to testify if she finds material differences between her financial categorization, summaries, or conclusions reached by Chiu.

To date the defense has only received Chiu's "PRELIMINARY Financial Summary Report", together with .a list of accounts she examined or omitted from her report.  In addition to not having Chiu's final work product, despite doing substantial amounts of work over the holidays, Ms. Johnson and her team were unable to complete an analysis of Chiu's work on the accounts Chiu reviewed that Ms. Johnson had not already reviewed.  If and when the defense determines that it will be necessary to present evidence from Ms. Johnson, Mr. Andrade will promptly supplement these preliminary disclosures by providing the government with a statement of Ms. Johnson's anticipated opinion and summary testimony.

**2.      The basis and reasons for the expert's opinion.**

To date, Ms. Johnson has formed no opinion that will be introduced by the defense at trial.  Ms. Johnson's analytical and forensic work is not finished.

Ms. Johnson has access to all the accounts listed in the attachments to Chiu's preliminary financial summary report, all of the data provided to the government by Karl Ruzicka, CPA (contained within the range of placeholder Bates numbers IRS-DOCS-00002925 - IRS-DOCS-00033656, provided to the defense in the April 29, 2024 discovery production).  Ms. Johnson

also has access to some accounts statements which were not included in Chiu's analysis, which may or may not prove relevant to Mr. Andrade's defense.

If Ms. Johnson forms any opinion that Mr. Andrade determines will be used at trial, the defense will promptly identify any other records or account statements relevant to her opinion.

**3.  The witness's qualifications, including a list of all publications authored in the previous 10 years.**

Along with this disclosure, the defense has provided the government with Ms. Johnson's CV, which identifies her qualifications by listing her education, experience, and training in the field of forensic accounting.  Her publications and speaking engagements are listed on pages 4-5.

**4. A list of all other cases in which, during the previous 4 years, the witness has testified as an expert at trial or by deposition.**

Ms. Johnson's list of previous testimony is on page 6.  This list is current through April, 2024.  Mr. Andrade will provide an updated prior-testimony list if necessary, in the event he determines to call Ms. Johnson as a witness at trial.

DATED:          January 10, 2025          Respectfully Submitted,

/s/
_____
KING & SPALDING LLP, by:
          MICHAEL J. SHEPARD
          KERRIE C. DENT
          DAINEC STEFAN,
and by CINDY A. DIAMOND
Attorneys for Defendant
ROWLAND MARCUS ANDRADE

FOR THE EXPERT:

I have reviewed the foregoing and agree with its contents.

DATED:          January 10, 2025

*Kathy Johnson*
_____
KATHY JOHNSON, CPA, CFF, CGMA, ABV

# Kathy A. Johnson, CPA, CFF, CGMA, ABV
## Vice President, Forensic Accounting & Economics



## Key Expertise

- Civil & Criminal Litigation Support
- Business Valuations
- Financial Forensics and Fraud Investigations
- Family Law
- Estate & Trust Matters
- Economic Damages

## Education

MBA, Pepperdine University, 1999

BS, Accounting, The University of Texas at Arlington, 1988

## Project Geographical Experience

U.S.

## Languages

English

## Contact

473 E. Carnegie Drive, Suite 200, San Bernardino, CA 92408 | +1 909-889-8819 (O)

445 South Figueroa Street, Suite 3700, Los Angeles, CA 90071 | +1 301-691-8966 (O)

kathy.johnson@jsheld.com

## Summary of Experience

Kathy Johnson is a forensic accountant and expert witness, with over 25 years of accounting experience. She specializes in family law, business valuations and cash flow analysis, civil and criminal litigation support, estate and trust accounting analysis, fraud investigations, and economic damages. She serves as an expert witness and provides litigation support for partnership dispute resolutions and other accounting & economic issues.

Kathy has held the position of President and CEO, performed forensic accounting services for over one hundred cases. She has served as an expert witness for court appointed and private engagements for civil and criminal cases.

Kathy is also an adjunct university professor. She teaches both graduate and undergraduate courses in forensic accounting, financial accounting, auditing, and ethics. She also teaches certified professional education (CPE) courses to other CPAs for topics that include family law, business valuations, and asset tracing.

## Speaking Engagements

Kathy has presented on many topics including Family Law, Forensic Accounting Basics, Careers in Forensic Accounting, Fraud and Its Impact on Small Businesses, Cash Flow Calculations and Business Valuations.

## Expert/Testifying Experience

Kathy has presented written and oral expert witness testimony and alternate dispute resolution procedures including mediation and settlement conferences.

Kathy is also Involved in the deposition process (including deposition testimony) as an expert witness and professional consultant to legal counsel. Complete list available upon request.

## Professional Affiliations/Memberships/Licenses/Training

Certified Public Accountant Texas #060014, 1992
Certified Public Accountant California#117217 2012
Chartered Global Management Accountant (CGMA) – 2012
Certified in Financial Forensics (CFF) – 2014
Cal CPA Leadership Institute – 2009/2013
California Society of CPAs (CalCPA)
American Institute of CPAs (AICPA)

## Role at J.S. Held

Kathy Johnson is involved with complex financial disputes relating to litigation support; business valuation and cash flow analysis; family law; civil and criminal litigation support; estate and trust matters; economic damages and fraud investigations.

J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

**Kathy A. Johnson, CPA, CFF, CGMA, ABV**
Vice President, Forensic Accounting & Economics



## Work Experience

J.S. Held, LLC – Forensic Accounting & Economics
Vice President – Family Law, Business Valuations, Cash Flow Analysis, Fraud Investigations, Partnership Disputes, Estate Trust Accounting / Tracing
August 2020 – Present

Unico American Corporation (UNAM)
Board of Directors – Audit Committee
November 2021 – Current

CPA Forensics Plus, Inc.
President and CEO
Family Law, Business Valuation and Cash Flow Analysis, Fraud, Partnership Disputes, Estate Trust Accounting / Tracing
October 2017 – 2020

Partner CPA Forensics Plus, LLP
Tax Preparation and Advisory Services (Sole Proprietorship, S Corp, C Corp, Personal)
Business Consulting
April 2013 – September 2017

California State University, San Bernardino, The University of Redlands, California University Riverside, Cal Poly Pomona, Cal State Long Beach
Adjunct Professor
August 2010 – Current
Teaches Graduate (Fraud & Forensic Auditing, Managerial Accounting and Ethics), Undergraduate (Beginning, Intermediate & Advanced Financial / Managerial Accounting, Accounting Information Systems, Accounting Theory, Accounting Law / Ethics, Auditing), Tax Preparation (Personal, Partnerships, and Corporations)
CPA Exam Review – Business Environmental and Concepts (BEC Section)
VITA (Volunteer Income Tax Assistance Program) – Cal State San Bernardino

California Society of CPAs Education Foundation, Instructor
Family Law 101
Business Valuations
Moore Marsden Calculations
Asset Tracing
Budgeting, Planning & Forecasting
Path to the C Suite

Lynette E. Atchley CPA / PFS, CFP
Tax Contractor
Corporate Tax Returns (S Corp and C Corp)
January 2013 – July 2014

Los Angeles Newspaper Group
Newspapers: San Bernardino Sun, Inland Valley Daily Bulletin, San Gabriel Valley Tribune, Whittier Daily News, Pasadena Star News, Redlands Daily Facts
Vice President of Financial Planning and Analysis, Inland Division
March 2008 – June 2012

J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

## Kathy A. Johnson, CPA, CFF, CGMA, ABV
Vice President, Forensic Accounting & Economics



Finance Director | Controller
March 2004 – March 2008

The Arizona Republic
Circulation Manager of Planning & Analysis
March 2002 – January 2004

San Jose / Silicon Valley Business Journal
Operations Director
November 1999 – February 2002

Other Positions Include:
Regional Marketing Director; USA Today, Atlanta Circulation Office (January 1998 – November 1999)
Controller, USA TODAY, Los Angeles / San Diego Circulation Office (July 1995 – January 1998)
Controller, USA TODAY, Houston / New Orleans Circulation Office (December 1992 – July 1995)

MediaNews Group, Inc. (Corporate Office & Subsidiaries)
Accounting Manager, The Houston Post (September 1989 – December 1992)
Senior Accountant, MediaNews Group, Inc. – Corporate Office (March 1987 – September 1989)
Accountant, Dallas Times Herald (April 1985 – March 1987)


## Select Project Experience

## Professional and Community Association Memberships

California Society of CPAs:

       Chair (2017 – 2018)
       Council Member
       Commission on Diversity Equity and Inclusion (Chair)
       CalCPA Education Foundation (Board of Trustee)
       Inland Empire Chapter (Current Board Member and Past President)
       Litigation Committee Chair (Current)

American Institute of CPA (AICPA)
       Council Member (Current)
       Relations with The Judiciary Subcommittee (Current)
       Relations with The Bar Association Committee (Past Member)
       Future of Learning Task Force (Past Member)
       Controller's Conference (Past Chair)
       Awards Committee (Past Member)

California Board of Accountancy | Enforcement Advisory Committee (Vice Chair)

The Inland Empire Community Foundation Board (Executive Committee – CFO)

Community Action Partnership of San Bernardino County (Board Member)

The Alliance of Black Women Accountants (Vice Chair)

Redlands Police Community Foundation (Treasurer)

Redlands Rotary (Member)

J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

**Kathy A. Johnson, CPA, CFF, CGMA, ABV**
Vice President, Forensic Accounting & Economics



National Association of Federal Equity Receivers (Member)

Los Angeles County Bar Association (Member)

Riverside County Bar Association (Member)

San Bernardino County Bar Association (Member)

Beta Alpha PSI Cal State San Bernardino (Advisor)

San Bernardino Symphony Board (Past Member)

California State Athletic Board (Past Member)

United Way Community Review Committee (Past Member)


## Types of Forensic Engagements, Expert Testimony and Depositions

Family Law

Business Valuations

Estate, Trust Tracing

Fraud Investigations

Partnership Disputes

Civil to include Class Action Litigation

Criminal Defense

Tax Court Consulting

Economic Damages


## Selected Publications and Speaking Engagements

California Society of CPAs (Education Foundation Presentations)

    Family Law 101 (July 2015 – Current)
    Business Valuation (May 2019 – Current)
    Moore Marsden Calculation (May 2019 – Current)
    Budgeting, Planning, & Forecasting (August 2015, June 2016)
    Path to the C Suite (August 2015, June 2016)


Sharing Services is Saving, CalCPA Magazine – July 2012
Maintaining the Integrity of the Profession, California Board of Accountancy (CBA) – Winter 2020
A Profession Reflecting Life, Bringing Diversity, Equity, & Inclusion to the Accounting World, CalCPA Magazine – March 2021
The Only One – California Board of Accountancy Newsletter – Summer 2023


AICPA Controllers Conference Presentations (2010 – 2014)
    Budgeting, Forecasting, Planning
    Shared Service Centers
    Controller to CFO
    Working in Family-Owned Businesses

J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

**Kathy A. Johnson, CPA, CFF, CGMA, ABV**
Vice President, Forensic Accounting & Economics



California Society of CPA "Financial Literacy Program" Presentations (2011 – Current)
    Prototypes / Senator Carol Liu – Dollars and Sense
    Moreno Valley Senior Center – Retirement Funding, Dollars and Sense, Saving, Debt Management
    State Controller's Community Event – Dollars and Sense, Education and Retirement Funding, Debt Management
    African American Leaders for Tomorrow (AALT) Program – Financial Literacy, July 13, 2018 & July 19, 2019

## Speaking Engagements

San Bernardino County Bar Association – Family Law and Real Estate Issues – July 2013
Cal Society of CPAs Discussion Group – Forensic Accounting Basics – August 2013
Western States CPE Conference – Future of Learning – August 2014
American Accounting Association Annual Meeting – Future of Learning – August 2014
California Society of CPAs – Careers in Forensic Accounting – November 2015
California Society of CPAs Forensic Services Section – SSARS update – January 2016
Beta Alpha Psi (Cal State San Bernardino) – Forensic Accounting – April 2016
San Bernardino County Bar Association – Cash Flow and the Business Valuation Engagement – July 2016
East West Family Law Council (EWFLC) Presentation – Moore / Marsden – October 2016
CalCPA Education Foundation – Family Law 101 – July 2015 and July 2016, November 2016
Presented by Senator Jeff Stone's Office – Fraud and Internal Control Issues – January 2017
Desert Estate Planning Council – The Forensic Engagement – October 2017
CalCPA Expert Witness Program – Understanding the Big Picture – September 15, 2018
Peninsula D&I High School Outreach Event – October 2018
National Council of Philippine American Canadian Accountants (NCPACA) 32nd Annual Convention – How Fraud Impacts Small Businesses – September 2018
California Trinity University Accounting and Finance Club – Business Valuations – November 2018
IASA Cal Regional Chapter Conf – Fraud / Data and Privacy Security and Its Impact on Small Businesses – December 13, 2018
Estate Planning Council of San Bernardino – Fraud and Its Impact on Small Businesses, Estates & Trusts – March 20, 2019
Multicultural Girls and Mom Math, Financial Literacy and Entrepreneurship Conference – Financial Literacy – April 27, 2019
Shield of Faith Financial Success Seminar – Business Marketing for Success – Financial Literacy – June 1, 2019
Philippine American Society of CPAs of Los Angeles – Who Commits Fraud? Who Pays for Fraud? – July 27, 2019
CalCPA AP/AS Committee Meeting, Hollywood California – Business Valuation –August 29, 2019
California Trinity School of Business, Los Angeles – Who Commits Fraud? Who Pays for Fraud? – September 7, 2019
CalCPA Bakersfield – Fraud and Its Impact on Small Businesses – November 5, 2019
Assembly Member Anthony Rendon – Young Women's Conference – Financial Literacy – February 8, 2020
Diversity, Equity, and Inclusion, Sales Force Data Intelligence Team – August 2020
Road to Reimbursement – CalCPA FSS Family Law Presentation – October 2021
PLI Accounting Presentation – Basics of Accounting – July 19, 2023
AAA Expert Panel for Forensic Accounting – August 12, 2022
Accounting 101 – MyCLE Presentation – September 21, 2022
Podcast: <u>Finding The Money In Your Divorce with Forensic Accountant Kathy Johnson, CPA, CFF — Grown Girl Divorce: Divorce Support for Black Women</u> - March 26, 2023
The Accounting Cycle and Comparative Accounting:  GAAP, IFRS, and Accounting Frameworks – PLI (Practising Law Institute) – June  18, 2023
Fiduciary Duty Panel – NAFER Conference – September 9, 2023
AGA - Forensic Accounting Presentation – October 11, 2023
CalCPA Presentation – Family Law Conference – Tracing Brokerage and Investment Accounts – October 25, 2023

J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

**Kathy A. Johnson, CPA, CFF, CGMA, ABV**
Vice President, Forensic Accounting & Economics



**TESTIMONY HISTORY**

**Deposition Testimonies**

Top Priority Couriers v Unity Couriers Services (8/2014)

Marriage of Drieberg (3/2016)

Cheeley Chiropractic, Inc. v Jose Herrera (4/2016)

Wells Fargo Bank v Kaur, et al. (5/2016)

Catherine A. Athens Family Trust / Williams Athens and Tina Athens Perkins v Stavroula Joanne Bostanzoglou (2/2020 | 3/2020)

Hronis Inc. v Timothy D. Denton et.al. (10/31/2022)

Uprise management, LLC and Lion Shirdan v WEF Management, LLC (7/18/2023)

Corvex Master Fund LP et al. v Mohawk Industries (2/23/2024)


**Trial & Arbitration Testimonies**

Marriage of Razook – Case #FAMRS 1202723 (2/2014 | 3/2016)

Top Priority Couriers v Unity Couriers Services – Case # RIC 1100949 (9/2014)

Green Pharmaceuticals, Inc. – Class Action Case # CIVDS 1108022 (9/2014)

Marriage of Benites – Case # FAMRS 1203487 (10/2014)

Nowakhtar v Gheybi – Case # FAMRS 904145 (5/2016)

Marriage of Shameson – RID 1201889 (4/2017)

Marriage of Drieberg – Case # FAMSS 1000743 (6/2017)

Marriage of Bergquist – Case # FAMRS 801489 (6/2017)

Choong-Dae Kang v Aguina – SWD015783 (8/2017)

Wells Fargo Bank v Kaur, et al. – Case # S-1500-CV276872LHB (12/2017)

Marriage of Duarte – Case # RID 1604626 (5/2019)

Catherine A. Athens Family Trust / Williams Athens and Tina Athens Perkins v Stavroula Joanne Bostanzoglou –
        Case # 18-PRO-01107 (2/2020)

Marriage of Joseph Curreri and Cathye Curreri – Case # BID 546312 (10/2020)

AAPM v Parks White Properties – Case # CIVDS 1511367 (12/2020)

Ford v Ford – Case # FMSS1805771 (2/2022)

Shadi Nasr v Michael Sasani – Case # 20#007757 (3/2022)

The People of the State of California v Frances Montgomery – Case #BA465944

J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other
public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.