## Attachment A to U.S.' Motion to Admit Co-Conspirator Statements in *United States v. Andrade*

| Trial Ex. # | Bates BegDoc | Bates EndDoc | Date | Brief Summary of Statement/Exhibit |
|---|---|---|---|---|
| 34 | FBI-PHY3-0145757 | FBI-PHY3-0145759 | 10/7/2017 | Dillman, Ccing Andrade, emails exchange's head of token listing. He inflates the coin, asserting things like "literally billions of dollars in deals that are currently being negotiated" and that Andrade is "literally speaking with Presidents and Prime Ministers." |
| 60 | ANDRADE_DOJ_00018860 | ANDRADE_DOJ_00018861 | 9/11/2018 | Email from Mata to Tran. Mata says he showed a PR quote to Marcus and Marcus was ok with it. |
| 67 | ANDRADE_DOJ_00021513 | ANDRADE_DOJ_00021514 | 9/6/2017 | Dillman emails Andrade and Abramoff. It's a draft press release about Andrade's meeting with SF Port commissioner Leslie Katz. |
| 68 | ANDRADE_DOJ_00021594 | ANDRADE_DOJ_00021594 | 9/18/2017 | Dillman emails Abramoff, Szeder, and Andrade. "Hi Marcus, as we discussed earlier, it was good for the AML Bitcoin to have a public facing ICO, especially for branding purposes and the post-ICO market." Dillman introduces Szeder. |
| 69 | ANDRADE_DOJ_00021686 | ANDRADE_DOJ_00021686 | 9/20/2017 | Abramoff emails Dillman. Abramoff says he just chatted with Marcus. They want Dillman to get Leslie Katz to send an email to a firm which will help handle the ICO. |
| 70 | ANDRADE_DOJ_00022061 | ANDRADE_DOJ_00022062 | 10/2/2017 | Abramoff emails Brian Darling and CCs Andrade. Abramoff says "great work Brian!!" in response to Brian forwarding an article supposedly by Versace, titled "This New Bitcoin Could Totally Change the Game". |
| 72 | ANDRADE_DOJ_00024268 | ANDRADE_DOJ_00024269 | 12/19/2017 | Andrade confirms that Monex247 is his handle. DeLaGuardia asks for bios, and Abramoff responds with Naimer's bio and Andrade's bio. Andrade's bio is a later exhibit at ANDRADE_DOJ_00024272 |
| 77 | ANDRADE_DOJ_00025415 | ANDRADE_DOJ_00025416 | 1/30/2018 | Abramoff forwards email thread with Hung Tran to Andrade. This shows Andrade's awareness of Super Bowl "guerilla campaign." |
| 78 | ANDRADE_DOJ_00025417 | ANDRADE_DOJ_00025418 | 1/30/2018 | Abramoff forwards email thread with Hung Tran to Andrade. This shows Andrade's awareness of Super Bowl "guerilla campaign." |
| 79 | ANDRADE_DOJ_00025419 | ANDRADE_DOJ_00025420 | 1/30/2018 | Abramoff forwards email thread with Hung Tran to Andrade. This shows Andrade's awareness of Super Bowl "guerilla campaign." |

| | | | | |
|---|---|---|---|---|
| 89 | ANDRADE_DOJ_00027909 | ANDRADE_DOJ_00027911 | 5/1/2018 | Katz email to Dillman and Andrade about draft press release. Katz says "It way overstates what transpired … Tone it down and make it accurate … Please do not do this." [also seized within FBI-PHY3-0156577, page 2504]. |
| 119 | ANDRADE_DOJ_00081456 | ANDRADE_DOJ_00081460 | 4/27/2018 | Draft press release that Katz eventually rejects. |
| 120 | ANDRADE_DOJ_00083252 | ANDRADE_DOJ_00083253 | 9/7/2017 | Andrade forwards to FBI a draft press release from Dillman re SF Port. |
| 142 | FBI-00033708 | FBI-00033709 | 9/11/2017 | Abramoff sends Andrade a draft article, written by Peter Roff, about Port of San Francisco and AML Bitcoin. Andrade says it looks good. (He also therefore adopts his quotes in the draft.) |
| 170 | FBI-00049243 | FBI-00049244 | 9/8/2017 | Abramoff emails Andrade update to Roff article |
| 171 | FBI-00049245 | FBI-00049246 | 9/8/2017 | Abramoff emails Andrade draft Roff article, and asks him not to send to anyone else. |
| 185 | FBI-00086392 | FBI-00086394 | 2/23/2018 | Email thread between Abramoff and Darling, titled "For Marcus." They brainstorm press options for Versace and Ferrara. "Versace only writes his own stuff and we can feed him talking points. He costs 1K/post," Darling states. |
| 244 | FBI-302-027486 | FBI-302-027486 | 8/31/2017 | Abramoff tells Peter Roff that he will get a wire shortly, and asks for his W9. Roff had sent his bank information. |
| 260 | FBI-302-027592 | FBI-302-027597 | 9/12/2017 | The published version of U.S. News article: Peter Roff, "The Future of Cryptocurrency May be Now Thanks to More Mainstream Bitcoin". Andrade had approved text. |
| 262 | FBI-302-027599 | FBI-302-027599 | 9/7/2017 | Abramoff sends a draft story to Peter Roff on AML Bitcoin. Abramoff also says "I'll get the Marcus quotes to you asap." |
| 329 | FBI-GJ-0006712 | FBI-GJ-0006712 | 9/12/2017 | Abramoff jokes to Roff about the co-conspirators' approval process for quotes: "These SF people are driving me crazy. I just told them that if they don't have this approved in the next few minutes, I'm going to make their quote as follows: "I was a bag man for Vladimir Putin …" |
| 334 | FBI-GJ-0006744 | FBI-GJ-0006744 | 9/10/2017 | Abramoff emails Roff. He says, "Marcus prefers this: 'Andrade is the software engineer and Texas entrepreneur'…" |
| 403 | FBI-PHY-045346 | FBI-PHY-045346 | 4/26/2018 | Instagram photo of Gavin Newsom and Andrade. |

| | | | | |
|---|---|---|---|---|
| 407 | FBI-PHY-099349 | FBI-PHY-099350 | 5/16/2018 | Abramoff email to Bryan. Abramoff asks if there any other action items for Marcus to take, and edits Bryan's draft of "CRITICAL ISSUES" |
| 408 | FBI-PHY-099543 | FBI-PHY-099543 | 4/13/2018 | Abramoff sending non-disclosure agreement (NDA) to John Byran, Ccing Andrade and Foteh. |
| 409 | FBI-PHY-099544 | FBI-PHY-099552 | 4/13/2018 | NAC Foundation and Andrade's template for his NDAs. |
| 417 | FBI-PHY-104589 | FBI-PHY-104590 | 6/5/2018 | Market manipulation plan, which Abramoff wanted to hide. |
| 418 | FBI-PHY-104604 | FBI-PHY-104605 | 6/5/2018 | Bryan emails "Project Sunshine" market making plan to Andrade, Abramoff, and others. |
| 419 | FBI-PHY-104606 | FBI-PHY-104609 | 6/5/2018 | Market manipulation plan, which Bryan attached to June 5, 2018 email to Andrade and others. |
| 420 | FBI-PHY-104877 | FBI-PHY-104877 | 5/16/2018 | Andrade asks CPA to send money to John Bryan. Bryan asks Abramoff if Andrade could wire instead. |
| 430 | FBI-PHY-108759 | FBI-PHY-108760 | 6/1/2018 | Abramoff drafts, for Bryan, a letter from Bryan about the Super Bowl. |
| 549 | FBI-PHY3-0093798 | FBI-PHY3-0093798 | 1/31/2018 | Letter from Andrade to NFL's Goodell. |
| 550 | FBI-PHY3-0093805 | FBI-PHY3-0093807 | 2/6/2018 | A media advisory titled Cryptocurrency 2.0: AML Bitcoin vs. The Bitcoin Elite |
| 554 | FBI-PHY3-0105773 | FBI-PHY3-0105773 | 1/30/2018 | Abramoff emails to Foteh the electronically signed version of Andrade's letter to the NFL about the Super Bowl ad "rejection." |
| 581 | FBI-PHY3-0132371 | FBI-PHY3-0132371 | 10/22/2017 | AML Bitcoin YouTube video, 2 minutes long, misrepresenting AML Bitcoin. |
| 582 | FBI-PHY3-0132357 | FBI-PHY3-0132357 | 2/1/2018 | YouTube video of AML Bitcoin's Super Bowl ad |
| 586 | FBI-PHY3-0141124 | FBI-PHY3-0141129 | 3/5/2019 | Mata/Andrade negotiations about Mata's possible CEO role at AML Bitcoin. |
| 593 | FBI-PHY3-0141962 | FBI-PHY3-0141980 | 12/10/2018 | Andrade/Mata email about Boyer. Mata forwards (to Andrade) Boyer's contact information. |
| 595 | FBI-00026329 | FBI-00026330 | 1/29/2019 | Naimer/Abramoff email. Abramoff forwards Naimer's email, and asks Andrade what he wants to do about DIT/Cross-Verify shutting down. |
| 599 | FBI-PHY3-0160474 | FBI-PHY3-0160479 | 3/22/2018 | Abramoff email to Andrade, forwarding from Foteh. Foteh states that C-CEX is a scam. Abramoff asks "what is our response .. Are we concerned"? |
| 601 | FBI-PHY3-0154696 | FBI-PHY3-0154698 | 10/19/2018 | Mata emails Andrade an invoice for Aharonoff and Boyer purchases. Says Boyer wire will be sent on Monday due to travel. Invoice shows $50K from each; 25% commission for Mata. |

| | | | | |
|---|---|---|---|---|
| 602 | FBI-PHY3-0154699 | FBI-PHY3-0154713 | 10/19/2018 | Mata emails Andrade the purchase agreement for Ben Boyer. |
| 603 | FBI-PHY3-0154734 | FBI-PHY3-0154748 | 10/19/2018 | Mata emails Andrade the purchase agreement for Daniel Aharonoff |
| 605 | FBI-PHY3-0155132 | FBI-PHY3-0155163 | 9/23/2018 | Abramoff forwards Andrade his WhatsApp/emails with DeLaGuardia about Panama. The emails show Panama's concern with the misleading press release. The WhatsApp messages shows Andrade's awareness of the Panama press release. Marcus is "nervous about this. Thinks it could ruin the project," Abramoff tells DeLaGuardia in the forwarded messages. |
| 607 | ANDRADE_DOJ_00029343 | ANDRADE_DOJ_00029343 | 7/12/2018 | Abramoff forwards an email that Abramoff sent to UCE (alias "Bryant Lee"). Abramoff tells Andrade to keep an eye out for UCE's call. |
| 629 | FBI-ELSUR-000617 | FBI-ELSUR-000617 | 2/1/2018 | UCE's recording of Dillman's presentation at a "VC taskforce" panel hosted by a law firm. |
| 630 | FBI-ELSUR-000746 | FBI-ELSUR-000746 | 2/1/2018 | UCE's recording of Dillman's presentation at a "VC taskforce" panel hosted by a law firm. |
| 631 | FBI-ELSUR-000897 | FBI-ELSUR-000897 | 2/1/2018 | UCE's recording of Dillman's presentation at a "VC taskforce" panel hosted by a law firm. |
| 632 | FBI-ELSUR-001036 | FBI-ELSUR-001036 | 2/1/2018 | UCE's recording of Dillman's presentation at a "VC taskforce" panel hosted by a law firm. |
| 633 | FBI-ELSUR-001175 | FBI-ELSUR-001175 | 2/1/2018 | UCE's recording of Dillman's presentation at a "VC taskforce" panel hosted by a law firm. |
| 634 | FBI-ELSUR-001315 | FBI-ELSUR-001315 | 2/1/2018 | UCE's recording of Dillman's presentation at a "VC taskforce" panel hosted by a law firm. |
| 635 | FBI-ELSUR-002214 | FBI-ELSUR-002214 | 2/9/2018 | UCE's recording of a dinner with Dillman, where they discuss AML Bitcoin. |
| 636 | FBI-ELSUR-002286 | FBI-ELSUR-002286 | 2/9/2018 | UCE's recording of a dinner with Dillman, where they discuss AML Bitcoin. |
| 637 | FBI-ELSUR-002363 | FBI-ELSUR-002363 | 2/9/2018 | UCE's recording of a dinner with Dillman, where they discuss AML Bitcoin. |
| 638 | FBI-ELSUR-002426 | FBI-ELSUR-002426 | 2/9/2018 | UCE's recording of a dinner with Dillman, where they discuss AML Bitcoin. |
| 639 | FBI-ELSUR-002485 | FBI-ELSUR-002485 | 2/9/2018 | UCE's recording of a dinner with Dillman, where they discuss AML Bitcoin. |
| 640 | FBI-ELSUR-002542 | FBI-ELSUR-002542 | 2/9/2018 | UCE's recording of a dinner with Dillman, where they discuss AML Bitcoin. |
| 641 | FBI-ELSUR-002604 | FBI-ELSUR-002604 | 2/9/2018 | UCE's recording of a dinner with Dillman, where they discuss AML Bitcoin. |
| 642 | FBI-ELSUR-002663 | FBI-ELSUR-002663 | 2/9/2018 | UCE's recording of a dinner with Dillman, where they discuss AML Bitcoin. |
| 643 | FBI-ELSUR-002722 | FBI-ELSUR-002722 | 2/9/2018 | UCE's recording of a dinner with Dillman, where they discuss AML Bitcoin. |
| 644 | FBI-ELSUR-002845 | FBI-ELSUR-002845 | 7/9/2018 | Abramoff tells UCE that Andrade will call him in about an hour. According to Abramoff, Andrade says he's willling to do a sale. |

| | | | | |
|---|---|---|---|---|
| 646 | FBI-ELSUR-002897 | FBI-ELSUR-002897 | 7/11/2018 | Abramoff calls UCE for 6 minutes 26 seconds. Abramoff asks UCE, how many coins are left for sale to someone else? Because Abramoff can't get ahold of Andrade. |
| 647 | FBI-ELSUR-002905 | FBI-ELSUR-002905 | 7/18/2018 | UCE calls Jack Abramoff for 15 minutes to explain why UCE is passing. Abramoff says there's high demand; not sure there's way for UCE to get into the deal. |
| 661 | FBI-302-027598 | FBI-302-027600 | 9/7/2017 | Emails between Peter Roff and Abramoff. Abramoff sends Roff a draft article with quotes from Andrade and Dillman. Roff asks Abramoff for a couple quotes from Marcus. Abramoff says ok. |
| 704 | ANDRADE_DOJ_00 022460 | ANDRADE_DOJ_00 022464 | 10/10/2017 | Dillman follows up on "timeline" thread with Andrade still on it. He writes "if Marcus is awake then I'll invite him to the call to answer any further details you may want to know." |
| 706 | ANDRADE_DOJ_00 026281 | ANDRADE_DOJ_00 026281 | 2/23/2018 | Abramoff sends Andrade the press clips from Darling. (Abramoff writes, "Not sure what we do with this, but perhaps we print it as a second handout for the NY meetings"?) |
| 707 | ANDRADE_DOJ_00 026282 | ANDRADE_DOJ_00 026292 | 2/21/2018 | Darling emails Abramoff a series of press clips on AML Bitcoin. |
| 719 | FBI-GJ-0003413 | FBI-GJ-0003414 | 11/23/2018 | Mata email to Dillman, BCCing Boyer. |
| 722 | FBI-GJ-0003426 | FBI-GJ-0003426 | 1/29/2018 | Text message thread between Dillman and Boyer. Annotated in handwriting. |
| 727 | FBI-GJ-0005360 | FBI-GJ-0005361 | 12/26/2017 | Dillman sending Boyer the AML 2-Pager. |
| 728 | FBI-GJ-0005362 | FBI-GJ-0005363 | 12/26/2017 | The 2-pager that Dillman sent externally, including to Ben Boyer at FBI-PHY-069002 (Dec. 26, 2017) |
| 729 | FBI-GJ-0005365 | FBI-GJ-0005366 | 1/3/2018 | Emails from "AML Bitcoin" to Boyer. They are updates on the token sale. |
| 734 | FBI-GJ-0005402 | FBI-GJ-0005403 | 1/8/2018 | Email from Dillman to Boyer. He says "the company is purchasing a SuperBowl spot for marketing" |
| 739 | FBI-GJ-0005978 | FBI-GJ-0005980 | 3/26/2018 | Dillman emailing Boyer: "Marcus has just paid the fee to list to get the tokens on 6 more exchanges this week…" |
| 741 | FBI-GJ-0010309 | FBI-GJ-0010309 | 11/30/2018 | Boyer emailing Mata. He says "JD is [expletive]. You guys should be reading about financial fraud laws." And Boyer includes a text thread from Dillman. |
| 742 | FBI-GJ-0010476 | FBI-GJ-0010481 | 12/13/2018 | Boyer emailing Dillman. Including quotes from Dillman. |
| 743 | FBI-GJ-0011231 | FBI-GJ-0011233 | 11/29/2018 | Boyer emailing Dillman and Mata. Mata claims he's trying to protect the company from Andrade. |

| | | | | |
|---|---|---|---|---|
| 751 | FBI-PHY-068103 | FBI-PHY-068103 | 1/11/2018 | An email from Dillman to a potential investor linking the token site, white paper, and company site for AML Bitcoin. |
| 752 | FBI-PHY-068104 | FBI-PHY-068115 | 1/10/2018 | Attachment to prior exhibit/email. |
| 753 | FBI-PHY-068300 | FBI-PHY-068302 | 12/10/2017 | Dillman tells possible investor that "AML Bitcoin is the ONLY solution in the market that complies with the legislation being drafted." |
| 754 | FBI-PHY-068308 | FBI-PHY-068310 | 12/10/2017 | Possible investor says he wants to buy some AML Coin, and Dillman sends his referral code. |
| 755 | FBI-PHY-068420 | FBI-PHY-068420 | 10/29/2017 | From David Mata ; CC Japheth Dillman; BCC ; Subject: ICOs, and potential investments.<br><br>Mata emails Aharonoff and CCs Dillman. He writes that AML Bitcoin "is an AML/KYC compliant crypotcurrency that has a significant amount of business development ... some of the biz dev delas they've had include a deal with the Panama Canal to be the only currency accepted to pay transit fees". |
| 756 | FBI-PHY-068433 | FBI-PHY-068433 | 8/28/2017 | From David Mata ; CC ; BCC ; Subject: AML Bitcoins opportunity.<br><br>Emails from Mata to Dillman and two others. Mata says "They have a deal closed with the Panama Canal that the AML coin will be the sole method of payment once issued. Japheth and I are connecting them to the general counsel for the port of san francisco for a simliar deal. [...] That's an immeidate profit."" |
| 757 | FBI-PHY-068713 | FBI-PHY-068715 | 3/2/2018 | Subject: Re: banned superbowl ad<br><br>Dillman trying to sell possible investor on "MASSIVE project" with "a lot of deals not announced publicly" |

| | | | | |
|---|---|---|---|---|
| 758 | FBI-PHY-068716 | FBI-PHY-068718 | 3/3/2018 | Dillman engages further with possible investor and mentions "I have a call with the CEO later" |
| 759 | FBI-PHY-068737 | FBI-PHY-068738 | 11/17/2017 | The 2-pager that Dillman sent externally, including to Ben Boyer at FBI-PHY-069002 (Dec. 26, 2017) |
| 760 | FBI-PHY-069002 | FBI-PHY-069003 | 12/26/2017 | Subject: Re: Great to meet you!<br><br>Dillman sends Boyer 2-Pager full for misrepresentations (exhibit 759). Boyer says he wants to buy $250K of AML. |
| 761 | FBI-PHY-069143 | FBI-PHY-069144 | 9/18/2017 | From Jack Abramoff ; CC ; BCC ; Subject: RE: public facing CTO. Abramoff expresses discomfort at Dillman emailing Szeder about Abramoff's involvement. |
| 762 | FBI-PHY-069147 | FBI-PHY-069148 | 9/18/2017 | From Jack Abramoff ; CC ; BCC ; Subject: RE: public facing CTO<br><br>Later version of thread above. Abramoff says he doesn't "want anyone to see my helping out here if not necessary." And that Marcus only needs John for 10 hours/month.<br><br>Dillman responds that he "just spoke with John, he is perfectly content with this offer. John ... is in no way run off" by Abramoff at all, according to Dillman. |
| 763 | FBI-PHY-071049 | FBI-PHY-071052 | 9/10/2017 | From Japheth Dillman; CC ; BCC Marcus Andrade; Subject: CSO role for AML BitCoin<br><br>Dillman's pitch and detailed outline for becoming Chief Strategy Officer (CSO) of AML Bitcoin. |
| 764 | FBI-PHY-071183 | FBI-PHY-071183 | 9/22/2017 | From Japheth Dillman; CC ; BCC Jack Abramoff; Subject: Introduction<br><br>Dillman email to CEO of Bittrex exchange, introducing him and Andrade on the same thread. Abramoff is BCCed. |

| 765 | FBI-PHY-072259 | FBI-PHY-072259 | 9/25/2017 | From Japheth Dillman; CC Marcus Andrade ; BCC Jack Abramoff ; Subject: Investment into AML BitCoin<br><br>Template for series of Dillman emails, Ccing Andrade and Abramoff, in which Dillman lies about AML Bitcoin and tries to sell it. "The coin used to trade at $80 under the name AtenCoin" ... "Marcus is currently on a whirlwind tour between Central America and Europe literally speaking with Presidents and Prime Ministers of several countries." ... "There are literally billions of dollars in deals that are currently being negotiated" |
| --- | --- | --- | --- | --- |
| 767 | FBI-PHY-073744 | FBI-PHY-073747 | 11/29/2017 | Dillman pitches AML Bitcoin to possible investors. |
| 769 | FBI-PHY-074565 | FBI-PHY-074566 | 10/30/2017 | Dillman pitches AML Bitcoin to possible investors. |
| 775 | FBI-PHY3-0010292 | FBI-PHY3-0010293 | 9/18/2017 | From Jack Abramoff ; CC ; BCC ; Subject: IBD piece<br><br>Email on IBD press article. |
| 776 | FBI-PHY3-0011480 | FBI-PHY3-0011480 | 9/25/2017 | From Japheth Dillman; CC Marcus Andrade ; BCC Jack Abramoff ; Subject: Investment into AML BitCoin<br><br>Series of Dillman emails, Ccing Andrade and Abramoff, in which Dillman lies about AML Bitocin and tries to sell it. "The coin used to trade at $80 under the name AtenCoin" ... "Marcus is currently on a whirlwind tour between Central America and Europe literlaly speaking with Presidents and Prime Ministers of several countries." ... "There are literally billions of dollars in delas that are currently being negotiated" |
| 777 | FBI-PHY3-0011481 | FBI-PHY3-0011481 | 9/25/2017 | From Japheth Dillman; CC Marcus Andrade ; BCC Jack Abramoff ; Subject: Investment into AML BitCoin |
| 778 | FBI-PHY3-0011482 | FBI-PHY3-0011482 | 9/25/2017 | From Japheth Dillman; CC Marcus Andrade ; BCC Jack Abramoff ; Subject: Investment into AML BitCoin |
| 779 | FBI-PHY3-0011483 | FBI-PHY3-0011483 | 9/25/2017 | From Japheth Dillman; CC Marcus Andrade ; BCC Jack Abramoff ; Subject: Investment into AML BitCoin |
| 780 | FBI-PHY3-0011484 | FBI-PHY3-0011484 | 9/25/2017 | From Japheth Dillman; CC Marcus Andrade ; BCC Jack Abramoff ; Subject: Investment into AML BitCoin |
| 781 | FBI-PHY3-0011485 | FBI-PHY3-0011485 | 9/25/2017 | From Japheth Dillman; CC Marcus Andrade ; BCC Jack Abramoff ; Subject: Investment into AML BitCoin |

| 782 | FBI-PHY3-0011486 | FBI-PHY3-0011486 | 9/25/2017 | From Japheth Dillman; CC Marcus Andrade ; BCC Jack Abramoff ; Subject: Investment into AML BitCoin |
| --- | --- | --- | --- | --- |
| 783 | FBI-PHY3-0011487 | FBI-PHY3-0011487 | 9/25/2017 | From Japheth Dillman; CC Marcus Andrade ; BCC Jack Abramoff ; Subject: Investment into AML BitCoin |
| 784 | FBI-PHY3-0011488 | FBI-PHY3-0011488 | 9/25/2017 | From Japheth Dillman; CC Marcus Andrade ; BCC Jack Abramoff ; Subject: Investment into AML BitCoin |
| 785 | FBI-PHY3-0011489 | FBI-PHY3-0011489 | 9/25/2017 | From Japheth Dillman; CC Marcus Andrade ; BCC Jack Abramoff ; Subject: Investment into AML BitCoin |
| 786 | FBI-PHY3-0011490 | FBI-PHY3-0011490 | 9/25/2017 | From Japheth Dillman; CC Marcus Andrade ; BCC Jack Abramoff ; Subject: Investment into AML BitCoin |
| 791 | FBI-PHY-072866 | FBI-PHY-072870 | 10/9/2017 | Subj: Re: New timeline, other updates<br><br>Dillman emails Abramoff and Andrade: "I'm at your disposal. 100% AML is my top priority". Dillman is responding to Abramoff's request for a phone call to discuss Panama, SF Port, etc. This takes place shortly after the October 1, 2017 ICO. |
| 792 | FBI-PHY-072966 | FBI-PHY-072969 | 10/10/2017 | Subj: Re: New timeline, other updates<br><br>Dillman emails Andrade and PR firm. He says "I have include Marcus on this email so he can provide other detalis I'm leaving out that are relevant." Dillman represents that "This deal is already in place to begin testing with AML Bitcoin before the end of the year." He also represents that, for Port of SF, AML Bitcoin "will win the bid." |
| 793 | FBI-PHY-069211 | FBI-PHY-069215 | 10/18/2017 | From Jack Abramoff ; To Japheth Dillman; Marcus Andrade ; CC ; BCC ; Subj: RE: *UPDATED* timeline<br><br>Shows Andrade's awareness of PR efforts and Dillman's involvement in it. Also includes detailed PR timeline for ICO in October 2017.<br><br>Links to several misleading articles, including US News ("More Mainstream Bitcoin"), Washington Times ("Bitcoin Offers a Way Around Economic Sanctions", and others. |

| | | | | |
|---|---|---|---|---|
| 794 | FBI-GJ-0028263 | FBI-GJ-0028263 | 1/29/2018 | Text messages produced within Bates FBI-GJ-0028263 (specifically, 058D-SF-2113481-GJ_0000156_1A0000193_0000006 with the internal BOYER Bates stamp of BOYER0007459) |
| 795 | FBI-PHY-070874 | FBI-PHY-070877 | 5/2/2018 | Subj: Re: You missed messages in AML Bitcoin Investor Group<br><br>Dillman emails Andrade and Foteh. He writes "Please don't contact Ben" in response to Discord notifications. |
| 814 | FBI-PHY-071057 | FBI-PHY-071058 | 9/10/2017 | Email from Abramoff to Dillman. Draft U.S. News story with Dillman quote in it. |
| 815 | FBI-PHY-071338 | FBI-PHY-071339 | 9/8/2017 | Email from Abramoff to Dillman. Abramoff tells Dillman "Please do not shrae this with anyone, but this is the draft article for US News." |
| 816 | FBI-PHY-071514 | FBI-PHY-071514 | 10/2/2017 | Email from Abramoff to Dillman. Abramoff asks Dillman to get the team to "get this out there as widely as possible," referring to article from TheStreet |
| 820 | FBI-PHY2-6308603 | FBI-PHY2-6308603 | 8/14/2020 | Project Sunshine, updated draft. Abramoff emails to John Bryan. |
| 821 | FBI-PHY2-6310138 | FBI-PHY2-6310140 | 8/14/2020 | Abramoff circulates the updated Project Sunshine document, which Andrade had forgotten to attach to his email to the group. |
| 822 | FBI-PHY3-0007898 | FBI-PHY3-0007899 | 10/28/2017 | Mata email to Dillman, Andrade, and others. Mata flags the need for more online marketing in places like Facebook and reddit forums. He says he has some people who might help.<br><br>Part of larger thread with Dillman, Andrade, and others. |
| 833 | ANDRADE_DOJ_00030916 | ANDRADE_DOJ_00030916 | 9/16/2018 | Dillman, Mata, and Andrade email each other. Mata says that investor Aharanoff will have questions about why Andrade is selling, and that they should enact a price floor. Dillman says he told Aharanoff that the seller was selling "due to family personal issues" because it will look bad otherwise. |
| 848 | FBI-00034912 | FBI-00034935 | 11/15/2018 | Dillman's signed employment agreement with NAC Foundation. |
| 865 | FBI-302-012389 | FBI-302-012407 | 10/16/2017 | AMLBitcoin account's posts on Bitcointalk.org, starting on July 31, 2017 and running through September 19, 2017. Screenshots captured on October 16, 2017. The posts advertise how "Aten 'Black Gold' Coin is rebranded to AML Bitcoin," and the links to the token sale, among other things. |

| | | | | |
|---|---|---|---|---|
| **877** | FBI-GJ-0028263 | FBI-GJ-0028263 | Various during the conspiracy period | Placeholder for Boyer documents about AML Bitcoin produced in native format |
| **880** | FBI-00123203 | Placeholder - Excerpt from Device, Ex. 1 | 8/30/2017 | WhatsApp message from Abramoff's seized phone (whole minimized phone image is Trial Ex. 1). Abramoff messages about the agenda for a Panama trip. |
| **881** | FBI-00123203 | Placeholder - Excerpt from Device, Ex. 1 | 9/4/2017 | WhatsApp message from Abramoff's seized phone. Andrade wants material for PR. |
| **882** | FBI-00123203 | Placeholder - Excerpt from Device, Ex. 1 | 9/4/2017 | WhatsApp message from Abramoff's seized phone. Attempt to schedule Tbilisi trip. |
| **883** | FBI-00123203 | Placeholder - Excerpt from Device, Ex. 1 | 9/4/2017 | WhatsApp message from Abramoff's seized phone. Tbilisi trip objective for the ICO. |
| **884** | FBI-00123203 | Placeholder - Excerpt from Device, Ex. 1 | 9/15/2017 | WhatsApp message from Abramoff's seized phone. Abramoff urges Panamanian associate to explain what's happening to Andrade in more detail. |
| **885** | FBI-00123203 | Placeholder - Excerpt from Device, Ex. 1 | 9/17/2017 | WhatsApp message from Abramoff's seized phone. Draft of news article on AML Bitcoin making "landfall" in Panama. |
| **886** | FBI-00123203 | Placeholder - Excerpt from Device, Ex. 1 | 9/20/2017 | WhatsApp message from Abramoff's seized phone. Abramoff shares published Panama article. |
| **888** | FBI-00123203 | Placeholder - Excerpt from Device, Ex. 1 | 10/24/2017 | WhatsApp message from Abramoff's seized phone. Abramoff tells Panamanian associate that biometric technology is possibly "just about to be completed." |
| **889** | FBI-00123203 | Placeholder - Excerpt from Device, Ex. 1 | 11/1/2017 | WhatsApp message from Abramoff's seized phone. In response to Panamanian associate's concerns about Andrade, Abramoff claims confusion and offers to set up a call with Andrade. |

| 890 | FBI-00123203 | Placeholder - Excerpt from Device, Ex. 1 | 11/3/2017 | WhatsApp message from Abramoff's seized phone. Abramoff sends draft press release information/requests to Panamanian associate. |
|---|---|---|---|---|
| 891 | FBI-00123203 | Placeholder - Excerpt from Device, Ex. 1 | 11/5/2017 | WhatsApp message from Abramoff's seized phone. Abramoff relays a request from Andrade, which is for a quote from a banker for press release. |
| 892 | FBI-00123203 | Placeholder - Excerpt from Device, Ex. 1 | 11/9/2017 | WhatsApp message from Abramoff's seized phone. Abramoff tries to manage blowback from Panama Canal. |
| 893 | FBI-00123203 | Placeholder - Excerpt from Device, Ex. 1 | 11/16/2017 | WhatsApp message from Abramoff's seized phone. Abramoff asks Panamanian associate to write memo for Andrade on how banks don't have plans to move into crypto, and that press release "is toast". |
| 894 | FBI-00123203 | Placeholder - Excerpt from Device, Ex. 1 | 11/24/2017 | WhatsApp message from Abramoff's seized phone. Abramoff and Panamanian associate discussion resignation of another associate, and that Andrade will be "furious" at competition. |
| 895 | FBI-00123203 | Placeholder - Excerpt from Device, Ex. 1 | 11/29/2017 | WhatsApp message from Abramoff's seized phone. Abramoff writes to Panamanian associate that Andrade "sometimes gives into conspiracy theories." |
| 896 | FBI-00123203 | Placeholder - Excerpt from Device, Ex. 1 | 1/11/2018 | WhatsApp message from Abramoff's seized phone. Abramoff dismisses concerns about Andrade's judgment, and says the best solution is to move forward. Abramoff asks, "what do you need from us to make this happen?" |
| 897 | FBI-00123203 | Placeholder - Excerpt from Device, Ex. 1 | 1/17/2018 | WhatsApp message from Abramoff's seized phone. Abramoff and Bryan discuss sham Super Bowl ad. |
| 898 | FBI-00123203 | Placeholder - Excerpt from Device, Ex. 1 | 1/18/2018 | WhatsApp message from Abramoff's seized phone. Abramoff and Andrade discuss sham Super bowl ad. |
| 899 | FBI-00123203 | Placeholder - Excerpt from Device, Ex. 1 | 1/18/2018 | WhatsApp message from Abramoff's seized phone. Abramoff and Andrade discuss sham Super bowl ad. |
| 900 | FBI-00123203 | Placeholder - Excerpt from Device, Ex. 1 | 1/23/2018 | WhatsApp message from Abramoff's seized phone. Abramoff and Andrade discuss sham Super bowl ad, and debate whether to tell Dillman given that he will find out on set. |

| | | | | |
|---|---|---|---|---|
| **901** | FBI-00123203 | Placeholder - Excerpt from Device, Ex. 1 | 5/7/2018 | WhatsApp message from Abramoff's seized phone. Abramoff and Andrade discuss what to do about people "dumping" the token. Andrade says "please get me the pr from your side" and Abramoff says "pedal to the metal". |
| **902** | FBI-00123203 | Placeholder - Excerpt from Device, Ex. 1 | 5/22/2018 | WhatsApp message from Abramoff's seized phone. Abramoff conveys Andrade's market making plan ($250K) to Bryan. |
| **903** | FBI-00123203 | Placeholder - Excerpt from Device, Ex. 1 | 6/8/2018 | WhatsApp message from Abramoff's seized phone. Abramoff tells Panamanian associate that Andrade and others "don't think Panama will ever move." |