1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 3:2-cr-00249-RS |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT ANDRADE'S ADMINISTRATIVE MOTION TO FILE A MULTI-PART MOTION IN LIMINE IN EXCESS OF 25 PAGES** |
| v. | |
| ROWLAND MARCUS ANDRADE, | |
| Defendant. | Judge: Hon. Richard Seeborg, Chief Judge |

On motion of the Defendant and good cause appearing therefore,

**IT IS HEREBY ORDERED**

That Defendant Marcus Andrade may file a multi-part motion in limine in excess of 25 pages as an exception to Crim. L.R. 47-2.

Dated: January \_\_\_\_, 2025

_____
HON. RICHARD SEEBORG
United States Chief District Judge

[PROPOSED] Order Granting Defendant Andrade's Administrative Motion to File a Multi-Part Motion in Limine in Excess of 25 Pages

Case Number: 3:20-cr-00249-RS - Page 2