IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.: 3:20-CR-00249-RS |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING DEFENDANT MARCUS ANDRADE'S MOTIONS IN LIMINE, ## 1-7** |
| ROWLAND MARCUS ANDRADE, | |
| Defendant. | |

On the motion of the Defendant and good cause appearing therefore,

**IT IS HEREBY ORDERED**:

1)    That Defendant Andrade's Motion in Limine to Exclude Argument and Evidence Regarding the Super Bowl "Rejection Campaign" is **GRANTED;**

2)    That Defendant's Motion in Limine to Exclude Victim Testimony is **GRANTED;**

3)    That Defendant's Motion in Limine to Exclude Andrade's Misrepresentations to Non-Purchasers is **GRANTED;**

4)    That Defendant's Motion in Limine to Exclude Evidence About Andrade's Failure to File Tax Returns is **GRANTED**;

5)    That Defendant's Motion in Limine to Exclude Evidence of Civil Litigation Andrade Pursued is **GRANTED;**

6)    That Defendant's Motion in Limine to Exclude Evidence of Market Manipulation is **GRANTED**; and

7)    That Defendant's Motion in Limine to Exclude Evidence of Foteh's Self-Diagnoses of Medical or Psychological Conditions is **GRANTED.**


**IT IS SO ORDERED:**


Date: January _____, 2025

_____
Hon. RICHARD SEEBORG
Judge of the United States District Court