**KING & SPALDING LLP**
MICHAEL J. SHEPARD (SBN 91281)
　mshepard@kslaw.com
50 California Street, Suite 3300
San Francisco, CA  94111
Telephone:　　+1 415 318 1200
Facsimile:　　+1 415 318 1300

KERRIE C. DENT (Admitted *pro hac vice*)
　kdent@kslaw.com
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:　　+1 202 626 2394
Facsimile:　　+1 202 626 3737

CINDY A. DIAMOND (CA SBN 124995)
ATTORNEY AT LAW
58 West Portal Ave, # 350
San Francisco, CA 94127
408.981.6307
cindy@cadiamond.com

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ROWLAND MARCUS ANDRADE,<br><br>　　　　Defendant. | Case No.: 20-CR-00249-RS-SK<br><br>**ORDER FOR TRANSPORTATION EXPENSES PURSUANT TO 18 U.S.C. § 4285** |

　　The Court having jurisdiction over Defendant Rowland Marcus Andrade in the United States District Court for the Northern District of California in the above-entitled case, and

finding that the defendant has been released from custody and is financially unable to provide the necessary transportation to appear before the above court, and due to the fact that the defendant has an important case-related meeting in San Francisco on the morning of January 21, 2025,

IT IS ORDERED that the defendant appear before the above-named Court on January 22, 2025, and and that he be transported to San Francisco for a case-related mandatory meeting on January 21, 2025,

It is FURTHER ORDERED that, the United States Marshal shall:

1) Transport the defendant from the Southern District of Texas to the Northern District of California, in the form of:

A) Arrange noncustodial transportation to be in San Franscisco by January 20, 2025, to attend his meeting and appear before the required Court;

OR, at the option of the U.S. Marshall,

B) Furnish to the defendant the one-way fare necessary for for transportation to the required Court in time for him to purchase a ticket for travel on January 20, 2025, to San Francisco.

AND

2) Providing the defendant with an amount for subsistence expense to the destination, not to exceed the amount authorized by 5 U.S.C. § 5702(a).

DATED: January 17 , 2025

*Sallie Kim*
_____
Hon. SALLIE KIM
United States Magistrate Judge