1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  CHRISTIAAN HIGHSMITH (CABN 296282)
   DAVID WARD (CABN 239504)
5  Assistant United States Attorneys

6  MATTHEW CHOU (CABN 325199)
   Special Assistant United States Attorney

7
          450 Golden Gate Avenue, Box 36055
8         San Francisco, California 94102-3495
          Telephone: (415) 436-7200
9         FAX: (415) 436-7230
          christiann.highsmith@usdoj.gov
10        david.ward@usdoj.gov
          matthew.chou2@usdoj.gov

11
   Attorneys for United States of America
12
                          UNITED STATES DISTRICT COURT
13
                        NORTHERN DISTRICT OF CALIFORNIA
14
                             SAN FRANCISCO DIVISION
15

   UNITED STATES OF AMERICA,              )  NO. CR 20-00249 RS
16                                        )
            Plaintiff,                    )  **JOINT PROPOSED ADDITIONAL JURY**
17                                        )  **QUESTIONNAIRE QUESTIONS**
       v.                                 )
18                                        )  Dept.:     Courtroom 3 – 17th Floor
                                          )  Judge:     Hon. Richard Seeborg
19  ROWLAND MARCUS ANDRADE                )
                                          )  Trial Date: February 10, 2025
20          Defendant.                    )
                                          )
21  _____)

22
          The Court invited the parties to submit 10 additional questions to add to the Court's standard
23
   Jury Questionnaire. The parties have met and conferred and request these questions:
24
       1.  Have you ever purchased or invested in any cryptocurrency? If so, what happened with that
25
           investment?
26
       2.  Have you ever heard of a cryptocurrency called AML Bitcoin or AtenCoin?
27

28

   *JOINT ADDTL. QUESTIONNAIRE QUESTIONS*        1
   CR 20-00249 RS

3. Have you ever invested anything or invested in anything after being cold called by someone on telephone? What happened with that purchase or investment?

4. Have you or any of your close family members been the victim of an fraud?

5. Do you, your close friends, or your family members work for the Port of San Francisco or for the news media?

6. The facts of this case will include extensive discussion of cryptocurrency, a kind of digital money. Cryptocurrency has been in the news and on social media a great deal and many people have formed opinions that anyone who sells cryptocurrency must be a criminal, or at least shady. What do you think about people who sell cryptocurrency?

7. You may hear testimony in this case from an alleged co-schemer of the defendant who is in serious medical condition due to an illness. Would your evaluation of a witness's credibility or truthfulness be affected by the fact that they may be in the final stages of life?

   a. Yes

   b. Maybe

   c. No

If Yes or Maybe, please explain:

8. You may hear that some people who are personal or professional relations of the defendant previously did bad things in their own lives. How would that impact the way you think about the defendant?

9. Sometimes people may explain their own behavior or somebody else's behavior by citing to a mental illness or disability. Some may believe that this is usually nothing more than a way of avoiding responsibility. What do you think about that?

10. During this case, you may hear that the defendant did things in his personal or professional relationships that you don't like. Would this, standing by itself, have an impact on how you view the defendant's guilt or innocence?

    a. Yes

    b. Maybe

    c. No

1         If Yes or Maybe, please explain:

2

3

4

5

6   DATED:  January 17, 2025                      Respectfully submitted,

7                                    ISMAIL J. RAMSEY

8                                    United States Attorney

9

10                                   /s/

11                                    CHRISTIAAN HIGHSMITH
DAVID J. WARD
Assistant United States Attorneys

12
MATTHEW CHOU
13                                  Special Assistant United States Attorney

14

15                                   /s/

16                                    MICHAEL SHEPARD
KERRIE DENT

17                                    CINDY DIAMOND
DAINEC STEFAN

18

19                                    Attorneys for Defendant ROWLAND
MARCUS ANDRADE

20

21

22

23

24

25

26

27

28