1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  CHRISTIAAN HIGHSMITH (CABN 296282)
   DAVID WARD (CABN 239504)
5  Assistant United States Attorneys

6  MATTHEW CHOU (CABN 325199)
   Special Assistant United States Attorney
7
          450 Golden Gate Avenue, Box 36055
8         San Francisco, California 94102-3495
          Telephone: (415) 436-7200
9         christiaan.highsmith@usdoj.gov
          david.ward@usdoj.gov
10        matthew.chou2@usdoj.gov

11 Attorneys for United States of America

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14               SAN FRANCISCO DIVISION

15 UNITED STATES OF AMERICA,            )  CASE NO. 3:20-CR-00249-RS
                                        )
16        Plaintiff,                    )  **UNITED STATES' PROPOSED**
                                        )  **VERDICT FORM**
17    v.                                )
                                        )  Pretrial Conference:   Jan. 22, 2025 | 9:30 a.m.
18 ROWLAND MARCUS ANDRADE,              )  Trial:                 Feb. 10, 2025 | 9:00 a.m.
                                        )  Court:                 Courtroom 3 | 17th Floor
19        Defendant.                    )  Judge:                 Hon. Richard Seeborg
   _____)
20

21        The United States hereby submits its Proposed Verdict Form.

22 DATED: January 17, 2025                        Respectfully submitted,

23                                                ISMAIL J. RAMSEY
                                                  United States Attorney
24

25                                                _____/s/_____
                                                  CHRISTIAAN H. HIGHSMITH
26                                                DAVID J. WARD
                                                  Assistant United States Attorneys
27

28                                                MATTHEW CHOU
                                                  Special Assistant United States Attorney

1
2
3
4
5
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

7
8
9
10
11
12

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:20-CR-00249-RS |
| Plaintiff, | ) | **VERDICT FORM** |
| v. | ) | |
| ROWLAND MARCUS ANDRADE, | ) | |
| Defendant. | ) | |

13     We, the members of the jury in the above-entitled action, unanimously find the defendant,

14 Rowland Marcus Andrade:

15

16     1. _____ (GUILTY / NOT GUILTY) of the offense of wire

17 fraud, in violation of 18 U.S.C. § 1343, as charged in Count One of the Indictment.

18     2. _____ (GUILTY / NOT GUILTY) of the offense of money

19 laundering, in violation of 18 U.S.C. § 1956(a)(1)(A)(i) or (a)(1)(B)(i), as charged in Count Two of the

20 Indictment.

21
22
23 DATED: _____

24
25                                        _____
                                          FOREPERSON
26
27
28

VERDICT FORM
3:20-CR-00249 RS