# EXHIBIT A

**Addresses in Wallets**





# Simple Transaction: *Single Input / Single Output*

{
    "txid": "e9521b3ef0b5248fd285f885765e8f0c184a7c7541baff1cdd70f08668f80d257",
    "hash": "e9521b3ef0b5248fd285f885765e8f0c184a7c7541baff1cdd70f08668f80d257",
    "version": 1,
    "size": 224,
    "vsize": 224,
    "weight": 896,
    "locktime": 0,
    "vin": [
        {
            "txid": "bf63134e7d4ca0a01cb6a81e0a3515bf961cdc12837c09d023adddfe4a5130a9",
            "vout": 1,
            "scriptSig": {
                "asm": "3045022100ce73f6dbd441cb7c99e276664aad8417f24fafea1744be2747a2cd550eac689022b07fc36331ff88d46090b9bf735c57c1a066803e10e7937becb8ca2d451f6d5b[ALL] 04a645a2b98da3a7a5a5d077acb4cb258911d79ad09f0c13f2618de192a2429773cd4ac9423fbf2f6ba125cca1c3ab2e4d401afc38e3ec22f6432b3609 7d4143ed",
                "hex": "4830450221 00ce73f6dbd441cb7c99e276664aad8417f24fafea1744be2747a2cd550eac689022b07fc36331ff88d46090b9bf735c57c1a066803e10e79370bcb8ca2d451f6d5b0141 04a645a2b98da3a7a5a5d077acb4cb258911d79ad09f0c13f2618de192a2429773cd4ac9423fbf2f6ba12 5cca1c3ab2e4d401afc38e3ec22f6432b36097d4143ed"
            },
            "sequence": 4294967295
        }
    ],
    "vout": [
        {
            "value": 25.4395,
            "n": 0,
            "scriptPubKey": {
                "asm": "OP_DUP OP_HASH160 7d581c67c7957c23b10 4d2721ea22a97f27c02a888ac OP_EQUALVERIFY OP_CHECKSIG",
                "hex": "76a9147d581c67c7957c23b104d2721ea22a97f27c02a888ac",
                "address": "1Cfm234XE72QmaQ14GV4fV8gYVmbuuA2",
                "type": "pubkeyhash",
                "addresses": [
                    "1Cfm234XE72QmaQ14GV4fV8gYVmbuuA2"
                ],
                "reqSigs": 1
            }
        }
    ]
}

## Transaction ID

```
{
"txid": "e9521b3ef0b52486f285f8857f65e8f0c184a7c7541baff1cdd70f0868f80d257",
"hash": "e9521b3ef0b52486f285f8857f65e8f0c184a7c7541baff1cdd70f0868f80d257",
"version": 1,
"size": 224,
"vsize": 224,
"weight": 896,
"locktime": 0,
"vin": [
```

## Input

```
{
"txid": "bf43134e7dca0a01cb6a81e63a3515bf961cdc22837ceb023addd4fe4a513d4a",
"vout": 1,
"scriptSig": {
"asm": "3045022100ce73f6dbd441cb7c99e27f6664aad8417f24fafea1744be2747a2ccf550eac689022b07fc36331ff88d46f909b9f735c57c1a066803e10e7937bcebe8ca2d451f6d5b[ALL]
04a6f45a2b98da3a74a5d077acb4cb258911d79ad09f0c13f2618de192a2429773cd4ac9423fbf2f6ba125cca1c3ab2e4b401afc38e3ec22f6432b3609d7d4143ed",
"hex": "483045022100ce73f6dbd441cb7c99e27f6664aad8417f24fafea1744be2747a2ccf550eac689022b07fc36331ff88d46f909b9f735c57c1a066803e10e7937bcebe8ca2d451f6d5b0141044a6f45a2b98da3e74a5d077acb4cb258911d79ad09f0c13f2618de192a2429773cd4ac9423fbf2f6ba12
5cca1c3ab2e4b401afc38e3ec22f6432b3609d7d4143ed"
Scca1c3ab2e4b401afc38e3ec22f6432b3609d7d4143ed"
},
"sequence": 4294967295
},
]
```

## Output

```
"vout": [
{
"value": 25.4395,
"n": 0,
"scriptPubKey": {
"asm": "OP_DUP OP_HASH160 7d581c67c7957c23b10d42721ea22a97f27c02a88 OP_EQUALVERIFY OP_CHECKSIG",
"hex": "76a9147d581c67c7957c23b10d42721ea22a97f27c02a888ac",
"address": "1C6m2340XE72Qma0Q14GFv4fV8gYVmbucAz",
"type": "pubkeyhash",
"addresses": [
"1C6m2340XE72Qma0Q14GFv4fV8gYVmbucAz"
],
"reqSigs": 1
}
```



Block 80003

Block 80002

a37k...
a6e0...
e9521...
d6e0......

Block 80001

e9521b3ef0b5248fd285f885765e8f0c184a7c7541baff1cdd70f0868f80d257

1CRm234XE72QmaQ14GFv4FVBgYVmnbucAz

25.4395

25.44

1BbaVGU5RMSUpvdZpJTdMY8YH1FydYCsJ



# Co-Spending

*Bob owes Alice 4.5 BTC*

## Alice's Wallet

4.5 BTC
1YuR38j...

Alice has 0.0 BTC in her wallet

**TRANSACTION**

INPUT

OUTPUT

1.5 BTC

3 BTC

4.5 BTC

## Bob's Wallet

1.5 BTC
1Btu73y...

3 BTC
1PyT53t...

2 BTC
1Fsev6y...

Bob has 0.0 BTC in his wallet





# Change

**Alice's Wallet**

1 BTC
1YuR38j...

**Alice has 0 BTC in her wallet**

**TRANSACTION**

OUTPUT

1 BTC

0.5 BTC

INPUT

1.5 BTC

*Bob owes Alice 1 BTC*

**Bob's Wallet**

1.5 BTC
1Btu73y...

0.5 BTC
1GU4r3...

2 BTC
1Fsev6y...

3 BTC
1PyT53t...

**Bob has 6.5 BTC in his wallet**



Coffee - $ 4.00



---



Receipt

Coffee    $4.00
_____
Paid      $5.00
_____
Change    $1.00



{
    "txid": "e9521b3ef0b5248fd285f8857f65e8f0c184a7c7541baff1cdd7f0f0868f80d257",
    "hash": "e9521b3ef0b5248fd285f8857f65e8f0c184a7c7541baff1cdd7f0f0868f80d257",
    "version": 1,
    "size": 224,
    "vsize": 224,
    "weight": 896,
    "locktime": 0,
    "vin": [
        {
            "txid": "bf63134e7d4ca0a01cb6a81c6a315b15bf961cdc12837ceb9d023addbfe4a5130a9",
            "vout": 1,
            "scriptSig": {
                "asm": "3045022100ce73f6dbd441cb7c99e276664aad8417f24fafea1744be2747a2ccf550eac689022077c36331ff88d46090b9bf735c57c1a0668d03e10e7937becb8eca2d451f6d5b[ALL] 04a645a2b98da3a74a5d077acb4cb258911d79ad09f0c13f2618de192a2429773cd4ac9423fbf2f6ba125cca1c3ab2e4040a1af3c8e3ec22f6432b3609d7d4143ed",
                "hex": "483045022100ce73f6dbd441cb7c99e276664aad8417f24fafea1744be2747a2ccf550eac689022077c36331ff88d46090b9bf735c57c1a0668d03e10e7937becb8eca2d451f6d5b0104a645a2b98da3a74a5d077acb4cb258911d79ad09f0c13f2618de192a2429773cd4ac9423fbf2f6ba12 5cca1c3ab2e4040a1af3c8e3ec22f6432b3609d7d4143ed"
            },
            "sequence": 4294967295
        }
    ],
    "vout": [
        {
            "value": 25.4395,
            "n": 0,
            "scriptPubKey": {
                "asm": "OP_DUP OP_HASH160 7d581c67c7957c23b10d4d2721ea22a97f27c02a888ac OP_EQUALVERIFY OP_CHECKSIG",
                "hex": "76a9147d581c67c7957c23b10d4d2721ea22a97f27c02a888ac",
                "address": "1Cfm234XE72QmaQ14GV4fV8gYVvmbucAz",
                "type": "pubkeyhash",
                "addresses": [
                    "1Cfm234XE72QmaQ14GV4fV8gYVvmbucAz"
                ],
                "reqSigs": 1
            }
        }
    ]
}



# Transaction e9521b3ef0b52248fd285f885765e8f0c18a7c7541baff1cdd70f0868f80d257

656270 confirmations

| Timestamp | 2011-10-08 11:06 *(12 years ago)* |
| --- | --- |

| Fee | 50,000 sat $0.00 |
| --- | --- |
| Fee rate | 223 sat/vB |

## Inputs & Outputs

Show diagram    Details

1BbaVGU5SRMSUpvdZp3TdMY8YH1FydYCsJ    25.44000000 BTC

1CRm234XE72Q0naQ14GFv4fVBgYVmnbucAz    25.43950000 BTC

25.43950000 BTC

## Details

| Size | 224 B | Version | 1 |
| --- | --- | --- | --- |
| Virtual size | 224 vB | Locktime | 0 |
| Weight | 896 WU | Transaction hex | |

| Date (UTC) | Tx Hash | Amount | 1BbaVGU5SRMSUpv... |
|---|---|---|---|
| > 10/08/2011 15:06 | e9521b3ef0... | 25.4395 | |

Hash: e9521b3ef0b5248fd285f885765e8...    Time: 10/08/2011 3:06 PM    Fee: 0.0005    Block: 148574

| Sending cl... | Address | Amount | | Receiving ... | Address | Amount |
|---|---|---|---|---|---|---|
| ● 1BbaVG... | 1BbaVGU5SRMSU... | 25.44 | ↗ | ● 1CRm23... | 1CRm234XE72Qm... | 25.4395 |

25.4395

1CRm234XE72...

1BbaVGU5SRM...

# EXHIBIT B

A
01:20
AmlBit
Hello BD
01:20
I was just given your contact information
01:21
Please let me know when your available for a chat.
01:24
Hello

I would like to know more about the coin listing process on your exchange. We have attached out coin specification along with other relevant documentation needed to list the Aml BitCoin.

We hope you enjoy the commercial we made below. It will be played in your area soon.

https://www.youtube.com/watch?v=889uWllG6m8

Please note we are the only digital currency that is not only AML / KYC Compliant, we actually use Certified Digital Identities in partnerships with Banks / Insurance Companies / & Government Entities.

Our white paper is on the link below.

https://amltoken.com/wp-content/uploads/2018/01/AML-Bitcoin-Whitepaper-1.pdf

Below are some articles about us as well.

http://bitcoinist.com/aml-bitcoin-creator-saw-early-weakness-digital-currency-world-innovated-solution-filed-patents-well-world-financial-leaders/

https://www.usnews.com/opinion/thomas-jefferson-street/articles/2017-09-12/the-future-of-cryptocurrency-may-be-now-thanks-to-more-mainstream-bitcoin

https://www.investors.com/politics/commentary/a-new-digital-currency-aml-bitcoin-makes-landfall-in-panama/

https://seekingalpha.com/instablog/22912651-daniel-jennings/5072907-aml-bitcoin-creator-talks-european-governments

Do let me know if you need anything else from our side.

Thank you so much for your time.
01:26
AML TOKEN COIN SPECIFICATIONS (ABTC).pdf
36.2 KB

M
01:40
Mushicj
Hello
01:41

You should know that we are not free.
01:42
NOW,   The fee of the list is 6btc,   we provide two kinds of pairs: ETH and BTC.
And there are other requirements,for example:Market-making on IDAX and airdrop tokens.

A
01:53
AmlBit
Hello
01:53
I know you are not free. A lot of trading sites are not.
01:53
I am interested in paying the listing fees.

M
01:54
Mushicj
Forgive my broken English, I was translated by Google, so sometimes I can't express my meaning and tone perfectly. Please understand this, thank you.

A
01:54
AmlBit
my partner is Dr. Terence Poon
01:54
What country are you in?
01:54
My partner speaks various languages.

M
01:55
Mushicj
IDAX is registered in Mongolia, but I am Chinese.

A
01:55
AmlBit
My business partner speaks Chinese
01:56
He lives in Hong Kong.

M
01:56
Mushicj
No problem. I can communicate with you in English.

A
01:56
AmlBit
Do you have a WhatsApp?
01:56
O.K.

M

02:48
Vicky
Dear friends:
In order to provide a more orderly and healthy trading environment for project parties and users, IDAX will adopt the new warning rules from October 1, 2019. The details are as follows:

Warning rules as below
1. If the daily volume is lower than 5 BTC or 250 ETH or 50000 USDT for corresponding BTC/ETH /USDT pair, or the 5-minute K-line chart is discontinuous, IDAX will send warning in the same day. And if the status has not improved after the warning, the token will be transferred into the hidden area the next day;
2. In order to ensure the depth of trading, once the buying and selling orders in the order book are lower than fifteen separately, or the price difference between the top buying and selling orders is more than 5% of the currnet price, IDAX will send warning the same day. And if the situation has not improved after the warning, the currency will be moved into the hidden area the next day;
3. If the token price decline by 50% in a day or totally decline by 80% in 3 consecutive days, IDAX will send warning in the third day. And if the situation has not improved after the warning, the token will be moved to the hidden area the next day and it will only can be viewed through searching the token name.

Being hidden or Moved back to homepage
If a project listing on IDAX violates the warning rules, we will communicate with the project party and give warning, and inform them to improve. If the project party refuses to improve or fails to do anything, IDAX reserves the right to issue relevant announcement and hide the transaction pair. If the case is serious, we may start the delisting process.
For the pairs that have been moved to the search area, if the project party improves according to the requirements, and the trading situation and the depth reach the standard, the project party could contact the after-sales department of IDAX~ We will move the pairs back to the home page after verification.

If you have any further doubt about above, pls feel free to ask @Luckydog118 ~
Thank you for your permanent support😊
18 September 2019

V

05:06
Vicky
Dear my friends:

Attention pls!

A scammer using telegram as: @Rongidax and email as : rong@Idax.pro keeps contacting our projects to ask for BTC recently ,pls be careful of him !

Pls kindly remember our official website is: www.idax.pro & www.idax.global

And by the way, if there's any similar things in the future,pls contact @Luckydog118 to confirm first in case of being scammed!

Thank you for your kind support~
20 November 2019

V

01:26
Vicky
Dear all my friends:

How time flies! IDAX has accompanied with you for 2 years already~~

In these 2 years:
4,160,384 users from 186 countries came and registered in IDAX~
282 tokens with 482 pairs came and listed in IDAX~
Totally 493,089,846 transactions with total amount 210,572,067,521 USD were made
………

In these 2 years,IDAX has grown up from a little naughty boy into a strong man!
we are too anxious to share with you all of these good news…


In the future, IDAX will continue to pursue the concept of excellence~
Accompanied by value, let's work together to get a better future!

# EXHIBIT C

A
06:00
AmlBit
Hello Tina.
06:01
This is Marcus Andrade with AmlBitcoin
06:02
Bilaxy Exchange looks interesting.

06:35
Deleted Account
Hi Marcus, Nice to meet you.
06:35
I have sent listing invitation to you.
06:37
We are finding good project to list on Bilaxy now.
06:40
Does your project based on own blockchain?

A
09:45
AmlBit
Hell Tina,
09:45
Yes we have our own blockchain that also allows others to create there own tokens or asset directly from our wallets.

20:39
Deleted Account
Okay. Normally Bilaxy will charge some basic fee for listing service and integration. Bilaxy will do basic market making service for you. And try our effort to improve market liquidity and depth. So do you have any budget for this?

A
21:14
AmlBit
What is the listing fees?

21:42
Deleted Account
it will take 1BTC+1BTC in project tokens to list in one trading pair.

A
22:05
AmlBit
Since people will be able to create their own token directly from our wallets, can we get a referral fee or a discount for all of the people who create tokens on our blockchain to get listed on your exchange?

22:14
Deleted Account
do you mean you could introduce any other projects based on your blockchain to list on Bilaxy?

A

22:35
AmlBit
yes
22:35
We have a list of companies that want to start using our blockchain
22:36
The difference between creating a token on our blockchain (aml asset) and an ERC20 is that our token is tied to aml and kyc.
22:36
You can't own one of our coins or token unless you go through ID Verification.
22:37
Remember, you can go onto our wallet and create a token in 30 seconds.
22:37
https://www.youtube.com/watch?v=eIvi1TzePxQ&utm_source=BenchmarkEmail&utm_campaign=NEAR_COMPLETION&utm_medium=email
11 March 2020

00:30
Deleted Account
I see. We could give you commision if the projects that you introduce succeed to list on Bilaxy.Welcome to introduce more project to us.👍
00:31
So how about our offer for AML Bitcoin?

A
00:58
AmlBit
Instead of commissions, could you give our group (various companies) discounted listing prices?

01:03
Deleted Account
I will apply with our team. But can't less than 1BTC+1BTC in project tokens.
21 March 2020

A
20:51
AmlBit
Ok thanks
23 March 2020

22:14
Deleted Account
Hi Marcus, hope you are all well and staying healthy in the face of the global pandemic. ❤️
22:14
Is there any updates about our offer for AmlBitcoin?
28 March 2020

A
13:23
AmlBit
Hello
13:23
I was waiting for you Tina to get back to me.
13:24

You were going to get back to me about a discount less than the full 1 BTC amount if we agree to give you more listing clients?
29 March 2020

21:39
Deleted Account
Could you accept 1BTC+1BTC in project tokens to list in one trading pair for ABTC?
4 April 2020

A
00:45
AmlBit
Hello
00:46
Make it 5K USD and 1 BTC in our coin and you have a deal
19 April 2020

A
21:22
AmlBit
??

# EXHIBIT D



**Partida Services OÜ.**

**Laki 30, 12915, Tallinn, Estonia**

**P2PB2B PARTNERSHIP AGREEMENT NO. 28.06.2020-1**

This agreement is entered by PARTIDA SERVICES OÜ, incorporated in Laki 30, 12915, Tallinn, Republic of Estonia, acting as an agent on behalf of the company **PARTIDA TECHNOLOGIES LLP,** company No. OC427053 with registered address: 120 Baker Street, London, W1U 6TU (hereinafter - the "P2PB2B") and person or company/legal entity, named below (hereinafter - the "INITIATOR OF THE LISTING" or the "INITIATOR")**.**

WHEREAS, the INITIATOR OF THE LISTING is interested in listing of COIN (TOKEN) **AML Bitcoin** on the P2PB2B's cryptocurrency exchange (p2pb2b.io),

NOW, THEREFORE, the Parties agree as follows:

**1. DEMANDS TO COIN (TOKEN) AND TO ITS MAINTAINANCE/SUPPORT**

1.1. COIN (TOKEN) has to be created/supported by a team with sufficient skills and abilities (technical and marketing). It is required to ensure its long-term operation, maintenance and support.

1.2. INITIATOR has to ensure that the listing of the COIN (TOKEN) will be supported technically by technical staff, which has to be available for requests and assistance while listing. INITIATOR OF LISTING shall provide the contact details of the person(s), responsible for assistance and support while listing – email, messenger. If such the technical specialist(s) will not be available while listing, P2PB2B reserves the right to postpone a term of the listing.

**2. APPLICATION PROCESS**

2.1 After it is preliminary agreed that the listing is accepted by P2PB2B, Parties carry out further communications (consultations) concerning technical details of the listing.

2.2 INITIATOR OF THE LISTING shall pay to P2PB2B for the listing of COIN (TOKEN) after both Parties reached the initial settlement plan but in any case before listing. After receiving the payment P2PB2B starts technical and organizational procedures of listing.

2.3. INITIATOR OF THE LISTING shall ensure that all the necessary technical information is provided to P2PB2B.

2.4 P2PB2B provides the listing of COIN (TOKEN) in term up to 1 month. For the ERC-20 TOKEN the listing process takes up to 2 (two) weeks.

2.5. In connection with the listing the P2PB2B:

- provides one trading pair for **ABTC** with USDT;

- provides the market-making service for 2 (weeks) month;

- provides the trial Boost service - AMA session, Referral Games.

2.6. The INITIATOR OF LISTING shall guarantee that COINS (TOKENS) transfer to P2PB2B would not be made until the appropriate announcement in official telegram channel of P2PB2b is made that the COIN (TOKEN) is listed on the p2pb2b.io.

**3. REQUIRED TECHNICAL DATA**

3.1 General description of technology - whether it is blockchain-driven or not, smart contract support etc.

3.2 Full node - where to download, how to install and run on Windows and Linux (Ubuntu), documented command line arguments.

3.3 Detailed documentation for node's API, primarily following methods:

— create new address (account);

— send transaction;

— get transaction by ID;

— find all transactions by parameters - receiver address (account), time period, starting/ending block, etc.

3.4 Whether there is a system of notifications on new block or incoming transaction (like in Bitcoin). If there is - documentation on that system.

1



**Partida Services OÜ.**

**Laki 30, 12915, Tallinn, Estonia**

3.5 Available production-ready solutions (libraries/SDK) for different programming languages.

3.6 Access to testnet, faucets or other ways to receive test coins.

3.7 Links to GitHub and supporting community.

3.8 How many symbols after the comma are the minimal unit of cryptocurrency.

3.9 The commission range for crypto currency in the internal network (the algorithm – if different depending on certain criteria).

3.10 The information - is the coin developed on the basis of the existing coin:

- If yes, on which one?;

- If no, the link to the full documentation of the coin.


**4. DELISTING POLICY**

4.1. P2PB2B reserves the right to delist COIN (TOKEN) from the exchange (after prior noticing of the INITIATOR or official team of COIN/TOKEN if effective measures were not taken urgently) in cases:

a) the project team is dismissed or no longer maintains the currency or requests to be delisted;

b) the project faces significant legal issues;

c) serious technical or security issues that are not resolved in a reasonable time;

d) trading volume with COIN was l o w - less than equivalent $10,000 per day (within 15 business days);

e) severe dishonesty in information disclosure; if it is necessary to prevent and/or to stop fraud, manipulations on the exchange, breaching securities or other laws/regulation, hacking attacks and/or if signs of fraud, breaching laws/regulation related to listing/trading COIN/TOKEN are identified;

f) the project refuses to cover the costs for additional work (efforts) provided by the P2PB2B team (including in case of wallet updates, changing the smart contract, changing the blockchain etc).

g) if payment(s) for listing and/or for using server capacity to P2PB2B is(are) overdue; in case of subscription - if a subscription period ended, and the subscription was not renewed and paid for within 7 days; if other conditions of this Agreement and/or Terms of use are breached.


**5. SUPPLEMENTARY RULES**

5.1 This Agreement shall take effect from the date of signing by both Parties.

5.2 Without the permission of P2PB2B, INITIATOR OF THE LISTING shall not disclose to third parties the specific content of this agreement and related matters.

5.3 Parties should comply with Terms of use of p2pb2b.io which have priority over this Agreement if the Terms of use sets the rules of listing. Trades (and/or other usage) of COIN (TOKEN) on p2pb2b.io are regulated by the Terms of use of p2pb2b.io.

5.4. If the Tiker (name) and/or smart-contract of the TOKEN and/or blockchain, on which COIN(TOKEN) is based is (are) changed (including migration to other blockchain) during or after listing the additional payment shall be agreed by parties additionally. Additional payment will be charged by P2PB2B in cases if P2PB2B after initial integration of COIN(TOKEN) of COIN(TOKEN) of COIN(TOKEN) performs works (provides services) because of upgrades and/or fixing of Project's blockchain and/or software (wallet updates, changing the smart contract, changing the blockchain etc).

2



**Partida Services OÜ.**

**Laki 30, 12915, Tallinn, Estonia**

**6. PAYMENT DETAILS**

6.1 INITIATOR OF THE LISTING shall pay **1** BITCOINS on BTC ADDRESS **1P2PyqEUk2Akde3Cpxn5G6rTE2h3NWJqar** (nonrefundable payment for listing of COIN (TOKEN).

**P2PB2B**

PARTIDA SERVICES OÜ, acting as an agent on behalf of the company **PARTIDA TECHNOLOGIES LLP**

Signature _____

Signing date _____28.06.2020_____

**INITIATOR OF THE LISTING**

Full name (person or company)_____

_____

Official verified email (or official email for further verification) on P2PB2B platform _____

Signature _____

Signing date _____

3

# EXHIBIT E



# CoinTiger&ABTC Listing Agreement

Party A: SINGAPORE TAI-E CYBER-TECH PTE.LTD.
Party B: https://amlbitcoin.com/

In accordance with the principles of voluntary, equality, friendly cooperation and mutual understanding, both parties have reached the following cooperation on the issue of the listing of ABTC to the CoinTiger.

**1. Listing Time (Estimated)**
1) Deposit: 16:00, July 16th, 2020 (GMT+8)
2) Trading: 16:00, July 17th, 2020 (GMT+8)
3) Withdraw: 16:00, July 20th, 2020 (GMT+8)
4) Trading Pairs: ABTC/BTC

**2. Listing Fees**
1) Service Fees: 3 BTC
   3 BTC paid for listing fee
2) Market Activity: pending
   The specific plan is discussed in detail separately

**BTC Address: 1UebFSC532b7XKete4Y3DSPHgvSqDWivW**

**3. Party A's Obligation and Right**
1) Party A provides one-stop listing service, including transaction, marketing promotion, acitivty, market making support and others

**4. Removal Policy**
In order to protect the benefits of users, CoinTiger reserve the right to keep or remove any coins from our exchange and notify the delisting via announcement, if project teams trigger the following conditions - including but not limited to:
• Dissolution of project team.
• Due to the strategic adjustment and development needs, the project team takes the initiative to apply for delisting.
• Project teams are suspected of operating the market, or project team faces major legal issues.
• The progress of the project is seriously inconsistent with the plan.
• Serious technical or security problems of the project have not been solved in time.
• The project side changes the key information such as the white paper, contract privately, causing serious consequences.
• There are other major risks in the projects, such as theft of coins by hackers, concealment of additional issuance and so on, which are sufficient to make the projects have risk events.
• The daily average transaction volume of tokens is less than 1 BTC or the daily transaction volume of token is 0 for 3 days.
• Increasing the total available supply of the token or splitting the token without notifying users and the exchange.
• Other circumstances that are sufficient for delisting

CoinTiger will issue a delisting announcement for projects that trigger the delisting condition 7 days in advance and remind again before Token deposit、withdrawal and trading are not available. Within 30 days from the date of announcement, users shall transfer the crypto-currencies to their personal digital asset wallets or other trading platform accounts.

**5. Listing Preparations**



| Item | | Deadline | Notes |
|------|--|----------|-------|
| Fees/Deposit/Airdrop | | July 1st, 2020 | Deposit to the above address |
| Liquidity | Registration | July , 2020 | Register accounts on CoinTiger |
| | API Debug | July, 2020 | Document：https://github.com/cointiger/api-docs<br>Demo Address：https://github.com/cointiger/api-demo<br>API Key: Account – API control – create the new key |
| | Market Making Chips | July, 2020 | Deposit ABTC, BTC and ETH to the address of market making account |
| | Token for debugging | July, 2020 | Deposit ABTC worth of $20 for debugging to the address: |
| Market | Token Introduction | July, 2020 | Fill in the form – Token Introduction |
| | Listing Activity | July, 2020 | Confirm form of activities, such as airdrop, trading competition |

**6.   Confidentiality Clause**

Both Party A and Party B shall keep the contents of this agreement strictly confidential and shall not provide or disclose to any third party other than this agreement directly or indirectly without the written consent of one party. Under any circumstances, the confidentiality obligation specified in this article is perpetual and effective. If one party violates this clause, the other party has the right to terminate the contract unilaterally, deduct all the deposit and ask to compensate all direct or indirect losses.


**Signatures**


Party A: SINGAPORE TAI-E CYBER-TECH PTE.LTD.
Date: June 28th, 2020



Party B: https://amlbitcoin.com/
Date: June 28th, 2020

# EXHIBIT F



**ORDER FORM**

This Order Form together with the Terms of Business (the "ToB") accessible at latoken.com form the Agreement that is entered into by and between:

    (1) **LiquiTrade Limited**, a company incorporated under the laws of the Cayman Islands with enterprise registration certificate number 341867 and having its registered office at Corporate Management Solutions (Cayman) Ltd., P.O. Box 799, Two Artillery Court, 2nd Floor, 161 Shedden Road, Grand Cayman KY1-1103 Cayman Islands (**"Company"**); and

    (2) **ABTC Corp.**, a company incorporated under the laws of USA with enterprise registration number TBC and having its registered office at 7324 Southwest Freeway, Suite 600 (**"Customer"**).

Terms not defined in this Order Form shall have the meaning ascribed to them in the ToB. In the event of conflict between the provisions of the ToB and this Order Form, provisions in this Order Form shall prevail.

This Order Form is dated 17/06/2020.

| Services & Fees | Services | Fees |
|---|---|---|
| | 1. Launch of trading of AML/BTC, AML/USDT on LATOKEN Platform<br>2. Listing announcement through:<br>● Newsletter to Company's user base (500K registered users).<br>● Social media announcement across all Company's media: Telegram, Facebook, Twitter, Medium (250K subscribers in total).<br>3. Issuance of a Private API Key<br>4. Support: liquidity support, consultations, marketing consultations, general Q&A<br>5. Referral program (bonus in BTC/USDT/ETH or tokens) | 2 BTC + 1 BTC in AML coins |
| | Liquidity support for a 14-day period (optional service provided by Company's partners). | Included |
| | Native blockchain implementation. | Included |
| | A pitching slot at BEF online roadshow - https://bef.latoken.com/ | Included |

| | Banner placement at the center of LATOKEN Platform's homepage (1m visitors per month) for [●] days | Not purchased |
|---|---|---|
| | Airdrop: page setup, promotion (Featured Placement on the Main Platforms, Standard Placement on Extended Platforms, social media announcements across all Company's media), KYC verification, token distribution. | Not purchased |
| **Payment of Fees** | Payable in 3 parts:<br><br>☐ 0.5 BTC fee is payable to the Company's wallet by 30/06/2020 to start the integration process<br>☐ 0.5 BTC + 1 BTC in AML coins fee is payable to the Company's wallet in 3 (three) Business Days after the integration process is completed and the coin is listed*<br>☐ 1 BTC fee is payable to the Company's wallet after 6 months from the listing<br><br>*The Company will integrate and list AML coin, the Customer will be able to check the trading functionality, but AML coin will be hidden from the main trading desk until the Customer pays the second fee (0.5 BTC + 1 BTC in AML). After the second payment the Company will display AML coin on the main trading desk and all of the Company's users would be able to trade it. | |
| **Token** | Token Name: AML Bitcoin<br><br>Blockchain type: HyperLedger Fabric | |
| **Company's wallet** | BTC: 16PsKmerMCUtmGvzZPTqabjpxg3cN3Zu4g<br><br>ETH: 0xA33d2e3987020158321919E2046a641a388CC03D | |
| **Terms of Business (ToB)** | https://cdn-new.latoken.com/common/files/tob-secondary-221019.pdf<br><br>https://cdn-new.latoken.com/common/files/tob-primary-221019.pdf | |
| **E-mails for notices** | **If to Company:**<br><br>To: sergey.kostrikov@latoken.com<br><br>with a copy to: listings@latoken.com<br><br><br>**If to Customer:**<br><br>To: ceo@amlbitcoin.com | |
| **Restricted jurisdictions** | No citizen or resident of a country listed under section "Restricted Persons" of the ToB is permitted to participate in the Token Sale. | |
| **Website** | https://amlbitcoin.com/ | |
| **Listing Special Terms** | Customer commits to initiate and maintain market making service for a 14-day period (internal, 3d-party provider, Company's partners) to target a min. 20 bps bid/ask spread since the trading launch. No fees paid by Customer will be refunded in case of suspension or cancellation of Services. | |
| **Blockchain implementation**<br><br>**Special Terms** | Customer commits to provide all information described in Annex A to Company. | |

| **Other Special terms** | [This line is intentionally left blank] |
| --- | --- |

**ABTC Corp.**

By: *Marcus Andrade*

**Marcus Andrade**

**ANNEX A**
**Blockchain Implementation**

| |
|---|
| 1. General Information<br>1.1. Blockchain description, distinctive features<br>1.2. All available source code repositories<br>1.3. For blockchain forks - Original project name and its version or tag<br>1.4. Recommendations for integration |
| 2. Deposits<br>2.1. Dockerfile for building and running an RPC node (Base system Ubuntu 18.04)<br>2.2. Dockerfile with an application that syncs blockchain into a database<br>2.3. Code sample for address generation (private keyand derived address) |
| 3. Withdrawals:<br>3.1. Code samples (node-js) for<br>3.1.1. Preparing raw transaction data (gathering required transaction parameters from the blockchain)<br>3.1.2. Generation raw transaction (combining data into a data structure,serializing into a raw transaction)<br>3.1.3. Signing and broadcasting raw transaction<br>3.1.4. Getting list of transactions by user address |

**ABTC Corp.**

By: *Marcus Andrade*

**Marcus Andrade**

# EXHIBIT G

# Exrates online application agreement

Upon the friendly negotiation between Party A and Party B,both parties hereto covenant and agree as follows:  About Party A's application for the transaction on the currency of Party B on the Exrates LTD trading website (https://exrates.me ) of Party B

NO.

Party  A： NAC FOUNDATION, LLC

Add:          7495 W. Azure Dr. Suite 110, Las Vegas, NV 89130

Tel：      361-244-0156

Party B (PLATFORM)： EXRATES LTD

Add： 99 Foch ave, Staten Island, NY 10305, USA

Tel：+19734742145

## 1. Party A has the basic conditions

1. This digital currency has a certain technical background, and a more established blockchain application has emerged；

2. A complete team of staff, and also have to ensure that digital currency 3-5 years of long-term maintenance operation of the technical marketing team;

## 2. Application process

1）Fill in the online application agreement and send to email listing@exrates.top

2）The approved currency will be contacted by email, and in-depth discussion on the feasibility of the digital currency；

3）After both sides reached the initial settlement plan, Party A proceed with the comission payment to Party B official account；

4）After receiving the payment on its account Party B proceed with listing of Party A currency.

## 3. Required technical data

1) General description of technology - whether it is blockchain-driven or not, smart contract support etc.

Please review the attachment.

2) Full node - where to download, how to install and run on Windows and Linux (Ubuntu), documented command line arguments. **Please provide us with your github username so that we can send you an invitation link to our source code.**

3) Detailed documentation for node's API, primarily following methods:

- create new address (account)

- send transaction

- get transaction by ID

- find all transactions by parameters - receiver address (account), time period, starting/ending block etc

**Please review the attachment**

4) Whether there is a system of notifications on new block or incoming transaction (like in Bitcoin). If there is - documentation on that system

**Please review the attachment.**

5) Available production-ready solutions (libraries/SDK) for different programming languages. **Everything listed on GitHub**.

6)  Access to testnet, faucets or other ways to receive test coins

7)  Links to GitHub and supporting community - slack, reddit, gitter etc.'

**Please provide us with your GitHub address so that we can give you access to it.**


**4. Remove rules**

Please note that if the digital currency on the Exrates trading network is in one of the following conditions, we will notify its development team to make improvements. If there is any improvement or inaction, we will announce and suspend the transaction in advance and suspend the digital currency Species。

1）The official team disbanded, or no longer maintained the currency；

2）The digital currency is sluggish, no user transactions；

3）The wallet has technical problems that affect its trading and operations for the long term；

4）The digital currency development team suspected of malicious trader, sell lots and other fraud, such acts will severely punish the currency team；

**5. Supplementary rules**

1）This agreement shall take effect from the date of signing and sealing by both parties.

2) During the operation of the project, if one of the parties disagrees with some of the provisions, it shall be subject to the mutual agreement of the other party for amendment to take effect

3）Without the permission of Party B, Party A shall not disclose to third parties the specific content of this agreement and related matters, all based on the announcement of Party B's trading website.

**6. Payment details**

1. Pay 3 bitcoins

BTC ADDRESS is **1AfhLKaQhk62KF6HAgAJdALvQM3jPRb9HP**

2. We are ready to cooperate and consider special conditions based on your offer.

Please note :

The obligatory condition for listing on the  Exrates exchange is the independent maintenance of the coin liquidity from your side. We provide you the opportunity to be in a role of market-maker on our exchange with zero

commission on trading operations. Therefore, we give you the opportunity for not only maintaining the optimal liquidity of your token on the exchange, but also the possibility to earn on market-making. In the addition,the spread is 0,5% (the order of determining the maximum difference between the best price

for purchase proposals and the best price of offers for sale), which you must always keep for optimal trading conditions.

Description: In order to secure the user's funds and normal investment, we will carefully consider the next currency!

Party A ：

Signature ：

Signing date ：

Party B ：

Signature ：

Signing date ：

# EXHIBIT H

Message

| | |
|---|---|
| **From**: | Zübeyir ÖZTÜRK [zubeyir@ovis.com.tr] |
| **Sent**: | 4/23/2018 2:05:38 AM |
| **To**: | Marcus Andrade [ceo@amlbitcoin.com] |
| **CC**: | Zübeyir ÖZTÜRK [zubeyir@ovis.com.tr]; listing [listing@ovis.com.tr] |
| **Subject**: | Re: Partnership |

Hello Marcus,

Thank you for the information, I have informed our team to start integration process. Do you have a schedule for listing?

About rest of the fee, you can also send
Ethereum: 0x225fc285f59044fbba7a9238e3e828828e5cd2a2

It should be 71.5 ETH right now

On Mon, Apr 23, 2018 at 3:25 AM, Marcus Andrade <ceo@amlbitcoin.com> wrote:
 Hello Team,

 Invitation link below. Bot were git names were added.

 https://github.com/amlbits/amltoken/invitations


 I sent off 5 BTC,

 https://btc-bitcore6.trezor.io/tx/877349d8f53ae668045f0fa27e43a2ead135d2a3602ea2df6a481bb417a5c0c6

 I can either send you the balance in ETH within the next 24 hours, or when my partner gets back from china in 4 days, he can go into cold storage and send you the balance in BTC.

 You should have everything you need to list. We have some big news coming next week.

 Thanks Partners,

 Marcus
 Skype Monex247


On Sun, Apr 22, 2018 at 12:42 PM, Zübeyir ÖZTÜRK <zubeyir@ovis.com.tr> wrote:
 Hello Marcus,

 Thank you for your e-mail and answers.

 Here I send you two usernames for Github: zubeyiro, kriptontr

 You also need to send listing fee in order to start listing process.

 Thanks in advance

On Sun, Apr 22, 2018 at 9:47 AM, Marcus Andrade <ceo@amlbitcoin.com> wrote:
   Attached is the information.

We are not listed on any exchanges yet.

We are waiting to be listed, fees already paid to HitBTC and Cryptopia.

In the pipeline is LBank, Exrates, CoinTiger, Gate.IO, and IDax.

Attached is everything you will need. If you still need me to complete the safety agreement, please let me know.

Also, please let me know what your Git username is so that I can grant you access.

Thanks,

Marcus

On Sun, Apr 22, 2018 at 1:41 AM, Marcus Andrade <ceo@amlbitcoin.com> wrote:
   Hello Team,

Sorry for the late response, I was traveling and in areas that did not have good reception. That is Africa for you. lol

I will review what you sent me and I will get back to you within 48 hours.

I will also been in Turkey in a few weeks. I would surely like to meet with your team if possible.

Thanks,

Marcus

On Tue, Apr 17, 2018 at 12:29 AM, Zübeyir ÖZTÜRK <zubeyir@ovis.com.tr> wrote:
   Hello Marcus,

Just a quick follow up, did you receive my e-mail?

On 11 Apr 2018 Wed at 16:26 Zübeyir ÖZTÜRK <zubeyir@ovis.com.tr> wrote:
   Hello again Marcus,

Perfect, we need some information as below;

- Are you listed on any other exchanges? If so, which are those? If not, do you have any plans or upcoming news about that?
- If you are not listed on any other exchange and you will not be listed soon, we have to have an aggreement for safety of our community in case of cancellation of your project.
- We need technical spesifications for creating hot and cold wallet infrustructure for Ovis and address generation infrustructure for our users.
- We need your currency abbreviation and SVG version of your currency logo.
- Bitcoin wallet address for entry fee (10 BTC): 13cQi4FuhFy7J1eqnKVa5NG3QU6jst5gcN

Thanks in advance

CONFIDENTIAL                                                                                  ANDRADE_DOJ00000_00027763

On Wed, Apr 11, 2018 at 3:04 PM, Marcus Andrade <ceo@amlbitcoin.com> wrote:
Hello Ovis Team,

We would like to proceed.

Thanks,

Marcus

On Wed, Apr 11, 2018, 4:28 AM Zubeyir Ozturk <zubeyrozturk@gmail.com> wrote:
Hello Marcus,

Thank you for your interest with Ovis.

Since your project seem very nice and well-planned we can provide you an oppurtunity for getting listed Ovis. 10BTC is entry fee for that.

Please let us know if you would like to proceed.

Thanks in advance.

On Wed, Apr 11, 2018 at 10:37 AM, Marcus Andrade <ceo@amlbitcoin.com> wrote:
Hello Ovis eam,

I would like to know more about the coin listing process on your exchange. We have attached out coin specification along with other relevant documentation needed to list the Aml BitCoin.

We like the Referral Program. We would surely like to join it.

We hope you enjoy the commercial we made below. It will be played in your area soon.

https://www.youtube.com/watch?v=889uWllG6m8

Please note we are the only digital currency that is not only AML / KYC Compliant, we actually use Certified Digital Identies in partnerships with Banks / Insurance Companies / & Government Entities.

Our white paper is on the link below.

https://amltoken.com/wp-content/uploads/2018/01/AML-Bitcoin-Whitepaper-1.pdf

Below are some articles about us as well.

http://bitcoinist.com/aml-bitcoin-creator-saw-early-weakness-digital-currency-world-innovated-solution-filed-patents-well-world-financial-leaders/
https://www.usnews.com/opinion/thomas-jefferson-street/articles/2017-09-12/the-future-of-cryptocurrency-may-be-now-thanks-to-more-mainstream-bitcoin
https://www.investors.com/politics/commentary/a-new-digital-currency-aml-bitcoin-makes-landfall-in-panama/
https://seekingalpha.com/instablog/22912651-daniel-jennings/5072907-aml-bitcoin-creator-talks-european-governments

Do let me know if you need anything else from our side.

ANDRADE_DOJ00000_00027764

Thank you so much for your time.


Marcus Andrade, Founder
NAC Foundation, LLC
7495 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
Office: 1-702-515-4038



--

Marcus Andrade, Founder
NAC Foundation, LLC
7495 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
Office: 1-702-515-4038



--

Marcus Andrade, Founder
NAC Foundation, LLC
7495 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
Office: 1-702-515-4038



--

Marcus Andrade, Founder
NAC Foundation, LLC
7495 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
Office: 1-702-515-4038

ANDRADE_DOJ00000_00027765

# EXHIBIT I



# Project Cooperation Agreement



# Project Cooperation Agreement

**Party A :** ABTC Corp.

_____

**Effective contact way :** ___Telegram_____

**Contract address :** __7324 Southwest Freeway, Suite 600, Houston, Texas 77074___

**Party B: LBK Blockchain Co.Limited**
_For and on behalf of_
**Effective contact way (email): business@lbank.info**
LBK Blockchain Co., Limited

**Contract address: The British Virgin Islands ,B.V.I**

By following the principle of honesty and credibility, reciprocity and mutual benefit, both parties reach following agreement on the operation of LBank.info digital asset platform by Party A and Party B for mutual compliance through consistent negotiation:

## I. Definition

1. Project party: it refers to the enterprise/agency which the Token comes online of LBank digital asset platform, i.e. Party A in the agreement.

2. LBank.info: it refers to digital asset platform which is operated independently by Party B.

3. Demand party of Token: digital asset user who makes transaction, recharges, withdraws deposit, and uses other related services in the platform, which could be individual or agency.

4. Platform: it refers to digital asset platform, website: LBank.info (the actual online domain name shall prevail).

5. Token: it is used by the individual or agency user for purchasing and selling digital asset which is issued based on block chain.

**Global Professional Digital Asset Exchange**



6. Wallet: it is the tool for depositing and withdrawing Token.

7. Online service: it refers to technology and business service which ensures normal transaction, recharge, and withdrawal of Token in the platform.

## II. Project Content

### 1. Party A

(1) Party A is an enterprise/agency which engages in Compliant Digital Currency as its main business. It is registered in Houston, Texas in January of 2019. ABTC Corp. leased all technology from NAC Foundation, LLC.

(2) Party A ensures that it is an enterprise/agency of existence which is registered and established in accordance with law; meanwhile, as the sponsor of the project, Party A ensures that it has complete and whole rights for the project.

### 2. Party B

(1) Party B is a digital asset platform.

(2) Party B does not belong to any party of the investor and project applicant. Party B does not provide any commitment or promise in any form to the project sponsor and investor.

### 3. Service content

Party B provides Token online service to Party A, including the specific contents as below:

(1) Provide online transaction information to Party A and demand party of Token transaction;

(2) Provide related service of Token transaction to the demand party of Token transaction;

### III. Rights and Obligations of Party A

1. Party A has the right to request Party B to complete the preparations required for the issuance of Party A's digital assets and to complete the various application documents (if needed) with due care and diligence.

2. Party A has the right to independently employ an intermediary institution such as accounting firms, law firms or asset evaluation organizations to participate in the necessary professional work and urge the intermediary agency to cooperate with its work and obey the work coordination of Party B.

Global Professional Digital Asset Exchange



3. Party A also has the right to entrust Party B to hire intermediaries for it and the employ fee should be assumed by Party A.

4. Party A is responsible for providing Party B with the information and other necessary assistance necessary to perform the work of this Agreement.

5. Party A promises that all the information provided by Party A to Party B, including but not limited to written documents, electronic documents, government approval documents, etc. Whether the original or photocopy, they are both true and credible. For the concerns of Party B, it also provide comprehensive, true and accurate statements, there are no concealment, deception, omissions and culpable negligence，also promised that all investors would come from regions outside China and the United States.

6. If the circumstances of Party A have changed, so that the issuance materials submitted to the relevant competent authorities are inconsistent with their actual conditions, Party A should, after receiving the notification of Party B, promptly modify or supplement the relevant issuance materials in accordance with the requirements of Party B.

## IV. Rights and Obligations of Party B

1. Party B has the right to request Party A to impose, including but not limited to improving the corporate governance structure, regulating operations in accordance with laws and regulations, straightening out property rights, adjusting asset structure and equity structure, etc. So as to finalize the digital asset general planning of Party A, which aims to correspond to the condition of public offering digital assets.

2. Party B may investigate and verify the basic situation of Party A in accordance with the national laws and regulations, the relevant local government regulations and stipulation, including but not limited to historical evolution, equity structure, production management, corporate governance, affiliate transactions, horizontal competition, financial status, litigation, Arbitration or disputes, etc.

3. Party B should make full consideration of the actual operation and financial status of Party A, provide digital assets lists on demand and give rectification suggestions to Party A.

4. If Party B finds that Party A exists the substantial obstacles of digital assets, it should be pointed out. And Party B should counsell Party A to rectify; If Party A refuses to accept the rectification or the substantive obstacles cannot be eliminated at all on the basis of accepting it, Party B has the right to unilaterally rescind this agreement without the liability for breach of contract.

5. Party B should uphold the diligent professional ethics and professionalism, equip the project team and do well in listing the digital assets of Party A.




Global Professional Digital Asset Exchange

**LBANK**.info

## V. Project Implementation Plan

1. The digital asset trading hours of Party A <u>Any preference of Party B</u> (The actual time limit which is released on the website shall prevail).

2. The digital asset trading opening price of Party A <u>) 0.60</u> (CNY,<u>USD</u>,BTC,ETH,USDT)

3. The daily trading volume of digital assets forecasted by Party A <u>0.5</u> (BTC, ETH, USDT)

4. The amount of active currency operated and promoted after the launch of the digital assets of Party A will be <u>100,000 ABTC</u> (the activity plan is agreed by both parties, including but not limited to the downloading of new ABTC wallets at amlwallet.com, whomever has the top 3 highest daily trading volume per day along with whomever purchased the most ABTC on Lbank per week.

5. The digital asset retained funds of Party A is unconfirmed since Party A maybe using a third party company. Party A may assist in trading volume making but is prohibited under U.S. regulation from participating in building the price of the digital asset.

6. Party B shall complete the integration within <u>2 weeks</u> after payment.

The retained funds exist in the account registered by Party A in Party B are used to maintain the trading volume and price of the digital assets. When the digital assets transaction status of Party A are not up to the requirements standard of Party B, such as failure to timely sell exhaustion after the serious break; or lose the connection with digital asset founding team; or the digital asset holders and the digital asset founding team have a bad influence on the reputation of Party B. Under these circumstance, Party B will deduct the retained funds on the basis of the break, the loss of the holders and the degree of influence on Party B.

## VI. Service Fee and Payment Methods

The online technical service fee for the Agreement is <u>4</u> BTC, plus 1 BTC(equivalent ABTC) After signing the Agreement, Party A shall guarantee to complete 2.5 BTC, plus 1 BTC (equivalent in ABTC) down and the other 1.5 BTC payment within 60 days. Any overdue payment shall be deemed as a breach of the Agreement, and Party B shall retain the right to terminate the Agreement and the right of recourse for liquidated damages.

BTC address: 1LQotqjCfuMrfBPU7z452WUUGjrmjiDL1Y



Global Professional Digital Asset Exchar



## VII. Project Online and Offline Agreement

Party B reserves the right to make the project of Party A off line or continue to support projects to trade on the platform if a violation of this agreement occurs.

1. The currency has 5 consecutive trading days, the daily average trading volume is lower than 3000 USDT. Party B issues alert notifications. If Party A still not to take measure maintenance after three times, Party B has the right to cancel this agreement and stop providing relevant service;

2. The day's decline exceeded 30%, and the continuous decline in the three days exceeded 50%. Party B will issue an alert notification. If Party A still not to take measures to reach the standard in 24 hours after three times, Party B has the right to cancel this agreement and stop providing relevant service after a 6 month notice has been given.

## VIII. Confidentiality Clauses

1. Party A and Party B should jointly take measures to keep confidential the trade secrets obtained or learned from the other party due to this cooperation in order to prevent from disclosure, usage, open or falling into unauthorized groups; Except as required by government and judicial authority requirements or laws and regulations.

2. Either Party A or Party B should not make partial or full replication, transmission, distribution or disclose the trade secrets obtained from the other party without the authorization of the provider or the license of this agreement; the trade secrets involved should be returned to the provider after the termination of this agreement, or the relevant data and information should be destroyed under the circumstance of obtaining the written permission from provider.

3. The party acquiring the trade secrets shall use it only within the scope of this agreement;

4. Both parties agree to keep all business models, fee standards, settlement methods and other information involved in this cooperation strictly confidential; owing to the influences and losses caused by the aforementioned information disclosure from the liability of each party, the responsible party should bear the responsibility and consequences resulting therefrom;

## IX. Liability for Breach

1. If any party of this agreement violates any terms of this agreement and caused loss to other party , the party that violates the agreement shall undertake compensation liability regarding all the loss of other party. If Party B and demand party of Token have any loss due to the cause of Party A, Party B has the right to inform Party A in written form and has the right to

Global Professional Digital Asset Exchange

**LBANK**.info

stop related online transaction service immediately. Party B has the right to require Party A to compensate all the losses.

2. In case of following situations, it shall be regarded as material breach of contract of Party A. Party B has the right to stop online service for Party A on the platform at any time and inform Party A to cancel the agreement in written form. All the expenses which have been paid by Party A shall not be returned.

（1） There is any false record, misleading statement or major omission in all the materials by Party A, or other inappropriate behavior which violates the requirement of law, regulation and policy, and being filed for investigation by the local government.

（2） Due to the program loophole or code loophole during the project developmentprocess of Party A, it causes the safety problem of Token or wallet of storing Token which lead to the natural damage or man-made damage of the wallet for any further economic loss.

（3） Party A fails to reach the condition of specified trading volume by the agreement, and still fails to reach the condition after negotiation.

3. The breaching party should immediately stop it's breach of contract and begin to remedy after receiving the written notification from the observing party, who requests breaching party to make correction of the breach of contract. If breaching party still not redeem it's pledge, in addition to obtaining compensation from breaching party in respect of the related losses, the observant party has the right to terminate this agreement in advance after notifying breaching party by written notification.

## X. Force Majeure

Force majeure is an event that contracting parties have no ability to anticipate and resist, including the following:

1. Coup, riot, declared or undeclared wars, state of war, blockade, embargo, government mobilizations and other force majeure events agreed by both parties;

2. Events caused by natural factors such as earthquakes, floods, and emergency public health events (including but not limited to the outbreak of infectious disease);

3. The failure of either party due to force majeure without own faultlessness or failure to perform its obligations under this contract shall not be considered as default, but shall be subject to the necessary remedial measures to reduce the losses caused by force majeure;

4. In case of force majeure, the party shall notify the other party in writing form within 15

**LBANK**.info

days from the date of occurrence of the force majeure and shall submit the evidence of reasons for not being able to perform or partially perform this contract and need to delay performance in a reasonable time.

## XI. Dispute Resolution

The disputes arising from the establishment, validity, performance, interpretation, termination, etc. of this agreement shall be settled through amicable negotiation. When the negotiation cannot be resolved, all parties have the right to institute legal proceedings in the court of Party B.

## XII. Contact and Address

Both parties agree to submit the documents related to the contractual matters agreed upon in this agreement through the following contact way to the other party. If the party's address is changed while without notification to the other party, and result in the relevant official documents undeliverable. The postmark date is deemed to have been served. The contact information of Party A and Party B is as follows:.

Party B: ABTC Corp. ;

Address: 7324 Southwest Freeway, Suite 600 ;

Zip code: 77074 ;

Legal representative: John Fahy, Dallas Texas ;

Authorized representative: Marcus Andrade ;

Contact number: 1-361-244-0156 ;

Mailbox: ceo@amlbitcoin.com ;


Party A: LBK Blockchain Co. Limited

For and on behalf of
Address: Tortola Virgin Islands ,B.V.I ;
LBK Blockchain Co., Limited
Legal representative: Eric He ;

Authorized representative: Book
Authorized Signature(s)

Mailbox: business@lbank.info ;

**Global Professional Digital Asset Exchange**   LBANK.info



### XIII. Agreement Attachment

1. The attachment is an inseparable component part of this agreement and has the same legal validity as this one.

2. The parties have to negotiate and make supplementary information for the unaccomplished matters in the performance of this agreement; the supplementary content is subject to additional terms and conditions, which shall become effective after being signed and sealed by both parties and have the same legal validity as this agreement.

3. The invalidity or inapplicability of some provisions of this agreement due to changes in time or related laws and regulations of the parties does not affect the validity of other provisions of this agreement.

4. If any of the agreement is inconsistency with the information disclosed in websites of the two parties, this agreement is to be taken as authentic.

### XIV. Effectiveness of the Agreement

This agreement is in duplicate and shall become effective upon signature by both parties. Party A and Party B shall each hold one copy with the same legal validity.

Party A (seal) :

Representative (signature):

*Marcus Andrade*

13-05-2020

Party B (seal):

*For and on behalf of*
**LBK Blockchain Co., Limited**
Representative (signature):

*Authorized Signature(s)*

_(dd) _ (mm) _ 20_ (yyyy)

# EXHIBIT J

M
02:03
Mushicj
yes ,I get

A
02:07
AmlBit
please check your WeChat
15 April 2018

M
21:35
Mushicj
hello
8 May 2018

M
22:56
Mushicj
You can sleep first, I will leave you a message
22:58
Your trading volume is too little now. You have been listed on IDAX for 5 days, but your trading volume is almost 0. My company warned me so I must contact you.
22:58
One of the conditions of the list is to make a market.
23:00
If you cannot start the BOT immediately, you can use your multiple accounts to manually trade until your BOT is working.
23:00
This is very anxious for us, because at IDAX, your trading volume is almost 0, which is very ugly.

A
23:02
AmlBit
Hello
23:02
Not true
23:02
Check my account
23:02
[monex247@gmail.com](mailto:monex247@gmail.com)
23:02
I have been traveling everyday
23:03
The reason it is at 1btc is because of me. I have only been buying
23:04
Mushicj
Cancelled
23:04
Bot will be up and running soon
23:05
We are getting ready to also spend 20K USD a day on market-making

M

# EXHIBIT K

Please keep us where we were at.

M

08:10
Mushicj
I am sorry to inform you that due to the insufficient trading volume, the transaction is about to be hidden. You can view by link or search
08:10
What I need more is you tell me a specific time

A

08:20
AmlBit
Specific time 24 hours

M

08:21
Mushicj
Okay, if you don't have a significant increase in trading volume within 24 hours, I'm not going to stop the company from hiding your trading pair.

M

11:10
Mushicj
Photo
1193×69

M

19:32
Mushicj
Thanks♪(·ω·)/
19:32
I see your progress so that I can stop the company from hiding the transaction.
19:32
Thank you for your cooperation
11 June 2018

12:18
Deleted Account
Hi Idax, wanting to confirm that IDAX LMM L is one of your accounts. This account joined our Telegram group for questions regarding the platform. If this is one of your accounts, thank you for joining and helping our clients with questions.

M

19:21
Mushicj
OK, I will confirm as soon as possible

21:46
Deleted Account
Thanks
12 June 2018

M

01:15
Mushicj
He is our employee

07:25
Deleted Account
Perfect. Thanks
15 June 2018

M

05:06

# EXHIBIT L

V

09:04
Vicky
Vicky Cheung:
Good evening😊
The maintenance has been finished,pls check.

A

09:16
AmlBit
Thanks

V

09:17
Vicky
😊
19 September 2018

V

02:00
Vicky
Good afternoon, we will do system maintenance between 3pm and 5pm Beijing time. During this period, you will not be able to visit the website. We apologize for the inconvenience caused and thanks for your kind understanding😊

V

04:27
Vicky
亲爱朋友们，维护将延期到晚上7点，感谢大家的理解。
Dear friends, the maintenance will be postponed to 7 PM, please kindly understand.😊
9 October 2018

V

21:22
Vicky
Dear partners:
The IDAX OTC Section has been officially launched at 10:10, October 10, 2018. All partners and users are warmly welcomed to actively participate !

亲爱的合作伙伴：
IDAX OTC交易版块已经于2018年10月10日10:10隆重上线，欢迎各位合作伙伴及客户积极参与!
11 October 2018

V

05:58
Vicky
@Monex247 Hi,good day😊 As I have mentioned the volume is far below our minimum limitation for several consequent days already😳 So if things can't get better within 2 days,we have to move the pairs into the searching section.So pls do something to avoid this happen,thanks for your kind consideration😊

A

19:25
AmlBit
Yes of course
15 October 2018

S

08:40
Scitoshi
In reply to this message
Hi. The trade vol at ABTC/ETH has come back since 13 Oct. Could you please bring it back to the list page?
16 October 2018

V

02:05
Vicky
In reply to this message
Ok,let me check it and come back to you soon. 😄

S

02:06
Scitoshi
In reply to this message
Thanks. Wait for your good news.

V

02:08
Vicky
In reply to this message
Just checked,and it's much better than before👍 But as our minimum limitation is over 500 ETH per day,pls improve a little to make it around or more than 500ETH and keep the leval for 5 days.Then we can remove it back to the main page 😊

S

02:09
Scitoshi
According to our contract, it should be 100 ETH, isn't it?

S

09:59
Scitoshi

V

10:28
Vicky
I'll check it for you with my colleagues tomorrow,as it's nearly 24:00 here 😊
18 October 2018

S

22:46
Scitoshi
In reply to this message
Any luck to get back ABTC/ETH listing?

V

22:59
Vicky
In reply to this message
I have asked my colleague to remove it back to the main page and will come back to you soon 😄

S

22:59
Scitoshi
Thanks!

V

23:27
Vicky
In reply to this message

# EXHIBIT M

Thanks, Vicky!

V

19:53
Vicky
In reply to this message
My pleasure 😊
29 November 2018

V

07:06
Vicky
OK,will check it for you tomorrow morning,as it's nearly midnight here 😁
11 January 2019

V

03:17
Vicky
@scitoshi HI,good day 😊
03:20
Maybe I have to talk about the BTC&ETH pair volume with you again 😄
21 January 2019

V

21:09
Vicky
My dearest friends,

First of all, I sincerely thank you for your understanding and support these days! As we all know, we have upgraded into the 3.0 version days ago. In order to provide a more stable and secure trading environment for you, we have decided to conduct another overall system maintenance.There is a saying in the industry: "one day in the cryptocurrency, one year in the world". In this era of pursuing profits, IDAX hopes to go farther and longer with all of you, so we are willing to calm down and do something to the bloch chain world...

Of course, during the system maintenance these days, we also heard some doubts, but we know that our friends, all of you who have always supported us, will continue to believe in the strength of IDAX and stand together with us to embrace the better tomorrow!

We also know that the most concerned about of you is the the specific completion time of the system maintenance.At present, our technical team is working overtime for maintenance. In order not to give them too much pressure, I will update you about the specific time.If you have any further problems,pls feel free to ask me.

Thank you again for your long-term support and trust to IDAX!


我最亲爱的朋友们：

首先，真诚的感谢大家近几天以来对我们的理解和支持！大家都知道我们前几天进行了3.0版本的升级.为了能为大家提供一个更稳定安全的交易环境，我们决定再进行一次系统整体维护。行业中流传着一句话："币圈一日，人间一年" 在这个逐利的时代，IDAX却希望能跟大家一起走的更长更远，所以我们愿意静下心来为区块链的世界做些实事...

当然，这几天的系统维护期间，我们也听到了一些质疑声;但我们知道我们的朋友们，一直以来支持我们的你们，会一如既往的坚信IDAX的实力，会和我们站在一起迎接更美好的明天！

我们也知道，大家现在最关心的是系统维护具体的完成时间。目前我们的技术团队正在加班加点维护中，为了不给他们太多的压力，关于维护的具体完成时间，我会及时跟大家更新~如果大家有任何问题，欢迎及时联系我~

再次感谢各位伙伴对IDAX长久以来的支持和信任！
22 January 2019

V

15:37
Vicky
Dear friends,
Good morning, everyone~ Now is 5:15A.M. Jan.23 (UTC+8) , All of our operations and technical teams are still awake for the IDAX 3.0 version ~
First of all, thank you again for your patience and support! I'm so glad to inform you that IDAX 3.0 version has been officially lauched

# EXHIBIT N

HT

02:14
Hey Tuan
Hello @Luckydog118, I just logged in, it works!
Thank you!

V

02:23
Vicky
In reply to this message
Ok ,my pleasure.😊

HT

02:34
Hey Tuan
😉

V

02:34
Vicky
In reply to this message
hi
27 February 2019

V

03:05
Vicky
@Monex247 Hi,good day.😁
03:05
Maybe I have to talk about the BTC&ETH volume with you again😊
4 March 2019


21:16
Deleted Account
Dear partners, I am Lei, responsible for community management and promotion. We are doing market research recently. If your community leader sees this message, please contact me.
8 March 2019
Vicky invited Deleted Account


02:32
Deleted Account
Hi, this is IDAX. There are some issues with the trading volumes of your trading pairs on IDAX. The minimum trading volumes of each pair respectively are 5BTC, 100ETH and 30000 USDT. The ABTC/ETH doesn't reach the minimum line.
This is third waring notice. The trading pair will be moved to the hidden area if the trading volume still doesn't meet the minimum line in next 3 days.
We need to talk about these. Please contact @Luckydog118 if you see this message
10 March 2019

Q

21:55
Quintin
In reply to this message
@Luckydog118 I have a call with Marcus Andrade, CEO of ABTC, tomorrow morning (Monday) Houston, Texas time. I am sure we can get some volume going within the next 24 to 48 hrs on both pairs to meet your minimum thresholds on a daily basis. We will back to you tomorrow. Many thanks -Quintin & Tuan @heytuan

V

21:56
Vicky
In reply to this message
OK,glad to hear this 😊

# EXHIBIT O

Q

21:57
Quintin
In reply to this message
👍
11 March 2019
Deleted removed Deleted Account
22 March 2019
Vicky invited Eighteen

E

01:19
Eighteen
Dear friends:

IDAX will have system maintenance from 10:00--22:00,26th Mar.2019 (UTC+8) . During system maintenance, website visit will be suspended.

We're sorry for the inconvenience caused to you and will try our best to finish the maintenance ASAP.

If you have any problem , pls contact Vicky for help~Thank you so much for your permanent support~
10 April 2019

V

06:17
Vicky
Dear my friends:

IDAX has launched the "Blink" Module at 11:00,10th April, 2019(UTC+8)~

Welcome to participate actively, pls login in the official website:www.idax.pro to experience! More details please feel free to contact me (Vicky) , thank you for your long-term support ~

亲爱的朋友们：

IDAX已于2019年4月10日11:00 (UTC+8)隆重推出"期权"模块~

欢迎推荐用户积极参与，欢迎登陆IDAX官网：www.idax.pro体验，更多详情欢迎随时联系我咨询，感谢您长久以来的支持~
14 April 2019

V

03:59
Vicky
My dear friends,

Our APP has been updated. Please uninstall the old version and scan the QR code on the official website: www.idax.pro to download the new version~

Experience smoother transactions anytime and anywhere. Thank you for your support and trust to IDAX~

亲爱的朋友们：

我们的APP已经更新，请卸载旧版本并扫描官网：www.idax.pro 上的二维码下载最新新版本~ 随时随地体验更流畅的交易，感谢您一直以来对IDAX的支持和信任~
13 May 2019

04:41
Deleted Account
Hi, this is IDAX. There are some issues with the trading volumes of your trading pairs on IDAX. The minimum trading volumes of each pair respectively are 5BTC, 100ETH and 30000 USDT. ABTC/BTC and ABTC/ETH both don't reach the minimum line.
This is first waring notice. After we send the third warning notice, the trading pair will be moved to the hidden area if the trading volume still doesn't meet the minimum line in 3 days. And this will cause negative effect on the trading pair's update on CMC. Please contact @Luckydog118 if you see this message.
你好，IDAX规定BTC,ETH,USDT交易对的每日交易量最低不可低于5BTC, 100ETH，30000 USDT。ABTC/BTC，ABTC/ETH的交易量都

及了IDAX的预警线。这是第一次预警通知，若在第三次预警后的3日内交易量仍旧不达标，对应的交易对将会被移至隐藏区，用户只能通过搜索才可以找到相应的交易对。转入隐藏区后，可能会影响到交易对在CMC等网站上的行情显示。看到信息请联系@Luckydog118谢谢。

Q

05:16
Quintin
We are on it many thanks. Just travelling to London and back at our desks tomorrow to ensure volumes are adequate. Thank You -Quintin

05:18
Deleted Account


Q

05:20
Quintin
Noted @Luckydog118 thanks. We will correct by tomorrow
15 May 2019

V

23:40
Vicky
Dear friends:

IDAX will have system maintenance from 13:00-19:00,16th May,2019 (UTC+8). During maintenance, users can log in normally, but can't trade. We will reserve 30 minutes to cancel the order when the update being finished then reopen the deposit, withdrawal and transaction.

We're sorry for the inconvenience caused to you and will try our best to finish the maintenance ASAP.

Thank you so much for your permanent support to IDAX~

亲爱的朋友们：

IDAX将于2019年5月16日13:00-19:00 (UTC+8)进行系统维护。在维护期间，用户可以正常登录，但不能交易。更新完成后，我们将预留30分钟取消订单，然后再重开交易。

给您带来的不便我们深表歉意，我们会尽最大努力尽快完成维护。

非常感谢您对IDAX长久以来的支持~
24 May 2019

03:43
Deleted Account
ABTC/BTC，ABTC/ETH
Hi, this is IDAX. There are some issues with the trading volumes of your trading pairs on IDAX. The minimum trading volumes of each pair respectively are 5BTC, 100ETH and 30000 USDT.

ABTC/BTC and ABTC/ETH both don't reach the minimum line. This is second waring notice. After we send the third warning notice, the trading pair will be moved to the hidden area if the trading volume still doesn't meet the minimum line in 3 days. And this will cause negative effect on the trading pair's update on CMC. Please contact @Luckydog118 if you see this message.

你好，IDAX规定BTC,ETH,USDT交易对的每日交易量最低不可低于5BTC，100ETH，30000 USDT。ABTC/BTC，ABTC/ETH的交易量触及了IDAX的预警线。这是第二次预警通知，若在第三次预警后的3日内交易量仍旧不达标，对应的交易对的交易对将会被移至隐藏区，用户只能通过搜索才以找到相应的交易对。转入隐藏区后，可能会影响到交易对在CMC等网站上的行情显示。看到信息请联系@Luckydog118谢谢。

Q

04:43
Quintin
Hi there, @Luckydog118 , yes we understand 😔 We are on it. Thank you
16 September 2019

# EXHIBIT P

23:57
AmlBit
Please allow 5 days at minimum then
23:57
I was told I would get up to three weeks

M
23:58
Mushicj
In reply to this message
This is absolutely not acceptable

A
23:59
AmlBit
I need to get things in place
23:59
I was told up to 3 weeks
23:59
I can do up to 5 days

M
23:59
Mushicj
You have a lot of 0 fee accounts, please start trading immediately, carry out some buy or sell, you can buy your own sell orders

A
23:59
AmlBit
I will
23:59
I have been doing only buys
9 May 2018

A
00:00
AmlBit
I need to put people in place to do that

M
00:00
Mushicj
This will take 24 hours instead of 5 days

A
00:00
AmlBit
I'm traveling
00:00
I'm traveling
00:00
I arrive back in two days
00:00

I can put a team in place to do it

M
00:01
Mushicj
I'm in a hurry

A
00:01
AmlBit
Just need a little time
00:01
So am i
00:01
I will get it done

M
00:01
Mushicj
Ah, I'm going crazy

A
00:01
AmlBit
If you are not going to give me the time I would not have made the payment and did the integration until after I had two people in place
00:01
I am going crazy as well I just need what I was told I would get
00:02
You are making it easy and thank you for it for the zero fees

M
00:02
Mushicj
That IDAX first hide ABTC/BTC&ABTC/ETH?
00:02
2 days later, I will show abtc/BTC on the home page
00:03
ok?

A
00:04
AmlBit
There is no need to do that
00:05
I don't understand
00:05
No need to hide it
00:05
This is not right
00:05
I was told I could get up to 3 weeks.
00:05
I will have someone in place by 5 days
00:06

Hopefully I can do it in 3

00:06
DO NOT HIDE
00:06
It will cause financial damage
00:07
You chased me down for payment knowing I needed time. You can at least honor your word at the beginning and allow time.

M
00:23
Mushicj
Why don't you trade manually?
00:23
this is very simple
00:23
And you will not lose anything

M
01:40
Mushicj
Our technology developers have developed a simple BOT. The trading assistant software that sets the ratio of buying and selling and the price and random time in advance can reduce the manual operation steps to a certain extent and keep the K line and price stable. Can this help you?

A
06:43
AmlBit
Yes it can
06:43
I have a few calls this morning, if you international calls or some of them videos that I will have during the manual buying and selling

M
06:46
Mushicj
Release.rar
5.1 MB

A
07:30
AmlBit
What is that
07:30
It won't open
07:31
Sorry for misspellings, I was using voice chat

M
20:06
Mushicj
This is the transaction assistant software.
20:06
He is a compressed file
20:06

# EXHIBIT Q

## LBANK.info — Service List

| Service profile | Service Content | Service Period | Price /BTC | Option√ |
|---|---|---|---|---|
| **Basic Service** | Technical Service：Wallet Technology Integration, Contract Address Update, Mainnet Token Swap, Wallet Server Maintenance | Till the cooperation ends | 2btc | √ |
| | Security Service：The wallet safety service supported by the third party security company/the security support for the user's account/Government standardized non disclosure agreement support | Till the cooperation ends | 0.5btc | √ |
| | Basic platform service | Till the cooperation ends | 0.5btc | √ |
| **Transaction Service** | Online transaction pairs  btc（）eth（）usdt（） | Till the cooperation ends | 1btc/pair | btc（　）<br>eth（　）<br>usdt（　） |
| | API accesses/data server preparation / security strategy preparation/grant permission of making deposite/grant permission of withdrawing/ grant permission of transaction | Till the cooperation ends | 0.5btc | √ |
| **Open Trading Account** | open at most 2 trading accounts according to transaction pairs with 0 fee | Till the cooperation ends | 1btc | |
| **Public Blockchain Docking（Non-erc20）** | Public blockchain technology docking service | Till the cooperation ends | 1btc | |
| **Marketing Promotion Plan** | Announcement、Home Page Banner、Poster | Till the cooperation ends | free | |
| | List on LBank with online announcement including: official website, Twitter、Facebook, Reddit, LinkedIn, Medium、Weibo、WeChat groups、Telegram communities，etc | Till the cooperation ends | free | |
| | all-Media Services：External global blockchain media (around 50 mediums) | Till the cooperation ends，extra charge for foreign media supports | Floating Price | |
| | Global roadshow services | 1-3 天<br>1-3 Days | 0.5 btc/once | |
| **Promotional Activity** | Independent Campaign plan（airdrop/ trading/Community joint livestream/AMA） | Till the cooperation ends | Activity token | |
| | exclusive marketing plan : campaign/ media outreach/ community announcement，etc | Till the cooperation ends，extra charge for foreign media supports | Floating Price | |
| **After-Sales Service** | 24 x 7 online live chat and sophisticated project follow-up team | Till the cooperation ends | 0.5 btc | √ |
| **Community Building & Operation Services** | Community Built up、Community intelligence management、Community Warm up（Telegram/Wechat） | 7-30 Days | 10,000users/0.2btc | |
| **Market Making Service of third-party** | The project party provides necessary btc/eth/usdt and project tokens or coins for our technical team to conduct market-making in order to enable a smooth flow of the market and bring more investors on board. | Till the cooperation ends | 0.5btc/pm (At most 2 trading pair for mm services) | |
| **Total** | | | | |
| **Remark** | Blue zone is a required option, and the transaction pairs must choose one. | | | |

# EXHIBIT R

| | |
|---|---|
| **To:** | Melissa Foteh[mfoteh@republiconeexhibitions.com] |
| **Cc:** | Marcus Andrade[ceo@amlbitcoin.com]; Jack Abramoff[jack@abramoff.com] |
| **From:** | Richard Naimer[richard@dit.network] |
| **Sent:** | Sun 6/10/2018 10:45:47 AM (UTC) |
| **Subject:** | RE: NDA / Agreement / Listing with Pro BTC |

Yup, indeed he is trying to push us into the engagement rather aggressively which I too am not keen about. But in any case this NDA with the date of March is very much in our benefit.

We'll decide shortly if and how to proceed.

Thanks, Richard

---

**From:** Melissa Foteh [mailto:mfoteh@republiconeexhibitions.com]
**Sent:** 52:17 2018 יוני 08 ו יום
**To:** Richard Naimer
**Cc:** Marcus Andrade
**Subject:** RE: NDA / Agreement / Listing with Pro BTC

Hi Richard,

I don't have Marcus' signature to drop into the document. I added Marcus' name in a script font. Since the document was scanned due to Geoff's signature, Adobe was not recognizing the date text for Marcus, so I crossed it out and added the date in script to make it look natural, instead of doing a type overlay with today's date, as Geoff dated the NDA on May 30th. Please let me know if this would suffice, or if anything else is needed for this.

On a separate note, I've received a lot of messages from Geoff via Telegram in the past 12 hours. Within this time frame, he's pinged me twice about the TopBTC form. Last message regarding this was an hour ago stating that he hasn't heard from you and asking me if I knew were you were and if anyone else can fill out the form. The thing about this is Geoff just sent the TopBTC form to us 12 hours ago. I understand there's an urgency, however I don't see any realism on his behalf regarding his time expectations for responses; this has shown to be a trend with him. Simply pointing this out so that you're aware and in case knowing this helps minimize any issues down the line.

Best,
Melissa

---

**From:** Richard Naimer <richard@dit.network>
**Sent:** Friday, June 8, 2018 4:30 AM
**To:** Melissa Foteh <mfoteh@republiconeexhibitions.com>
**Cc:** Marcus Andrade <ceo@amlbitcoin.com>
**Subject:** RE: NDA / Agreement / Listing with Pro BTC

So I suggest we go ahead and co sign so we have him locked in.

---

**From:** Melissa Foteh [mailto:mfoteh@republiconeexhibitions.com]
**Sent:** 27:06 2018 יוני 08 ו יום
**To:** Richard Naimer
**Cc:** Marcus Andrade
**Subject:** RE: NDA / Agreement / Listing with Pro BTC

Hi Richard,

Yes, this is the correct NDA.

Best,
Melissa

---

**From:** Richard Naimer <richard@dit.network>
**Sent:** Thursday, June 7, 2018 10:38 AM

**Subject:** FW: NDA / Agreement / Listing with Pro BTC

Melissa, just to make sure, this NDA is one you prepared and sent to him?

Is it is your version, let's get it signed so we lock him down.

Just stating the obvious, we don't want to sign the other one.

Thanks, Richard

**From:** Geoffroy Ira [mailto:geoffroy.ira@gmail.com]
**Sent:** 57:08 2018 יוני 07 ה יום
**To:** Richard Naimer
**Cc:** Marcus Andrade; Melissa Foteh
**Subject:** NDA / Agreement / Listing with Pro BTC

Hi Richard & Melissa

You will find enclosed the

1/ The Non disclosure Agreement signed by me.
- To be signed by Marcus as stated.

2/The statement of work also signed by me to initiate the listing with Pro BTC via Mirafox Ltd ( Exact name of the company that provides this sevices)

- Waiting now for your confirmation to send the fees to Mirafox so that we can kick start.

-Then, Pro BTC will come back with an estimates in term of pricing to implement AML BTC.
- Time line implementation : 2 Weeks.
-  Pro BTC estimates to list AML BTC
20btc + 20btc in tokens - confirmation on pricing in course.


--------------------------------------------------------

Once we re done with this sign off, let s proceed to the same with the Market Making services.
Target - 8th of June

Waiting for your reply.

Best

Geoff




On Wed, Jun 6, 2018, 01:52 Geoffroy Ira <geoffroy.ira@gmail.com> wrote:
 Hi Richard, hi everyone.

 I think it's a sensible approach and you can count on me.

 I'll handle this relationship with Platinum and the Crypto Exchange " TOP BTC from A to Z.

1. You will find enclosed the compensation proposal.
2. You will find enclosed the contract with Mirafox"Working with Platinum" for TOP BTC.
3. I ll provide the contract on the Market Making a.s.a.p with a proposal to do it for two Crypto exchanges " TOP BTC and IDAX"

------------------------------------------------------

My current SCB contract is under the Singaporean law, therefore, If agreed, you will find enclosed the reference of a Bank account in the US. "Interractive Brokers" via CITIBANK, therefore it s easier for everyone and this remains in the US.
I'll send back the NDA to Melissa if you fine with compensation pre-agreement.

------------------------------------------------------

Now,  my Employer knows  that I have an Outside Business interrest with NAC Foundation.

1. Therefore, I think it is good for all of us that I keep this vague title of "Adviser" so that I can pursue this mission.
2. I do expect to have the title of Adviser on your website with biography as discussed with Marcus and Melissa the past months  so that I can officially promote AML BITCOIN in my network and folks can have a look at it. This will allow them to verify my double linkage with AML BTC and the Banking Industry
3. From there, I ll create a Business card with "NAC Foundation with the brand AML Bitcoin and the address in the US /  Title : Advisor if you re fine with it.

----------------------------------------------------------
Payment of the intermediary - Mirafox Limited - Listing TOP BTC. - Details available in the doc enclosed - **Contract with Dan / Mirafox.**

**I ll ask the team to amend the date from 25 May to June 8th.**

*1.1 Full list of services.*
*1. The Client shall pay to list on the 1 Exchange with pricing mentioned below: TOPBTC: 0.5 BTC of «admin fee» + Payment to TOPBTC 9btc and 9btc in tokens of the Client + success fee to Mirafox (1btc + $10k in tokens of the Client) incl. Free twitter campaign from HITBTC*
*2. The admin fee must be done prior to all work commence.*
*3. The Client shall pay the success fee for provided services within 2 (two) business days from the day the token listed on the Exchange.*

*4. In case of the Exchange refusal then only «admin fee» is not refundable to the Client.*

*5. The Client shall send payments to TopBTC according with The Exchanges rules to The Exchange company addresses (accounts) directly.*

*The Company does not take any hidden commissions (fees).*

*ALL PAYMENTS CAN BE DONE IN BTC OR ETH:*
*BTC ADDRESS: 32KceBJeu5QF85aUdX5fDJ5Kh6hN5Q52sK*

*ETH ADDRESS: 0xFACFa843e3E6d3AFf32aCed21dA1118509cE8610*

**On the Market Making**

**You will find all the details into the document enclosed - Pre Agreement advisory.**

As you will see in the document, I m suggesting to use there services **for IDAX and Top BTC** for the time being.

I have requested them to give me a contrast based on this usage." *MM in two Crypto exchanges*"

The info I have for now is as following.

- They charge payment for each trading pair regardless on which exchange it is traded. Could be three pairs on one exchange or three pairs on three different exchanges. Monthly retainer:

- 1 pair — 15k usd,

- 2 pairs — 19k usd,
  3 pairs — 22k.

Best regards

Geoff

On 5 June 2018 at 19:07, Richard Naimer <richard@dit.network> wrote:
Geoff hi,

Under the circumstances, maybe best is if we start the process in reverse, i.e. if we start the relationship initially on a mission based understanding and thereafter, once we get better acquainted and an ongoing working mode we can proceed to an advisory aspect.

Based upon our discussion last week,  you are at this time aware of the challenges we wish to address. Therefore, may I suggest that you send me a proposal for the achievement of each of the  current issues, primarily, for listing on a major exchange and market making services and the contingency based compensation for each of them.
From my perspective, feel free to proceed to implement via Platinum and/or independently, with the understanding that you would be the point of interface and responsible for the process.

Thanks and best regards,
Richard

**From:** Geoffroy Ira [mailto:geoffroy.ira@gmail.com]
**Sent:** 09:16 2018 ו 01 יוני יום
**To:** Richard Naimer
**Cc:** Marcus Andrade
**Subject:** Re: Pre-Agreement

Hi Richard

I'm happy to clarify some aspects of your points as there is clearly a misunderstanding.

First of all, I've never been requested to introduce AML BTC to companies nor any Crypto exchanges in first place, but I' m supportive to do so as you sollicited me on this last week,  which is why I introduced you this week to a team to get listed within two weeks in " TOP BTC".

- My job as an Adviser with AML BTC as we discussed in Jan 2018 with Marcus was more to give my opinion on the ongoing AML BTC project, feeling with investors, supporters and to leverage on my current role with my Bank as I have an holistic view and network
"having 80 000 clients Multi Segment, FI/Fintech/Corpo dealing with AML/KYC/CFT topics and new Policy implementation", and to socialise AML BTC Brand in the network/ local media when it will be the right time for AML BTC.
Marcus suggested to grant me 2000AML BTC/Months for that.

So If I keep the same role as Adviser "2000 AML BTC/month, I'm fine and I'm just waiting to receive the compensation document so that I sign the NDA.

Now, when it comes to develop NAC/AML Business with :

-Listing on Crypto Exchange
-Meet up with Banks, Institutionnal, Family office, Hedge Fund in Asia
-Roll out technology accross the region
-Recruitment

Then, it is not a simple role of Adviser.

Either way I'm fine, just waiting from AML Team to clarify the exact role as well as contract/ compensation agreement.

Best regards

Geoff

On Thu, May 31, 2018, 23:59 Richard Naimer <richard@dit.network> wrote:
> Geoff hi,
>
> I looked through the proposed document and I must say I have  a whole bunch of reservations.
>
> To pint out just a few - it seems odd to me to request a success fee on the introduction of a facilitator and seems even more out of context to me to request a success fee for a possible success of that facilitator, who himself is requesting a success fee.
>
> Add to that the context of an advisor who would be receiving a monthly retainer and is being compensated to basically fill that exact function. The accumulation does not seem reasonable to me.
>
> Feel free to correct me if I am wrong.
>
> Thanks, Richard
>
> **From:** Geoffroy Ira [mailto:geoffroy.ira@gmail.com]
> **Sent:** 58:16 2018 מאי 30 ד יום
> **To:** Richard Naimer
> **Subject:** Pre-Agreement
>
> Hi Richard
>
> As conversed, you will find enclosed a pre agreement that I'd like to review with you.
> I've listed the type of work that I can do for you and AML BTC and the compensation I propose.
>
> 1/ Let me know your thought.
>
> 2/ On the long run, my interrest is to be more and more :
>
> - Involved in the implementation of this disruptive project.
>
> - To develop the Business in the Asian Region.
>
> - To open the door to the Banking Industry, but also to discuss with Regulatory Bodies in the APAC region and to impose AML BITCOIN and affiliated patent as the " Benchmark" to be used.
>
> -to open a Branch in Singapore and or to help to basically expand the brand AML BTC in the region, and/or to recruit

staff.

We can have this discussion later on once it is the right time for you.

Best

Geoff

# GEOFFROY IRA

Nationality : French

19 the Inglewood

Postal code 575048

Mobile Phone :  96478070

Married. One child

geoffroy.ira@gmail.com

## EXECUTIVE SUMMARY

### GLOBAL PROJECT IMPLEMENTATION | ONBOARDING SUPERVISION | BUSINESS DEVELOPMENT

Extensive experience as Multi Segment advisor in the wholesale Banking industry with a primary focus on Global Banking space, large corporates and Fintech companies.

My experiences as Director for Global Policy Implementation, Client Due Diligence Governance & Client Onboarding Head will help you to drive the expansion to the APAC Region.

### AREAS OF EXPERTISE

- Network with Multi Business Segment
- Global Policy Implementation
- APAC regulation/Compliance

- Multi Segment Advisory
- Team Management
- Training management

- Innovation
- Risk Management
- Multi product

### HOW CAN I HELP YOU FURTHER ?

#### NETWORK IN THE REGION

I have already started to connect Richard with Professionnals who have great experience in introducing new project to Crypto Exchange. My contacts have exclusive relationship with Exchanges such as HitBTC /Binance but not only. Some of them live in Singapore, and others in Thailand, Japan and the rest of the region.

I have a solid network in the Banking Industry and regulatory space. It's a small world and I can help to arrange meeting. The ideal scenario would be for me to potentially open an AML BTC Branch in Singapore to develop this. I could of course kick start with Standard Chartered Bank / RBS /DBS /BNP Paribas / Credit Agricole / Credit Suisse / HSBC but I pretty much know someone useful in every Banks in the region.

# GEOFFROY IRA

## HIT BTC = TIME OF TURBULENCE

**SINCE THE ICO, WE HAVE BEEN LISTED IN THREE STOCK EXCHANGES.**

Unfortunately, the volume are not extremely high in IDAX and co, therefore this may affect the image of success behind AML BITCOIN Project. The Crypto exchange having the biggest Liquidity may  think that implementing AML BTC will be long with a ratio/profitability not extremely profitable for them. If The volume of transaction is not good, they won't make money and they are just looking for that , like lot of tradionnal regulated exchange ( Same same).

➢ I can help to find the right decision maker to change this.
➢ I can also fly when required in APAC to meet up with specific layers, regulators, exchanges.
➢ I can monitor/control/advise  the marketing in the region and to find the right partner for (Market Making / Marketing and co)
➢ I can also help to develop the attraction with AML Bitcoin.

## GOOD ICO DOESN'T MEAN SAVED FOR LIFE.

**RISE AND FUN DELISTED FROM BITTREX**

The ICO performed and money raised with these project were pretty solid  but, the market sentiment started to go down, the volume were low and the communication with the Crypto exchange and investors was not clear. As a result, Bittrex decided to de list them.

I'm happy to be involved in this in the region to provide regular update and to meet up with them when necessary, so that we have good stimulation for AML BTC IN America, Europe ?, and ASIA.

## MEETING WITH THE BANKING INDUSTRY

I can help with this but I will need to have the same level of information as the others Advisers and Business developer, which mean to participate to conference call etc.

I would need to know if there is a plan to create a Branch or a REP Office in APAC Region. ( Singapore is ideal) as we can pilot everything in ASIA from there.

**Do you plan to recruit someone full time ? if so, is there a specific Budget, Annual salary range**.

As adviser ( still employed by SCB BANK)

I CAN'T BE PAID IN FIAT FOR NOW (AS I m working full time for STANDARD CHARTERED) BUT I ACCEPT AML BTC AND WHY NOT, STOCK /SHARES OF NAC FOUNDATION.

I hope this few words will help you to have a better view on what we can do together. I strongly believe in that project, and you know my involvement as a supporter, but I can do much better as I m graviting in this industry  ( Banking industry and regulatory space ) since 10 years +  and I hope you will one day penetrate this market.

## GEOFFROY IRA

but I also have a Family and a son 3,5 years old, so I need to have a minimum of security when it comes to develop outside partnership, so it is critical for me to have a clear NDA and contract to build trust and momentum between us.

## May 2018 – Pre-Agreement - Compensation salary proposal - Adviser



May 26th  2018

Dear Marcus and team

By this pre-agreement, I commit to promote AML BTC as adviser and ;

 To establish in the region AML BTC as a unique value for the industry
 To create a 'solid and growing reputation' dynamic
 To advise on the best of my Knowledge AML BTC Team, NAC Foundation and potential new customers.
 To expand the network for AML BTC and to develop AML BTC Brand with Exchanges.
 To search for the best Market Making services in the region.

As a Pre-Agreement, NAC Foundation is committed to compensate the adviser as defined below until further notice.

**This pre-agreement is applicable until  an official  Contract is finalised based on a consensus of both  '' the adviser and NAC Foundation''**

| Advisor / May 2018 Onward | | AML BTC / $USD |
|---|---|---|
| **Advisory** | KYC/AML/Network/consultation on new project/ Subject matter expert in the region / AML BTC Representitive. | 2000 AML BTC/Months |
| **Introduction to Crypto Exchange** | to select the right partner as well as follow up with the Exchange. Meeting /Pending issues | 10 000 AML BTC / for a Crypto exchange with 100 Millions US $ / daily volume.  *Ex = TOP BTC introduction success = 10 000 AMLBTC* |
| **Market Making post Crypto Exchange roll out** | to select the right partner as well as follow up to do the Market making. | 5000 AML BTC / For an exchange having 100 Millions US $ / daily volume |

## May 2018 – Pre-Agreement - Compensation salary proposal - Adviser

| Specific investigation | To sort out specific issues with Crypto exchange or Regulator pending that occurred before April 2018 | 200$ USD/ Per hour. |
|---|---|---|
| Travel | Allowance for travel in the region APAC when required. Hotel /flight / meal | TBD with NAC Foundation policy |

**NAC:**

Dated: May _____, 2018

NAC Foundation, LLC

_____By: Marcus Andrade

Its:  President and Chief Executive Officer

**Adviser:**

Dated: May _____, 2018

_____

Geoffroy Ira

# EXHIBIT S

 Gmail

**monex247 <monex247@gmail.com>**

---

## fees
23 messages

---

**monex247** <monex247@gmail.com>                      Wed, Aug 15, 2018 at 2:43 PM
To: info@tradedex.net

How much do you charge to assist in the coinmarketcap listing?

Thanks,

Marcus

---

**Nicholas Kross** <info@tradedex.net>                   Wed, Aug 15, 2018 at 6:46 PM
To: monex247 <monex247@gmail.com>

Hi Marcus,

Below are the packages we offer, please select one.

## **Marketing and Liquidity Service Packages**

### **1.7 BTC Silver or $10,000 Package Includes:**

**Listing**: List your coin on Tradedex or Tradedex Partner Exchange.

**Pairing**: BTC pairing

**Development**: 3rd party API integration with Coin Market Cap. Due to back log our next spot is available is Oct. 8th 2018. You will need $100K a day volume for 30 days for CMC to accept you. This will be provided till you get listed.

***Other options: We have an Hong Kong exchange who can take your project now but the rate is at 4BTC. If you want a CMC right away then this would be your best option, otherwise we can start Oct. 8th if you reserve your spot now. The other exchange has a spot available for liquidity services now and takes about 3 days to get started.

**Marketing**: Start trading after your ICO and have a minimum of $100,000 volume right out the gate for a term of 30 days.

**No Minimum Trading Volume**: Most exchanges will delist your coin if a minimum trading volume is not met, TradeDex will not delist your coin as long as the monthly service fee of $350 is paid.

### **4 BTC Gold Package Includes:**

**Listing**: List your coin on **two** Tradedex Partner Exchanges. – (1.5 BTC value alone)

**Pairing**: BTC and Exchange Coin pairing, allowing for easy purchases between all coins (0.5 BTC value)

**Development**: 3rd party API integration with Coin Market Cap. Due to back log our next spot is available is Oct. 8th 2018 (1 BTC Value)

**Marketing**: Start trading on Oct 8th, 2018 and have a minimum of $150,000 up to $250,000 volume right out the gate for 60 days. Nothing is worse than a coin with no volume after an ICO (4 BTC value).

***Other options: We have an Hong Kong exchange who can take your project now but the rate is at 6.5 BTC. If you want a CMC right away then this would be your best option, otherwise we can start Oct. 8th if you reserve your spot now.

**Email Marketing**: We will also send out a fully customized Newsletter for your company to all our 200,000 crypto trader.

**No Minimum Trading Volume**: Most exchanges will delist your coin if a minimum trading volume is not met, TradeDex will not delist your coin as long as the monthly service fee of $350 is paid.

Just email us back that you are interested and we will send you the forms to complete. Please reserve your spot now if you need any of these services as we are seeing 30-60 days back logs. The demand for CMC listings is growing so sooner we know the better.

Regards,

TradeDex Team



[Quoted text hidden]

---

**monex247** <monex247@gmail.com>                           Wed, Aug 15, 2018 at 8:23 PM
To: Nicholas Kross <info@tradedex.net>

Can we setup a call?

Thanks,

Marcus
[Quoted text hidden]

---

**Nicholas Kross** <info@tradedex.net>                       Wed, Aug 15, 2018 at 8:26 PM
To: monex247 <monex247@gmail.com>

Sure you can find me on Skype: info@tradedex.net,

send me a msg and available schedule for this week.

Talk with you,

Nick

[Quoted text hidden]

---

**Monex 247** <monex247@gmail.com>             Wed, Aug 15, 2018 at 8:32 PM
To: Nicholas Kross <info@tradedex.net>

I will add you know

[Quoted text hidden]

---

**Monex 247** <monex247@gmail.com>             Wed, Aug 15, 2018 at 8:34 PM
To: Nicholas Kross <info@tradedex.net>

I couldn't find you. Add me.

Monex247

[Quoted text hidden]

---

**Nicholas Kross** <info@tradedex.net>             Wed, Aug 15, 2018 at 9:58 PM
To: monex247 <monex247@gmail.com>

I sent you an invite

[Quoted text hidden]

---

**monex247** <monex247@gmail.com>             Wed, Aug 15, 2018 at 10:00 PM
To: Nicholas Kross <info@tradedex.net>

just added you. please confirm

[Quoted text hidden]

---

**monex247** <monex247@gmail.com>             Wed, Aug 22, 2018 at 9:16 PM
To: Nicholas Kross <info@tradedex.net>

Test

[Quoted text hidden]

---

**monex247** <monex247@gmail.com>             Wed, Aug 22, 2018 at 9:18 PM
To: Nicholas Kross <info@tradedex.net>

[Quoted text hidden]

---

**Nicholas Kross** <info@tradedex.net>             Thu, Aug 23, 2018 at 3:15 PM
To: monex247 <monex247@gmail.com>

Hi Marcus,

Below is our QDax- New Coin Listing Questionnaire and NDA

Please review and sign

Best
Nick



[Quoted text hidden]

**2 attachments**

 **QDax Coin Listing Questionnaire.docx**
67K

 **QDAX NDA Coin Listing.pdf**
652K

---

**monex247** <monex247@gmail.com>     Thu, Aug 23, 2018 at 4:22 PM
To: Nicholas Kross <info@tradedex.net>
Cc: Marcus Andrade <ceo@amlbitcoin.com>

Hello Nick,

Please take a look at the attachments. Lets have a call.

Thanks,

Marcus
[Quoted text hidden]

**3 attachments**

 **LEGAL OPINIION-Letter_to_Colin_Luce_-_Uphold (1) (1).PDF**
262K

 **QDAX NDA Coin Listing_Signed.pdf**
794K

 **QDax Coin Listing Questionnaire.docx**
71K

---

**monex247** <monex247@gmail.com>     Thu, Aug 23, 2018 at 4:37 PM
To: Nicholas Kross <info@tradedex.net>
Cc: Marcus Andrade <ceo@amlbitcoin.com>

Forgot to add the following document.

Thanks,

Marcus
[Quoted text hidden]

 **AML TOKEN COIN SPECIFICATIONS (ABTC).pdf**
37K

---

**Nicholas Kross** <info@tradedex.net>     Tue, Jan 22, 2019 at 5:48 PM
To: monex247 <monex247@gmail.com>

Hi Marcus,

Great news, TradeDex has merged with several exchanges and 1 of of them is on CMC. They did $29 million in trading volume in the last 24 hours and we can get you listed. If you require Market Making services it can also be provided at a very decent price.

Just advise.

Cheers, Nick



[Quoted text hidden]

---

**Monex 247** <monex247@gmail.com>                              Tue, Jan 22, 2019 at 5:52 PM
To: Nicholas Kross <info@tradedex.net>

Hello Nick,

I would like to hear more about your mergers and listing fees.

Thanks,

Marcus

[Quoted text hidden]

---

**Nicholas Kross** <info@tradedex.net>                          Tue, Jan 22, 2019 at 6:27 PM
To: Monex 247 <monex247@gmail.com>

Hi Marcus,

Advise what services and volume you need so I can price it out for you.

Cheers, Nick



[Quoted text hidden]

---

**Monex 247** <monex247@gmail.com>                              Tue, Jan 22, 2019 at 6:35 PM
To: Nicholas Kross <info@tradedex.net>

100k a day in volume.

What is listing fee with only one market?

[Quoted text hidden]

---

**Nicholas Kross** <info@tradedex.net>                          Tue, Jan 22, 2019 at 7:11 PM
To: Monex 247 <monex247@gmail.com>

Hi Marcus,

The rate for 100K of daily volume is $7900 a month
The most popular package is 250K to 500K of daily volume for $9,800 a month

You can select higher packages also.

Cheers, Nick



[Quoted text hidden]

---

**Nicholas Kross** <info@tradedex.net>        Thu, Jan 24, 2019 at 1:39 PM
To: Monex 247 <monex247@gmail.com>

Hi Marcus,

I would advice you to list on an exchange that has enough volume and traffic, to help you grow your community. We can help you with market making and liquidity.

Let us know when you want to deploy your coin on the exchange, and how much Market Making you will require?

Fyi, our exchange just passed $42,000,000 in daily volume, you can check the volume on CMC:  https://coinmarketcap. com/exchanges/iquant/

Nick



[Quoted text hidden]

---

**Monex 247** <monex247@gmail.com>        Fri, Jan 25, 2019 at 4:33 AM
To: Nicholas Kross <info@tradedex.net>

Hello Nicholas,

Lets schedule a call. Do you still use skype?

Thanks,
Marcus
[Quoted text hidden]

---

**Nicholas Kross** <info@tradedex.net>        Fri, Jan 25, 2019 at 2:05 PM
To: monex247 <monex247@gmail.com>

Hi Marcus,

CMC has the following requirements:

Your coin needs to be listed on 2 exchanges
You need at least $100K a day in trading volume.

We can get you the volume and the exchanges but we can't control how long the CMC process is. We have seen coins do it in 30 days and some have taken 4-6 months.
However at the end your project will not gain any traction without a CMC listing and their massive audience and credibility.

We can get you listed on Iquant Exchange in Hong Kong, they are listed on CMC. Below is the price they offer for Market Making.

For MM here is the special pricing IQT we can offer - https://www.5iqt.org, you can also email us at - info@5iquant.org
$100K to $200K daily volume - $6,500 a month
$200K to $500K daily volume - $7,800 a month

If you select any MM services for a 3 month term they will cover the $3,500 listing fee. You should do MM for 3 months to make sure you get the CMC listing. Advise what package you want so we can start the on-boarding process.

Then we have other partner exchanges on CMC we can get you listed on the cost is anywhere from 1BTC to 10BTC, plus we will also get you listed on another partner exchange that is not on CMC but should be in 60-90 days. That will help a lot once you are listed on CMC with the credibility of having 3 exchanges all on CMC. We have good relations with that exchange I think they will do it for $1,000 since they don't have CMC yet (this is no brainier and high return on investment

once they get CMC). Advise what package you want so I have get you invoiced and start the on-boarding process next week.

Regards, TradeDex Team



[Quoted text hidden]

---

**Monex 247** <monex247@gmail.com>           Fri, Jan 25, 2019 at 2:21 PM
To: Nicholas Kross <info@tradedex.net>

lets have a call.

[Quoted text hidden]

---

**Nicholas Kross** <info@tradedex.net>           Fri, Jan 25, 2019 at 3:01 PM
To: Monex 247 <monex247@gmail.com>

Marcus,

All the details are in the email, just advise what service you want and IQT support will send you the on boarding paperwork to fill out.

Regards, TradeDex Team



[Quoted text hidden]

# EXHIBIT T

Hello!

Guys, it's still not working for us, please help us.

Our ip addresses are allocated by google, we will have this problem again, we do not have "server to whitelist". We have multiple users that are missing deposits.

S

05:25

Segey P

Hello,

We'll check it. Thank you

3 December 2020

L

04:14

LATOKEN_listing

Thank you so much! Please let us know once you have an answer.

4 December 2020

S

21:29

Segey P

Hello @cs_LATOKEN ,

Please check now. Thank you

14 December 2020

S

00:48

Segey P

Hello,

@cs_LATOKEN , please let me know if you still have any issues with AML Bitcoin system. Thank you

13 January 2021

L

14:34

LATOKEN_listing

Hello Team!

During our regular trade audits, it was noticed that the liquidity spread was more than 10% and the trading volume was less then the one specified in our TOB, hence ABTC pairs have been deactivated. This is also in the fair interest for the users as they were unable to trade on your pairs because of wide spreads and low/no liquidity.

In order to activate the pairs again and have a successful launch, we recommend doing Liquidity Support, we have a great partner Sam Rothman who can assist you with this. Also doing a Trading competition or an Airdrop will help us re-ignite the trading volumes and interest towards your token.

@Monex247 Please Tell me when you are available for a call?

26 January 2021

NL

05:31

Nikita LATOKEN

Hi @sergey_petkevich

How are you doing? How is your project going?

# EXHIBIT U

×

- BUY NOW
- About
  - About AML
  - Features
  - AML Specifications
  - Theft Resistance
- Download Wallet
  - User Guide
  - Token Explorer
- Blog
- FAQ
- White Paper
- Contact Us
- Telegram
- AMLBitcoin Talk

.

- BUY NOW
- About
  - About AML
  - Features
  - AML Specifications
  - Theft Resistance
- Download Wallet
  - User Guide
  - Token Explorer
- Blog
- FAQ
- White Paper
- Contact Us
- Telegram
- AMLBitcoin Talk

AML BitCoin Token is currently trading. It is NOT the finalized AML BitCoin.

.

×

- BUY NOW
- About
  - About AML
  - Features
  - AML Specifications
  - Theft Resistance
- Download Wallet
  - User Guide
  - Token Explorer
- Blog
- FAQ
- White Paper
- Contact Us
- Telegram
- AMLBitcoin Talk

.

- BUY NOW
- About
  - About AML
  - Features
  - AML Specifications
  - Theft Resistance
- Download Wallet
  - User Guide
  - Token Explorer
- Blog
- FAQ
- White Paper
- Contact Us
- Telegram
- AMLBitcoin Talk

# Terms and Conditions (Version 2)

*Below are the Terms and Conditions effective April 9, 2019 to June 20, 2019.* *To see the previous Terms and Conditions, please click here.* *To view the Terms and Conditions of the* *original AML Token Sale, please click here.* *Current Terms and Conditions can be found here.*

## TERMS AND CONDITIONS (effective April 9, 2019)

In using this website and/or registering for purchase and/or storage of AML BitCoin Tokens and/or for an AML BitCoins or a wallet related to the purchase or storage of AML BitCoins and/or AML BitCoin Tokens, You make the representations below and acknowledge that You have carefully read, that You understand, that You agree to the terms and conditions set forth below, and that they and Your representations below are a part of the contract and agreement between You and NAC Foundation, LLC (hereinafter "NAC"). You agree that these Terms and Conditions and the truth of Your representations are a condition to Your use of NAC Websites (including this one), all Your purchases, uses, sales, transfers, exchanges, transactions, and mining relating to the AML BitCoin, the AML BitCoin Token, Your use of an AML BitCoin Wallet and Your use of an AML BitCoin Token Wallet. Neither this document, nor any other document produced or signed by NAC is an offer or solicitation to buy coins or tokens.

## A. Definitions. The following terms (listed alphabetically) are defined as follows:

1. "AML BitCoin" refers to the product of AML BitCoin digital currency including all current or updated versions.
2. "amlbitcoin.com" and "amltoken.com," refer to the Website with the URL addresses of https://amlbitcoin.com and https://amltoken.com, which is owned by NAC Foundation, LLC.
3. "AML BitCoin Token Wallet" and "AML BitCoin Wallet" refer to the digital wallet used for sending, receiving and mining AML BitCoins.
4. "amlbitcoinwallet.com" and "amlwallet.com" refer to the Website with the URL addresses of http://amlbitcoinwallet.com and http://amlwallet.com, which is owned by NAC.
5. "AML Compliant" refers to the future features or attributes of the AML BitCoin by which the AML BitCoin code and or combined with NAC's operating protocols and activities such as monitoring and reporting of activities concerning the purchase, use, sale, exchange and maintenance of the AML BitCoin, endeavor which strives to be compliant with the AML Laws.
6. "AML Laws" means and refers to the laws, statutes, rules, regulations, and procedures of the United States, various States within the United States, and of jurisdictions of other nations in which AML BitCoin and/or AML Token is purchased, sold, exchanged, or used that govern, regulate, and relate to preventing money-laundering, terrorism, identity theft, financial crimes, and pertain to know-your-customer laws, and specifically (a) the Uniting and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism Act of 2001, aka the USA PATRIOT Act; (b) International Money Laundering Abatement and Financial Anti-Terrorism Act

of 2001, aka Title III of the USA PATRIOT Act, and subtitles that deal with International Counter Money Laundering and Related Measures, Bank Secrecy Act Amendments and Related Improvements, and, Currency Crimes and Protection; (c) the Money Laundering Control Act of 1986; (d) provisions of the Fair and Accurate Credit Transactions Act of 2003, also known as FACT Act or FACTA, that pertain to the prevention of identity theft; (e) requirements related to economic and trade sanctions administered and enforced by the Office of Foreign Assets and Controls (OFAC) within the United States Department of Treasury; (f) the Bank Secrecy Act, aka BSA or the Currency and Foreign Transactions Reporting Act, which requires the reporting of certain transactions to the government; (g) laws pertaining to know-your-customer requirements; and (h) similar laws in other countries.

7. "AML BitCoin Token" also referred to as "AML Token" refers to a digital token that was sold during the Initial Coin Offering. AML Token may be exchanged for AML BitCoins at a 1:1 ratio.

8. "AML Token Wallet" refers to the digital wallet used for sending and receiving AML Tokens. Mining of AML BitCoin Tokens is prohibited.

9. "amltoken.com" refers to the Website with the URL address of https://amltoken.com, which is owned by NAC.

10. "BGCI" refers to Black Gold Coin International, Inc., a Wyoming corporation. BGCI's only relationship to NAC is a licensing agreement which may change or terminate at any time. BGCI is not making any representations to you and you are not expecting any representations for future actions from BCGI.

11. "NAC" refers to NAC Foundation, LLC, a limited liability company organized and existing under the laws of the State of Nevada, United States of America, with a principal place of business in Las Vegas, Nevada. NAC shall further mean any of its valid successors-in-interests, assigns, shareholders, investors, managers, officers, executives, directors, parents or subsidiaries, or other affiliates, or any other person natural or otherwise to whom NAC may have the right, duty, power or obligation to assign, in whole or in part, these Terms and Conditions.

12. "NAC Websites" refers to AMLbitcoin.com, AMLbitcoinwallet.com, AMLexplorer.com, ATKexplorer.com, AML Wallet.com, AMLtoken.com, and all other websites that may be owned or associated with NAC from time to time. In the event a predecessor coin created by NAC (the Aten Coin) is converted to an AML BitCoin, then NAC Websites also refers to Atencoin.com, being the Website with a former URL address of https://www.atencoin.com and Atenwallet.com, being the Website with a former URL address of https://atenwallet.com. Please see below for an important disclosure regarding the conversion of the predecessor coin (the Aten Coin). All past and present holders of the predecessor coin (the Aten Coin) must review this disclosure at their earliest convenience.

13. "Parties" refers to You and NAC collectively.

14. "Party" refers to NAC or You, as the case may be.

15. "You" and "Your" each refers to you, the person accessing this website and accepting these terms and conditions.

## B. You acknowledge, understand, represent, warrant and agree as follows:

1. These Terms and Conditions shall be retroactive to the date of Your original purchase and/or acquisition of AML BitCoin Tokens and/or AML BitCoins and Your execution of a Purchase and Sale Agreement in connection with Your purchase of AML BitCoin Tokens, AML BitCoins, and/or Aten Coins.

2. These Terms and Conditions supersede and replace all prior inconsistent agreements made between You and NAC, or all prior representations made by NAC, including the whitepaper or any other representation or warranty regarding the nature, quality, use, purpose, quantity, price or value, or any other feature or condition of AML BitCoin Tokens and/or AML BitCoins or any other product or service sold, licensed, or used by You in the course of your relationship with NAC.

3. Your use of any NAC Websites constitutes a continuing acceptance of these Terms and Conditions, i.e., every time you access any NAC Website, communicate with NAC, or otherwise use any NAC product, service, NAC Website, or AML Bitcoin and/or AML BitCoin Token, you accept these Terms and Conditions as revised or restated at any time.

4. NAC reserves the right to amend, novate, rescind, or otherwise modify or alter these Terms and Conditions at any time without notice. Your continuing acceptance of these Terms and Conditions constitutes a continuing acceptance of all such subsequent modifications. NAC may so modify for any or no reason, with no duty to exercise its unlimited discretion in this matter under any particular standard, and without notice to You except to the express and limited extent that may be required under the data privacy laws of the State of Nevada and the European Union.

5. You are at least 18 years of age and are of competent mind.

6. If You are a domiciliary of the State of Nevada and under the age of 13, You may not use any NAC Website, except to the express and limited extent of informing NAC of your unauthorized access of an NAC Website for the sole purpose of causing any information NAC has stored about Your use of any NAC Website to be erased.

7.  NAC reserves the right, without notice or permission, to undertake any form of manual transactions or automated transactions, or to undertake any other lawful activities, that may be necessary to comply with the rules and regulations set out by any public markets or exchanges ("Exchanges") with which NAC conducts any business. This may include the use of automation tools to generate transactions necessary to comply with volume thresholds set by some Exchanges. Your attempt to interfere with, track, disrupt, manipulate, generate arbitrate directly off of, cause, or otherwise interact with any transactions generated for purposes of Exchange rule compliance may constitute grounds for forfeiture of some or all of your AML Tokens or AML Bitcoins, and may constitute a violation of applicable securities laws. You represent and warrant that NAC's Exchange compliance methods are proprietary to NAC, are necessary for NAC's core business functions, and that Exchange compliance may result in the production of transaction information to which you are not entitled and which does not affect the value of any NAC product or service. NAC reserves the right, but not the obligation, to engage in volume- making for purposes of Exchange compliance. NAC is not a market-maker for Bitcoin or any other product or service.

8.  NAC does not engage in any direct sales of any product or service. Your attempt to solicit NAC to participate in direct sales may subject You and Your information to further verification, may result in the creation of information that cannot be deleted as part of Your "right to be forgotten" as defined below without compromising Your compliance with various securities laws, and may be grounds for the termination of Your account and forfeiture of any moneys or products that You receive as a direct or proximate result of such a direct sale.

9.  You are not located in a country subject to sanctions imposed by laws or regulations of the United States or any governmental agency, department or office of the United States (such as the Office of Foreign Assets Control within the U.S. Department of the Treasury), or executive orders of the President of the United States, or treaties to which the United States is a party, or otherwise imposed by other organizations, such as the United Nations, European Union, any European Union country, the United Kingdom's Department of Treasury, or any other sanctions list recognized and enforced by the United States, such as, without limitation and solely by way of example, the Democratic People's Republic of North Korea and its territories, Iran, and Iraq.

10.  Your purchase of AML BitCoin Tokens and AML BitCoins and use of the AML BitCoin Token Wallet and AML BitCoin Wallet complies with applicable law and regulation in Your jurisdiction, including, but not limited to, (a) legal capacity to enter into contracts, (b) relating to purchasing, selling and using digital or cryptocurrencies such as the AML BitCoin Tokens and AML BitCoins, and exchanges for such, and (d) any governmental or other consents required have been obtained.

11.  Information You provided to NAC about Yourself, including, without limitation, passport, driver's license, address, social security number, email address, biometric data, bank account information in connection with verification procedures and Your use of NAC Websites, the AML BitCoin Token Wallet and/or the AML BitCoin Wallet, is accurate. Should any such information be inaccurate or change, You will promptly deliver correct information to NAC.

12.  In order to obtain an AML BitCoin Wallet and to purchase, sell, exchange, hold, mine, and use the AML BitCoins, You must complete, obtain, and comply with the procedures for and to obtain a certified digital identity profile. This process requires a biometric scan of one of more of Your face, iris, retina, and fingerprint. NAC may rely upon an alternative vendor for the creation, administration and processing of certified digital identity profiles by means of biometric scans. If digital identity software is not fully ready, NAC reserves the right to use any identification system for the digital identity platform.

13.  Certain representations made by or about the Aten Coins, AML Bitcoin Tokens, AML BitCoin Token Wallets, and other material representations about NAC and any of its affiliates, whether by the NAC Website or otherwise, may be made by certain third parties that perform social media and related marketing and promotional efforts on NAC's behalf. You hereby indemnify and hold harmless NAC from any representations or misrepresentations, or any other costs, claims valid or otherwise, disputes, or any other liability in any form and in any amount, that may arise on the basis of representations made by such third parties. NAC's various marketing, promotional, and social media affiliates and third parties are third-party beneficiaries of this Agreement.

14.  If You are using this website and/or registering for an AML BitCoin Token Wallet and/or an AML BitCoin Wallet on behalf of a legal entity, You represent and warrant that (a) such legal entity is duly organized and validly existing under the applicable laws of the jurisdiction of its organization; (b) and You are duly authorized by such legal entity to act on its behalf.

15.  As to entities, only the authorized representative of the entity shall obtain an AML BitCoin Token Wallet and/or the AML BitCoin Wallet and all addresses and credentials pertaining to the AML BitCoin Token Wallet and the AML BitCoin Wallet and transactions in AML BitCoin Tokens and AML BitCoins, including purchases, sales, exchanges, and use in commercial or consumer transactions shall refer to an address identifying the individual representative of the entity.

16. BGCI and NAC are two separate and distinct business entities.

17. You have no right to and will not share or participate in any way with BGCI's revenue, profit, or losses earned in connection with its activities concerning the AML BitCoin and/or AML BitCoin Token. BGCI's only relationship to NAC is a licensing agreement which may change or terminate at any time. BGCI is not making any representations to you and you are not expecting any representations for future actions from BCGI.

18. AML BitCoin and/or AML Token have no underlying collateral; the AML BitCoin and/or AML BitCoin Token is merely an unsecured cyber currency or digital coin or in the case of the AML BitCoin Token, a digital token for the exchange to an AML BitCoin.

19. AML BitCoin and/or AML BitCoin Token will not be redeemed by BGCI or NAC and You are not relying upon NAC to be a source of liquidity for You or Your purchase of AML BitCoin and/or AML BitCoin Token.

20. Neither AML BitCoins and/or AML BitCoin Tokens nor any agreement related to Your purchase of AML BitCoins and/or AML BitCoin Tokens creates or constitutes a debt of NAC to You. Neither BGCI nor NAC is obligated to pay You any returns or repayment regarding Your purchase of AML BitCoins and/or AML BitCoin Tokens.

21. AML BitCoin is a medium of exchange and not a pooled interest in any business entity or common enterprise or a business venture involving You and BGCI, NAC or its affiliates or subsidiaries. BGCI's only relationship to NAC is a licensing agreement which may change or terminate at any time. BGCI is not making any representations to you and you are not expecting any representations for future actions from BCGI.

22. You have not purchased and have no intention of purchasing AML BitCoins, AML BitCoin Tokens, Aten Coins, and/or any other company or product offered by NAC for investment purposes and You expect no return on investment.

23. AML BitCoins and/or AML BitCoin Tokens are not securities and are not subject to the securities laws of any governmental entity.

24. AML BitCoins, AML BitCoin Tokens, and Aten Coins are intended to be and are solely an Internet-based exchange medium.

25. By purchasing, selling, exchanging, transferring, using or mining AML BitCoins and/or AML BitCoin Tokens, and by using the AML BitCoin Wallet, AML BitCoin Token Wallet, and/or an NAC Website, or obtaining and using technical information and technical support provided by NAC, You are not participating in and not becoming a member or investor in any pooled interest, business entity, common enterprise, or business venture with NAC or any of its or their affiliates. By purchasing AML BitCoins or AML BitCoin Tokens, You have no right to vote on any activity of BGCI, NAC, or any other affiliate or subsidiary of BGCI, NAC or any companies or affiliates associated with the members or directors. BGCI's only relationship to NAC is a licensing agreement which may change or terminate at any time. BGCI is not making any representations to you and you are not expecting any representations for future actions from BCGI.

26. NAC and its affiliates can, without notice, purchase AML BitCoins and/or AML BitCoin Tokens on the secondary market after the initial issuance, and may resell the AML BitCoins and/or AML BitCoin Tokens that they purchased.

27. You shall take full responsibility for Your AML BitCoin Wallet and Your AML BitCoin Token Wallet.

28. You understand that AML BitCoins, AML BitCoin Tokens, and all other products offered by or through NAC and NAC Websites will not be subject to the protections of the securities laws. NAC does not and cannot represent that any such products will appreciate in value over time. No such products have any secondary market. No such products constitute a fractional or total ownership stake, or stake in economic rights, of any business. No such products will gain value through the investment or promotional efforts of third parties. No such products involve a promise of repayment. No such products may be transferred to any third party absent the express written permission of NAC.

29. NAC will use its best efforts to create a final product which will be a digital currency (or cryptocurrency or cybercurrency) that is compliant with AML Laws.

30. Your purchase of AML BitCoins and/or AML BitCoin Tokens is solely for the purpose of using AML BitCoins and/or AML BitCoin Tokens for Your lawful commercial or personal activities, but not as an investment.

31. You have never, to Your knowledge, been involved in any terrorist or terrorist financing activity; and You shall never intentionally engage in activities that constitute terrorism or financing of terrorists.

32. You shall abide by and conform Your conduct to relevant laws in Your jurisdiction regarding the ownership, purchasing, selling, exchanging, transferring, using or mining AML BitCoins and/or AML BitCoin Tokens, and use of the AML BitCoin Wallet, the AML Token Wallet and/or an NAC Website, including, but not limited to, reports to tax authorities.

33. You are not purchasing, selling, exchanging, transferring, using or mining AML BitCoins and/or AML BitCoin

Tokens, and/or using the AML BitCoin Wallet, the AML BitCoin Token Wallet, and/or an NAC Website for the purpose of facilitating any illegal or unlawful activities, or in any way in connection with any illegal or unlawful activity.

34.  In connection with the purchasing, selling, exchanging, transferring, using or mining AML BitCoins and/or AML BitCoin Tokens, and/or using the AML BitCoin Wallet, the AML BitCoin Token Wallet, and/or an NAC Website, You intend to and will make all reasonable efforts to comply with all laws and regulations of the United States governing currency transmission activity, all State laws governing such, and all laws governing such in Your jurisdiction.

35.  The supply of AML BitCoin, AML BitCoin Token and NAC services through the NAC Website are subject to United States and international export controls and economic sanctions requirements.

36.  NAC will use its best efforts to monitor all the transactions (purchases, exchanges, sales, mining) of AML BitCoins in an effort to detect suspicious activities that may violate AML Laws.

37.  NAC intends to track AML BitCoin to identifiable persons and business entities and will file suspicious activity or similar reports with relevant governmental agencies in nations where it does business. In filing such reports NAC shall exercise reasonable care and act in good faith based on the information it has and that is provided to it. You agree that notwithstanding NAC's exercise of reasonable care and good faith, or otherwise act in conformity with the standards of applicable law, such reports may be erroneous or contain incomplete or inaccurate information. You acknowledge that generally such reports to governmental agencies that are required to be made are privileged communications, as a result of which, NAC would not be subject to a claim for damages in the event that NAC makes an incorrect or incomplete report having exercised reasonable care and good faith.

38.  Your AML BitCoin or AML BitCoin Token transactions and their associated IP locations of senders and receivers will be recorded and securely stored in a server located in United States of America. Your personal information submitted to an NAC Website shall be securely stored and backed-up in a physical server located in United States of America. Your AML BitCoin transactions and their associated IP locations of senders and receivers will be monitored and analyzed in United States of America with monitoring and detecting software that allows NAC to identify any suspicious activities. Any suspicious activities associated with Your AML BitCoin transactions together with personal information and IP locations of corresponding senders and receivers may, in NAC's sole judgment, be reported to relevant government entities in Your region and/or the Financial Crimes Enforcement Network (FinCEN at http://www.fincen.gov/) in United States of America. NAC's tracking and reporting to appropriate governmental authorities of suspicious activities, includes Your activity in the United States with respect to the AML BitCoin.

39.  In the event NAC receives or possesses information that would lead to a reasonable and good faith suspicion, or a basis otherwise in conformity with applicable law, that a transaction in AML BitCoin Tokens and/or AML BitCoins is violating or is about to violate money laundering, anti-terrorist financing, or anti-fraud laws of the United States or of any nation or that the use of AML BitCoins is or is about to be used to facilitate a violation of such laws or a financial crime, or is in violation of a validly issued court order or other valid governmental order, NAC may refuse to process, or may rescind, cancel or reverse, any purchase, sell, exchange, transfer, use or mine of AML BitCoins, and freeze Your AML BitCoin Wallet. In the event Your AML BitCoin Wallet is frozen and You have credible evidence, or evidence otherwise satisfying the standard of applicable law, establishing that You did not knowingly engage in terrorist or criminal activity or the financing of such, and in the event NAC is not ordered otherwise by a court, governmental or law enforcement agency or department, NAC will take all reasonable actions to unfreeze and reinstate Your AML BitCoin Wallet. (In this regard, You must contact [email protected]).

40.  By purchasing, selling, exchanging, transferring, using or mining AML BitCoins and by using the AML BitCoin Token Wallet and/or AML BitCoin Wallet You are relinquishing rights of privacy relating to NAC's monitoring and reporting of transactions pertaining to You as provided in these Terms and Conditions. You shall have no right to a claim or cause of action or claim of damages against NAC relating to an invasion of privacy by NAC as a result of NAC's monitoring and reporting of transactions as provided in these Terms and Conditions.

41.  You shall take all reasonable measures to not permit or allow access to any person or entity other than You to use Your AML BitCoin Token Wallet, Your AML BitCoin Wallet and/or any NAC Website. You will implement reasonable and appropriate measures designed to secure access to (a) any device associated with the email address associated with Your AML BitCoin Token Wallet, Your AML BitCoin Wallet, NAC Websites, the AML BitCoin Tokens and AML BitCoins, (b) private keys required to access any relevant AML BitCoin Token and AML BitCoin address, and (c) Your username, password and any other login or identifying credentials for the NAC Websites, the AML BitCoin Tokens, AML BitCoins, Your AML BitCoin Token Wallet or Your AML BitCoin Wallet.

42.  You shall not use a web crawler or similar technique to access NAC's Websites or to extract data, reverse engineer or disassemble any aspect of NAC's Websites, the AML BitCoin Tokens, AML BitCoins, AML BitCoin

Token Wallet or the AML BitCoin Wallet in an effort to access any source code, underlying ideas and concepts, and algorithms. You shall not take any action that imposes an unreasonable or disproportionately large load on NAC's infrastructure, or detrimentally interfere with, intercept, or expropriate any system, data, or information. You shall not transmit or upload any material to an NAC Website that contains viruses, Trojan horses, worms, or any other harmful or deleterious program. You shall not otherwise attempt to gain unauthorized access to the NAC Websites, AML BitCoin Tokens, AML Bitcoins, an AML BitCoin Token Wallet and/or an AML BitCoin Wallet and/or any related computer systems or networks connected with NAC, through password mining or any other means.

43.  In the event You suspect a security breach in any of the foregoing You will inform NAC immediately so it can take all required and possible measures to secure Your AML BitCoin Token Wallet, Your AML BitCoin Wallet, the NAC Websites, the AML BitCoin Tokens, AML BitCoins, and related systems as whole. In the event that You are no longer in possession of any device associated with Your AML BitCoin Tokens , AML BitCoins or are not able to provide Your login or identifying credentials to NAC or the NAC Websites, or Your digital identity is unavailable, deleted or compromised, NAC may, in its sole discretion, grant access to Your AML BitCoin Wallet to any person providing additional credentials to NAC. NAC reserves the right to determine the additional credentials required, which may include, without limitation, a sworn, notarized statement of identity.

44.  NAC will operate and maintain its computer systems and the NAC Websites in such a manner as a reasonably prudent person in the business of conducting transactions based on a sophisticated computer networking system, and NAC shall exercise due care and good faith, including employing technicians and personnel highly skilled in the operation of such highly sophisticated computer and software based technologies. NAC shall endeavor to employ and utilize the most sophisticated and safest methods of internet and computer security available sufficient to assure that at all times its computer network and NAC Websites provide a safe and secure environment for the conduct of the business anticipated by these Terms and Conditions.

45.  In the event of an attack on and NAC Website or computer system, a virus or malicious code in NAC's computer system, notwithstanding NAC's compliance with paragraph 36 above, or in the event NAC is required to suspend, modify, discontinue all or a portion of its services, or terminate its services by a court order or governmental order or direction, as a result of circumstances beyond NAC's control, NAC shall not be liable to You for any damage as a result of such suspension, modification, discontinuance, or termination.

46.  It is possible that Your AML BitCoin Token Wallet and/or Your AML BitCoin Wallet may be subject to attempted impersonation and or cyber-attack which could result in the material diminution, theft or transfer of Your AML BitCoin Token Wallet and/or Your AML BitCoin Wallet. So long as NAC has complied with paragraph 36 above, and the circumstances leading to such impersonation or cyber-attack are beyond NAC's control, NAC shall not be liable for any damage caused to You as a result of the use of NAC's computer system or an NAC Website, including direct, indirect, or consequential damages, whether such damage is caused by a hack, data breach, malicious code, computer virus or criminal conduct.

47.  Neither NAC, its subsidiaries, affiliates, or licensors and their shareholders, owners, partners, joint ventures, trustees, beneficiaries, directors, officers, employees, attorneys, consultants, and agents will, in regard to the AML BitCoin Tokens, AML BitCoins, Your AML BitCoin Token Wallet, Your AML BitCoin Wallet, or NAC Websites, be liable to You or anyone else for any damages of any kind, including, but not limited to, direct, consequential, incidental, special or indirect damages, including but not limited to loss of profits, trading losses or damages, that result from use or loss of use of the AML BitCoin Tokens, AML BitCoins, Your AML BitCoin Token Wallet, Your AML BitCoin Wallet, or NAC Websites, even if NAC, its subsidiaries, affiliates, licensors and their shareholders, owners, partners, joint ventures, trustees, beneficiaries, directors, officers, employees, attorneys, consultants, and agents has or have been advised of the possibility of such damages or losses, except as otherwise expressly provided in these Terms and Conditions.

48.  NAC shall not be liable for any delay or failure to perform any obligation under these Terms and Conditions where the delay or failure results from any cause beyond NAC's reasonable control, including acts of God, labor disputes or other industrial disturbances, electrical, telecommunications, hardware, software or other utility failures, earthquake, storms or other elements of nature, blockages, embargoes, riots, acts or orders of government, acts of terrorism, or war, changes in blockchain technology (broadly construed), or any other force or conditions not within NAC's control.

49.  In making Your purchase of AML BitCoins and/or AML BitCoin Tokens You are and have relied solely upon Your own judgment, belief and knowledge as to the nature of the currency and the Cybercoin, cryptocurrency, or digital market and industry and You are not relying on any statements made by NAC, or any of its agents or representatives or on any of its advertising or marketing materials, or any representation or statement made on any NAC Website; and You shall not assert any claim(s) against NAC or any of its agents or representatives based on information on any NAC Website or any modification or change to any NAC Website.

50.  You have a substantial and sophisticated level of understanding of the functionality, usage, and storage of cryptographic and digital coins and tokens, as well as blockchain- based software and/or technology.

51.  The AML BitCoin Token Wallet, AML BitCoin Wallet, AML BitCoin Token and AML BitCoin are provided "as is". NAC, its subsidiaries, affiliates, licensors and their shareholders, owners, partners, joint ventures, trustees, beneficiaries, directors, officers, employees, attorneys, consultants, and agents make no warranties of any kind, whether express, implied, statutory or otherwise regarding the AML BitCoin Token Wallet, AML BitCoin Wallet, AML BitCoin Token and AML BitCoin, including any warranty that the AML BitCoin Token Wallet, AML BitCoin Wallet, AML BitCoin Token and AML BitCoin will be uninterrupted, error-free or free of harmful components, secure or not otherwise lost or damaged. Except to the extent prohibited by law, NAC, its subsidiaries, affiliates, or licensors and their shareholders, owners, partners, joint ventures, trustees, beneficiaries, directors, officers, employees, attorneys, consultants, and agents disclaim all warranties, including any implied warranties of merchantability, satisfactory quality, fitness for a particular purpose, non- infringement, or quiet enjoyment, and any warranties arising out of any course of dealing or usage of trade.

52.  To the fullest extent provided by applicable law, You shall indemnify, defend, and hold harmless NAC, its subsidiaries, affiliates, licensors and their shareholders, owners, partners, joint ventures, trustees, beneficiaries, directors, officers, employees, attorneys, consultants, and agents from and against any and all claims, demands, causes of action, debts or liabilities, including reasonable attorneys' fees (collectively, "Damages") to the extent that any such Damages are based upon or arise out of (a) a misrepresentation by You made in connection with Your purchase of AML BitCoins and/or AML BitCoin Tokens or use of any NAC Website, or (b) Your violation of any law, statute, rule, or regulation of a nation or subdivision thereof having jurisdiction over You.

53.  You shall reimburse NAC its subsidiaries, affiliates, licensors and their shareholders, owners, partners, joint ventures, trustees, beneficiaries, directors, officers, employees, attorneys, and agents, as the case may be, for all reasonable legal fees and expenses incurred in processing and responding to a subpoena, legal order or other legal process relating to You.

54.  The permission or privilege to use the amlbitcoin.com website does not necessarily include a right to use any other NAC Website nor the right to an AML BitCoin Token Wallet and an AML BitCoin Wallet. In order to use the amlbitcoin.com website or to acquire an AML BitCoin Wallet, You must be registered, having gone through and submitted to the required verification procedures.

55.  NAC retains all right, title and interest in all of its intellectual property, including inventions, discoveries, processes, marks, methods, compositions, formulae, techniques, information, source code, brand names, graphics, user interface design, text, logos, copyrights, moral rights, images, information and data pertaining to the NAC Websites, AML BitCoin Token Wallets, AML BitCoin Wallets, AML BitCoin Tokens, and AML BitCoins or that of NAC's subsidiaries and/or affiliates (hereinafter "NAC's IP") whether or not patentable, copyrightable or protectable in trademark, and any trademarks, copyrights or patents based thereon. NAC's IP does not include any of BGCI's intellectual property except to the extent of revocable limited licenses to use. BGCI's only relationship to NAC is a licensing agreement which may change or terminate at any time. BGCI is not making any representations to you and you are not expecting any representations for future actions from BCGI.You may not use any of NAC's IP for any reason, except with its prior express written consent. You will not modify, publish, transmit, reverse engineer, participate in the transfer or sale, create derivative works, or in any way exploit any of NAC's IP, in whole or in part, found on the NAC Websites or associated products and services, or otherwise. NAC's IP is not for resale. Your use of the NAC's IP does not entitle You to make any unauthorized use of any NAC's IP, and in particular You will not delete or alter any proprietary rights or attribution notices in any NAC's IP. You will use NAC's IP solely for Your personal use and will make no other use of NAC's IP without the express written permission of NAC and the copyright, trademark, tradename, and/or patent owner. You agree that You do not acquire any ownership rights in any NAC's IP. We do not grant You any licenses, express or implied, to the intellectual property of NAC except as expressly authorized by these Terms Conditions.

56.  You have no claim of ownership or in any of NAC's IP, including, but not limited to, any NAC Website, the AML BitCoin Tokens, AML BitCoins, AML BitCoin Token Wallet, AML BitCoin Wallet, or any other of NAC's IP or that of NAC's affiliates, subsidiaries, and/or licensors, and you shall not assert, claim or file any allegation that you own any copyright, trademark, tradename, and/or patent in any NAC Website, the AML BitCoin Tokens, AML BitCoins, AML BitCoin Token Wallet, AML BitCoin Wallet, or any other of NAC's IP or that of NAC's affiliates, subsidiaries, and/or licensors. You shall never file any action, lawsuit or arbitration in any forum asserting a claim of infringement against NAC, its subsidiaries, affiliates, or licensors and their shareholders, owners, partners, joint ventures, trustees, beneficiaries, directors, officers, employees, attorneys, consultants, and agents, as to any of NAC's IP, including, but not limited to, any NAC Website, the AML BitCoin Tokens, AML BitCoins, AML BitCoin Token Wallet and AML BitCoin Wallet.

57. None of the Terms and Conditions herein shall be deemed waived unless a waiver is in writing and signed by NAC, and in no event, shall there be a waiver solely by reason of a failure to assert or delay in asserting a term or condition.

58. In the event any one or more of these Terms and Conditions, or part thereof, is declared to be void or otherwise unenforceable, the remainder of such term and condition and of these Terms and Conditions shall survive and be deemed modified or amended so as to fulfill the intent of these Terms and Conditions and comply with any applicable law or order of a court.

59. To give notice to NAC under these Terms and Conditions, You must contact NAC by email to [email protected]

60. All communications to be made or given pursuant to these Terms and Conditions shall be in the English language.

61. Ownership of AML Bitcoin Tokens and AML BitCoins by Non-Natural Persons; Non-Transferability and Non-Assignability As stated above, in order to obtain an AML BitCoin Wallet and to purchase, sell, hold, exchange, and use AML BitCoins, You must obtain a certified digital identity profile, and this process requires a biometric scan of one or more of an individual's face, iris, retina, and fingerprint. Accordingly, only an individual can obtain an AML BitCoin Wallet. While the AML BitCoins and AML Bitcoin Tokens can be held in the name of an entity, such as a corporation, limited liability company, partnership or trust, the owner of the AML BitCoin Wallet must be and can only be an individual associated with that entity. Accordingly, an AML BitCoin Wallet cannot be transferred or assigned, unless an individual associated with the transferee independently obtains a certified digital identity profile in accordance with the process that creates a biometric scan of one or more of such individual's face, iris, retina, and fingerprint and complies with all other procedures to obtain an AML BitCoin Wallet. NAC reserves the right to use any digital identity platform or any identity verification system until NAC finds a suitable permanent digital identity platform.

62. Changes to these Terms and Conditions. NAC reserves the right, at its sole discretion, to modify, change, alter or amend any of these Terms and Conditions from time to time and at any time. Notification of such changes, alterations, modifications or amendments, shall be made via the NAC Website(s) or via email to You (at the email address You provided previously). You shall be responsible for reviewing and shall be bound by such changes, alterations, modifications or amendments to these Terms and Conditions. Your continued use of the NAC Website after the posting or notice by email of such changes, alterations, modifications or amendments shall be deemed Your acceptance and agreement to such changes, alterations, modifications or amendments.

63. Applicable Law, Jurisdiction and Venue. These Terms and Conditions, including the representations, warranties, covenants, limitations on liability, and indemnities, contained therein as well as any other written or oral agreements between You and NAC, and any and all claims between the Parties, including their agents, representatives, employees, affiliated entities, trustees, conservators, successors and assigns, related to or arising from these Terms and Conditions, said agreements, whether in contract or tort, and seeking damages or equitable remedies, shall be governed, construed and enforced in accordance with the laws of the State of Nevada, USA and applicable federal law of the United States, without giving effect to Nevada's or the United States' conflicts of laws principles. You agree that only federal courts, state courts, and arbitration forums located in the State of Nevada, United States of America shall have jurisdiction to determine and adjudicate any such matters or disputes, and You agree that such courts shall have jurisdiction over You as well as Your agents, representatives, employees, affiliated entities, trustees, conservators, successors and assigns, and You, and on behalf of each of Your agents, representatives, employees, affiliated entities, trustees, conservators, successors and assigns, waive any objection that such courts or arbitration forums do not have personal jurisdiction over You and them. You agree that venue for the determination or adjudication of any and all matters in controversy or disputes between the Parties, and each of their agents, representatives, employees, affiliated entities, trustees, conservators, successors and assigns, shall be solely and exclusively in Clark County, Nevada, United States of America, and You agree that such venue is intended to be mandatory and not permissive. You agree, on behalf of Yourself and each of Your agents, representatives, employees, affiliated entities, trustees, conservators, successors and assigns, that You and they waive any objection that venue in Clark County, Nevada, United States of America is an inconvenient forum.

64. Important Warning Concerning Activity in Prohibited Locations Persons located in certain territories, currently including countries subject to sanctions imposed by laws or regulations of the United States or any governmental agency, department or office of the United States (such as the Office of Foreign Assets Control within the U.S. Department of the Treasury), or executive orders of the President of the United States, or treaties to which the United States is a party, or otherwise imposed by other organizations, such as the United Nations, European Union, any European Union country, the United Kingdom's Department of Treasury, or any other sanctions list recognized and enforced by the United States, such as, without limitation and solely by way of example, the Democratic People's Republic of North Korea and its territories, Iran, and Iraq, are not permitted to purchase, sell, exchange, transfer, use

or mine AML BitCoins and/or AML Tokens, and/or use the AML BitCoin Wallet, AML BitCoin Token Wallet and/or an NAC Website. This restriction applies to residents and citizens of other nations while located in a prohibited jurisdiction. The fact that the NAC Website may be accessible in a prohibited jurisdiction, or that the NAC Website allows the use of the official language of a prohibited jurisdiction, shall not be construed as a license to use purchase, sell, exchange, transfer, use or mine AML BitCoins and/or AML BitCoin Tokens, and/or use the AML BitCoin Wallet, AML Token Wallet and/or an NAC Website in such prohibited jurisdiction. Any attempt to circumvent this restriction, for example, by using a "VPN", proxy or similar service that masks or manipulates the identification of Your true location, or by otherwise providing false or misleading information regarding citizenship, location, place of residence, or by using the NAC Website through a third party or on behalf of a third party located in a prohibited jurisdiction is a breach of these Terms and Conditions. If NAC has reasonable grounds to suspect that You are located in any of the prohibited jurisdictions, NAC may, without notice, and in accordance with applicable laws, close Your account, deactivate Your AML BitCoin Wallet, and refuse to process, and may rescind, cancel or reverse, any purchase or sale of AML BitCoins and/or AML BitCoin Tokens.

65. Arbitration and Dispute Resolution; Class Action Waiver

66. 1. Except as to claims for injunctive relief requiring immediate restraining orders, all disputes, controversies or claims between You and NAC, its subsidiaries, affiliates, or licensors and their shareholders, owners, partners, joint ventures, trustees, beneficiaries, directors, officers, employees, attorneys, consultants, and agents arising out of or relating to these Terms and Conditions, the purchase, sale or exchange of AML BitCoin Tokens or AML BitCoins, the NAC Websites, Your relationship with NAC, its subsidiaries, affiliates, or licensors and their shareholders, owners, partners, joint ventures, trustees, beneficiaries, directors, officers, employees, attorneys, consultants, and agents, or as to any other matter between You and NAC, its subsidiaries, affiliates, or licensors and their shareholders, owners, partners, joint ventures, trustees, beneficiaries, directors, officers, employees, attorneys, consultants, and agents, including concerning the interpretation of these Terms and Conditions, or any agreement between You and NAC, whether for breach of contract, for a tort, or otherwise, shall be resolved and adjudicated by binding arbitration before ADR Services, Inc. (if available in the venue for adjudication of disputes or before JAMS, Inc. if ADR Services, Inc. is not available in such venue, or if neither is available in the venue for adjudication, then before the American Arbitration Association) and shall be conducted in accordance with the commercial arbitration rules of the such arbitration forum, except as otherwise provided herein. The arbitration shall be conducted in Clark County, Nevada, United States of America. The arbitration shall be conducted by a single arbitrator. The arbitration shall be conducted in the English language and all documents filed, notices, claims responses, counter- claims, counter-responses, briefs, or other papers shall be in the English language. All evidentiary documents in a language other than English shall be translated into the English language and shall be translated by a person certified and authorized under the laws of the State of Nevada. The arbitrator shall be selected in accordance with the rules of the selected arbitration organization.

2. The arbitration is to be expedited. The arbitration shall be commenced by a demand for arbitration. If a party fails to respond to the demand to arbitrate within ten (10) business days, the aggrieved party may apply ex parte to the Court in Clark County, Nevada, United States of America for an order to arbitrate, unless the rules of the arbitration forum do not require such an order. An arbitration award may be enforced by applying to a court in Clark County, Nevada, United States of America. The law the State of Nevada shall be applied in any arbitration proceedings, without regard to that jurisdiction's choice-of-law principles and rules. The parties shall not be entitled to discovery in the arbitration and the arbitrator shall have no authority to order any party to submit to discovery with the exception that the Arbitrator may request the parties or their agents to produce such documents as are pertinent and relevant to the dispute. The arbitrator shall have no authority to award punitive, consequential, special, or indirect damages. The cost of the arbitration proceeding and any proceeding in court to confirm or to vacate any arbitration award, as applicable (including, without limitation, reasonable attorneys' fees and costs) shall be borne by the unsuccessful party, as determined by the arbitrator, and shall be awarded as part of the arbitrator's award. The arbitration shall be binding.

3. In the event that the arbitration includes or would include the adjudication of facts, law or claims common to parties not bound by an arbitration provision such that adjudication in the arbitration may result in inconsistent and/or conflicting findings, rulings or orders, or if such adjudication is based on transactions or series of transactions that involve parties who would not be bound by this arbitration provision, the parties hereto agree that the dispute will be adjudicated in a court in the jurisdiction and venue provided elsewhere in these Terms and Conditions, unless such parties agree to participate in the arbitration, so that all necessary parties can be joined to avoid inconsistent and/or conflicting findings, rulings or orders.

4. Prior to initiating an arbitration proceeding, the parties shall make a good faith attempt to resolve the dispute

through mediation by providing written notice to the other party of a demand for mediation, and the responding party shall have ten (10) business days to respond in writing. No party shall be entitled to recover any fees or costs in arbitration if they have failed to mediate in good faith. The mediator will be selected from the same alternative dispute provider specified above, unless the parties agree in writing to a different mediator.

5.  If the provisions for arbitration in these Terms and Conditions are, for any reason, invalidated or deemed unenforceable, then the dispute shall be adjudicated in a federal or state court located in Clark County, Nevada, USA. This includes any dispute concerning the AML BitCoin Tokens, AML BitCoins, NAC Websites, these Terms and Conditions, any agreement between You and NAC, its subsidiaries, affiliates, or licensors and their shareholders, owners, partners, joint ventures, trustees, beneficiaries, directors, officers, employees, attorneys, consultants, and agents, or any other aspect of the relationship between You and NAC, its subsidiaries, affiliates, or licensors and their shareholders, owners, partners, joint ventures, trustees, beneficiaries, directors, officers, employees, attorneys, consultants, and agents. You agree that the forum selection clause contained herein is mandatory and not permissive and You agree not to object to adjudication in Clark County, Nevada on grounds of forum non-conveniens. Not sure what word this is supposed to be but whatever it is it's misspelled.

6.  Waiver of Trial by Jury. THE PARTIES UNDERSTAND AND FULLY AGREE THAT BY AGREEING TO THESE TERMS AND CONDITIONS TO ARBITRATE THEY ARE GIVING UP THEIR CONSTITUTIONAL RIGHT TO HAVE A TRIAL BY JURY, AND ARE GIVING UP THEIR NORMAL RIGHTS OF APPEAL FOLLOWING THE RENDERING OF A DECISION, EXCEPT AS THE FEDERAL ARBITRATION ACT AND APPLICABLE FEDERAL LAW PROVIDE FOR JUDICIAL REVIEW OF ARBITRATION PROCEEDINGS.

7.  You HEREBY AGREE to WAIVE YOUR RIGHT TO PARTICIPATE IN A CLASS ACTION LAWSUIT OR CLASS-WIDE ARBITRATION. Any dispute resolution proceedings will be conducted only on an individual basis and not in a class, consolidated or representative action. If for any reason a claim proceeds in court rather than in arbitration, we each waive any right to a jury trial. If a court or federal regulator with oversight over NAC determines that applicable law precludes enforcement of any of this section's limitations as to a particular claim for relief, then that claim (and only that claim) must be severed from the arbitration and may be brought in court, subject to Your and NAC's right to appeal the court's decision.

8.  You acknowledge the following risks and You accept them:

> 1.  Digital coins and tokens, such as AML BitCoin Tokens and AML BitCoin, blockchain technology, and other associated and related technologies are new and relatively untested and to a degree are outside of NAC's exclusive

control. Moreover, in some jurisdictions the AML BitCoin Token and AML BitCoin or other digital coins or cryptocurrencies may be considered to be a security, or in the future, may be determined to be a security. NAC makes no warranties or guarantees that the AML BitCoin Token and AML BitCoin are not a security in all jurisdictions. Regulatory bodies around the world are in the process of forming their opinions as to the purchase, sale, and use of digital coins and cryptocurrencies and laws concerning them are being considered in various jurisdictions throughout the world; the process of developing such laws is currently fluid and the laws are not uniform. Likewise, blockchain technologies have been the subject of scrutiny by various governments and regulatory bodies throughout the world. Furthermore, exchanges which enable the exchange of digital coins and cryptocurrencies with other such digital coins or cryptocurrencies or the exchange of such for fiat money, if any, might be subject to regulatory oversight, and such exchanges are currently the subject of reviews by governments and regulatory bodies; and governments and regulatory bodies are currently enacting laws and regulations permitting, prohibiting and regulating such exchanges. Laws and regulations could be enacted that could impede or limit the ability to purchase, sell, exchange, transfer, use or mine AML BitCoins and/or AML BitCoin Tokens, and/or use the AML BitCoin Wallet, the AML BitCoin Token Wallet and/or an NAC Website, and accordingly, the value of the AML BitCoin or AML BitCoin Token could be diminished as a result. You shall bear the legal or financial consequences of AML BitCoin Token and AML BitCoin being considered a security in Your respective jurisdiction. NAC makes no representation or warranty of any kind as to the legality of purchasing, selling, exchanging, transferring, using or mining AML BitCoins and/or AML BitCoin Tokens, and/or using the AML BitCoin Wallet, AML BitCoin Token Wallet and/or an NAC Website in Your jurisdiction, and by accepting these Terms and Conditions, You agree that You will not purchase, sell, exchange, transfer, use or mine AML BitCoins and/or AML BitCoin Tokens, and use the AML BitCoin Wallet, AML BitCoin Token Wallet and/or an NAC Website in a jurisdiction which prohibits same.

2.  Hackers or other groups or organizations may attempt to interfere with Your AML BitCoin Token Wallet, Your AML BitCoin Wallet, the NAC Websites or the availability of AML BitCoin Tokens or AML BitCoins in any number of ways, including without limitation denial of service attacks, Sybil attacks, spoofing, smurfing, malware attacks, or consensus-based attacks.

3.  There is a risk that the NAC Websites and AML BitCoin Token and AML BitCoin may unintentionally include

weaknesses or bugs in the source code interfering with the use of or causing the loss of AML BitCoin Token and AML BitCoin.

4.   Advances in cryptography, or technical advances such as the development of quantum computers, could present risks to cryptocurrencies, which could result in the theft or loss of or loss of use of AML BitCoin Tokens, AML BitCoins, Your AML BitCoin Token Wallet and/or Your AML BitCoin Wallet.

5.   As with other decentralized cryptocurrencies, the blockchain is susceptible to mining attacks, including but not limited to double-spend attacks, majority mining power attacks, "selfish-mining" attacks, and race condition attacks. Any successful attacks present a risk to the expected proper execution and/or sequencing of digital coins. Despite the best efforts of NAC, the risk of unknown or novel mining attacks exists. Mining attacks, as described above, may also target other blockchain networks, with which the AML Token and AML BitCoin may interact with and consequently the AML Token and AML BitCoin may be impacted as a result thereof.

6.   While there are currently online services available which enable the possibility of exchange of digital coins and cryptographic coins with other such coins or the exchange of digital coins and cryptographic coins for fiat money, and particularly the exchange of AML BitCoin Tokens and AML BitCoins on such exchanges, NAC makes no warranties and/or guarantees that AML BitCoin Token and AML BitCoin will be listed or made available for exchange with other digital coins and cryptographic coins and/or fiat money in the future, and no warranties or guarantees are given whatsoever with respect to the capacity (volume) of such potential exchanges or the demand for AML BitCoins or AML BitCoin Tokens in the future. Accordingly, NAC does not give any warranties or guarantees regarding any exchange services providers. Furthermore, You may be exposed to fraud and/or failures concerning such exchanges.

7.   The value of AML BitCoin Token and AML BitCoin may fluctuate and You may suffer loss in value of the AML BitCoin Tokens or AML BitCoins that You purchase and own.

8.   AML BitCoin Token and AML BitCoin are unlike bank accounts or accounts at some other financial institutions, which may be insured by such organizations as the Federal Deposit Insurance Corporation, and therefore are entirely uninsured. NAC does not offer any indemnity in case of any losses in relation to AML BitCoin Token and AML BitCoin. You assume all risks regarding a loss of Your AML BitCoins or AML BitCoin Tokens.

9.   You acknowledge that, given that the transmission of AML BitCoin Tokens and AML BitCoins is entirely dependent on the use of computers, computer software, and Internet connections, malfunctions, delays, failures, disruptions, errors, or distortions may be experienced, and You accept all risks associated therewith and agree that NAC shall have no liability for such malfunctions, delays, failures, disruptions, errors, or distortions.

## C. Safe Harbor Statement/Agreement

NAC Foundation, LLC ("NAC"), a limited liability company organized and existing under the laws of the State of Nevada with its principal place of business and infrastructure in Las Vegas, Nevada, processes information obtained through the registration and validation process for securing an AML BitCoin Token Wallet and AML BitCoin Wallet, and through the amlbitcoin.com, amltoken.com.com and amlbitcoinwallet.com websites in the United States of America. By registering for an AML BitCoin Wallet and purchasing, selling, exchanging, transferring, using or mining AML BitCoins and/or AML BitCoin Tokens, and by using the AML BitCoin Token Wallet and/or AML BitCoin Wallet, a user consents to permit NAC to process and his or her information. Any information processed by NAC subject to the GDPR, as defined elsewhere in this Agreement, may be subject to additional verification not specifically provided for in this Agreement at the time that You exercise any applicable "right to be forgotten."

## KYC/AML

NAC prides itself on the integrity and transparency of its business. Resting on a privately- regulated public blockchain, NAC will introduce a personal legal identity-linked credential authentication protocol into the source code of AML BitCoin that permits tracing and tracking of the identities of senders and receivers of the coin when activity with the use of the AML BitCoin indicates suspicious activities in violation of AML laws. AML BitCoin transactions and their associated IP locations of senders and receivers will be monitored and analyzed in United States with monitoring and detecting software that allows NAC to identify suspicious activities.

Records of such transactions will be maintained by NAC for six-years (or such other period of time required under applicable law). Suspicious activities associated with AML BitCoin transactions together with personal information and IP locations of corresponding senders and receivers may, in NAC's sole judgment, be reported to relevant government entities. In the event NAC receives or possesses information that would lead to a suspicion that a transaction in AML BitCoins is violating or is about to violate or facilitate a violation of money laundering, anti- terrorist financing, or anti-

fraud laws a violation of a validly issued court order or other valid governmental order, NAC may refuse to process, or may rescind, cancel or reverse, any purchase, sell, exchange, transfer, use or mine with of AML BitCoins and/or AML BitCoin Tokens, and freeze the associated AML BitCoin Wallet.

The purchase, sale, exchange, transfer, use or mining of AML BitCoins and/or AML BitCoin Tokens and/or use of the AML BitCoin Token Wallet and/or AML BitCoin Wallet involves a degree of relinquishment privacy relating to NAC's monitoring and reporting of transactions as stated above.

To obtain an AML BitCoin Wallet and to purchase, sell, exchange, hold, mine and use AML BitCoin Tokens and AML BitCoins, a user must complete, obtain, and comply with the procedures for and to obtain a certified digital identity profile, which includes a biometric scan of one of more of the face iris, retina, and fingerprint, and documents and information such as passport, driver's license, address, social security number, email address, and bank account information. While at this time, NAC intends to use and rely upon the Digital Identity Trust Network to administer and process the certified digital identity profile, in the future, NAC may rely upon an alternative vendor for the creation, administration and processing of certified digital identity profiles by means of biometric scans. NAC reserves the right to use any digital identity platform until NAC finds one suitable for permanent use.

Users located in certain territories, currently including countries subject to sanctions imposed by laws or regulations of the United States or any governmental agency, department or office of the United States (such as the Office of Foreign Assets Control within the U.S. Department of the Treasury), or executive orders of the President of the United States, or treaties to which the United States is a party, or otherwise imposed by other organizations, such as the United Nations, European Union, any European Union country, the United Kingdom's Department of Treasury, or any other sanctions list recognized and enforced by the United States, such as, without limitation and solely by way of example, the Democratic People's Republic of North Korea and its territories, Iran, and Iraq, are not permitted to purchase, sell, exchange, transfer, use or mine AML BitCoins and/or AML BitCoin Tokens, and/or use the AML BitCoin Token Wallet, AML BitCoin Wallet and/or an NAC Website. This restriction applies to residents and citizens of other nations while located in a prohibited jurisdiction. The fact that the NAC Website may be accessible in a prohibited jurisdiction, or that the NAC Website allows the use of the official language of a prohibited jurisdiction, shall not be construed as a license to use purchase, sell, exchange, transfer, use or mine AML BitCoins and/or AML BitCoin Tokens, and/or use the AML BitCoin Wallet, AML BitCoin Token Wallet and/or an NAC Website in such prohibited jurisdiction. If NAC suspects that a user is located in a prohibited jurisdiction, NAC may, without notice, and in accordance with applicable laws, close, suspend and/or deactivate an AML BitCoin Wallet, and/or refuse to process, rescind, and/or deactivate an AML BitCoin Wallet, and/or refuse to process, rescind, cancel or reverse, any purchase, sale, use, exchange and/or mine or any other transaction or use of and/or by and/or with AML BitCoins and/or AML BitCoin Tokens.

Forward-Looking Statements: Statements, other than statements of historical facts, included in NAC's white paper, public statements, press releases, marketing, and/or advertising materials address activities, events or developments that the NAC anticipates will or may occur in the future. These forward-looking statements include such things as regulatory compliance, computer security, the anticipated use of AML BitCoin and/or AML BitCoin Token or other similar matters. These statements are based on certain assumptions and analyses made by NAC in light of its experience and perception of historical trends, current conditions and expected future developments. However, the actual results of the plan for AML BitCoin Tokens and AML BitCoins might not conform with NAC's expectations due to a number of risks and uncertainties, many of which are beyond NAC's control, including, cybersecurity matters, changes in laws or regulations, secondary market conditions and other risks. Thus, all of the forward-looking statements made in NAC's white paper, public statements, press releases, marketing, and/or advertising materials are qualified by these cautionary statements. There can be no assurance that actual results will conform to NAC's.

### The Distribution of AML Tokens to AML Wallet Addresses

Once users upload AML Wallet Addresses to the Token Sale platform in their account profile page, users are signifying that their AML Wallet Address is correct and that purchased AML BitCoin Tokens are to be sent to the AML Wallet Address listed. If the AML Wallet Address changes for any reason including AML Wallets being accidentally deleted, etc., it is the responsibility of users to delete the incorrect AML Wallet Address and add the correct AML Wallet Address to their Token Sale account profile page as soon as possible.

It is the responsibility of users to ensure that the correct AML Wallet Address is listed in their Token Sale account profile page. It is the responsibility of users to ensure that the correct AML Wallet Address is listed in their Token Sale account

profile page. It is the responsibility of users to maintain their own wallets and their passwords and other encryption. The user represents and warrants that the user understands that NAC cannot replace or restore passwords or wallets, and does not and cannot reimburse or re-issue tokens that are lost or rendered inaccessible.

When the NAC Foundation distributes AML BitCoin Tokens from the Token Sale platform to a user's AML Wallet Address and if it turns out that the user deleted the wallet, created another wallet, and forgot to upload the new wallet address to the platform, or a different circumstance in which the incorrect AML Wallet Address was not listed in the platform, then the user's tokens will be lost and the NAC Foundation bears no responsibility.

The above is the reason that the NAC Foundation highly recommends that all users create a wallet backup. In the event that users accidentally delete their wallet or open up a new wallet and do not update the platform with a new AML Wallet Address, users can still recover the coins sent to their old AML Wallet Address, if the wallet backup was kept.

## Other Risks

**The purchase of AML BitCoin Tokens and AML BitCoins involves a high degree of speculation.**

Digital coins and tokens, such as AML BitCoin Tokens and AML BitCoin, blockchain technology, and other associated and related technologies are new and relatively untested and to a degree are outside of NAC's exclusive control. Moreover, in some jurisdictions the AML BitCoin Token and AML BitCoin or other digital coins or cryptocurrencies may be considered to be a security, or in the future, may be determined to be a security. NAC makes no warranties or guarantees that the AML BitCoin Token and AML BitCoin are not a security in all jurisdictions. Regulatory bodies around the world, are in the process of forming their opinions as to the purchase, sale, and use of digital coins and cryptocurrencies and laws concerning them are being considered in various jurisdictions throughout the world; the process of developing such laws is currently fluid and the laws are not uniform. Likewise, blockchain technologies have been the subject of scrutiny by various governments and regulatory bodies throughout the world.

Furthermore, exchanges which enable the exchange of digital coins or cryptocurrencies with other such digital coins or cryptocurrencies and/or the exchange of such for fiat money, if any, might be subject to regulatory oversight, and such exchanges are currently the subject of reviews by governments and regulatory bodies; and governments and regulatory bodies are currently enacting laws and regulations permitting, prohibiting and regulating such exchanges. Laws and regulations could be enacted that could impede or limit the ability to purchase, sell, exchange, transfer, use or mine AML BitCoins and/or AML BitCoin Tokens, and/or use the AML BitCoin Wallet, AML BitCoin Token Wallet and/or an NAC Website, and accordingly, the value of the AML BitCoin or AML BitCoin Token could be diminished. NAC makes no representation or warranty of any kind as to the legality of purchasing, selling, exchanging, transferring, using or mining AML BitCoins and/or AML BitCoin Tokens, and/or using the AML BitCoin Wallet, AML BitCoin Token Wallet and/or an NAC Website in a particular user's jurisdiction.

Hackers or other groups or organizations may attempt to interfere with an AML BitCoin Token Wallet, an AML BitCoin Wallet, an NAC Website or the availability of AML BitCoin Tokens or AML BitCoins in any number of ways, including without limitation, by denial-of-service attacks, Sybil attacks, spoofing, smurfing, malware attacks, and/or consensus-based attacks.

There is a risk that an NAC Website and AML BitCoin Token and AML BitCoin may unintentionally include weaknesses or bugs in the source code interfering with the use of or causing the loss of AML BitCoin Token and AML BitCoin.

Advances in cryptography, or technical advances such as the development of quantum computers, could present risks to digital coins and cryptocurrencies, which could result in the theft or loss of or loss of use of AML BitCoin Tokens, AML BitCoins, AML BitCoin Token Wallet and/or an AML BitCoin Wallet.

As with other decentralized cryptocurrencies, the blockchain is susceptible to mining attacks, including but not limited to double-spend attacks, majority mining power attacks, "selfish- mining" attacks, and race condition attacks. Any successful attacks present a risk to the expected proper execution and/or sequencing of digital coins. Despite the best efforts of NAC, the risk of unknown or novel mining attacks exists. Mining attacks, as described above, may also target other blockchain networks with which the AML BitCoin Token and AML BitCoin may interact, and consequently AML BitCoin Tokens and AML BitCoins may be impacted as a result thereof.

While there are currently online services available which enable the possibility of exchange of digital coins and cryptographic coins with other such coins or the exchange of digital coins and cryptographic coins for fiat money, and particularly the exchange of AML BitCoin Tokens and AML BitCoins on such exchanges, NAC makes no warranties and/or guarantees that AML BitCoin Token and AML BitCoin will be listed or made available for exchange with other digital coins and cryptographic coins and/or fiat money in the future. Further, no warranties or guarantees are given whatsoever with respect to the capacity (volume) of such potential exchanges or the demand for AML BitCoins or AML BitCoin Tokens in the future. Accordingly, NAC does not give any warranties or guarantees regarding any exchange services providers. Furthermore, a user may be exposed to fraud and/or failures concerning such exchanges.

The value of AML BitCoin Token and/or AML BitCoin may fluctuate and a loss may be suffered in value of the AML BitCoin Token and/or AML BitCoin.

AML BitCoin Token and AML BitCoin are unlike bank accounts or accounts at some other financial institutions, which may be insured by such organizations as the Federal Deposit Insurance Corporation, and therefore are entirely uninsured. NAC does not offer any indemnity in case of any losses in relation to AML BitCoin Token and AML BitCoin. The owner of AML BitCoin Tokens and AML Bitcoins assumes the risk of loss.

The transmission of AML BitCoin Tokens and AML BitCoins is entirely dependent on the use of computers, computer software, and Internet connections, malfunctions, delays, failures, disruptions, errors, or distortions may be experienced. NAC shall have no liability for such malfunctions, delays, failures, disruptions, errors, or distortions.

## NAC FOUNDATION, LLC'S REFUND POLICY

Although we do not provide refunds, where there are extenuating circumstances, NAC may make an exception and provide a refund. Generally, however, where exceptions are made they will be in instances where cryptocurrency was deposited on the platform to purchase AML BitCoin Tokens, but conversion of the cryptocurrency to the AML BitCoin Tokens did not occur. Using Ethereum as an example, NAC would refund the full amount of the ETH deposited. Or, if there was a conversion of the cryptocurrency to purchase AML, and a balance of crypto exists after conversion, NAC can refund the balance of cryptocurrency. All refunds will be in US dollars at the rate of exchange of the cryptocurrency on the date of the deposit of the cryptocurrency.

Special consideration may be given to reimburse in digital currency when digital currency was converted to the AML BitCoin Token. To make a special request, one must submit a notarized statement to NAC stating why a refund is requested and acknowledge that the request for the special consideration will be reviewed after the ICO is completed.

In the event that an AML Wallet passphrase is forgotten, a refund will not be granted. It is the responsibility of Token Holders to remember their own passphrase.

Refund requests are only accepted 45 days after the date that tokens were purchased, or currency deposits (all types) were made into accounts, if currency deposits were not converted to tokens.

If anyone on the AML BitCoin team, which includes our technical support staff, has ever told you or anyone purchasing an AML Token/AML BitCoin, any of the following listed below, please let us know and you will get an automatic refund and you will also be able to keep all of your coins, pending compliance approval.

- Pooled interest
- Any type of return
- Any type of capital gain
- Any type of interest
- Any type of ownership in the company.
- That the coin had an underlying collateral.

## DISCLOSURE TO HOLDERS OF ATEN COINS: RIGHTS AND OBLIGATIONS OF LEGACY TOKEN-HOLDERS

At this time, NAC is converting all predecessor tokens, including the Aten Coin, into AML Bitcoin Tokens on a 1:1 basis.

All rights, duties, powers and obligations any holder of Aten Coins may have, by contract or otherwise, are preserved in any such conversion to the extent that Aten Coin will be redeemed for AML Bitcoin on a 1:1 basis. NAC will discontinue further support for the legacy tokens upon the completion of such redemption. It is the Aten Coin holder's responsibility to immediately contact NAC via the contact information below to arrange for the conversion of Aten or any other legacy token into AML Bitcoin. All conversions will be on a 1:1 basis. Please see the notice that was issued separately to all known holders of Aten Coin or any other legacy token.

After the greater of either 180 calendar days from the first publication of this DISCLOSURE or the longest period of time allowed under any state law, any such Aten or other legacy tokens will be construed as "unclaimed property." NAC will not continue any support for such tokens and will discontinue support of wallets or other digital storage media for such tokens. Please contact NAC immediately to arrange for the 1:1 conversion of any legacy token including the Aten Coin into the AML Bitcoin Token.

Any of the above mentioned things would be ground for an automatic refund and that member of the AML BitCoin Team will be immediately terminated. If you were told anything similar to the above, please email [email protected] and copy [email protected] and provide proof of such statements.

## NOTICE TO RESIDENTS OF THE EUROPEAN UNION AND THE UNITED KINGDOM:

Users who are under the age of thirteen (13) may not use any NAC Website. Please contact [email protected], in order to exercise your "right to be forgotten" as defined in the General Data Protection Regulation of the European Union or the analogous laws of the United Kingdom. All parties identified as a "Third-Party" herein are third parties for purposes of the GDPR.

All information that you submit to NAC in any form shall become the property of NAC except where otherwise stated. Users who provide us with their email address will be added to our mailing list if the user so elects. NAC only uses email addresses to send promotional information at this time. User email addresses are stored by us on our 3rd party mailing service provider/own servers and are not shared with any other third party. Users can remove themselves from this email address by emailing us at [email protected] or by clicking the Unsubscribe button on any of our emails.

This same contact information may be used to exercise your "right to be forgotten."

Certain of your information may be retained in "pseudonymous" form by NAC or certain of the Third Parties, as defined in greater detail below. "Pseudonymous" information is information which may be used to identify your online behavior without identifying you specifically, or your physical address. Such information includes your IP address, the time during which you visit a NAC Website, the duration of your visit, and the general area of geographic origin of your visit.

NAC collects certain information from and about you. This notice will explain what this information is, how it is used, what third parties receive it, and how you may instruct NAC not to collect, retain, or use certain of that information, and how to instruct us to delete this information from the Company's own records. Please see below for: What Personal Information We Collect From You, What Non-Personal Information We Collect About You, a List of Third Parties Who Receive Information You Provide Us With Their Contact Information, and Instructions For Exercising Your Right To Instruct Us To Forget Your Information.

## What Personal Information We Collect from You.

○ Any information that you enter into any text field on any wepbage on any NAC Website will be collected by NAC for internal use except where noted otherwise in this notice.
○ The Company uses "cookies." Cookies are small files that are you communicated to your web browser so that the Website can remember the selections and inputs you have made from one webpage to another within the Website. For example, if you select products for an order and then proceed to checkout, the Website will use a cookie to ensure that information from catalog webpages is accurately received by the checkout webpage. If you do not wish to receive cookies from the Website, please contact us at the information below and discontinue using the Website.
○ NAC Websites will collect information about your location based on your IP address. An IP address is a non-static identifier that allows NAC to know, in general terms, where its users are located. An IP address is not the same as a physical address, and is not the same as either a shipping address or a billing address. When we

NAC uses your IP address for internal purposes such as knowing which countries provide certain percentages of its users. NAC does not distribute your IP address to any other person. NAC does not verify your IP address or connect it to a shipping or a address. Your IP address is not and cannot be used by NAC to identify you personally. NAC's web host will also know your IP address for purposes of logging visits to a NAC Website from your IP address and for preventing distributed denial-of-service attacks, which are disruptive attacks on websites caused by very large numbers (hundreds of thousands or more) of near-simultaneous visits to websites

• NAC collects information such as the number of users visiting the website at any given time, the times during which visitors visit NAC Websites , the length of time that users use a NAC Website, which pages they visit, which products they order, and what other actions they take while on the website. This information is collected by NAC and is provided in an anonymized form to the Company's data analytics provider, which is Google Analytics. Certain other analytics tools, including tools for purposes of targeted advertising, which include Facebook and Google Optimize. Facebook may provide targeted advertising based on your search and browser history, your session history, and any account information that you provide to NAC at any time (such companies altogether, the "Data Analytics Providers"). This information is used by NAC to track the engagement, general geographic origin, and headcount of its users. This information is combined together to provide general demographic information on the Website's users. This information is not and cannot be used to identify you specifically.

**The Data Analytics Providers are third parties for purposes of the GDPR.**

**List of Third Parties Who Receive Information You Provide Us With Their Contact Information**

- The Contact Information for our Web Host is: Pagely https://pagely.com/contact/
- The Contact Information for the Data Analytics Provider is: Google (Alphabet) https://www.google.com/contact/
- Facebook https://www.facebook.com/help/

**You may contact us at [email protected] in order to exercise any of your rights under the GDPR. This includes:**

- The right to know what information we have about you;
- The right to compel us to disclose some or all of that inforamtion to you;
- The right to compel us to "forget" (erase) some or all of that information;
- The right to instruct us to cease collection of such information

Instructions For Exercising Your Right To Instruct Us To Forget Your Information

The GDPR provides a generalized "right to be forgotten," meaning that You have the right to instruct us to delete any and all information that NAC or any of the third parties collects about you. Please contact us by email at [email protected] in order to instruct us to forget any or all of the information that the Company, the Website, or any of the third parties collects about you.

## Disclaimer of Warranties

THESE TERMS AND CONDITIONS CONTAIN AN EXPRESS WARRANTY DISCLAIMER. USING ANY NAC PRODUCTS OR SERVICES SHALL BE SOLELY AT THE RISK OF THE END USER. TO THE MAXIMUM EXTENT PERMISSIBLE UNDER ANY APPLICABLE LAW, ANY APPLICABLE WARRANTIES, INCLUDING WARRANTIES OF MERCHANTABILITY AND WARRANTIES OF FITNESS FOR A PARTICULAR PURPOSE, ARE EXPRESSLY DISCLAIMED. YOU EXPRESSLY INDEMNIFY AND HOLD HARMLESS THE COMPANY FOR ANY DAMAGES ARISING FROM ITS USE, DOWNLOADING, INSTALLATION, UNINSTALLATION, OR ANY OTHER USE, INCLUDING TO THE MAXIMUM EXTENT PERMISSIBLE UNDER ANY APPLICABLE LOCAL

LAW ACTUAL DAMAGES, MULTIPLICATIVE DAMAGES, SPECIAL OR CONSEQUENTIAL DAMAGES. THERE ARE NO LIQUIDATED DAMAGES UNDER THESE TERMS AND CONDITIONS. NO ADVICE GIVEN TO YOU BY NAC MAY BE CONSTRUED AS TAX ADVICE OR LEGAL ADVICE. SUCH ADVICE IS GENERALIZED (NOT SPECIFIC TO YOUR NEEDS OR CIRCUMSTANCES). YOU MAY NOT RELY TO YOUR DETRIMENT ON ANY REPRESENTATIONS MADE BY NAC AT ANY TIME, THROUGH THE WEBSITE OR OTHERWISE.

## More Information

About Us

White Paper

Terms & Conditions

Data Privacy Policy

## Please Note

The AML BitCoin Token is currently trading and not the finalized AML BitCoin.

## Contact Us

**Corporate Office**
7495 Azure Dr. Suite 110
Las Vegas, NV 89130
**Phone:** +1 702-515-4038
**Email:** [email protected]

© 2014-2019 Copyright NAC Foundation All rights reserved.

• • • • •

## Terms and Conditions Agreement



**By entering this website:**

- You agree AML BitCoin's terms and conditions.

**TERMS AND CONDITIONS (effective June 21, 2019)**

**NOTE TO ANY PERSON WHO OWNED OR CONTINUES TO OWN ANY NAC FOUNDATION PRODUCT PRIOR TO, OR SINCE, JUNE 21 2019**: these Terms and Conditions supersede and replace all prior versions of any Terms and Conditions entered into You by and between NAC and ABTC, as defined further below. Pursuant to a transfer instrument, certain of Your rights, duties, powers and obligations pursuant to a prior version of these Terms and Conditions and/or pursuant to the various purchase and sale agreements You may have entered into with NAC, may now be performed by or through ABTC. None of your NAC products or services have been terminated, rescinded, canceled, or otherwise alienated or transferred to the extent that You own such products or enjoy the fruits of such services. Further correspondence to You regarding such products and services may be sent from, or to the attention of, ABTC and not NAC. Please contact us with any questions regarding this transfer.

In using this website and/or registering for purchase and/or storage of AML BitCoin Tokens and/or for an AML BitCoins