MICHAEL J. SHEPARD (SBN 91281)
  mshepard@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, California 94111
Telephone:    +1 415 318 1221

KERRIE C. DENT (admitted *pro hac vice*)
  kdent@kslaw.com
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:    +1 202 626 2394

CINDY A. DIAMOND (SBN 124995)
  cindy@cadiamond.com
**ATTORNEY AT LAW**
58 West Portal Ave #350
San Francisco, CA 94127
Telephone:    +1 408 981 6307

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>Defendant. | Case No. 3:2-cr-00249-RS<br><br>**DECLARATION OF DAINEC P. STEFAN IN SUPPORT OF DEFENDANT ANDRADE'S RESPONSE TO GOVERNMENT'S MOTION TO CONTINUE DEADLINE FOR UNITED STATES TO FILE REBUTTAL EXPERT NOTICE**<br><br>Judge: Hon. Richard Seeborg, Chief Judge |

1

Declaration of Dainec P. Stefan ISO Defendant Andrade's Response to Government's Motion to Continue Deadline for United States to File Rebu Expert Notice

Case Number:  3:20-cr-00249-RS

## DECLARATION OF DAINEC P. STEFAN

Dainec P. Stefan, counsel for Defendant Marcus Andrade, states as follows:

1. I am one of the lawyers representing Defendant Marcus Andrade in the above-captioned matter. I have personal knowledge of the factual matters contained herein based upon my review of the evidence and, if called as a witness in this matter, could competently testify to the matters stated in this Declaration.

2. On January 17, 2025, I emailed government counsel to inform them that I had just uploaded to a sharepoint the data reviewed by defense expert Erik Min which "formed the bases and reasons for his expert opinion." I further articulated that there were certain materials he had either reviewed or attempted to review which did not comprise the bases and reasons for his opinion and which I had not uploaded. I detailed the source of those materials as being from an Amazon Web Services Server, provided a list of the general contents of that data and, to the degree I was familiar, the extent to which Mr. Min was able to access the records in question. That list was as follows:

- 21 elastic block storage (EBS) snapshots. These were not accessible to Mr. Min, so he could not review them.
- 3 EBS storages. These were not accessible to Mr. Min, so he could not review them.
- 20 Amazon machine images.
- 1 CSV file containing security information.
- 1 Excel document containing 5 elastic IP addresses.
- 1 Excel document containing the EC2 key pairs. Only the public keys were contained.
- 1 PEM file.

3. The aforementioned data not provided is approximately 6.7 terabytes in size and and could not feasibly be provided via file sharing services. The technical team associated with Mr. Min would be required to archive all the files to a large hard drive and provide it via a physical delivery. Given the team's current tasking, assuming the project could be initiated

2

Declaration of Dainec P. Stefan ISO Defendant Andrade's Response to Government's Motion to Continue Deadline for United States to File Rebuttal Expert Notice | Case Number:  3:20-cr-00249-RS

immediately and adequate Criminal Justice Act funds were provided for the purpose, it would take his team at least 1-2 weeks to consolidate the material to a hard drive for provision. Mr. Min was not able to access or review the overwhelming majority of the material in question, and the government expert would be no better positioned to access or review the data.

4. The files provided to the government comprise over 6.8 gigabytes of data when compressed and include the source code for the AtenCoin project, despite this information not falling within the bases or reasons for Mr. Min's opinions regarding the AML Bitcoin project.

5. Upon the Court entering an order admitting the government's AtenCoin evidence, defense counsel sought through the Criminal Justice Act the additional funding Mr. Min needs to complete analysis of the AtenCoin source code in a request promptly prepared and filed on January 23, 2025. On January 27, 2025, the CJA Supervising Attorney sought additional information from the defense regarding Mr. Andrade's request, and the defense promptly replied with the requested information the same day.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 28, 2025 in San Francisco, CA.

/s/ Dainec P. Stefan
Dainec P. Stefan

3

Declaration of Dainec P. Stefan ISO Defendant Andrade's Response to Government's Motion to Continue Deadline for United States to File Rebuttal Expert Notice

Case Number: 3:20-cr-00249-RS