CJA 24 AUTHORIZATION AND VOUCHER TRANSCRIPT

| | | | |
|---|---|---|---|
| 1. CIR./DIST./DIV. CODE<br>0971 | 2. PERSON REPRESENTED<br>Rowland Marcus Andrade | | VOUCHER NUMBER |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>3:20-CR-00249-1-RS- | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)<br>USA v. Andrade | 8. PAYMENT CATEGORY<br>Felony (including pre-trial diversion of alleged felony) | 9. TYPE PERSON REPRESENTED<br>Adult Defendant | 10. REPRESENTATION TYPE<br>Criminal Case |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense*
18:1343.F,18:1956-3300.F

**REQUEST AND AUTHORIZATION FOR TRANSCRIPT**

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED    *(Describe briefly)*
Trial

13. PROCEEDING TO BE TRANSCRIBED    *(Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14.)*
Trial

| 14. SPECIAL AUTHORIZATIONS | JUDGE'S INITIALS |
|---|---|
| A. Apportioned    0 % of transcript with *(Give case name and defendant)* | DW |
| B. ☐ 14-Day    ☐ Expedited    ☐ 3-Day    ☒ Daily    ☐ Hourly Transcript    ☐ Realtime Unedited Transcript | DW |
| C. ☒ Prosecution Opening Statement    ☒ Prosecution Argument    ☒ Prosecution Rebuttal<br>☒ Defense Opening Statement    ☒ Defense Argument    ☐ Voir Dire    ☒ Jury Instructions | DW |
| D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act. | |

**15. ATTORNEY'S STATEMENT**

As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Michael J. Shepard /S/    01/24/2025 11:25:18
Signature of Attorney    Date
Michael J. Shepard
Printed Name
Telephone: 415-318-1221

**16. COURT ORDER**

Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in item 15 is hereby granted.

Diana Weiss /S/
Signature of Presiding Judicial Officer or By Order of the Court
01/28/2025 09:23:35
Date of Order    Nunc Pro Tunc Date

**CLAIM FOR SERVICES**

| 17. COURT REPORTER/TRANSCRIBER STATUS | 18. PAYEE'S NAME    Clerk's Office |
|---|---|
| ☒ Official    ☐ Contract    ☐ Transcriber    ☐ Other | MAILING ADDRESS    *(First Name, M.I., Last Name, Including any suffix).* |
| 19. SOCIAL SECURITY OR EMPLOYER ID NUMBER OF PAYEE<br>XX-XXXXXXX | U.S. District Court<br>450 Golden Gate Avenue<br>16th Floor<br>San Francisco, CA 94102    Telephone: 415-522-2079 |

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO OF PAGES | RATE PER PAGE | SUB TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | ------------- | | | | | |
| Copy | ------------- | | | | | |
| Expense (Itemize) | | | | | | |
| | | | | | TOTAL AMOUNT CLAIMED | $0.00 |

**21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED**

I hereby certify that the above claim for services rendered is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of    Date    1/1/1901

**ATTORNEY CERTIFICATION**

22. CERTIFICATION OF ATTORNEY OR CLERK. I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk    Date

**APPROVED FOR PAYMENT - COURT USE ONLY**

| 23. APPROVED FOR PAYMENT | 24. AMOUNT APPROVED |
|---|---|
| Signature of Judicial Officer  or Clerk of the Court    Date | $0.00 |