1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  CHRISTIAAN HIGHSMITH (CABN 296282)
   DAVID WARD (CABN 239504)
5  Assistant United States Attorneys

6  MATTHEW CHOU (CABN 325199)
   Special Assistant United States Attorney
7
        450 Golden Gate Avenue, Box 36055
8       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
9       christiaan.highsmith@usdoj.gov
        david.ward@usdoj.gov
10      matthew.chou2@usdoj.gov

11 Attorneys for United States of America

12
                   UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                        SAN FRANCISCO DIVISION
15

16 UNITED STATES OF AMERICA,              )  CASE NO. 3:20-cr-00249-RS
                                          )
17       Plaintiff,                       )  **UNITED STATES' FIRST AMENDED**
                                          )  **WITNESS LIST**
18    v.                                  )
                                          )  Trial:    Feb. 10, 2025 | 9:00 a.m.
19 ROWLAND MARCUS ANDRADE,                )  Court:    Courtroom 3 | 17th Floor
                                          )  Judge:    Hon. Richard Seeborg
20       Defendant.                       )
                                          )
21 _____)

22      The United States hereby submits its first amended list of witnesses that may be called to testify

23 during the government's case-in-chief—and in rebuttal, to the extent the defense has timely disclosed

24 corresponding expert testimony under Rule 16—during the trial of the above-captioned matter. The

25 government respectfully reserves the right to amend this list and disclose additional witnesses in a

26 manner consistent with the Federal Rules of Criminal Procedure.

27      The "description" column attempts to give the Court and the defendant a brief sketch of each

28 witness's role at trial or in the charged conduct. The government respectfully requests, however, that the

U.S.' FIRST AMENDED WITNESS LIST
3:20-CR-00249 RS                                      1

Court not limit the examination of these witnesses to the precise contours of the description summarized below. Similarly, the "ID #" column is simply to help identify and count the witnesses by something other than their names. They are not currently intended to reflect the witness order.

| ID # | Name | Description |
| --- | --- | --- |
| 1 | Leslie Katz | Port of SF Commissioner/attorney |
| 2 | Michael Witte | Investor |
| 3 | Daniel Aharonoff | Investor |
| 4 | John Szeder | Andrade employee-technology |
| 5 | Brian Darling | Op-ed writer |
| 6 | Hung Tran | Andrade employee-technology |
| 7 | Evan Carlsen | Andrade employee-technology |
| 8 | Melanie Cowan | Andrade employee-office |
| 9 | A. John Bryan | Andrade employee |
| 10 | Brian Darrow | Andrade employee-salesman |
| 11 | Bernadette Tran | Andrade employee |
| 12 | Corey Jodoin | Investor & AtenCoin executive |
| 13 | Brandi Jodoin | Investor & AtenCoin executive |
| 14 | Ben Boyer | Investor |
| 15 | Rene Acuna | Investor |
| 16 | Kathryn Tunis | Superbowl Ad-NBC representative |
| 17 | Jack Abramoff | Co-Conspirator |
| 18 | Bryant Ling | Former FBI Agent |
| 19 | Chris Versace | Op-ed writer |
| 20 | Peter Roff | Op-ed writer |
| 21 | Carlos De La Guardia | Andrade associate-Panama Canal |
| 22 | Theresa Chiu | FBI Forensic Accountant (*expert*) |
| 23 | Melissa Foteh | Andrade employee-office |
| 24 | Kieran McCavanagh | Superbowl Ad-NBC representative |
| 25 | James A. Carfora | IRS CID Special Agent (*expert*) |
| 26 | David Salmon | Attorney |
| 27 | Scott Bruffey | Investor |
| 28 | FBI FOA Brandon Tabbal | Background on cryptocurrency (e*xpert*) |
| 29 | David Hargreaves | Marketing |
| 30 | Kate Ablett | FBI Special Agent |
| 31 | Byron Rhett | Port of San Francisco |
| 32 | Victoria Hernandez | IRS records witness |
| 33 | Sean O'Malley | New York Federal Reserve Bank: Fedwire |
| 34 | Ethan Quinn | FBI Special Agent |

| 35 | Dr. Amanda Gregory | Clinical and Forensic Neuropsychologist (*rebuttal expert*) |
|---|---|---|
| 36 | Dr. Matt Edman | Computer Scientist at NAXO Labs (*rebuttal expert*) |

DATED: January 30, 2025

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

_____/s/_____
CHRISTIAAN H. HIGHSMITH
DAVID J. WARD
Assistant United States Attorneys

MATTHEW CHOU
Special Assistant United States Attorney

U.S.' FIRST AMENDED WITNESS LIST
3:20-CR-00249 RS                              3