**KING & SPALDING LLP**
MICHAEL J. SHEPARD (SBN 91281)
  mshepard@kslaw.com
50 California Street, Suite 3300
San Francisco, CA  94111
Telephone:    +1 415 318 1200
Facsimile:     +1 415 318 1300

KERRIE C. DENT (Admitted *pro hac vice*)
  kdent@kslaw.com
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:    +1 202 626 2394
Facsimile:     +1 202 626 3737

CINDY A. DIAMOND (CA SBN 124995)
ATTORNEY AT LAW
58 West Portal Ave, # 350
San Francisco, CA 94127
408.981.6307
cindy@cadiamond.com

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ROWLAND MARCUS ANDRADE,<br><br>  Defendant. | Case No.: 20-CR-00249-RS-SK<br><br>**APPLICATION BY DEFENDANT FOR TRANSPORTATION EXPENSES PURSUANT TO 18 U.S.C. § 4285** |

  Defendant Rowland Marcus Andrade has been found to be indigent and to qualify for funding under the Criminal Justice Act.

1  Defendant Andrade resides in the Southern District of Texas. He is scheduled to appear
2  in the Northern District of California for trial on February 11, 2025. He must meet with counsel
3  on February 9 - 10, 2025; therefore, a travel order is requested for February 8, 2025, from IAH
4  (the airport for Houston) to SFO (the airport for San Francisco).

5  Defendant hereby applies, pursuant to 18 U.S.C. § 4285, for travel expenses to attend his
6  pretrial meeting with counsel and his scheduled court appearances.

7  Defendant applies for an order directing the United States Marshal to:

8  Transport the defendant from the Southern District of Texas, to the Northern District of
9  California; to wit:

10  A)  Arrange noncustodial transportation to be in San Franscisco by February 8,
11      2025;

12  OR, at the option of the U.S. Marshal,
    B)  Furnish to the defendant the one-way fare necessary for for transportation to
13      the required Court in time for him to purchase a ticket for travel from IAH to SFO
14      on February 8, 2025.

15  DATED:  February 3, 2025             Respectfully Submitted,

16                                        /s/

17                                        _____
                                          KING & SPALDING LLP, by:
18                                            MICHAEL J. SHEPARD
                                              KERRIE C. DENT
19                                            DAINEC STEFAN,
                                          and by CINDY A. DIAMOND
20                                        Attorneys for Defendant
                                          ROWLAND MARCUS ANDRADE
21