**KING & SPALDING LLP**
MICHAEL J. SHEPARD (SBN 91281)
  *mshepard@kslaw.com*
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone:    +1 415 318 1200
Facsimile:    +1 415 318 1300

KERRIE C. DENT (Admitted *pro hac vice*)
  *kdent@kslaw.com*
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:    +1 202 626 2394
Facsimile:    +1 202 626 3737

CINDY A. DIAMOND (CA SBN 124995)
ATTORNEY AT LAW
58 West Portal Ave, # 350
San Francisco, CA 94127
408.981.6307
cindy@cadiamond.com

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROWLAND MARCUS ANDRADE,<br><br>    Defendant. | Case No.: 20-CR-00249-RS-SK<br><br>**ORDER FOR TRANSPORTATION EXPENSES PURSUANT TO 18 U.S.C. § 4285** |

    The Court having jurisdiction over Defendant Rowland Marcus Andrade in the United States District Court for the Northern District of California in the above-entitled case, and

finding that the defendant has been released from custody and is financially unable to provide the necessary transportation to appear before the above court,

IT IS ORDERED that the defendant be transported from the Houston, Texas area to San Francisco, no later than February 8, 2025, in order to prepare for trial with counsel and attend court at his trial in San Francisco.

It is FURTHER ORDERED that the United States Marshal shall:

Transport the defendant from the Southern District of Texas, to the Northern District of California; to wit:

A)  Arrange noncustodial transportation to be in San Francisco by February 8, 2025;

OR, at the option of the U.S. Marshal,

B)  Furnish to the defendant the one-way fare necessary for transportation to the required Court in time for him to purchase a ticket for travel from IAH to SFO on February 8, 2025.

The Court ADMONISHES counsel that any future request must be submitted as soon as possible, and the Court may deny any future requests submitted on a short time basis.

DATED: February 3, 2025

_____
Hon. SALLIE KIM
United States Magistrate Judge