MICHAEL J. SHEPARD (SBN 91281)
*mshepard@kslaw.com*
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, California 94111
Telephone:     +1 415 318 1221

KERRIE C. DENT (admitted *pro hac vice*)
*kdent@kslaw.com*
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:     +1 202 626 2394

CINDY A. DIAMOND (SBN 124995)
*cindy@cadiamond.com*
**ATTORNEY AT LAW**
58 West Portal Ave #350
San Francisco, CA 94127
Telephone:     +1 408 981 6307

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>Defendant. | Case No. 3:20-cr-00249-RS<br><br>**DEFENDANT ANDRADE'S ADMINISTRATIVE MOTION TO FILE A REPLY BRIEF IN EXCESS OF 15 PAGES**<br><br>Judge: Hon. Richard Seeborg, Chief Judge |

Defendant Rowland Marcus Andrade hereby moves this court for an Order, Attachment 1, permitting the entry of a defense filing in excess of the 15-page limit set by Local Criminal Rule 47-2(d) (by reference to Civil Local Rule 7-3(c)).

Defendant Andrade is seeking to file his Reply Brief in Support of Motion for Evidentiary Hearing to Address Government Misconduct and to Seek Sanctions with a page count in excess of 15 pages. Given the breadth of the factual and legal matters Mr. Andrade is compelled to address within the government's 25-page Opposition, and the importance of this Reply to Mr. Andrade's right to present an effective defense, *see Sherman v. Gittere*, 92 F.4th 868, 878-879 (9th Cir. 2024) ("The constitutional right to 'a meaningful opportunity to present a complete defense' is rooted in both the Due Process Clause and the Sixth Amendment"), the defense respectfully seeks an exception to Crim. L.R. 47-2(d). Not counting the Title page, Table of Contents, and Table Authorities, the brief is only one page beyond what the Rule permits.

Respectfully submitted,

DATED: February 3, 2025

KING & SPALDING LLP

By: */s/ Michael J. Shepard*
　　MICHAEL J. SHEPARD
　　KERRIE C. DENT
　　CINDY A. DIAMOND

　　Attorneys for Defendant
　　ROWLAND MARCUS ANDRADE