MICHAEL J. SHEPARD (SBN 91281)
  *mshepard@kslaw.com*
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, California 94111
Telephone:    +1 415 318 1221

KERRIE C. DENT (admitted *pro hac vice*)
  *kdent@kslaw.com*
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:    +1 202 626 2394

CINDY A. DIAMOND (SBN 124995)
  *cindy@cadiamond.com*
**ATTORNEY AT LAW**
58 West Portal Ave #350
San Francisco, CA 94127
Telephone:    +1 408 981 6307

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>　　　　Defendant. | Case No. 3:20-cr-00249-RS<br><br>[~~XXXXXXX~~] [PROPOSED] ORDER GRANTING DEFENDANT ANDRADE'S ADMINISTRATIVE MOTION TO FILE A REPLY BRIEF IN EXCESS OF 15 PAGES<br><br>Judge: Hon. Richard Seeborg, Chief Judge |

On motion of the defendant and good cause appearing therefore,

**IT IS HEREBY ORDERED**

That Defendant Andrade may file his Reply Brief in Support of Motion for Evidentiary Hearing to Address Government Misconduct and to Seek Sanctions with a page count in excess of 15 pages as an exception to Crim. L.R. 47-2(d).

Dated: __2/6_____, 2025

_____
HON. RICHARD SEEBORG
United States Chief District Judge