**KING & SPALDING LLP**
MICHAEL J. SHEPARD (SBN 91281)
  mshepard@kslaw.com
50 California Street, Suite 3300
San Francisco, CA  94111
Telephone:     +1 415 318 1200
Facsimile:     +1 415 318 1300

KERRIE C. DENT (Admitted *pro hac vice*)
  kdent@kslaw.com
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:     +1 202 626 2394
Facsimile:     +1 202 626 3737

CINDY A. DIAMOND (CA SBN 124995)
ATTORNEY AT LAW
58 West Portal Ave, # 350
San Francisco, CA 94127
408.981.6307
cindy@cadiamond.com

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>ROWLAND MARCUS ANDRADE,<br><br>        Defendant. | Case No.: 20-CR-00249-RS<br><br>[PROPOSED] ORDER FOR TRANSPORTATION EXPENSES PURSUANT TO 18 U.S.C. § 4285 |

The Court having jurisdiction over Defendant Rowland Marcus Andrade in the United

States District Court for the Northern District of California in the above-entitled case, and

finding that the defendant has been released from custody and is financially unable to provide the necessary transportation to appear before the above court,

IT IS ORDERED that the defendant be transported by the United States Marshal as follows:

1) Defendant Rowland Marcus Andrade shall be booked on a non-stop flight that arrives in Washington D.C. no later than Saturday, February 22, 2025.

2) Defendant Rowland Marcus Andrade shall be booked on a non-stop flight from Washington D.C. to San Francisco, the same day as the close of testimony that the defendant will attend. The United States Marshal will do everything reasonably possible to ensure that Mr. Andrade return to San Francisco in time to appear at his trial on 8:30 a.m. the day after the close of the testimony taken in Washington, D.C.

3) The United States Marshal shall provide payment for ground transportation for Mr. Andrade to go to and from the airport, to and from his hotels (in San Francisco and in Washington, D.C.), and to his destination in Washington, D.C. at Wintson & Strawn, LLP located at 1901 L St NW, Washington, DC, 20036.

4) The United States Marshal shall communicate with Defendant's counsel as needed to accomplish the purpose of this Order.

DATED:  2/6 , 2025

_____
Hon. RICHARD SEEBORG
United States Judge