MICHAEL J. SHEPARD (SBN 91281)
  mshepard@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, California 94111
Telephone:   +1 415 318 1221

KERRIE C. DENT (admitted *pro hac vice*)
  kdent@kslaw.com
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:   +1 202 626 2394

CINDY A. DIAMOND (SBN 124995)
  cindy@cadiamond.com
**ATTORNEY AT LAW**
58 West Portal Ave #350
San Francisco, CA 94127
Telephone:   +1 408 981 6307

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>Defendant. | Case No. 3:2-cr-00249-RS<br><br>**ORDER DENYING DEFENDANT ANDRADE'S MOTION FOR RECONSIDERATION OF DENIAL OF MOTION FOR EVIDENTIARY HEARING TO ADDRESS GOVERNMENT MISCONDUCT**<br><br>Judge: Hon. Richard Seeborg, Chief Judge |

**DENIED**
*Judge Richard Seeborg*
Date: 2/7/2025

Order Granting Defendant Andrade's Motion for Reconsideration
...00249-RS - Page 1

1    On motion of the defendant and good cause appearing therefore,

2    **IT IS HEREBY ORDERED**

3    That Defendant Andrade's Motion for Reconsideration of the Court's Denial of

4    his Motion for Evidentiary Hearing to Address Government Misconduct and to Seek

5    Sanctions (ECF 535) is HEREBY GRANTED.

7    Dated: _____, 2025

10                                           HON. RICHARD SEEBORG
                                             United States Chief District Judge