```
 1  MICHAEL J. SHEPARD (SBN 91281)
      mshepard@kslaw.com
 2  KING & SPALDING LLP
    50 California Street, Suite 3300
 3  San Francisco, California 94111
    Telephone:    +1 415 318 1221
 4
 5  KERRIE C. DENT (admitted pro hac vice)
      kdent@kslaw.com
 6  KING & SPALDING LLP
    1700 Pennsylvania Avenue, NW, Suite 900
 7  Washington, DC 20006-4707
    Telephone:    +1 202 626 2394
 8
 9  CINDY A. DIAMOND (SBN 124995)
      cindy@cadiamond.com
10  ATTORNEY AT LAW
    58 West Portal Ave #350
11  San Francisco, CA 94127
    Telephone:    +1 408 981 6307
12
13  Attorneys for Defendant
    ROWLAND MARCUS ANDRADE
14
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>    Defendant. | Case No. 3:2-cr-00249-RS<br><br>**DEFENDANT ANDRADE'S MOTION FOR ADVANCE NOTICE OF EXHIBITS**<br><br>Judge: Hon. Richard Seeborg, Chief Judge |

Mr. Andrade requests that the Court issue an Order requiring the government to provide defense counsel with advance notice of the exhibits it will be using at least two days before the exhibits are offered.

The government's exhibit list, which is neither chronological nor organized by issue, currently includes more than 1500 exhibits, with numbers 1496-1501 having been added by the government this morning. Worse, some of the exhibits consist of hundreds – and some even thousands – of pages. Given the volume of exhibits, the length of many of the exhibits, and the constant additions to the list, defense counsel requests advance notice to provide adequate time to review, analyze, and assess any potential objections to the evidence the government intends to use against Mr. Andrade (as well as to have the ability to have hard copies in court).

Respectfully submitted,

DATED: February 9, 2025

KING & SPALDING LLP

By: /s/ Michael J. Shepard
    MICHAEL J. SHEPARD
    KERRIE C. DENT
    DAINEC P. STEFAN
    CINDY A. DIAMOND

Attorneys for Defendant
ROWLAND MARCUS ANDRADE