MICHAEL J. SHEPARD (SBN 91281)
mshepard@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: +1 415 318 1200

KERRIE C. DENT (Admitted *pro hac vice*)
kdent@kslaw.com
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone: +1 202 626 2394

CINDY A. DIAMOND (SBN 124995)
cindy@cadiamond.com
58 West Portal Ave #350
San Francisco, CA 94127
Telephone: +1 408 981 6307

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>        Plaintiff,<br>vs.<br>ROWLAND MARCUS ANDRADE,<br>        Defendant. | Case No. 3:20-cr-00249-RS<br><br>**DECLARATION OF KERRIE C. DENT IN SUPPORT OF ANDRADE'S MOTION FOR ADVANCE NOTICE OF GOVERNMENT'S EXHIBITS**<br><br>Judge: Hon. Richard Seeborg |

Kerrie C. Dent, counsel for Defendant Marcus Andrade, states as follows:

1. I am one of the lawyers representing Defendant Marcus Andrade in the above-captioned matter. I file this declaration in support of Mr. Andrade's Motion for Advance Notice of Government's Exhibits because the government has identified more than 1500 exhibits, many of them more than 100 pages, and others more than 1,000 pages. The government was still updating its list as recently as this morning.

2. I have personally reviewed about one third of the exhibits on the government's list. Given the volume of exhibits, the length of many of the exhibits, and the constant additions to the list, we will need advance notice to provide adequate time to review, analyze, and assess any potential objections to the evidence the government intends to use against Mr. Andrade. Advance notice also will give us the ability to have hard copies in court.

3. The government has produced a mountain of evidence in this case (more than 4 TB), a substantial amount of which is not searchable and/or has no individual Bates numbers. The task of reviewing more than 4TB of data has been impossible. Yet, I have had to file more than 20 discovery briefs in order to get core Rule 16 material and exculpatory documents. It is disappointing that the government continues to play "hide the ball" and make it difficult for Mr. Andrade to have easy access to the documents the government will use against him.

4. I believe that advance notice of the government's exhibits is necessary to provide Mr. Andrade with the fair trial he deserves.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 9, 2025, in San Francisco, California.

      /s/ *Kerrie C. Dent*
      Kerrie C. Dent