ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CHRISTIAAN HIGHSMITH (CABN 296282)
DAVID WARD (CABN 239504)
Assistant United States Attorneys

MATTHEW CHOU (CABN 325199)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    christiaan.highsmith@usdoj.gov
    david.ward@usdoj.gov
    matthew.chou2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>    Defendant. | CASE NO. 3:20-cr-00249-RS<br><br>**UNITED STATES' FIRST AMENDED EXHIBIT LIST**<br><br>Voir Dire:   Feb. 10, 2025 \| 9:00 a.m.<br>Jury Trial:   Feb. 11, 2025 \| 8:30 a.m.<br>Court:   Courtroom 3 \| 17th Floor<br>Judge:   Hon. Richard Seeborg |

    The United States of America hereby submits its first amended list of prospective exhibits it may seek to introduce into evidence at trial. Please see Attachment to this filing, which includes beginning Bates stamp, end Bates stamp, and approximate description of each exhibit.

    The amendments reflect not only the addition of new exhibits, but also the removal of over 200 exhibits that the government currently does not plan to introduce in its case-in-chief. The government removes these exhibits as a courtesy to the defendant—and in response to his unfounded claims that the

number of exhibits is unmanageable. *See, e.g.*, *United States v. Casamento*, 887 F.2d 1141, 1149 (2d Cir. 1989) (rejecting defendant's argument that trial was too complex despite "thousands of exhibits and the testimony of more than 275 witnesses" spanning 17 months and 21 defendants). Strikethroughs denote those exhibits the government does not currently plan to introduce.

The United States respectfully reserves its rights, in keeping with the Federal Rules of Criminal Procedure, to expand or modify this list before trial and to offer additional exhibits as may be necessary during trial.

DATED: February 9, 2025                               Respectfully submitted,

                                                      ISMAIL J. RAMSEY
                                                      United States Attorney

                                                              /s/
                                                      CHRISTIAAN H. HIGHSMITH
                                                      DAVID J. WARD
                                                      Assistant United States Attorneys

                                                      MATTHEW CHOU
                                                      Special Assistant United States Attorney