UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL JURY TRIAL MINUTES

**Date:** February 10, 2025    **Time:** 5 hours    **Judge:** RICHARD SEEBORG

**Case No.** 20-cr-00249-1-RS    **Case Name:** USA v. Rowland Marcus Andrade

**Attorney for Government:** Christiaan Highsmith, David Ward, Matthew Chou
**Attorney for Defendant:** Michael Shepard, Kerrie Dent, Cindy Diamond, Dainec Stefan
**Defendant:** [X] Present    [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody    [X] Not in Custody

**Deputy Clerk:** Corinne Lew    **Court Reporter:** Stephen Franklin

**Voir Dire:** February 10, 2025

**Further Trial:** February 11, 2025

## PROCEEDINGS

Jury Selection – Held.

## SUMMARY

Voir Dire Held.

12 jurors and 4 alternates have been selected and sworn.