UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00249-RS-1
Case Name: USA v. Andrade

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: Richard Seeborg | GOVERNMENT ATTORNEYS: David Ward, Christiaan Highsmith, Matthew Chou | DEFENSE ATTORNEYS: Michael Shepard, Kerrie Dent, Cindy Diamond, Dainec Stefan |
|---|---|---|
| TRIAL DATE: 2/10/2025 | REPORTER(S): Stephen Franklin | CLERK: Corinne Lew |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **2/10/2025** | | | | |
| | | 9:02 – 9:06 am | | | **Court in session. Parties are present.** | |
| | | 9:24 am | | | **Court and Counsel are present. Prospective jurors are present and sworn. Court addressed the prospective jurors. Voir dire began.** | |
| | | 10:56 – 11:10 am | | | **Break** | |
| | | 11:10 am | | | **Court and Counsel are present. Prospective jurors are present.** | |
| | | 11:10 am | | | **Voir Dire continued** | |
| | | 12:20 – 12:35 pm | | | **Side bar** | |
| | | 12:35 – 1:15 pm | | | **Lunch Break** | |
| | | 1:15 pm | | | **Court and Counsel are present. Prospective jurors are present. Voir dire continued.** | |
| | | 2:13 – 2:16 pm | | | **Side bar** | |
| | | 2:16 pm | | | **Voir Dire continued** | |
| | | 2:28 – 2:30 pm | | | **Side bar** | |
| | | 2:31 pm | | | **Voir Dire continued.** | |
| | | 2:36 – 3:31 pm | | | **Peremptory Challenges Begin.** | |
| | | 3:35 pm | | | **12 jurors and 4 alternates have been selected and sworn. The remaining jurors are excused.** | |
| | | 3:40 pm | | | **Jury is admonished and excused for the day. Jury Trial continued to February 11, 2025 at 8:30 am. Counsel to arrive at 8:00 am.** | |
| | | | | | | |