UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL JURY TRIAL MINUTES

**Date:** February 11, 2025   **Time:** 4 ½ hours   **Judge:** RICHARD SEEBORG

**Case No.** 20-cr-00249-1-RS   **Case Name:** USA v. Rowland Marcus Andrade

**Attorney for Government:** Christiaan Highsmith, David Ward, Matthew Chou
**Attorney for Defendant:** Michael Shepard, Kerrie Dent, Cindy Diamond, Dainec Stefan
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody   [X] Not in Custody

**Deputy Clerk:** Corinne Lew          **Court Reporter:** Stephen Franklin

**Voir Dire:** February 10, 2025

**Further Trial:** February 12, 2025

## PROCEEDINGS

Jury Trial – Held.

## SUMMARY

**Witnesses Sworn and Examined:** Brandi Jodoin

**Admitted Exhibits:**

**Government: 349, 538, 1122, 1496, 1497, 1498, 673**

**Defendant:**

.