## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**Case No: 20-cr-00249-RS-1**
**Case Name: USAv. Andrade**

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | | GOVERNMENT ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|---|
| Richard Seeborg | | David Ward, Christiaan Highsmith, Matthew Chou | Michael Shepard, Kerrie Dent, Cindy Diamond, Dainec Stefan |
| TRIAL DATE: | | REPORTER(S): | CLERK: |
| 2/11/2025 | | Stephen Franklin | Corinne Lew |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **2/11/2025** | | | | |
| | | 8:36 – 8:52 am | | | **Court convened. All counsel present. Jury Present. The Court preliminarily instructs the jury.** | |
| | | 8:52 – 9:17 am | | | **Governments' opening statement by David Ward.** | |
| | | 9:18 - 9:25 am | | | **Jury/Court recess.** | |
| | | 9:28 am – 10:43 am | | | **Court reconvened – with jury. Defense opening statement by Michael Shepard.** | |
| | | 10:43 am | | | **Break** | |
| | | 10:44 -10:46 am | | | **Court discussing matters outside the presence of the jury.** | |
| | | 11:02 am | | | **Court reconvened – with jury.** | |
| | | 11:02 am | | | **Government witness – Brandi Jodoin. Direct by Matthew Chou.** | |
| 349 | | 11:11 am | X | X | **Press Release on Aten Coin and NAC Foundation.** | |
| 538 | | 11:21 am | X | X | **FBI screenshot** | |
| 1122 | | 11:26 am | X | X | **FBI screenshot** | |
| 1496 | | 11:56 am | X | X | **Andrade email to Jodoins on 11/15/2015.** | |
| 1497 | | 11:59 am | X | X | **Andrade email re Kathy Ireland on 11/15/2015.** | |
| 1498 | | 12:03 pm | X | X | **Andrade email re Kathy Ireland on 11/15/2015.** | |
| 673 | | 12:14 pm | X | X | **Cover page of Aten Coin Roadmap to Success.** | |
| | | 12:32 pm | | | **Break** | |
| | | 12:52 pm | | | **Court reconvened – with jury.** | |
| | | 12:52 pm | | | **Resume direct with B. Jodoin by M. Chou.** | |
| | | | | | | |

**Case No: 20-cr-00249-RS-1**
**Case Name: <u>USA v. Andrade</u>**
**Date: <u>February 11, 2025</u>**
**Courtroom Deputy: <u>Corinne Lew</u>        - Court Reporter: <u>Stephen Franklin</u>**

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---------|---------|-------------------|----|----|-------------|-----|
| | | 1:12 pm | | | Cross of witness B. Jodoin by M. Shepard. | |
| | | 1:30 pm | | | Jury excused for the day – return on 2/12/2025 at 8:30 am. Counsel to appear at 8:00 am | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |