UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL JURY TRIAL MINUTES

**Date:** February 12, 2025     **Time:** 4 ½ hours     **Judge:** RICHARD SEEBORG

**Case No.** 20-cr-00249-1-RS     **Case Name:** USA v. Rowland Marcus Andrade

**Attorney for Government:** Christiaan Highsmith, David Ward, Matthew Chou
**Attorney for Defendant:** Michael Shepard, Kerrie Dent, Cindy Diamond, Dainec Stefan
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status**: [ ] In Custody   [X] Not in Custody

**Deputy Clerk:** Corinne Lew                **Court Reporter:** Stephen Franklin

**Voir Dire:** February 10, 2025

**Further Trial:** February 13, 2025

### PROCEEDINGS

Jury Trial – Held.

### SUMMARY

**Witnesses Sworn and Examined:** Brandi Jodoin, Michael Witte, Brian Darrow

**Admitted Exhibits:**

**Government: 810, 677, 1447, 41, 1441, 1048, 1448, 811, 1243, 1501, 1501 B, 748**

**Defendant:**

.