UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00249-RS-1
Case Name: USA v. Andrade

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: Richard Seeborg | GOVERNMENT ATTORNEYS: David Ward, Christiaan Highsmith, Matthew Chou | DEFENSE ATTORNEYS: Michael Shepard, Kerrie Dent, Cindy Diamond, Dainec Stefan |
|---|---|---|
| TRIAL DATE: 2/12/2025 | REPORTER(S): Stephen Franklin | CLERK: Corinne Lew |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **2/12/2025** | | | | |
| | | 8:11 am | | | Court convened. Counsel present. Parties discussing matters outside the presence of the jury. | |
| | | 8:33 am | | | Court reconvened with jury. | |
| | | 8:34 am | | | Resume cross of Brandi Jodoin by M. Shepard. | |
| | | 9:28 am | | | Re direct of witness B. Jodoin by M. Chou. | |
| | | 9:39 am | | | Witness B. Jodoin excused. | |
| | | 9:40 am | | | Government calls witness Michael Witte. Direct by Christiaan Highsmith. | |
| 810 | | 9:45 am | X | X | Email to M. Witte from Brian Darro dated 8/21/2015. | |
| 677 | | 9:47 am | X | X | Share Purchase Agreement. | |
| 1447 | | 9:54 am | X | X | Investor's Daily (September 20, 2017). | |
| 41 | | 10:02 am | X | X | Forbes Article | |
| | | 10:02 am | | | Break | |
| | | 10:20 am | | | Court reconvened with jury. | |
| | | 10:20 am | | | Resume direct of M. Witte by C. Highsmith. | |
| 1441 | | 10:26 am | | | Published article 9/20/2017. | |
| 1048 | | 10:32 am | X | X | Email to M. Witte from Andrade dated 7/30/2019. | |
| 1448 | | 10:49 am | X | X | Email to M. Witte from Andrade dated 5/27/2020. | |
| | | 10:59 am | | | Cross of witness M. Witte by D. Stefan. | |
| | | 11:26 am | | | Redirect of witness M. Witte by C. Highsmith. | |
| | | 11:28 am | | | Witness M. Witte excused. | |
| | | 11:29 am | | | Government calls witness Brian Darrow. Direct by D. Ward. | |

1

Case No: 20-cr-00249-RS-1
Case Name: <u>USA v. Andrade</u>
Date: <u>February 12, 2025</u>

**Courtroom Deputy: <u>Corinne Lew</u>         - Court Reporter:    <u>Stephen Franklin</u>**

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 811 | | 11:45 am | X | X | Email from Brian Darrow dated 10/15/15. | |
| | | 12:02 pm | | | Break | |
| | | 12:19 pm | | | Court reconvened with jury. | |
| | | 12:20 pm | | | Resume direct of B. Darrow by D. Ward. | |
| 1243 | | 12:20 pm | X | X | Chase Bank NAC Foundation Statement. | |
| 1501 | | 12:25 pm | X | X | Seized and scanned documents: wire instructions with Andrade signatures. | |
| | | 12:42 pm | | | Cross of witness B. Darrow by M. Shepard. | |
| | | 1:07 pm | | | Re direct of witness B. Darrow by D. Ward. | |
| 1501 B | | 1:15 pm | X | X | Commission Breakdown | |
| | | 1:20 pm | | | Re Cross of witness B. Darrow by M. Shepard. | |
| 748 | | 1:22 pm | X | X | Brian Darrow Plea Agreement. | |
| | | 1:24 pm | | | Re re direct of B. Darrow by D. Ward. | |
| | | 1:25 pm | | | Witness B. Darrow excused. | |
| | | 1:26 pm | | | Jury excused for the day -return on 2/13/2025 at 8:30 am. Counsel to appear at 8:00 am | |
| | | 1:27 pm | | | Court and counsel present discussing matters outside the presence of the jury. | |
| | | 1:30 pm | | | Court in recess. | |