UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL JURY TRIAL MINUTES

**Date:** February 13, 2025   **Time:** 4 ½ hours   **Judge:** RICHARD SEEBORG

**Case No.** 20-cr-00249-1-RS   **Case Name:** USA v. Rowland Marcus Andrade

**Attorney for Government:** Christiaan Highsmith, David Ward, Matthew Chou
**Attorney for Defendant:** Michael Shepard, Kerrie Dent, Cindy Diamond, Dainec Stefan
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody   [X] Not in Custody

**Deputy Clerk:** Corinne Lew   **Court Reporter:** Stephen Franklin

**Voir Dire:** February 10, 2025

**Further Trial:** February 14, 2025

### PROCEEDINGS

Jury Trial – Held.

### SUMMARY

Witnesses Sworn and Examined: Benjamin Boyer, Rene Acuna, Scott Bruffey, Brian Darling,

**Admitted Exhibits:**

**Government:** 1501.012, 1501.015, 727, 728, 626, 869, 731, 733, 734, 1224, 740, 602, 381, 236, 231, 852, 875, 1502, 1504, 666, 241, 196, 173, 506, 70, 195

**Defendant:**

.