UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00249-RS-1
Case Name: <u>USA v. Andrade</u>

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE:<br>Richard Seeborg | GOVERNMENT ATTORNEYS:<br>David Ward, Christiaan Highsmith, Matthew Chou | DEFENSE ATTORNEYS:<br>Michael Shepard, Kerrie Dent, Cindy Diamond, Dainec Stefan |
|---|---|---|
| TRIAL DATE:<br>2/13/2025 | REPORTER(S):<br>Stephen Franklin | CLERK:<br>Corinne Lew |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **2/13/2025** | | | | |
| | | 8:08 am – 8:30 am | | | **Court convened. Counsel present. Parties discussing matters outside the presence of the jury.**<br><br>**The following two exhibits are admitted 1501.012 and 1501.015 in place of 1501A and 1501B that were admitted on 2/12/2025.** | |
| 1501.012 | | 8:10 am | X | X | **Commission breakdown statement of B. Darrow.** | |
| 1501.015 | | 8:10 am | X | X | **Commission breakdown statement of B. Darrow.** | |
| | | 8:32 am | | | **Jury Present** | |
| | | 8:32 am | | | **Government calls witness Benjamin Boyer. Direct by C. Highsmith.** | |
| 727 | | 8:40 am | X | X | **Dillman sending Boyer the AML 2-pager.** | |
| 728 | | 8:44 am | X | X | **The 2-pager that Dillman sent externally, including to Ben Boyer at FBI-PHY-069002 (Dec. 26, 2017)** | |
| 626 | | 8:59 am | X | X | **FBI screenshot of AML Bitcoin website.** | |
| 869 | | 9:01 am | X | X | **Boyer0007446** | |
| 731 | | 9:04 am | X | X | **Email from Ben Boyer to J. Dillman date 12/27. 2017.** | |
| 733 | | 9:06 am | X | X | **Boyer0000037_Confidential** | |
| 734 | | 9:09 am | X | X | **Email to J. Dillman dated 1/8/2018.** | |
| 1224 | | 9:15 am | X | X | **Chase Bank x7620 David Salmon Statement** | |
| 740 | | 9:21 am | X | X | **Email from AML Bitcoin dated 3/26/2018.** | |
| 602 | | 9:35 am | X | X | **Mata emails Andrade the purchase agreement.** | |
| | | 9:48 am | | | **Cross of witness B. Boyer by D. Stefan.** | |
| | | | | | | |

1

Case No: 20-cr-00249-RS-1
Case Name: <u>USA v. Andrade</u>
Date: <u>February 13, 2025</u>

Courtroom Deputy: <u>Corinne Lew</u>         - Court Reporter:    <u>Stephen Franklin</u>

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10:00 am | | | Break | |
| | | 10:18 – 10:21 am | | | Court reconvened. Counsel present discussing matters outside the presence of the jury. | |
| | | 10:22 am | | | Jury Present | |
| | | 10:23 am | | | Resume cross of witness B. Boyer by D. Stefan. | |
| | | 11:01 am | | | Re direct of B. Boyer by C. Highsmith. | |
| 381 | | 11:05 am | X | X | Andrade Rolls Royce Picture. | |
| | | 11:07 am | | | Re cross of B. Boyer by D. Stefan. | |
| | | 11:09 am | | | Witness B. Boyer excused. | |
| | | 11:09 am | | | Government calls witness Rene Acuna. Direct by C. Highsmith. | |
| 236 | | 11:15 am | X | X | Email to R. Acuna from Support Aten Coin dated 7/23/2014. | |
| 231 | | 11:17 am | X | X | Purchase Agreement. | |
| | | 11:33 am | | | Cross of witness R. Acuna by D. Stefan. | |
| | | 11:42 am | | | Re direct of witness R. Acuna by C. Highsmith. | |
| | | 11:45 am | | | Re Cross of witness R. Acuna by D. Stefan. | |
| | | 11:46 am | | | Witness R. Acuna excused. | |
| | | 11:46 am | | | Government calls witness Scott Bruffey. Direct by C. Highsmith. | |
| 852 | | 11:50 am | X | X | Published article: Ferrara, "AML Bitcoin Strides Onto the World Stage" | |
| 875 | | 11:54 am | X | X | Email invoice. | |
| 1502 | | 11:55 am | X | X | Photo of Dec. 8, 2017 Bruffey invoice for $100 | |
| 1504 | | 11:57 am | X | X | Email from iamlbitcoin to Bruffey re listing and 6-month timeline dated 12/16/17. | |
| | | 12:02 pm | | | Break | |
| | | 12:02 pm | | | Court and counsel discussing matters outside the presence of the jury. | |
| | | 12:18 pm | | | Court reconvened. | |
| | | 12:18 pm | | | Jury Present. | |
| | | 12:18 pm | | | Resume direct of witness S. Bruffey by C. Highsmith. | |

Case No: 20-cr-00249-RS-1
Case Name: USA v. Andrade
Date: February 13, 2025
Courtroom Deputy: Corinne Lew         - Court Reporter:   Stephen Franklin

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 12:26 pm | | | Cross of witness S. Bruffey by K. Dent. | |
| | | 12:27 pm | | | Re direct of witness S. Bruffey by K. Dent. | |
| | | 12:29 pm | | | Witness S. Bruffey excused. | |
| | | 12:32 pm | | | Government calls witness Brian Darling. Direct by D. Ward. | |
| 666 | | 12:45 pm | X | X | Purchase Agreement | |
| 241 | | 12:50 pm | X | X | AML BitCoin Post Log. | |
| 196 | | 12:54 pm | X | X | Published article: Darling | |
| 173 | | 1:03 pm | X | X | AML BitCoin Mail. | |
| 506 | | 1:08 pm | X | X | Article AML | |
| 70 | | 1:10 pm | X | X | Abramoff emails Brian Darling and ccs Andrade. | |
| 195 | | 1:13 pm | X | X | Article | |
| | | 1:30 pm | | | Jury excused for the day-return on 2/14/2025 at 8:30 am. Counsel to appear at 8:00 am. | |
| | | 1:30 – 1:32 pm | | | Court and counsel discussing matters outside the presence of the jury. | |
| | | 1:32 pm | | | Court in recess. | |