Pages 1 - 25

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Richard Seeborg, Judge

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )
                                 )
   VS.                           )   NO.  3:20-CR-00249 RS
                                 )
ROWLAND MARCUS ANDRADE,          )
                                 )
            Defendant.           )
_____  )

                          San Francisco, California


                        **MASTER INDEX**


**APPEARANCES:**

For Plaintiff:
                    PATRICK D. ROBBINS
                    ACTING UNITED STATES ATTORNEY
                    450 Golden Gate Avenue
                    San Francisco, California 94102
            **BY:  CHRISTIAAN HIGHSMITH**
                 **DAVID J. WARD**
                 **MATTHEW CHOU**
                 **ASSISTANT UNITED STATES ATTORNEYS**

For Defendant:
                    KING & SPALDING, LLP
                    50 California Street, Suite 3300
                    San Francisco, California 94111
            **BY:  MICHAEL J. SHEPARD, ATTORNEY AT LAW**

            **(APPEARANCES CONTINUED ON FOLLOWING PAGE)**



REPORTED BY:  Ana Dub, RDR, RMR, CRR, CCRR, CRG, CCG
              CSR No. 7445, Official United States Reporter

1    **APPEARANCES:** (CONTINUED)

2    For Defendant:

3                            KING & SPALDING, LLC
                             1700 Pennsylvania Avenue, NW
                             Washington, D.C. 20006
4                        BY:  **KERRIE C. DENT, ATTORNEY AT LAW**

5                            KING & SPALDING, LLC
                             1185 Avenue of the Americas, 34th Floor
6                            New York, New York 10036
                         BY:  **DAINEC P. STEFAN, ATTORNEY AT LAW**

7

8                            LAW OFFICES OF CINDY A. DIAMOND
                             58 West Portal Avenue, Suite 350
9                            San Francisco, California 94127
                         BY:  **CINDY A. DIAMOND, ATTORNEY AT LAW**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# **M A S T E R   I N D E X**

Monday, February 10, 2025 - Volume 1

Tuesday, February 11, 2025 - Volume 2

Wednesday, February 12, 2025 - Volume 3

Thursday, February 13 , 2025 - Volume 4

Friday, February 14, 2025 - Volume 5

Tuesday, February 18, 2025 - Volume 6

Wednesday, February 19, 2025 - Volume 7

Thursday, February 20, 2025 - Volume 8

Friday, February 21, 2025 - Volume 9

Monday, February 24, 2025 - Volume 10

Tuesday, February 25, 2025 - Volume 11

Wednesday, February 26, 2025 - Volume 12

Thursday, February 27, 2025 - Volume 13

Friday, February 28, 2025 - Volume 14

Monday, March 3, 2025 - Volume 15

Tuesday, March 4, 2025 - Volume 16

Wednesday, March 5, 2025 - Volume 17

Monday, March 10, 2025 - Volume 18

Tuesday, March 11, 2025 - Volume 19

Wednesday, March 12, 2025 - Volume 20

1            **M A S T E R    I N D E X**

|                                          | **PAGE** | **VOL.** |
|------------------------------------------|---------|---------|
| Jury Voir Dire                           | 7       | 1       |
| Preliminary Jury Instructions            | 191     | 2       |
| Government Rests                         | 2295    | 14      |
| Charging Conference                      | 2639    | 16      |
| Defense Rests                            | 2813    | 17      |
| Government Rests                         | 2941    | 18      |
| Jury Instructions                        | 2952    | 19      |
| Closing Argument by Mr. Chou             | 2967    | 19      |
| Closing Argument by Mr. Shepard          | 3031    | 19      |
| Rebuttal Argument by Mr. Highsmith       | 3124    | 19      |
| Final Jury Instructions                  | 3153    | 19      |
| Verdict                                  | 3163    | 20      |

| **GOVERNMENT'S WITNESSES**               | **PAGE** | **VOL.** |
|------------------------------------------|---------|---------|
| **JODOIN, BRANDI**                       |         |         |
| (SWORN)                                  | 253     | 2       |
| Direct Examination by Mr. Chou           | 253     | 2       |
| Cross-Examination by Mr. Shepard         | 329     | 2       |
| **JODOIN, BRANDI (RECALLED)**            |         |         |
| (PREVIOUSLY SWORN)                       | 347     | 3       |
| Redirect Examination by Mr. Chou         | 374     | 3       |
| **WITTE, MICHAEL CHARLES**               |         |         |
| (SWORN)                                  | 382     | 3       |
| Direct Examination by Mr. Highsmith      | 382     | 3       |
| Cross-Examination by Mr. Stefan          | 423     | 3       |
| Redirect Examination by Mr. Highsmith    | 438     | 3       |
| **DARROW, BRIAN SCOTT**                  |         |         |
| (SWORN)                                  | 440     | 3       |
| Direct Examination by Mr. Ward           | 440     | 3       |
| Cross-Examination by Mr. Shepard         | 476     | 3       |
| Redirect Examination by Mr. Ward         | 491     | 3       |
| Recross-Examination by Mr. Shepard       | 499     | 3       |
| Redirect Examination by Mr. Ward         | 502     | 3       |

**M A S T E R   I N D E X**

**GOVERNMENT'S WITNESSES**                                    **PAGE**   **VOL.**

**BOYER, BENJAMIN**
(SWORN)                                                         525      4
Direct Examination by Mr. Highsmith                             525      4
Cross-Examination by Mr. Stefan                                 581      4
Redirect Examination by Mr. Highsmith                           616      4
Recross-Examination by Mr. Stefan                               622      4


**ACUNA, RENE**
(SWORN)                                                         623      4
Direct Examination by Mr. Highsmith                             623      4
Cross-Examination by Mr. Stefan                                 640      4
Redirect Examination by Mr. Highsmith                           645      4
Recross-Examination by Mr. Stefan                               647      4


**BRUFFEY, SCOTT**
(SWORN)                                                         648      4
Direct Examination by Mr. Highsmith                             649      4
Cross-Examination by Ms. Dent                                   669      4
Redirect Examination by Mr. Highsmith                           676      4



**DARLING, BRIAN**
(SWORN)                                                         678      4


**DARLING, BRIAN (RECALLED)**
(PREVIOUSLY SWORN)                                              733      5
Direct Examination by Mr. Ward                                  733      5
Cross-Examination by Mr. Stefan                                 751      5
Redirect Examination by Mr. Ward                                770      5
Recross-Examination by Mr. Stefan                               773      5


**HARGREAVES, DAVID**
(SWORN)                                                         774      5
Direct Examination by Mr. Chou                                  774      5
Cross-Examination by Mr. Shepard                                810      5
Redirect Examination by Mr. Chou                                824      5
Recross-Examination by Mr. Shepard                              829      5

```
 1              M A S T E R   I N D E X

 2   GOVERNMENT'S WITNESSES                    PAGE   VOL.

 3   RHETT, BYRON
       (SWORN)                                 833     5
 4   Direct Examination by Mr. Chou            833     5
     Cross-Examination by Mr. Shepard          846     5
 5

 6   KATZ, LESLIE
       (SWORN)                                 849     5
 7   Direct Examination by Mr. Ward            849     5

 8

 9   KATZ, LESLIE (RECALLED)
       (PREVIOUSLY SWORN)                      923     6
10   Cross-Examination resumed by Mr. Shepard  923     6
     Redirect Examination by Mr. Ward          937     6
11   Recross-Examination by Mr. Shepard        945     6

12

13   TRAN, BERNADETTE
       (SWORN)                                 946     6
14   Direct Examination by Mr. Chou            946     6
     Cross-Examination by Mr. Stefan           993     6
15   Redirect Examination by Mr. Chou         1023     6
     Recross-Examination by Mr. Stefan        1029     6
16

17   COWAN, MELANIE
       (SWORN)                                1030     6
18   Direct Examination by Mr. Ward           1030     6
     Cross-Examination by Mr. Shepard         1079     6
19   Redirect Examination by Mr. Ward         1094     6

20   SALMON, DAVID
       (SWORN)                                1107     7
21   Direct Examination by Mr. Highsmith      1107     7
     Cross-Examination by Ms. Diamond         1118     7
22

23   FOTEH, MELISSA
       (SWORN)                                1126     7
24   Direct Examination by Mr. Ward           1126     7
     Cross-Examination by Mr. Shepard         1150     7
25
```

```
 1                   M A S T E R   I N D E X

 2    GOVERNMENT'S WITNESSES                      PAGE   VOL.

 3    DE LA GUARDIA, CARLOS
         (SWORN)                                  1153    7
 4    Direct Examination by Mr. Highsmith          1153    7
      Cross-Examination by Mr. Shepard            1220    7
 5    Redirect Examination by Mr. Highsmith       1249    7

 6

 7    CARLSEN, EVAN
         (SWORN)                                  1252    7
 8    Direct Examination by Mr. Highsmith          1252    7
      Cross-Examination by Mr. Shepard            1275    7
 9

10    CARLSEN, EVAN (RECALLED)
         (PREVIOUSLY SWORN)                       1300    8
11    Cross-Examination resumed by Mr. Shepard    1300    8
      Redirect Examination by Mr. Highsmith       1310    8
12

13    SZEDER, JOHN
         (SWORN)                                  1312    8
14    Direct Examination by Mr. Ward              1313    8
      Cross-Examination by Mr. Stefan             1335    8
15    Redirect Examination by Mr. Ward            1360    8

16

17    O'MALLEY, SEAN
         (SWORN)                                  1362    8
18    Direct Examination by Mr. Highsmith          1362    8

19

20    MCCAVANAGH, KIERAN
         (SWORN)                                  1369    8
21    Direct Examination by Mr. Chou              1370    8
      Cross-Examination by Ms. Dent               1385    8
22

23    TRAN, HUNG QUOC
         (SWORN)                                  1389    8
24    Direct Examination by Mr. Highsmith          1389    8
      Cross-Examination by Mr. Stefan             1413    8
25    Redirect Examination by Mr. Highsmith       1422    8
```

1 **M A S T E R   I N D E X**

2 **GOVERNMENT'S WITNESSES**                    **PAGE**  **VOL.**

3 **ABLETT, KATHERINE**
   (SWORN)                                       1423    8
4 Direct Examination by Mr. Chou                 1423    8
   Cross-Examination by Mr. Stefan               1457    8

5

6 **BRYAN, JR., ANTHONY ADRIAN JOHN**
   (SWORN)                                       1490    9
7 Direct Examination by Mr. Ward                 1490    9
   Cross-Examination by Mr. Shepard              1562    9
8 Redirect Examination by Mr. Ward              1604    9
   Recross-Examination by Mr. Shepard           1612    9

9

10 **HERNANDEZ, VICTORIA**
   (SWORN)                                       1618    9
11 Direct Examination by Mr. Ward                1618    9
   Cross-Examination by Mr. Stefan               1624    9

12

13 **ABRAMOFF, JACK ALAN**
   (SWORN)                                       1644   10
14 Direct Examination by Mr. Highsmith           1644   10
   Cross-Examination by Mr. Shepard              1737   10

15

16 **ABRAMOFF, JACK ALAN (VIA ZOOM) (RECALLED)**
   (PREVIOUSLY SWORN)                            1813   11
17 Cross-Examination resumed by Mr. Shepard      1814   11
   Redirect Examination by Mr. Highsmith         1884   11
18 Recross-Examination by Mr. Shepard            1907   11

19

20 **CHIU, THERESA**
   (SWORN)                                       1934   12
21 Direct Examination by Mr. Chou                1934   12
   Cross-Examination by Mr. Shepard              1974   12
22 Redirect Examination by Mr. Chou              2019   12
   Recross-Examination by Mr. Shepard            2028   12

23

24 **CARFORA, JAMES**
   (SWORN)                                       2031   12
25 Direct Examination by Mr. Ward                2031   12

1          **M A S T E R    I N D E X**

2  **GOVERNMENT'S WITNESSES**                                    **PAGE**  **VOL.**

3  **CARFORA, JAMES (RECALLED)**
       (PREVIOUSLY SWORN)                                     2070   13
4  Cross-Examination by Mr. Shepard                           2070   13
   Redirect Examination by Mr. ward                          2082   13

5

6  **LING, BRYANT**
       (SWORN)                                                2084   13
7  Direct Examination by Mr. Chou                             2085   13
   Cross-Examination by Ms. Diamond                           2107   13
8  Redirect Examination by Mr. Chou                           2161   13
   Recross-Examination by Ms. Diamond                         2169   13

9

10 **QUINN, ETHAN**
       (SWORN)                                                2170   13
11 Direct Examination by Mr. Ward                             2171   13
   Cross-Examination by Mr. Stefan                            2204   13

12

13 **QUINN, ETHAN (RECALLED)**
       (PREVIOUSLY SWORN)                                     2245   14
14 Cross-Examination resumed by Mr. Stefan                    2245   14
   Redirect Examination by Mr. Ward                           2284   14
15 Recross-Examination by Mr. Stefan                          2294   14

16

17 **QUINN, ETHAN (CALLED IN REBUTTAL)**
       (SWORN)                                                2813   17
18 Direct Examination by Mr. Ward                             2813   17
   Cross-Examination by Mr. Stefan                            2827   17

19

20 **GREGORY, AMANDA (CALLED IN REBUTTAL)**
       (SWORN)                                                2835   17
21 Direct Examination by Mr. Highsmith                        2835   17

22 **GREGORY, AMANDA (RECALLED IN REBUTTAL)**
       (PREVIOUSLY SWORN)                                     2853   18
23 Direct Examination resumed by Mr. Highsmith                2853   18
   Cross-Examination by Ms. Diamond                           2873   18
24 Redirect Examination by Mr. Highsmith                      2930   18
   Recross-Examination by Ms. Diamond                         2936   18

25

1                        **M A S T E R   I N D E X**

2       **DEFENDANT'S WITNESSES**                              **PAGE**   **VOL.**

3       **TINKER, JEFFREY**
          (SWORN)                                             2297    14
4       Direct Examination by Mr. Stefan                      2297    14
        Cross-Examination by Mr. Highsmith                    2318    14
5       Redirect Examination by Mr. Stefan                    2325    14
        Recross-Examination by Mr. Highsmith                  2328    14

6

7       **RUZICKA, KARL STEVEN**
          (SWORN)                                             2329    14
8       Direct Examination by Ms. Diamond                     2329    14
        Cross-Examination by Mr. Chou                         2360    14
9       Redirect Examination by Ms. Diamond                   2368    14

10

11      **FAHY, JOHN RICHARD**
          (SWORN)                                             2370    14
12      Direct Examination by Mr. Stefan                      2370    14
        Cross-Examination by Mr. Ward                         2384    14
13      Redirect Examination by Mr. Stefan                    2395    14
        Recross-Examination by Mr. Ward                       2397    14

14

15      **WEISSMAN, ARTHUR NORMAN**
          (SWORN)                                             2398    14
16      Direct Examination by Ms. Diamond                     2399    14
        Cross-Examination by Mr. Highsmith                    2417    14
17      Redirect Examination by Ms. Diamond                   2422    14

18

19      **MIN, ERIK**
          (SWORN)                                             2471    16
20      Direct Examination by Mr. Stefan                      2471    16
        Cross-Examination by Mr. Chou                         2533    16
21      Redirect Examination by Mr. Stefan                    2591    16
        Recross-Examination by Mr. Chou                       2615    16

22

23      **ARMSTRONG, LEVI**
          (SWORN)                                             2617    16
24      Direct Examination by Ms. Diamond                     2617    16

25

**M A S T E R   I N D E X**

**DEFENDANT'S WITNESSES**                                           **PAGE**   **VOL.**

**ARMSTRONG, LEVI (RECALLED)**
(PREVIOUSLY SWORN)                                                   2697      17
Direct Examination resumed by Ms. Diamond                           2697      17
Cross-Examination by Mr. Highsmith                                  2754      17
Redirect Examination by Ms. Diamond                                2780      17
Recross-Examination by Mr. Highsmith                               2792      17

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 6 | | 1664 | 10 |
| 7 | | 1664 | 10 |
| 8 | | 1199 | 7 |
| 10 | | 1202 | 7 |
| 16 | | 1664 | 10 |
| 17 | | 1664 | 10 |
| 20 | | 864 | 5 |
| 23 | | 2823 | 17 |
| 30 | | 779 | 5 |
| 38 | | 1074 | 6 |
| 41 | | 397 | 3 |
| 58 | | 976 | 6 |
| 60 | | 979 | 6 |
| 62 | | 982 | 6 |
| 66 | | 984 | 6 |

# **M A S T E R   I N D E X**

## **E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 68 | | 1314 | 8 |
| 70 | | 701 | 4 |
| 91 | | 1259 | 7 |
| 92 | | 1259 | 7 |
| 99 | | 2097 | 13 |
| 114 | | 1664 | 10 |
| 115 | | 869 | 5 |
| 141 | | 1664 | 10 |
| 142 | | 1664 | 10 |
| 143 | | 1054 | 6 |
| 145 | | 882 | 5 |
| 162 | | 1271 | 7 |
| 170 | | 1664 | 10 |
| 171 | | 1664 | 10 |
| 173 | | 695 | 4 |
| 195 | | 703 | 4 |
| 196 | | 689 | 4 |
| 221 | | 1331 | 8 |
| 222 | | 1324 | 8 |
| 227 | | 1318 | 8 |
| 231 | | 628 | 4 |
| 236 | | 626 | 4 |

# **M A S T E R  I N D E X**

## **E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 240 | | 760 | 5 |
| 241 | | 686 | 4 |
| 342 | | 2196 | 13 |
| 347 | | 2194 | 13 |
| 348 | | 2195 | 13 |
| 349 | | 260 | 2 |
| 380 | | 2180 | 13 |
| 381 | | 620 | 4 |
| 383 | | 1446 | 8 |
| 384 | | 1446 | 8 |
| 387 | | 1427 | 8 |
| 389 | | 1427 | 8 |
| 390 | | 1427 | 8 |
| 391 | | 1427 | 8 |
| 405 | | 794 | 5 |
| 418 | | 1607 | 9 |
| 420 | | 1549 | 9 |
| 432 | | 1511 | 9 |
| 433 | | 1519 | 9 |
| 434 | | 1515 | 9 |
| 435 | | 1502 | 9 |
| 436 | | 1427 | 8 |

# M A S T E R   I N D E X

## E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 437 | | 1427 | 8 |
| 439 | | 1427 | 8 |
| 442 | | 1427 | 8 |
| 443 | | 1427 | 8 |
| 446 | | 1427 | 8 |
| 447 | | 1427 | 8 |
| 449 | | 1052 | 6 |
| 450 | | 1427 | 8 |
| 451 | | 1427 | 8 |
| 452 | | 1427 | 8 |
| 453 | | 1427 | 8 |
| 455 | | 1427 | 8 |
| 458 | | 1427 | 8 |
| 460 | | 1427 | 8 |
| 461 | | 734 | 5 |
| 462 | | 1427 | 8 |
| 463 | | 1427 | 8 |
| 464 | | 1427 | 8 |
| 465 | | 1427 | 8 |
| 466 | | 1427 | 8 |
| 467 | | 1427 | 8 |
| 471 | | 1427 | 8 |

# **M A S T E R   I N D E X**

## **E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 473 | | 1049 | 6 |
| 486 | | 1427 | 8 |
| 488 | | 836 | 5 |
| 489 | | 884 | 5 |
| 494 | | 1427 | 8 |
| 495 | | 1427 | 8 |
| 497 | | 1427 | 8 |
| 502 | | 1427 | 8 |
| 505 | | 1427 | 8 |
| 506 | | 699 | 4 |
| 512 | | 1427 | 8 |
| 513 | | 1427 | 8 |
| 515 | | 1427 | 8 |
| 518 | | 1427 | 8 |
| 523 | | 1427 | 8 |
| 525 | | 1427 | 8 |
| 528 | | 1427 | 8 |
| 529 | | 1427 | 8 |
| 530 | | 1427 | 8 |
| 531 | | 1427 | 8 |
| 532 | | 1427 | 8 |
| 533 | | 1427 | 8 |

# **M A S T E R   I N D E X**

## **E X H I B I T S**

| **TRIAL EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|
| 537 | | 1427 | 8 |
| 538 | | 267 | 2 |
| 544 | | 1451 | 8 |
| 549 | | 772 | 5 |
| 551 | | 951 | 6 |
| 555 | | 1902 | 11 |
| 560 | | 2287 | 14 |
| 581 | | 1450 | 8 |
| 582 | | 1450 | 8 |
| 587 | | 746 | 5 |
| 598 | | 2176 | 13 |
| 602 | | 572 | 4 |
| 626 | | 543 | 4 |
| 652 | | 2190 | 13 |
| 666 | | 683 | 4 |
| 671 | | 2817 | 17 |
| 672 | | 2817 | 17 |
| 677 | | 387 | 3 |
| 705 | | 2815 | 17 |
| 706 | | 738 | 5 |
| 707 | | 740 | 5 |
| 716 | | 2177 | 13 |

# **M A S T E R  I N D E X**

## **E X H I B I T S**

| **TRIAL EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|
| 727 | | 530 | 4 |
| 728 | | 533 | 4 |
| 731 | | 548 | 4 |
| 733 | | 550 | 4 |
| 734 | | 552 | 4 |
| 740 | | 561 | 4 |
| 748 | | 500 | 3 |
| 764 | | 1664 | 10 |
| 765 | | 1664 | 10 |
| 776 | | 2182 | 13 |
| 777 | | 2184 | 13 |
| 778 | | 2185 | 13 |
| 779 | | 2185 | 13 |
| 780 | | 2185 | 13 |
| 781 | | 2185 | 13 |
| 782 | | 2185 | 13 |
| 783 | | 2185 | 13 |
| 784 | | 2185 | 13 |
| 785 | | 2185 | 13 |
| 786 | | 2185 | 13 |
| 792 | | 784 | 5 |
| 805 | | 2191 | 13 |

**M A S T E R   I N D E X**

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 807 | | 2820 | 17 |
| 810 | | 386 | 3 |
| 811 | | 452 | 3 |
| 852 | | 651 | 4 |
| 864 and 1447 | | 725 | 5 |
| 865 | | 2186 | 13 |
| 869 | | 546 | 4 |
| 875 | | 654 | 4 |
| 880 | | 1163 | 7 |
| 881 | | 1169 | 7 |
| 884 | | 1180 | 7 |
| 884 | | 1772 | 10 |
| 885 | | 1183 | 7 |
| 891 | | 1194 | 7 |
| 893 | | 1205 | 7 |
| 897 | | 1504 | 9 |
| 898 | | 1664 | 10 |
| 900 | | 1664 | 10 |
| 901 | | 1664 | 10 |
| 902 | | 1530 | 9 |
| 909 | | 1664 | 10 |
| 913 | | 1664 | 10 |

# **M A S T E R   I N D E X**

## **E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 914 | | 1664 | 10 |
| 920 | | 1664 | 10 |
| 926 | | 1664 | 10 |
| 930 | | 1664 | 10 |
| 932 | | 1664 | 10 |
| 938 | | 1664 | 10 |
| 939 | | 1901 | 11 |
| 951 | | 1664 | 10 |
| 966 | | 1664 | 10 |
| 1029 | | 1508 | 9 |
| 1034 | | 1524 | 9 |
| 1037 | | 1542 | 9 |
| 1048 | | 407 | 3 |
| 1057 | | 1047 | 6 |
| 1064 | | 1664 | 10 |
| 1069 | | 1557 | 9 |
| 1087 | | 2192 | 13 |
| 1088 | | 2174 | 13 |
| 1090 | | 1890 | 11 |
| 1091 | | 1890 | 11 |
| 1092 | | 1890 | 11 |
| 1096 | | 1067 | 6 |

# M A S T E R  I N D E X

## E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 1097 | | 1066 | 6 |
| 1106 | | 1456 | 8 |
| 1117 | | 1456 | 8 |
| 1122 | | 270 | 2 |
| 1143 | | 1446 | 8 |
| 1144 | | 735 | 5 |
| 1146 | | 1427 | 8 |
| 1150 | | 1427 | 8 |
| 1151 | | 1540 | 9 |
| 1152 | | 1427 | 8 |
| 1153 | | 1427 | 8 |
| 1154 | | 1433 | 8 |
| 1156 | | 1173 | 7 |
| 1223 | | 1108 | 7 |
| 1224 | | 557 | 4 |
| 1224 | | 1111 | 7 |
| 1243 | | 462 | 3 |
| 1422 | | 1075 | 6 |
| 1427, page 20, lines 1 through 9 | | 1131 | 7 |
| 1427, page 28, lines 2 through 8 | | 1134 | 7 |
| 1427, page 21, lines 17 through 24 | | 1147 | 7 |
| 1427, page 22, lines 2 through 25 | | 1147 | 7 |

**M A S T E R   I N D E X**

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 1427, page 23, lines 1 through 24 | | 1148 | 7 |
| 1433 | | 1623 | 9 |
| 1441 | | 401 | 3 |
| 1443 | | 790 | 5 |
| 1445 | | 1664 | 10 |
| 1447 | | 392 | 3 |
| 1448 | | 417 | 3 |
| 1453 | | 799 | 5 |
| 1457 | | 1197 | 7 |
| 1459 | | 1499 | 9 |
| 1465 | | 2188 | 13 |
| 1467 | | 776 | 5 |
| 1469 | | 954 | 6 |
| 1470 | | 958 | 6 |
| 1474 | | 1374 | 8 |
| 1475 | | 1380 | 8 |
| 1477 | | 1455 | 8 |
| 1478 | | 1455 | 8 |
| 1479 | | 1427 | 8 |
| 1480 | | 1427 | 8 |
| 1481 | | 1427 | 8 |
| 1482 | | 1427 | 8 |

# M A S T E R   I N D E X

## E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 1485 | | 2197 | 13 |
| 1486 | | 2200 | 13 |
| 1487 | | 2202 | 13 |
| 1488 | | 2093 | 13 |
| 1489 | | 2093 | 13 |
| 1490 | | 2093 | 13 |
| 1491 | | 2093 | 13 |
| 1492 | | 2103 | 13 |
| 1493 | | 2103 | 13 |
| 1494 | | 2103 | 13 |
| 1495 | | 2103 | 13 |
| 1501 | | 465 | 3 |
| 1501B | | 496 | 3 |
| 1501-012 and 1501-015 | | 510 | 4 |
| 1502 | | 656 | 4 |
| 1504 | | 658 | 4 |
| 1510 | | 1161 | 7 |
| 1513 | | 1191 | 7 |
| 1514 | | 1206 | 7 |
| 1516 | | 2093 | 13 |
| 1517 | | 1940 | 12 |

# **M A S T E R   I N D E X**

## **E X H I B I T S**

| **TRIAL EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|
| 1518 | | 2025 | 12 |
| 1519 | | 1943 | 12 |
| 1520 | | 2020 | 12 |
| 1521 | | 2202 | 13 |
| 1523 | | 2252 | 14 |
| 2105 | | 1572 | 9 |
| 2106 | | 1573 | 9 |
| 2221 | | 1591 | 9 |
| 2253 | | 1593 | 9 |
| 2275 | | 814 | 5 |
| 2277 | | 2390 | 14 |
| 2327 | | 2808 | 17 |
| 2333 | | 2808 | 17 |
| 2334 | | 2808 | 17 |
| 2337 | | 2808 | 17 |
| 2471 | | 933 | 6 |
| 2599 | | 1233 | 7 |
| 2743 | | 2411 | 14 |
| 2744 | | 2411 | 14 |
| 2987 | | 1796 | 10 |
| 3047 | | 1821 | 11 |

# **M A S T E R   I N D E X**

## **E X H I B I T S**

| **TRIAL EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|
| 3054 | | 935 | 6 |
| 3056 | | 2805 | 17 |
| 3109 | | 878 | 5 |
| 3112 | | 900 | 5 |
| 3132 | | 2346 | 14 |
| 3133 | | 2346 | 14 |
| 3134 | | 2346 | 14 |
| 3135 | | 2346 | 14 |
| 3136 | | 2346 | 14 |
| 3137 | | 2346 | 14 |
| 3138 | | 2346 | 14 |
| 3139 | | 2346 | 14 |
| 3140 | | 2346 | 14 |
| 3141 | | 2346 | 14 |
| 3142 | | 2346 | 14 |
| 3143 | | 2346 | 14 |
| 3144 | | 2346 | 14 |
| 3146 | | 2346 | 14 |
| 3147 | | 2346 | 14 |
| 3149 | | 2337 | 14 |
| 3150 | | 932 | 6 |

# M A S T E R   I N D E X

## E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 3161 | | 1122 | 7 |
| 3164 | | 1023 | 6 |
| 3165 | | 1018 | 6 |
| 3168 | | 925 | 6 |
| 3170 | | 1088 | 6 |
| 3188 | | 1119 | 7 |
| 3190 | | 1304 | 8 |
| 3202 | | 2808 | 17 |
| 3313 | 912 | | 6 |
| 3325 | | 2306 | 14 |
| 3338 | | 2002 | 12 |
| 3342 | | 1979 | 12 |
| 3344 | | 2805 | 17 |
| 3363 | | 2416 | 14 |
| 3369 | | 2412 | 14 |
| 3376 | | 2414 | 14 |
| 3384 | | 2303 | 14 |
| 3386 | | 2355 | 14 |
| 3387 | | 2353 | 14 |
| 3388 | | 2358 | 14 |
| 3389 | | 2358 | 14 |
| 3392 | | 2805 | 17 |