UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00249-RS-1
Case Name: <u>USAv. Andrade</u>

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: Richard Seeborg | GOVERNMENT ATTORNEYS: David Ward, Christiaan Highsmith, Matthew Chou | DEFENSE ATTORNEYS: Michael Shepard, Kerrie Dent, Cindy Diamond, Dainec Stefan |
|---|---|---|
| TRIAL DATE: 2/14/2025 | REPORTER(S): Stephen Franklin | CLERK: Corinne Lew |

| PLF NO. | DEF NO. | DATE/TIME OFFERED 2/14/2025 | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 8:06 – 8:25 am |  |  | Court convened. Counsel present. Parties are discussing matters outside the presence of the jury. Exhibit 1447 was admitted on 2/12/2025. 864 is identical to 1447 and admitted, Juror #5 is excused and replaced with alternate 1. |  |
| 864 1447 |  | 8:11 – 8:24 am | X | X | Investor's Daily |  |
|  |  | 8:32 am |  |  | Court reconvened – Jury Present. |  |
|  |  | 8:32 am |  |  | Resume direct of Brian Darling by D. Ward. |  |
| 461 |  | 8:35 am | X | X | Screenshot of online content posted by AML Bitcoin. |  |
| 1144 |  | 8:36 am | X | X | Screenshot |  |
| 706 |  | 8:41 am | X | X | Email from J. Abramoff dated 2/23/18. |  |
| 707 |  | 8:44 am | X | X | AML Bitcoin Press Clips. |  |
| 587 |  | 8:54 am | X | X | Email from M. Andrade dated 2/21/19. |  |
|  |  | 9:00 am |  |  | Cross of witness B. Darling by D. Stefan. |  |
| 240 |  | 9:12 am | X | X | AML Bitcoin Token Log. |  |
|  |  | 9:25 am |  |  | Re direct of B. Darling by D. Ward. |  |
| 549 |  | 9:28 am | X | X | Letter to Mr. Goodell dated 1/30/18. |  |
|  |  | 9:30 am |  |  | Re cross of B. Darling by D. Stefan. |  |
|  |  | 9:30 am |  |  | Witness B. Darling excused. |  |
|  |  | 9:31 am |  |  | Government calls witness David Hargreaves. Direst by M. Chou. |  |
| 1467 |  | 9:35 am | X | X | Email from K. Kitto dated 10/4/17. |  |

1

Case No: 20-cr-00249-RS-1
Case Name: <u>USA v. Andrade</u>
Date:<u> February 14, 2025</u>
Courtroom Deputy: <u>Corinne Lew</u>         - Court Reporter<u>: Stephen Franklin</u>

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 30 | | 9:39 am | X | X | Email from J. Dillman dated 10/5/17. | |
| 792 | | 9:46 am | X | X | Email from J. Dillman dated 10/10/17. | |
| 1443 | | 9:57 am | X | X | AML BitCoin Press Release. | |
| | | 10:00 am | | | Break | |
| | | 10:15 am | | | Court reconvened- Jury Present. | |
| | | 10:17 am | | | Resume re direct of witness D. Hargreaves. Direct by M. Chou. | |
| 405 | | 10:18 am | X | X | Press Release. | |
| 1453 | | 10:26 am | X | X | Email from D. Hargreaves dated 11/7/17. | |
| | | 10:41 am | | | Cross of witness D. Hargreaves by M. Shepard. | |
| | | 11:06 am | | | Re direct of witness of D. Hargreaves by M. Chou. | |
| | | 11:12 am | | | Re cross of witness of D. Hargreaves by M. Shepard. | |
| | | 11:17 am | | | Witness D. Hargreaves excused. | |
| | | 11:18 am | | | Government calls witness Byron Rhett. Direct by M. Chou. | |
| 488 | | 11:22 am | X | X | Photo. | |
| | | 11:40 am | | | Cross of witness B. Rhett by M. Shepard. | |
| | | 11:43 am | | | Witness B. Rhett excused. | |
| | | 11:43 am | | | Break | |
| | | 12:00 pm | | | Court reconvened - Jury Present | |
| | | 12:03 pm | | | Government calls witness Leslie Katz. Direct by D. Ward. | |
| 20 | | 12:23 pm | X | X | Email from J. Dillman to Leslie Katz dated 12/12/17.you | |
| 115 | | 12:31 pm | X | X | Email from M. Andrade to Leslie Katz dated 3/6/18. | |
| | 3109 | 12:45 pm | X | X | Draft press release. | |
| 145 | | 12:52 pm | X | X | Invitation Newsom for Governor 2018. | |
| 489 | | 12:55 pm | X | X | Photo | |
| | | 1:01 pm | | | Cross of witness L. Katz by M. Shepard. | |
| | | | | | | |

2

Case No: 20-cr-00249-RS-1
Case Name: <u>USA v. Andrade</u>
Date:<u> February 14, 2025</u>
Courtroom Deputy: <u>Corinne Lew</u>         - Court Reporter:<u>   Stephen Franklin          </u>

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | 3112 | 1:22 pm | X | X | Announcement dated 1/16/2018 Silicon Valley Blockchain & ICO Investors. | |
| | | 1:30 pm | | | Jury excused for the day – return on 2/18/2025 at 8:30 am. Counsel to appear at 8:00 am. | |
| | | 1:31 – 1:32 pm | | | Court and counsel present discussing matters outside of the presence of the jury. | |
| | | 1:32 pm | | | Court in recess. | |

3