UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL JURY TRIAL MINUTES

**Date:** February 18, 2025    **Time:** 4 ½ hours    **Judge:** RICHARD SEEBORG

**Case No.** 20-cr-00249-1-RS    **Case Name:** USA v. Rowland Marcus Andrade

**Attorney for Government:** Christiaan Highsmith, David Ward, Matthew Chou
**Attorney for Defendant:** Michael Shepard, Kerrie Dent, Cindy Diamond, Dainec Stefan
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody   [X] Not in Custody

**Deputy Clerk:** Corinne Lew          **Court Reporter:** Ana Dub

**Voir Dire:** February 10, 2025

**Further Trial:** February 19, 2025

## PROCEEDINGS

Jury Trial – Held.

## SUMMARY

**Witnesses Sworn and Examined:** Leslie Katz, Bernadette Tran, Melanie Cowan,

**Admitted Exhibits:**

**Government:** 551, 1469, 1470, 58, 60, 62, 66, 1057, 473, 449, 143, 1097, 1096, 38, 1422

**Defendant:** 3168, 3150, 2471, 3054, 3165, 3164, 3170

.