UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Case No: 20-cr-00249-RS-1
Case Name: <u>USA v. Andrade</u>

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | GOVERNMENT ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| Richard Seeborg | David Ward, Christiaan Highsmith, Matthew Chou | Michael Shepard, Kerrie Dent, Cindy Diamond, Dainec Stefan |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| 2/18/2025 | Ana Dub | Corinne Lew |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | <u>2/18/2025</u> | | | | |
| | | 8:07 am – 8:20 am | | | Court convened. Counsel present. Parties are discussing matters outside the presence of the jury. The Court grants defendant's request to withdraw exhibit 3313. | |
| | | 8:34 am | | | Court reconvened- with jury. | |
| | | 8:34 am | | | Resume cross of witness L. Katz by M. Shepard. | |
| | 3168 | 8:37 am | X | X | Email – Black Gold Coin Engagement letter. | |
| | 3150 | 8:48 am | X | X | Buy AML Tokens | |
| | 2471 | 8:50 am | X | X | AML Website | |
| | 3054 | 8:55 am | X | X | Email | |
| | | 8:58 am | | | Re direct of L. Katz by D. Ward. | |
| | | 9:08 am | | | Re cross of L. Katz by M. Shepard | |
| | | 9:08 am | | | Witness L. Katz excused. | |
| | | 9:09 am | | | Government calls witness Bernadette Tran. Direct by M. Chou. | |
| 551 | | 9:16 am | X | X | List of people invoiced for buying AML Bitcoin. | |
| 1469 | | 9:20 am | X | X | Master ATEN list. | |
| 1470 | | 9:27 am | X | X | Master Audit List. | |
| 58 | | 9:52 am | X | X | Email from Melanie Cowan dated 9/11/2018. | |
| 60 | | 9:57 am | X | X | Email from David Mata dated 9/11/2018. | |
| 62 | | 10:00 am | X | X | Press Release | |
| 66 | | 10:03 am | X | X | Andrade email asking to see all website texts. | |
| | | 10:15 am | | | Break | |
| | | 10:15 – 10:16 am | | | Counsel present. Parties are discussing matters outside the presence of the jury. | |

1

Case No: 20-cr-00249-RS-1
Case Name: <u>USA v. Andrade</u>
Date: <u>February 18, 2025</u>
Courtroom Deputy: <u>Corinne Lew</u>        - Court Reporter:   <u>Ana Dub</u>

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10:34 am | | | Court reconvened- with jury. | |
| | | 10:34 am | | | Cross of witness B. Tran by D. Stefan. | |
| | 3165 | 11:14 am | X | X | Email from B. Tran dated 9/20/2018. | |
| | 3164 | 11:25 am | X | X | Hit BTC AML Blockchain | |
| | | 11:25 am | | | Re direct of witness B. Tran by M. Chou. | |
| | | 11:33 am | | | Re cross of witness B. Tran by D. Stefan. | |
| | | 11:34 am | | | Witness B. Tran excused. | |
| | | 11:34 am | | | Government calls witness Melanie Cowan. Direct by D. Ward. | |
| 1057 | | 11:58 pm | X | X | Email dated 2/2018 | |
| 473 | | 12:01 pm | X | X | FBI screenshot of online content posted by AML Bitcoin's social media accounts. | |
| | | 12:03 pm | | | Break | |
| | | 12:20 pm | | | Court reconvened- with jury. | |
| | | 12:20 pm | | | Resume direct of witness M. Cowan by D. Ward. | |
| 449 | | 12:23 pm | X | X | Instagram post AML Bitcoin. | |
| 143 | | 12:24 pm | X | X | List of M. Cowan's tasks. | |
| 1097 | | 12:40 pm | X | X | Crypto Currency | |
| 1096 | | 12:41 pm | X | X | Crypto Currency | |
| 38 | | 12:50 pm | X | X | Handwritten list of "Post ICO" investors. | |
| 1422 | | 12:52 pm | X | X | Handwritten sticky note labeled. | |
| | | 12:56 pm | | | Cross of witness M. Cowan by M. Shepard. | |
| | 3170 | 1:11 pm | X | X | AML Purchase Agreements. | |
| | | 1:24 pm | | | Re direct of witness M. Cowan by D. Ward. | |
| | | 1:26 pm | | | Witness M. Cowan excused. | |
| | | 1:26 pm | | | Jury excused for the day – return on 2/19/2025 at 8:30 am. Counsel to appear at 8:00 am. | |
| | | 1:27 – 1:29 pm | | | Court and counsel present discussing matters outside the presence of the jury. | |
| | | 1:30 pm | | | Court in recess | |
| | | | | | | |
| | | | | | | |