1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

2

3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division

4  CHRISTIAAN HIGHSMITH (CABN 296282)
   DAVID WARD (CABN 239504)

5  Assistant United States Attorneys

6  MATTHEW CHOU (CABN 325199)
   Special Assistant United States Attorney

7
         450 Golden Gate Avenue, Box 36055
8        San Francisco, California 94102-3495
         Telephone: (415) 436-7200
9        christiaan.highsmith@usdoj.gov
         david.ward@usdoj.gov
10       matthew.chou2@usdoj.gov

11 Attorneys for United States of America

12                        UNITED STATES DISTRICT COURT

13                       NORTHERN DISTRICT OF CALIFORNIA

14                             SAN FRANCISCO DIVISION

15

16 | UNITED STATES OF AMERICA,           ) CASE NO. 3:20-cr-00249-RS
                                         )
17 |       Plaintiff,                    ) **UNITED STATES' SECOND AMENDED**
                                         ) **EXHIBIT LIST**
18 |    v.                               )
                                         ) Jury Trial:   8:30 a.m. thru ~Mar. 10, 2025
19 | ROWLAND MARCUS ANDRADE,             ) Court:        Courtroom 3 | 17th Floor
                                         ) Judge:        Hon. Richard Seeborg
20 |       Defendant.                    )
                                         )
21 |                                     )

22      The United States of America hereby submits its second amended list of prospective exhibits it

23 may seek to introduce into evidence at trial. Please see Attachment to this filing, which includes

24 beginning Bates stamp, end Bates stamp, and approximate description of each exhibit. The government

25 will also submit an Excel version of the exhibit list via email to the Court and the parties.

26      Compared to the first exhibit list, the amendments reflect not only the addition of new exhibits,

27 but also the removal of over 200 exhibits that the government currently does not plan to introduce in its

28 case-in-chief. The government removes these exhibits as a courtesy to the defendant—and in response to

his unfounded claims that the number of exhibits is unmanageable. *See, e.g.*, *United States v. Casamento*, 887 F.2d 1141, 1149 (2d Cir. 1989) (rejecting defendant's argument that trial was too complex despite "thousands of exhibits and the testimony of more than 275 witnesses" spanning 17 months and 21 defendants). Strikethroughs denote those exhibits the government does not currently plan to introduce.

      The United States respectfully reserves its rights, in keeping with the Federal Rules of Criminal Procedure, to expand or modify this list before trial and to offer additional exhibits as may be necessary during trial.

DATED: February 18, 2025                   Respectfully submitted,

                                                     ISMAIL J. RAMSEY
                                                     United States Attorney

                                                     /s/
                                                     CHRISTIAAN H. HIGHSMITH
                                                     DAVID J. WARD
                                                     Assistant United States Attorneys

                                                     MATTHEW CHOU
                                                     Special Assistant United States Attorney