UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL JURY TRIAL MINUTES

**Date:** February 19, 2025    **Time:** 4 ½ hours    **Judge:** RICHARD SEEBORG

**Case No.** 20-cr-00249-1-RS    **Case Name:** USA v. Rowland Marcus Andrade

**Attorney for Government:** Christiaan Highsmith, David Ward, Matthew Chou
**Attorney for Defendant:** Michael Shepard, Kerrie Dent, Cindy Diamond, Dainec Stefan
**Defendant:** [X] Present    [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody    [X] Not in Custody

**Deputy Clerk:** Corinne Lew            **Court Reporter:** Ana Dub

**Voir Dire:** February 10, 2025

**Further Trial:** February 20, 2025

## PROCEEDINGS

Jury Trial – Held.

## SUMMARY

**Witnesses Sworn and Examined:** David Salmon, Melissa Foteh, Carlos De La Guardia, Evan Carlsen

**Admitted Exhibits:**

Government: 1223, 1224, 1427 pg. 20 line 1 through 9 (cond. adm.), 1427 pg. 28 line 2 through 8 (cond. adm.), 1427 pg. 21 line 17 through 24 (cond. adm.), 1427 pg. 22 line 2 through 25 (cond. adm.), 1427 pg. 23 line 1 through 24 (cond. adm.), 1510, 880, 881, 1156, 884, 885, 1513, 891, 1457, 8, 10, 893, 1514, 91, 92, 162

Defendant: 3188, 3161, 2599

.