UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00249-RS-1
Case Name: USAv. Andrade

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: Richard Seeborg | GOVERNMENT ATTORNEYS: David Ward, Christiaan Highsmith, Matthew Chou | DEFENSE ATTORNEYS: Michael Shepard, Kerrie Dent, Cindy Diamond, Dainec Stefan |
|---|---|---|
| TRIAL DATE: 2/20/2025 | REPORTER(S): Ana Dub | CLERK: Corinne Lew |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **2/20/2025** | | | | |
| | | 8:05 – 8:15 am | | | **Court convened. Counsel Present. Parties discussing matters outside the presence of the jury.** | |
| | | 8:32 am | | | **Court reconvened. Jury Present.** | |
| | | 8:32 am | | | **Resume cross of E. Carlsen by M. Shepard.** | |
| | 3190 | 8:38 am | X | X | **Updated Report** | |
| | | 8:47 am | | | **Re direct of witness E. Carlsen by C. Highsmith.** | |
| | | 8:49 am | | | **Witness E. Carlsen excused.** | |
| | | 8:49 am | | | **Government calls witness John Szeder. Direct by D. Ward.** | |
| 68 | | 8:52 am | X | X | **Email from J. Dillman dated 9/18/2017.** | |
| 227 | | 8:57 am | X | X | **Email to J. Szeder from J. Dillman re: public facing CEO dated 10/30/2017.** | |
| 222 | | 9:04 am | X | X | **Email to M. Andrade from J. Szeder re contract approval.** | |
| 221 | | 9:15 am | X | X | **Email to M. Andrade from J. Szeder dated 6/5/2018.** | |
| | | 9:18 am | X | X | **Cross of witness J. Szeder by D. Stefan.** | |
| | | 9:42 – 9:48 am | | | **Sidebar** | |
| | | 9:48 am | | | **Resume cross of witness J. Szeder by D. Stefan.** | |
| | | 9:55 am | | | **Re direct of witness J. Szeder by D. Ward.** | |
| | | 9:57 am | | | **Witness J. Szeder excused.** | |
| | | 9:58 am | | | **Break** | |
| | | 10:17 am | | | **Court reconvened. Jury Present** | |
| | | 10:17 am | | | **Government calls witness Sean O'Malley. Direct by C. Highsmith.** | |

1

Case No: 20-cr-00249-RS-1
Case Name: USA v. Andrade
Date: February 20, 2025
Courtroom Deputy: Corinne Lew        - Court Reporter:   Ana Dub

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10:27 am | | | Witness S. O'Malley excused. | |
| | | 10:28 am | | | Government calls witness Kieran McCavanagh. Direct by M. Chou. | |
| 1474 | | 10:35 am | X | X | Email from K. McCavanagh re pre-game and agency of record letter. | |
| 1475 | | 10:42 am | X | X | McCavanagh receives email from Andrade and request to decide on ad by 10:30 am. | |
| | | 10:50 am | | | Cross of witness K. McCavanagh by K. Dent. | |
| | | 10:55 am | | | Witness K. McCavanagh excused. | |
| | | 10:56 am | | | Government calls witness Hung Quoc Tran. Direct by C. Highsmith. | |
| | | 11:30 am | | | Cross of witness H. Tran by D. Stefan. | |
| | | 11:43 am | | | Re direct of H. Tran by C. Highsmith. | |
| | | 11:43 am | | | Witness H. Tran excused. | |
| | | 11:44 am | | | Government calls witness Kathryn Ablett. Direct by M. Chou. | |
| 387 | | 11:50 am | X | X | Screenshots of social media websites. | |
| 389 | | | X | X | | |
| 390 | | | X | X | | |
| 391 | | | X | X | | |
| 436 | | | X | X | | |
| 437 | | | X | X | | |
| 439 | | | X | X | | |
| 442 | | | X | X | | |
| 443 | | | X | X | | |
| 446 | | | X | X | | |
| 447 | | | X | X | | |
| 450 thru 453 | | | X X | X X | | |
| 455 | | | X | X | | |
| 458 | | | X | X | | |
| 460 | | | X | X | | |
| 462 | | | X | X | | |
| 463 thru 467 | | | X X | X X | | |
| 471 | | | X | X | | |

2

Case No: 20-cr-00249-RS-1
Case Name: <u>USA v. Andrade</u>
Date: <u>February 20, 2025</u>
Courtroom Deputy: <u>Corinne Lew</u>     - Court Reporter: <u>Ana Dub</u>

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 486 |  | 11:50 am | X | X | Screenshots of social media websites. |  |
| 494 |  |  | X | X |  |  |
| 495 |  |  | X | X |  |  |
| 497 |  |  | X | X |  |  |
| 502 |  |  | X | X |  |  |
| 505 |  |  | X | X |  |  |
| 512 |  |  | X | X |  |  |
| 513 |  |  | X | X |  |  |
| 515 |  |  | X | X |  |  |
| 517 |  |  | X | X |  |  |
| 518 |  |  | X | X |  |  |
| 523 |  |  | X | X |  |  |
| 525 |  |  | X | X |  |  |
| 528 thru 533 |  |  | X | X |  |  |
| 537 |  |  | X | X |  |  |
| 1146 |  |  | X | X |  |  |
| 1150 |  |  | X | X |  |  |
| 1152 |  |  | X | X |  |  |
| 1153 |  |  | X | X |  |  |
| 1479 thru 1482 |  |  | X | X |  |  |
|  |  | 11:57 am |  |  | Break |  |
|  |  | 12:17 pm |  |  | Court reconvened. Counsel Present. Parties discussing matters outside the presence of the jury. |  |
|  |  | 12:19 pm |  |  | Jury Present. |  |
|  |  | 12:20 pm |  |  | Resume direct of K. Ablett by M. Chou. |  |
| 1154 |  | 12:30 pm | X | X | Screenshot of social media websites. |  |
| 383 |  | 12:39 pm | X | X | FBI download of May 25, 2015 press release. |  |
| 384 |  |  | X | X | FBI download of March 23, 2025 |  |
| 1143 |  | 12:39 pm | X | X | Download of Ferrara. |  |

3

Case No: 20-cr-00249-RS-1
Case Name: <u>USA v. Andrade</u>
Date: <u>February 20, 2025</u>
Courtroom Deputy: <u>Corinne Lew</u>   - Court Reporter: <u>  Ana Dub  </u>

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 581 |  | 12:43 pm | X | X | **Youtube Video** |  |
| 582 |  |  |  |  | **Youtube Video** |  |
| 544 |  | 12:48 pm | X | X | **Nevada Secretary of State Inc. documents for NAC Foundation.** |  |
| 1477 |  | 12:53 pm | X | X | **Certificate of Authenticity for NAC Payroll Articles** |  |
| 1478 |  | 12:53 pm | X | X | **NAC Payroll Services: Statement of Information.** |  |
| 1106 |  | 12:56 pm | X | X | **FBI Screenshot of online content taken on 1/3/2018.** |  |
| 1117 |  |  |  |  | **FBI Screenshot of online content taken on 1/3/2018.** |  |
|  |  | 12:56 pm |  |  | **Cross of witness K. Ablett by D. Stefan** |  |
|  |  | 1:04 – 1:11 pm |  |  | **Sidebar** |  |
|  |  | 1:11 pm |  |  | **Resume cross of witness K. Ablett by D. Stefan.** |  |
|  |  | 1:12 pm |  |  | **Witness K. Ablett excused.** |  |
|  |  | 1:13 pm |  |  | **Jury excused for the day – return on 2/21/2025 at 8:30 am. Counsel to appear at 8:00 am.** |  |
|  |  | 1:14 – 1:24 pm |  |  | **Court and counsel present discussing matters outside the presence of the jury.** |  |
|  |  | 1:24 pm |  |  | **Court in recess.** |  |