UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL JURY TRIAL MINUTES

**Date:** February 21, 2025    **Time:** 4 hours    **Judge:** RICHARD SEEBORG

**Case No.** 20-cr-00249-1-RS    **Case Name:** USA v. Rowland Marcus Andrade

**Attorney for Government:** Christiaan Highsmith, David Ward, Matthew Chou
**Attorney for Defendant:** Michael Shepard, Kerrie Dent, Cindy Diamond, Dainec Stefan
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody   [X] Not in Custody

**Deputy Clerk:** Corinne Lew    **Court Reporter:** Ana Dub

**Voir Dire:** February 10, 2025

**Further Trial:** February 24, 2025

### PROCEEDINGS

Jury Trial – Held.

### SUMMARY

**Witnesses Sworn and Examined:** John Bryan, Victoria Hernandez

**Admitted Exhibits:**

**Government:** 1459, 435, 897, 1029, 432, 434, 433, 1034, 902, 1151, 1037, 420, 1069, 418, 1433

**Defendant:** 2105, 2106, 2221, 2253

.