UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Case No: 20-cr-00249-RS-1
Case Name: <u>USAv. Andrade</u>

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | GOVERNMENT ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| Richard Seeborg | David Ward, Christiaan Highsmith, Matthew Chou | Michael Shepard, Kerrie Dent, Cindy Diamond, Dainec Stefan |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| 2/24/2025 | Ana Dub | Corinne Lew |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | <u>2/24/2025</u> | | | | |
| | | 8:11 – 8:20 am | | | Court convened. All parties are present. Parties discussing matters outside the presence of the jury. | |
| | | 8:30 am | | | Court reconvened. Jury Present. | |
| | | 8:35 am | | | Government calls witness Jack Abramoff. Witness testifying remotely via zoom. Direct by C. Highsmith. | |
| 171 | | 9:06 am | X | X | Abramoff emails Andrade draft Roff article. | |
| 170 | | | X | X | Abramoff emails Andrade draft Roff article. | |
| 142 | | | X | X | Abramoff sends Andrade a draft article. | |
| 114 | | | X | X | Andrade tells Darling and Abramoff to post article. | |
| 1445 | | | X | X | Abramoff email to Andrade. | |
| 913 | | | X | X | Whatsapp with Andrade. | |
| 914 | | | X | X | Whatsapp with Andrade. | |
| 141 | | | X | X | Aten Group Limited Mail. | |
| 765 | | | X | X | Dillman emails. | |
| 764 | | | X | X | Dillman email to CEO of Bittrex exchange. | |
| 7 | | | X | X | Abramoff – Andrade email. | |
| 6 | | | X | X | Abramoff-Andrade email. | |
| 920 | | | X | X | Abramoff whatsapp with Andrade. | |
| 926 | | | X | X | Abramoff whatsapp with Andrade. | |
| 930 | | | X | X | Abramoff whatsapp with Andrade. | |
| 898 | | | X | X | Whatsapp from Abramoff's seized phone. | |
| 1064 | | | X | X | Email from Abramoff re: Ad story board video. | |
| 900 | | | X | X | Whatsapp from Abramoff's seized phone | |
| 938 | | | X | X | Abramoff whatsapp with Andrade. | |
| 17 | | | X | X | Super Bowl: Abramoff asks Andrade to send an email. | |
| 16 | | | X | X | Abramoff emails Andrade the NFL letter, and asks, "Good to go?" | |

1

Case No: 20-cr-00249-RS-1
Case Name: <u>USA v. Andrade</u>
Date: <u>February 24, 2025</u>
Courtroom Deputy: <u>Corinne Lew</u>         - Court Reporter:   <u>Ana Dub</u>

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 951 | | | X | X | **Abramoff whatsapp with Andrade.** | |
| 901 | | | X | X | **Whatsapp from Abramoff's seized phone.** | |
| 909 | | | X | X | **Whatsapp with Andrade.** | |
| 932 | | | X | X | **Abramoff whatsapp with Andrade.** | |
| 966 | | | X | X | **Abramoff whatsapp with Andrade** | |
| | | 9:20 am | | | **Break** | |
| | | 9:33 am | | | **Court reconvened.** **Jury Present.** | |
| | | 9:33 am | | | **Resume direct of J. Abramoff by C. Highsmith.** | |
| | | 10:40 am | | | **Break** | |
| | | 10:59 am | | | **Court reconvened.** **Jury Present.** | |
| | | 10:59 am | | | **Resume direct of J. Abramoff by C. Highsmith.** | |
| | | 11:17 am | | | **Cross of J. Abramoff by M. Shepard.** | |
| | | 11:57 pm | | | **Break** | |
| | | 12:11 pm-12:18 pm | | | **Court reconvened. All parties are present. Parties discussing matters outside the presence of the jury.** | |
| | | 12:19 pm | | | **Jury Present.** | |
| | | 12:19 pm | | | **Cross of J. Abramoff by M. Shepard.** | |
| 884 | | 12:32 pm | X | X | **Whatsapp with Andrade and Abramoff.** | |
| | 2987 | 1:20 pm | X | X | **Email to Abramoff and Andrade dated 4/27/2018.** | |
| | | 1:28 pm | | | **Jury excused for the day – return on 2/25/2025 at 8:30 am. Counsel to appear at 8:00 am.** | |
| | | 1:28 – 1:34 pm | | | **Court and counsel present discussing matters outside the presence of the jury.** **The Court Granted Defendant's Motion in Limine regarding admission of defense exhibit 3202. The exhibit will be admitted but redacted out between Mata and Ablett.** | |
| | | 1:34 pm | | | **Court in recess.** | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

2