UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00249-RS-1
Case Name: USA v. Andrade

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: Richard Seeborg | GOVERNMENT ATTORNEYS: David Ward, Christiaan Highsmith, Matthew Chou | DEFENSE ATTORNEY: Michael Shepard, Kerrie Dent, Cindy Diamond, Dainec Stefan |
|---|---|---|
| TRIAL DATE: 2/27/2025 | REPORTER(S): Ana Dub | CLERK: Corinne Lew |

| PLF NO. | DEF NO. | DATE/TIME OFFERED 2/27/2025 | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:09 – 8:28 am | | | Court convened. Court and counsel discussing matters outside the presence of the jury. | |
| | | 8:39 am | | | Court reconvened. Jury Present. | |
| | | 8:39 am | | | Cross of witness J. Carfora by M. Shepard. | |
| | | 8:58 am | | | Re direct of witness J. Carfora by D. Ward. | |
| | | 9:01 am | | | Witness J. Carfora excused. | |
| | | 9:02 am | | | Government calls witness Bryant Ling. Direct by M. Chou. | |
| 1488 | | 9:10 am | X | X | Audio recording | |
| 1489 | | | X | X | Audio recording | |
| 1490 | | | X | X | Audio recording | |
| 1491 | | | X | X | Audio recording | |
| 1516 | | | X | X | Audio recording | |
| 99 | | 9:30 am | X | X | Email from B. Ling to Mr. Andrade and Mr. Abramoff. | |
| 1492 | | 9:37 am | X | X | Audio recording | |
| 1493 | | | X | X | Audio recording | |
| 1494 | | | X | X | Audio recording | |
| 1495 | | | X | X | Audio recording | |
| | | 10:00 am | | | Break | |
| | | 10:19 am | | | Court reconvened. Jury Present. | |
| | | 10:20 am | | | Cross of witness B. Ling by C. Diamond. | |
| | | 10:26 – 10:27 am | | | Side bar | |
| | | 10:27 am | | | Resume cross of witness B. Ling by C. Diamond. | |
| | | 11:20 am | | | Break | |

1

Case No: 20-cr-00249-RS-1
Case Name: <u>USA v. Andrade</u>
Date: <u>February 27, 2025</u>
Courtroom Deputy: <u>Corinne Lew</u>       - Court Reporter:   <u>Ana Dub</u>

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 11:32 – 11:38 am | | | Court reconvened. Court and counsel discussing matters outside the presence of the jury. | |
| | | 11:40 am | | | Jury Present. | |
| | | 11:40 am | | | Resume cross of witness B. Ling by C. Diamond. | |
| | | 11:54 am | | | Re direct of witness B. Ling by M. Chou. | |
| | | 12:05 pm | | | Re cross of witness B. Ling by C. Diamond. | |
| | | 12:06 pm | | | Witness B. Ling excused. | |
| | | 12:06 pm | | | Government calls witness Ethan Quinn. Direct by D. Ward. | |
| 1088 | | 12:11 pm | X | X | Email from M. Monex to T. Poon. | |
| 598 | | 12:12 pm | X | X | Email from M. Monex to T. Kane. | |
| 716 | | 12:14 pm | X | X | White paper. | |
| 380 | | 12:17 pm | X | X | Andrade Bio. | |
| 776 | | 12:20 pm | X | X | Email from J. Dillman. | |
| 777 | | 12:22 pm | X | X | Email from J. Dillman | |
| 778 779 780 781 782 783 784 785 786 | | 12:23 pm | X X X X X X X X X | X X X X X X X X X | Series of Dillman emails | |
| 865 | | 12:25 pm | X | X | AML Bitcoin account post's. | |
| 1465 | | 12:27 pm | X | X | Email from Andrade | |
| 652 | | 12:29 pm | X | X | Subscriber Information for Twitter Account @AML Bitcoin. | |
| 805 | | 12:30 p m | X | X | Image of cell phone | |
| 1087 | | 12:33 pm | X | X | Email from M. Andrade. | |
| 347 | | 12:35 pm | X | X | Pic of Abramoff House and Truck | |
| 348 | | 12:36 pm | X | X | Pic of Abramoff House and Truck | |

Case No: 20-cr-00249-RS-1
Case Name: <u>USA v. Andrade</u>
Date: <u>February 27, 2025</u>
Courtroom Deputy: <u>Corinne Lew</u>       - Court Reporter:   <u>Ana Dub</u>

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 342 | | 12:37 pm | X | X | Pic of Abramoff House. | |
| 1485 | | 12:38 pm | X | X | Audio recording. | |
| 1486 | | 12:47 pm | X | X | Audio recording. | |
| 1487 | | 12:54 pm | X | X | Audio recording. | |
| 1521 | | 12:54 pm | X | X | Audio recording. | |
| | | 1:03 pm | | | Cross of witness E. Quinn by D. Stefan. | |
| | | 1:27 pm | | | Jury excused for the day – return on 2/28/2025 at 8:30 am.  Counsel to appear at 8:00 am. | |
| | | 1:27 – 1:36 pm | | | Court and counsel discussing matters outside the presence of the jury. | |
| | | 1:36 pm | | | Court in recess. | |

3