

Marcus Andrade <ceo@amlbitcoin.com>

# Weekly Management Update
2 messages

**DITN Team** <hello@dit.network>  Tue, Jul 3, 2018 at 11:54 AM
Reply-To: DITN Team <hello@dit.network>
To: Marcus <ceo@amlbitcoin.com>

View this email in your browser



| Date | 03Jul2018 |
|---|---|
| Location | 23 Austin Friars, London |
| Subject | Weekly Management Update |
| Minutes Author | Mikail Conybeare [MC] |
| Present | David Olalla [DO]<br>Nigel Quantick [NQ]<br>Warren Cully [WC] |
| Online | Simon Clark [SC] |
| Distribution | Angela Knight [AK], Bill Greaves [BG], Jack Abramoff [JA], John Crawford [JC], John Langdon [JL], Marcus Andrade [MA], Raymond Robertson [RR], Richard Naimer [RN], Terence Poon [TP] |



Dear Marcus,

Welcome to the new look weekly update. We have tried to make this look and feel easier to read and digest.

Above you will see the latest roadmap. Please bear in mind that this is dynamic and when we enter the R3 Project and the FCA Sandbox, we will find the priority of items changes.

This is where we are right now:

- **App 1.0**
    - This is scheduled to be killed off in early August. MVP 2.0 will take over as the demo system at this point.
- **MVP 2.0**
    - 'Minimum viable product' version for implementation in the FCA sandbox, scheduled for release at the end of August. This covers all the required functionality present in App 1.0 and will include Corda integration.
- **2.1 Sharing**
    - Users will have the ability to permission and share their profiles with other companies.
- **2.2 Remote Security Module**
    - Functionality for a security user to identify a CV user from their biometrics (face or voice).
- **2.3 3rd Party Authentication**
    - Third parties can get an authentication token from a trusted party to verify customers.
- **2.4 Workflows**
    - Adding the ability to create custom workflows, adding new company entity roles, and editable roles and permissions.

Sales channels and leads are tracked here.

When they become opportunities they are managed in Salesforce.

| Negotiation | Update | Owner | Action Date |
|---|---|---|---|
| Panama Ship Registry | RN has followed up with Carlos Delaguardia and we are happy to appoint a local Value added Reseller [VaR] and follow up with Morgan & Morgan has been done. | RN | 06Jul2018 |

| Meeting Held | Update | Owner | Action Date |
|---|---|---|---|
| Banca Mediolanum | NQ followed up with Demetrio Migliatori on 29Jun2018, awaiting response. | NQ | 06Jul2018 |

| Qualification | Update | Owner | Action Date |
|---|---|---|---|
| FCA Sandbox | NQ part filled application, to be completed this week. We need to include LSE contact details if they are partnering us. Also requested is our business plan. | NQ | 06Jul2018 |
| GBX | Nick Cowan has been contacted and timetables are being checked for a meeting. | RR | TBC |
| Kazakhstan FC | On hold | | |
| FATF | No updates. NQ awaiting response from Mark Whaley at the Anti Corruption Commission in Cayman. | NQ | TBC |
| Port of Dover | Need to arrange demo date | RR | TBC |
| Prisa Group | Proposal has been sent in order to determine seriousness of Prisa intent. | RN | TBC |
| Royal Mint | No update | | |
| TransferWise | Pilot to be arranged | RN | TBC |
| Uphold | Calls with CEO and CTO have taken place. They have tested the patents and they are sound. | RN | TBC |
| Uzbekistan | No update | | |

| Leads | Update | Owner | Action Date |
|---|---|---|---|
| Citigroup | No update | | |
| Credit Suisse | Followed up again with Emmanuel Aidoo – still awaiting response. | NQ | 06Jul2018 |
| Diligex | Chased Kevin Plumpton several times - no response. | | |
| Liberia | New lead | RN | TBC |
| Sierra Leone | New lead | RN | TBC |
| Somalia | Sent flyer | RN | TBC |
| Sap.io | Call took place and they are looking to invest in tech companies. They will only invest EUR 100-500k, normally EUR 200k. This gets you accelerated into the SAP ecosystem. Partnership programme normally requires EUR 20m turnover. | | |
| WhiteSmith | Nothing back from them. | | |
| Illinois Government | Source of info: https://sites.google.com/view/blockchain-govt-tracker | | |

### Product Management

Sonin, an agency have been appointed for the web development work. This can start once Bill has completed the wireframes for the admin portal.

CrossVerify Platform - work continues on the database schema. Production will use Oracle and the team is currently testing H2 an in memory database on the QA environment.

### Partners

R3 - we have been told that we will be on the 25 July showcase call. NQ is waiting for details.

Aware - we have provisional pricing from Aware for the Knomi mobile and server, but the numbers provided do not go high enough. Aware have said they will revert with more tiers and also pricing on the document verification solution they resell.

### Finance

A call is to be set up with JL, SC, RN and NQ to discuss the budget.

VAT reclaim is ready to go in when the bank account is ready.

Invoices can be submitted direct to XERO, SC to supply the email address for this.

© DIT Network Ltd, 2018. All Rights Reserved
23 Austin Friars, London, EC2N 2QP, UK

Want to change how you receive these emails?
You can update your preferences or unsubscribe.

  

This email was sent to ceo@amlbitcoin.com
*why did I get this?*   unsubscribe from this list   update subscription preferences
DIT Network · 23 Austin Friars · London, EC2N 2QP · United Kingdom



---

**Marcus Andrade** <ceo@amlbitcoin.com>                                         Tue, Jul 3, 2018 at 2:57 PM
To: Richard Naimer <richard@dit.network>

Please have Nigel REMOVE Jack. Let him know that Jack is not to be copied on any of the communications.

Thanks,

Marcus
[Quoted text hidden]
--

Marcus Andrade, Founder
NAC Foundation, LLC
7495 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
Office: 1-702-515-4038