

Marcus Andrade <ceo@amlbitcoin.com>

# Weekly Management Update - 18th September 2018
3 messages

**Nigel Quantick** <nigel@dit.network>  Sun, Sep 23, 2018 at 9:44 AM
To: All Staff <allstaff@dit.network>

Apologies for the delay in sending out the update.

| Date | 18Sep2018 | 10:30-11:10 |
|---|---|---|
| Location | 23 Austin Friars, London | |
| Subject | Weekly Management Update | |
| Minutes Author | Nigel Quantick [NQ] | |
| Present | Brian Miranda [BM], David Olalla [DO], Nathan Chi Maduakor [NM], Nigel Quantick [NQ], Warren Cully [WC] | |
| Online | Raymond Robertson [RR], Richard Naimer [RN], Virginia Kuzmicki [VK] | |
| Distribution | Angela Knight [AK], Bill Greaves [BG], John Crawford [JC], Marcus Andrade [MA], Mikail Conybeare [MC], Simon Clark [SC], Terence Poon [TP] | |

| Issue | By | Update | Owner | Action Date |
|---|---|---|---|---|
| **Leads** | | | | |
| China | RN | There's a possibility to present to President Xi as a part of a small delegation of Tech companies. This would qualified / preceded by a demo in the London office in the week of 01 October. We need to get the explainer video translated into Mandarin. | RR | Now |
| CordaCon | BM | We now have 17 live opportunities to follow up with, these include ING, BAML, Standard Chartered, HSBC, BNP Paribas, Hiscox, etc. | BM | Ongoing |

| Barclays | RR | Angela met with Barclays and has introduced NQ via email. NQ to send documentation. | NQ | 28Sep2018 |
|---|---|---|---|---|
| Crypto Compliance | NQ | Various calls held with Crypto Compliance. They are explaining their workflow / tech stack on 24Sep. | NQ | 24Sep2018 |
| UK Dept of DCMS | NQ | Met with Andrew Elliott in charge of Identity policy who works at Department of Digital, Culture, Media and Sport. Identity is a mess across all UK Government departments. GOV.UK Verify, the official government identity scheme is not working and will be phased out over the next two years. | | |
| EY | RR | Martin Watkins is back from a business trip and we are his #1 priority. | RR | Sep2018 |
| Gibraltar | RR | To chase | RR | Sep2018 |
| Port of Dover | RR | To chase | RR | Sep2018 |

| |
|---|
| **Product Management** |
| • Rackspace: discussions underway to have them help build and manage the operational servers which will be hosted on AWS. Timeline for them to document, design and build the system is 6-8 weeks. They follow a structured process methodology and it will not be quicker than that. This fits in with our 2.0.2 commercial release timing.<br>• Current version is 2.0.0 and this will be enhanced by version 2.0.1 which has some demo improvements. 2.0.1 is currently under development.<br>• Version 1 servers at AWS Mumbai have been terminated, i.e. not running. These need to be backed up offline.<br>• Latest Product Roadmap available here: https://bit.ly/2NvhHVt |
| **Partners** |
| • R3 cancelled the planned meeting on Wednesday at the last moment. We are pushing ahead with other contacts in the organisation.<br>• Blockchain Finance Conference Dublin – is booked, RN and BM attending. Screen organised for stand, we need to determine what fliers etc we take.<br>    • Aware – we have a quote for the development licence for the Knomi S software. |
| **Finance** |
| • Natwest bank account setup still in progress – No update from last week. |

| | |
|---|---|
| **Recruitment** | |
| | • Awaiting Ioan Troana (developer) to join 08 October. |
| **Marketing** | |
| | • Twitter – since you cannot use 'verify' in any Twitter name, we are using @MyTrustedID.<br>• www.dit.network website has been updated and a revised site is due once the screens for 2.0.1 have been completed. |
| **Other** | |
| | • London & Partners – we have joined the Mayor of London's Business Growth Programme in order to capitalise on the networking and introductions that L&P can do for us. It's a zero cost programme. |

Many thanks,

Nigel

Nigel Quantick

m. +44 7770 858 000

---

**Marcus Andrade** <ceo@amlbitcoin.com>  Sun, Sep 23, 2018 at 10:20 AM
To: "Ponig, Christina" <Christina.Ponig@dlapiper.com>, "Pollard, Allissa" <Allissa.Pollard@dlapiper.com>, "Meshulam, Deborah R." <deborah.meshulam@dlapiper.com>

[Quoted text hidden]
--

Marcus Andrade, Founder
NAC Foundation, LLC
7495 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
Office: 1-702-515-4038

---

**Ponig, Christina** <Christina.Ponig@dlapiper.com>  Sun, Sep 23, 2018 at 6:26 PM
To: Marcus Andrade <ceo@amlbitcoin.com>
Cc: "Pollard, Allissa" <Allissa.Pollard@dlapiper.com>, "Meshulam, Deborah R." <deborah.meshulam@dlapiper.com>

Thanks, Marcus. There are a lot of exciting opportunities afoot.

Christina Ponig Maccio
Partner
DLA Piper LLP (US)

Sent from my iPhone

On Sep 23, 2018, at 10:22 AM, Marcus Andrade <ceo@amlbitcoin.com> wrote:

> **[EXTERNAL]**
>
> [Quoted text hidden]

Please consider the environment before printing this email.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.