

FBI-302-025014