11:40
5GE
Christine Lee
Wednesday • 3:15 PM
Texting with Christine (SMS/MMS)
Hi Christine, this is Ethan. Thank you for forwarding the information. I had a chance to review, and I just had a couple quick follow on questions. Could you give me a call when you've got some free time?
Wednesday • 5:41 PM
C
Hi! Sorry was finishing work! I'm available now
Sorry I missed the call. Call back anytime
Thursday • 1:22 PM
C
Sorry about the delay! I'm available now for a bit! So no rush
Thursday • 3:41 PM
Text message

FBI-302-025028