**From:**          Christine Lee <christinelee1@gmail.com>
**Sent:**          Tuesday, February 22, 2022 9:26 PM
**To:**            Quinn, Ethan A. (SF) (FBI)
**Subject:**       [EXTERNAL EMAIL] -  Facebook msgs

Download full resolution images
Available until Mar 24, 2022



FBI-302-025055



FBI-302-025056



9:17

**Japheth Dillman**
Active 1h ago

Shaina e

👍

Whatever the normal rates are for everyone.... Triple it

❤️

And with the high ceilings, is there an I beam or any kind of rigging points

And add plane tickets and hotel on top

Been a rough year for you all

Omg

I mean we can hire lots of performers, but 3x will be a lot 😄

↩ Japheth replied to you

And with the high ceilings, is there an I beam or any kind of rigging points

I'll look into it a ⬇ nday evening. Send me all your

Aa

3

FBI-302-025057



**9:17**

**Japheth Dillman**
Active 1h ago

I'll look into it all Monday evening. Send me all your questions

↩ Japheth replied to you

I mean we can hire lots of performers, but 3x will be a lot 😄

I don't care, my treat

Yes here's all the technical questions:

I'll confirm the date today, venue Monday evening

Attendee size today (intimate, like 8-10 guests)

1. Ceiling height, if there's an I beam or rigging point, if not-then how much overall space is there to put up a free standing rig (diameter on the ground)

I'll have dinner catered for the performers

2. What does the ground look

Aa

4

FBI-302-025058



**9:17**                                      LTE

< 👤 **Japheth Dillman**
     Active 1h ago                      📞 📹

> 2. What does the ground look like? Is it wooden? Carpet? And again how many feetxfeet for performance

> 3. Will the be a dj, or somewhere we can hook up sound?

It's cement

> 4. Would you want a show? Or more ambient performance

ZK Gallery

> 5. Is it themed?

Modern graffiti art gallery

Very nice

I need to check with the owner

> Ooh cool looking it up

But they owe me a big favor 😉

I'm going to be booking a lot of events    ↓

➕ 📷 🖼 🎤   Aa              😊 👍

5



9:17    ..ll LTE

**Japheth Dillman**
Active 1h ago

I'm going to be booking a lot of events

Ramping up

This is unrelated

Looks gorgeous

And high ceilings 😆

Yup

It's a dear friend, her birthday. I'll ask her how spicy she wants the entertainment, but there are windows to the street so probably standard circus style outfits    ❤️

I'm starting a very large well funded Foundation    ❤️

Humanitarian investments

Let me send you something

➜ Japheth forward...

Foundation_edited.docx

Aa

6



FBI-302-025061



**Japheth Dillman**
Active 1h ago

I want you as a paid advisor

For arts & entertainment

Ooh interesting

Represent live performers for those investments

So if we have a project we're reviewing

You give us your opinion

Fascinating

50% of the projects are for profit

Ya I can def provide a good perspective there

50% non profit

This is very part time, some remote... maybe quarterly I'll fly all the advisors to Hawaii and do a brainstorming session

FBI-302-025062



**9:17**    LTE

**Japheth Dillman**
Active 1h ago

You'd have as a benefit three things as an advisor

1. A consultancy fee (50-100k, somewhere in there)

2. If you have a project it will be funded, but it obviously needs biz plan and all that

3. Any recommendations you bring to the table will have special consideration

Anyway we can discuss this over time no rush

For now, the 25th �winking

Who would you recommend, gimme some sort of proposal and let me confirm the date today venue tomorriw

Aa

9



**Japeth Dillman**
Active 1h ago

Yes I can provide a proposal once I have an understanding of the space

The performance snd acts depend on the rigging

The advisory role should not interfere with your pursuits in LA

↩ Japheth replied to you

The performance snd acts depend on the rigging

Got it

You're 100% on it. It's crazy how much you ___k about business from a point of empathy

FBI-302-025064



**Japeth Dillman**
Active 1h ago

You're 100% on it. It's crazy how much you think about business from a point of empathy

I meant more along the lines of who else you'd add

Other performers

Oh ya taht would depend on the space

↩ Japeth replied to you

You're 100% on it. It's crazy how much you think about business from a point of empathy

Tag line:  Healing a Broken World.

So for example if we can have aerial rigging- I'd include more aerialists

Oh

If there isn't, I'd include more groun...

FBI-302-025065



FBI-302-025066



FBI-302-025067



FBI-302-025068



FBI-302-025069



FBI-302-025070



**9:17**    LTE

**Japeth Dillman**
Active 1h ago

So maybe ask her ideal length of shoe

No I don't think we want that

Show

And I can put together a full lineup Abd proposal

I did, she didn't want it tooooo long

Once we have length and space/ rigging details

Ok

And if she wants a dj, we have djs too

Yes, I need one

Oh ya we have one as well

He's great. Here's a demo of what w[...]d for another party

Aa

17

FBI-302-025071



FBI-302-025072



FBI-302-025073



**9:18** · LTE

< **Japheth Dillman**
Active 1h ago

But I'm buying some additional outposts in Miami, Hawaii, Cabo, & Tahoe

↩ Japheth replied to you

I'd recommend folks like the head of Entire productions etc

Yes

Haha your series of texts got me WIDE awake this Sunday morning 🤣😂

Lol

I was sorta sleeping

Still in bed lol

My job has been on the phone for 4 years

Very serious team as the full time executives, they've run Fortune 500 companies, foundations, and more. The advisors... some have won Nobel peace prizes, t' ↓ e respected medical or technical, etc

Aa

FBI-302-025074



Very serious team as the full time executives, they've run Fortune 500 companies, foundations, and more. The advisors... some have won Nobel peace prizes, they're respected medical or technical, etc

You'll be signing an NDA, but we'll have appropriate publicity for you as part of it. The NDA will be two part, the first to not discuss it now or contact the other foundation folks as we're in different phases of negotiating with each one.... Phase two is after we kick off, in that we won't be publicly discussing investments until each one is announced in PR.

Anyway.... Things to expect.

As for involvement? If you're an advisor, there'll be monthly calls/ meetings to discuss investment opportunities where we'd ask your input, and quarterly retreats with al. advisors, think like a weekend. All flexible

FBI-302-025075



**Japeth Dillman**
Active 1h ago

As for involvement?  If you're an advisor, there'll be monthly calls/meetings to discuss investment opportunities where we'd ask your input, and the quarterly retreats with all the advisors, think like a weekend.  All flexible.

If you're committee chair then you'd help em identify other advisors in your area of specialty and maybe a weekly call with the internal full time executive teams.  You'd have more heavy input on amounts of investment in particular projects and so on.

I would hope this only enhances your career and doesn't take it over.  We would want to see your continued success too and be invested in that outside the foundation.

I'm loving it all so far

I'm thinking the ⬇ ng process will take us thro  . the fall

22

FBI-302-025076



9:18

**Japheth Dillman**
Active 1h ago

I'm loving it all so far

I'm thinking the hiring process will take us through the fall

There's actually about 300 people. A third full time the rest advisors

Then a big get to know you retreat in Hawaii late fall. Internal kick off early winter, where we iron out processes and documentation internally. First big round of investments by late winter

I have capacity to invest personally in projects if something exciting is presented before then. But the ceo of the Gates Foundation said one of their biggest mistakes was investing too fast, they weren't prepared intern... So I'm internalizing all that wisdom,

Aa

23



**Japeth Dillman**
Active 1h ago

...prepared internally. So I'm internalizing all that wisdom, going methodically a

Anyway

Glad we connected!

I've always respected your path on life. Glad I can finally enhance that

Same! Congrats on all of this

So exciting

JUL 11, 2021, 1:21 PM

Change of venue

Ooh ok

She wants it in the Santa Rosa area because her & all her friends are con↓ rom that area

FBI-302-025078



FBI-302-025079



**9:18**    .ıll LTE

**Japheth Dillman**
Active 1h ago

Cool! I only say wine because there's usually a lot of open space, but art galleries are amazing as well!

Matrix winery might work too

Trefethan Napa too

Trying to find ones where in the

FBI-302-025080



FBI-302-025081



FBI-302-025082



FBI-302-025083



**9:18**     ⚬ .ıll LTE 🔋

‹    **Japheth Dillman**
     Active 1h ago          📞  📹

So I'll confirm the venue likely in
a couple days
                                    ❤️

JUL 14, 2021, 12:02 PM

Heya! Any update on the space?

JUL 16, 2021, 1:22 PM

Heya! Just checking back

The performers are asking for
details and I wanted to see if a
location was confirmed

JUL 16, 2021, 3:56 PM

📞 **Missed audio call**
   Tap to call back

JUL 16, 2021, 4:49 PM

📞 **Audio call**
   Tap to call again

What's your current number?

H__ sorry I was at a gig!

My cell is (415) 515-5051

➕  📷  🖼️  🎤   Aa        🙂  👍

FBI-302-025084



FBI-302-025085



FBI-302-025086



9:18    LTE

**Japeth Dillman**
Active 1h ago

maybe permanently.  Now that things are back in full swing for me, I anticipate attempting to reignite that, hopefully 🥂

In the meantime, I've very lightly dated a bit.  Just because I was lonely/bored/whatever.  I've become very good friends with the birthday girl here kn Santa Rosa (her name is Silja).  I like her, but we're good if things drift towards friendship eventually too, as we started as friends and haven't gotten heavily romantic. She's aware of the girl in Fargo and I think Silja would prefer her and I become more but she's also pleased as friends & daring.

Anyway, I just thought I'd explain who the birthday is for.

Oooh exciting

I was curious 🙄 😬

I had connecte... ...J to Noorman in Fargo at one point as she was

Aa

FBI-302-025087



9:18     LTE

**Japeth Dillman**
Active 1h ago

I was curious 🤭 😀

I had connected you to Noorman in Fargo at one point as she was interested in marketing

But she was too busy picking up the pieces of her broken "Covid" life to really dive in

Scrambling for money when you have a kid abs are a single mom is tough

oh wow, yes- well you are doing a lot for the new girl, i hope she feels really special!

She's an amazing friend. But I'm doing well enough to do fantastic things for all the people I care about

❤️

i def see/feel that!

JUL 18, 2021, 1:40 PM

Silja

Aa

FBI-302-025088



FBI-302-025089



FBI-302-025090



**9:19**    ◦ ••ll LTE 🔋

**Japheth Dillman**
Active 1h ago

JUL 18, 2021, 8:12 PM

I know

So you'll have one total for everything? Or will each performer submit an invoice? I'd rather go for one payment lol but whatever

It'll be the total But I will share a breakdown of what each performer costs are

I would send you an invoice with the itemized breakdown

No problem

And the check or Venmo or whatever can go to me, and I will pay the performers

We haven't incorporated the dahlias yet, so we keep it as the person who is organizing each gig

Sorry for the robotic messages! I'm driving

Aa    😊    👍

FBI-302-025091



FBI-302-025092



FBI-302-025093



FBI-302-025094



FBI-302-025095



FBI-302-025096



FBI-302-025097



FBI-302-025098



9:19

**Japheth Dillman**
Active 1h ago

FYI I'm gonna add a few more folks with the budget, another rigger, champagne pour etc 🙂

So you'll see an email

Ha ok

JUL 24, 2021, 9:58 AM

Oh wow

JUL 24, 2021, 11:21 AM

I talked to nina (other dahlias) founder and we had a good cry this am because of you

Aww

We're gonna make a dahlias fund so we can finally incorporate and have budget for new costumes and equipment

I hope you know this is life changing for our troupe

Gooooood!!!!!!!

Aa

FBI-302-025099



FBI-302-025100



47



FBI-302-025102



9:19
◀ Facebook

**Japheth Dillman**
Active 1h ago

> Wire is easiest!

> Lmk if there's a form to fill out

Just need account & routing, which bank it goes to

> Cool I'll email an ach

And if it's your name or Dhalias

👍

That's easiest for you

For us, not a big deal

Abs thank you again.

😍

> Thank YOU, honestly the best day I've had since Covid started! 😭

> Maybe Jefferson's too 😂😂

If there's any vi˙˙ (I know it's too early for th˙ ˙eographer to have put it together) I'd live to

Aa

49

FBI-302-025103



FBI-302-025104



FBI-302-025105



FBI-302-025106



Sent from my iPhone

FBI-302-025107