

FBI-302-025352