UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00249-RS-1
Case Name: <u>USA v. Andrade</u>

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: Richard Seeborg | GOVERNMENT ATTORNEYS: David Ward, Christiaan Highsmith, Matthew Chou | DEFENSE ATTORNEYS: Michael Shepard, Kerrie Dent, Cindy Diamond, Dainec Stefan |
|---|---|---|
| TRIAL DATE: 3/5/2025 | REPORTER(S): Ana Dub | CLERK: Corinne Lew |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **3/5/2025** | | | | |
| | | 8:10 – 8:45 am | | | **Court Convened. Court and counsel discussing matters outside the presence of the jury.** **The Court discussed with the defendant his right to testify at trial. Defendant waived his right testify.** | |
| | | 8:54 am | | | **Court reconvened. Jury Present.** | |
| | | 8:55 am | | | **Resume direct of Dr. Armstrong by C. Diamond.** | |
| | | 10:15 am | | | **Break** | |
| | | 10:35 am | | | **Court reconvened. Jury Present.** | |
| | | 10:35 am | | | **Resume direct of witness Dr. Armstrong by C. Diamond.** | |
| | | 11:01 am | | | **Cross of witness Dr. Armstrong by C. Highsmith.** | |
| | | 11:36 am | | | **Re direct of witness Dr. Armstrong by C. Diamond.** | |
| | | 11:54 am | | | **Re cross of witness Dr. Armstrong by C. Highsmith.** | |
| | | 11:55 – 11:58 am | | | **Side Bar.** | |
| | | 11:58 am | | | **Resume re cross of witness Dr. Armstrong by C. Highsmith.** | |
| | | 12:00 pm | | | **Witness Dr. Armstrong excused.** | |
| | | 12:00 pm | | | **Break** | |

Case No: 20-cr-00249-RS-1
Case Name: <u>USA v. Andrade</u>
Date: <u>March 5, 2025</u>
Courtroom Deputy: <u>Corinne Lew</u>   - Court Reporter<u>: Ana Dub</u>

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 12:01 – 12:11 pm |  |  | Court and counsel discussing matters outside the presence of the jury. |  |
|  |  | 12:26 pm |  |  | Court reconvened. Jury Present |  |
|  | 3344 | 12:27 pm | X | X | Redacted copy of purchase contract. |  |
|  | 3392 |  | X | X | Purchase Agreement for home at 9414 Plaza Point Dr. |  |
|  | 3056 |  | X | X | Check from Mr. Andrade dated 9/25/2019. |  |
|  |  | 12:34 pm |  |  | Stipulation of Fact read into the record by M. Shepard. |  |
|  | 2333 | 12:36 pm | X | X | Weekly Mgmt. Update dated 7/3/2018. |  |
|  | 3202 |  | X | X | Email from R. Namier to M. Andrade 7/5/2018. |  |
|  | 2327 |  | X | X | Weekly Mgmt. Update dated 4/29/2018. |  |
|  | 2337 |  | X | X | Weekly Mgmt. Update dated 10/3/2018. |  |
|  | 2334 |  | X | X | Weekly Mgmt. Update dated 9/18/2018. |  |
|  |  | 12:49 pm |  |  | Defense rests. |  |
|  |  | 12:49 pm |  |  | Government calls witness Ethan Quinn. Direct by D. Ward. |  |
| 705 |  | 12:52 pm | X | X | Bio of Marcus Andrade. |  |
| 671 |  | 12:55 pm | X | X | Email from M. Monex to Rajesh Del dated 7/20/2017. |  |
| 672 |  | 12:55 pm | X | X | AML Token pre-ICO |  |
| 807 |  | 12:59 pm | X | X | Brochure |  |
| 23 |  | 1:04 pm | X | X | Email from M. Andrade to M. Foteh dated 3/4/2018. |  |
|  |  | 1:08 pm |  |  | Cross of witness E. Quinn by D. Stefan. |  |
|  |  | 1:17 pm |  |  | Witness E. Quinn excused. |  |
|  |  | 1:17 pm |  |  | Government calls witness Dr. Amanda Gregory. Direct by C. Highsmith. |  |
|  |  | 1:28 pm |  |  | Jury excused for the day – return on 3/10/2025 at 8:30 am. Counsel to appear at 8:00 am. |  |
|  |  | 1:30 pm |  |  | Court and counsel discussing matters outside the presence of the jury. |  |
|  |  | 1:30 pm |  |  | Court in recess. |  |