UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00249-RS-1
Case Name: USAv. Andrade

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: Richard Seeborg | PLAINTIFF ATTORNEY: David Ward, Christiaan Highsmith, Matthew Chou | DEFENSE ATTORNEY: Michael Shepard, Kerrie Dent, Cindy Diamond, Dainec Stefan |
|---|---|---|
| TRIAL DATE: 3/10/2025 | REPORTER(S): Ana Dub | CLERK: Corinne Lew |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **3/10/2025** | | | | |
| | | 8:09 –8:12 am | | | Court convened. Court and counsel discussing matters outside the presence of the jury. | |
| | | 8:32 am | | | Court reconvened. Jury Present | |
| | | 8:32 am | | | Government read stipulation into the record. | |
| | | 8:34 am | | | Resume direct of Witness Dr. Amanda Gregory by C. Highsmith. | |
| | | 9:04 am | | | Cross of witness Dr. Amanda Gregory by C. Diamond. | |
| | | 9:58 am | | | Break | |
| | | 10:18 am | | | Court reconvened. Jury Present | |
| | | 10:18 am | | | Resume cross of witness Dr. Amanda Gregory by C. Diamond. | |
| | | 10:52 am | | | Re direct of witness Dr. Amanda Gregory by C. Highsmith. | |
| | | 11:02 am | | | Re Cross of witness Dr. Amanda Gregory by C. Diamond. | |
| | | 11:08 am | | | Witness Dr. Amanda Gregory excused. | |
| | | 11:09 am | | | Government rests. | |
| | | 11:10 am | | | Jury excused for the day – return on 3/11/2025 at 8:30 am. Counsel to appear at 8:00 am. | |
| | | 11:11 am | | | Court and counsel discussing matters outside the presence of the jury. | |
| | | 11:12 am | | | Court in recess. | |

1