UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00249-RS-1
Case Name: <u>USA v. Andrade</u>

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: Richard Seeborg | PLAINTIFF ATTORNEY: David Ward, Christiaan Highsmith, Matthew Chou | DEFENSE ATTORNEY: Michael Shepard, Kerrie Dent, Cindy Diamond, Dainec Stefan |
|---|---|---|
| TRIAL DATE: 3/11/2025 | REPORTER(S): Ana Dub | CLERK: Corinne Lew |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **3/11/2025** | | | | |
| | | 8:10 – 8:17 am | | | **Court convened. Court and counsel discussing matters outside the presence of the jury.** | |
| | | 8:34 am | | | **Court reconvened. All parties present. Jury Present.** | |
| | | 8:35 am | | | **The Court instructs the jury.** | |
| | | 8:57 am | | | **Closing argument by M. Chou.** | |
| | | 10:15 am | | | **Break** | |
| | | 10:32 am | | | **Court reconvened. Jury Present.** | |
| | | 10:32 am | | | **Resume closing argument by M. Chou.** | |
| | | 10:52 am | | | **Closing argument by M. Shepard.** | |
| | | 11:41 am | | | **Lunch Break** | |
| | | 12:36 pm | | | **Court reconvened. Jury Present.** | |
| | | 12:36 pm | | | **Resume closing argument by M. Shepard.** | |
| | | 2:06 pm | | | **Break** | |
| | | 2:25 pm | | | **Court reconvened. Jury Present.** | |
| | | 2:25 pm | | | **Resume closing argument by M. Shepard.** | |
| | | 3:03 pm | | | **Rebuttal by C. Highsmith.** | |
| | | 3:57 pm | | | **Court further instructs the jury.** | |
| | | 4:03 pm | | | **Jury is excused to begin deliberations.** | |
| | | 4:10 pm | | | **Jury note #1.** | |
| | | 4:10 pm | | | **Jury will continue deliberations on 3/12/2025 at 8:30 am.** | |
| | | | | | | |
| | | | | | | |