UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00249-RS-1
Case Name: USA v. Andrade

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: Richard Seeborg | PLAINTIFF ATTORNEY: David Ward, Christiaan Highsmith, Matthew Chou | DEFENSE ATTORNEY: Michael Shepard, Kerrie Dent, Cindy Diamond, Dainec Stefan |
|---|---|---|
| TRIAL DATE: 3/12/2025 | REPORTER(S): Ana Dub | CLERK: Corinne Lew |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **3/12/2025** | | | | |
| | | 8:30 am | | | **Jurors deliberating.** | |
| | | 3:30 pm | | | **Jury note #2 – Verdict reached.** | |
| | | 3:40 pm | | | **Court, parties and jury present. Verdict handed to the Clerk.** | |
| | | 3:44 pm | | | **Clerk reads the verdict.** | |
| | | 3:45 pm | | | **Jury is polled by the Clerk.** | |
| | | 3:45 pm | | | **Court thanks the jurors for their service and they are excused.** | |

1