UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>          Plaintiff,<br><br>     v.<br><br>ROWLAND ANDRADE,<br><br>          Defendant. | Case No.20-cr-00249 RS<br><br>**CLERK'S NOTICE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

Please find on the subsequent pages Jury Note One and Two.

Dated: 3/12/2025

                                                 Mark B. Busby
                                                 Clerk, United States District Court

                                                 By: _Corinne Lew_
                                                 Corinne Lew, Deputy Clerk to the
                                                 Honorable RICHARD SEEBORG
                                                 415-522-2123

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>RICHARD SEEBORG</u>    Case No. CR 20-00249 RS

CASE NAME: USA V. Rowland Andrade

<u>PLEASE DO NOT INCLUDE HOW THE JURY STANDS NUMERICALLY IN ANY NOTE TO THE COURT.</u>

NOTE FROM THE JURY

Note No. __one__

Date __3/11/2025__

Time __Starting tomorrow wed 3/12/25 our schedule will be 8:30 - 4pm.__

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

_____

_____

_____

__Laurie Hancock,__
Foreperson of the Jury

4:10 pm  3/11/25

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>RICHARD SEEBORG</u>          Case No. CR 20-00249 RS

CASE NAME:  USA V.  Rowland Andrade

<u>PLEASE DO NOT INCLUDE HOW THE JURY STANDS NUMERICALLY IN ANY NOTE TO THE COURT.</u>

### NOTE FROM THE JURY

Note No. __two__

Date __3/12/2025__

Time __3:30 pm__

1. The Jury has reached a unanimous verdict [X]

   or

2. The Jury has the following question:

_____

_____

_____

Julie E. Hancock
Foreperson of the Jury   3/12/2025