UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

   v.

ROWLAND ANDRADE,

        Defendant.

Case No. CR 20-00249 RS

    I have reviewed the exhibits which will be submitted to the jury and confirm that they represent only those exhibits admitted into evidence during the course of the trial.

Dated: 3|11|2025

_____
Attorney for Plaintiff

_____
Attorney for Defendant