1  MICHAEL J. SHEPARD (SBN 91281)
    mshepard@kslaw.com
2  **KING & SPALDING LLP**
   50 California Street, Suite 3300
3  San Francisco, California 94111
4  Telephone:    +1 415 318 1221

5  KERRIE C. DENT (admitted *pro hac vice*)
    kdent@kslaw.com
6  **KING & SPALDING LLP**
   1700 Pennsylvania Avenue, NW, Suite 900
7  Washington, DC 20006-4707
8  Telephone:    +1 202 626 2394

9  CINDY A. DIAMOND (SBN 124995)
    cindy@cadiamond.com
10 **ATTORNEY AT LAW**
   58 West Portal Ave #350
11 San Francisco, CA 94127
12 Telephone:    +1 408 981 6307

13 Attorneys for Defendant
   ROWLAND MARCUS ANDRADE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROWLAND MARCUS ANDRADE, <br><br> Defendant. | Case No. 3:2-cr-00249-RS <br><br> **STIPULATION AND PROPOSED ORDER TO CONTINUE DUE DATE FOR DEFENDANT'S RULE 29 MOTION FOR A JUDGMENT OF ACQUITTAL AND/OR RULE 33 MOTION FOR A NEW TRIAL** <br><br> Judge: Hon. Richard Seeborg, Chief Judge <br><br> Hearing Date: June 17, 2025 |

1

# STIPULATION

Pursuant to Federal Rule of Criminal Procedure 29, "[a] defendant may move for a judgment of acquittal, or renew such a motion, within 14 days after a guilty verdict or after the court discharges the jury, whichever is later." Fed. R. Crim. P. 29(c)(1). Pursuant to Federal Rule of Criminal Procedure 33, "[u]pon the defendant's motion, the court may vacate any judgment and grant a new trial of the interest of justice so requires." Fed. R. Crim. P. 33(a). A defendant must file any such motion within 14 days after the verdict. Fed. R. Crim. P. 33(b)(2). As the jury has found defendant Rowland Marcus Andrade ("Mr. Andrade") guilty of both Count One and Count Two of the indictment in this case, Mr. Andrade's Rule 29 and Rule 33 motions would be due within 14 days.

Prior to filing any such motions, Mr. Andrade respectfully requests an opportunity to review the transcripts from the trial in this matter and, by extension, to continue the due date for these motions. Mr. Andrade's counsel has communicated with government counsel regarding this matter, who has no objection to continuing the due date for any Rule 29 motion (even after verdict) or Rule 33 motion. Accordingly, the parties respectfully request and stipulate that the Court continue the due date for any Rule 29 or Rule 33 motions to May 23, 2025, and propose the following briefing schedule:

> Motion for New Trial and/or Acquittal: May 23, 2025
> Oppositions to be Filed: June 4, 2025
> (Optional) Replies to be Filed: June 11, 2025
> Any Hearing on Motion for New Trial and/or Acquittal: June 17, 2025 at 9:30 am.

The parties agree that any and all Rule 29 and Rule 33 motions are timely filed if made according to this schedule, or in compliance with any additional extensions the Court may grant.

**IT IS SO STIPULATED.**

March 13, 2025                                    KING & SPALDING LLP

By: /s/ Michael J. Shepard
MICHAEL J. SHEPARD
KERRIE C. DENT
CINDY A. DIAMOND

Attorneys for Defendant
ROWLAND MARCUS ANDRADE


PATRICK D. ROBBINS
Acting United States Attorney

/s/ Christiaan H. Highsmith
CHRISTIAAN H. HIGHSMITH
DAVID J. WARD
Assistant United States Attorneys

MATTHEW CHOU
Special Assistant United States Attorney

Attorneys for the United States of America

[PROPOSED] **ORDER**

The schedule as set forth in the Stipulation of the parties for the defendant's Motion for New Trial and/or Judgment of Acquittal, is adopted and ordered.

DATED:_____     _____
                                Hon. RICHARD SEEBORG
                                Judge of the United States District Court