# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CAND 435 (CAND Rev. 07/2024)

## TRANSCRIPT ORDER

Please use one form per court reporter. Please read instructions on next page.
CJA Counsel should request transcripts by submitting a AUTH24 in eVoucher.
CJA Counsel should NOT use this form.

COURT USE ONLY
DUE DATE:

**1a. CONTACT PERSON FOR THIS ORDER:** Farhan Siddique (contractor to the SEC)

**2a. CONTACT PHONE NUMBER:** (847) 204-5760

**3. CONTACT EMAIL ADDRESS:** transcriptservices@sandfsw.com

**1b. ATTORNEY NAME (if different):** Eric Pease

**2b. ATTORNEY PHONE NUMBER:** (415) 705-8112

**3. ATTORNEY EMAIL ADDRESS:** peasee@sec.gov

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE):** US SEC, 44 Montgomery Street, Suite 700, San Francisco, CA 94104

**5. CASE NAME:** USA v. ROWLAND MARCUS ANDRADE

**6. CASE NUMBER:** 3:20-cr-00249

**7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX):** ☐ FTR
Ana Dub

**8. THIS TRANSCRIPT ORDER IS FOR:**
☐ APPEAL   ☒ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached) CJA: Do not use this form, use Form AUTH24 in eVoucher.
☐ NON-APPEAL   ☐ CIVIL

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceedings(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)
b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)
c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/10/2025 | R Seeborg | | Jury Selection | ○ | ● | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ |
| 02/18/2025 | R Seeborg | Trial | Entire duration of trial | ○ | ● | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ |
| 03/10/2025 | R Seeborg | | Entire duration Jury | ○ | ● | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**
Entire trial 2/18/2025 thru 3/5/2025 ASCII transcripts, please email transcript to peasee@sec.gov and invoice to transcriptservices@sandfsw.com

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE:** s/Farhan siddique

**12. DATE:** 03/27/2025