PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CHRISTIAAN HIGHSMITH (CABN 296282)
DAVID WARD (CABN 239504)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7230
    christiaan.highsmith@usdoj.gov
    david.ward@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 20-00249 RS-1 |
| Plaintiff, | |
| v. | **STIPULATION & [PROPOSED] ORDER TO CONTINUE DEADLINE FOR FILING ADMITTED TRIAL EXHIBITS UNDER CRIMINAL LOCAL RULE 55-1 AND CIVIL LOCAL RULES 5-1(G) AND 79-4(G)** |
| ROWLAND MARCUS ANDRADE | |
| Defendant. | Dept.: Courtroom 3 – 17th Floor |
| | Judge: Hon. Richard Seeborg |

Counsel for the United States and counsel for Defendant Rowland Marcus Andrade stipulate and jointly request that the deadline to file admitted exhibits under Criminal Local Rule 55-1, incorporating the requirements of Civil Local Rules 5-1(g) and 79-4(a), be extended by approximately one month to May 30, 2025.

Under Criminal Local Rule 55-1, the procedures in Civil Local Rules 5-1 and 79-4 govern the disposition of admitted exhibits after trial. Civil Local Rule 5-1(g) requires the parties to file admitted exhibits on the docket within ten (10) days of the trial verdict. The parties must file a joint certification

of counsel with the admitted exhibits. The verdict was returned in this case on March 12, 2025, and the Court extended the deadline to file trial exhibits by an additional 30 days, to April 21, 2025.

The parties request the extension to facilitate their coordination of the filing after joint review of the admitted exhibits. Because some of the exhibits contain personal identifiable information ("PII") or other sensitive information, the parties need time to meet and confer regarding (1) whether such exhibits can be filed without redaction, (2) whether such exhibits should be redacted before filing, or (3) the appropriate extent of redactions. Due to the large number of admitted exhibits, the size and complexity of the exhibits, and the press of other business, the parties need additional time to address this issue.

IT IS SO STIPULATED.

DATED: April 17, 2025

Respectfully submitted,

PATRICK D. ROBBINS
Acting United States Attorney


  /s/
CHRISTIAAN HIGHSMITH
DAVID WARD
Assistant United States Attorneys

DATED: April 17, 2025

By:   /s/ With Permission
MICHAEL J. SHEPARD
KERRIE C. DENT
CINDY A. DIAMOND
DAINEC STEFAN
Attorneys for Defendant ANDRADE

1  **[PROPOSED] ORDER**

2  Based upon the stipulation of the parties, and for good cause shown, the Court hereby extends
3  the deadline for the parties to file the admitted trial exhibits until May 30, 2025.

5  IT IS SO ORDERED.

7  Dated: April ___, 2025

   HONORABLE RICHARD SEEBORG
   United States Chief District Judge