UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:20-CR-00249 RS |
| Plaintiff, | ORDER AUTHORIZING ALTERNATIVE VICTIM NOTIFICATION PURSUANT TO 18 U.S.C. § 3771(d)(2) |
| v. | |
| ROWLAND MARCUS ANDRADE, | |
| Defendant. | |

Upon the United States' *Ex Parte* Motion for Alternative Victim Notification Pursuant to 18 U.S.C. § 3771(d)(2), and for good cause shown, the Court finds that:

1. This case falls within the "multiple crime victims" provision of § 3771(d)(2);

2. It is impracticable, based on the number of potential crime victims, to individually identify all the victims in this case and accord them the notice and the rights described in § 3771(a);

3. The plan of the United States to send emails where victim email addresses can be identified, and to employ a Federal Bureau of Investigation website for victim notification to provide notice to the large number of potential victims in this case is a reasonable procedure to give effect to the provisions of § 3771.

MOT. FOR ALT. NOTIFICATION         5
3:20-CR-00249 RS

1    Accordingly, the Court hereby ORDERS that the United States is authorized to employ a Federal Bureau of Investigation website for large cases in order to provide notice to the large number of potential victims in this case as described in the United States' *Ex Parte* Motion for Alternative Victim Notification Pursuant to 18 U.S.C. § 3771(d)(2).

**IT IS SO ORDERED**.

Dated: May  2 , 2025

_____
HONORABLE RICHARD SEEBORG
CHIEF UNITED STATES DISTRICT JUDGE