MICHAEL J. SHEPARD (Bar No. 91281)
*mshepard@kslaw.com*
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, California 94111
Telephone:   +1 415 318 1200
Facsimile:   +1 415 318 1300

KERRIE C. DENT (Admitted *pro hac vice*)
*kdent@kslaw.com*
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:   +1 202 626 2394
Facsimile:   +1 202 626 3737

CINDY A. DIAMOND (SBN 124995)
*cindy@cadiamond.com*
**ATTORNEY AT LAW**
58 West Portal Avenue, #350
San Francisco, CA 94127
Telephone:   +1 408 981 6307

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>    Defendant. | Case No. 3:20-CR-00249-RS<br><br>**DEFENDANT ANDRADE'S ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT FOR MOTION FOR NEW TRIAL AND JUDGMENT OF ACQUITTAL, AND FOR STIPULATED REVISED BRIEFING SCHEDULE AND HEARING DATE**<br><br>Judge:    Hon. Richard Seeborg |

- 1 -

1  Pursuant to Local Rule 7-11, Defendant Marcus Andrade brings this motion to request
2  that he be permitted to file a post-trial motion in excess of the 25-page limit imposed by Local
3  Rules 7-2(b) and 7-4(b). The motion combines two motions – a Rule 29 motion for judgment of
4  acquittal and a Rule 33 motion for a new trial – which, if filed separately, would permit Mr.
5  Andrade to file a total of 50 pages. Additional pages also are necessary because the motion raises
6  numerous complex evidentiary issues and follows a five-week trial that included admission of
7  hundreds of documents, with many more documents offered, but not admitted.  For these reasons,
8  Mr. Andrade requests that the Court permit him to file a 45-page post-trial brief.

9  Defense counsel has conferred with the government. The government takes no position on
10 whether Mr. Andrade should be permitted to file a brief in excess of the page-limit, but has
11 requested that it be provided an extra week to oppose the motion if a 45-page brief is permitted.
12 The parties agree that, in the event that the Court grants Mr. Andrade's motion to file a 45-page
13 post-trial brief, and if the Court approves the parties' agreement to extend by 7 days the
14 government's opposition deadline, the deadline to file a reply, and the hearing, then the revised
15 schedule would be as follows:

> Opposition Due on June 11, 2025
> Reply Brief due on June 18, 2025
> Hearing on June 24, 2025, at 9:30 am

19 *See* Declaration of Kerrie C. Dent in Support of Administrative Motion to Exceed Page Limit and
20 for Stipulated Revised Briefing Schedule and Hearing Date.

21                                             Respectfully submitted,

22 Dated:  May 21, 2025                       **KING & SPALDING LLP**

24                                             By: */s/ Michael J. Shepard*
                                                    MICHAEL J. SHEPARD
25                                                  KERRIE C. DENT
                                                    CINDY A. DIAMOND

                                                Attorneys for Defendant
27                                              ROWLAND MARCUS ANDRADE

- 2 -