MICHAEL J. SHEPARD (SBN 91281)
　mshepard@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, California 94111
Telephone:　　+1 415 318 1221

KERRIE C. DENT (admitted *pro hac vice*)
　kdent@kslaw.com
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:　　+1 202 626 2394

CINDY A. DIAMOND (SBN 124995)
　cindy@cadiamond.com
**ATTORNEY AT LAW**
58 West Portal Ave #350
San Francisco, CA 94127
Telephone:　　+1 408 981 6307

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>　　　　Defendant. | Case No. 3:20-CR-00249-RS<br><br>**DECLARATION OF KERRIE C. DENT IN SUPPORT OF DEFENDANT ANDRADE'S MOTION TO EXCEED PAGE LIMIT FOR MOTION FOR NEW TRIAL AND JUDGMENT OF ACQUITTAL, AND FOR STIPULATED REVISED BRIEFING SCHEDULE AND HEARING DATE**<br><br>Judge: Hon. Richard Seeborg |

- 1 -

Kerrie C. Dent, counsel for Defendant Marcus Andrade, states as follows:

1. I am one of the lawyers representing Defendant Marcus Andrade in the above-captioned matter. I am licensed to practice law in the District of Columbia and the Commonwealth of Massachusetts, and I am admitted *pro hac vice* in this case. Before filing a motion to exceed the page limit for Mr. Andrade's Motion for New Trial and Motion for Judgment of Acquittal, I reached out by email to AUSA Highsmith on May 19 and 20, 2025, and then by phone to AUSA Ward on May 21, 2025.

2. In response to my May 19, 2025, email request that the government stipulate to our filing a 45-page brief, the government responded by email dated May 20, 2025, that it "take[s] no position one way or the other" on the request for a 45-page brief, but that it will "need more time to respond given the length of [the proposed] brief." AUSA Highsmith asked if we would agree to give the government an additional week to respond if the Court granted Mr. Andrade's request to exceed the page limit.

3. I responded by email on May 20, 2025, that we would agree to give the government an extra week for the government to oppose our post-trial motion, but that we then also need to push the reply brief and hearing one week. The stipulated revised briefing schedule would be:

   Opp. Due –  June 11, 2025

   Reply Due – June 18, 2025

   Hearing –    June 24, 2025

4. The government agreed to the proposd revised schedule above (by both phone and email) on May 21, 2025, provided that the schedule works for the Court.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on May 21, 2025, in Watertown, New York.

*/s/ Kerrie C. Dent*
KERRIE C. DENT