1  MICHAEL J. SHEPARD (SBN 91281)
     mshepard@kslaw.com
2  **KING & SPALDING LLP**
   50 California Street, Suite 3300
3  San Francisco, California 94111
4  Telephone:    +1 415 318 1221

5  KERRIE C. DENT (admitted *pro hac vice*)
     kdent@kslaw.com
6  **KING & SPALDING LLP**
   1700 Pennsylvania Avenue, NW, Suite 900
7  Washington, DC 20006-4707
8  Telephone:    +1 202 626 2394

9  CINDY A. DIAMOND (SBN 124995)
     cindy@cadiamond.com
10 **ATTORNEY AT LAW**
   58 West Portal Ave #350
11 San Francisco, CA 94127
12 Telephone:    +1 408 981 6307

13 Attorneys for Defendant
   ROWLAND MARCUS ANDRADE
14

15

16                 IN THE UNITED STATES DISTRICT COURT

17              FOR THE NORTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| 19  UNITED STATES OF AMERICA, | Case No. 3:20-CR-00249-RS |
| 20         Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT ANDRADE'S ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT FOR MOTION FOR NEW TRIAL AND JUDGMENT OF ACQUITTAL, AND FOR STIPULATED REVISED BRIEFING SCHEDULE AND HEARING DATE** |
| 21       v. | |
| 22  ROWLAND MARCUS ANDRADE, | |
| 23         Defendant. | |
| 24 | |
| 25 | Judge: Hon. Richard Seeborg |
| 26 | |

27
                                      - 1 -
28 | [PROPOSED] ORDER GRANTING DEFENDANT ANDRADE'S         CASE NO. 3:20-CR-00249-RS
     ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT AND
     APPROVING STIPULATED REVISED BRIEFING SCHEDULE

On motion of the defendant and good cause appearing therefore,

**IT IS HEREBY ORDERED**

That Defendant Andrade may file a Post-Trial Brief in excess of the 25-page limit, but not to exceed 45 pages; and

That the new briefing schedule and hearing date for Defendant's Motion for New Trial and for Judgment of Acquittal is as follows:

    Defendant's Brief Due on May 23, 2025

    Government's Opposition Due on June 11, 2025

    Reply Brief due on June 18, 2025

    Hearing on June 24, 2025, at 9:30 am

**SO ORDERED.**

Dated: May __, 2025

_____
HON. RICHARD SEEBORG
United States Chief District Judge

[PROPOSED] ORDER GRANTING DEFENDANT ANDRADE'S ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT AND APPROVING STIPULATED REVISED BRIEFING SCHEDULE

CASE NO. 3:20-CR-00249-RS