MICHAEL J. SHEPARD (SBN 91281)
 mshepard@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, California 94111
Telephone:     +1 415 318 1221

KERRIE C. DENT (admitted *pro hac vice*)
 kdent@kslaw.com
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:     +1 202 626 2394

CINDY A. DIAMOND (SBN 124995)
 cindy@cadiamond.com
**ATTORNEY AT LAW**
58 West Portal Ave #350
San Francisco, CA 94127
Telephone:     +1 408 981 6307

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>  Defendant. | Case No. 3:20-CR-00249-RS<br><br>**ORDER GRANTING DEFENDANT ANDRADE'S ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT FOR MOTION FOR NEW TRIAL AND JUDGMENT OF ACQUITTAL, AND FOR STIPULATED REVISED BRIEFING SCHEDULE AND HEARING DATE**<br><br>Judge: Hon. Richard Seeborg |

- 1 -

ORDER GRANTING DEFENDANT ANDRADE'S                                                    CASE NO. 3:20-CR-00249-RS
ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT AND
APPROVING STIPULATED REVISED BRIEFING SCHEDULE

On motion of the defendant and good cause appearing therefore,

**IT IS HEREBY ORDERED**

That Defendant Andrade may file a Post-Trial Brief in excess of the 25-page limit, but not to exceed 45 pages; and

That the new briefing schedule and hearing date for Defendant's Motion for New Trial and for Judgment of Acquittal is as follows:

> Defendant's Brief Due on May 23, 2025
>
> Government's Opposition Due on June 11, 2025
>
> Reply Brief due on June 18, 2025
>
> Hearing on June 24, 2025, at 9:30 am

**SO ORDERED.**

Dated: May 21, 2025

_____
HON. RICHARD SEEBORG
United States Chief District Judge