MICHAEL J. SHEPARD (SBN 91281)
  mshepard@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, California 94111
Telephone:    +1 415 318 1221

KERRIE C. DENT (admitted *pro hac vice*)
  kdent@kslaw.com
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:    +1 202 626 2394

CINDY A. DIAMOND (SBN 124995)
  cindy@cadiamond.com
**ATTORNEY AT LAW**
58 West Portal Ave #350
San Francisco, CA 94127
Telephone:    +1 408 981 6307

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>Defendant. | Case No. 3:20-cr-00249-RS<br><br>**DECLARATION OF DAINEC P. STEFAN IN SUPPORT OF DEFENDANT ANDRADE'S MOTION FOR A NEW TRIAL**<br><br>Judge: Hon. Richard Seeborg, Chief Judge<br>Hearing: June 24, 2025 9:30 a.m. |

**DECLARATION OF DAINEC P. STEFAN**

Dainec P. Stefan, counsel for Defendant Marcus Andrade, states as follows:

1. I am one of the lawyers representing Defendant Marcus Andrade in the above-captioned matter. I have personal knowledge of the factual matters contained herein based upon my review of the evidence and, if called as a witness in this matter, could competently testify to the matters stated in this Declaration.

2. Following the conclusion of trial on Thursday, March 18, 2025, the Court informed the jury that if they wished, after he had thanked them for their service, they could return to the courtroom to speak with counsel for Mr. Andrade and the United States and offer their feedback on the parties' presentations of their respective cases. Tr. 3166:17 – 3167:2.

3. Some number of jurors did return to the courtroom to speak with counsel for both sides. During this feedback, one of the jurors expressed how helpful it was that Mr. Chou's closing argument was replete with citations to exhibits that the jurors could review, and the other jurors present shared their agreement.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 23, 2025, in New York, NY.

*/s/ Dainec P. Stefan*
Dainec P. Stefan