MICHAEL J. SHEPARD (Bar No. 91281)
 *mshepard@kslaw.com*
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, California 94111
Telephone:    +1 415 318 1200
Facsimile:    +1 415 318 1300

KERRIE C. DENT (Admitted *pro hac vice*)
 *kdent@kslaw.com*
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:    +1 202 626 2394
Facsimile:    +1 202 626 3737

CINDY A. DIAMOND (SBN 124995)
 *cindy@cadiamond.com*
**ATTORNEY AT LAW**
58 West Portal Avenue, #350
San Francisco, CA 94127
Telephone:    +1 408 981 6307

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:20-CR-00249-RS |
| Plaintiff, | **DEFENDANT MARCUS ANDRADE'S [PROPOSED] ORDER FOR NEW TRIAL** |
| v. | |
| ROWLAND MARCUS ANDRADE, | Judge: Hon. Richard Seeborg |
| Defendant. | Hearing: June 17, 2025, 9:30 am |

1

1       Based on Mr. Andrade's Motion for a New Trial, and after full briefing,

2       IT IS HEREBY ORDERED:

3       Pursuant to Federal Rule of Criminal Procedure 33, the court vacates the jury verdicts on

4  Counts One and Two and orders a new trial.

5

6  Date: _____, 2025

                                     HON. RICHARD SEEBORG

7                                        United States Judge

DEFENDANT MARCUS ANDRADE'S [PROPOSED]
ORDER FOR NEW TRIAL

CASE NO. 3:20-CR-00249-RS