**KING & SPALDING LLP**
MICHAEL J. SHEPARD (SBN 91281)
 mshepard@kslaw.com
50 California Street, Suite 3300
San Francisco, CA  94111
Telephone:	+1 415 318 1200
Facsimile:	+1 415 318 1300

KERRIE C. DENT (Admitted *pro hac vice*)
 kdent@kslaw.com
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:	+1 202 626 2394
Facsimile:	+1 202 626 3737

CINDY A. DIAMOND (CA SBN 124995)
ATTORNEY AT LAW
58 West Portal Ave, # 350
San Francisco, CA 94127
408.981.6307
cindy@cadiamond.com

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  vs.<br><br>ROWLAND MARCUS ANDRADE,<br><br>       Defendant. | Case No.: 3:20-CR-00249-RS<br><br>[PROPOSED] ORDER TO CONTINUE DEADLINE FOR FILING EXHIBITS TO JUNE 6, 2025 |

1  Based on the Stipulation of the parties, and on good cause due to the volume and number
2  of exhibits, it is Ordered that the deadline for filing exhibits with the Court, and the
3  accompanying Joint Certifications, shall be extended to June 6, 2025.
4  DATED: May 29, 2025

_____
Hon. RICHARD SEEBORG
United States District Court Judge