**KING & SPALDING LLP**
MICHAEL J. SHEPARD (SBN 91281)
  mshepard@kslaw.com
50 California Street, Suite 3300
San Francisco, CA  94111
Telephone:     +1 415 318 1200
Facsimile:     +1 415 318 1300

KERRIE C. DENT (Admitted *pro hac vice*)
  kdent@kslaw.com
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:     +1 202 626 2394
Facsimile:     +1 202 626 3737

CINDY A. DIAMOND (CA SBN 124995)
ATTORNEY AT LAW
58 West Portal Ave, # 350
San Francisco, CA 94127
408.981.6307
cindy@cadiamond.com

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ROWLAND MARCUS ANDRADE,<br><br>　　　　　Defendant. | Case No.: 20-CR-00249-RS-SK<br><br>**ORDER FOR TRANSPORTATION EXPENSES for JUNE 23, 2025 AND FOR JULY 21, 2025, PURSUANT TO 18 U.S.C. § 4285** |

The Court having jurisdiction over Defendant Rowland Marcus Andrade in the United

States District Court for the Northern District of California in the above-entitled case, and

finding that the defendant has been released from custody and is financially unable to provide the necessary transportation to appear before the above court, and due to the fact that the defendant has two court appearances scheduled before Judge Seeborg on the morning after each of two requested travel dates,

IT IS ORDERED that the defendant appear before the above-named Court as scheduled, and

It is FURTHER ORDERED that, the United States Marshals shall:

1) Transport the defendant from the Southern District of Texas to the Northern District of California by arranging noncustodial transportation to San Francisco:

  A) on June 23, 2025; and

  B) on July 21, 2025

OR, at the option of the U.S. Marshals,

2) Furnish to the defendant the one-way fare necessary for transportation to San Francisco, California on June 23, 2025 and on July 21, 2025.

AND

Provide the defendant with an amount for subsistence expense to the destination, not to exceed the amount authorized by 5 U.S.C. § 5702(a).

DATED: May 30, 2025

*Sallie Kim*

Hon. SALLIE KIM
United States Magistrate Judge

ORDER FOR TRANSPORTATION EXPENSES PURSUANT TO 18 U.S.C. § 4285
*UNITED STATES v. ANDRADE*, Case # 20-CR-00249-RS-SK - Page 2

**KING & SPALDING LLP**
MICHAEL J. SHEPARD (SBN 91281)
 mshepard@kslaw.com
50 California Street, Suite 3300
San Francisco, CA  94111
Telephone:	+1 415 318 1200
Facsimile:	+1 415 318 1300

KERRIE C. DENT (Admitted *pro hac vice*)
 kdent@kslaw.com
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone:	+1 202 626 2394
Facsimile:	+1 202 626 3737

CINDY A. DIAMOND (CA SBN 124995)
ATTORNEY AT LAW
58 West Portal Ave, # 350
San Francisco, CA 94127
408.981.6307
cindy@cadiamond.com

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ROWLAND MARCUS ANDRADE,<br><br>　　　　Defendant. | Case No.: 3:20-CR-00249-RS<br><br>**ORDER DENYING MOTION TO FILE UNDER SEAL** |

　　　The Court DENIES defendant's Administrative Motion to seal a travel order and the supporting Declaration of Counsel with any attachments (Dkt. No. 654).  The Court also

1 | DENIES the motion to seal this order.
2 | IT IS SO ORDERED:
3 |
4 | Date: May 30, 2025
   | _____
   | Hon. SALLIE KIM
5 | Magistrate Judge of the United States District Court