UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 20-00249 RS |
| Plaintiff, | ADMITTED EXHIBITS |
| v. | |
| ROWLAND MARCUS ANDRADE, | |
| Defendant. | |