Document ID: 0.7.499.8755

| | |
|---|---|
| From: | Jack Abramoff <[redacted]> |
| To: | Marcus Andrade <ceo@amlbitcoin.com> |
| Cc: | |
| Bcc: | |
| Subject: | RE: Please confirm PR 2 |
| Date: | Sun Nov 05 2017 16:48:57 EST |
| Attachments: | |

Yes,

From: Marcus Andrade [mailto:ceo@amlbitcoin.com]
Sent: Sunday, November 5, 2017 4:48 PM
To: Jack Abramoff <[redacted]>
Subject: Please confirm PR 2

NAC Foundation, LLC, the creator of the newly launched digital currency, AML BitCoin, announced today that it will launch a pilot program with Panamanian banks to replace the banks reliance on the SWIFT international money transfer system with the use of the AML BitCoin.

Thanks to presentations made a few weeks ago by NAC Foundation CEO Marcus Andrade, and the follow up discussions by AML BitCoin Vice President for Latin American Affairs, Carlos De La Guardia, a number of banks are preparing to participate in the pilot program. This ground-breaking pilot program could foreshadow an international shift away from the SWIFT program toward AML BitCoin.

NAC Foundation Chief Strategy Officer, Japheth Dillman, has been meeting with a number of US banks also interested in discovering whether AML BitCoin can solve the main issues they are having with the SWIFT system. The problems of SWIFT include the lack of security and the enormous fees charged per transaction.

Almost each month brings news of a new hack of the SWIFT system, with account holders expressing great frustration and fear to a host of internationally powerful banking institutions. The security system built into the innovative digital currency AML BitCoin removes the hacking threat that has faced SWIFT in recent years. The cost of the AML BitCoin transfer – which is also instant, versus the slow SWIFT system – is only 10% of the cost of a SWIFT transfer.

De La Guardia, a former Ambassador from Panama to the United States, reports that Canal Bank, a mid-sized bank, is likely to be one of the first to conduct the pilot in the following weeks, though Banco Nacional de Panama, the most important government-owned bank in Panama is also likely to participate in the same pilot program.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0007**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

"I have been in discussions with Ronaldo DeLeon, the General Manager of Banco Nacional de Panama, and the interest is quite strong, said De La Guardia. "We hope to proceed with them as quickly as possible."

De La Guardia has also been working closely with the international law firm Morgan & Morgan, which is one of the world's most prestigious law firms in the banking sector. Their international banking clients would be perfect beneficiaries of the AML BitCoin.

"Many of the Latin American banks I have visited have been acquiring AML Bitcoin as a strategy to develop their portfolios and provide better services at a lower costs," revealed De La Guardia. "Plus, a number of leading Latin American banks have reached out to us to explore a secure and cost-efficient alternative for the SWIFT system. They feel that the patent-pending AML/KYC components of the AML BitCoin might be the solution to the immense problems plaguing the international money transfer industry."

Panama is particularly important to AML BitCoin, since Panama has been beset by money laundering issues recently. AML BitCoin is seen as a possible solution to these challenges.