Document ID: 0.7.499.9222
From: Carlos Delaguardia
To: Jack Abramoff
Cc: Marcus Andrade <ceo@amlbitcoin.com>
Bcc:
Subject: Re: With Regard To PRWeb Release on Panama Canal Authority
Date: Thu Nov 09 2017 22:47:50 EST
Attachments: image001.png

Hi Jack- I have already communicated with VP Oscar Vallarino and their concern is that these meetings we have mentioned on the article have not taken place yet, even though we have been working on schedules for them to take place. Thus, making an announcement as if these meetings had already taken place is considered by them "misleading", and they would like the corrections being made ASAP.

Carlos R. De La Guardia
DLG Group, Inc.

-6828

On Nov 9, 2017, at 3:17 PM, Jack Abramoff < > wrote:

Hi Carlos,

Please see correspondence below. can you get to her asap and let me know what happens? Thanks.

Best,

Jack

From: Press AML [mailto:press@amlbitcoin.com]
Sent: Thursday, November 9, 2017 3:19 PM
To: MonicaMartinez <
Subject: Re: With Regard To PRWeb Release on Panama Canal Authority

Thank you so much for your reply. We have asked our Vice President for Latin American Affairs, Carlos De La Guardia, to be in contact with you on this matter so we can make all necessary adjustments immediately.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0008**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

Page 101 FBI-PHY3-0144193

EX008-001

Best,

AML BitCoin

On Thu, Nov 9, 2017 at 3:13 PM, MonicaMartinez <MonicaMartinez@pancanal.com> wrote:

Good afternoon:

Thank you for your reply.

The way the release is drafted it sounds like the Panama Canal has plans to implement AML BitCoin as a form a payment. However, the Panama Canal does not currently have a project in place to implement AML Bitcoin. In addition, the meeting with Canal executives mentioned has not taken place yet to see if this is a possibility.

Best regards,

<image001.png>

Monica M. Martinez

International Communications

Panama Canal Authority (ACP)

Tel: +▇▇▇▇1873 / Fax: ▇▇▇▇-7942

Email: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

http://www.pancanal.com

From: Press AML [mailto:press@amlbitcoin.com]
Sent: Thursday, November 9, 2017 2:51 PM
To: MonicaMartinez <▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Subject: Re: With Regard To PRWeb Release on Panama Canal Authority

Dear Ms. Martinez,

Thank you for your email. We just wish to clarify to ensure no confusion. Please let us know precisely

which sentences in the email are problematic, and we will endeavor to correct them immediately.

Thank you for your kind and urgent attention to this matter.

Yours,

AML BitCoin

On Thu, Nov 9, 2017 at 1:33 PM, MonicaMartinez <​███████████████​> wrote:

Good afternoon:

I am writing on behalf of the Panama Canal Authority's Communications Office.

We saw your release issued yesterday:

http://www.prweb.com/releases/2017/11/prweb14897909.htm

The meeting mentioned in the release still has not yet taken place between AML Executives and Panama Canal Administration representatives (namely Vice-President of Corporate Affairs Oscar Vallarino or Panama Canal Administrator Jorge L. Quijano). Therefore, this press release is misleading as no talks have taken place with Canal executives cited to discuss this possibility.

We would appreciate if you could clarify and reach out to us before publishing other communications involving the Panama Canal Authority.

Sincerely,

<image001.png>

Monica M. Martinez

International Communications

Panama Canal Authority (ACP)

Tel: ███████1873 / Fax: ███████7942

Email: █████████████████████

http://www.pancanal.com