Document ID: 0.7.499.9257

| | |
|---|---|
| From: | Carlos Delaguardia <br> <████████████> |
| To: | ceo@amlbitcoin.com <br> <ceo@amlbitcoin.com>; Abramoff Jack <████████████> |
| Cc: | Abramoff Jack <br> <████████████> |
| Bcc: | |
| Subject: | Panama Canal Press Release |
| Date: | Fri Nov 10 2017 16:59:46 EST |
| Attachments: | |

Gentlemen,

For your information, I just had a phone conversation with Ms. Monica Martinez regarding our press Release. I decided to reach out to her on her mobile as today is a holiday and she was off.

She explained to me that their main concern was the title (headline) of the article, especially because of the type (PR News) is media where it was published: syndicated media.

So, she asked to modify the title and to be specific about the fact that we are in the process of scheduling meetings with high ranking members of PanCanal, and that those meetings have NOT taken place yet. Once the corrections are made, she would like to see it before it goes out to replace the original.

I will make the corrections and will send them to Jack for his approval tomorrow.

Best,

Carlos R. De La Guardia
DLG Group, Inc.

+█████6828

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0010**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK