Document ID: 0.7.499.25326

From: Jack Abramoff <
To: Marcus Andrade <ceo@amlbitcoin.com>
Cc:
Bcc:
Subject: FW: For Review | AML BitCoin NFL Letter
Date: Wed Jan 31 2018 00:23:12 EST
Attachments: AML_BitCoin_NFL_Letterv2.pdf

Good to go?

From: Cory Maran | CRAFT [mailto:
Sent: Tuesday, January 30, 2018 9:05 PM
To: Jack Abramoff
Cc: Brian Darling <                              ; Brian Donahue
David O'Brien                    Wes Battle                       ; John Randall

Subject: Re: For Review | AML BitCoin NFL Letter

Jack, please see the updated letterhead attached.

CORY MARAN director of advocacy
m:         5967 | Website

CORY MARAN director of advocacy
m:         5967 | Website

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0016**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

EX016-001

Document ID: 0.7.499.25326-000001
Owner:          Jack Abramoff
Filename:       AML_BitCoin_NFL_Letterv2.pdf
Last Modified:  Wed Jan 31 00:23:12 EST 2018



January 30, 2018

National Football League
Attn: Roger Goodell, Commissioner
345 Park Avenue
New York, NY 10154

Dear Mr. Goodell:

We have been informed by our media buyers that the network carrying the NFL's Super Bowl game, NBC, will not accept our television ad "North Korea Can't Steal AML BitCoin" for placement during the broadcast. I cannot express more profoundly my shock and disappointment in NBC and the NFL.

I am the creator of the AML BitCoin, and, as a Service Disabled American Veteran, having recently learned that the NFL won't allow a veterans organization to encourage Americans to stand for our flag, I can only conclude that something is very wrong in your organization.

An ad taking Kim Jong-un, dictator of North Korea, to task in a humorous and biting way should not be offensive to anyone. Our ad reminds viewers that Kim Jong-un and his army of hackers have been stealing billions of dollars of Bitcoin and other digital currencies for the past few years, funding their rogue nuclear weapons programs and thwarting efforts by the rest of the world to sanction this behavior. And our ad points out that, unlike the other digital currencies, the AML BitCoin has been designed with features that prevent his army from stealing it.

Our ad was produced by one of Hollywood's most creative talents and meets every standard for quality. Frankly, it's hilarious. I cannot imagine that any of the other advertisements during the Super Bowl could compare or would be as memorable – but thanks to the unreasonable refusal to accept our ad, the Super Bowl viewers won't have a chance to find out, at least during the game.

I implore you to remember that the essence of AML BitCoin is having the freedom to use digital currency, with the security of knowing that terrorists, criminals and rogue governments like North Korea cannot impact our security. Not accepting our ad after it was produced and presented to NBC and the NFL in a timely manner is outrageous and violates the ideas supporting the First Amendment to the Constitution that protects free speech.

Sincerely,

*Marcus Andrade*

Marcus Andrade
CEO, NAC Foundation, LLC
AML BitCoin

7495 Azure Dr. Suite 110, Las Vegas, NV 89130