Document ID: 0.7.499.25275

**From:** Jack Abramoff <​███​>
**To:** Marcus Andrade <ceo@amlbitcoin.com>
**Cc:**
**Bcc:**
**Subject:** RE: please check whatsapp
**Date:** Tue Jan 30 2018 15:28:10 EST
**Attachments:**

Super. thanks.

From: Marcus Andrade [mailto:ceo@amlbitcoin.com]
Sent: Tuesday, January 30, 2018 12:24 PM
To: Jack Abramoff ███
Subject: Re: please check whatsapp

just sent it.

I am on the phone with the gold guy.

On Tue, Jan 30, 2018 at 2:10 PM, Jack Abramoff <​███​> wrote:

Here's the message:

we have a plan to move forward later today with the campaign, but we still have a second group working to get an official no from NBC. we might not get it (for reasons I'll tell you about after my lunch meeting), but in order to have a shot we need you to send an email to the following person wtih the following text. can you please do so and bcc me? thanks

Lisa Schneider <​███​>

Dear Ms. Schneider,

I want to confirm that Executive Media Communications, Inc. is our official Agency of Record for the AML BitCoin and our company, NAC Foundation, LLC, in our efforts to promote our ad for the Super Bowl.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0017**
CASE NO.: CR 20-249 RS
DATE ENTERED _____
BY _____
DEPUTY CLERK

Sincerely yours,

Marcus Andrade

CEO

NAC Foundation, LLC


--


Marcus Andrade, Founder

NAC Foundation, LLC

7495 W. Azure Drive

Las Vegas, Nevada 89408

4038