Document ID: 0.7.499.14285

From: Japheth Dillman
To: Leslie Katz                              ; Marcus Andrade <ceo@amlbitcoin.com>
Cc:
Bcc:
Subject: AML BitCoin Advisor
Date: Tue Dec 12 2017 22:54:32 EST
Attachments:

Hi Leslie,

I just spoke with Marcus and he's excited to extend to you an invitation to be an advisor to AML BitCoin! He's very appreciative of all of the introductions you've already made to date. I also shared with him the list below of potential Introductions:

HSBC
US Bank
Sterling

SEC Commissioner Kara Stein
Sen. Feinstein
Sen. Baldwin
Sen. Whitehouse
Sen. Harris

Rep. Pelosi
Rep. Swalwell
Rep. Eshoo
Rep. Speaker
Rep. Takano
Rep. DeSaulnier
Rep. Thompson

SF Chief Innovation Officer
Ports of Oakland, Long Beach, L.A., Waimene (sp.?)
CA Treasurer (current State board of Equalization member) Fiona Ma
State Controller Betty Yee

Marcus would like to immediately gift you 5,000 tokens with the possibility of earning more in the future based on how many of these deals come to fruition.

If this is acceptable, we'll have a contract drafted up and sent your way.

Finally, I recall you wished to not be be publicly listed on AML BitCoin's site and materials.... that your role would be behind the scenes to help avoid the appearance of any conflicts of interest. This is acceptable.

Cheers,

--

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0020**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

Japheth Dillman
CEO & Co-Founder

Mobile: ███-███-5458
Skype: ███████
email: ████████████████