```
Document ID: 0.7.499.28940
From:          Marcus Andrade <ceo@amlbitcoin.com>
To:            list list
Cc:            Melissa Foteh
Bcc:
Subject:       Re: Coin Listing & Advertising
Date:          Sun Mar 04 2018 01:05:25 EST
Attachments:   AML Bitcoin Logo 500x500 Web.jpg
               AML Bitcoin Logo 500x500 Web.png
               AML BitCoin Required Documenation.docx
               aml_logo.ai
               aml_logo.eps
               Specifications of AML Token R3.pdf
```

Hello Partners at CoinEgg,

Our apologies for not responding to the email sooner. We have completed our ICO which went extremely well.

Attached is the information requested. Please give us your Github name so that we can share our source code with your team.

Please let us know if you have a referral program. We will continue our marketing campaign and will direct people to your website.

I hope your team likes the Commercial that we made below.

https://www.youtube.com/watch?v=889uWIIG6m8

Do let me know if you need anything else from our side.

Thanks Partners,

Marcus Andrade

On Thu, Jan 11, 2018 at 3:19 AM, list list                    wrote:

Thanks for your trust and support of CoinEgg.

Please download the attachment and fill in all informations fully & truthfully, and then reply to this email directly with the new attachment. We will reply the review results as soon as possible.

Best!

2018-01-10 9:31 GMT+08:00 Marcus Andrade <ceo@amlbitcoin.com>:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0023**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
          DEPUTY CLERK

Hello CoinEgg Team,

I would like to know more about the coin listing process on your exchange.

Please note we are the only digital currency that is not only AML / KYC Compliant, we actually use Certified Digital Identities in partnerships with Banks / Insurance Companies / & Government Entities.

Our white paper is on the link below.

https://amltoken.com/wp-conten-t/uploads/2018/01/AML-Bitcoin--Whitepaper-1.pdf

Below are some articles about us as well.

http://bitcoinist.com/aml-bitc-oin-creator-saw-early-weakness--digital-currency-world-innova-ted-solution-filed-patents-wel-l-world-financial-leaders/

https://www.usnews.com/opinion-/thomas-jefferson-street/artic-les/2017-09-12/the-future-of-c-ryptocurrency-may-be-now-thank-s-to-more-mainstream-bitcoin

https://www.investors.com/poli-tics/commentary/a-new-digital--currency-aml-bitcoin-makes-lan-dfall-in-panama/

https://seekingalpha.com/insta-blog/22912651-daniel-jennings/-5072907-aml-bitcoin-creator-ta-lks-european-governments

Upon Listing we will agree to continue running advertisements and linking all advertisements directly to your exchange. We will also pay any listing fees.

Thank you so much for your time.

--

Marcus Andrade, Founder
NAC Foundation, LLC
7495 W. Azure Drive
Las Vegas, Nevada 89408
█████████4038

--

Marcus Andrade, Founder
NAC Foundation, LLC
7495 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
Office: █████████4038

Document ID: 0.7.499.28940-000001
Owner:           Marcus Andrade <ceo@amlbitcoin.com>
Filename:        AML Bitcoin Logo 500x500 Web.jpg
Last Modified:   Sun Mar 04 01:05:25 EST 2018



Document ID: 0.7.499.28940-000002
Owner:          Marcus Andrade <ceo@amlbitcoin.com>
Filename:       AML Bitcoin Logo 500x500 Web.png
Last Modified:  Sun Mar 04 01:05:25 EST 2018



FBI-PHY3-0161694
EX023-007

Document ID: 0.7.499.28940-000003
Owner:          Marcus Andrade <ceo@amlbitcoin.com>
Filename:       AML BitCoin Required Documenation.docx
Last Modified:  Sun Mar 04 01:05:25 EST 2018

## AML BITCOIN (ABTC) LISTING DOCUMENTATION

1. Your relationship with the project team

    Answer:   I am the President & Chief Executive Officer.

2. Your name and position

    Answer:   Marcus Andrade, President & Chief Executive Officer.

3. Your email address

    Answer:   ceo@amlbitcoin.com

4. Name of the project (Chinese)

    Answer:   AML BitCoin: 安比幣 (traditional Chinese); 安比币 (simplified Chinese)

5. Name of the project (English)

    Answer:   AML BITCOIN

6. Short name for token

    Answer:   ABTC

7. Token icon   file format: .ai or .psd   :

    Answer:   Please see attachment

8. The total amounts of tokens

    Answer:   200 Million

9. The circulation volume of tokens

    Answer: 76 Million

10. Will you issue additional tokens in the future?

    Answer: In the future, we will convert all AML Tokens (ABTC) to AML BITCOINS (AMLBIT) at a 1 to 1 Ratio. No Additional coins will be created. This will simply be a coin swap for an upgraded version that has Aml / KYC inserted in the actual coin.

11. Is your token developed based on ERC-20? If yes, please provide the number of ERC decimal places:

    Answer: NO

If not, please provide the URL of block browser. (If your token is developed based on QTUM, please provide the number of QRC decimal places.)

12. **Tutorial to deploy the wallet:**

    Answer:    No special instructions. Just follow the procedure for bitcoin. Source code Based on Bitcoin Core, version 0.15. Please see the attachment documentation.

13. **The exchanges that you list on and their websites:**

    We will list on HitBTC on March. 14th, 2018

14. **Your official website:**

    Answer:    www.Amlbitcoin.com  www.AmlToken.com

15. **Your official whitepaper:**

    Answer:    Please see the link below.

    https://amltoken.com/wp-content/uploads/2018/01/AMLBitcoin-Whitepaper.pdf

16. **What can the token be used for?**

    Answer: The tokens are a medium of exchange between parties. It has no underlying collateral. A token does not represent any ownership in the company. We do not offer or even mention any type of profit or capital gains. The use cases is not only for everyday transactions, but for commercial use.

17. **How to appreciate in the future?**

    Answer:  We have the patent applications for compliant digital currencies. Doing a quick Google Patent Check under Marcus Andrade, you will find a few. Laws that are coming out worldwide fully support our initiative.

    http://www.worldtribune.com/sorry-dear-leader-superbowl-banned-ad-linking-bitcoin-security-and-kim-jong-un/

    https://www.coinspeaker.com/2017/11/13/aml-bitcoin-gains-rapport-uk/

    https://seekingalpha.com/instablog/22912651-daniel-jennings/5072907-aml-bitcoin-creator-talks-european-governments

http://bitcoinist.com/aml-bitcoin-creator-saw-early-weakness-digital-currency-world-innovated-solution-filed-patents-well-world-financial-leaders/

https://www.investors.com/politics/commentary/a-new-digital-currency-aml-bitcoin-makes-landfall-in-panama/

https://www.usnews.com/opinion/thomas-jefferson-street/articles/2017-09-12/the-future-of-cryptocurrency-may-be-now-thanks-to-more-mainstream-bitcoin

18. How many users are there in your project now? including registered and active users :

    Answer:    34,285

19. How many users are there in your communities now? Please provide several links Telegram, Reddit, Slack, Twitter, Facebook, Wechat, QQ, Instagram, Line, Viber, KakaoTalk, Imo, Zalo, BBM, ChatOn and so on :

    Answer:    Telegram- 3K    Twitter- 17.7K  Instagram 330

20. Where can we find your project?

    Answer: www.AmlBitCoin.com  www.AmlToken.com

21. Is your project open source? If yes, please provide the link of Github.

    Answer:    Source Code is currently private. Please provide your github name and we will grant you access. Our first patent application will be approved in two months. Then we will make our source code public.

22. The main members of your project:

    Answer:

        1.1.1 Marcus Andrade, President and Chief Executive Officer
        1.1.2 Raymond Robertson, Vice President of European Affairs
        1.1.3 Hon. Carlos De La Guardia, Vice President of Latin America Affairs
        1.1.4 Japheth Dillman, Chief Strategy Officer
        1.1.5 John Szeder, Chief Technical Officer
        1.1.6 Erwin Doornbos, Chief Marketing Strategist
        1.1.7 Hung Q. Tran, Project Manager
        1.1.8 Sergey Petkevich, Software Developer
        1.1.9 Brandon Smietana, Software Developer
        1.1.10 Jatin Babbar, Software Developer
        1.1.11 Neha Verma, Software Developer

https://www.linkedin.com/in/marcus-andrade-22116b146/
https://www.linkedin.com/in/raymond-robertson-696b5a5a/
https://www.linkedin.com/in/japhethdillman/
https://www.linkedin.com/in/jszeder/
https://www.linkedin.com/in/hung-q-tran-5102013b/
https://www.linkedin.com/in/sergey-petkevich-839b7396/
https://www.linkedin.com/in/neha-verma-34969638/
https://www.linkedin.com/in/jatin-babbar-47a02617/
https://www.linkedin.com/in/brandon-smietana-16389812/

23. Are the members of your team involved in other projects? If yes, please list the other projects.

Answer: No.

24. The main members of consultant team:

Answer:

https://www.gov.uk/government/people/angela-knight
https://www.linkedin.com/in/neil-sunkin-0b87b83/
https://www.linkedin.com/in/john-crawford-2592a23b/
https://www.linkedin.com/in/natko-vlahovic-371bb144/

25. Please provide the link of your token in coinmarketcap.com or feixiaohao.com

Answer:     We are currently not listed. We will be in mid-March 2018.

26. Thanks for choosing us. If you have anything else to add, please fill in below.

Document ID: 0.7.499.28940-000004
Owner: Marcus Andrade <ceo@amlbitcoin.com>
Filename: aml_logo.ai
Last Modified: Sun Mar 04 01:05:25 EST 2018



Document ID: 0.7.499.28940-000005
Owner:            Marcus Andrade <ceo@amlbitcoin.com>
Filename:         aml_logo.eps
Last Modified:    Sun Mar 04 01:05:25 EST 2018



Document ID: 0.7.499.28940-000006
Owner: Marcus Andrade <ceo@amlbitcoin.com>
Filename: Specifications of AML Token R3.pdf
Last Modified: Sun Mar 04 01:05:25 EST 2018

Coin Name is AML BITCOIN

Token Name is AML TOKEN

Specifications of AML Token

1) Coin name: AML Token

2) Coin abbreviation ABTC formerly ATK

3) Transaction address prefix T

4) Maximum coin supply 200,000,000 ABTC (same as AML Bitcoin)

5) Premined coins 145,000,000 ABTC (same as AML Bitcoin)

6) Minimum transaction fee 0.00001 ABTC/kB

7) Default transaction fee 0.0002 ABTC/kB

7) SegWit Yes

8) Hashing algorithm SHA-256, POW

9) Block reward 0.000001 ABTC

10) Average block time 1 minute

11) Block halving 800,000

12) Miners Authorization required

13) Source code Based on Bitcoin Core, version 0.15.0

14) Number of Mined Block Confirmations: 20

15) Number of Transaction Confirmations: 6