Document ID: 0.7.499.6425

From: Japheth Dillman
To: Marcus Andrade <ceo@amlbitcoin.com>
Cc: David Hargreaves
    AMLBitcoin <amlbitcoin@shiftcomm.com>
Bcc:
Subject: Re: Release HIT BTC
Date: Thu Oct 05 2017 10:43:11 EDT
Attachments:

Odd, it doesn't bounce for me...

Sent from my iPhone

On Oct 5, 2017, at 5:04 AM, Marcus Andrade <ceo@amlbitcoin.com> wrote:

The shiftcomm email is bouncing.

Thanks,

Marcus

On Wed, Oct 4, 2017 at 9:06 PM, Japheth Dillman wrote:

Yessir. CC'ed is David Hargreaves as well as the email that forwards to our entire team at Shift: AMLBitcoin <amlbitcoin@shiftcomm.com>

David, see below....

On Wed, Oct 4, 2017 at 3:11 PM, Marcus Andrade <ceo@amlbitcoin.com> wrote:

Can you get this PR out to your team to fix it up a bit? Also I need his email address so that I can put him in touch with HitBtc.

Thanks, Marcus

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0030**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

AML BitCoin Announces Listing on Massive Exchange

Marcus Andrade, Chief Executive Officer of NAC Foundation, the creator of the much-anticipated digital currency, AML BitCoin, announces today a that one of the largest exchanges in the cryptocurrency world, HIT-BTC, has decided to list AML BitCoin at the conclusion of Friday morning's initial coin offering.

"For months we have been inundated with interest in the launch of AML BitCoin. Governmental leaders, industry titans, finance and tech leaders worldwide have been requesting to participate in our

coin, and with the listing on HIT-BTC's massive exchange, the entire world will have an opportunity to trade and participate in this amazing project," said Andrade.

HIT-BTC is one of the world's biggest digital currency exchanges, with a massive daily volume exceeding $100,000,000. Based in London, the exchange will be the first official exchange listing AML BitCoin.

HIT-BTC chief executive Nick ____ made the deal with Andrade earlier this week. Based on the excitement building in the investment community about AML BitCoin, it is certain that scores of exchanges will follow suit, hoping to list the new innovative cryptocurrency before its price spikes too high.

It is not only the digital currency world that is passionate about AML BitCoin. With a front page article that has official Washington abuzz, the Washington Times [EMBED LINK] today revealed that a number of policy leaders see the AML BitCoin as the solution not merely to the problem of terrorist and criminal elements using of anonymous bitcoin, but also see the much heralded coin as a potential way to stop North Korea from its mission to acquire and deploy nuclear missiles against Japan, South Korea and the United States.

The Washington Times is just the latest national publication to write enthusiastically about AML BitCoin, giving the coin unprecedented media coverage prior to its official launch at midnight, October 6, 2017, Pacific Daylight Time.

--

Japheth Dillman
CEO & Co-Founder

Mobile: ████ 5458
Skype: ████
email: ████