## Post ICO

| Date | Name | Amount | Price/Coin | Coins | WF | WF Date |
|---|---|---|---|---|---|---|
| 5/15/18 & 5/18/18 & 5/25/18 | Joseph Farah | | | 285,000 coins | CO (WF?) | 8/31/18, 8/2/18 |
| 5/17/18 | JCPBI Investments | | | 100,000 coins | WF | 8/1/18 |
| 8/2/18 | Vinny Vanni | $10,000 | $1.00 | 10,000 coins | WF | 9/14/18 |
| 7/8/18 ✓ | David Paschane | $2,000 | .05/coin | 40,000 coins | WF | 9/24/18 |
| 8/29/18 ✓ | David Cohen | $200,000 | .50/coin | 400,000 coins | WF | 10/19/18 |
| ★ 8/31/18 | Oscar Wood | $100,000 | .50 | | WF | 10/22/18 |
| 9/20/18 | Hicham Chahine | $10,000 | .50/coin | 20,000 coins | WF | 10/29/18, 12/4/18 |
| ✓ 9/26/18 | Daniel Aharanoff | $150,000 | .30 .003/coin | 500,000 coins | | |
| ✓ 10/24/18 | | $50,000 | .13/coin | 384,615.38 coins | | David Netto |
| ✓ 3/12/18 | | $50,000 | .07/coin | 714,286 coins | | David Netto |
| | Boyer Family Trust ✓ | $50,000 | .20/coin | 250,000 coins | WF? | |
| | ✓ | $75,000 | .15/coin | 500,000 coins | ▲ | |

- Print proof of bank wire (Vinnie Vanni)
- Print Jack's list

- Kari → dylan's reports      Joseph Farah  25,000
- copy of ↑     we also need cop          160,000

email sent

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0038**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

1B081-MISC NOTE PADS 001-000065
FBI-00022511

EX038-001