**Message**

**From:** Marcus Andrade [ceo@amlbitcoin.com]
**Sent:** 9/11/2018 2:34:20 PM
**To:** AML Adim [admin@amlbitcoin.com]
**Subject:** Re: Edited HitBTC Press Release

Melanie should use the media@amlbitcoin.com email. First make sure to change that email address from the PayPal account and put in the admin email address. Or you can just give her the press@amlbitcoin.com email.

Also, we have already spoke about this but what we spoke about does not reflect the changes on the pr.

Please get Melanie and NAC Skype and let's form a group Skype between us all. Also make sure Travis has an NAC Skype as well.

Ask Melanie if she knows or remembers the login name or the login email for PR Newswire.

Thanks,

Marcus

On Tue, Sep 11, 2018, 4:27 PM AML Adim <admin@amlbitcoin.com> wrote:
Melanie made some minor changes.

Please review.

Melanie says we have a PR News Wire account and will need access, do you have those credentials?

They are not on the passwords Melissa provided.

---------- Forwarded message ----------
From: **Melanie Cowan** <[redacted]>
Date: Tue, Sep 11, 2018 at 4:04 PM
Subject: Edited HitBTC Press Release
To: admin@amlbitcoin.com

Hi Bernadette,

Here is the edited press release. Please forward to Marcus to give it another once over before sending it out. I am going to look into PR Newswire and Businesswire in the meantime so we can send it off once approved.

Best,
Melanie

CONFIDENTIAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0058**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

ANDRADE_DOJ00000_00018650
ANDRADE_DOJ_00018650
EX058-001