**Message**

**From:** David Mata
**Sent:** 9/11/2018 9:13:17 PM
**To:** AML Adim [admin@amlbitcoin.com]
**Subject:** Re: ABTC Quote Approval

No problem. I showed it to Marcus as well and he was good with it. :)

On Tue, Sep 11, 2018, 21:12 AML Adim <admin@amlbitcoin.com> wrote:

Thank you David, my team and I will be happy to make this revision and get this out on our press release.

If you have any other questions, please feel free to reach out to me anytime.

Thank you,
Bernadette Tran
NAC Foundation

On Tue, Sep 11, 2018 at 8:33 PM, David Mata < > wrote:
I'd like to propose replacing:

""We have a diverse portfolio that includes digital currencies, but AML BitCoin is the one we are watching. We have taken a huge early position. It's the cryptocurrency equivalent of handing Mark Zuckerberg a check while he sits in his dorm room coding Facebook.""

With:
We took a large early position in AML Bitcoin because we had faith in the company and Marcus and without a doubt we see Marcus and his team doing something few other blockchain companies are doing, executing well, and building a sound business strategy. This industry doesn't yet have a blockchain Page/Brin, or Bezos, but Marcus Andrade, with his AML Bitcoin is positioned to be precisely that in this industry.

On Tue, Sep 11, 2018 at 5:31 PM AML Adim <admin@amlbitcoin.com> wrote:

Hello David,

Absolutely, please feel free to revise however you see fit.

Thank you

On Tue, Sep 11, 2018 at 7:12 PM, David Mata < > wrote:
That's approved, but I do believe it was attributed to japheth previously. Mind if I write a new one?

On Tue, Sep 11, 2018, 15:56 AML Adim <admin@amlbitcoin.com> wrote:
Hello David,

My name is Bernadette and I am associated with AML BitCoin/ ABTC

We recently went live on the exchange HitBTC.

I have attached an old press release, and would like the approval of the quote that we intend on using that you have said.

CONFIDENTIAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0060**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

ANDRADE_DOJ00000_00018860
ANDRADE_DOJ_00018860
EX060-001

This press release is not live yet and it awaiting on your approval.

Please let us know as soon as possible.

Thank you,
Bernadette Tran
NAC Foundation/ AML BitCoin Team

CONFIDENTIAL

ANDRADE_DOJ00000_00018861
ANDRADE_DOJ_00018861
EX060-002