Message

**From**: pa-mediapoint@pa.press.net [pa-mediapoint@pa.press.net]
**Sent**: 9/13/2018 5:13:06 AM
**To**: Confirm [confirm@businesswire.com]
**Subject**: [EXT] FINANCE AML BitCoin Technology: AML BITCOIN ANNOUNCES LISTING ON HITBTC EXCHANGE

CAUTION: External Email, Do **NOT** click links or open attachments unless you recognize the sender and know the contents are safe.



## AML BITCOIN ANNOUNCES LISTING ON HITBTC EXCHANGE

FINANCE AML BitCoin Technology
13-Sep-2018 13:12:00

*Page 1*

    Business Editors

    LAS VEGAS

    --(Business Wire)

    AML BitCoin (ABTC) continues its banner inaugural year by being listed on one of the world?s
    largest digital currency exchanges, HitBTC.

    This press release features multimedia. View the full release here:
    https://www.businesswire.com/news/home/20180913005282/en/

    ABTC is the future cryptocurrency with anti-money laundering and ?know-your-customer?
(AML/KYC)
    technology built into the code of the coin.

    Marcus Andrade, Chief Executive Officer of NAC Foundation and Creator of AML BitCoin,
announced
    the HitBTC listing with great enthusiasm: ?Today is a banner day for our innovative
project, and
    a continuation of our efforts to introduce what most consider to be the solution to
the
    cryptocurrency conundrum: a secure digital currency based on AML/KYC technology. The
tectonic
    shift by the world?s governments in the past year show the urgent need for a digital
currency
    that can both attract the crypto community and be used in commercial and governmental
    transactions. We are that coin!?

    A leader in the digital currency arena, HitBTC is the global innovative trading
platform with
    multi-currency support, high liquidity and low fees, operating since 2013. Provided
with rapid
    powerful API and outstanding matching core engine, HitBTC traders are able to
significantly
    enhance their trading experience.

    ?The reception for our digital currency has been far beyond our expectation and
planning,?

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0062**
CASE NO.:  CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

ANDRADE_DOJ00000_00018913
ANDRADE_DOJ_00018913

EX062-001

revealed Andrade. ?We were hoping that HitBTC would be the first of the larger
exchanges to list
   ABTC, and are thrilled that this has come together.

   ?Our international team has been working for months with governments and industry
worldwide to
   help introduce the AML BitCoin into their payment systems. We expect to have a major
   announcement soon.?

   David Mata, Managing Director of Silicon Valley Hedge and Venture Capital Fund Block
Bits
   Capital, typifies the excitement building in the investment community: ?We took a
large early
   position in AML BitCoin because we had faith in the company and Marcus and without a
doubt we
   see Marcus and his team doing something few other blockchain companies are doing:
executing
   well, and building a sound business strategy. This industry doesn't yet have a
blockchain
   Page/Brin, or Bezos, but Marcus Andrade, with his AML BitCoin, is positioned to be
precisely
   that in this industry.?

   About NAC Foundation

   NAC Foundation, headquartered in the U.S., is the creator of the AML BitCoin (ABTC),
the future
   digital currency with anti-money laundering, know-your-customer, anti-terrorism and
   theft-resistant properties. AML BitCoin is compliant with all major national security
and
   financial protection laws and regulations, including the USA PATRIOT Act and the Bank
Secrecy
   Act. NAC's mission is to strengthen the acceptance and use of digital currencies by
advancing
   security compliance throughout the world, combined with blockchain technology.

   For more information, please visit http://www.amlbitcoin.com.

   AML BitCoin is the source of this content. Virtual currency is not legal tender, is
not backed
   by the government, and accounts and value balances are not subject to consumer
protections. This
   press release is for informational purposes only. The information does not constitute
investment
   advice or an offer to invest.

   View source version on businesswire.com:
   https://www.businesswire.com/news/home/20180913005282/en/


   AML BitCoin
   Bernadette Tran
   Press@amlbitcoin.com

http://pa-mediapoint.press.net/article.jsp?id=19188113

To unsubscribe please visit Mediapoint Wire and amend your saved searches.

© 2018 Press Association – Terms and conditions – Privacy policy

ANDRADE_DOJ00000_00018914
ANDRADE_DOJ_00018914
EX062-002