Message

**From**: AML Adim [admin@amlbitcoin.com]
**Sent**: 9/21/2018 9:29:47 AM
**To**: Marcus Andrade [ceo@amlbitcoin.com]
**Subject**: Re: Finished Website Link
**Attachments**: AML BitCoin Website Text.docx

Hello Marcus,

It does not have to be merged. Integrating it would make the forum more efficient and functional.

As right now it is not allowing members post and randomly banning. This is due to a software issue on Simple Machines.

I can ask Chris about solutions if we do intend on keeping it the way it is.

I have attached the text data from the site, I have also sent it to Christina yesterday for review.
Thanks,
Bernadette Tran

On Fri, Sep 21, 2018 at 11:20 AM Marcus Andrade <ceo@amlbitcoin.com> wrote:

Please see why amlbitcointalk.com has to be merged with our website. Please let me know if SEO is the only reason.

Also, before the website goes live, please have someone send me over all the website text in a word document so that I can review it all for compliance reasons.

Thanks,

Marcus

On Fri, Sep 21, 2018 at 10:21 AM, AML Adim <admin@amlbitcoin.com> wrote:

Hello Marcus,

The site is about done: I wanted to get your final stamp of approval before we move forward with integrating amlbitcointalk.com

Please let me know if you have any questions, and I can relay them to Chris.

I've already sent some minor edits but overall the site is about finished.

Best,
Bernadette Tran

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0066**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

CONFIDENTIAL

ANDRADE_DOJ00000_00019713
ANDRADE_DOJ_00019713
EX066-001

--

Marcus Andrade, Founder
NAC Foundation, LLC
7495 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
Office: ███████-4038

CONFIDENTIAL