**Message**

**From:** Japheth Dillman
**Sent:** 9/18/2017 12:11:07 PM
**To:** Jack Abramoff ; John Szeder ; Marcus Andrade [ceo@amlbitcoin.com]
**Subject:** public facing CTO

Hi Marcus,

As we discussed earlier, it was good for the AML BitCoin to have a public facing CTO, especially for branding purposes and the post-ICO market. As understood, Terrence Poon will continue to functionally be the CTO behind the scenes, but he is limited due to current employment contracts to show to the outside his involvement. This brings us to John Szeder (cc'ed here).

As mentioned before, John worked on the kernel of the Blackberry, headed up technology and developer relations at Hi5 (an early competitor to Facebook), he's been CTO at numerous tech companies involving security, gaming, VOIP, etc... and has written numerous patents. He also does tech due diligence for various venture capitalist investors here in the bay area, and as you begin to ramp up into the acquisition mode he would be able to contribute greatly here. I'm sure John can go into more depth on his background.

After discussing with Jack & John, we feel it is appropriate to offer this:
In exchange for 20 hours a month of his time and his face as the public CTO
-$5,000 / month
-250 AML BitCoin / month

This can last as long as you need his help in such a fashion. In the future, if his involvement is needed in a deeper manner, he'd be willing to look at how to restructure then. But for now we all feel this is very fair for the immense expertise and network he brings to the table.

Cheers,

--
*Japheth Dillman*
**CEO & Co-Founder**

Mobile:  -5458
Skype:
email:

CONFIDENTIAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0068**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

ANDRADE_DOJ00000_00021594
ANDRADE_DOJ_00021594
EX068-001