Message

| | |
|---|---|
| From: | Jack Abramoff ▓▓▓▓▓▓▓▓▓▓ |
| Sent: | 10/2/2017 9:35:51 AM |
| To: | Brian Darling ▓▓▓▓▓▓▓▓▓▓ |
| CC: | Marcus Andrade [ceo@amlbitcoin.com] |
| Subject: | RE: Post - The Street |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0070**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

Great work Brian!!

From: Brian Darling [mailto:▓▓▓▓▓▓▓▓▓▓]
Sent: Monday, October 2, 2017 12:33 PM
To: Jack Abramoff <jack@abramoff.com>
Subject: Post - The Street

# TheStreet.

## This New Bitcoin Could Totally Change the Game

AML Bitcoin is the latest development among rapidly changing cryptocurrencies. Here's what you need to know.

Chris Versace

There has been much discussion on the topic of cryptocurrencies so far this year. Expect the conversation to accelerate with the deployment of a new version of digital currency that may provide a safer and more commonly accepted version of the block chain technology. A new coin slated to launch later this week in Hong Kong called AML Bitcoin is aiming to mainstream what has been considered a Wild West-like market for this payment method for goods and services.

It is quite possible this new coin could disrupt the disruptors. Cryptocurrencies have revolutionized the way people pay and this new coin may take cryptocurrencies into the mainstream so one can buy a variety of goods, ranging from a home to a car or even a cup of coffee at Starbucks (SBUX - *Get Report*) . If efforts under way in Congress regarding coin-friendly legislation succeed, we could see this disruptive payment technology become a currency of choice at financial institutions alongside the dollar.

So what's with all the controversy and conversation over these coins?

When it comes to the many flavors of cryptocurrencies, the hullaballoo is understandable given that this disruptive digital format lacks middlemen as well as transaction fees and offers anonymity. Those features have garnered many a headline over its use by terrorists and other nefarious organizations, but it is also accepted by Overstock.com (OSTK - *Get Report*) , Expedia (EXPE - *Get Report*) , DISH Network (DISH - *Get Report*) , Microsoft (MSFT - *Get Report*) , Intuit (INTU - *Get Report*) and even PayPal (PYPL - *Get Report*) . That's just scratching the surface for back in November 2013, Shopify (SHOP - *Get Report*) merchants received the option to accept bitcoin payments with the help of bitcoin service provider BitPay, which has apps on both the Apple (AAPL - *Get Report*) App Store and Alphabet's (GOOGL - *Get Report*) Google Play.

MORE HERE

MORE HERE

CONFIDENTIAL

ANDRADE_DOJ00000_00022062
ANDRADE_DOJ_00022062
EX070-002