| | |
|---|---|
| Message | |
| From: | Evan Carlsen |
| Sent: | 5/10/2018 2:17:24 PM |
| To: | Terence Poon |
| CC: | Marcus Andrade [ceo@amlbitcoin.com] |
| Subject: | Re: AML BitCoin Development Proposal |
| Attachments: | AML BitCoin Proposal Presentation 20180510.pptx; Untitled attachment 36129.htm |

Terence,

I look forward to speaking with you tonight. Please find attached the general proposal for your review.

Regards,
Evan

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0091**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

CONFIDENTIAL

ANDRADE_DOJ00000_00028259
ANDRADE_DOJ_00028259
EX091-001