

# AML BitCoin Project Proposal

Evan Carlsen  |  May 10, 2018

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0092**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

ANDRADE_DOJ_00028260
EX092-001

# Project Description

The project entails the creation of a new BitCoin Core v0.16.0 AML BitCoin through the conversion of the BlackCoin based Aten Coin. The new AML BitCoin will rest on a privately regulated public blockchain. The platform will utilize a biometric identification system to verify owners of wallets that hold the AML BitCoin using the digital identity trust network.

AML BitCoin will be a modified form of an "app coin" in that the underlying protocol includes AML compliance and only persons who obtain a certified digital personal identity can obtain and use a wallet to hold the AML BitCoin. There will be no functional business based on the AML BitCoin and no payout of business revenue from any business to AML BitCoin holders. Any possible payout would derive from speculation by and under the control of the AML BitCoin holder.

ANDRADE_DOJ_00028260
EX092-002

# Project Scope

Work to be accomplished:

- Creation of AML BitCoin Platform based upon BitCoin Core v0.16.0 leveraging Digital Trust Network

Purpose:

- Exchange AML Token for AML BitCoin once BitCoin based platform is available

Stake Holders:

- Marcus Andrade, Terence Poon

Out of scope:

- Proof of Stake/Proof of Work hybrid mining algorithm implementation (v2.0 future)
- Analytics and Transaction tracing
- Information Management (related to biometric storage and retrieval)

ANDRADE_DOJ_00028260
EX092-003

## Deliverables

- AML BitCoin v1.0 based on BitCoin Core v0.16.0 and leveraging the DTN via conversion of Aten Coin features and functionality.

ANDRADE_DOJ_00028260
EX092-004

# Success Factors

- Satisfied stakeholders
- Met project objectives
- Completed within budget
- Delivered on time

ANDRADE_DOJ_00028260
EX092-005

# Platform Modules

- Registration
- Access Management
- Identity Verification
- Information Management
- Transaction Address
- User Interface
- Analytics
- Blockchain
- Wallet



ANDRADE_DOJ_00028260
EX092-006

# Cost Estimates

**Staff**

- Sr. Blockchain Developer ($180K/yr), Blockchain Developer ($150K/yr)
- DevOps Engineer / Developer ($150K/yr)
- Product Manager ($130K/yr)
- Blockchain Consultant ($200/hr capped at annual usage of 50% utilization)

**Offices**

- WeWork facility w/ Private VLAN ($750 setup, 1.5x mo lease retainer $4350) – $3K/mo

**Equipment**

- Employee Laptop and peripherals (laptop, monitors, keyboard, mouse) - $4K / person
- Office Printers - $800

**Servers (AWS)**

- 6 node servers, 2 db servers, gateway server, PHP server –  $10K/mo **

** cost may increase based upon usage of EC2 and EBS.

ANDRADE_DOJ_00028260
EX092-007



ANDRADE_DOJ_00028260
EX092-008

# Project Team Roles and Responsibilities

- Evan Carlsen (CTO - Product and Dev. Lead, LA Office Operations and Staffing)
- Sr. Blockchain Developer (Dev Lead)
- Blockchain Developer
- DevOps Engineer/Developer (Env. Setup & Maintenance, Test Harness, Builds)
- Product Manager (Product Features, Feature Release Management, Jira and Confluence feature list and gaps)
- Blockchain consultant (Blockchain Expert assisting with Development)

ANDRADE_DOJ_00028260
EX092-009

# Project Schedule and Milestones

V1.0        V2.0

| Sprint 1 | Sprint 2 | Sprint 3 | Sprint 4 | Sprint 5 | Sprint 6 | Sprint 7 | Sprint 8 | Sprint 9 |
|---|---|---|---|---|---|---|---|---|
| • 2 Weeks | • 4 Weeks | • 4 Weeks | • 4 Weeks | • 4 Weeks | • 4 Weeks | • 4 Weeks | • 3 Weeks | • 4 Weeks |

ANDRADE_DOJ_00028260
EX092-010

## Sprint 1 – Gather & Create Repository for Early Aten Coin

Resources: Blockchain Consultant

Duration: 2 weeks

Activities:

- Setup documentation repository and prepare environment for documenting development tasks for upcoming sprints (Jira and Confluence)
- Gather and Review Aten Coin legacy source code and documentation
- Prepare development tasks for upcoming sprint (Jira)

ANDRADE_DOJ_00028260
EX092-011

# Sprint 2 - Aten Coin Review and Assessment

Resources: Sr. Blockchain Developer, Blockchain Consultant

Duration: 4 weeks

Activities:

- Prepare Documentation for functional module elements of Aten Coin that will be re-used in the AML Bitcoin v1
- Identify gaps and outline high-level architecture for new AML Bitcoin
- Document requirements for AML Bitcoin features and functionality
- Outline build and release processes
- Outline use cases for initial build
- Prepare development tasks for upcoming sprint (Jira)

ANDRADE_DOJ_00028260
EX092-012

## Sprint 3 – Birth of AML BitCoin v0.1

Resources: Sr. Blockchain Developer, DevOps Engineer/Developer, Blockchain Consultant

Duration: 4 weeks

Activities:

- Setup Source code repository (Github)
- Setup Development and Test Environments
- Create initial build and test scripts and document test cases for to be built functionality based upon use cases
- Develop initial AML Bitcoin based upon clone of AML token using Bitcoin Core v0.16.0 (version with no IP whitelist for mining)
- Unit Test developed code base
- Update / Modify system architecture based upon implementation
- Prepare development tasks for upcoming sprint (Jira)

# Sprint 4 - AML BitCoin Mining Algorithm Modifications

Resources: Sr. Blockchain Developer, DevOps Engineer/Developer, Blockchain Consultant

Duration: 4 weeks

Activities:

- Develop POS algorithm used in Aten Coin used for AML BitCoin v1.0
- Create strategy for Proof of Activity (combined POS/POW) for AML BitCoin v2.0
- Unit Test developed code base
- Update / Modify system architecture based upon implementation
- Prepare development tasks for upcoming sprint (Jira)

ANDRADE_DOJ_00028260
EX092-014

# Sprint 5 - AML BitCoin API Registration Services

Resources: Sr. Blockchain Developer, DevOps Engineer/Developer, Product Manager, Blockchain Consultant

Duration: 4 weeks

Activities:

- Develop API for ID verification services
- Unit Test developed code base
- Update / Modify system architecture based upon implementation
- Prepare development tasks for upcoming sprint (Jira)

ANDRADE_DOJ_00028260
EX092-015

## Sprint 6 - AML BitCoin Registration Web Interface

Resources: Sr. Blockchain Developer, DevOps Engineer/Developer, Product Manager, Blockchain Consultant

Duration: 4 weeks

Activities:

- Develop web interface for registration
- Unit Test developed code base
- Update / Modify system architecture based upon implementation
- Prepare development tasks for upcoming sprint (Jira)

ANDRADE_DOJ_00028260
EX092-016

# Sprint 7 - AML BitCoin v1.0 Multi-Signature Transactions

Resources: Sr. Blockchain Developer, DevOps Engineer/Developer, Product Manager, Blockchain Consultant

Duration: 4 weeks

Activities:

- Create a server module for credential check and signing transactions
- Develop Wallet Multi-signature address components
- Unit Test developed code base
- Create a server module for capture and export of individual AML BitCoin users
- Unit Test server module code base
- Update / Modify system architecture based upon implementation
- Prepare development tasks for upcoming sprint (Jira)

ANDRADE_DOJ_00028260
EX092-017

## Sprint 8 - AML BitCoin Time-Lock

Resources: Sr. Blockchain Developer, DevOps Engineer/Developer, Product Manager, Blockchain Consultant

Duration: 4 weeks

Activities:

- Develop time-lock function as specified in AML BitCoin whitepaper
- Unit Test developed code base
- Update / Modify system architecture based upon implementation
- Prepare development tasks for upcoming sprint (Jira)
- Ongoing Maintenance for AML BitCoin v1.0 (post launch)

ANDRADE_DOJ_00028260
EX092-018

# Sprint 9 - AML BitCoin v2.0 Data Privacy

Resources: Sr. Blockchain Developer, DevOps Engineer/Developer, Product Manager, Blockchain Consultant

Duration: 4 weeks

Activities:

- Review and Develop/Modify AML BitCoin according to ISO/IEC 29100-2011 standards and EU GDPR for data privacy
- Unit Test developed code base
- Update / Modify system architecture based upon implementation
- Ongoing Maintenance for AML BitCoin v1.0 (post launch)

ANDRADE_DOJ_00028260
EX092-019

# Risk Management Plan

| Risk | Probability | Impact | Owner | Mitigation Plan |
|---|---|---|---|---|
| Budget cuts may reduce staff, affecting project scope and schedule | Medium | High | Project Manager | See phased implementation plan |
| Ability to onboard developers within timelines | Medium | High | Project Manager | Adjust timelines for implementation and engage additional consultants and recruiters |
| Availability of DTN for biometric retrieval, storage, and authentication | Medium | High | Project Manager | See phased implementation plan |

ANDRADE_DOJ_00028260
EX092-020