**Message**

| | |
|---|---|
| **From:** | Jack Abramoff |
| **Sent:** | 7/13/2018 3:06:19 PM |
| **To:** | Marcus Andrade [ceo@amlbitcoin.com] |
| **Subject:** | RE: Fwd: |

Please forward to my printer any response you might get.    thanks

**From:** Marcus Andrade [mailto:ceo@amlbitcoin.com]
**Sent:** Friday, July 13, 2018 5:35 PM
**To:** Jack Abramoff
**Subject:** Fwd:

---------- Forwarded message ----------
**From: Marcus Andrade** <ceo@amlbitcoin.com>
Date: Fri, Jul 13, 2018 at 4:22 PM
Subject: Re:
To: Bryant Lee <

> UNITED STATES DISTRICT COURT
> NORTHERN DISTRICT OF CALIFORNIA
> **TRIAL EXHIBIT 0099**
> CASE NO.: CR 20-249 RS
> DATE ENTERED_____
> BY_____
> DEPUTY CLERK

Hello Bryant,

Thanks for your email. Sorry my schedule has been so insane, but these are busy times for us. In fact, I am dashing off this response to you between meetings, so we can move the ball forward quickly. As you know, we are trying to close this within the next few days.

On the patent front, we anticipate filing in every possible jurisdiction, and filing multiple patents in each one. All told, it's very possible we will have made over 600 patent filings when the dust clears. In fact, we have already filed 80 applications, of which a handful have already been approved. We have also put into action an aggressive patent defense operation, more about which if you join with us.

Regarding AtenCoin, when it was launched on the exchange a number of years ago, it did very well, but since the coin was based on AML/KYC compliance, when my team decided to test the firms we contracted to do this aspect of the project, we found that we were able to get false credentials approved (a problem that many online companies are still experiencing). To ensure the integrity of our project, I pulled the coin off the market, offering those coinholders a chance to stay with us, or cash out, until we solved this problem. Most stayed and are still with us.

As it turns out, that was the best thing that ever happened to us, since we retooled by developing a sophisticated biometric digital identification system using biometrics and Identifiers on the Blockchain, with the AML/KYC processes verified by trusted parties. Further, as we developed this innovative system, we filed patents aplenty. This was way before any of our competitors were even contemplating these issues.

Regarding the other million dollar purchasers, I am not at liberty to reveal that information presently, however, we anticipate we will be making that information public (with safeguards obviously) soon. It will not be in the immediate time frame, however, so if that is a requirement, I fear we will not be moving forward together. I cannot release the total amount of tokens sold and distributed yet, but the tokens you anticipate acquiring do not represent even ten percent of those that have been distributed.

As for our personnel, our administrative team is based in Las Vegas, Nevada. Our digital identity team is based in London, England headed by Nigel Quantick, https://www.linkedin.com/in/nigelquantick/.

CONFIDENTIAL

ANDRADE_DOJ00000_00029361
ANDRADE_DOJ_00029361
EX099-001

Our AMLToken/ AMLBitCoin team is headed by Hung Tran, and our team is located in various parts of the world (including London, Hong Kong, Israel and California). We are currently in the process of bringing our tech teams (which is about 20 people and growing rapidly) together in one location and hope to have achieved this in the next 45 days, in what will be our headquarters office in Los Angeles.

As for our colleague who was involved early with bitcoin, I hope you can appreciate that I cannot release his information until we have an NDA on file. He has been instrumental in this project from the beginning, but he is also a tenured professor at a major university and is not expected to retire from that position until next year, when he will join us full time (though given the amount of hours he already spends on the project, it's hard to imagine what full time would look like!).

I am happy to do a Skype call, but we need to do it quickly. Frankly, I have set tomorrow as the last day I will accept any coin purchase agreements, so if you want to proceed, we need to move immediately. If you cannot get me a signed agreement by tomorrow (and a wire by COB Monday), you will have to purchase the coin through the exchanges or from another coin holder.

Finally, I need to know more about your background. Please send me immediately your bio or resume, so I can see who I am dealing with. I appreciate Ravi's recommendation, but I must know who is proposing joining us in such a major way. I am sure you can understand. Please send this to me before we have our next call.

Please let me know when you can do a skype call, so you can move expeditiously to get me a contract before tomorrow evening.

Thanks,

Marcus

On Fri, Jul 13, 2018 at 2:55 PM, Bryant Lee ▮▮▮▮▮▮▮▮▮▮ wrote:

Marcus/Jack

Thanks for your patience. I just finished a lengthy update with some associates and shared with them how talking with both of you this week motivated me to increase our purchase from the initial $2M. A few of them wanted a chance to talk with Marcus as well before I sign.

They were really interested when I told them of the 450 upcoming patents and your experience with Atencoin. Jack told Ravi it traded for $80, and they wanted to hear more of that success story after I shared this with them.

I told them our $5M coincided with another $1.5M purchase, and they were curious about the number of other million dollar purchases. To the extent you can share it, what percentage is our coin purchase of the total money raised?

Ravi mentioned one of the original Bitcoin programmers is on your team. Where are they located, and how big is the team? Any other notable team members?

Does a Skype call later today or Monday afternoon work?

CONFIDENTIAL

ANDRADE_DOJ00000_00029362
ANDRADE_DOJ_00029362
EX099-002

Marcus Andrade, Founder
NAC Foundation, LLC
7495 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
Office: ███████-4038

--

Marcus Andrade, Founder
NAC Foundation, LLC
7495 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
Office: ███████4038

CONFIDENTIAL