Message
_____

From:       Marcus Andrade [ceo@amlbitcoin.com]
Sent:       3/6/2018 10:39:14 AM
To:         Leslie Katz ███████████████
Subject:    Fwd: Google Alert - "aml bitcoin"


Hello Leslie,

I hope all is well. We are now only getting ready to be listed on multiple exchanges and going through the due diligence process with actual stock exchanges right now, we are putting our 12 month strategy together which includes either purchasing or doing a reverse merger with a California Bank.

During the due diligence process of all parties, I am concerned with the misunderstanding of the article that came out about AML BiCoin and the Port of San Francisco that is titled, "Port worry of BitCoin Bubble."

When we met in your office and we discussed Aml BitCoin and we decided when the Aml BitCoin team was available, we would then schedule more meetings in the future. Afterwards, Japheth and the person who wrote the initial article on the link below, took quotes from both you and me.

https://www.usnews.com/opinion/thomas-jefferson-street/articles/2017-09-12/the-future-of-cryptocurrency-may-be-now-thanks-to-more-mainstream-bitcoin

That article that we both commented on, which Japheth literally wrote my comments for me and assisted on the drafting of the article does not suggest any type of partnership or contract signed with the Port.

Unfortunately, the article that was recently written suggests that the Aml BitCoin Team are Liars and that will cause some serious red flags in what we are trying to accomplish not only with the stock exchanges, regular digital currency trading platforms, but with the possible acquisition / merger with a California based bank.

I would really appreciate it if you could help me with this. I have tried to contact Japheth but I believe he is tied up in Dubai at the moment.

If possible, can you contact the Port Magazine and have them amend the article?

Thank you,

Marcus



---------- Forwarded message ----------
From: **Google Alerts** <googlealerts-noreply@google.com>
Date: Tue, Mar 6, 2018 at 12:09 PM
Subject: Google Alert - "aml bitcoin"
To: ceo@amlbitcoin.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0115**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

CONFIDENTIAL

ANDRADE_DOJ00000_00035102
ANDRADE_DOJ_00035102
EX115-001

## Google Alerts

### "aml bitcoin"
Daily update · March 6, 2018

NEWS

**Ports wary of the bitcoin bubble**
Port Strategy
Recent reports in US and foreign publications claimed said that San Francisco and other West Coast ports were interested in **AML Bitcoin**. However no port contacted by Port Strategy confirmed this to be the case and four of the biggest West Coast ports said they were not discussing any type of Bitcoin.

     Flag as irrelevant

See more results | Edit this alert

You have received this email because you have subscribed to **Google Alerts**.
Unsubscribe | View all your alerts

Receive this alert as RSS feed

Send Feedback

--

Marcus Andrade, Founder
NAC Foundation, LLC
7495 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
Office: ████████-4038

CONFIDENTIAL