## Melanie's Tasks

- Consistently monitor telegram for any questions or issues that may arise.
- Check all social media (Facebook, Twitter, Instagram, Linkedin, Bitcointalk) for any messages and comments that need to be answered.
- Work with Chris Bibbs on Bitcoin Press website developments and have weekly calls and meetings regarding the project's progress.
- Edit any documents to go on the website (Terms and Conditions, White Paper, Compliance Documents, Bounty Program, Website Text, etc.)
- Work with our patent attorneys on getting Marcus Power of Attorney documents to sign and mailing them the originals when needed.
- Working with Bernadette to edit previous social media posts that contain inaccuracies and misleading information. Screenshots have been taken for this initiative.
- Teaming up with our web developer Chris on amlbitcoin.com upkeep and maintenance (working links, updated information, blog integration, etc.)
- Reaching out to CheckPal shareholders and scheduling calls with Marcus regarding litigation.
- Routinely perform office administrator duties such as getting office supplies, printing and scanning documents, stocking kitchen area, filing important papers.
- Getting the bounty program up and running on a bounty hosting site. Then, once complete, opening it to the public.
- 

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0143**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

FBI-00034116

EX143-001