

Please Join

## Mike Kahn | Leslie Katz

*For A Roundtable with*
*Lieutenant Governor Gavin Newsom*

In Support Of

# Gavin Newsom for Governor 2018

**Thursday, April 26, 2018**
11:45am-1:00pm

Greenberg Traurig
4 Embarcadero Center, Suite 3000
San Francisco, CA

**Suggested Contributions:**
$2,500 Roundtable
Co-Host $10,000 (write or raise) | Chair $29,200 ~~(write or raise)~~

You may RSVP by contributing online at
https://secure.actblue.com/donate/42618roundtable
or contact Kayla at ████████0303 or at rsvp@gavinnewsom.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0145**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

Contributions are not tax deductible. Newsom for California - Governor 2018 may accept contributions from individuals, businesses or PACs of up to $29,200 for the primary election and $29,200 for the general election. Spouses and domestic partners may each contribute the maximum, even if their account is controlled by the same person, as long as they both sign the check, credit card authorization form or accompanying letter. We may not accept contributions which have been reimbursed by another person unless you inform us of the true source of the contribution; we may also not accept contributions from registered state lobbyists or foreign nationals.
Prepared in-house for electronic distribution.

Paid for by Newsom for California – Governor 2018.  FPPC ID#1375287

FBI-00035009

EX145-001



# Please join us in support of Gavin Newsom for Governor

*Roundtable on Thursday, April 26*

*Greenberg Traurig*
*San Francisco, CA*

### Suggested Contributions:
$2,500 Roundtable
Co-Host $10,000 (write or raise) | Chair $29,200 (write or raise)

___ Yes, I/we will attend the event. Total $_____.

___ I am unable to attend the event, but would like to contribute. Total $_____.

### Checks can be made payable & mailed to:

Newsom for California – Governor 2018
465 California Street, Suite 425
San Francisco, CA 94104

Name: _____

Address: _____ City/State/Zip: _____

Employer: _____ Occupation: _____

Phone: _____ Email: _____

If you wish to pay by credit card, please provide the following information:

Name on card: _____

Amount: $_____ Card Number: _____

Expiration Date: _____ Security code: _____

Contributions are not tax deductible. Newsom for California - Governor 2018 may accept contributions from individuals, businesses or PACs of up to $29,200 for the primary election and $29,200 for the general election. Spouses and domestic partners may each contribute the maximum, even if their account is controlled by the same person, as long as they both sign the check, credit card authorization form or accompanying letter. We may not accept contributions which have been reimbursed by another person unless you inform us of the true source of the contribution; we may also not accept contributions from registered state lobbyists or foreign nationals.
Prepared in-house for electronic distribution.

Paid for by Newsom for California – Governor 2018.   FPPC ID#1375287

FBI-00035010

EX145-002