

Marcus Andrade <ceo@amlbitcoin.com>

## Connecting with Sachin
4 messages

---

**Evan Carlsen** <evan@amlbitcoin.com>     Fri, Nov 16, 2018 at 2:53 PM
To: Marcus Andrade <ceo@amlbitcoin.com>

Marcus,

Based on our last discussion, I'm hoping we can connect with Sachin and setup a meeting to discuss go-foward plans to revive the original Atencoin implementation for a side-by-side comparison when we begin the migration and customization in the latest bitcoin core version.

Let me know your thoughts.

Regards,
Evan

---

**Marcus Andrade** <ceo@amlbitcoin.com>     Fri, Nov 16, 2018 at 4:39 PM
To: Sachin Agrawal <​​​​​​​​​​​​​​​​​​​​​​​​​​>, Neha Verma <​​​​​​​​​​​​​​​​>

Please meet Evan.

[Quoted text hidden]

--

Marcus Andrade, Founder
NAC Foundation, LLC
7495 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
Office: -4038

---

**Sachin Agrawal** <​​​​​​​​​​​​​​​​​​​​​​​​>     Fri, Nov 16, 2018 at 5:18 PM
To: evan@amlbitcoin.com
Cc: Neha Verma <​​​​​​​​​​​​​​​​>, Marcus Andrade <ceo@amlbitcoin.com>

Hello Evan,

I hope you are doing great. Heard a lot about you and hoping we can get things done together. Please add me on Skype "" and lets get things going.

Best Regards,
Sachin A.
[Quoted text hidden]

---

**Evan Carlsen** <evan@amlbitcoin.com>     Fri, Nov 16, 2018 at 6:01 PM
To: Sachin Agrawal <​​​​​​​​​​​​​​​​​​​​​​​​>
Cc: Neha Verma <​​​​​​​​​​​​​​​​​​​​​​​>, Marcus Andrade <ceo@amlbitcoin.com>

Sachin,

Pleasure to meet you. I will reach out shortly so we can connect on Skype.

Regards,
Evan
[Quoted text hidden]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0162**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

FBI-00039984
EX162-002