# Cloudflare

**From:** John Szeder
**To:** Marcus Andrade <ceo@amlbitcoin.com>
**Date:** Tue, 05 Jun 2018 14:25:10 -0700

Just got an email I would like to bring to your attention:

" Hello John,

Nice to make your acquaintance, I am the account manager for AML Bitcoin at Cloudflare.

I was hoping to have a chat with you about your service as I am having trouble getting a hold of someone within your organization.

We are now more than 5 months behind in payments and need to speak asap about resolution.

Please let me know if you have a chance to talk so that we can discuss the best path forward.

Thanks,

Aaron"

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0221**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

FBI-302-026509

EX221-001