# Re: Contract Approval

| | |
|---|---|
| **From:** | John Szeder ▮▮▮▮▮▮▮▮ |
| **To:** | Marcus Andrade <ceo@amlbitcoin.com> |
| **Date:** | Sat, 05 May 2018 08:37:48 -0700 |

Free most of today.

Sent you a skype message

On Fri, May 4, 2018, 6:43 AM John Szeder ▮▮▮▮▮▮▮▮ wrote:

> You mean sat?
>
> Or today?
>
> Can do either.
>
> On Fri, May 4, 2018, 6:42 AM Marcus Andrade <ceo@amlbitcoin.com> wrote:
>
>> Hello John,
>>
>> Tomorrow after lunch your time works best for me.
>>
>> Thanks,
>>
>> Marcus
>>
>> On Thu, May 3, 2018 at 5:10 PM, John Szeder ▮▮▮▮▮▮▮▮ wrote:
>>
>>> Will be wfh tomorrow. Will reach out.
>>>
>>> I have mid morning meetings.
>>>
>>> Is there a better slice of day for you?
>>>
>>> On Thu, May 3, 2018, 1:40 PM Marcus Andrade <ceo@amlbitcoin.com> wrote:
>>>
>>>> Hello John,
>>>>
>>>> Congrats on Zynga. Please let me know when you are available for a chat.
>>>>
>>>> My skype name is Monex247
>>>>
>>>> I could use your help.
>>>>
>>>> Thanks,
>>>>
>>>> Marcus

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0222**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

>>>> On Thu, May 3, 2018 at 2:40 PM, John Szeder ▮▮▮▮▮▮▮▮ wrote:
>>>>
>>>>> Hi Marcus, how are you?
>>>>>
>>>>> I wanted to follow up on the state of our agreement and the state of aml bitcoin.
>>>>>
>>>>> For starters, there is one more payment missing that I have not followed up on that I would like to inquire about.
>>>>>
>>>>> Also, I still get random crypto inquiries and a few have come back with "where can I look at volumes of third party aml trades" and then I don't know what to say.
>>>>>
>>>>> Do you need some help with getting this done? I know we set me up to be a figure head, but now that my cash flow issues are solved with a real job at Zynga, I am happy to discuss actually helping you on a recurring coin basis, assuming there is a path to liquidity that we can create.
>>>>>
>>>>> Please let me know about the final payment, and also, if I can help on the other side of that getting aml bitcoin to goodness.

Warm regards,
jsz

On Fri, Dec 8, 2017 at 3:33 PM, John Szeder ██████████████ wrote:

Do you want me to follow up with him on this, and on the remainder of the payments, by the way?

Warm regards,
jsz

On Fri, Dec 8, 2017 at 2:08 PM, John Szeder ██████████████ wrote:

Thank you for the update.

Have fun in panama.

Warm regards,
jsz

On Fri, Dec 8, 2017 at 1:36 PM, Marcus Andrade <ceo@amlbitcoin.com> wrote:

Hello,

I am in panama.

Neil is at the bank right now. I just confirmed.

Thanks,

Marcus

On Fri, Dec 8, 2017 at 1:18 PM, John Szeder ██████████████ wrote:

Good morning Marcus, I am just following up on the contract execution payment.

Please give me an update when you have some time.

Thank you.

Warm regards,
jsz

On Sat, Dec 2, 2017 at 10:50 AM, John Szeder ██████████████ wrote:

Hi Marcus, I hope you are well.

I checked my bank this morning and did not yet see a pending wire.

Can you give me an update here please?

Warm regards,
jsz

On Thu, Nov 30, 2017 at 9:22 AM, John Szeder ██████████████ wrote:

Hi Marcus, just checking in on the status of the transfer, I don't see an incoming transfer at my bank yet.

Thanks for keeping me updated.

Warm regards,
jsz

On Tue, Nov 28, 2017 at 3:47 PM, Marcus Andrade <ceo@amlbitcoin.com> wrote:

Hello John,

Finally made it back. I hope you had a great weekend.

I will deposit the funds in your account tomorrow.

FBI-302-026511

EX222-002

Thanks,

Marcus

On Mon, Nov 27, 2017 at 9:46 AM, John Szeder ███████████████ wrote:

> Good morning, I hope you had a great long weekend!
>
> Do you have an ETA for the wire?
>
> Warm regards,
> jsz

On Wed, Nov 22, 2017 at 9:54 AM, John Szeder ████████████████████ wrote:

> No problem, I appreciate that you are busy and traveling.
>
> Account Name: John Szeder
> Bank Name: Bank of America
> Bank Account: ██████████4132
> Bank Routing: ████████
>
> Warm regards,
> jsz

On Wed, Nov 22, 2017 at 9:30 AM, Marcus Andrade <ceo@amlbitcoin.com> wrote:

>> Hello John,
>>
>> My apologies. Been tied up.
>>
>> Please send me your bank wire info and i will get that out to you.
>>
>> Thanks,
>>
>> Marcus

On Wed, Nov 22, 2017 at 11:26 AM, John Szeder ██████████████████ wrote:

>> Hello and good morning.
>>
>> I hope you are having a great day!
>>
>> I just wanted to follow up on the invoicing process for the agreement.
>>
>> Let me know how you want me to submit the execution invoice.
>>
>> Warm regards,
>> jsz

On Wed, Nov 15, 2017 at 1:29 PM, Marcus Andrade <ceo@amlbitcoin.com> wrote:

>>> Hello John,
>>>
>>> Attached is your executed agreement.
>>>
>>> Thank you,
>>>
>>> Marcus

On Sun, Nov 12, 2017 at 8:21 PM, John Szeder ████████████████ wrote:

>>>> Executed and attached.

On Fri, Nov 10, 2017 at 1:31 PM, Marcus Andrade <ceo@amlbitcoin.com> wrote:

FBI-302-026512

Hello John,

My apologies for being late on reviewing the agreement.

I just emailed Neil and told him i accepted the terms and to please have you sign the agreement and send it back to him so that I can countersign it.

Thank you,

--

Marcus Andrade, Founder
NAC Foundation, LLC
7495 W. Azure Drive
Las Vegas, Nevada 89408
███████-4038

--

Marcus Andrade, Founder
NAC Foundation, LLC
7495 W. Azure Drive
Las Vegas, Nevada 89408
███████4038

--

Marcus Andrade, Founder
NAC Foundation, LLC
7495 W. Azure Drive
Las Vegas, Nevada 89408
███████4038

--

Marcus Andrade, Founder
NAC Foundation, LLC
7495 W. Azure Drive
Las Vegas, Nevada 89408
███████4038

--

Marcus Andrade, Founder
NAC Foundation, LLC
7495 W. Azure Drive
Las Vegas, Nevada 89408
███████4038

--

Marcus Andrade, Founder
NAC Foundation, LLC
7495 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
Office: ███████-4038

--

Marcus Andrade, Founder
NAC Foundation, LLC
7495 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
Office: ███████4038

FBI-302-026514

EX222-005