# Re: public facing CTO

**From:** Japheth Dillman
**To:** John Szeder
**Cc:** Jack Abramoff
**Date:** Mon, 30 Oct 2017 14:41:15 -0700

I have asked the lawyer to immediately draft up the agreement.

On Sat, Oct 28, 2017 at 11:56 AM, John Szeder wrote:

> Good morning Jack and Japheth.
>
> I wanted to follow up on this, seeing as my name is on the AML bitcoin website now and I do not yet have my agreement.
>
> Can you please update me on the status of the agreement?
>
> Thank you.
>
> On Wed, Oct 4, 2017 at 3:16 PM, Jack Abramoff wrote:
>
>> Yes. John please go to the download on the site, download the wallet, and email the address to Mark (sales@amlbitcoin.com). once you run the program, you'll see a button for "Receive", then one for "Request Payment" that will give you the wallet. Look at me telling the CTO something tech related! I'm sure you know it, but I only have an hour before I can't use email (Jewish holiday approaches), and I figured I'd not take a chance!
>>
>> **From:** Japheth Dillman [mailto:
>> **Sent:** Wednesday, October 4, 2017 11:22 AM
>> **To:** John Szeder  ; Jack Abramoff <
>> **Subject:** Re: public facing CTO
>>
>> Incorrect... you just went up on the site.
>>
>> Jack, can we get John a wallet issued?
>>
>> Sent from my iPhone
>>
>> On Oct 4, 2017, at 6:38 AM, John Szeder  wrote:
>>
>>> So I guess this isnt happening?
>>>
>>> On Sep 18, 2017 12:11 PM, "Japheth Dillman"   wrote:
>>>
>>>> Hi Marcus,
>>>>
>>>> As we discussed earlier, it was good for the AML BitCoin to have a public facing CTO, especially for branding purposes and the post-ICO market. As understood, Terrence Poon will continue to functionally be the CTO behind the scenes, but he is limited due to current employment contracts to show to the outside his involvement. This brings us to John Szeder (cc'ed here).

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0227**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

As mentioned before, John worked on the kernel of the Blackberry, headed up technology and developer relations at Hi5 (an early competitor to Facebook), he's been CTO at numerous tech companies involving security, gaming, VOIP, etc... and has written numerous patents. He also does tech due diligence for various venture capitalist investors here in the bay area, and as you begin to ramp up into the acquisition mode he would be able to contribute greatly here. I'm sure John can go into more depth on his background.

After discussing with Jack & John, we feel it is appropriate to offer this:

In exchange for 20 hours a month of his time and his face as the public CTO

-$5,000 / month

-250 AML BitCoin / month

This can last as long as you need his help in such a fashion. In the future, if his involvement is needed in a deeper manner, he'd be willing to look at how to restructure then. But for now we all feel this is very fair for the immense expertise and network he brings to the table.

Cheers,

--

**Japheth Dillman**

**CEO & Co-Founder**



Mobile:             5458
Skype:
email:

--
**Japheth Dillman**
**CEO & Co-Founder**



Mobile: ▇▇▇▇5458
Skype: ▇▇▇▇▇▇▇
email: ▇▇▇▇▇▇▇▇▇▇▇▇▇