From: Support/Aten Coin <support@atencoin.com>
To: Rene Acuna
Cc: Bob Parsons
Subject: Instructions to Download Aten Coin Wallet with Drop Box
Date: Wed, Jul 23, 2014 9.51 am
Attachments: INSTRUCTIONS_TO_DOWNLOAD_ATEN_COIN_WALLET.docx (16K)

Hi

Congratulations on joining the National Aten Coin Foundation. Today I am sending you the link to install your wallet. The next step is that we will contact you to send you your coins.

If you have a MAC, let us know as this link is for a PC. We have a separate download for a MAC and if you do have a MAC, please let us know and we will send you the MAC Download.

Here is the key (password) to install the wallet  NOTE- COPY THIS FIRST AND SAVE BEFORE YOU CLICK THE DOWNLOAD LINK AS YOU WILL NEED IT

44974c90911747536154b396e1320bf8

Please click on the link below. This will give you the download of the Aten Coin Wallet to Dropbox

https://www.dropbox.com/s/ecgqk2cvnxq22xf/Client%20AtenCoin%20Wallet%20installer.exe

You should be able to follow the prompts. Ignore any warnings about the program not being safe or that it might harm your computer because it won't.
If you have trouble, the STEP BY STEP INSTRUCTIONS ARE ATTACHED.

PLEASE NOTE:

After you have the wallet installed, click on the RECEIVE button. On the right hand side, you will see a long number. copy this and email back to us so we can send you your coins.

NOTE: All coins go out once a week, usually on thursday afternoon.  All you need to do is have your pc turned on and you wallet open. It can be minimized. That's it.

You wallet may say "OUT OF SYNC" or X number of days out of sync. Don't worry about it. When we mine the coins, the wallets will sync.

If you have any questions please give us a call.

National Aten Coin Foundation (NAC)
(702) 605-4299

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0236**
CASE NO.:  CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK