## AML BitCoin Token Log

| # | Date | Recipient | Tokens | Notes |
|---|------|-----------|--------|-------|
| 1 | 10/11/2017 | Brian Darling | 25,000.00 | Recd. 25K Tokens |
| 2 | 12/26/2017 | Brian Darling | 25,000.00 | Recd. 25K Tokens |
| 3 | 1/9/2018 | Beau Rothschild | (1,000.00) | Compensation for helping out. |
| 4 | 1/9/2018 | Beau Rothschild | (10,000.00) | Gift |
| 5 | 1/9/2018 | Brian Darling | (5,400.00) | Contribution |
| 6 | 1/12/2018 | Chase Kroll | (10,000.00) | Gift |
| 7 | 1/18/2018 | Chris Versace | (1,000.00) | Compensation for posting. |
| 8 | 1/30/2018 | Derek Hunter | (1,000.00) | Compensation for posting. |
| 9 | 1/31/2018 | Christian Josi | (10,000.00) | Compensation for NFL project promotion (helped pitch Drudge.) |
|   |   |   |   | Total expenditure of tokens - 38,400.00 |
|   |   | Total | 11,600.00 |   |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0240**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

FBI-302-027475

EX240-001