## AML BitCoin Post Log

| # | Date | Author | Platform | Status | Title of Piece | Web Link | Cost |
|---|---|---|---|---|---|---|---|
| 1 | 8/19/2017 | Derek Hunter | Daily Caller | Published | Congress Considering Validating Bitcoin | http://dailycaller.com/2017/08/19/congress-considering-validating-bitcoin/ | $500.00 |
| 2 | 8/23/2017 | Steve Sherman | Townhall | Pubished | AML Bitcoin is the Future of Digital Currency | https://townhall.com/columnists/stevesherman/2017/08/23/aml-bitcoin-is-the-future-of-digital-currency-n2372303 | $500.00 |
| 3 | 10/18/2018 | Chris Versace | Forbes | Pubished | PULLED | Pulled | $1,000.00 |
| 4 | 10/2/2017 | Chris Versace | The Street | Published | This New Bitcoin Could Totally Change the Game | https://www.thestreet.com/story/14325534/1/this-could-flip-the-digital-coin-realm.html | $5,000.00 |
| 5 | 10/5/2017 | Brian Darling | Observer | Published | Soccer-Mom-Friendly AML Bitcoin Will Make Digital Currencies Mainstream | http://observer.com/2017/10/aml-bitcoin-will-make-digital-currencies-mainstream/ | $0.00 |
| 6 | 2/2/2018 | Peter Ferrara | American Spectator | Published | New AML Bitcoin Can Shut Down North Korea Abuse of Old Bitcoin | https://spectator.org/new-aml-bitcoin-can-shut-down-north-korea-abuse-of-old-bitcoin/ | $750.00 |
| 7 | 2/2/2018 | Steve Sherman | Daily Surge | Published | The NFL Has Become A Political Action Committee | http://dailysurge.com/2018/02/nfl-become-political-action-committee/ | $300.00 |
| 8 | 2/2/2018 | Derek Hunter | Daily Caller | Published | NFL Rejects Super Bowl Ad Because It Mocks Kim Jong-Un | http://dailycaller.com/2018/02/02/nfl-rejects-super-bowl-ad-because-it-mocks-kim-jong-un/ | $500.00 |
| 9 | 2/3/2018 | Steve Sherman | Townhall | Published | What is Wrong with the NFL? | https://townhall.com/columnists/stevesherman/2018/02/03/what-is-wrong-with-the-nfl-n2443670 | $500.00 |
| 10 | 2/3/2018 | Dan Perkins | NewsMax | Published | The NFL Is Against Free Speech at Super Bowl | https://www.newsmax.com/danperkins/nfl-super-bowl-free-speech-amvets/2018/02/03/id/841264/ | $250.00 |
| 11 | 2/4/2018 | Seton Motley | Red State | Published | Super Bowl: NFL Prohibits Another TV Ad – Blocking For North Korea's Communist Kim Jong-Un | https://www.redstate.com/setonmotley/2018/02/04/super-bowl-nfl-prohibits-another-tv-advertisement-blocking-kim-jong-un/ | $1,500.00 |
| 12 | 2/6/2018 | Bruce Fein | Washington Times | Published | Let government money compete with cryptocurrencies | https://www.washingtontimes.com/news/2018/feb/6/let-bitcoin-other-cryptocurrencies-compete-governm/ | $500.00 |
| 13 | 2/9/2018 | Peter Ferrara | Cheddar | Interview | Washington Weighs in on Crypto | https://cheddar.com/videos/washington-weighs-in-on-crypto | $750.00 |
| 14 | 2/8/2018 | Brian Darling | Investor's Business Daily | Published | The Coming Cryptocurrency Lobbying War | https://www.investors.com/politics/commentary/the-coming-cryptocurrency-lobbying-war/ | $0.00 |
| | | | | | | **TOTAL LGA EXPENDITURES** | **$12,050.00** |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0241**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK