

**Aten "Black Gold" Coin Available From AtenPay, SA; Via ANXPro on July 6, 2015**
*100% AML/KYC Compliant New Electronic Currency Revolutionizes the Market*

**FOR IMMEDIATE RELEASE**

Las Vegas, NV – May 25, 2015 – In just under 45 days, National Aten Coin's groundbreaking new cryptocurency will be available from AtenPay, SA; a Warsaw, Poland based company. The Aten "Black Gold" Coin can be purchased through a collaboration between AtenPay, SA and ANXPro, one of the globe's most revered online trading platforms. The Aten "Black Gold" Coin will be available in all fiat currencies including, USD, EUR, HKD, AUD, CAD, JPY, SGD, GBP, NZD and CHF. NAC clients will have exclusive access to ANXPRO's simple and user friendly UI, consolidated shared order book for blended multi-currency settlement, real time FX pricing, deposit options, and risk management and trading tools.

National Aten Coin Foundation (NAC) is a service member of the American Bank Association (ABA) and compliant with the following agencies: Anti-Money Laundering (AML), Counter Financing of Terrorism (CFT), Anti-Fraud and Financial Crimes (AFF), Office of Foreign Assets Control (OFAC), Bank Secrecy Act (BSA), USA PATRIOT Act and the FACT Act.

BGC International Inc. (BGCI) is an Aten "Black Gold' Coin promotion company. BGCI's main goal is to promote use of Aten Coin worldwide. BGCI invests in various ventures such as oil and gas production projects while requiring the profits to be paid back to BGCI in Aten Coins. This helps to perpetuate the Aten Coin Market.

BGCI partners with SWC Group in Warsaw, Poland to create an Aten Coin processing platform. AtenPay provides a user-friendly one-stop solution for people to acquire Aten Coins and for commercial companies to receive payment in Aten Coins. For more information, please visit: www.AtenPay.com.

Founder of NAC, Marcus Andrade is excited for the inaugural month of the Aten "Black Gold" Coin.

"All of our hard work is finally coming to fruition," said Andrade. "The NAC team is very proud to put this incredible new coin in the digital currency market. We set our bar very high and feel that our goals have not only been met for the Aten "Black Gold" Coin, but exceeded," he said.

```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
       TRIAL EXHIBIT 0349
     CASE NO.: CR 20-249 RS
     DATE ENTERED_____
           BY_____
          DEPUTY CLERK
```

FBI-MAIN-0001199

EX349-001

**Unique Features of the Aten "Black Gold" Coin**

- **AML & KYC:** Aten Coin is the first cryptocurrency that is designed to fulfill AML and Know Your Customer (KYC) requirements.

- **Theft-Resistant:** Bitcoin as well as other cryptocurrencies are susceptible to stealing by hackers, who are unidentifiable. However, Aten Coin is the first cryptocurrency that allows the tracing of real identities in the event theft occurs. This makes Aten Coin theft-resistant.

- **Non-volatile Value & Liquidity:** Volatile value is one of the key issues of Bitcoin and many other cryptocurrencies. In view of this, NAC's partner company, BGC International, Inc., is creating a constant demand of Aten Coins through joint venture with oil and gas production companies on oil and gas well investments. Over 50% of the investment profits will be paid in Aten Coin to create a continuous demand of Aten Coin and maintain a stable value of Aten Coin.

- **Fast:** Transaction of Aten Coin is 9.4 times faster than Bitcoin.

- **Secure:** Aten Coin is a highly secure cryptocurrency that uses multiple rounds of 11 different cryptographic hashes, thus making it one of the safest and sophisticated modern cryptocurrencies. In contrast, Bitcoin only uses a single round of double SHA-256 hashes.

- **Usability:** Shops can easily accept Aten Coin payment by using our AtenPay services. In the near future, people will be able to use the Aten Coin to buy things in real life, e.g., a cup of coffee, online games, meat, petroleum, etc.

Ken Lo, CEO and Co-founder of ANXPRO, is looking forward to offering the Aten "Black Gold" Coin on his company's trading platform. Lo said NAC's commitment to compliance and transparency created a "no-brainer" partnership between the two organizations.

"NAC and ANXPro operate from the same level of respect for regulatory practices in the electronic currency market," said Lo. "We both utilize topnotch security methods, and employ the most state-of-the-art anti-money laundering control systems available today," said Lo.

**About National Aten Coin and the Aten "Black Gold" Coin**
Headquartered in Las Vegas, Nevada, National Aten Coin (NAC) is the creator of the Aten "Black Gold" Coin, a cryptocurrency (a form of electronic money) and its global payment transaction network. While maintaining privacy of customers, the NAC utilizes proprietary techniques to verify ownership of coin holders, secure and monitor transactions, trace and track identities of senders and receivers, keep recordkeeping efforts transparent, protect coins from stealing, maintain liquidity and stabilize value of the cryptocurrency. The Aten "Black Gold" Coin is compliant with the: Anti-Money Laundering (AML), Counter Financing of Terrorism (CFT), Anti-Fraud and Financial Crimes (AFF), Office of Foreign Assets Control (OFAC), Bank Secrecy Act (BSA), USA PATRIOT Act and the FACT Act.

For more information please visit: http://AtenCoin.com.

## About ANX

Founded in June 2013, ANX has grown into one of the most used Bitcoin exchange platform worldwide. According to Bitcoin charts, ANX is the 6th largest Bitcoin Exchange in the world by volume. ANX is a pioneer and leader in the cryptocurrencies industry. ANX's achievements to date include introducing the world's first physical Bitcoin retail store, the world's first Bitcoin Debit Card, the world's first multi-currency online Bitcoin exchange platforms (ANXPRO.COM & ANXBTC.COM), the world's 3rd Bitcoin ATM machine, and a full-featured ANX Vault mobile app for crypto currencies. ANX has recently acquired the Norwegian bitcoin exchange USTCOIN.COM to expand into the European market. ANX was one of the first firms specializing in crypto-currencies to be issued with a Money Services Operator (MSO) license and prides itself on its transparency and regulatory compliance. The founding partners have financial markets, management consulting, banking technology and compliance backgrounds.

For more information, please visit: http://www.anxintl.com

**Media inquires:**
Marcus Andrade, Founder
NAC
Phone: ███████-4038
Email: press@atencoin.com

Jess Chan, Marketing Manager
ANX
Phone: ███████-2689
Email: ███████

Agnieszka Cenzartowicz, Senior Partner
SWC Group
Phone: ███████1276
Email: ███████

Agnieszka Bilinska, Supervisory Board Member
AtenPay SA
Phone: ███████1340
Email: ███████