# Marcus Andrade

Founder and CEO at NAC Foundation and AML Bitcoin

## Summary

In 2012, Marcus Andrade, a former United States Marine, computer programming maven, and successful businessman who spearheaded the development of a new structure for a cryptocurrency. It utilizes a hybrid distributed ledger technology that provides a better approach for regulating a cryptocurrency while maintaining the beauty of Bitcoin, i.e. decentralized banking. This currency, based on the Bitcoin protocol, is designed to be compliant with the requirements of various laws that banks and other financial institutions are required to comply with. By 2014, Marcus had created a new coin called, Aten "Black Gold", and it was introduced to the market in September 2015. Using a "privately regulated public blockchain" concept, the Aten Coin utilizes a novel personal identity-linked credential authentication protocol that is built into the source code of the coin.

The Aten Coin, re-branded as "AML BitCoin", is perhaps the first and possibly only coin that, because of its structure, is compliant with anti-money laundering, anti-terrorism and anti-terrorist financing laws, bank secrecy laws, know-your-customer laws, and anti-financial crimes laws both in the United States and abroad.

Since the creation of AML BitCoin, Marcus has led the development as Chief Architect of a product that presents a biometrics solution to the problem of personal identification, critical to preventing money laundering, terrorist financing, and financial crimes. CrossVerify, a United Kingdom based company, which Marcus founded, and which owns a patent (pending) on this unique product, has attracted the interest of the law enforcement and military organizations of various countries.

Marcus is also currently developing AMLPlatform, which will be a white label of the AML BitCoin. This platform will allow pre-approved users to use the NAC platform to create their own digital currency/tokens.

## Experience

**Founder and CEO at AML Bitcoin**
July 2015 - Present

While in the military, Mr. Marcus Andrade majored in Computer Programming at Coastal Carolina Community College. He also attended the United States Marine Corps Institute, Del Mar College, & Grantham University. During his service, Mr. Andrade was responsible for the development of various mobile applications and he has continued this work in recent years. His most current achievement is the development of a mobile application that provides "identification verification" which connects a user's biometric data to actual Anti-Money Laundering & Know Your Customer documents.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0380**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

Andrade is dedicated to serving his community and has served on the boards of many political organizations. He also sat on the Presidential Search Committee for Del Mar College and worked with the Texas A & M Research Department.

An early user of Bitcoin, Andrade has made an international name for himself when it comes to the development of Bitcoin applications, including trading sites and biometric identification using blockchain technology with the cross verification of data that is tied to biometrics. Most recently, his development of the world's first AML/KYC digital currency, the AtenCoin, has since been rebranded to the AML Bitcoin.

Andrade has nearly two decades of solid business experience. A self-made entrepreneur, previously, he owned South Texas Careers Centers, where students learned about insurance adjusting in the State of Texas. He was licensed by the Texas Department of Insurance as an insurance agent. He also owned a sound investment company, AIG, LLC, which still operates today.

As the founder of the NAC Foundation, he has anti-money laundering and know-your-customer financial experience, as well as, data collection and blockchain technology proficiency. Andrade is a member of the American Bank Association (ABA), and the Advancing Financial Crime Professionals Worldwide Organization (ACAMS). His company, NAC is compliant with the top agencies around the world.

## Education
**United States Marine Corps Institute**
Infantry; Marine Corps Leadership; Personal Finance; Electronic Warfare; Military Police Interview

# Marcus Andrade

Founder and CEO at NAC Foundation and AML Bitcoin



Contact Marcus on LinkedIn

FBI-MAIN-0050978

EX380-003