# National Aten Coin Foundation Accepted Into ABA

businesswire.com/news/home/20150323005260/en/National-Aten-Coin-Foundation-Accepted-ABA

March 23, 2015

LAS VEGAS--(BUSINESS WIRE)--National Aten Coin (NAC), creator of the Aten "Black Gold" Coin, a revolutionary new form of electronic currency, was recently accepted into the American Bankers Association (ABA). The ABA, which is the hub for the $15 trillion United States banking industry, welcomed NAC into its organization as a Platinum Service Member. This means NAC will join a prestigious group of small, regional and large banks, for which the ABA currently helps safeguard $11 trillion in deposits and more than $8 trillion in loans.

After the ABA's acceptance and recent agreement with ANXPRO Exchange, NAC's Founder, Marcus Andrade, believes his company is well prepared to be the new industry leader for cryptocurrency. He said the NAC system is absolutely unique to any digital currency currently on the market.

"While upholding the complete privacy of our customers," said Andrade, "we are able to verify ownership of coin holders, secure and monitor transactions, trace and track identities of senders and receivers, keep recordkeeping efforts transparent, protect coins from stealing, maintain liquidity and stabilize value."

In the past, many have assumed that banks were against digital currencies, but NAC is helping to eradicate that perspective through its commitment to regulatory practices. In fact, NAC's Aten "Black Gold" Coin is 100% compliant with the following: Anti-Money Laundering (AML), Counter Financing of Terrorism (CFT), Anti-Fraud and Financial Crimes (AFF), regulations of Office of Foreign Assets Control (OFAC), Bank Secrecy Act (BSA), USA PATRIOT Act and the FACT Act.

"Banks have simply been waiting for a digital currency to be able to meet their stringent standards. We are in negotiations with a few select banks right now. We plan to disclose NAC's U.S. banking support system in the very near future," he said.

Andrade knows that all of his company's hard work is now coming to light. He believes NAC's 2015 successes are the beginning of something groundbreaking, especially because of the ABA platinum service membership approval.

"We really value the ABA's approach to government policy, industry diversity, laws, regulations, and risk profiles," said Andrade. "Every one of these factors truly reflect who NAC and the Aten 'Black Gold' Coin are," he said.

**About National Aten Coin and the Aten "Black Gold" Coin**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0384**
CASE NO.:  CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

1/2

FBI-MEDIA-000048

EX384-001

Headquartered in Las Vegas, Nevada, National Aten Coin (NAC) is the creator of the Aten "Black Gold" Coin, a cryptocurrency (a form of electronic money) and its global payment transaction network.

For more information please visit: http://AtenCoin.com.

FBI-MEDIA-000049

EX384-002