**AML Blockchain** @AMLBitcoin · Mar 10

AML BitCoin, The World's First AML/KYC/Patriot Act Coin That's Compliant With Biometric Identification, Will Be Listed On @hitbtc Soon! #SecureDigitalCurrency #Crypto #Blockchain



💬 38    🔁 30    ♡ 76

**AML Blockchain** @AMLBitcoin · Mar 8

'Bitcoin Evolution, Meet AML Bitcoin Revolution' via @IBDinvestors bit.ly/2FtLQkt #BTC #Crypto #CryptoNews #Blockchain #Cryptocurrency #Bitcoin

---

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0389**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

FBI-MEDIA-000150

EX389-001