## RE: Please confirm PR 1

**From:** Marcus Andrade <ceo@amlbitcoin.com>
**To:** David Hargreaves
**Cc:** Japheth Dillman, Tori Sabourin, AMLBitcoin <amlbitcoin@shiftcomm.com>, Vladimir Sofronov
**Date:** Tue, 07 Nov 2017 08:02:49 -0800

Can you guarantee that journalists will pick it up? What countries do these journalists live in?

What is your success rate doing it this way?

Our objective is to get this information out. Not just to one place but to many places.

I need this information to be seen worldwide. Not yesterday but today!

Having said that, please provide me with your strategy to get that done.

I need to know what shift is going to do and what ICObox is going to do in order to meet the above stated objective.

I need a reply back today.

@Japheth, please call me.

Thanks All,

Marcus

On Nov 6, 2017 8:59 PM, "David Hargreaves" wrote:

> One of the things we are keen to do is to start publishing all the content we create onto a single destination that we will then be able to point journalists to.
>
> Ideally we would have a blog where we can post items like this as an informal way of sharing discussions that you are having but also use it to highlight our opinions.
>
> David
>
> **David Hargreaves** | Managing Director
> **SHIFT Communications, Inc.**
> Cell: 7814 | email: | web: www.shiftcomm.com
> blog: www.shiftcomm.com/blog
>
> From: Marcus Andrade [mailto:ceo@amlbitcoin.com]
> Sent: Monday, November 6, 2017 2:50 PM
> To: Japheth Dillman
> Cc: Tori Sabourin, David Hargreaves
> Subject: Re: Please confirm PR 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0405**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

FBI-PHY-074693

EX405-001

Please someone give me a status report on the below PR.

Thanks,

Marcus

On Sun, Nov 5, 2017 at 4:35 PM, Marcus Andrade <ceo@amlbitcoin.com> wrote:

Here is PR 1, Japheth, make sure ICObox gets it as well if needed.

---------- Forwarded message ----------

NAC Foundation, LLC, the creator of the newly launched digital currency, AML BitCoin, announced today that it has been in extensive discussions with the governmental and private sector authorities in Panama to integrate the AML Bitcoin and its patent-pending anti-money laundering and know-your-customer technologies into the financial and payment infrastructure of key Panamanian industries and governmental departments.

After a series of productive meetings last month conducted by Marcus Andrade, the CEO of NAC Foundation, with key Panamanian stakeholders and government officials, NAC Vice President of Latin American Affairs, Carlos De La Guardia has followed up with discussions designed to give the new currency something that no other digital currency in the world has: official usage by powerful industries and governments.

De La Guardia, former Panamanian Ambassador to the United States, has been in discussion with Roberto Roy, president of the Board of Directors and Minister of the Panama Canal, about implementing an e-payment process for the AML BitCoin with the Canal, for payment of transit fees. Currently transit fees are mainly paid in advance with cash. The use of the AML BitCoin would prevent any possible illegal activity, as well as create a safe, rapid and cost-effective money transfer system for the Canal Authority.

In addition to Minister Roy, De La Guardia has been engaged in communication with other senior Canal officials, including VP Corporate Communications, Oscar Vallarino, and Canal Administrator, Jorge L. Quijano.

The discussions with the key Panama Canal officials is a natural follow up to the very productive discussions Andrade had with the Panama Maritime Authority director of legal affairs Armando Bultron about working the digital identity innovations that undergird the AML BitCoin architecture into the payment systems available to thousands of crew working on ships under the Panama Maritime Authority registration. The Panama Maritime Authority, among other things, commands the world's largest ship registry.

AML BitCoin is the world's only digital currency with a patent-pending biometric digital identity system tied to the blockchain, enabling strict adherence to all bank security provisions including AML (anti-money laundering) and KYC (know your customer) protections.

The prospect of AML BitCoin securing a position in the payment systems of these key Panamanian government structures is likely to bolster the case made by the coins supporters that it alone will eventually rival the anonymous Bitcoin for dominance in the cryptocurrency world.

--

Marcus Andrade, Founder

FBI-PHY-074694

EX405-002

NAC Foundation, LLC

7495 W. Azure Drive

Las Vegas, Nevada 89408

███████ 4038

FBI-PHY-074695

EX405-003