## RE: Matter No.: 17-10154-AU

| | |
|---|---|
| From: | John Bryan |
| To: | David Salmon, Marcus Andrade <ceo@amlbitcoin.com>, richard naimer, Jack Abramoff, Nigel Quantick, Melissa Foteh, John Langdon, Eric Olsen, "Ponig, Christina", Michael Esposito, Darren Winczura, Mark DiAdamo <sales@amlbitcoin.com>, Karl R, Raymond Robertson, Kenneth Sumner, Terence Poon |
| Date: | Tue, 05 Jun 2018 05:08:40 -0700 |
| Attachments: | Unnamed Attachment (68 bytes); Project Sunshine Expanded QM and TT June 5 18 final.docx (46.53 kB) |

As discussed yesterday, attached is the overview of our marketing campaign for tokens.
John
Office Telephone: -8889
Mobile 1: -9131
Mobile 2: -3674
Mobile 3: -6785
Email:
Website: www.watley.com
See the E-Mail Disclaimer on our website.

**From:** David Salmon [mailto:
**Sent:** Friday, June 1, 2018 9:17 AM
**To:** Marcus Andrade ; richard naimer ; Jack Abramoff ; Nigel Quantick ; Melissa Foteh ; John Bryan ; John Langdon ; Eric Olsen ; Ponig, Christina ; Michael Esposito ; Darren Winczura ; Mark DiAdamo ; Karl R ; Raymond Robertson ; Kenneth Sumner ; Terence Poon
**Subject:** RE: Matter No.: 17-10154-AU
Wonderful news! Congratulations!

**From:** Marcus Andrade [mailto:ceo@amlbitcoin.com]
**Sent:** Thursday, May 31, 2018 9:06 PM
**To:** richard naimer ; Jack Abramoff ; Nigel Quantick ; Melissa Foteh ; John Bryan ; John Langdon ; Eric Olsen ; Ponig, Christina ; David Salmon ; Michael Esposito ; Darren Winczura ; Mark DiAdamo sales@amlbitcoin.com>; Karl R ; Raymond Robertson ; Kenneth Sumner ; Terence Poon
**Subject:** Fwd: Matter No.: 17-10154-AU
Australia just approved the Cross Verification of Data Innovation Patent.
We are still covered worldwide through the PCT.
Thanks,
Marcus

---------- Forwarded message ---------
**From:** Ruth Avila
**Date:** Thu, May 31, 2018, 7:11 PM
**Subject:** Re: Matter No.: 17-10154-AU
**To:** ceo@amlbitcoin.com ceo@amlbitcoin.com>
**Cc:** , Terence Poon , David Hoffman

Dear Marcus:
Please see the attached letter and the Innovation Patent Certificate.
Thank you.
Sincerely,
**RUTH E. AVILA**
**Office Manager & Legal Assistant for David L. Hoffman**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0418**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

FBI-PHY-104604
EX418-001

**Hoffman Patent Group, a Prof. Law Corp.**
*"TURNING NEW IDEAS, NAMES, PRODUCTS & COMPUTER PROGRAMS INTO POWERFUL INTELLECTUAL PROPERTY"*

███████████████████
Valencia, CA
Phone: ███████-0300
Fax: █████████9423
Email: ██████████
Web: www.DLHpatent.com