# RE: Payment

**From:** John Bryan <​█​>
**To:** Jack Abramoff <​█​>
**Date:** Wed, 16 May 2018 17:50:43 -0700

Can he wire? I can give him a FEDEX label if he needs it....lol... I still have a Board of Directors account.
John
Office Telephone: █-8889
Mobile 1: █9131
Mobile 2: █3674
Mobile 3: █6785
Email: █
Website: www.watley.com
See the E-Mail Disclaimer on our website.

**From:** Jack Abramoff [mailto:█]
**Sent:** Wednesday, May 16, 2018 5:28 PM
**To:** John Bryan
**Subject:** FW: Payment

Fyi

**From:** Marcus Andrade [mailto:ceo@amlbitcoin.com]
**Sent:** Wednesday, May 16, 2018 8:22 PM
**To:** Karl R █
**Cc:** John Bryan █
**Subject:** Payment

Hello Karl,
Please send a check for $2K to John. His information is attached on the invoice.
Thanks,
--
Marcus Andrade, Founder
NAC Foundation, LLC
7495 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
Office: █-4038

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0420**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

FBI-PHY-104877

EX420-001