# John Bryan

**From:** Marcus Andrade <ceo@amlbitcoin.com>
**Sent:** Wednesday, January 24, 2018 5:04 PM
**To:** John Bryan
**Subject:** NAC Representation

Dear John,

I am delighted we are working together on a commercial advertisement for the Super Bowl. I realize we are still working out all the components of this project, but please proceed representing us with Comcast/NBC in this matter and please report to me as soon as you can with results of their deliberations about our ad. Thank you.

Sincerely,

Marcus Andrade, Founder
NAC Foundation, LLC
7495 W. Azure Drive
Las Vegas, Nevada 89408
███████-4038

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0432**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK