

A. J. A. Bryan Jr.
*Chief Executive Officer*

The Watley Group, LLC
8439 Sunset Blvd.
Suite 101
West Hollywood, CA 90069

June 1, 2018

Eric R. Olsen, Esq.
Garman Turner Gordon
650 White Drive, Suite 100
Las Vegas, NV 89119

Dear Mr. Olsen,

I want to take this opportunity to summarize the background of our effort to produce and air a Super Bowl commercial for NAC Foundation, LLC about the AML Bitcoin.

I am President and CEO of The Watley Group, LLC, a California LLC, and its wholly owned subsidiary, The Bird Streets LLC. We are a television finance and production company based in Los Angeles. In September of 2016, Watley signed a agreement with GroupM Entertainment Limited, a wholly owned division of WPP plc, the largest advertising agency in the world with over 190,000 employees, 3,000 offices worldwide, and over 30% global market share in the advertising business. Group M is also the largest media buying and trading company in the world. I have attached a copy of my agreement with Group M as a confidential exhibit. This agreement is attached as evidence of our relationship but we would like it to be kept strictly confidential.

In December 2017 and January of 2018, I worked with NAC Foundation, to develop a television commercial to launch AML Bitcoin to the world. Based on my experience, I recommended that the company attempt to secure a slot to air an ad during the Super Bowl – the greatest television platform of the year since a few spots were still available.

On January 24th 2018 Marcus Andreaid gave us the go-ahead to negotiation directly with NBC and with GroupM to purchase a $5,000,000 thirty second spot.

Watley worked with Group M (the company that had more experience than any other in placing ads during the Super Bowl and could get us the best price), and we also worked directly with NBC, the network with the rights to air the event. It was immediately clear that, without a fully produced commercial, we would not be considered for broadcast by the network. I worked with the company to secure the services of a top production company to produce the commercial. In fact, this

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0433**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

Telephone: ███-8889  -  Email: ███

FBI-PHY-108768

EX433-001

company had been used extensively by Peacock Productions, NBC's own in-house production company.

The production company, working with our group and NAC, produced a top-quality commercial, at the cost of over $500,000 – which is a reasonable amount to spend on a Super Bowl ad (some spend more, some less).

With the commercial in hand, we worked with GroupM and with NBC to get the network to accept our commercial, but we were warned that with the NFL having turned down advertising from a veteran's organization related to standing for the national anthem, the path may become complicated.

We pressed as hard as we could, but were never able to get the commercial approved, unfortunately, in time for broadcast during the Super Bowl (or during the pre and post game shows). I strongly recommended that NAC Foundation consider regional and local broadcasts during game time, or even an effort to place the ad at the second highest rated event – the Academy Awards – but, based on the terms NBC offered, and disappointed that NBC would not air the super bowl ad, they demurred.

I hope this provides you with the information you need regarding the events surrounding NAC's Super Bowl ad project. I would testify under oath to the above if requested.

Sincerely yours,

*A. Bryan*

John Bryan, Jr.

Telephone: ███-8889  -  Email: ███████