# RE: for letterhead/signature/pdf asap

| | |
|---|---|
| From: | John Bryan |
| To: | Jack Abramoff |
| Date: | Fri, 01 Jun 2018 12:23:16 -0700 |

Fine
John
Office Telephone: ▮-8889
Mobile 1: ▮9131
Mobile 2: ▮3674
Mobile 3: ▮6785
Email: ▮
Website: www.watley.com
See the E-Mail Disclaimer on our website.

**From:** Jack Abramoff [mailto:▮]
**Sent:** Friday, June 1, 2018 12:20 PM
**To:** John Bryan
**Subject:** RE: for letterhead/signature/pdf asap

No, send it to me. I am getting to Marcus and he'll get it to his lawyer

**From:** John Bryan [mailto:▮]
**Sent:** Friday, June 1, 2018 3:15 PM
**To:** Jack Abramoff
**Subject:** RE: for letterhead/signature/pdf asap

Can you give me Eric's email address so I can send it directly?
John
Office Telephone: ▮-8889
Mobile 1: ▮-9131
Mobile 2: ▮-3674
Mobile 3: ▮-6785
Email: ▮
Website: www.watley.com
See the E-Mail Disclaimer on our website.

**From:** Jack Abramoff [mailto:▮]
**Sent:** Friday, June 1, 2018 12:11 PM
**To:** John Bryan
**Subject:** for letterhead/signature/pdf asap

June 1, 2018
Eric R. Olsen, Esq.
Garman Turner Gordon
650 White Drive, Suite 100
Las Vegas, NV 89119

Dear Mr. Olsen,

I want to take this opportunity to convey to you the background of the effort to produce and air a Super Bowl commercial for NAC Foundation, LLC about the AML Bitcoin. I am president of The Bird Streets Productions, Inc. We are a television production company, with an active association with Group M Productions – the television production arm of WPP – the global media giant, and one of the biggest buyers of advertising on television in the world.

I was engaged by Marcus Andrade, CEO of NAC Foundation, to assist the company in launching the AML Bitcoin, and to advise on how to effectively introduce the project to a worldwide audience. Based on my past experience, I recommended that the company attempt to secure a slot to air an ad during the Super Bowl – the greatest television platform of the year.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0434**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

I worked with my associates at Group M, the company that had more experience than any other in placing ads during the Super Bowl, and we started our discussions with NBC, the network carrying the event. It was immediately clear that, without a fully produced commercial, we would not be considered for broadcast by the network. I worked with the company to secure the services of a top production company to produce the commercial. In fact, this company had been used extensively by Peacock Productions, NBC's own in-house production company.

The production company, working with our group and NAC, produced a top-quality commercial, at the cost of over $500,000 – which is a reasonable amount to spend on a Super Bowl ad (some spend more, some less).

With the commercial in hand, we worked with our associates at Group M to get the network to accept our commercial, but we were warned that with the NFL having turned down advertising from a veterans organization related to standing for the national anthem, the path may become complicated.

We pressed as hard as we could, but were never able to get the commercial approved, unfortunately, in time for broadcast during the Super Bowl (or during the pre and post game shows). I strongly recommended that NAC Foundation consider regional and local broadcasts during game time, or even an effort to place the ad at the second highest rated event – the Academy Awards – but, disappointed that NBC would not air the ad, they demurred.

I hope this provides you with the information you need regarding the events surrounding NAC's Super Bowl ad project.

Sincerely yours,
John Bryan, Jr.