# RE: Super Bowl Commercial

**From:** John Bryan <█████████>
**To:** Jack Abramoff <█████████>, █████████
**Date:** Wed, 17 Jan 2018 00:18:49 -0800

Jack,
Here are the facts. Few people have done more of this guerrilla style marketing for investors than I have. I did it for 15 years on OTC stocks and "nano cap" stocks and Bitcoin is the same type of campaign.
I came up with a clever way to get superbowl results without the superbowl cost and I assure you I will come up with 10 other ways for us to do this. I have not even started to get my financial investor public relations people involved. In one campaign alone for Copper King we started from scratch and got over 7,500 investors to purchase over $90,000,000 of common stock in the stock market. The company failed, but the PR campaign was a massive success.
I really want to get this deal and I promise you I will perform. Give me the deal and I will drop everything and focus on this for the next month.
John
Telephone: ███-8889
Mobile: ███-9131
Email: █████████
Website: www.watley.com
See the E-Mail Disclaimer on our website.

**From:** Jack Abramoff [mailto:█████████]
**Sent:** Tuesday, January 16, 2018 5:26 PM
**To:** John Bryan ; █████████
**Subject:** RE: Super Bowl Commercial
How are you guys doing on the proposal?

**From:** John Bryan [mailto:█████████]
**Sent:** Tuesday, January 16, 2018 2:40 PM
**To:** Jack Abramoff █████████; █████████
**Subject:** RE: Super Bowl Commercial
Love it… lol…
John
Telephone: ███-8889
Mobile: ███-9131
Email: █████████
Website: www.watley.com
See the E-Mail Disclaimer on our website.

**From:** Jack Abramoff [mailto:█████████]
**Sent:** Tuesday, January 16, 2018 12:41 PM
**To:** █████████
**Cc:** John Bryan █████████
**Subject:** Super Bowl Commercial
Hi Chet. Here is my take on the ad, though of course the creative guys should smooth this out.
The ad would open with a shot of a North Korean Government ministry (foreboding, Soviet style scary megalopolis), with the words "North Korean Ministry of Bitcoin Acquisition" or something like that.
Cut to a large, ornate hall, with a small table bearing a desk top computer. Sitting at the desktop is a funny looking North Korean cyberwarrior in military uniform. He is sweating and extremely nervous, furiously typing away trying to hack into AML Bitcoin. Standing over him, imperiously screaming at him is a Kim Jong Un doppelganger, demanding to know, having already stolen billions of dollar of bitcoin, ethereum, litecoin, ripple and others, he cannot successfully steal the AML Bitcoin.
Kim can be swearing in Korean, with subtitles, or he can be speaking broken English (not sure on this part). The rest of the ad is either narration or titles explaining that this is the only coin Kim cannot steal, and directing the viewers to participate today by going to amlbitcoin.com. or something like that.
I was thinking that a coda with a tag line by Kim of something like "Now, I wanna cry!" might be funny, though not sure how many know that that's the name of the hack the Norks created.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0435**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK