

FBI-PHY-110550

EX436-001