# What Was Your Favorite Part of Marcus Andrade's AMA on AMLBitCointalk?

## SOUND OFF IN THE COMMENTS!

**amlbitcoin** • Follow

amlbitcoin Marcus Andrade, AML BitCoin's CEO, Founder, & Creator loved answering your questions in 'AMA with Marcus Andrade'! What was your favorite part of the AMA? Tell us in the comments! Also, if you haven't submitted a question to Marcus, there's still time! https://bit.ly/2IKvqd0 #AMA #ABTC #Crypto #Cryptocurrency #DigitalCurrency #AML #KYC #Antitheft #Coin #Exchange #Blockchain #CryptoNews #BitCoin #Tech #Finance #Currency #Token #BTC #LTC #ETH #VirtualCurrency #Technology #Fintech #Trace #AMLBitCoin

tendor.io ✓Nice photo😊!!

29 likes
1 DAY AGO

Log in to like or comment.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0439**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

FBI-PHY-110554

EX439-001