

FBI-PHY-110557

EX442-001