FBI-PHY-110558

EX443-001