UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
TRIAL EXHIBIT 0446
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK