

FBI-PHY-110563

EX447-001