

FBI-PHY-110569

EX450-001