FBI-PHY-110596

EX455-001