![Screenshot of an Internet Explorer InPrivate browsing window displaying an Instagram post from @amlbitcoin. The post shows a graphic with "ONLY 5 DAYS LEFT!" on the left side and the AML Bitcoin seal ("AML / KYC Compliant Digital Currency — Compliant ★ Fast ★ Secure") in the center, with "Purchase Now: https://amltoken.com" at the bottom.]

Caption text from the Instagram post:

amlbitcoin The AML Token Sale concludes in ONLY 5 Days! Get yours now at AMLToken.com! #Cryptocurrency #Blockchain #Bitcoin #ETH #LTC #BTC #Tech #Finance #Currency #DigitalCurrency #VirtualCurrency #ICO #Token #TokenSale #InitalCoinOffering #Technology #Ethereum #Litecoin #Altcoin #Coin #TokenSale #ICOList #ICONews #ICOListings #Tokens #TokenSales #AML

gobatteroo Very cool :)
trainingbrah 🚀
thebrainfan.1 👌

43 likes
FEBRUARY 8

Log in to like or comment.

URL bar: https://www.instagram.com/p/BjQLJuVAQd0/?taken-by=amlbitcoin

Taskbar time: 8:57 AM 5/27/2018

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0458**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

FBI-PHY-110599
EX458-001