

FBI-PHY-110612

EX464-001