

FBI-PHY-110619

EX465-001