FBI-PHY-110630

EX467-001