Case 3:20-cr-00249-RS    Document 665-46    Filed 06/05/25    Page 1 of 1

