

FBI-PHY-110652

EX473-001