○ 3   ⟲   ♡ 8

**AML Blockchain** @AMLBitcoin · Apr 27

AML BitCoin CEO & Founder, Marcus Andrade, meets with the Executive Director of the Port of San Francisco. #PortOfSF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0488**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
      DEPUTY CLERK

○ 13   ⟲ 6   ♡ 20

**AML Blockchain** @AMLBitcoin · Apr 26

FBI-PHY-110689

EX488-001