
   
 

Twitter has a new Terms of Service and Privacy Policy, effective May 25, 2018. Learn more    Got it

Home    Moments                                                             Search Twitter    Have an account? Log in

**AML Blockchain** @AMLBitcoin · Feb 5

'Sorry Dear Leader': Superbowl banned ad linking Bitcoin security and Kim Jong-Un, via @WorldTribune: bit.ly/2nMhOAr #SuperBowl #Crypto #Cryptocurrency #BTC #DigitalCurrency #Bitcoin

'Sorry Dear Leader': Superbowl banned ad linking Bitcoin security an...
by WorldTribune Staff, February 5, 2018 The NFL sacked a Super Bowl ad by a Bitcoin company that featured an actor portraying North Korean leade...
worldtribune.com

4    5    6

**AML Blockchain** @AMLBitcoin · Feb 4

#ICYMI: See AML Bitcoin's hilarious commercial that the NFL banned from the #SuperBowl youtube.com/watch?v=I5YUc7...    #SuperBowlCommercial #Crypto

---

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0494**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

FBI-PHY-110749

EX494-001