





FBI-PHY-110763

EX505-001