

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0512**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
            DEPUTY CLERK

FBI-PHY-110815

EX512-001