Twitter has a new Terms of Service and Privacy Policy, effective May 25, 2018. Learn more    Got it

coindesk.com

**AML Blockchain** @AMLBitcoin · 10 Nov 2017
Creator of AML BitCoin on Track to Partner with Panama Canal
hellenicshippingnews.com/creator-of-aml...
#patent #invention #blockchain #fintech #regtech #regulation #kyc #shipping #news #digital #currency #payments #mortgage #markets #tokensale #ico #hedgefund #fintech #capital #sales #energy #gold

**AML Blockchain** @AMLBitcoin · 10 Nov 2017
La fundación NAC está negociando con el gobierno de Panamá
criptotendencia.com/2017/11/08/la-...
#btc #ltc #eth #dsh #bitcoin #crypto #regtech #fintech #paytech #insurance #lending #blockchain #banking #compliance $btc #fincen #antimoneylaundering #tokensale #ico

---

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0517**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
     DEPUTY CLERK

FBI-PHY-110864

EX517-001