https://twitter.com/AMLBitcoin

AML Blockchain (@AMLBitcoi...

Twitter has a new Terms of Service and Privacy Policy, effective May 25, 2018. Learn more

Got it

Home   Moments

Search Twitter

Have an account? Log in

**AML Blockchain** @AMLBitcoin · 8 Nov 2017
Creator of AML BitCoin on Track to Partner with Panama Canal.
AML BitCoin is designed for official usage by powerful industries and governments.
Anti-money laundering, know-your-customer, anti-terrorism and theft-resistant!
prweb.com/releases/2017/...

7   7

AML Blockchain Retweeted

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0518**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
          DEPUTY CLERK

FBI-PHY-110869

EX518-001