InPrivate  https://twitter.com/AMLBitcoin

Twitter, Inc. [US]    Search...

(1) AML Blockchain (@AMLBit... ×

File  Edit  View  Favorites  Tools  Help

Surface

Twitter has a new Terms of Service and Privacy Policy, effective May 25, 2018. Learn more

Got it

Home    Moments    Search Twitter    Have an account? Log in

reply    4

**AML Blockchain** @AMLBitcoin · 5 Oct 2017
Soccer-Mom-Friendly AMLBitcoin Will Make Digital Currencies Mainstream
from Target to McDonalds to local gas station

**Soccer-Mom-Friendly AML Bitcoin Will Make Digital Currencies Main…**
AML Bitcoin will bring digital currencies out of the shadows and into a
family's daily use.
observer.com

1    4    1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0523**
CASE NO.:  CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

**AML Blockchain** @AMLBitcoin · 5 Oct 2017

9:32 AM
5/27/2018

FBI-PHY-110991

EX523-001