<!-- Browser chrome screenshot of Twitter page @AMLBitcoin -->

Twitter has a new Terms of Service and Privacy Policy, effective May 25, 2018. Learn more

Got it

Home   Moments                         Search Twitter          Have an account? Log in

☐ 1    ⟲ 32    ♡ 7

**AML Blockchain** @AMLBitcoin · 4 Oct 2017
AML BITCOIN Token Sale starts 6 OCT 2017 00:00 PST (UTC -7)
social.amltoken.com/?aml=tw-pin
#ico #tokensale #hedgefund #invest #btc #eth #angel #xrp

AML BITCOIN TOKEN SALE STARTS
@ 00:00 PST (UTC -7), 6 OCTOBER 2017
COMPLIANT
1 DAYS  18 HOURS
58 MINUTES  54 SECONDS
JOIN MAILING LIST FOR NEWS ON TOKEN SALE
Get AML Token Wallet

☐ 2    ⟲ 39    ♡ 7

**AML Blockchain** @AMLBitcoin · 4 Oct 2017
AML Bitcoin strides onto the world stage. Upgraded cryptography can defeat sanctions evasion @washtimes washingtontimes.com/news/2017/oct/... #btc #token

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0525**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

FBI-PHY-111001

EX525-001