

FBI-PHY-111009

EX528-001