**TheStreet** @TheStreet · 2 Oct 2017

AML Bitcoin is the latest development among rapidly changing cryptocurrencies

**This New Bitcoin Could Totally Change the Game**

AML Bitcoin is the latest development among rapidly changing cryptocurrencies. Here's what you need to know.

thestreet.com

♡ 8   ♥ 11

**AML Blockchain** @AMLBitcoin · 1 Oct 2017

AMLBitCoin will be launched, if hedge fund & coin investor worlds are right, it will quickly rival original bitcoin.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0529**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

FBI-PHY-111013

EX529-001