cryptocurrency exchanges from next month.

altcointoday.com

1  1

**AML Blockchain** @AMLBitcoin · 26 Sep 2017

Government Panama launched AML Bitcoin to provide alternative to problems most cryptocurrencies are currently facing

**New Cryptocurrency AML Bitcoin Launched in Pan...**
New Cryptocurrency AML Bitcoin Launched in Panama. The last couple of weeks have not been that good for the market of cryptocurrencies....
vladimirribakov.com

1    2    2

AML Blockchain Retweeted

**Bloomberg** @business · 17 Sep 2017
Why the world's central banks can't ignore the bitcoin boom bloom.bg/2xJdDgl

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0530**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

FBI-PHY-111035

EX530-001