⬅️ ➡️ InPrivate  https://twitter.com/AMLBitcoin ▼ 🔒 Twitter, Inc. [US] ⟳  Search... 🔍

(1) AML Blockchain (@AMLBit... ✕

File  Edit  View  Favorites  Tools  Help

⭐ Surface ▼

---

Twitter has a new Terms of Service and Privacy Policy, effective May 25, 2018. Learn more    **Got it**

🐦 Home     ⚡ Moments                                              Search Twitter 🔍    Have an account? **Log in ▼**

coinspeaker.com

💬     ↻ 3     ♡ 2

↻ **AML Blockchain** Retweeted

**Peter Sin Guili** @petersinguili · 15 Sep 2017                                   ▼
Regulation of #crypto #bitcoin #altcoin is a double-edge sword.
But is an essential direction moving forward for better consumer protection.

💬 4     ↻ 5     ♡ 21

**AML Blockchain** @AMLBitcoin · 13 Sep 2017                                     ▼
Port of San Francisco like other transportation hubs considering using digital
currencies in its payment structures

**Cryptocurrency's Future May Be Now**
How San Francisco could help change the way we think
about money.
usnews.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0531**
CASE NO.:  CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

💬     ↻ 99     ♡ 3

**AML Blockchain** @AMLBitcoin · 13 Sep 2017                                     ▼
AML Bitcoin: The Decentralized, AML Compliant Cryptocurrency Onboards Carlos
De La Guardia bitcoinprbuzz.com/bitcoin-press-... via @@bitcoinprbuzz

FBI-PHY-111045

EX531-001