Twitter has a new Terms of Service and Privacy Policy, effective May 25, 2018. Learn more

Got it

Home     Moments     Search Twitter     Have an account? Log in

**AML Blockchain** @AMLBitcoin · 13 Jan 2015

Aten "Black Gold" Coin is in COMPLIANCE
> Office of Foreign Assets Control (OFAC)
> Bank Secrecy Act (BSA)
> USA PATRIOT Act
> FACT Act

♀    ⟲ 4    ♡ 3

**AML Blockchain** @AMLBitcoin · 13 Jan 2015

Aten "Black Gold" Coin
> Anti-Money Laundering (AML)
> Counter Financing of Terrorism (CFT)
> Anti-Fraud and Financial Crimes (AFF)

♀    ⟲ 3    ♡ 3

**AML Blockchain** @AMLBitcoin · 14 Dec 2014

100% AML & KYC Compliant.

♀    ⟲ 4    ♡

**AML Blockchain** @AMLBitcoin · 14 Dec 2014

Main Issue at Dubai Conference was Regulations & Compliance. Aten "Black Gold" Coin has figured out all the Compliance Issues.

♀    ⟲ 6    ♡

**AML Blockchain** @AMLBitcoin · 12 Dec 2014

Great to see all these talented people at the Dubai BTC Conference

---

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0538**
CASE NO.:  CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

FBI-PHY-111118

EX538-001