# FW: Order Confirmation

| | |
|---|---|
| From: | Jack Abramoff <​███​> |
| To: | Melissa Foteh <​███​> |
| Date: | Mon, 05 Feb 2018 13:19:28 -0800 |
| Attachments: | image003.png (2.54 kB); Ticket#8631077.pdf (24.17 kB) |

Hi Melissa. This is the delivery receipt for the letter delivered to Roger Goodell. Marcus wants it up on the site along with that longer explanation that I sent you earlier (that I think you liked). Please black out Eli Zicherman's name and phone number, though. he also wants you to tag BuzzFeed and NBC, though I think we should tag Super Bowl and any Super Bowl ad hashtags, as well as the NFL. Not sure we should do NBC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0555**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

FBI-PHY3-0105812

EX555-001