# New Hires

**From:** Marcus Andrade <ceo@amlbitcoin.com>
**To:** Melissa Foteh <​███████████████████████​>
**Date:** Mon, 19 Mar 2018 00:22:35 -0700

Have Melanie do this part below.

1) Create 10 different yahoo.com email accounts, (do not share the passwords)
2) Create 10 different bitcointalk accounts (only share the passwords with the workers)
3) Create 10 different skype accounts, (use gotoassist to login to workers computer and enter in the password for them)
4) On Tuesday setup times to view each application for the job. Login to the upwork account, I have already selected the people that need to be interviewed.
5) Find out what all languages each worker speaks.

WORKERS

6) Have them find a total of 10 articles a week pertaining to Aml & Kyc of exchanges and digital currencies. To be safe, have them find 15 per week and send them to you, you will then select the best 10 on there list for them to post.

7) They should post a total of 4 times per day on all social media. The first two posts should be them posting the articles. The second two posts should be them responding to the post of a co-worker. Ask me to explain this to you.

8) Ask them what all social media is used in there area? Then YOU (MELANIE) setup the social media account and let them post on it or add posts. BUT YOU SHOULD BE THE ADMIN.

9) Any important updates that you give, they should automatically repost and add a comment.

Job should only be for 2 to 3 hours per day.

INTERVIEW PROCESS
1) Ask them if they have any problem submitting a copy of there passport and drivers license or I.D. Card.
2) Ask them if they have any issue installing a monitoring software so that we can track there hours. Let them know when they are not working, they just need to turn the software off.
3) Ask them if they know anything about digital currencies.
4) Ask them if they are O.K. with only working 2 hours a day.
5). Ask them if they are O.K. with signing a NDA.

You set the appointments, create an account with uberconference.com and then send them an invite.
--

Marcus Andrade, Founder
NAC Foundation, LLC
7495 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
Office: ███████-4038

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0560**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

FBI-PHY3-0107034

EX560-001