Message
___

**From:** Marcus Monex [▮▮▮▮▮▮▮▮]
**Sent:** 7/20/2017 10:48:56 PM
**To:** Rajesh DEL [▮▮▮▮▮▮▮▮]
**CC:** info@amltoken.com; ceo@atencoin.com
**Subject:** AtenCoin's AML Token Raise
**Attachments:** AML TOKEN OVERVIEW.pdf; Comparison between Aten Coin & Bitcoin 20151001 (4).pdf; AtenCoin Presentation.pdf; NAC_Presentation.ppt

Call me when you can.

I have some confidential information coming out on Tuesday. We need to discuss it.

The website is up but it is not ready for viewing now. It is password protected. We are missing some of the bios for the advisers, production company, and the filming company.

Thanks,

Marcus

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0671**
CASE NO.: CR 20-249 RS
DATE ENTERED _____
BY _____
DEPUTY CLERK

CONFIDENTIAL

ANDRADE_DOJ00000_00059825
ANDRADE_DOJ_00059825
EX671-001