### Message

**From:** Jack Abramoff [███████]
**Sent:** 2/23/2018 1:36:20 PM
**To:** Marcus Andrade [ceo@amlbitcoin.com]
**Subject:** FW: For Marcus
**Attachments:** AML BitCoin Report 2-21-18 - PDF.pdf

Not sure what we do with this, but perhaps we print it as a second handout for the NY meetings?

**From:** Brian Darling [mailto:███████]
**Sent:** Wednesday, February 21, 2018 5:26 PM
**To:** Jack Abramoff <███████>
**Subject:** For Marcus

Consider the attached a good display item for Marcus to have for his meeting.

*Brian Darling*
███████
Washington, DC ███
Cell: ███0364
Website: www.libertygovernmentaffairs.com

CONFIDENTIAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0706**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

ANDRADE_DOJ00000_00026281
ANDRADE_DOJ_00026281
EX706-001