# AML BitCoin Press Clips

CONFIDENTIAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0707**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

ANDRADE_DOJ00000_00026282
ANDRADE_DOJ_00026282
EX707-001

## Post List

1. August 19, 2017 - Daily Caller - **Congress Considering Validating Bitcoin** - http://dailycaller.com/2017/08/19/congress-considering-validating-bitcoin/

2. August 23, 2017 - Washington Times - **AML Bitcoin is the Future of Digital Currency** - https://townhall.com/columnists/stevesherman/2017/08/23/aml-bitcoin-is-the-future-of-digital-currency-n2372303

3. October 2, 2017 - The Street - **This New Bitcoin Could Totally Change the Game** - https://www.thestreet.com/story/14325534/1/this-could-flip-the-digital-coin-realm.html

4. October 5, 2017 - Observer - **Soccer-Mom-Friendly AML Bitcoin Will Make Digital Currencies Mainstream** - http://observer.com/2017/10/aml-bitcoin-will-make-digital-currencies-mainstream/

5. February 2, 2018 - American Spectator - **New AML Bitcoin Can Shut Down North Korea Abuse of Old Bitcoin** - https://spectator.org/new-aml-bitcoin-can-shut-down-north-korea-abuse-of-old-bitcoin/

6. February 2, 2018 - Daily Surge - **The NFL Has Become A Political Action Committee** - http://dailysurge.com/2018/02/nfl-become-political-action-committee/

7. February 2, 2018 - Daily Caller - **NFL Rejects Super Bowl Ad Because It Mocks Kim Jong-Un** - http://dailycaller.com/2018/02/02/nfl-rejects-super-bowl-ad-because-it-mocks-kim-jong-un/

8. February 9, 2018 - Cheddar - **Challenges Facing Regulation** - https://cheddar.com/videos/washington-weighs-in-on-crypto

9. February 8, 2018 - Investor's Business Daily - **The Coming Cryptocurrency Lobbying War** - https://www.investors.com/politics/commentary/the-coming-cryptocurrency-lobbying-war/

# THE DAILY CALLER



## Congress Considering Validating Bitcoin

**DEREK HUNTER**
Contributor

10:47 AM
08/19/2017

Friday afternoon the value of "Bitcoin cash," an offshoot of the digital currency Bitcoin, surged 40 percent to $655. As the volatile currency increases in value it also increases in interest in Washington, which has mostly ignored its rise in popularity. Three Members of Congress are working on legislation to protect certain digital currencies from government interference, The Daily Caller has learned.

Sources on the Hill told the D.C. said various members of Congress are looking at the compliant capabilities of AML Bitcoin, which is a compliant digital currency. Bitcoin is the most famous digital currency, or crypto-currency, and has skyrocket in value over the past few weeks. Business Insider reported this week that one Bitcoin is now valued at almost $4,400 and "Bitcoin has rallied over 300% since the start of 2017."

Although very valuable, Bitcoin has been surrounded with controversy. The New York Post reported in August that a young British model was auctioned off on the dark web with an "ad set the opening bid at $353,000 in bitcoin" because the currency is untraceable.

CONFIDENTIAL

ANDRADE_DOJ00000_00026284
ANDRADE_DOJ_00026284
EX707-003



# Soccer-Mom-Friendly AML Bitcoin Will Make Digital Currencies Mainstream

By Brian Darling • 10/05/17 11:15am



*A pile of Bitcoin slugs.* George Frey/Getty Images

Your average soccer mom isn't using Bitcoin. Like most Americans, she's scared to use this amazing, cutting edge financial technology because the anonymous nature of Bitcoin attracts users that no mom wants to get near: terrorists, drug traffickers, sex slavers and rogue nations like North Korea. What a nightmare.

That nightmare is about to end, however. With the introduction of AML BitCoin, the first digital currency that incorporates patent-pending anti-money laundering and "know your customer" provisions of America's strict banking laws, soon soccer moms and the rest of us may be able to use digital currencies everywhere from Target to McDonalds to the local gas station.

I love Bitcoin and the idea of total freedom from government regulations. I'm a libertarian who treasures freedom, but I also want to use a digital currency that's useful, which is why I'm excited about AML Bitcoin.

CONFIDENTIAL

ANDRADE_DOJ00000_00026285
ANDRADE_DOJ_00026285
EX707-004



# This New Bitcoin Could Totally Change the Game

AML Bitcoin is the latest development among rapidly changing cryptocurrencies. Here's what you need to know.

There has been much discussion on the topic of cryptocurrencies so far this year. Expect the conversation to accelerate with the deployment of a new version of digital currency that may provide a safer and more commonly accepted version of the block chain technology. A new coin slated to launch later this week in Hong Kong called AML Bitcoin is aiming to mainstream what has been considered a Wild West-like market for this payment method for goods and services.

It is quite possible this new coin could disrupt the disruptors. Cryptocurrencies have revolutionized the way people pay and this new coin may take cryptocurrencies into the mainstream so one can buy a variety of goods, ranging from a home to a car or even a cup of coffee at Starbucks (SBUX - Get Report) . If efforts under way in Congress regarding coin-friendly legislation succeed, we could see this disruptive payment technology become a currency of choice at financial institutions alongside the dollar.

So what's with all the controversy and conversation over these coins?

When it comes to the many flavors of cryptocurrencies, the hullaballoo is understandable given that this disruptive digital format lacks middlemen as well as transaction fees and offers anonymity. Those features have garnered many a headline over its use by terrorists and other nefarious organizations, but it is also accepted by Overstock.com (OSTK - Get Report) , Expedia (EXPE - Get Report) , DISH Network (DISH - Get Report) , Microsoft (MSFT - Get Report) , Intuit (INTU - Get Report) and even PayPal (PYPL - Get Report) . That's just scratching the surface for back in November 2013, Shopify (SHOP - Get Report) merchants received the option to accept bitcoin payments with the help of bitcoin service provider BitPay, which has apps on both the Apple (AAPL - Get Report) App Store and Alphabet's (GOOGL - Get Report) Google Play.

CONFIDENTIAL
ANDRADE_DOJ00000_00026286
ANDRADE_DOJ_00026286
EX707-005



# AML Bitcoin is the Future of Digital Currency

Steve Sherman



The Daily Caller reported over the weekend about "sources on the Hill told the D.C. said various members of Congress are looking at the compliant capabilities of AML Bitcoin, which is a compliant digital currency. Bitcoin is the most famous digital currency, or crypto-currency, and has skyrocket in value over the past few weeks." A digital currency that is compliant with anti-money laundering laws would bring the digital currency for services and product transactions into the mainstream of American life.

The report indicates that this new AML Bitcoin currency would be compliant with various regulations and laws that prevent money laundering. The first would be something called "Know Your Customer (KYC) regulations and laws that guide a business into verifying the identity of clients. These regulations are tough to follow and costly, therefore there are many companies set up to help with compliance in these complicated regulatory matters. The cost of non-compliance is high and if a bank, or digital currency, is found to be in non-compliance they can face massive fines. And the problem is rampant in the financial sector.

CONFIDENTIAL

ANDRADE_DOJ00000_00026287
ANDRADE_DOJ_00026287
EX707-006



# New AML Bitcoin Can Shut Down North Korea Abuse of Old Bitcoin

First the NFL refused to allow a veterans organization to run an ad during the Super Bowl urging everyone to stand for the national anthem. Now it has refused to allow an ad by a new Bitcoin organization that wants to stop North Korea from abusing Bitcoin to evade sanctions and to keep that country's nuclear program from threatening the U.S. homeland.



Most people do not understand that there is not just one Bitcoin. There are several alternative, competing companies that each market their own version of Bitcoin. The original, old Bitcoin was launched in 2009, succeeded now by Bitcoin Cash, Litecoin, Etherium, and others.

All Bitcoins follow the same general concept of a virtual currency that exists only online. They each involve a payment system that cuts out the middle man — banks. Individuals can buy coins that are stored on phones and computers in digital wallets. They have become an alternative to cash and bank transfers. The value of each Bitcoin unit, for all versions of Bitcoin, is set by supply and demand in market transactions every day, just like most currencies are today.



# The NFL Has Become A Political Action Committee



What is wrong with them and why has the NFL become so political?

AML BitCoin: The Banned Super Bowl Commercial That's Sweeping The ...

CONFIDENTIAL

ANDRADE_DOJ00000_00026289
ANDRADE_DOJ_00026289
EX707-008



POLITICS

# NFL Rejects Super Bowl Ad Because It Mocks Kim Jong-Un

**DEREK HUNTER**
Contributor

11:10 AM
02/02/2018

First the NFL rejected a print ad from a veterans group asking Super Bowl attendees to stand for the national anthem. Now, the league and NBC, the network broadcasting the game Sunday, have rejected a TV ad from AML BitCoin for being "too political," according to the company.

The ad mocks North Korean dictator Kim Jong-Un, with an actor portraying the despot as angry his hackers can't steal their crypto-currency.

"We have been informed by our media buyers that the network carrying the NFL's Super Bowl game, NBC, will not accept our television ad 'North Korea Can't Steal AML BitCoin' for placement during the broadcast." AML Bitcoin president Marcus Andrade wrote in a letter to NFL commissioner Roger Goodell, of which The Daily Caller obtained a copy.

"An ad taking Kim Jong-un, dictator of North Korea, to task in a humorous and biting way should not be offensive to anyone," the letter continues. "Our ad reminds viewers that Kim Jong-un and his army of hackers have been stealing billions of dollars of Bitcoin and other digital currencies for the past few years, funding their rogue nuclear weapons programs and thwarting efforts by the rest of the world to sanction this behavior. And our ad points out that, unlike the other digital currencies, the AML BitCoin has been designed with features that prevent his army from stealing it."

Crypto currencies have suffered from hacking problems, which have contributed to severe market volatility. A company spokesman told TheDC "AML BitCoin is a company that complies with anti-money laundering laws so they can avoid the pitfalls and legal troubles (and crash) being experienced by Bitcoin, Bitcoin Cash, Litecoin and Etherium."

CONFIDENTIAL





### Washington Weighs in on Crypto
February 9, 2018

The Securities Exchange Commission announced on Friday it will make cryptocurrency and initial coin offerings a top priority. Earlier this week crypto traders got an unexpected bit of hope when the chairman of the SEC testified in front of the Senate Banking Committee and said cryptocurrency shouldn't be dismissed. Peter J. Ferrara, policy analyst and Senior Fellow for Legal Affairs at The Heartland Institute joins The Crypto Craze to discuss what this means for crypto traders.

Ferrara explains a new version of bitcoin called AML bitcoin, which takes the anonymity out of each transaction. He says this change in the technology may flourish if the SEC takes a stronger hold on the regulation of crypto.

Plus, Ferrara believes this is a turning point crypto because now each "wallet" will be tied to a biometric identity. Up until now it's been a little like the wild, wild west. There weren't any laws or sanctions and that caused problems with money laundering and even using crypto as a payment for terrorism.

CONFIDENTIAL

ANDRADE_DOJ00000_00026291
ANDRADE_DOJ_00026291
EX707-010

**INVESTOR'S BUSINESS DAILY**

# The Coming Cryptocurrency Lobbying War

BRIAN DARLING | 2/08/2018      

Bitcoin prices are **plummeting**. Governments everywhere are banning digital currencies and their exchanges. Hackers and rogue nations such as **North Korea** are plundering cryptocurrency accounts, stealing billions of dollars for their nefarious aims. Banks, credit card companies and even **Facebook** are terminating Bitcoin transactions.



The cryptocurrency world is in turmoil and it is hard to comprehend just how much this world has changed in less than two months. Just before Christmas last year, the price of Bitcoin was soaring toward $20,000. Today, its value has been more than halved. Since New Year's Day, the total market capitalization of digital currencies has **fallen almost $500 billion**. Compared to the fall of Bitcoin, the Dow Industrials are having a pretty good week.

To be clear, I own Bitcoin, Ethereum and Litecoin, because I believe that these currencies are the future of transactions that cut out banks and credit card companies from everyday transactions. They are great technologies and no government should use the pretext that they are securities or commodities for the purposes of regulating these instruments of commerce out of existence.

**No Hidden Agenda: Get News From A Pro-Free Market, Pro-Growth Perspective**

That being said, there need to be other competing instruments and business models that prevent the truly bad guys, and bad governments, from using them for nefarious purposes.

Against this tumultuous backdrop, the U.S. Senate Banking Committee held a hearing titled "**Virtual Currencies: The Oversight Role of the U.S. Securities and Exchange Commission and the U.S. Commodity Futures Trading Commission**" on February 6 to explore how our government can regulate digital currency.

CONFIDENTIAL

ANDRADE_DOJ00000_00026292
ANDRADE_DOJ_00026292
EX707-011