| | |
|---|---|
| From: | Japheth Dillman |
| Sent: | Tuesday, December 26, 2017 8:54 PM PST |
| To: | Ben Boyer |
| Subject: | Re: Great to meet you! |
| Attachments: | Copy-of-AMLBC-2-Pager.pdf |

Here's a brief 2-pager on the offering, let's discuss!

On Tue, Dec 26, 2017 at 8:26 AM, Ben Boyer <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​> wrote:
> Just a friendly reminder to introduce me to your lawyer to establish an account.
>
> I hope you and the family are having a great holiday!
>
> Thank you!
>
> Ben Boyer
> Managing Director
>
>
>
> Portola Valley, CA
>
> Tel: -6523
> Fax: 6524
> www.tenayacapital.com
> **From:** Ben Boyer
> **Sent:** Sunday, December 24, 2017 9:43:09 AM
> **To:**
> **Subject:** Great to meet you!
>
> Want to buy $250k of AML.
>
> Please let me know how best to proceed.
>
> Thank you!
>
> Ben Boyer
> 2934
>
> Sent from my iPad

--
**Japheth Dillman**
**Managing Partner & Co-Founder**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0727**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

CONFIDENTIAL

BOYER0000002
FBI-GJ-0005360

EX727-001



Mobile: ▆▆▆▆▆ 5458
Skype: ▆▆▆▆
email: ▆▆▆▆▆▆▆▆▆▆
Telegram: ▆▆▆
WeChat: ▆▆▆▆▆▆

CONFIDENTIAL

BOYER0000003
FBI-GJ-0005361
EX727-002