

# AML BITCOIN
### Compliant. Fast. Secure.

## What is Cryptocurrency?

Cryptocurrency plays out publicly not unlike a stock market exchange. Investors watch the market, buy low, sell high, and manage their portfolios (or "wallets", in this case). Cryptocurrency is designed to eventually be a global universal currency, no matter the location, making it a perfect method for governing parties or business deals. The most famous Cryptocurrency, Bitcoin, (during writing on Nov 26, 2017) is currently valued at $7,800 USD per token. The government compliant AML BitCoin is poised to take over Bitcoin's value.

## About AML BitCoin

- U.S. Patriot Act Compliant
- Anti-Money Laundering Compliant
- Know Your Customer Compliant
- Bank Secrecy Act Compliant
- Anti-Theft, Anti-Identity Theft Protocols
- U.S. Office of Foreign Assets Control Compliant
- Compliant with Worldwide Regulatory Requirements
- Monitors, Detects, and Reports Suspicious Activity
- Built-in Databases Prevent Law Enforcement-Known, Unethical Use
- Canadian OSFI List, U.S. FBI's Most Wanted List, European Union Sanctions List, and the OFRAC List

## Why AML BitCoin Is The Best Choice

- Lower Person-to-Person Transaction Fees
- No International Transaction Fees
- Economic or financial instability does not affect the value
- AML BitCoin demand determines price
- Fast Transaction Speed
- Borderless: can travel worldwide
- Identifies sender and receiver
- Ties documents to blockchain using biometrics

## Pricing Structure

- 2.5 million coins already sold in presale at $0.60
- 13.5 million coins are in Public Sale #1 at $1.00
- 20 million coins are in Public Sale #2 at $1.25
- 40 million coins are in Public Sale #3 at $1.50

## Advisors to AML BitCoin

- Angela Knight - Former Secretary of Treasury, U.K.
- Carlos DeLaguardia - Panamanian Ambassador, U.S.
- Catin Vasquez - Board of Directors, Panama Canal and Port Authority
- Jamal Khokhar - Former Ambassador, Brazil
- Raymond Robertson - Former EU Parliament

WWW.AMLBITCOIN.COM

CONFIDENTIAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0728**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

BOYER0000004
FBI-GJ-0005362
EX728-001

**AML BITCOIN**
*Compliant. Fast. Secure.*

## Coming Legislations

- US and EU are looking to regulate cryptocurrency through restricting merchants from accepting non-AML compliant digital currencies
- These regulations would cut off most cryptocurrencies and would restrict non-AML compliant currencies to black market use only
- AML BitCoin is compliant to all regulations that are in consideration
- Current BitCoin value is based on market speculation of future real-world use. Due to upcoming legislation, Investors will perceive future value to be attributed to AML BitCoin

## Current And Upcoming Use of The Coin

- OECD Treaty: Globally accepted payments to foreign tax authorities
- Panama Banks: Banking wires and transfers establishing AML compliance
- Panama Canal: AML BitCoin as payment for ship fees
- Port of San Francisco: Forward-thinking Silicon Valley seeks to integrate digital currency
- Ports of Seattle, LA, Portland, and San Diego: West Coast consortium of ports to possibly support AML BitCoin
- Port of London: The Port of London has entered negotiations
- London Stock Exchange: Interest in accepting cryptocurrency as payments to the stock exchange and in negotiations
- The Royal Bank of England, HSBC, and Sun Trust Bank: Pilot programs to build a case study replacing SWIFT
- Estonia: Licensing the AML Bitcoin technology and pay a transaction fee
- Venezuela: Seeks cryptocurrency for economic stability, evaluating AML Bitcoin

## Block Bits Capital's Offering

- Block Bits Capital purchases the coin on investors behalf & holds the coin in an offline cold storage facility (AKA Encrypted USB keys) in a safe. When investor desires to sell, BBC sells using its institutional accounts on the exchanges. BBC, then, transfers to FIAT currency (dollars) and wires to investor.
- All BBC services for a 1.5% fee at point of sale
- No fee on purchase, only on sale
- BBC provides a secure digital wallet for investors
- www.blockbits.capital



CONFIDENTIAL

BOYER0000005

FBI-GJ-0005363

EX728-002