| | |
|---|---|
| From: | Japheth Dillman |
| Sent: | Monday, January 8, 2018 9:49 PM PST |
| To: | Ben Boyer; Arthur Weissman |
| Subject: | Re: Account Info |

Hi Ben,

We've decided to set up a SPV specifically for the purchase of the coin. Arthur, cc'ed here, has the details on the SPV. Originally, it was to be done through a contract, but for sake of ease (there are numerous purchasers)... we are doing the purchase in one single bulk buy through a SPV.

Arthur, do you have the details on the SPV yet? Ben would like to purchase between $750k - $1mm worth of the AML Bitcoin.

Oh, and Ben... fun side note... the company is purchasing a SuperBowl spot for marketing (this is after the coin hits the exchanges!)

cheers,

On Mon, Jan 8, 2018 at 6:26 PM, Ben Boyer <​> wrote:

Hi Japeth,

Welcome home! Hope you enjoyed your vacation.

Let me know what you need from me to set up an account? I'd love to fund this week so that I don't miss Phase 2 pricing.

Thank you!

-Ben

Ben Boyer

Managing Director

HIGHLY CONFIDENTIAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0734**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

BOYER0000044
FBI-GJ-0005402
EX734-001



Portola Valley, CA

Tel: ███-6523
Fax: ███-6524
www.tenayacapital.com

--
**Japheth Dillman**
Managing Partner & Co-Founder



Mobile: ███-5458
Skype: ███
email: ███
Telegram: ███
WeChat: ███

HIGHLY CONFIDENTIAL