# Introduction

| | |
|---|---|
| From: | Japheth Dillman <██████████> |
| To: | Bill Shihara <██████>, Marcus Andrade <██████████> |
| Bcc: | Jack Abramoff <████████>, ██████████ |
| Date: | Fri, 22 Sep 2017 19:07:11 -0700 |

Hi Bill,

Marcus Andrade (cc'ed here), is the CEO and Founder of AML BitCoin (www.amlbitcoin.com). The coin used to trade at $80 under the name AtenCoin, but they pulled all coins back and have undergone a rebranding. Between us, there are several enormous multi-billion dollar deals being secured with governments for use of this coin. I'll let Marcus share with you the details of some of these deals, but suffice it to say Marcus is currently on a whirlwind tour between Central America and Europe literally speaking with Presidents and Prime Ministers of several countries.

The interest by these entities lies in Marcus' patent portfolio that allows him to create AML compliance with cryptocurrency ensuring the AML BitCoin isn't used for nefarious purposes.

I'm reaching out to you to discuss listing the coin on your exchange Bittrex. I've shared with him our positive experiences with your exchange (as my fund Block Bits Capital, among other investment vehicles) and he's keen on seeing the coin come to your exchange.

There are literally billions of dollars in deals that are currently being negotiated right now for the use of the coin and we expect the price to surge significantly. In my humble opinion, it would be an incredible boon to the Bittrex exchange to see the coin listed here.

I'm more than happy to have made the introductions!

Marcus,
Bill is the CEO of Bittrex, and he's been wonderfully supportive in the past.

Cheers,

--
Japheth Dillman
CEO & Co-Founder



Mobile: ██████-5458
Skype: ██████
email: ████████████

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0764**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

FBI-PHY-071183

EX764-001