# Investment into AML BitCoin

| | |
|---|---|
| From: | Japheth Dillman <████████████> |
| To: | ████████████ |
| Cc: | Marcus Andrade <ceo@amlbitcoin.com> |
| Bcc: | Jack Abramoff <████████████> |
| Date: | Mon, 25 Sep 2017 16:45:18 -0700 |

Hi Pavel,

Marcus Andrade (cc'ed here), is the CEO and Founder of AML BitCoin (www.amlbitcoin.com). The coin used to trade at $80 under the name AtenCoin, but they pulled all coins back and have undergone a rebranding. Between us, there are several enormous multi-billion dollar deals being secured with governments for use of this coin. I'll let Marcus share with you the details of some of these deals, but suffice it to say Marcus is currently on a whirlwind tour between Central America and Europe literally speaking with Presidents and Prime Ministers of several countries.

The interest by these entities lies in Marcus' patent portfolio that allows him to create AML compliance with cryptocurrency ensuring the AML BitCoin isn't used by terrorist organizations and nefarious purposes.

I'm reaching out to you to discuss investing in the initial launch of the token, which hits October 1st.

There are literally billions of dollars in deals that are currently being negotiated right now for the use of the coin and we expect the price to surge significantly. In my humble opinion, it would be an incredible boon to your investment funds

I'm more than happy to have made the introductions!

Marcus,
Pavel is an investor that heavily invests in cryptocurrency and ICOs.

Cheers!

--
Japheth Dillman
CEO & Co-Founder

Mobile: ████ 5458
Skype: ████
email: ████████

---

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0782**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

FBI-PHY3-0011486

EX782-001