## Bitcoin Forum

October 16, 2017, 05:08:09 PM

Welcome, **Guest**. Please login or register.

**News:** Latest stable version of Bitcoin Core: 0.15.0.1 [Torrent]. (New!)

HOME  HELP  SEARCH  DONATE  LOGIN  REGISTER

Bitcoin Forum > Alternate cryptocurrencies > Announcements (Altcoins) (Moderator: mprep) > **[ANN] AML BitCoin Token Sale is now LIVE !**

« previous topic  next topic »

print

Pages: 1 2 3 4 5 6 7 8 9 10 11 [All]

| Author | Topic: [ANN] AML BitCoin Token Sale is now LIVE ! (Read 7215 times) |

**AMLBitcoin**
Jr. Member

Activity: 54

**[ANN] AML BitCoin Token Sale is now LIVE !**
July 31, 2017, 10:02:11 AM                                                                 #1

Aten "Black Gold" Coin is rebranded to AML BitCoin.
Previous official Announce page: https://bitcointalk.org/index.php?topic=631453.0

[AML BitCoin banner: AML/KYC Compliant Digital Currency — Compliant, Fast, Secure — Participate in Token Sale — JOIN NOW]

Official Websites
Aml BitCoin: www.amlbitcoin.com

---

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0865**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

# THE AML BITCOIN ICO IS NOW LIVE!

Reserve your access into the most highly anticipated ICO!
We accept any Alt-Coin payments.


BUY NOW

## 1 ETH = 300 ATK

*Note: ETH USD rates are locked at the beginning of each Phase*

~~Private Sale(2.5 million tokens)   1 AML Token = $0.60~~ **SOLD OUT!**
**Public Sale Phase 1 (13.5 million coins):   1 AML Token = $1.00**
Public Sale Phase 2 (20.0 million coins):   1 AML Token = $1.25
Public Sale Phase 3 (40.0 million coins):   1 AML Token = $1.50

---

Projected timeframe of Phase 1 Sale of AMLToken: Oct 6th - Nov 15th.

**UPDATE: AML BitCoins will be available for purchase soon with USD. More information coming soon.**
The platform we work with accepts ALL Cryptocurrencies that are accepted by Shapeshift.
Phase 1: US$ 1 / per token, until 13.5 million tokens sold.

Find out how to take part in the AML BitCoin Token Sale.
This video shows you how you can set up a wallet, and purchase AML Tokens with cryptocurrency.



Website: http://www.amltoken.com/
People will have 4 to 6 months to convert AMLTokens to AML BitCoin on a 1:1 base.
To claim your AML BitCoin you will need to have identified yourself according to the instructions.
AML Tokens will be available for trading on several cryptocurrency exchanges for 4 to 6 months. More platforms
will be announced soon!

HitBTC who does over $100 Million in Transactions every 24 Hours just confirmed it will list Aml Token



Be prepared and install your wallet first.  
AML Token Wallet: Now available for download. Windows, Linux, Mac. Please visit: http://www.amltoken.com/





AML Token Blockexplorer: http://www.atkexplorer.com/

AML BitCoin video news and explainers:

AML BitCoin Token - Upgrading AML Token Wallet from v1 to v1.1  
https://www.youtube.com/watch?v=7-a8R1NBUco  
10 second teaser Tokensale:  
https://www.youtube.com/watch?v=yHiDcao1Iok

Crypto Coin Show AMLBitCoin ICO - AML Compliant Cryptocurrency
https://www.youtube.com/watch?v=nw1G7LqqiBg
Crypto Coin Show AMLBitCoin - Regulatory Compliant Cryptocurrency - FinTech News Network
https://www.youtube.com/watch?v=f2zXjVS4PpU

Social Media

Twitter
Telegram
Youtube
Facebook
LinkedIn
Instagram
Reddit
Bitcointalk
BitcoinGarden

links to patent documents:
https://www.google.com/patents/EP3073670A1?cl=en
https://www.google.com/patents/WO2016156954A1?cl=en
https://www.google.com/patents/US20160283941?cl=en

Latest Press:

Soccer-Mom-Friendly AML BitCoin Will Make Digital Currencies Mainstream
http://observer.com/2017/10/aml-bitcoin-will-make-digital-currencies-mainstream/

AML BitCoin strides onto the world stage. Upgraded cryptography can defeat sanctions evasion
http://www.washingtontimes.com/news/2017/oct/3/bitcoin-offers-a-way-around-economic-sanctions/

This New Bitcoin Could Totally Change the Game. AML BitCoin is the latest development among rapidly changing cryptocurrencies.
Here's what you need to know. 'Wolf of Wall Street' Jordan Belfort Reveals One Big Concern About Bitcoin (video interview)
https://www.thestreet.com/story/14325534/1/this-could-flip-the-digital-coin-realm.html

Building a Better Bitcoin
https://webcache.googleusercontent.com/search?
q=cache:sABk7FQbAIgJ:https://www.forbes.com/sites/chrisversace/2017/09/27/building-a-better-bitcoin/+&cd=11&hl=en&ct=clnk&gl=us

Angela Knight CBE appointed Vice President of European Affairs for AML BitCoin
http://bitcoinprbuzz.com/angela-knight-cbe-appointed-vice-president-of-european-affairs-for-aml-bitcoin/

New Cryptocurrency AML BitCoin Launched in Panama
https://vladimirribakov.com/new-cryptocurrency-aml-bitcoin-launched-panama/

Cryptocurrency's Future May be Now: Meet AML BitCoin
https://www.coinspeaker.com/2017/09/18/cryptocurrencys-future-may-now/

AML BitCoin: The Decentralized, AML Compliant Cryptocurrency Onboards Carlos De La Guardia
https://www.coinspeaker.com/2017/09/12/aml-bitcoin-decentralized-aml-compliant-cryptocurrency-onboards-carlos-de-la-guardia/

Cryptocurrency's Future May Be Now. How San Francisco could help change the way we think about money.
https://www.usnews.com/opinion/thomas-jefferson-street/articles/2017-09-12/the-future-of-cryptocurrency-may-be-now-thanks-to-more-mainstream-bitcoin

Members of the US Congress Plan to Create a Compliant Version of Bitcoin
http://www.newsbtc.com/2017/08/19/members-us-congress-plan-create-compliant-version-bitcoin/

Jack Abramoff to train bitcoin activists in new reality TV show
http://video.foxbusiness.com/v/5534497121001/?#sp=show-clips

Congress May Be Considering Cryptocurrency Protections
https://dcebrief.com/congress-may-be-considering-cryptocurrency-protections/

Congress Considering Validating Bitcoin
http://dailycaller.com/2017/08/19/congress-considering-validating-bitcoin/

New Reality Docu-Series About Bitcoin to Explore Regulation
https://news.bitcoin.com/new-reality-docu-series-about-bitcoin-to-explore-regulation/

People interested in older articles, there is a collection of links from 2014-2015 on the old Atencoin thread.
(https://bitcointalk.org/index.php?topic=631453.0)



**BTCat**
Legendary
Activity: 1372



Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain    #2
July 31, 2017, 10:03:55 AM

Reserved for AML Bitcoin announcements

AMLBitcoin is Decentralized Banking on the Blockchain. Visit AMLBitcoin

**qzpm**
Member
Activity: 94

Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain    #3
July 31, 2017, 10:10:16 AM

If it was your previous announcement why the name is different, and why did you make a new announcement?

**Miloudi0912**
Member
Activity: 90

Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain    #4
July 31, 2017, 10:52:15 AM

is this ANN is re-lunch of the old ann 2014?

✓ PoSToken - First PoS Smart Contract Token - Get Your Free Tokens Now!
PoSToken  ✓ Free Airdrop • No-ICO • 100% Annual Interest First Year
✓ ANN • WebSite • Twitter • Slack • Whitepaper

**yaoye0o**
Full Member
Activity: 126



Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain    #5
July 31, 2017, 10:58:00 AM

hello dev, The project seems a bit crazy but I like creative ideas. Still a bit abstract but I am really looking forward to how it develops.

———— WORLDCORE ————
≪≪≪ RELIABLE INVESTMENT INTO OPERATING BUSINESS OF WORLDCORE PAYMENT INSTITUTION ≫≫≫
▫ website • twitter • facebook • telegram • slack  ▸ ICO OCT 14TH, 2017 ◂  ▫

**BTCat**
Legendary
Activity: 1372



Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain    #6
July 31, 2017, 11:59:20 AM

Hi. You can say it's a relaunch but meanwhile Atencoin, now AMLBitcoin has always continued to develop on both technical and regulatory grounds and internationally.

Until now is the time to present it as AMLBitcoin since it is ready to be adopted by more businesses and cooperations that require AML/KYC systems in place.

Today an article was posted that can explain why we need to worry about AML/KYC regulations. This is valid for all countries where goverments will put registration
in place no matter what altcoin or cryptocurrency is created.
The key to overcoming the AML challenge in crypto-currency https://bravenewcoin.com/news/the-key-to-overcoming-the-aml-challenge-in-crypto-currency/

FBI-302-012393

EX865-005

I will develop OP and copy it there when I can post pictures on the brand new account.

AMLBitcoin is Decentralized Banking on the Blockchain. Visit AMLBitcoin

**itasannah**
Sr. Member

Activity: 322



**Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain**
July 31, 2017, 02:06:51 PM   #7

Quote from: AMLBitcoin on July 31, 2017, 10:02:11 AM
**Aten "Black Gold" Coin is rebranded to AMLBitcoin.**

Previous official Announce page: https://bitcointalk.org/index.php?topic=631453.0

Official Websites
Aten Coin: www.AtenCoin.com
Aten Wallet: www.AtenWallet.com

Social Media

Twitter: https://twitter.com/AMLBitcoin
Youtube: AMLBitcoin Youtube Channel
Facebook: https://www.facebook.com/Atencoin

Since this is a rebranding coins, then I wish to ask few things.
1. Is this project will be continuing the previous project?
2. Will this open for a new ICO?
3. Will there be any bounty opening ?

**SNOVio** – Decentralized Lead Generation  |  Telegram

**BTCat**
Legendary

Activity: 1372



**Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain**
July 31, 2017, 05:37:04 PM   #8

Quote from: itasannah on July 31, 2017, 02:06:51 PM
Since this is a rebranding coins, then I wish to ask few things.
1. Is this project will be continuing the previous project?
2. Will this open for a new ICO?
3. Will there be any bounty opening ?

1. Yes, it's an ongoing project.
2. Details of a preSale of AML Bitcoins will be made available soon.
3. Yes, for example we will be looking for ambassadors that are willing to translate into local threads but also reply and keep an eye on it for updates. Other bounties may come available later.

I can add that AML Bitcoin will give developers the opportunity to create smart contracts.

AMLBitcoin is Decentralized Banking on the Blockchain. Visit AMLBitcoin

**Mazt rhiezt**
Full Member

Activity: 168



GET IN - Smart Ticket Protocol - Live in market!

**Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain**
July 31, 2017, 05:58:49 PM   #9

Why is the Aten Coin "Black Gold" renamed to AMLBitcoin ??

Is it just changing its name or is there a system change from before??

● **GUTS** | GET-Protocol ICO
smart-ticket protocol for events | ✔ live product with market traction!
BTC ANN | WEBSITE | BLOG | SANDBOX | WHITEPAPER | BOUNTY

**m_nief**
Full Member

Activity: 196

**Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain**
July 31, 2017, 06:11:34 PM   #10

can i reserve indonesian translation?

―― Anryze ――――――― **Tokensale 12 SEPTEMBER** ――――― Anryze ――
❰ ANN Thread ❱―❰ Facebook ❱―❰ Telegram ❱―❰ Twitter ❱
――Distributed Computing Power Network for Speech Recognition――



**BTCat**
Legendary
●●●●●
Activity: 1372

Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain #11
July 31, 2017, 08:48:10 PM

Quote from: Mazt rhiezt on July 31, 2017, 05:58:49 PM
Why is the Aten Coin "Black Gold" renamed to AMLBitcoin ??

Is it just changing its name or is there a system change from before??

Atencoin's startingpoint had a focus on creating a market for Atencoin by contracting oilcompanies, hence the name Black Gold.
For this to be possible Atencoin had to be able to transact on a banking level with maximum security in place.

Now AML/KYC compliance is the most important feature and AMLBitcoin represents this.

There is no system change, rather it's an ongoing development and AMLBitcoin is now reaching out to any type of businesses, organisations
but also the general public willing to participate with banking on the blockchain.

AMLBitcoin may not be anonymous, but why would it, there are dozens of altcoins that have this focus and we still have Bitcoin. Bitcoin is
about being your own bank but it does not comply on a banking level. Now you can become your own bank, have your account on your
personal computer and transact with the same legitimacy as a banktransfer.

AMLBitcoin is Decentralized Banking on the Blockchain. Visit AMLBitcoin

**BTCat**
Legendary
●●●●●
Activity: 1372

Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain #12
July 31, 2017, 09:02:41 PM

Quote from: m_nief on July 31, 2017, 06:11:34 PM
can i reserve indonesian translation?

When we're ready for translations I will post. But we'd like not just a translation but someone that can keep the thread alive
and post updates from the main account as well and optional PR from mediarelease. Alternatively we could ask to post
the translations on the most important forums in your county, then we can add to the bounty.

So if you ask for position as translator please concidder if you are willing to do that regularly.

AMLBitcoin is Decentralized Banking on the Blockchain. Visit AMLBitcoin

**BTCat**
Legendary
●●●●●
Activity: 1372



Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain #13
August 01, 2017, 09:29:19 AM

Notorious Lobbyist **Jack Abramoff** to Coach Bitcoin Activists in New Washington, DC-based Reality Docu-series from **Blockchain Entertainment** and **Ignition Creative**

**CAPITOL MAKEOVER: BITCOIN BRIGADE.** The project brings famed and fearsome former lobbyist Jack Abramoff back to his Washington stomping grounds to coach activists from the innovative and revolutionary digital currency **AML Bitcoin** as they navigate the halls of Congress.
http://www.blockchainentertainment.net/press.html



AMLBitcoin is Decentralized Banking on the Blockchain. Visit AMLBitcoin

**m_nief**
Full Member
Activity: 196



**Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain**   #14
August 07, 2017, 01:24:32 PM

Quote from: BTCat on July 31, 2017, 09:02:41 PM
> Quote from: m_nief on July 31, 2017, 06:11:34 PM
>> can i reserve indonesian translation?
>
> When we're ready for translations I will post. But we'd like not just a translation but someone that can keep the thread alive and post updates from the main account as well and optional PR from mediarelease. Alternatively we could ask to post the translations on the most important forums in your county, then we can add to the bounty.
>
> So if you ask for position as translator please concidder if you are willing to do that regularly.

oke sir, i'm sure that i will keep the thread alive. hmmm.. how about the rewards?? can I discuss it?? 😁😁😁

---

Anryze ——— Tokensale 12 SEPTEMBER ——— Anryze
( ANN Thread )—( Facebook )—( Telegram )—( Twitter )
—Distributed Computing Power Network for Speech Recognition—

**m_nief**
Full Member
Activity: 196



**Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain**   #15
August 07, 2017, 01:28:38 PM

i have another question sir. which one that i have to translate?? only this thread or also the previous thread?

---

Anryze ——— Tokensale 12 SEPTEMBER ——— Anryze
( ANN Thread )—( Facebook )—( Telegram )—( Twitter )
—Distributed Computing Power Network for Speech Recognition—

**Richardnoordsche**
Full Member
Activity: 168

MINERVA.com

**Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain**   #16
August 07, 2017, 02:04:44 PM

I suggest to make better ANN than this, this project already has a very good concept, you should also have a good ANN, first I see from a new project is ANN and WEB, if they are serious with those two small things, they are also serious with the project they make, good luck dev

---

MINERVA ▲ SMART MONEY ON THE ETHEREUM BLOCKCHAIN
• WORLD 1ST REVERSE MERCHANT PROCESSOR •
WHITEPAPER   FACEBOOK   TWITTER   TELEGRAM   ANN THREAD

**m_nief**
Full Member
Activity: 196



**Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain**   #17
August 07, 2017, 02:18:01 PM

if the translation only for this thread i have done. this is the link: https://bitcointalk.org/index.php?topic=2071201. i will always be active in this thread.

---

Anryze ——— Tokensale 12 SEPTEMBER ——— Anryze
( ANN Thread )—( Facebook )—( Telegram )—( Twitter )
—Distributed Computing Power Network for Speech Recognition—

**AMLBitcoin**
Jr. Member
Activity: 54

**Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain**   #18
August 07, 2017, 05:53:43 PM

Quote from: Richardnoordsche on August 07, 2017, 02:04:44 PM
> I suggest to make better ANN than this, this project already has a very good concept, you should also have a good ANN, first I see from a new project is ANN and WEB, if they are serious with those two small things, they are also serious with the project they make, good luck dev

Thank you. Yes I agree this is needed and it will be made. Only problem is posting pics on this account. So I will temporarily use BTCat to post it (That's me actually assisting marketing, no secret)

> Quote from: m_nief on August 07, 2017, 02:18:01 PM
> if the translation only for this thread i have done. this is the link: https://bitcointalk.org/index.php?topic=2071201. i will always be active in this thread.

Thanks it's appreciated. Others are welcome to post it in their local thread as well. You can even create your own design and content for how you think it should look.
Content sources can be old thread as well but with namechange to AMLBitcoin. Other content or info is on AMLBitcoin.com and social media mainly on Twitter: @AMLBitcoin

Once AMLbitcoins can be given away I will create bounties. If your thread or design is best we can put it on top here in english, we could make it a contest for local posters/ambassadors and give a bonus, that makes some competition and improves the ANN.

---

**AMLBitcoin** Jr. Member — Activity: 54

Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain
August 07, 2017, 07:09:45 PM    #19

Jack Abramoff will be LIVE 3pET on Fox Business with Liz Claman.

New reality show #BitcoinBrigade stars @jackabramoff training @AMLBitcoin Marcus Andrade how2lobby DC.
https://twitter.com/LizClaman/status/894598487546920962

---

**BrickShares** Member — Online — Activity: 112

Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain
August 07, 2017, 07:22:38 PM    #20

Reserve German translation dev
thank you

ICOBank: The first 3 in 1 Token. Buy 1 get 2 for free!
<< • 2 Free Tokens will be an Airdrop >>
<< • Up to 200% Bonus during PRE-ICO! >>

---

**AMLBitcoin** Jr. Member — Activity: 54

Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain
August 07, 2017, 10:59:03 PM    #21

You can watch the interview on Fox Business here:

Jack Abramoff to train bitcoin activists in new reality TV show
Aug. 07, 2017 - 6:19 - Former lobbyist Jack Abramoff is behind a new reality show called 'Bitcoin Brigade,' where he tutors bitcoin startups on how to lobby Congress.
http://video.foxbusiness.com/v/5534497121001/?#sp=show-clips

---

**lotto56** Newbie — Activity: 10

Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain
August 08, 2017, 07:49:03 AM    #22

**Hi, i have a question should i submit my documents in the AML BITCOIN wallet now, or should i wait until the ICO?.**

**Lotto56.**

---

**AMLBitcoin** Jr. Member — Activity: 54

Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain
August 09, 2017, 02:36:00 PM    #23

> Quote from: lotto56 on August 08, 2017, 07:49:03 AM
> Hi, i have a question should i submit my documents in the AML BITCOIN wallet now, or should i wait until the ICO?.
>
> Lotto56.

Hello Lotto and welcome.

We can't use the term ico; instead it will be a presale of AML tokens.

AML Tokens is what will be issued, then at a later date the AML Tokens will be converted to AML Bitcoins.

It is best to wait with the documents until the presale of tokens starts.

AML Tokens can be purchased from: Oct 1st - Nov 15th

---

**lotto56** Newbie — Activity: 10

Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain
August 09, 2017, 08:22:57 PM    #24

**Thanks AML BITCOIN for your speedy response, i have a few more questions:**

**1. Will we be able to purchase AML TOKENS with FIAT CURRENCY?.**

2. Can anyone participate (limited resources) or is it open only to the WEALTHY?.

3. Is there a minimum per token for the PRESALE?.

Take care,

Lotto56.

**niknik1966**
Full Member

Activity: 126



Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain
August 09, 2017, 08:30:04 PM

#25

Yes, the developers thoroughly prepared. The project looks solid. Good luck.

**AMLBitcoin**
Jr. Member

Activity: 54

♦ A BLOCKCHAIN PUBLISHING PLATFORM
♦ ICO 30th September, 2017
♦ Thread ♦ Whitepaper ♦ Twitter ♦ Slack ♦ Bounty ♦

Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain
August 10, 2017, 11:57:18 AM

#26

Quote from: lotto56 on August 09, 2017, 08:22:57 PM
> Thanks AML BITCOIN for your speedy response, i have a few more questions:
>
> 1. Will we be able to purchase AML TOKENS with FIAT CURRENCY?.
>
> 2. Can anyone participate (limited resources) or is it open only to the WEALTHY?.
>
> 3. Is there a minimum per token for the PRESALE?.
>
> Take care,
>
> Lotto56.

1. It will depend on the platform where you were to purchase. More specific news about this next week.
2. It is open to anyone to participate. Since the project is AML/KYC compliant you will need to ID just like you would need to when opening a bankaccount.
3. Possible minimum could well be $1 but I do not know the minimal limits on exchanges/platforms.

Quote from: niknik1966 on August 09, 2017, 08:30:04 PM
> Yes, the developers thoroughly prepared. The project looks solid. Good luck.

Thanks on behalf of the team.

**m_nief**
Full Member

Activity: 196



Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain
August 14, 2017, 12:56:52 PM

#27

i will try to make an interest design for the announcement. so, you can give a higher rewards for it.. 😁😁😁

Anryze ———— Tokensale 12 SEPTEMBER ———— Anryze
( ANN Thread )—( Facebook )—( Telegram )—( Twitter )
——Distributed Computing Power Network for Speech Recognition——

**dandan1010**
Member

Activity: 62

Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain
August 14, 2017, 01:02:29 PM

#28

Is this a good coin to invest?

✓ PoSToken - First PoS Smart Contract Token - Get Your Free Tokens Now!
PoSToken  ✓ Free Airdrop • No-ICO • 100% Annual Interest First Year
✓ ANN • WebSite • Twitter • Slack • Whitepaper

**BTCat**
Legendary

Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain
August 15, 2017, 06:15:29 PM

#29

FBI-302-012398

EX865-010

Activity: 1372



Check the latest news on our Twitter:
https://twitter.com/AMLBitcoin/status/897513728224133121

 **AML Bitcoin** @AMLBitcoin · 14m
"NAC discussing AmIBitcoin with the special talented Randy Jackson from American Idol." Breaking news coming! @AMLBitcoin #cryptocurrency



AMLBitcoin is Decentralized Banking on the Blockchain. Visit AMLBitcoin

**lotto56**
Newbie

Activity: 10

**Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain**
August 19, 2017, 11:50:28 AM                                                                                     #30

Is the AMLTOKEN conversion going to be 1:1 or more?.

**AMLBitcoin**
Jr. Member

Activity: 54

**Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain**
August 21, 2017, 09:52:48 AM                                                                                     #31

Quote from: lotto56 on August 19, 2017, 11:50:28 AM
> Is the AMLTOKEN conversion going to be 1:1 or more?.

Yes, it will be. The start and end date will be moved 2 weeks later to Oct 1st - Nov 15th.

Latest news:

Congress Considering Validating Bitcoin
"Sources on the Hill told the D.C. said various members of Congress are looking at the compliant capabilities of AML Bitcoin, which is a compliant digital currency."

http://dailycaller.com/2017/08/19/congress-considering-validating-bitcoin/

**AMLBitcoin**
Jr. Member

Activity: 54

**Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain**
August 21, 2017, 03:17:03 PM                                                                                     #32

Members of the US Congress Plan to Create a Compliant Version of Bitcoin
http://www.newsbtc.com/2017/08/19/members-us-congress-plan-create-compliant-version-bitcoin/

https://bitcointalk.org/index.php?topic=2056317.0;all                                                              10/16/2017

FBI-302-012399

EX865-011

Congress May Be Considering Cryptocurrency Protections
https://dcebrief.com/congress-may-be-considering-cryptocurrency-protections/

**lotto56**
Newbie

Activity: 10

Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain
August 22, 2017, 11:05:35 AM                                                                                   #33

**Will AML BITCOIN have an affliate program?.**

**AMLBitcoin**
Jr. Member

Activity: 54

Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain
August 22, 2017, 01:48:12 PM                                                                                   #34

Quote from: lotto56 on August 22, 2017, 11:05:35 AM
**Will AML BITCOIN have an affliate program?.**

The team is looking at several ways to create an affiliate program and what is the best way, most favorable to promotors.

Welcome to make suggestions on this.

**jritz2344973**
Full Member

Activity: 142

Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain
August 22, 2017, 02:33:04 PM                                                                                   #35

it's a old coin ,any change about the dev team?



| CENTRA | Multi-Blockchain Worldwide Debit Card & Insured Wallet |
Facebook · Slack · Twitter · Github · Medium · ANN Thread

**AMLBitcoin**
Jr. Member

Activity: 54

Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain
August 22, 2017, 07:35:14 PM                                                                                   #36

Quote from: jritz2344973 on August 22, 2017, 02:33:04 PM
it's a old coin ,any change about the dev team?

Before the tokensale starts we will post bio's of all the teammembers. Some have been around on and off since the start, others have joined later.

**lotto56**
Newbie

Activity: 10

Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain
August 23, 2017, 09:06:15 AM                                                                                   #37

**How many AML TOKENS are going to be available for PRESALE?.**

**AMLBitcoin**
Jr. Member

Activity: 54

Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain
August 23, 2017, 01:21:26 PM                                                                                   #38

Quote from: lotto56 on August 23, 2017, 09:06:15 AM
**How many AML TOKENS are going to be available for PRESALE?.**

Sorry, more details to come when closer to the opening. When there is news about this I will post.

**AMLBitcoin**
Jr. Member

Activity: 54

Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain
August 23, 2017, 07:18:38 PM                                                                                   #39

AML Bitcoin is the Future of Digital Currency

The Daily Caller reported over the weekend about "sources on the Hill told the D.C. said various members of Congress are looking at the compliant capabilities of AML Bitcoin, which is a compliant digital currency. Bitcoin is the most famous digital currency, or crypto-currency, and has skyrocket in value over the past few weeks." A digital currency that is compliant with anti-money laundering laws would bring the digital currency for services and product transactions into the mainstream of American life.

https://townhall.com/columnists/stevesherman/2017/08/23/aml-bitcoin-is-the-future-of-digital-currency-n2372303

**BTCat**
Legendary
●●●●●

Activity: 1372



**Re: [ANN] AMLBitcoin – Decentralized banking on the Blockchain**
September 07, 2017, 07:44:32 AM                                                        #40

Former Panamanian Ambassador to the United States Joins AML BitCoin: Carlos De La Guardia Appointed Vice President for Latin America of NAC Foundation, LLC

[ANN] AML BitCoin this is not LIVE!
Case 3:20-cr-00249-RS Document 669-46 Filed 06/05/25 Page 14 of 19
Page 14 of 63

**FOR IMMEDIATE RELEASE**

**Interview Requests and More Information:**
Lisa Helfer Elghazi
Communications Director, NAC Foundation/AML Bitcoin
Cell: 646-373-9946
Email: lisa.helfer@amlbitcoin.com

Michael Arlen
Media Relations Director, NAC Foundation/AML Bitcoin
Cell: 310-266-9991
Email: michael.arlen@amlbitcoin.com



# Former Panamanian Ambassador to the United States Joins AML BitCoin

## *Carlos De La Guardia Appointed Vice President for Latin America of NAC Foundation, LLC*



Las Vegas, NV – September 6, 2017 – NAC Foundation, LLC, creator of the digital currency AML BitCoin, announces today the appointment of former Panamanian Ambassador to the United States, Carlos De La Guardia, as the Vice President for Latin America. In this senior role with the company, Mr. De La Guardia will guide Latin American expansion and development of the AML Bitcoin, which launches internationally on October 1, 2017.

AML BitCoin is unique in the digital coin world. As its first name signifies, "AML" BitCoin holds the distinction of being the first digital currency which features patent-pending 'Anti-Money Laundering' algorithms into its structure. Unlike the vast number of anonymous cryptocurrencies which have been issued in the past few years, AML BitCoin has built-in features preventing use by terrorists and the criminal underworld. AML BitCoin's compliance with existing anti-money laundering and KYC laws has stirred intense excitement in the coin from governments all around the world.

"Few governmental affairs leaders have the reach and influence that Carlos De La Guardia commands," says Marcus Andrade, Chief Executive Officer of NAC Foundation. "We are very excited that a man of his stature has joined our team, to expand AML BitCoin's use in Latin America."

De La Guardia has vast experience working with high ranking members and decision-makers in Latin America's private and public sectors. Before becoming an Ambassador, he held top executive positions at Fortune 500 companies: Bristol-Myers Squibb, Johnson & Johnson Company, and TetraPak. His successful business career ran parallel to his meteoric rise in the political and diplomatic world. De La Guardia has a Master's Degree in Business with a focus in Marketing Strategy, and brings contacts and knowledge of immense value to AML BitCoin's operations and objectives in Latin America.

De La Guardia has already commenced negotiations with a number of Latin American governments, including Panama, to incorporate the AML BitCoin in their payment and finance structures.

"Like many in the public affairs field, I have been watching the rapid expansion of bitcoin and alternate coins with great interest; but also with some concern," said De La Guardia. "The prospect of criminals and terrorists using digital currencies to breach our financial systems has created immense anxiety among governmental leaders in Latin America. On the one hand, they don't want their people denied an opportunity to participate in what is certainly the next wave in the technology revolution – yet on the other hand, they cannot open the doors and permit bad actors to break the laws of these nations. AML BitCoin solves both problems, and that's why I have enthusiastically joined them to share this amazing solution throughout our hemisphere."

For interview requests and more information, please contact Lisa Helfer Elghazi via Email: lisa.helfer@amlbitcoin.com or Phone: 646-373-9946. Or, Michael Arlen via Email: michael.arlen@amlbitcoin.com or Phone: 310-266-9991.

AMLBitcoin is Decentralized Banking on the Blockchain. Visit AMLBitcoin


AMLBitcoin
Jr. Member

Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain
September 13, 2017, 09:53:35 AM

#41

https://bitcointalk.org/index.php?topic=2056317.0;all

10/16/2017

FBI-302-012402

EX865-014

**AMLBitcoin**
Jr. Member
Activity: 54

Latest PR is out through Bitcoin PR Buzz:

AML Bitcoin: The Decentralized, AML Compliant Cryptocurrency Onboards Carlos De La Guardia
http://bitcoinprbuzz.com/bitcoin-press-release-aml-bitcoin/

AML Bitcoin and it's founder Marcus Andrade are also featured in below USNews article:

Cryptocurrency's Future May Be Now. How San Francisco could help change the way we think about money.

"In the same way that the internet brings boundless opportunity to the remote corners of the earth, digital currency affords every person the chance to participate in the global economy, if they so choose. With AML Bitcoin, digital currency can now engage in mainstream commerce, taking its rightful place among traditional payment options."
https://www.usnews.com/opinion/thomas-jefferson-street/articles/2017-09-12/the-future-of-cryptocurrency-may-be-now-thanks-to-more-mainstream-bitcoin

---

**AMLBitcoin**
Jr. Member
Activity: 54

**Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain** #42
September 18, 2017, 10:31:17 AM

Cryptocurrency's Future May be Now: Meet AML Bitcoin
https://www.coinspeaker.com/2017/09/18/cryptocurrencys-future-may-now/

Arriva AML Bitcoin, la criptovaluta contro il riciclaggio di denaro
https://www.money.it/AML-Bitcoin-criptovaluta-contro-il-riciclaggio

---

**AMLBitcoin**
Jr. Member
Activity: 54

**Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain** #43
September 21, 2017, 09:55:19 AM

Several teams are working hard on creating big marketing for our Tokensale. Coming weeks will be a storm of press releases, launch of multiple banner ads campaigns and other promotional events.

NAC is very active to connect with financial markets through diplomacy and negotiations.

A New Digital Currency, AML Bitcoin, Makes Landfall In Panama
http://www.investors.com/politics/commentary/a-new-digital-currency-aml-bitcoin-makes-landfall-in-panama/

---

**rita64**
Newbie
Activity: 1

**Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain** #44
September 23, 2017, 08:48:07 AM

What could be the current value in $ of 1 AMLBitcoin. Thank you

---

**jajy123**
Newbie
Activity: 18

**Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain** #45
September 23, 2017, 04:51:26 PM

hello sorry i am using translator. we will be able to buy presale aml bitcoin with criptocurrency for example, bitcoin or altcoin. thank you so much

---

**AMLBitcoin**
Jr. Member
Activity: 54

**Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain** #46
September 23, 2017, 08:54:06 PM

> Quote from: rita64 on September 23, 2017, 08:48:07 AM
> What could be the current value in $ of 1 AMLBitcoin. Thank you

There will be a few stages that starts at $1 and ends with $1.50.

> Quote from: jajy123 on September 23, 2017, 04:51:26 PM
> hello sorry i am using translator. we will be able to buy presale aml bitcoin with criptocurrency for example, bitcoin or altcoin. thank you so much

You will be able to buy AMLTokens for Bitcoin and Ethereum. AMLToken will convert to AMLBitcoin on 1:1 ratio.

---

**HarryDeuce**
Newbie
Activity: 8

**Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain** #47
September 25, 2017, 02:11:00 PM

If you're supposed to be launching a token sale in less than a week then why is there still NO information whatsoever on how to do so or what the process will be? Why are wallets still not available? And why does the website state mining will be done via POS with .03% returns but in this thread you've mentioned X15 algorithm

FBI-302-012403

EX865-015

**HarryDeuce**
Newbie

Activity: 8

### Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain
September 25, 2017, 02:34:50 PM

#48

And what documents specifically will be needed to purchase AML tokens? I understand KYC policy so what documents do I need to have on standby waiting for the sale? Just state issued ID? SSN? Proof of residency and utility bills? I want to be prepared with what I need to proceed as soon as possible.

**jajy123**
Newbie

Activity: 18

### Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain
September 25, 2017, 05:34:10 PM

#49

I'm sorry I'm using a translator. What happens at atenwallet.com I would like to access my account but the site only shows a password request and all the rest of the site has disappeared

**AMLBitcoin**
Jr. Member

Activity: 54

### Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain
September 25, 2017, 08:25:32 PM

#50

**Quote from: HarryDeuce on September 25, 2017, 02:11:00 PM**
> If you're supposed to be launching a token sale in less than a week then why is there still NO information whatsoever on how to do so or what the process will be? Why are wallets still not available? And why does the website state mining will be done via POS with .03% returns but in this thread you've mentioned X15 algorithm mining will be possible. I want to buy as many AML as I can but you've yet to release any information on token purchases and it's supposedly less than a week away. Am I the only one here that's having trouble with this?

Last week we started working with a large marketing company to streamline the events, press, marketing and sales. We have build a whole new
website with all the information about the sale, documents you may need and a new whitepaper. Also a new wallet will be available. This website is nearly ready
and I will post when it's online.

I will give some info that could help:
To buy AML Tokens you do not need to identify. You can purchase these on amltoken.com with Bitcoin and Ethereum. The AML Token wallet will be available to download here too.

When a user exchanges his/her AML Token for AML BitCoin:
"The user must possess two forms of their current government-issued identification documents, such as a passport and a driver's license."
"The user must have or create a certified digital identity in association with DTN (The Digital Identity Trust Network)"

The current online AMLBitcoin.com still shows old information that was valid to Atencoin. New specifications will be released soon.

**Quote from: jajy123 on September 25, 2017, 05:34:10 PM**
> I'm sorry I'm using a translator. What happens at atenwallet.com I would like to access my account but the site only shows a password request and all the rest of the site has disappeared

I've send you a message. Please stand by for the new website to come online to get the new wallet. The new AMLBitcoin will replace the old coins.

**lotto56**
Newbie

Activity: 10

### Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain
September 25, 2017, 09:14:17 PM

#51

**you mean a passport or drivers licence right? what if you only have one?.**

**and is the presale open only to accredited investors?.**

**HarryDeuce**
Newbie

Activity: 8

### Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain
September 25, 2017, 09:42:06 PM

#52

I agree. Many people only have a drivers license and not a passport. What other form of ID would you permit for the two forms? Would a social security number not work?

**AMLBitcoin** — Jr. Member — Activity: 54

**Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain**
September 27, 2017, 08:03:13 PM    #53

Below article was posted but then removed for it needed editing. Also the time of what was mentioned will change to 12:00AM San Francisco, 1 Oct
It will likely soon be reposted.

Building A Better Bitcoin

The bitcoin world has seen explosive growth over the past few years, but nothing like what's coming this Saturday night. ~~At midnight Hong Kong time~~, AML Bitcoin, a new form of bitcoin, will be launched and, if the hedge fund and digital coin investor worlds are to be believed, it will quickly rival the original bitcoin and potentially overtake it. David Mata, managing director of Silicon Valley hedge and venture capital fund Block Bits Capital typifies the excitement building in the investment community: "We have a diverse portfolio that includes digital currencies, but this is the one we are watching. We plan to take a huge early position. It's the cryptocurrency equivalent of handing Mark Zuckerberg a check while he sits in his dorm room coding Facebook."

~~https://www.forbes.com/sites/chrisversace/2017/09/27/building-a-better-bitcoin/#2339025f1cb1~~

**HarryDeuce** — Newbie — Activity: 8

**Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain**
September 27, 2017, 08:18:14 PM    #54

That's a fantastic article. You've also still provided us NO information whatsoever about how the sale this Saturday will be conducted or how we should prepare to participate. Will the initial AML tokens be ethereum based? ECR20 tokens? How will contributions be accepted? What about the question regarding many people not having passports. Please. Some information about the actual sale itself.

**HarryDeuce** — Newbie — Activity: 8

**Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain**
September 27, 2017, 09:56:09 PM    #55

P.S. that link to Forbes is no longer working.

**AMLBitcoin** — Jr. Member — Activity: 54

**Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain**
September 27, 2017, 10:21:34 PM    #56

Thanks everyone that offered their services by DM or by posting. I will contact some of you soon. Also for bounties we must first launch the new platform
so that we can give out AMLTokens. You will be able to trade these on the exchanges just like any other altcoin.

For information on the Tokensale please stand by until the website comes online. That will likely be tomorrow.

**左** — Full Member — Activity: 182



**Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain**
September 27, 2017, 10:29:39 PM    #57

Can you list the technical advantages of the coin in a few sentences?
As I see it basically any cryptocoin has the feature that can be described as decentralized banking, correct me if I'm wrong.

SmartBillions.com  - Token Sale - 9 October 2017
---- SmartBillions.com ICO Details ----
ANN ✔ Twitter  ✔ Facebook ✔ Slack ✔ Telegram ✔ Github ✔ WHITEPAPER

**HarryDeuce** — Newbie — Activity: 8

**Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain**
September 27, 2017, 10:57:34 PM    #58

I think they kind of planted the technical advantage right in the name. Anti Money laundering Bitcoin. The coin is completely and 100% AML and KYC compliant so it can be used and taxed as legal currency. There will sadly most likely never be a world where hospitals accept BTC. I can see real estate transasaction and cars but I like to pay a hospital with Bitcoin. AML Bitcoin is fully legally compliant (at least they claim to be) so in theory it could be used as a legal means of tender for everything from banks, hospitals, government, etc. To my understanding that's the intended purpose.

**AMLBitcoin** — Jr. Member

**Re: [ANN] AMLBitcoin - Decentralized banking on the Blockchain**
September 27, 2017, 11:16:17 PM    #59

Quote from: HarryDeuce on September 27, 2017, 10:57:34 PM

FBI-302-012405

EX865-017

| | |
|---|---|
| Activity: 54 | I think they kind of planted the technical advantage right in the name. Anti Money laundering Bitcoin. The coin is completely and 100% AML and KYC compliant so it can be used and taxed as legal currency. There will sadly most likely never be a world where hospitals accept BTC. I can see real estate tranasaction and cars but I like to pay a hospital with Bitcoin. AML Bitcoin is fully legally compliant (at least they claim to be) so in theory it could be used as a legal means of tender for everything from banks, hospitals, government, etc. To my understanding that's the intended purpose. |
| | You said it right there 😁 |
| | Basically all your banktransfers, creditcard transactions, online payments, it's all already paying while being in complance. It's not so difficult, we have transacted like that all our life and usually you can know who you are transacting with. Only now you will be able to do it with cryptocurrency. |
| **AMLBitcoin** Jr. Member | **Re: [ANN] ICO OCT 1 AMLBitcoin - Decentralized AML Compliant Cryptocurrency**  #60 September 28, 2017, 08:50:40 AM |
| Activity: 54 | The AMLBitcoin Whitepaper has been released. You can download it here: AMLBitcoin whitepaper AMLToken.com is still being worked on but you can see it online: AMLToken website ALL Atencoin holders will be contacted personally by NAC starting next week to inform you about the new wallet and transfer of your coins to AMLBitcoin. Please be patient until you have been contacted. |
| **lotto56** Newbie Activity: 10 | **Re: [ANN] ICO OCT 1 AMLBitcoin - Decentralized AML Compliant Cryptocurrency**  #61 September 28, 2017, 06:11:36 PM **Can i purchase with FIAT GBP STIRLING?.** |
| **Digiads** Newbie Activity: 2 | **Re: [ANN] ICO OCT 1 AMLBitcoin - Decentralized AML Compliant Cryptocurrency**  #62 September 28, 2017, 06:47:56 PM Quote from: AMLBitcoin on September 28, 2017, 08:50:40 AM ALL Atencoin holders will be contacted personally by NAC starting next week to inform you about the new wallet and transfer of your coins to AMLBitcoin. Please be patient until you have been contacted. As an existing Aten Coin holder, do I need to register to purchase more coins or just wait until contacted? |
| **AMLBitcoin** Jr. Member Activity: 54 | **Re: [ANN] ICO OCT 1 AMLBitcoin - Decentralized AML Compliant Cryptocurrency**  #63 September 29, 2017, 08:52:25 AM Quote from: Digiads on September 28, 2017, 06:47:56 PM Quote from: AMLBitcoin on September 28, 2017, 08:50:40 AM ALL Atencoin holders will be contacted personally by NAC starting next week to inform you about the new wallet and transfer of your coins to AMLBitcoin. Please be patient until you have been contacted. As an existing Aten Coin holder, do I need to register to purchase more coins or just wait until contacted? If you want to purchase more coins you need to follow the ICO procedure like anyone else. Your existing Atencoins and your newly purchased AMLTokens will be joined and swapped for the new AMLBitCoin. People will have 6 months to swap their AMLTokens for AMLBitcoins. In the meantime AMLTokens are available to trade with on exchanges even without identification and like other altcoins. It is only when people decide to exchange their Tokens to AMLBitcoin where people will need to identify themselves with the requested information. After 6 months the AMLToken blockchain will no longer be supported. |
| **AMLBitcoin** Jr. Member Activity: 54 | **Re: [ANN] ICO OCT 1 AMLBitcoin - Decentralized AML Compliant Cryptocurrency**  #64 September 29, 2017, 09:14:59 AM NAC Foundation, LLC, creator of the digital currency, AML BitCoin, announces today the appointment of Angela Knight CBE, as the vice-president for European Affairs. In this senior role with the company, Ms Knight will help guide European expansion and development of the AML Bitcoin, which launches internationally on October 1, 2017. http://www.allmediascotland.com/media-releases/125073/media-release-angela-knight-cbe-appointed-vice-president-of-european-affairs-for-aml-bitcoin/ |

At the EU Digital Summit in Tallin, the Prime Minister of Croatia Andrej Plenkovic and Marcus Andrade of NAC discuss AML Bitcoin. Big News coming.
https://twitter.com/AMLBitcoin/status/913684214373126144

---

**AMLBitcoin** — Jr. Member — Activity: 54

**Re: [ANN] ICO OCT 1 AMLBitcoin - Decentralized AML Compliant Cryptocurrency** #65
September 29, 2017, 12:22:28 PM

AML Tokens will be available to purchase with Bitcoin and/or Ethereum directly from our site http://www.amltoken.com/

No need to register elsewhere.

---

**Trient4848** — Newbie — Activity: 1

**Re: [ANN] ICO OCT 1 AMLBitcoin - Decentralized AML Compliant Cryptocurrency** #66
September 29, 2017, 01:59:01 PM

> Quote from: AMLBitcoin on September 28, 2017, 08:50:40 AM
>
> ALL Atencoin holders will be contacted personally by NAC starting next week to inform you about the new wallet and transfer of your coins to AMLBitcoin.
> Please be patient until you have been contacted.

When Atencoin holders are contacted I'm assuming that we will be walked through the process of converting over our coins.
Is there any information that we need in order to speed the process along when we are contacted.

---

**AMLBitcoin** — Jr. Member — Activity: 54

**Re: [ANN] ICO OCT 1 AMLBitcoin - Decentralized AML Compliant Cryptocurrency** #67
September 29, 2017, 02:26:35 PM

> Quote from: Trient4848 on September 29, 2017, 01:59:01 PM
>
>> Quote from: AMLBitcoin on September 28, 2017, 08:50:40 AM
>>
>> ALL Atencoin holders will be contacted personally by NAC starting next week to inform you about the new wallet and transfer of your coins to AMLBitcoin.
>> Please be patient until you have been contacted.
>
> When Atencoin holders are contacted I'm assuming that we will be walked through the process of converting over our coins.
> Is there any information that we need in order to speed the process along when we are contacted.

You will first be called to schedule an appointment, then you can ask how to prepare. If I have more information on this from NAC I will post. Thanks.

---

**AMLBitcoin** — Jr. Member — Activity: 54

**Re: [ANN] ICO OCT AMLBitcoin - Decentralized AML Compliant Cryptocurrency** #68
September 29, 2017, 05:05:07 PM

Sale of AMLToken: @ 00:00 PST (UTC -7), 6 OCTOBER 2017

We have to change the startdate to the next week 6 Oct due to delays.

Sorry for the inconvenience it may have caused but we got to have all 100% ready to go to start.

---

**HarryDeuce** — Newbie — Activity: 8

**Re: [ANN] ICO OCT AMLBitcoin - Decentralized AML Compliant Cryptocurrency** #69
September 29, 2017, 06:25:42 PM

Yeah I'm not surprised given how little notice or time you had between launching the website and the originally scheduled sale.

---

**jajy123** — Newbie — Activity: 18

**Re: [ANN] ICO OCT AMLBitcoin - Decentralized AML Compliant Cryptocurrency** #70
September 29, 2017, 06:49:14 PM

It would be a great idea to start the ico on the weekend, Saturday or Sunday

---

**HarryDeuce** — Newbie — Activity: 8

**Re: [ANN] ICO OCT AMLBitcoin - Decentralized AML Compliant Cryptocurrency** #71
September 29, 2017, 07:06:03 PM

It'd also be a great idea to not start the sale at midnight L.A. time being as I'm sure a large portion of your contributors will be east coast based as well and 3A.M. is generally considered late as hell on this side of the country lol

---