**From:** Marcus Andrade via LinkedIn <invitations@linkedin.com>
**Sent:** Wednesday, January 03, 2018 11:57 PM EST
**To:** Benjamin Boyer <[redacted]>
**Subject:** See Marcus's connections, activity and experience



Benjamin Boyer

Marcus Andrade has accepted your invitation. Let's start a conversation.

**Marcus Andrade**
Founder and CEO at AML Bitcoin Blockchain Expert, AML / KYC, Big Data Specialist Private Investor, Las Vegas, Nevada Area

Message | View profile

People you may know

**Ben Paul**
President & CEO at After-School All-Stars
+ Connect

**Robert (Bob) Cell**
Venture Investor and Entrepreneur
+ Connect

**Mike Orbach**
Managing Director at Cascadia Capital LLC
+ Connect

See more

Unsubscribe | Help
You are receiving Accepted Invitation emails.
This email was intended for Benjamin Boyer (Board Member at Tenor). Learn why we included this.

© 2018 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0869**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

CONFIDENTIAL

BOYER0007446
FBI-GJ-0005241
EX869-001