**Message**

| | |
|---|---|
| **From:** | NAC Foundation, LLC [no-reply@invoiced.com] |
| **Sent:** | 12/9/2017 3:25:03 AM |
| **To:** | NAC Foundation, LLC [nms@sunkinlaw.com] |
| **Subject:** | Invoice from NAC Foundation, LLC: INV-0887 |

## NAC Foundation, LLC

Hi Scott Bruffey,

An invoice has been issued on your account: # INV-0887. The balance of $100,000 plus the wire fee of either $14 (domestic US) or $17 (international) is due.

We appreciate your business.

View Invoice

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0875**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

NS004508
FBI-GJ-0015839
EX875-001