# Extraction Report
**Apple iPhone Logical**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0880**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

**Participants**
CRDLG          @s.whatsapp.net
Jack Abramoff         @s.whatsapp.net

**Conversation - Instant Messages (18)**

---

@s.whatsapp.net Jack Abramoff — 8/30/2017 11:57:16 PM(UTC+0)
Hahaha. Yup I mean Marcus. Sorry! I won't be coming so you absolutely should go with him

@s.whatsapp.net CRDLG — 8/30/2017 11:57:31 PM(UTC+0)
I want you to know that, besides what Catin said yesterday, I'm working on appointments for Marcus' trip.

@s.whatsapp.net CRDLG — 8/30/2017 11:57:55 PM(UTC+0)
You would not be coming to Panama either?

@s.whatsapp.net Jack Abramoff — 8/30/2017 11:59:15 PM(UTC+0)
No. I'm best to stay in the background.

@s.whatsapp.net CRDLG — 8/30/2017 11:59:38 PM(UTC+0)
Understood.

@s.whatsapp.net CRDLG — 8/31/2017 12:00:10 AM(UTC+0)
So, there is already a bank in Panama which wants to know about the platform.

@s.whatsapp.net CRDLG — 8/31/2017 12:00:21 AM(UTC+0)
The guy I talked to you about.

@s.whatsapp.net CRDLG — 8/31/2017 12:00:45 AM(UTC+0)
I'm sending him info so he learns about AMLBITCOIN

@s.whatsapp.net Jack Abramoff — 8/31/2017 12:01:01 AM(UTC+0)
Super

@s.whatsapp.net CRDLG — 8/31/2017 12:09:18 AM(UTC+0)
I'm working my ass... I want to earn my coins!!!

@s.whatsapp.net Jack Abramoff — 8/31/2017 12:30:34 AM(UTC+0)
You're going to be rich!

@s.whatsapp.net Jack Abramoff — 8/31/2017 11:53:46 AM(UTC+0)
our agenda for now:

1. Letter from Brazil (per our draft)
2. Meetings for 9/12 trip to Panama-Brazil
3. Soar like the Eagle! dance like the puppets!

@s.whatsapp.net CRDLG — 8/31/2017 2:32:45 PM(UTC+0)
Laugh like Elmo...

1

EX880-001

▢ @s.whatsapp.net CRDLG — 8/31/2017 2:33:13 PM(UTC+0)
Speak of the devil, Catin wrote me yesterday.

▢ @s.whatsapp.net CRDLG — 8/31/2017 2:33:27 PM(UTC+0)
As I told you, he is on board and excited about it.

▢ @s.whatsapp.net CRDLG — 8/31/2017 2:33:53 PM(UTC+0)
I mentioned about Marcus' visit and he will help me arrange the proper meetings.

▢ @s.whatsapp.net Jack Abramoff — 8/31/2017 2:59:07 PM(UTC+0)
Super. The key is PR and photo ops for stories

▢ @s.whatsapp.net CRDLG — 8/31/2017 3:02:11 PM(UTC+0)
Exactly.