

**Extraction Report**
Apple iPhone Logical

**Participants**
CRDLG ████████@s.whatsapp.net
Jack Abramoff ████████@s.whatsapp.net

**Conversation - Instant Messages (7)**

---

@s.whatsapp.net CRDLG — 9/4/2017 9:59:14 PM(UTC+0)
Jack- In my mind, Marcus wants/needs enough material to send out Press Releases to the media and create/increase expectations.

@s.whatsapp.net CRDLG — 9/4/2017 9:59:19 PM(UTC+0)
Correct?

@s.whatsapp.net CRDLG — 9/4/2017 10:00:01 PM(UTC+0)
Now, that's not what we are going to tell potential clients/end users.

@s.whatsapp.net Jack Abramoff — 9/4/2017 10:00:47 PM(UTC+0)
yes. the week in Panama/Brazil should generate a PR opportunity from each meeting. so there should be at least 5-7 serious announcements coming from that trip. Then Georgia should generate another bunch (assuming Sasha is able to get people to come to Marcus there from other countries, and line up what we need from Georgia, including, ideally a pop-in with the head of state. The guy doing Croatia has a pop in meeting with the Croatian PM set up, so that will be a great PR.

@s.whatsapp.net Jack Abramoff — 9/4/2017 10:00:54 PM(UTC+0)
exactly

@s.whatsapp.net CRDLG — 9/4/2017 10:01:51 PM(UTC+0)
Ok. We are in the same frequency.

@s.whatsapp.net Jack Abramoff — 9/4/2017 10:03:58 PM(UTC+0)
we have to flood the digital coin world and overpower everyone and everything. that's how we drive this to $1000/coin and get mega rich. btw, if you have anyone who wants to invest and buy the coin in the pre-ICO period of 'friends and family' at .45/coin vs $1/coin, let me know asap. Marcus let out a bunch of his coins to his friends/family and the exchange owners around the world, and offered me a chance to offer them to friends and family as well. Minimum investment of $20K. My father, brother, son and rabbi all did it. If you have someone you want to let in, just let me know asap, since we have t move. you don't have to worry, since you're getting coins for free (also Catin, and Sasha and Rodrigo if they deliver). but, if you have others let me know asap. this thing has a shot to go to $1,000 by February, so might as well let friends/family know in case they want to come in.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0881**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

1

EX881-001