

**Extraction Report**
Apple iPhone Logical

**Participants**
CRDLG ▮▮▮▮@s.whatsapp.net
Jack Abramoff ▮▮▮▮@s.whatsapp.net

**Conversation - Instant Messages (20)**

---

@s.whatsapp.net Jack Abramoff — 9/15/2017 3:36:18 AM(UTC+0)
also, make sure Marcus understands what went on today better. He did not seem to get it when I chatted with him otnight.

@s.whatsapp.net CRDLG — 9/15/2017 3:36:41 AM(UTC+0)
Ok.

@s.whatsapp.net Jack Abramoff — 9/15/2017 3:36:41 AM(UTC+0)
were you able to get the letter from Marcus per your note above, or do you need me to do something on this (Sasha)?

@s.whatsapp.net CRDLG — 9/15/2017 3:37:01 AM(UTC+0)
He said to work that with you.

@s.whatsapp.net CRDLG — 9/15/2017 3:37:34 AM(UTC+0)
He has been mentioning about the relationship and pilot plans with SunTrust Bank, that's why I asked.

@s.whatsapp.net CRDLG — 9/15/2017 3:37:46 AM(UTC+0)
Everything went well today.

@s.whatsapp.net CRDLG — 9/15/2017 3:38:01 AM(UTC+0)
Now we need to keep him hiding in a box.

@s.whatsapp.net Jack Abramoff — 9/15/2017 3:38:02 AM(UTC+0)
OK, what do I need to get you for Sasha?

@s.whatsapp.net CRDLG — 9/15/2017 3:38:21 AM(UTC+0)
In fact, he should not be the face of his invention.

@s.whatsapp.net Jack Abramoff — 9/15/2017 3:38:44 AM(UTC+0)
huh? is he not effective in these meetings?

@s.whatsapp.net CRDLG — 9/15/2017 3:39:03 AM(UTC+0)
He talks too much and he does not have the corporate image, Jack.

@s.whatsapp.net Jack Abramoff — 9/15/2017 3:39:39 AM(UTC+0)
yes, that is true, but I don't know what we can do about it at this stage.

@s.whatsapp.net CRDLG — 9/15/2017 3:39:40 AM(UTC+0)
Kissinger use to say: "Why bark and have a dog?"

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0884**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

EX884-001

1

**[redacted]@s.whatsapp.net Jack Abramoff** — 9/15/2017 3:39:52 AM(UTC+0)
hahaah

**[redacted]@s.whatsapp.net CRDLG** — 9/15/2017 3:40:16 AM(UTC+0)
We did what we needed to do and he was able to show that he knows his shit, but that's it.

**[redacted]@s.whatsapp.net CRDLG** — 9/15/2017 3:40:29 AM(UTC+0)
He has to let me and Catin do the rest of the work.

**[redacted]@s.whatsapp.net CRDLG** — 9/15/2017 3:40:50 AM(UTC+0)
Sure he felt like he didn't do anything today, and that was the idea.

**[redacted]@s.whatsapp.net CRDLG** — 9/15/2017 3:41:22 AM(UTC+0)
Catin and I have been meeting with key members of the govt in order to have a say in the new regulation.

**[redacted]@s.whatsapp.net CRDLG** — 9/15/2017 3:41:33 AM(UTC+0)
Things are going great.

**[redacted]@s.whatsapp.net Jack Abramoff** — 9/15/2017 3:42:13 AM(UTC+0)
great.  just tell him that he did such a great job that the gov't wanted to move the follow through more quickly, and it is best for that to be done by you guys.