

# Extraction Report
*Apple iPhone Logical*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**TRIAL EXHIBIT 0893**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

**Participants**

CRDLG ███████@s.whatsapp.net
Jack Abramoff ███████@s.whatsapp.net

**Conversation - Instant Messages (13)**

---

@s.whatsapp.net CRDLG — 11/16/2017 4:00:31 PM(UTC+0)
Hi Jack...

@s.whatsapp.net CRDLG — 11/16/2017 4:02:45 PM(UTC+0)
Met yesterday with Banco Nacional, but haven't received anything from Canal yet.

@s.whatsapp.net CRDLG — 11/16/2017 4:03:08 PM(UTC+0)
Not even to meet with Mónica Martínez (Communications).

@s.whatsapp.net CRDLG — 11/16/2017 4:03:48 PM(UTC+0)
I also need to coordinate with Marcus when his tech people could travel, so that they attend those meetings.

@s.whatsapp.net Jack Abramoff — 11/16/2017 4:36:56 PM(UTC+0)
we need to know on the canal really soon, so we can get the PR on them back out. Can we move forward now on the bank PR that I sent you? thanks

@s.whatsapp.net CRDLG — 11/16/2017 6:14:36 PM(UTC+0)
I have to write you an email re my meeting (report) and you guys decide. The bank doesn't have plans to move into crypto, until legislation in Panama is completed.

@s.whatsapp.net CRDLG — 11/16/2017 6:14:45 PM(UTC+0)
Catin is involved in the Legislation already.

@s.whatsapp.net CRDLG — 11/16/2017 6:15:55 PM(UTC+0)
Banco Nacional has an eCommerce Dpt, but they are working on becoming a Merchant Service provider.

@s.whatsapp.net CRDLG — 11/16/2017 6:16:04 PM(UTC+0)
Nothing with crypto yet.

@s.whatsapp.net Jack Abramoff — 11/16/2017 6:16:20 PM(UTC+0)
so that press release is toast?

@s.whatsapp.net CRDLG — 11/16/2017 6:25:09 PM(UTC+0)
Yes. He told me Legislation is intended to be presented next year and since it's a State bank the he doesn't have much flexibility.

@s.whatsapp.net Jack Abramoff — 11/16/2017 6:27:37 PM(UTC+0)
please write a memo for Marcus on this.

@s.whatsapp.net CRDLG — 11/16/2017 6:55:41 PM(UTC+0)
I will