

# Extraction Report
**Apple iPhone Logical**

**Participants**
A. John Bryan +
Chris Grivakes
Tuan Tran +1
Alex Abramoff +
Jack Abramoff +

```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
       TRIAL EXHIBIT 0897
CASE NO.:  CR 20-249 RS
DATE ENTERED_____
BY_____
              DEPUTY CLERK
```

## Conversation - SMS Messages (11)

| # | Folder | Party | Time | All timestamps | Status | Message | Deleted | * |
|---|--------|-------|------|----------------|--------|---------|---------|---|
| 1 | Inbox | To: Jack Abramoff From: A. John Bryan Direction: Incoming | 1/17/2018 1:47:00 AM(UTC+0) | Read: 1/17/2018 2:21:25 AM(UTC+0) | Read | Hi Jack give me a call on my cell phone thanks | | |
| 2 | Inbox | Jack Abramoff From: A. John Bryan Direction: Incoming | 1/17/2018 2:21:03 AM(UTC+0) | Read: 1/17/2018 2:21:25 AM(UTC+0) | Read | (1/2) The written proposal will pretend we really are buying a Super Bowl ad because if anybody ever gets this in Discovery or something I don't want to look li | | |
| 3 | Inbox | Jack Abramoff From: A. John Bryan Direction: Incoming | 1/17/2018 2:21:06 AM(UTC+0) | Read: 1/17/2018 2:21:25 AM(UTC+0) | Read | (2/2) ke we planned to do this… Is that okay? | | |
| 4 | Sent | Jack Abramoff To: A. John Bryan Direction: Outgoing | 1/17/2018 2:22:34 AM(UTC+0) | | Sent | Probably not the best idea. Maybe you can write it up in a way that says in the event NBC rejects the ad, and this is the plan… If you write it up the other way he may not understand and rejected out of hand | | |
| 5 | Sent | Jack Abramoff To: A. John Bryan Direction: Outgoing | 1/17/2018 3:53:00 AM(UTC+0) | | Sent | in a meeting. can I call later? thanks | | |
| 6 | Sent | Jack Abramoff To: A. John Bryan Direction: Outgoing | 1/17/2018 3:53:38 AM(UTC+0) | | Sent | in a meeting. can I call later? thanks | | |
| 7 | Inbox | To: Jack Abramoff From: A. John Bryan Direction: Incoming | 1/17/2018 3:54:30 AM(UTC+0) | Read: 1/17/2018 4:16:06 AM(UTC+0) | Read | (1/2) Yes I see your text message now sorry I thought I might have been dialing the wrong number cuz I was getting a weird voicemail that said that the voice ma | | |
| 8 | Inbox | To: Jack Abramoff From: A. John Bryan Direction: Incoming | 1/17/2018 3:54:31 AM(UTC+0) | Read: 1/17/2018 4:16:06 AM(UTC+0) | Read | (2/2) il has not been set up yet | | |

1

EX897-001

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9 | Inbox | T<br>Jack Abramoff<br>From<br>A. John Bryan<br>Direction: Incoming | 1/17/2018 3:54:39 AM(UTC+0) | Read: 1/17/2018 4:16:06 AM(UTC+0) | Read | Call me as soon as you can I've sent you a draft of The Proposal | |
| 10 | Inbox | To<br>Jack Abramoff<br>From<br>A<br>Direction: Incoming | 1/17/2018 3:57:28 AM(UTC+0) | Read: 1/17/2018 4:16:06 AM(UTC+0) | Read | (1/2) Don't worry about the way I wrote The Proposal I wrote it so that it looks like only if they reject the commercial then we do all these things but forget | |
| 11 | Inbox | To<br>J<br>From<br>A. John Bryan<br>Direction: Incoming | 1/17/2018 3:57:31 AM(UTC+0) | Read: 1/17/2018 4:16:06 AM(UTC+0) | Read | (2/2) it is all looks fine I think I don't care if somebody gets this who cares | |

2

EX897-002