

**Extraction Report**
Apple iPhone Logical

```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
       TRIAL EXHIBIT 0909
CASE NO.:  CR 20-249 RS
DATE ENTERED_____
BY_____
       DEPUTY CLERK
```

**Participants**

Marcus Andrade   ▮▮▮▮▮@s.whatsapp.net
Jack Abramoff    ▮▮▮▮▮@s.whatsapp.net

**Conversation - Instant Messages (10)**

---

☆  ▮▮▮@s.whatsapp.net Jack Abramoff                                   11/5/2017 6:39:05 PM(UTC+0)   

I am waiting for sign off by Carlos, but here is the current Canal draft, based on my phone call with him today

---

  ▮▮▮@s.whatsapp.net Jack Abramoff                11/5/2017 6:39:06 PM(UTC+0)   

NAC Foundation, LLC, the creator of the newly launched digital currency, AML BitCoin, announced today that it has been in extensive discussions with the governmental and private sector authorities in Panama to integrate the AML Bitcoin and its patent-pending anti-money laundering and know-your-customer technologies into the financial and payment infrastructure of key Panamanian industries and governmental departments.

After a series of productive meetings last month conducted by Marcus Andrade, the CEO of NAC Foundation, with key Panamanian stakeholders and government officials, NAC Vice President of Latin American Affairs, Carlos DeLaGuardia has followed up with discussions designed to give the new currency something that no other digital currency in the world has: official usage by powerful industries and governments.

DeLaGuardia, former Panamanian Ambassador to the United States, has been in discussion with Roberto Roy, president of the Board of Directors and Minister of the Panama Canal, about implementing an e-payment process for the AML BitCoin with the Canal, for payment of transit fees.  Currently transit fees are mainly paid with cash, a system that permits corruption, money laundering and theft.  The use if the AML BitCoin would eliminate each of those problems, as well as create a save, rapid and cost-effective money transfer system for the Canal Authority.

In addition to Minister Roy, DeLaGuardia has been engaged in communication with other senior Canal officials, including VP Corporate Communications, Oscar Vallarino, and Canal Administrator, Jorge L. Quijano.

The discussions with the key Panama Canal officials is a natural follow up to the very productive discussions Andrade had with the Panama Maritime Authority director of legal affairs Armando Bultron about working the digital identity innovations that undergird the AML BitCoin architecture into the payment systems available to thousands of crew working on ships under the Panama Maritime Authority registration.  The Panama Maritime Authority, among other things, commands the world's largest ship registry.

AML BitCoin is the world's only digital currency with a patent-pending biometric digital identity system tied to the blockchain, enabling strict adherence to all bank security provisions including AML (anti-money laundering) and KYC (know your customer) protections.

The prospect of AML BitCoin securing a position in the payment systems of these key Panamanian government structures is likely to bolster the case made by the coins supporters that it alone will eventually rival the anonymous Bitcoin for dominance in the cryptocurrency world.

---

☆  ▮▮▮@s.whatsapp.net Jack Abramoff                                   11/5/2017 6:39:21 PM(UTC+0)   

don't use yet, only after he signs off.  hopefully quickly

---

 @s.whatsapp.net Marcus Andrade                                 11/5/2017 6:40:06 PM(UTC+0)

I will read now

---

 @s.whatsapp.net Marcus Andrade                                11/5/2017 6:40:13 PM(UTC+0)

Just finishing up getting some things for Richard

---

 @s.whatsapp.net Marcus Andrade                                11/5/2017 6:41:01 PM(UTC+0)

Looks good on another note

---

 @s.whatsapp.net Marcus Andrade                                11/5/2017 6:41:30 PM(UTC+0)

It would be good to say that we have a scheduled meeting with the Vatican if we can get that done

---



| | @s.whatsapp.net Jack Abramoff | 11/5/2017 6:42:10 PM(UTC+0) |
|---|---|---|
| | it'll take some work to get through that process. I need to get Peter Roff involved to get to Newt. | |

| | @s.whatsapp.net Marcus Andrade | 11/5/2017 6:42:34 PM(UTC+0) |
|---|---|---|
| | Ok | |

| | @s.whatsapp.net Marcus Andrade | 11/5/2017 6:42:50 PM(UTC+0) |
|---|---|---|
| | That is big news | |