

## Extraction Report
Apple iPhone Logical

**Participants**

Marcus Andrade _____ @s.whatsapp.net
Jack Abramoff _____ @s.whatsapp.net

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0926**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

**Conversation - Instant Messages (21)**

☆ | _____ @s.whatsapp.net Marcus Andrade | 11/27/2017 8:44:49 PM(UTC+0)
I received a message from Jaypheth.

☆ | _____ @s.whatsapp.net Marcus Andrade | 11/27/2017 8:45:07 PM(UTC+0)
He tells me that Jamal will not move with us until he speaks to see Catin.

☆ | _____ @s.whatsapp.net Marcus Andrade | 11/27/2017 8:45:20 PM(UTC+0)
Jamal has his investors as well.

☆ | _____ @s.whatsapp.net Marcus Andrade | 11/27/2017 8:45:37 PM(UTC+0)
I am sending you over the bullet points in about 20 minutes about the agreements with c a t i n

☆ | _____ @s.whatsapp.net Marcus Andrade | 11/27/2017 8:45:50 PM(UTC+0)
I'm recommending that I have a sit-down meeting with Jamal.

☆ | _____ @s.whatsapp.net Jack Abramoff | 11/27/2017 8:46:03 PM(UTC+0)
Marcus, our final chance to turn around this disaster is now. Our final chance ends in 18 days. if we haven't somehow created a market during the ICO (and so far we have not) and sold a ton so we have funds to build this project, this project is over.

☆ | _____ @s.whatsapp.net Marcus Andrade | 11/27/2017 8:46:07 PM(UTC+0)
He is currently in LA so I don't mind taking a quick flight over there in the next few days.

☆ | _____ @s.whatsapp.net Jack Abramoff | 11/27/2017 8:46:26 PM(UTC+0)
what makes you think that this guy is our solution? what do we know about him?

☆ | _____ @s.whatsapp.net Marcus Andrade | 11/27/2017 8:46:43 PM(UTC+0)
He is one of our Solutions

☆ | _____ @s.whatsapp.net Jack Abramoff | 11/27/2017 8:46:53 PM(UTC+0)
what is his full name?

☆ | _____ @s.whatsapp.net Marcus Andrade | 11/27/2017 8:46:56 PM(UTC+0)
Remember all we have to do is get listed PR would do the rest

☆ | _____ @s.whatsapp.net Jack Abramoff | 11/27/2017 8:46:57 PM(UTC+0)
Jamal what?

☆ | _____ @s.whatsapp.net Marcus Andrade | 11/27/2017 8:47:08 PM(UTC+0)
The Institute of America's guy

1

EX926-001



@s.whatsapp.net Marcus Andrade — 11/27/2017 8:47:20 PM(UTC+0)

I'll find it for you real quick on Google one second

@s.whatsapp.net Marcus Andrade — 11/27/2017 8:47:39 PM(UTC+0)

Also when I mean listed I mean getting on the exchange which is a done deal

@s.whatsapp.net Marcus Andrade — 11/27/2017 8:47:48 PM(UTC+0)

If there was no exchange then I would be really panicking but there is

@s.whatsapp.net Jack Abramoff — 11/27/2017 8:48:02 PM(UTC+0)

I do not believe that is correct any longer. If that were correct, people would already be buying, since we have had far more PR than any other coin (I am watching this closely for the last 4 months). and yet people are not buying. they have no reason to buy on the exchange.

@s.whatsapp.net Jack Abramoff — 11/27/2017 8:48:28 PM(UTC+0)

i think your hope is misplaced. why do you think that going to the exchange is going to somehow make us have more buyers, when almost no one bought during the ICO?

@s.whatsapp.net Marcus Andrade — 11/27/2017 8:49:12 PM(UTC+0)

I hear you but I assure you your view on this is wrong when it comes to digital currency trading sites

@s.whatsapp.net Marcus Andrade — 11/27/2017 8:50:24 PM(UTC+0)

Okay I will get off this subject and get to the next subject but we will have a call on this and I will provide you more detail why I I am confident with the exchanges

@s.whatsapp.net Jack Abramoff — 11/27/2017 8:52:45 PM(UTC+0)

given the track record of assurances and disappointments on this project, I am sure you can appreciate the fact that I am less hopeful than you seem to be. If we cannot get people to buy when the price is $1 on the ICO, then why would they buy at all during the trading? in fact, I believe we will likely see many aten coin holders and pre-ICO investors dumping their coins as soon as they can, since they smell that we have problems. that will drive our price DOWN not up. Anyway, we can chat about this, but we need to fix this problem by getting our marketing fixed!! what the f is that marketing person doing? to say that she is advertising elsewhere or whatever her current excuse is, does not make sense. I have a dozen people, trolling all over. no one is seeing anything from us. Are we just without any funds to pay for this effort?

EX926-002