

# Extraction Report
Apple iPhone Logical

## Participants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0930**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

Marcus Andrade ▮▮▮▮▮ @s.whatsapp.net
Jack Abramoff ▮▮▮▮▮ @s.whatsapp.net

## Conversation - Instant Messages (15)

☆ ▮▮▮@s.whatsapp.net Jack Abramoff          12/13/2017 8:07:30 PM(UTC+0)

how's this for a press release?

☆ ▮▮▮@s.whatsapp.net Jack Abramoff          12/13/2017 8:07:31 PM(UTC+0)

AML BitCoin Enters Phase II of ICO

NAC Foundation, LLC announces today that the initial coin offering for the AML BitCoin – the world's only patent-pending compliant digital currency – has been extended for another month to accommodate a torrent of last minute, new coin purchasers and the demands of thousands of current owners of the coin, who have had difficulty navigating the process of establishing the specialized wallet required to hold the innovative digital currency.

This second phase of the AML BitCoin initial coin offering will see an increase in the price of the coin, from US$1.00 to US$1.25.  The company has already been contacted by prospective purchasers in the slightly higher priced Phase II, and anticipates a further price increase to $1.50 within a week or two.

HitBTC, one of the world's largest and most active digital currency exchanges, was prepared to list the AML BitCoin for trading on December 15, 2017, with anticipation that the frenetic worldwide activity and excitement greeting the new cryptocurrency would cement the coin as one of the world's dominant digital currencies.

Instead, the coin will be listed mid-January 2018, giving time to NAC Foundation to process the flood of orders pouring into the company, and assist these new coin owners with the unique AML BitCoin wallet process.

NAC Foundation has not been consumed only with the massive response to the launch of AML BitCoin, but also with negotiations around the world to enable the coin, and its underlying patent-pending anti-money laundering and know your customer features, to be integrated into governmental and industry payment systems.  NAC Foundation CEO, Marcus Andrade, anticipates a public announcement within the next month announcing a partnership with one of the largest Latin American companies in the financial sector.

Additionally, Andrade returns to Europe in a few weeks to conclude a series of partnerships with key governmental and industry stakeholders, that should advance rapidly AML BitCoin's goal of becoming the one digital currency that merchants, banks and other commercial enterprises can safely utilize.

☆ ▮▮▮@s.whatsapp.net Jack Abramoff          12/13/2017 8:46:26 PM(UTC+0)

Attachments:

https://mmg-
fna.whatsapp.net/d/f/AjFLASDZiaBg-
gmfQBmvFBeiJPd8fsuJkNuwX55e-Dme.enc
95e8e2c0-135a-4e71-9408-1ed4158229e9.jpg

☆ ▮▮▮@s.whatsapp.net Jack Abramoff          12/13/2017 8:59:01 PM(UTC+0)

please let me know on the draft

☆ ▮▮▮@s.whatsapp.net Jack Abramoff          12/13/2017 8:59:27 PM(UTC+0)

also, Carlos chatted with me re the $5K/month.  i think we should do it, per our previous discussion. do you want to tell him or should I?

☆ System Message System Message          12/13/2017 9:51:57 PM(UTC+0)

☆ ▮▮▮@s.whatsapp.net Marcus Andrade          12/13/2017 9:52:06 PM(UTC+0)

Hello



System Message System Message | 12/13/2017 9:52:12 PM(UTC+0)

███ @s.whatsapp.net Jack Abramoff | 12/13/2017 9:52:59 PM(UTC+0)
On call. 10 mins

███ @s.whatsapp.net Jack Abramoff | 12/13/2017 10:22:53 PM(UTC+0)
TSBSFfTuxw1VnLqASQykaaGgenEuj8q3Px

███ @s.whatsapp.net Jack Abramoff | 12/13/2017 10:22:56 PM(UTC+0)
44.444

███ @s.whatsapp.net Jack Abramoff | 12/13/2017 10:23:23 PM(UTC+0)
this is the second guy:

███ @s.whatsapp.net Jack Abramoff | 12/13/2017 10:23:24 PM(UTC+0)
TUQ8zm7XWE5oMkuw84joevXep86oL7hHUC

███ @s.whatsapp.net Jack Abramoff | 12/13/2017 10:23:27 PM(UTC+0)
for 55,555

███ @s.whatsapp.net Marcus Andrade | 12/13/2017 11:19:52 PM(UTC+0)
draft looks GOOD

2