# Extraction Report
**Apple iPhone Logical**

## Participants
Marcus Andrade ███████@s.whatsapp.net
Jack Abramoff ███████@s.whatsapp.net

## Conversation - Instant Messages (10)

**@s.whatsapp.net Jack Abramoff** — 12/26/2017 7:14:31 PM(UTC+0)
we need to tell Richard that 50M of the coins (those which are going to you and me) are not available to be distributed or included in this?

**@s.whatsapp.net Jack Abramoff** — 12/26/2017 7:15:59 PM(UTC+0)
good answer

**@s.whatsapp.net Marcus Andrade** — 12/26/2017 7:16:22 PM(UTC+0)
Want me to tell him?

**@s.whatsapp.net Jack Abramoff** — 12/26/2017 7:16:39 PM(UTC+0)
yes. i think we should. we have to be firm on that or someone will try to nab those

**@s.whatsapp.net Jack Abramoff** — 12/26/2017 7:25:08 PM(UTC+0)
https://www.businesswire.com/news/home/20171215005128/en/AML-BitCoin-Enters-Phase-II-ICO

**@s.whatsapp.net Jack Abramoff** — 12/26/2017 7:25:18 PM(UTC+0)
"mid-January"

**@s.whatsapp.net Marcus Andrade** — 12/26/2017 7:31:35 PM(UTC+0)
76 Million 76 Million AML Tokens for Public to Purchase
9 Million For Current Aten Coin Holders to Exchange for AML BitCoins
10 Million NAC Administration Team
50 Million
Intellectual property licensing and acquisition, bounties for software debugging, employees and consultants
55 Million For Decentralized PoW/PoS mining

**@s.whatsapp.net Jack Abramoff** — 12/26/2017 7:31:57 PM(UTC+0)

**@s.whatsapp.net Marcus Andrade** — 12/26/2017 7:34:18 PM(UTC+0)
the 50M for the intellectual property means YOU AND ME

**@s.whatsapp.net Jack Abramoff** — 12/26/2017 7:34:28 PM(UTC+0)
:) sounds good!

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0932**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

EX932-001