

# Extraction Report
**Apple iPhone Logical**

## Participants

Marcus Andrade ████████@s.whatsapp.net
Jack Abramoff ████████@s.whatsapp.net

## Conversation - Instant Messages (6)

**@s.whatsapp.net Jack Abramoff** — 1/30/2018 8:10:19 PM(UTC+0)

we have a plan to move forward later today with the campaign, but we still have a second group working to get an official no from NBC. we might not get it (for reasons I'll tell you about after my lunch meeting), but in order to have a shot we need you to send an email to the following person wtih the following text. can you please do so and bcc me? thanks

Lisa Schneider <Lisa@executivemediacommunications.com>

Dear Ms. Schneider,

I want to confirm that Executive Media Communications, Inc. is our official Agency of Record for the AML BitCoin and our company, NAC Foundation, LLC, in our efforts to promote our ad for the Super Bowl.

Sincerely yours,

Marcus Andrade
CEO
NAC Foundation, LLC

**@s.whatsapp.net Jack Abramoff** — 1/30/2018 9:29:04 PM(UTC+0)

Pls don't forget to get amlbitcoin.com pointed to amltoken.com

**@s.whatsapp.net Jack Abramoff** — 1/30/2018 10:19:18 PM(UTC+0)

AML BitCoin Letter to Goodell - 1-30-18 JA 2.docx

Attachments:

https://mmg-fna.whatsapp.net/d/f/AsQ5Ac9JhhjyjaoGRyxIZQedZtinaHl077NGRL2UMnmA.enc
c2cf5b9f-23c6-4099-8c53-f99f47994bb8.docx

**@s.whatsapp.net Marcus Andrade** — 1/30/2018 10:29:17 PM(UTC+0)

Okay I will send it off in 20 minutes when I get home

**@s.whatsapp.net Jack Abramoff** — 1/30/2018 10:34:10 PM(UTC+0)

don't send. just take a look . we are hand delivering. they are making up letter head, since this will go to the media. i'll call you as soon as I am out of this meeting, but definitely don't send. :)

**@s.whatsapp.net Marcus Andrade** — 1/31/2018 2:37:29 AM(UTC+0)

Please call me when you can

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0938**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

(AML BitCoin Logo Here)

January 30, 2018

National Football League
Attn: Roger Goodell, Commissioner
345 Park Avenue
New York, NY 10154

Dear Mr. Goodell:

We have been informed by our media buyers that the network carrying the NFL's Super Bowl game, NBC, will not accept our television ad "North Korea Can't Steal AML BitCoin" for placement during the broadcast. I cannot express more profoundly my shock and disappointment in NBC and the NFL.

I am the creator of the AML BitCoin, and, as a Service Disabled American Veteran, having recently learned that the NFL won't allow a veterans organization to encourage Americans to stand for our flag, I can only conclude that something is very wrong in your organization.

An ad taking Kim Jong-un, dictator of North Korea, to task in a humorous and biting way should not be offensive to anyone. Our ad reminds viewers that Kim Jong-un and his army of hackers have been stealing billions of dollars of Bitcoin and other digital currencies for the past few years, funding their rogue nuclear weapons programs and thwarting efforts by the rest of the world to sanction this behavior. And our ad points out that, unlike the other digital currencies, the AML BitCoin has been designed with features that prevent his army from stealing it.

Our ad was produced by one of Hollywood's most creative talents and meets every standard for quality. Frankly, it's hilarious. I cannot imagine that any of the other advertisements during the Super Bowl could compare or would be as memorable – but thanks to the unreasonable refusal to accept our ad, the Super Bowl viewers won't have a chance to find out, at least during the game.

I implore you to remember that the essence of AML BitCoin is having the freedom to use digital currency, with the security of knowing that terrorists, criminals and rogue governments like North Korea cannot impact our security. Not accepting our ad after it was produced and presented to NBC and the NFL in a timely manner is outrageous and violates the ideas supporting the First Amendment to the Constitution that protects free speech.

Sincerely,

Marcus Andrade
CEO, NAC Foundation
AML BitCoin

EX938-002