



@s.whatsapp.net Jack Abramoff — 2/2/2018 4:27:53 PM(UTC+0)

http://dailycaller.com/2018/02/02/nfl-rejects-super-bowl-ad-because-it-mocks-kim-jong-un/

Attachments:

NFL Rejects Super Bowl Ad Because It Mocks Kim Jong-Un Via @dailycaller http://dailycaller.com/2018/02/02/nfl-rejects-super-bowl-ad-because-it-mocks-kim-jong-un/
d4740aa4-22a8-45d3-b812-eaace51a14a6.thumb

@s.whatsapp.net Jack Abramoff — 2/2/2018 4:37:21 PM(UTC+0)

I'm in lobby of your hotel