

**Extraction Report**
Apple iPhone Logical

**Participants**
Marcus Andrade ███████@s.whatsapp.net
Jack Abramoff ███████@s.whatsapp.net

**Conversation - Instant Messages (7)**

> ███@s.whatsapp.net Jack Abramoff — 4/27/2018 6:30:11 PM(UTC+0)
> Got a call from one of the pre-ICO s that coin holders online are planning to go to SEC and FBI about us. I'll get the info from him when he gets to his office. Have you heard this?

> ███@s.whatsapp.net Marcus Andrade — 4/27/2018 6:31:12 PM(UTC+0)
> We know who it is, already have a lawsuit on him

> ███@s.whatsapp.net Marcus Andrade — 4/27/2018 6:31:18 PM(UTC+0)
> We won the suit

> ███@s.whatsapp.net Jack Abramoff — 4/27/2018 6:31:40 PM(UTC+0)
> We won the suit? When was this?

> ███@s.whatsapp.net Jack Abramoff — 4/27/2018 6:32:00 PM(UTC+0)
> I'll forward what he sends me.

> ███@s.whatsapp.net Marcus Andrade — 4/27/2018 6:32:03 PM(UTC+0)
> Default Judgment

> ███@s.whatsapp.net Jack Abramoff — 4/27/2018 6:32:27 PM(UTC+0)
> Can you send it to me so I can calm this guy down?

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0951**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

1

EX951-001