

**Participants**

Marcus Andrade ▓▓▓▓▓▓▓@s.whatsapp.net
Jack Abramoff ▓▓▓▓▓▓▓@s.whatsapp.net

**Conversation - Instant Messages (9)**

> @s.whatsapp.net Jack Abramoff — 9/12/2018 1:11:22 PM(UTC+0)
> am i reading this right that ABTC on hitbtc is only around 37 cents?

> @s.whatsapp.net Marcus Andrade — 9/12/2018 1:14:42 PM(UTC+0)
> I will check

> @s.whatsapp.net Marcus Andrade — 9/12/2018 1:16:43 PM(UTC+0)
> It's a little higher than that but yes it is

> @s.whatsapp.net Marcus Andrade — 9/12/2018 1:16:52 PM(UTC+0)
> I'll bring it up in just a second

> @s.whatsapp.net Jack Abramoff — 9/12/2018 1:17:16 PM(UTC+0)
> how can we get this price moving up beyond a dollar without us having to do it?

> @s.whatsapp.net Marcus Andrade — 9/12/2018 1:17:25 PM(UTC+0)
> Also I have been trying to get ahold of John Bryan and take possession of the coins that he has in his trading account

> @s.whatsapp.net Marcus Andrade — 9/12/2018 1:22:47 PM(UTC+0)
> Yes, it is at $0.40 and what I am hearing for my Hong Kong Associates was because of the Arbitrage issue

> @s.whatsapp.net Jack Abramoff — 9/12/2018 1:44:50 PM(UTC+0)
> OK, but how do we fix this? how can we get this moving? A price under $2 is killing my ability to raise money for us. It was far easier with hitbtc being a prospect where the coin would rise, but now that it's on there and falling, I won't be able to convince anyone to participate. we have to find a way to get this moving. what's going on with the PRs?

> @s.whatsapp.net Marcus Andrade — 9/12/2018 1:48:29 PM(UTC+0)
> We need some more BTC to bring the price up

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 0966**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK