

**Extraction Report**
Apple iPhone Logical

## Participants

John Bryan ▮▮▮▮▮▮@s.whatsapp.net
Jack Abramoff ▮▮▮▮▮▮@s.whatsapp.net

## Conversation - Instant Messages (1)

 ▮▮▮▮▮@s.whatsapp.net Jack Abramoff     1/25/2018 12:22:12 AM(UTC+0) 

where are we on getting it submitted to NBC? i'll get you am email in a few minutes, but we need to get it in and rejected asap.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1029**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

EX1029-001