

**Participants**

John Bryan ▮▮▮▮@s.whatsapp.net
Jack Abramoff ▮▮▮▮@s.whatsapp.net

**Conversation - Instant Messages (4)**



| | |
|---|---|
| ▮▮▮@s.whatsapp.net Jack Abramoff | 5/9/2018 7:53:24 PM(UTC+0) |

Watley Cryptocurrency Trading Platform Business May 9 18 v2 ja notes.docx

Attachments:

https://mmg-fna.whatsapp.net/d/f/Ascx5DgcUAvaCZx4UTy9bEymVLHN1_kxTuW4boBRc0Tz.enc
c873eb36-bd55-438a-8093-ecf910801de0.docx

| | |
|---|---|
| ▮▮▮@s.whatsapp.net John Bryan | 5/9/2018 9:30:23 PM(UTC+0) |

Watley Cryptocurrency Trading Platform Business May 9 18 v5.docx

Attachments:

https://mmg-fna.whatsapp.net/d/f/Ahmpfq_xVp9N03I3gaRVOGtHYHRE_jLNpmhIlQyF99bA.enc
0d82d5d0-1b5c-4c7f-9a70-7d2116017443.docx

| | |
|---|---|
| ▮▮▮@s.whatsapp.net Jack Abramoff | 5/9/2018 9:58:29 PM(UTC+0) |

https://www.idax.mn/#/exchange?pairname=ABTC_BTC

| | |
|---|---|
| ▮▮▮@s.whatsapp.net John Bryan | 5/9/2018 9:59:11 PM(UTC+0) |

https://www.idax.mn/#/exchange?pairname=ABTC_ETH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1034**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

# WATLEY TRADING PLATFORM

The Watley Group has been a leader and innovator in "Nano-Cap" IPO market making for 20 years. The Nano-cap market is composed of IPO's with market capitalization under $250 million, trading on bulletin boards, pink sheets and foreign exchanges, before they move to larger stock exchanges.

Starting in the mid-1990's, Watley has developed and implemented a highly successful global architecture and eco-system for creating a market for these companies, in association with one of the world's top legal firms, Baker Hostetler.

We propose deploying this system to immediately bolster and hypercharge the market position of AML BitCoin, which started trading last Saturday evening on the IDAX exchange.

While ABTC came out strong, at $2.97, it currently trades on IDAX at $1.16, and the trading volume has been very slow (17,065 day 1, 4,505 day 2, 8,504 day 3, 3,036 at 19:23 GMT 9 May 2018).  Also, with the price likely reflecting a slight sell off from early purchasers (normal), the lack of media and financial world footprint has stagnated trading and the token price.

Our system can change that.

There are 5 intertwined elements to successful trading:

1. **Earned Media:** The first component of earned media is sending out a series of press releases.  I know NAC has been doing it, but it needs to be with military precision at least twice a week.  They don't have to be major, just some news about the project. As you have been doing, these releases should continue to be released through global newswire distribution systems, perhaps with some targeting to specific media outlets. Here are the best 8 platforms for distribution:
    a. Cision (owner of several)
    b. PR Newswire (a Cision company)
    c. Market wire
    d. Business Wire
    e. Newswire
    f. PR Gloo
    g. PR Underground
    h. PR Web (owned by Cision)

2. **Market Makers**: We will establish a constellation of Watley Market Makers. In a normal IPO (see chart below for one of our constellations) there is a need for many different entities.  That is not as essential in the digital currency world, since buyers/seller are not identified; however, we will marshal our teams of market makers to commence immediately active trading in ABTC.



3. **Chat rooms**: It is impossible to overstate the need to create a robust chat campaign. We have done so many times for IPOs, but for digital currencies it is even more vital. The current chat is highly negative, other than your recent AMA effort, and a far too small universe of ABTC supporters. The perception of a ground-swell of support across a myriad of platforms will build vital confidence in the market for ABTC. You should continue your AMA, but we need a vigorous echo chamber. Plus, our chat teams can say things that you cannot – or would not – since they are on their own. The constellation above, for example, had a total of 10 people located in a small call center in the Philippines. The cost is very low and each person handles about 300 conversations per day. This is extremely effective marketing.

4. **Institutions**: we must move quickly to build our eco system. First, start small and build. We can have 1 or 2 groups on this very quickly. [**JOHN, WHAT DOES THIS MEAN? I CANNOT UNDERSTAND IT.**]
5. IR: we need to have a dedicated "token holder relations" team to coordinate and leverage the buying power. [**AGAIN, DON'T UNDERSTAND THIS**

COST ASSUMPTIONS:

Estimated Costs:

1. Overall management of all these functions need to be with 1 person or chaos ensues. We can provide this service for a one-time fee of XXXX. [**YOU HAVE TO GIVE ME A NUMBER. WHAT IS THE MINIMUM YOU CAN DO THIS FOR? HE IS STILL SMARTING OVER THE $25K, SO WE REALLY NEED TO BE SENSITIVE ABOUT THIS. HE IS GOING TO FEEL YOU ARE JUST TRYING TO GET FEES OUT OF THIS, SO WE NEED TO BE CAREFUL WITH THIS. LET'S DISCUSS ON THE PHONE.**]
2. Newswire Cost: approximately $1,000 per week for 3 releases per week. All this is passthrough cost. [**MAKE SURE THAT COST IS ACCURATE, SINCE THEY ALREADY USE NEWSWIRE AND WILL KNOW**]
3. Market Making:

   a. Watley will become your first market maker and create more over time subject to approval. You should budget about 100,000 coins per month in this program for 6 months. J and R can monitor daily. Due to the fact that you have started poorly, I recommend you budget in the first month 250,000 AML Bitcoin equivalents into the Watley Trading Account. **[YOU ARE GOING TO NEED TO EXPLAIN WHAT YOU ARE TALKING ABOUT WITH THIS?  WHY DO YOU NEED TOKENS?  WHAT WILL YOU DO WITH THEM?  WHAT HAPPENS TO THEM AT THE END OF THIS (RETURNED TO NAC?) AND WHAT IS THE TIMEFRAME OF THIS?  THIS IS THE CRUX OF THE MATTER, BUT YOU ARE GOING TO HAVE TO EXPLAIN THIS.**
   b. Some of the Watley market makers will officially purchase coins. This allows nice announcements to be made. I need a budget for Baker Hostetler.  **[WHY DO YOU NEED TO PAY BAKER ANYTHING?  PLEASE EXPLAIN AND TELL US HOW MUCH.  PLEASE KEEP IN MIND THAT THE PAYMENT OF THE $25K AND THE NO RESULTS SO FAR HAS MADE HIM VERY SKEPTICAL WHEN ASKED FOR MORE MONEY FROM YOU.  SO WE NEED TO CONVINCE HIM FOR ANYTHING OUT OF POCKET.**
4. We are moving fast on number 4 right now.  **[I THINK HE IS EXPECTING THAT YOU ARE MOVING EVEN FASTER THAN YOU ARE, SO NOT SURE YOU SHOULD PUT THIS ITEM IN THERE, OR EVEN NUMBER 4 ABOVE, PERHAPS OTHER THAN TO MENTION THAT YOU ALREADY HAVE THAT IN PROCESS]**
5. Call center activities:
   a. I recommend we start with 2 people in PH. Cost is about $500 per month each all passthrough cost. Total cost month 1 is $1,500 [**YOU SHOULD RECOMMEND THAT WE START WITH 10 PEOPLE, PER ABOVE. CAN YOU GET THEM? WHO WILL SUPERVISE THEM?]**
6. IR Team: This needs to be evaluated and 2 groups put in place in the next 4 weeks. Cost: 10,000 coins per month per IR group. IR team needs to be monitored daily. **[NEEDS EXPLANATION OF WHAT THIS IS AND WHAT THIS 10,000 ABTC IS.  ARE THOSE THE FEES TO THE IR TEAMS?  MORE EXPLANATION AS THIS IS NOT CLEAR.  HE NEEDS TO BE ABLE TO READ THIS AND UNDERSTAND IT CLEARLY.  WE'RE NOT THERE YET.]**

**I DON'T THINK YOU SHOULD INCLUDE ANY OF THE ITEMS BELOW.  THEY ARE NOT NEEDED FOR THIS DISCUSSION.  OR AM I MISSING SOMETHING?**

HERE ARE SOME RULES OF THUMB:

1. You are going to get more sellers than you think in the first few months due to the bad start.
2. After a bad start it is tough to build the confidence of the community.
3. A bad start creates more sellers for the first month or so.
4. Overbudget what you need. Any overbudgeted coins go back to M, J, and R.
5. I would reduce the number of coins you sell to the MS ecosystem by 1,000,000 and then create the Market Makers with 1,000,000 for the first year.

EX1034-005

# WATLEY TRADING PLATFORM

The Watley Group has been a leader and innovator in "Nano-Cap" IPO market making for 20 years. The Nano-cap market is composed of IPO's with market capitalization under $250 million, trading on bulletin boards, pink sheets and foreign exchanges, before they move to larger stock exchanges.

Starting in the mid-1990's, Watley has developed and implemented a highly successful global architecture and eco-system for creating a market for these companies, in association with one of the world's top legal firms, Baker Hostetler.

We propose deploying this system to immediately bolster and hypercharge the market position of AML BitCoin, which started trading last Saturday evening on the IDAX exchange.

While ABTC came out strong, at $2.97, it currently trades on IDAX at $1.16, and the trading volume has been very slow (17,065 day 1, 4,505 day 2, 8,504 day 3, 3,036 at 19:23 GMT 9 May 2018). Also, with the price likely reflecting a slight sell off from early purchasers (normal), the lack of media and financial world footprint has stagnated trading and the token price.

Our system can change that.

There are 5 intertwined elements to successful trading:

1. **Earned Media:** The first component of earned media is sending out a series of press releases. I know NAC has been doing it, but it needs to be with military precision at least twice a week. They don't have to be major, just some news about the project. As you have been doing, these releases should continue to be released through global newswire distribution systems, perhaps with some targeting to specific media outlets. Here are the best 8 platforms for distribution:
    a. Cision (owner of several)
    b. PR Newswire (a Cision company)
    c. Market Wire
    d. Business Wire
    e. Newswire
    f. PR Gloo
    g. PR Underground
    h. PR Web (owned by Cision)

2. **Market Makers**: We will establish a constellation of Watley Market Makers. In a normal IPO (see chart below for one of our constellations) there is a need for many different entities. That is not as essential in the digital currency world, since buyers/seller are not identified; however, we will marshal our teams of market makers to commence immediately active trading in ABTC.



3. **Chat rooms**: It is impossible to overstate the need to create a robust chat campaign. We have done so many times for IPOs, but for digital currencies it is even more vital. We are watching the current chat and it is highly negative. Your recent AMA effort was the only positive and it touched a tiny universe of ABTC supporters. The perception of a ground-swell of support across a myriad of platforms will build vital confidence in the market for ABTC. You should continue your AMA, but we need a vigorous echo chamber. Plus, our chat teams can say things that you cannot – or would not – since they are on their own. For Example, for the constellation pictured above, Watley had a total of 10 people in a small call center in the Philippines. The cost is very low and each person handles about 300 conversations per day. This is extremely effective marketing when managed properly.

4. **Institutions**: we must move quickly to build our eco system. It is a 2-step process. First, start small and build from there. We can have 1 or 2 groups on this very quickly and over the next 3 months build 10 to 15 solid small cap specialists into our deal. We already started Phase 2 but it takes time to bring the Morgan Stanley eco system into these deals.

5. **IR:** we need to have a dedicated "token holder relations" (THR) team to coordinate and leverage their buying groups into this deal. Stan Wunderlick in New York and Charles Moscowitz in Boston will be my first 2 THR groups. They have about 3 to 5 funds and UHNW investors that we work with.

COST ASSUMPTIONS:

Estimated Costs:

1. PR Newswire Cost: approximately $5,000 per week for 2 to 3 releases per week. All this is passthrough cost. Cost for 400 words is:
    a. Distribution in Japan $600
    b. Distribution in China $600
    c. Distribution in Korea $450
    d. Distribution nationally in the US $815

     e. Distribution in New York Market only $445
     f. Distribution in UK $450
     g. Distribution in EU $2,500
     h. Distribution in Russia $300
     i. Distribution in houston only $350
     j. Distribution in China Japan Korea together cost $1,500

2. Market Making:
   a. Watley will become your first market maker and create more over time subject to approval. You should budget about 100,000 coins per month in this program for 6 months. J and R can monitor daily. Due to the fact that you have started poorly, I recommend you budget in the first month 250,000 AML Bitcoin equivalents into the Watley Trading Account.
   b. Some of the Watley market makers will make deals with NAC that can be announced officially. This allows nice announcements to be made.
3. We started on phase 2 of number 4 above because we thought you guys had phase 1 handled and that a full effective marketing program would have started. We are moving fast on phase 2 (Morgan Stanley) right now.
4. Call center activities:
   a. I recommend we start with 2 people in PH. Cost is about $500 per month per person and it is all passthrough cost. Total cost for startup in month 1 estimated at $2,500. After month 1 the costs are only $500 per person per month. Mary Joy Cancino is the senior supervisor and has been working for Watley for 9 years. She is the BEST!!!!!
5. IR Team: This needs to be evaluated and 2 groups must be in place in the next 2 weeks. Cost: 10,000 coins per month per IR group. IR team needs to be monitored daily.
6. Overall management of all these functions need to be with 1 person or chaos ensues. We can provide this service for a one-time fee of XXXX.

HERE ARE SOME RULES OF THUMB:

1. After a bad start you are going to get more sellers than you ever think possible in the first few months due to the bad start.
2. After a bad start it is tough to rebuild the confidence of the community. We must move fast.
3. A bad start creates more sellers for the first month or so.
4. Overbudget what you need. Any overbudgeted coins go back to M, J, and R.
5. I would reduce the number of coins you sell to the MS ecosystem by 1,000,000 and then create the Market Makers with 1,000,000 for the first year.