# Extraction Report
Apple iPhone Logical

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1037**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

**Participants**
John Bryan          @s.whatsapp.net
Jack Abramoff       @s.whatsapp.net

**Conversation - Instant Messages (28)**

@s.whatsapp.net Jack Abramoff — 5/27/2018 1:41:41 AM(UTC+0)
well, he gave you 250000ABTC to get this going.. I am just saying.... :)

@s.whatsapp.net John Bryan — 5/27/2018 1:41:50 AM(UTC+0)
right

@s.whatsapp.net John Bryan — 5/27/2018 1:42:02 AM(UTC+0)
i have to sell part of them

@s.whatsapp.net John Bryan — 5/27/2018 1:42:07 AM(UTC+0)
in order to buy

@s.whatsapp.net John Bryan — 5/27/2018 1:42:08 AM(UTC+0)
right?

@s.whatsapp.net John Bryan — 5/27/2018 1:42:14 AM(UTC+0)
or trade with my self

@s.whatsapp.net John Bryan — 5/27/2018 1:42:24 AM(UTC+0)
i sell and then i buy

@s.whatsapp.net John Bryan — 5/27/2018 1:42:28 AM(UTC+0)
and i trade with my self

@s.whatsapp.net John Bryan — 5/27/2018 1:42:37 AM(UTC+0)
that is not new buyers or even real

@s.whatsapp.net John Bryan — 5/27/2018 1:42:42 AM(UTC+0)
it is me trading with myself

@s.whatsapp.net John Bryan — 5/27/2018 1:42:47 AM(UTC+0)
we need real buyers

@s.whatsapp.net John Bryan — 5/27/2018 1:42:50 AM(UTC+0)
and real traders

@s.whatsapp.net Jack Abramoff — 5/27/2018 1:42:50 AM(UTC+0)
John, I wasn't the one who proposed all of this. you did. I hope you can find away to stabilize the price while you are working on raising the money.

1

EX1037-001

**Jack Abramoff** — 5/27/2018 1:43:04 AM(UTC+0)
at this point, rather than spending time texting me, please try to do something on the coin.

**John Bryan** — 5/27/2018 1:43:08 AM(UTC+0)
jack... people cannot even get the coins out

**John Bryan** — 5/27/2018 1:43:11 AM(UTC+0)
we did not know that

**John Bryan** — 5/27/2018 1:43:21 AM(UTC+0)
we did not know you cannot get money out of this once you were in

**John Bryan** — 5/27/2018 1:43:32 AM(UTC+0)
that is a catastrophe

**John Bryan** — 5/27/2018 1:43:56 AM(UTC+0)
the first 3 guys i got in think i scammed them

**Jack Abramoff** — 5/27/2018 1:44:01 AM(UTC+0)
John, the only chance for this to move forward is for you to keep things as close to parity as possible while you raise the $750K and then move as fast as you can

**John Bryan** — 5/27/2018 1:44:22 AM(UTC+0)
OK

**John Bryan** — 5/27/2018 1:44:24 AM(UTC+0)
but jack

**Jack Abramoff** — 5/27/2018 1:44:25 AM(UTC+0)
otherwise, this will be over very quickly

**John Bryan** — 5/27/2018 1:44:28 AM(UTC+0)
just so you know

**Jack Abramoff** — 5/27/2018 1:44:32 AM(UTC+0)
stop texting on this

**John Bryan** — 5/27/2018 1:44:33 AM(UTC+0)
we have no buyers

**Jack Abramoff** — 5/27/2018 1:44:37 AM(UTC+0)
please

**John Bryan** — 5/27/2018 1:44:38 AM(UTC+0)
ok