Document ID: 0.7.499.67545

**From:** Marcus Andrade <ceo@amlbitcoin.com>
**To:** Michael Witte <​█████████████​>
**Cc:** Michael Witte <​█████████████​>
**Bcc:**
**Subject:** Re: Recent discussion
**Date:** Tue Jul 30 2019 17:53:32 EDT
**Attachments:**

Hello Mike,

My apologies for not getting back to you. I didn't see this email. I will start answering your questions one by one my friend.

1. What is the nature of the contract with Comply Advantage? Is it a verbal agreement, a handshake, a conversation, or a legal contract that leads to practical application of the AMLBitcoin? How will the ability to create a digital asset help promote the coin and add value to it?

There is an agreement with Comply Advantage. It is a written agreement. Being able to create a digital asset would help the use case of the coins. For example you could create your own Mike Coin. All you would need to do is just open the wallet, click the create asset tab, then enter in the amount of coins you wan to create and write in the name and abbreviation of the coin. Therefore at the end of the day your coin would be AML/KYC compliant. Your coins would automatically be able to be received in any Aml Bitcoin Wallets.

2. I remember seeing on the website at one time two individuals assigned responsibility for a).Latin America (a former official from Panama?) and b).a former British MP for European affairs as well, and possibly, a Polish man. Are they still working for you? Is there effort to promote the AML/KYC advantage that AMLBitcoin may have to be used for practical purposes in Latin America or Europe, especially at shipping ports such as San Francisco or in the Panama Canal or in Poland? I had read an article in IBD on the San Francisco port 15 months ago. I never read a follow-on article.

Those individuals were not able to close any of the business development deals they were working on at the time. When the final coins comes out after testing, we will once again kick off the business development campaign. When it comes to the port of San Francisco, I will forward you an email from Japheth Dillman that was sent to me in association with Leslie Katze which was a Commissioner at the Port of San Francisco. Please keep this email confidential.

3. The original shares in Check Pal (Cross Verify) that I bought amounted to 700,000 shares. So, your intention is to, for my purposes, create 700,000 shares in the DITN in Delaware and also double that number of shares for my particular situation?

That is correct. Remember that is me donating my personal shares.

The "one client" licensing agreement you are negotiating would start creating free cash flow (potential of $250k - $2M) when?

That negotiation is with Smart Block Capital. We are going back and forth right now but are very close to completing it.

Will the current shareholders be given a copy of the agreement with that client? Will the 60-70% when the contract closes be in the form of cash or additional shares?

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1048**
CASE NO.: CR 20-249 RS
DATE ENTERED
BY_____
DEPUTY CLERK

That is up to the CEO at the time if fiat or additional shares are given. I think it is best to just give out cash. I do agree and will make sure that all the shareholders get a copy of that agreement.

As far as the updated software that you are using to create wallets, I would be interested in working with you on seeing how that app works, as you indicated you would.

I will send you the updated beta (testing) version either today or tomorrow.

Finally, I have continued to reflect on all my investments with you. I had high hopes for both business concepts involving ATEN coin and CrossVerify initially. My enthusiasm has been tempered by the nearly four years that has passed since my first investment. Your recent strategy may or may not work to your/our advantage. However, I would be willing to limit my return of my recent AMLbitcoin purchase (amounting to $50,000) to $45,000 to allow me to retain 100,000 of the 1,000,000 coins at a cost of $5,000 ($0.05 each).

I do believe it would be best to wait another 60 days prior to doing so. We will start a marketing campaign with the intent to create awareness of our coin. Now is the time since the product is in beta mode. Especially since what is happening with Facebook right now, now is the time to start the marketing campaign.
You are good for the refund agreement until December of this year.

Rather than spending so much time with individual investors, can there be updates sent to investor email addresses from, say, the NAC Foundation or, eventually, the Digital Identity Network in Delaware?

NAC will start sending out monthly newsletters starting next week. As far as the DITN, I am sure it will happen as soon as we name a CEO to that company. Your involvement in that process would be appreciated.

Thank you Mike for being a supporter of this project. This project will be a success. All the regulations that have came and are coming surely work in our favor.

Thanks,

Marcus

On Sun, Jun 30, 2019 at 11:43 AM Michael Witte <​████████████████> wrote:


Marcus,
Thank you for speaking with me this week and sending a clarification of the ability to create digital assets in its association with Comply Advantage and for responding so late at night. We both may be married to our work. For me the end of the 45 year devotion to medicine is coming to a close in September. I do have a few add -on questions for you:
1. What is the nature of the contract with Comply Advantage? Is it a verbal agreement, a handshake, a conversation, or a legal contract that leads to practical application of the AMLBitcoin? How will the ability to create a digital asset help promote the coin and add value to it?
2. I remember seeing on the website at one time two individuals assigned responsibility for a).Latin America (a former official from Panama?) and b).a former British MP for European affairs as well, and possibly, a Polish man. Are they still working for you? Is there effort to promote the AML/KYC advantage that AMLBitcoin may have to be used for practical purposes in Latin America or Europe, especially at shipping ports such as San Francisco or in the Panama Canal or in Poland? I had read an article in IBD on the San Francisco port 15 months ago. I never read a follow-on article.
3. The original shares in Check Pal (Cross Verify) that I bought amounted to 700,000 shares. So, your

intention is to, for my purposes, create 700,000 shares in the DITN in Delaware and also double that number of shares for my particular situation? The "one client" licensing agreement you are negotiating would start creating free cash flow (potential of $250k - $2M) when? After the SEC makes it's ruling that you are waiting for? Will the current shareholders be given a copy of the agreement with that client? Will the 60-70% when the contract closes be in the form of cash or additional shares?

As far as the updated software that you are using to create wallets, I would be interested in working with you on seeing how that app works, as you indicated you would.

Finally, I have continued to reflect on all my investments with you. I had high hopes for both business concepts involving ATEN coin and CrossVerify initially. My enthusiasm has been tempered by the nearly four years that has passed since my first investment. Your recent strategy may or may not work to your/our advantage. However, I would be willing to limit my return of my recent AMLbitcoin purchase (amounting to $50,000) to $45,000 to allow me to retain 100,000 of the 1,000,000 coins at a cost of $5,000 ($0.05 each). We would then have to arrange a time for me to transfer back to NAC Foundation the 900,000 coins/tokens and receive from the foundation the $45,000. Rather than spending so much time with individual investors, can there be updates sent to investor email addresses from, say, the NAC Foundation or, eventually, the Digital Identity Network in Delaware? In companies trading on Wall Street we can avail ourselves to SEC required quarterly reporting, so any information you can efficiently share would be helpful to me and, I am sure, others.

This is a holiday week, though I will have more time this week than the week after, and you likely have plans with family. Feedback from you will be appreciated when you find the time.

Thanks,
Mike Witte


--

Marcus Andrade, Founder
NAC Foundation, LLC
7495 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
Office: ███████ 4038