Message

_____

**From:** Press AML [press@amlbitcoin.com]
**Sent:** 9/21/2018 9:44:50 AM
**To:** Chris Bibbs [⬛⬛⬛⬛⬛⬛]
**Subject:** Re: New Staging Link
**Attachments:** Website Banner.png

Hi Chris,

The site looks great! I know Bernadette sent the link over to Marcus to see what he thinks.

A couple of changes that we see on our end, the homepage slider looked weird when I pulled it up on my laptop smaller screen. Once I made the page bigger on my external monitor, it stretched out normal. I just wanted to make you aware of this to fix for smaller screens.

On the about page, there is a buy ABTC tokens now on IDAX banner, please remove and replace with the banner that I have attached to this email.

On the exchanges slider on front page with all of the exchange logos, can you align HITBTC's logo with the other logos?
Can you decrease the size of the buttons on the sliders? Also decrease text size proportionally please.


Add hitbtc to listed exchanges under FAQ
When did the AML Token Sale end, and where can I buy AML Tokens now?
Now that AML Token is listed on exchanges, how do I buy tokens/sell tokens/deposit funds on these exchanges?
How do I install AML Token wallet and purchase AML Tokens?

Thanks again for putting it on the server for easier access. Let us know when these changes are made.

Best,
Melanie


On Fri, Sep 21, 2018 at 12:27 AM Chris Bibbs <⬛⬛⬛⬛⬛⬛⬛> wrote:
https://staging.rpxwebmaster.com/amlbitcoin/

--

# Chris Bibbs

Web Designer / Graphic Designer
⬛⬛⬛-2012
⬛⬛⬛-8475
rpxcreativestudios.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1057**
CASE NO.:  CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

CONFIDENTIAL

ANDRADE_DOJ00000_00017097
ANDRADE_DOJ_00017097
EX1057-001