Message

| | |
|---|---|
| **From:** | Jack Abramoff [████████████] |
| **Sent:** | 1/21/2018 8:16:01 PM |
| **To:** | Marcus Andrade [ceo@amlbitcoin.com] |
| **Subject:** | RE: ad storyboard video |

This will get rejected because of the subject matter alone.  I showed it to the guys John has lined up to approach NBC and they think NBC will be so mad at them that they won't be able to approach them again for anything.

**From:** Marcus Andrade [mailto:ceo@amlbitcoin.com]
**Sent:** Sunday, January 21, 2018 8:15 PM
**To:** Jack Abramoff <████████████>
**Subject:** Re: ad storyboard video

I wish they could have done better than that. There's nothing insulting about it so I see no critics.

On Jan 21, 2018 8:40 PM, "Jack Abramoff" <████████████> wrote:



Jack Abramoff

shared 1 file



**Jack Abramoff**

1 file

this is very rough and just used for timing. the actual ad will be very different, but this is what we will use with NBC to get rejected, and believe me, they will reject us!

```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
          TRIAL EXHIBIT 1064
CASE NO.:  CR 20-249 RS
DATE ENTERED_____
BY_____
          DEPUTY CLERK
```

CONFIDENTIAL

ANDRADE_DOJ00000_00025196
ANDRADE_DOJ_00025196
EX1064-001

VIEW FILES

Terms | Privacy

CONFIDENTIAL