**Message**

**From:** Marcus Monex [███████████]
**Sent:** 11/6/2014 6:04:15 AM
**To:** PR Team [pr@ereleases.org]
**Attachments:** BGC Information Memo.pdf; IMG_0279.PNG; BGC Image.png; logo.png; banner_5.JPG; SSV1 Johnson 1-BGC.jpeg

Different PR's that need to go out.

1) NAC's investment in Tahoe Oil & Gas Update, the Johnson 1 Oil Well has missed. Charles Richard Gray is no longer associated with NAC and the Founder of NAC, Marcus Andrade wishes him well in his future ventures.

We are pleased to announce that the Taylor 1 Oil & Gas Well has hit and according to Tahoe Oil & Gas, we are expecting to get about 200 to 300 barrels of Oil per day. (I SHOULD KNOW EXACTLY HOW MUCH OIL IT WILL BE PER DAY BY MONDAY OF NEXT WEEK.)

2) NAC has transferred all of it's interest in the Tahoe Oil & Gas Projects over to BGC International, Inc., an Aten "Black Gold" Coin promotions company. BGC International, Inc will be responsible for creating an Aten Coin Market emphasizing on Oil & Gas.

BGC International, Inc is proud to announce a new Oil & Gas investment with Energy Funders. Philip Racusin, the CEO of Energy Funders says that he feels confident in Aten Coin and that compared to Bitcoin, he predicts that Aten Coin will surpass Bitcoin because of the unique features that Aten Coin has. It is the first digital currency that is 100 % Anti Money Laundering Compliant. ..........

EnergyFunders

### EnergyFunders

Marc Duncan Oil & Gas Exploration and Development Advisor

View on www.energyfunders.com                                                     Preview by Yahoo

3) ANXPRO, a major bitcoin exchange is proud to announce that he will be soon listing Aten Coin on his bitcoin exchange. He feels that the Aten "Black Gold" Coin has a lot of potential and is surprised on how fast the Aten Coin Market has grown.

https://anxpro.com/

4) BGC International is proud to announce that it has purchased ownership in a Poland based Bitcoin Payment Processing Company, Inpay.pl. The CEO of the Polish based company InPay, Mr. Lech Wilczynzk says that he is really impressed with the Aten Coin features and is in the process of creating an Aten Coin Payment System so that enable entrepreneurs and businesses can accept Aten Coins along with Bitcoins.

Start - InPay

Start - InPay

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1087**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

CONFIDENTIAL

ANDRADE_DOJ00000_00057001
ANDRADE_DOJ_00057001
EX1087-001

Case 3:20-cr-00249-RS   Document 670-2   Filed 06/06/25   Page 2 of 2

IMPORTANT BENEFITS Are you tired of high commissions imposed at credit card payments? Are you afraid of the chargeback risk? We understand that.

View on inpay.pl                                              Preview by Yahoo

5) Glenn Oil & Gas is a support of Aten Coin and has agreed to payout there Limited Partners in Aten Coin. Aten Coin has helped his 9 Oil & Gas Well Project come to life and in the future they will all be up and running.

Our Team



Our Team

At the present time, three individuals are actively involved in the management of Glenn Texas Oil Company LLC.

View on www.glenntxoil.com                                    Preview by Yahoo

CONFIDENTIAL

ANDRADE_DOJ00000_00057002
ANDRADE_DOJ_00057002
EX1087-002