Message

**From:** Jack Abramoff [■■■■■■■■]
**Sent:** 8/9/2015 6:24:02 AM
**To:** compliance@atencoin.com
**Subject:** RE: NAC Employment. Working with The Aten "Black Gold" Coin
**Attachments:** NAC Mutual_NDA.pdf

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1090**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

Attached. Let me know when you want to chat.

---

**From:** compliance@atencoin.com [mailto:compliance@atencoin.com]
**Sent:** Sunday, August 9, 2015 12:18 AM
**To:** Jack Abramoff <■■■■■■■■■■■■>
**Subject:** NAC Employment. Working with The Aten "Black Gold" Coin

Hello Jack,

Thank you for your email. Below is some information about my company.

When you have a chance, please review the information. A good way to knowing when you actually understand what my company does is when you know the difference between Bitcoin and the Aten "Black Gold" Coin.

If your time permits, lets setup a time we can speak this week. Attached is an NDA, please sign it when you can I will as well.

Thank you,

Marcus Andrade, Founder
NAC Foundation, LLC
7495 Azure Dr. Suite 110
Las Vegas, NV 89130
■■■■■■4038

"We are pleased to announce the formation of AtenPay, S.A., a Warsaw, Poland based Aten Coin Payment Processing Company." http://www.AtenPay.com

Headquartered in Las Vegas, Nevada, National Aten Coin (NAC) is the creator of the Aten "Black Gold" Coin, a cryptocurrency (a form of electronic money) that is a global payment transaction network. While maintaining privacy of customers, the NAC utilizes proprietary techniques to verify ownership of coin holders, secure and monitor transactions, trace and track identities of senders and receivers, keep recordkeeping efforts transparent, protect coins from stealing, maintain liquidity and stabilize value of the cryptocurrency. The Aten "Black Gold" Coin has quickly earned a high level of trust throughout the global financial and online communities, because it is 100% compliant with all regulatory agencies, including the following: Anti-Money Laundering (AML), Counter Financing of Terrorism (CFT), Anti-Fraud and Financial Crimes (AFF), Office of Foreign Assets Control (OFAC), Bank Secrecy Act (BSA), USA PATRIOT Act and the FACT Act. For more information please visit: http://AtenCoin.com

**Platinum Service Members of the American Bankers Assocation**

CONFIDENTIAL

ANDRADE_DOJ00000_00065646
ANDRADE_DOJ_00065646
EX1090-001

The Banking Indsutry & The Aten "Black Gold" Coin

The Worlds First AML Digital Currency

Click here for more Aten "Black Gold" Coin news.

Aten "Black Gold" Coin

CONFIDENTIAL

ANDRADE_DOJ00000_00065647
ANDRADE_DOJ_00065647
EX1090-002