Message

**From:** Jack Abramoff [████]
**Sent:** 9/30/2015 3:14:53 PM
**To:** compliance@atencoin.com
**Subject:** RE: Sepo Holdings, LLC

Thanks so much Marcus. I'm just finishing a hugely time-consuming project and hope to focus on getting our letter in the next week. Regards, Jack

**From:** compliance@atencoin.com [mailto:compliance@atencoin.com]
**Sent:** Wednesday, September 30, 2015 4:48 AM
**To:** Jack Abramoff <████>
**Subject:** Re: Sepo Holdings, LLC

Thanks Jack.

Also, below is one of the latest articles that came out about Aten Coin.

Although I did not make those quotes, those quotes from me was from a previous Press Release.

http://markets.financialcontent.com/marketintelligence/news/read?GUID=30699908

Thank you for everything brother,

Marcus

Quoting Jack Abramoff <████>:

Hi Marcus,

The holiday just ended, and I'll get to this asap (probably tomorrow). hope you are well.

Fondest regards,

Jack

**From:** compliance@atencoin.com [mailto:compliance@atencoin.com]
**Sent:** Monday, September 28, 2015 6:41 AM
**To:** Jack Abramoff <████>
**Subject:** Re: Sepo Holdings, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1091**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

CONFIDENTIAL

ANDRADE_DOJ00000_00065825
ANDRADE_DOJ_00065825
EX1091-001

Hello,

Please see the attached Term Sheet. Feel free to make any changes you see fit.

I need that letter at your earliest convenience.

Thank you,

Marcus Andrade

CONFIDENTIAL