Message

**From:** Jack Abramoff [███████████]
**Sent:** 10/18/2015 3:18:30 PM
**To:** compliance@atencoin.com
**Subject:** RE: agreement

Thanks Marcus,

I am grateful that we had a chance to meet and I wish you the very best on the project, but I am going to have to pass on this opportunity. I hope our paths cross again in the future.

Fondest regards,

Jack

---

**From:** compliance@atencoin.com [mailto:compliance@atencoin.com]
**Sent:** Friday, October 16, 2015 7:39 PM
**To:** Jack Abramoff <███████████>
**Subject:** Re: agreement

Hello Jack,

Please note when I am speaking to you right now, I am speaking to you as a friend and a brother.

Unfortunately I am unable to accept the terms of the agreement for many reasons. If I do, I will not only lose the support of the investment bankers, but the support of my team and our coin holders.

The contract is more of a lobbyist advisor and not of a lobbyist. For a lobbyist advisor we would pay a straight fee and not give the 10 percent of our company. Our company went from 37 Million dollar vaulation to a 140 Million dollar valuation.

I know the agreement is not your wording, you are not that type of person.

Jack, just know if you are ever in a bind and need my help, me and my family are here for you. Regardless if you have a dollar in your pocket or not.

I am open to having you on board as an advisor only and not a lobbyist.

Wish you the best. Unlike most people, I don't care about what you have or don't have.

Thank you friend,

Marcus Andrade

Quoting Jack Abramoff <███████████>:

Hi Marcus,

CONFIDENTIAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1092**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

ANDRADE_DOJ00000_00065884
ANDRADE_DOJ_00065884
EX1092-001

I reviewed the draft terms sheet and found it wanting in terms of what I am willing to do. I have crafted an engagement Agreement (attached) which incorporates many of the terms of your draft, but includes those items that I want as well. I have also attached, as part of that Agreement, a draft letter for Congress to sign, as a predicate for my involvement with you. If you want alterations in either document, please send them to me so we can finalize things are get moving. Once we have reached agreement, I will print out a signature copy.

Looking forward to moving forward and to helping you build the company into a behemoth!

Fondest regards,

Jack

CONFIDENTIAL

ANDRADE_DOJ00000_00065885
ANDRADE_DOJ_00065885
EX1092-002