

# AML BITCOIN SPECIFICATIONS



## NAME

AML BitCoin (unit: AmlBit). AKA: AML Coin, Abbrevation:AML

## BIOMETRIC IDENTIFICATIONS

Mobile Applications that uses blockchain technology with Biometric Identification Features.

## FEATURES

FBI-MAIN-0000739

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1117**
CASE NO.:  CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

EX1117-001