Browser window (InPrivate, Internet Explorer) — URL: https://twitter.com/AMLBitcoin

Tab: AML Blockchain (@AMLBitcoi...)

Banner: Twitter has a new Terms of Service and Privacy Policy, effective May 25, 2018. Learn more    [Got it]

Home    Moments    Search Twitter    Have an account? Log in

**AML Blockchain** @AMLBitcoin · Feb 2
New AML Bitcoin Can Shut Down North Korea Abuse of Old Bitcoin via @amspectator : bit.ly/2nusPaA @BTC #SuperBowl #SuperBowlAds #BTC #Bitcoin #Crypto #ICO

**New AML Bitcoin Can Shut Down North Korea Abuse of Old Bitcoin**
First the NFL refused to allow a veterans organization to run an ad during the Super Bowl urging everyone to stand for the national anthem. Now it...
spectator.org

3    1    7

AML Blockchain Retweeted

9:15 AM
5/27/2018

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1144**
CASE NO.:  CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

FBI-MEDIA-000183

EX1144-001