Browser screenshot of https://twitter.com/AMLBitcoin (AML Blockchain @AMLBitcoin Twitter page), InPrivate window in Internet Explorer.

Twitter notice banner: "Twitter has a new Terms of Service and Privacy Policy, effective May 25, 2018. Learn more    Got it"

Home | Moments | Search Twitter | Have an account? Log in

**AML Blockchain Retweeted**

**Harry Palmer** @harrytwoslaps · 27 Oct 2017
Great article, hoping for wide adoption on launch. twitter.com/AMLBitcoin/sta...

This Tweet is unavailable.

💬    🔁 2    ♡ 3

**AML Blockchain Retweeted**

**Blockchain Markets** @CryptoTraders · 27 Oct 2017
Cryptocurrencies: more than a token effort. Eastern Europe emerged as the surprise hub of this industry kazworld.info/?p=64601
#bitcoin #rt

💬    🔁 1    ♡ 2

**AML Blockchain** @AMLBitcoin · 27 Oct 2017
"Several American banks are testing the use of our product for interbank transfers."
Crypto's Vs Central Banks #aml

**Cryptocurrencies Versus the Central Banks**
Why bitcoin and other cryptocurrencies are leaving the opposition and becoming part of the financial system So far, bitcoin and cryptocurrencies are
fxstreet.com

---

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1146**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

Taskbar time: 9:27 AM 5/27/2018

FBI-MEDIA-000341

EX1146-001