UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1151**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

## Project Sunshine

**Market Making:** objective is to provide additional liquidity, awareness, excitement and lift the profile of the token.

QM & TP will deploy their expertise and work towards the project's objectives. We will require working Capital in the form of tokens and coins ("Crypto"). Please see the starter package range below and then we can increase amounts predicated that all parties are satisfied:

- **50,000\*** to 70,000 ABTC Tokens
- **1\*** to 2 BTC (Bitcoins)\*\*
- **2\*** to 3 ETH (Ethereum)\*\*

\*We can start with this minimum in the 1st week (starting as soon as tomorrow) 50,000, 1 BTC and 2 ETH respectively and assess but ideally 2 BTC and 2 ETH and 70,000 ABTC should be more than adequate to get things going

\*We are assuming additional Crypto can be provided by the parent company. We have had an internal discussion this makes the most sense considering the spread between the bid/ask and current liquidity. We don't think it is appropriate we risk our capital at this juncture. Otherwise we can liquidate some tokens to raise the necessary Crypto however we have some concerns about the impact on the price (much better we are capitalized on all sides)

We will set up to 10 trading accounts on the 2 current exchanges with a focus on IDAX where a majority volume is taking place.

The goal is to trade approx. USD 50,000 to 70,000 per day (24hr period) on both IDAX and EXRATES on cumulative basis. We will provide this service 7 days a week (the market is continuous)

Commission is 0.02% | NO deposit Fees | Withdrawal fees are minimal **PLEASE NOTE COMMISSION COULD BE $200 OR MORE A DAY**

- Using $50,000 per day x 2 at 0.02% that equals $200 in commissions

Smaller blocks will address the potential for large slippage events and trading at more advantageous times of day. Of course, the goal is to have no slippage but experience gains by utilizing the spread to our advantage. We would propose split the upside 50/50 but we have a commission bill to consider however we will do our best to come out ahead on this for "us"

10,000 AML Bitcoins will be held as a retainer by QM & TP. If you are not happy after the 1st month for whatever reason we will return the 10,000 AML Bitcoins less 25% and part ways as friends. We certainly hope this does not happen and think the opposite will take place happen

**Start date can be tomorrow**

**Reporting:** we can provide a trading update on a daily basis and do a review via Skype or over a private Telegram channel.

We will eventually write a program (bot) to make this mechanical. 1st week will be manual trading possibly longer until an appropriate program is created for best outcomes.

Let us know. We will immediately set up 3 Crypto wallets specifically for this project in BTC, ETH and ABTC Token. We look forward to working with you and this exciting project.

Let us know if you need an agreement in writing and we can take a deeper dive into reporting and safe keeping of assets.

End