Twitter has a new Terms of Service and Privacy Policy, effective May 25, 2018. Learn more

Got it

Home   Moments                                    Search Twitter              Have an account? Log in

💬 1   🔁 6   ♡ 5

**AML Blockchain** @AMLBitcoin · Jan 23
Cryptocurrency's Future May Be Now via @usnews: bit.ly/2vTOmf2 #ICYMI #Blockchain #Crypto #Cryptocurrency #BTC #Bitcoin

**Cryptocurrency's Future May Be Now**
How San Francisco could help change the way we think about money.
usnews.com

💬 5   🔁 1   ♡ 4

**AML Blockchain** @AMLBitcoin · Jan 22
This is the final phase of the AML Token Sale! Learn more and purchase AML Tokens at amltoken.com. #DigitalCurrency #BTC #Bitcoin #Crypto #Cryptocurrency #Blockchain #ICO #TokenSale #ICOs #Tokens #InitialCoinOffering

**TOKEN SALE, PHASE 3**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1152**
CASE NO.:  CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

FBI-PHY-110772

EX1152-001