**AML Blockchain** @AMLBitcoin · 4 Oct 2017

AML BitCoin in the papers. Thanks Washington Times @washtimes great article
AML Bitcoin strides onto the world stage
washingtontimes.com/news/2017/oct/...

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1153**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

FBI-PHY-110997

EX1153-001