Screenshot of Internet Explorer InPrivate browsing showing https://twitter.com/AMLBitcoin

Twitter banner: "Twitter has a new Terms of Service and Privacy Policy, effective May 25, 2018. Learn more" [Got it]

Home | Moments | Search Twitter | Have an account? Log in

**AML Blockchain** @AMLBitcoin · 4 Oct 2017
AML Bitcoin strides onto the world stage. Upgraded cryptography can defeat sanctions evasion @washtimes washingtontimes.com/news/2017/oct/... #btc #token

[Image of AML Bitcoin coin]

💬 1   🔁 6   ♥ 5

🔁 AML Blockchain Retweeted

**Latticework Wlth Mng** @latticeworkwlth · 3 Oct 2017
Larry Fink Says Cryptocurrencies Show Level of Money Laundering:
#cryptocurrencies #bitcoin #Ethereum #AML

Larry Fink Says Cryptocurrencies Show Level of M

---

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1154**
CASE NO.:  CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK