Browser screenshot of https://twitter.com/AMLBitcoin showing AML Blockchain (@AMLBitcoin) tweets:

Twitter banner: "Twitter has a new Terms of Service and Privacy Policy, effective May 25, 2018. Learn more" [Got it]

Tweet (partial, above): 68 retweets, 3 likes

**AML Blockchain** @AMLBitcoin · 7 Sep 2017
Former Panamanian Ambassador to the US Joins AMLBitcoin: Carlos De La Guardia Appointed Vice President Latin America of NAC Foundation, LLC

Image: Press release "United States Joins AML BitCoin — Carlos De La Guardia Appointed Vice President for Latin America of NAC Foundation, LLC"

Las Vegas, NV – September 6, 2017 – NAC Foundation, LLC, creator of the digital currency AML BitCoin, announces today the appointment of former Panamanian Ambassador to the United States, Carlos De La Guardia, as the Vice President for Latin America. In this senior role with the company, Mr. De La Guardia will guide Latin American expansion and development of the AML Bitcoin, which launches internationally on October 1, 2017.

AML BitCoin is unique in the digital coin world. As its first name signifies, "AML" BitCoin holds the distinction of being the first digital currency which features patent-pending 'Anti-Money Laundering' algorithms into its structure. Unlike the vast number of anonymous cryptocurrencies which have been issued in the past few years, AML BitCoin has built-in features preventing use by terrorists and the criminal underworld. AML BitCoin's compliance with existing anti-money laundering and KYC laws has stirred intense excitement in the coin from governments all around the world.

"Few governmental affairs leaders have the reach and influence that Carlos De La Guardia commands," says Marcus Andrade, Chief Executive Officer of NAC Foundation. "We are very excited that a man of his stature has joined our team, to expand AML BitCoin's use in Latin America."

De La Guardia has vast experience working with high ranking members and decision-makers in Latin America's private and public sectors. Before becoming an Ambassador, he held top executive positions at Fortune 500 companies: Bristol-Myers Squibb, Johnson & Johnson Company, and TetraPak. His successful business career ran parallel to his meteoric rise in the political and diplomatic world. De La Guardia has a Master's Degree in Business with a focus in Marketing Strategy, and brings contacts and knowledge of immense value to AML BitCoin's operations and objectives in Latin America.

1 reply, 55 retweets, 5 likes

**AML Blockchain** @AMLBitcoin · 6 Sep 2017
Jack Abramoff to train bitcoin activists on how to lobby Congress in new reality TV show video.foxbusiness.com/v/553449712100...
#amlbitcoin #btc #foxnews

---

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1156**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

FBI-PHY-111049
EX1156-001