



**CHASE**

**Business Signature Card**

| | |
|---|---|
| **ACCOUNT TITLE ("DEPOSITOR")** | **ACCOUNT NUMBER** ▮7620 |
| DAVID SALMON & ASSOCIATES, INC. | **ACCOUNT TYPE** IOLTA Account |
| IOLTA TRUST ACCOUNT | **TAXPAYER ID NUMBER** ▮9023 |
| | **DATE OPENED** 01/04/2018 |
| | **FORM OF BUSINESS** S-Corporation |
| | **ISSUED BY** JPMorgan Chase Bank, N.A ( 703) |
| **BUSINESS ADDRESS** | ALIANTE ABD 215 - 115363 |
| 7495 W AZURE DR STE 224 | HAKEEM O ADEMOLU |
| LAS VEGAS, NV 89130-4416 | (844) 249-3709 |
| United States/US Territories | 01/04/2018 |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | E0049412007-1 | NV | 01/23/2007 | 01/31/2019 |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

ACKNOWLEDGEMENT - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

| PRINTED NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| DAVID N SALMON | ▮0835 | President | 1-5-18 | [signature] |

M1207-01-CS 10817 (3/14 v2)



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1223**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

USAO 0018329

IRS-GJ-0018775

EX1223-001