

Totals:
BTC: 92.53984
LTC: 2,125.13382
ETH: 1,213.8947
BCH: 100.63901

COIN PAYMENTS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1422**
CASE NO.:  CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

1B081-MISC NOTE PADS 001-000116
FBI-00022554

EX1422-001