1  repurposed content, you mentioned Mr. Andrade would tell

2  you to post something?

3      A.  Yes.

4      Q.  And if you did that, where would the

5  information come from?

6      A.  So Marcus would tell me different things to

7  post.  I trusted Marcus; so whatever he asked me to

8  post, I would do it without question.  I wouldn't

9  question anything about it.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1427-020**
CASE NO.:  CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

USAO-0000351

EX1427-020