```
 1  ████████████████████████████████████████
 2  ████████████████████████████████████████
 3  ████████████████████████████████████████
 4  ████████████████████████████████████████
 5  ████████████████████████████████████████
 6  ████████████████████████████████████████
 7  ████████████████████████████████████████
 8  ████████████████████████████████████████
 9  ████████████████████████████████████████
10  ████████████████████████████████████████
11  ████████████████████████████████████████
12  ████████████████████████████████████████
13  ████████████████████████████████████████
14  ████████████████████████████████████████
15  ████████████████████████████████████████
16  ████████████████████████████████████████
17     A.   So, basically, Marcus would tell me to delete
18  various things.  I can't provide examples right now.  I
19  can't recall.  But he would ask me to delete different
20  messages or emails.
21          And he was very specific about how he
22  communicated with me.  If he -- sometimes he would just
23  say, "Don't text me about this, don't email about this,
24  you'll have to talk to me about it."
25  ████████████████████████████████████████
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1427-021**
CASE NO.:  CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

BEHMKE REPORTING AND VIDEO SERVICES, INC.
(415) 597-5600

21

USAO-0000352

EX1427-021