1  ███████████████████████████████████

2      Q.  Do you remember what any of those topics were,
3  where he would make this request, let's not email or
4  message about it?
5      A.  He promised me various things because I was
6  working so hard for him, and I was -- and I'm -- I'm
7  good at what I do; I'm good at advertising.  I help
8  my -- I help my clients grow.
9          So I did a lot of work for him.  I mean, I was
10 working so much, I was exhausted and -- but I kept
11 going.  You know, like I said, I took four days off in
12 that whole time.
13         So Marcus promised me various things, he said
14 he wanted to do various things for me, which I thought
15 were very strange, and I wasn't comfortable with it, but
16 he kept being very insistent upon it.
17         So, finally, I said, "Okay."
18         So Marcus said, "Melissa, I'm going to buy you
19 any car that you want.  Tell me what car you want."
20         And I'm like, okay this is really strange.  So
21 I just was, like, okay, whatever, didn't think about it.
22         And then he kept asking me over and over and
23 over again, like, "Did you decide what car you want?"
24 He asked me a lot.  So it seemed like he was adamant on
25 actually doing this.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1427-022**
CASE NO.:  CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

BEHMKE REPORTING AND VIDEO SERVICES, INC.
(415) 597-5600

22

EX1427-022

USAO-0000353