```
 1         So I said, "Yeah, I want a black Range Rover."
 2         And he's, like, "Okay.  Well -- well, call the
 3  dealership, find it, and then I'm just going to wire
 4  over the money for it."  Right?  Like, he made it seem
 5  like no big deal, "I'll get this done."
 6         So I trusted him at that point.  I actually --
 7  like, I actually called the dealership and then --
 8  anyway, that never happened.  Sorry.
 9     Q.  So was that a topic that he asked you not to
10  put in writing?
11     A.  Yes.
12     Q.  And then did he ever offer you money, like a
13  bonus of some kind?
14     A.  Yes.
15     Q.  How much did he offer you?
16     A.  $250,000.
17     Q.  Or say he would -- I'm sorry.
18     A.  250,000.
19     Q.  Was that a topic he also asked you not to put
20  in writing?
21     A.  Yes.
22     Q.  And did you ever get the car, the wired money
23  for the car, or the $250,000 bonus?
24     A.  No.
25  ████████████████████████████████████████
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1427-023**
CASE NO.:  CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

BEHMKE REPORTING AND VIDEO SERVICES, INC.
(415) 597-5600

23

USAO-0000354

EX1427-023