

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

PRIVACY, GOVERNMENTAL
LIAISON AND DISCLOSURE

November 19, 2019

Department of Justice
U.S. Attorney's Office
Lloyd Farnham (AUSA)
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495

In Re: CR 19 91 053MISC
    USAO No. 2018R00368

Mr. Lloyd Farnham (AUSA):

We are responding to an Order from the United States District Court, Northern District of California, dated November 15, 2019, that we received on November 15, 2019.

Pursuant to Internal Revenue Code (IRC) section 6103(i)(1), Neal Celeste, Disclosure Manager, authorized the disclosure of the returns and return information, concerning the taxpayer and tax years listed in the Order.

We are providing certified copies of documents and certification of lack of records, as shown on the enclosure.

The Currency Transaction Report information on the enclosed Information Returns Master File transcript was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Part 103. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose related to a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities to protect against international terrorism. See 31 U.S.C. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Secretary of the Treasury or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Such reports, or the fact that they have been filed, may not be disclosed by a government employee to any person involved in the transaction, "other than is necessary to fulfill the official duties of such officer or employee." 31 U.S.C. 5318(g)(2)(ii). Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

We are providing this information with the understanding that it will be used strictly in accordance with, and subject to the limitations of, the disclosure provisions of IRC 6103. State and local personnel may be considered Federal employees for disclosure purposes, as long as these employees are formally appointed, rather than detailed, assisting in a federal investigation, supervised by a federal employee. As such, State and local personnel, formally appointed as Federal employees, under these provisions would be permissible recipients of tax information under IRC 6103(i).

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1433**
CASE NO.:  CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

IRS-DOCS-00033836

2

Department of Justice
U.S. Attorney's Office

assisting in a federal investigation, supervised by a federal employee. As such, State and local personnel, formally appointed as Federal employees, under these provisions would be permissible recipients of tax information under IRC 6103(i).

Personnel having access to this information must be made aware of the penalty provisions of IRC sections 7213, 7213A, and 7431 and 18 USC 1905, pertaining to the unauthorized inspection or disclosure of confidential information.

In order for the Service to comply with the requirements of the Privacy Act (5 USC 552a), please advise me, if the Order becomes a matter of public record.

This completes our response to the Order. If you have any questions, please call Disclosure Specialist, Alan W. Young, employee ID #0234553, at 213-372-4277.

To ensure you have received the federal tax information, please return a copy of this letter, after signing and dating below, to: Internal Revenue Service, Centralized Processing Unit – Stop 93A, P.O. Box 621506, Atlanta, GA 30362

Please refer to case number C20319-0104.

Sincerely,

C. Neal

Celeste Neal
Disclosure Manager
Disclosure Office 14

Enclosures

I acknowledge receipt of the tax information listed in this letter:

_____                    _____
United States Attorney or Delegate                    Date

Department of Justice
U.S. Attorney's Office

| Taxpayer Name | Taxpayer Identification Number | Type of Tax Information Enclosed | Tax Year(s) | Lack of Record |
|---|---|---|---|---|
| Rowland Marcus Andrade | ▮0110 | • Certification of Lack of Record<br>• Copy of Federal Return - Form 1040<br>• IRPTRN - Income | 2016-2018<br>2013-2015<br>2013-2018 | Yes |
| Japheth A. Dillman | ▮-1338 | • Certification of Lack of Record<br>• IRPTRN - Income | 2013-2018<br>2013-2018 | Yes |
| David M. Mata | ▮1167 | • Certification of Lack of Record<br>• Copy of Federal Return - Form 1040<br>• IRPTRN - Income | 2016-2018<br>2013-2015<br>2013-2018 | Yes |
| Block Bits Capital GP I, LLC | ▮1070 | • IRPTRN – No Income or Tax Returns | 2013-2018 | |
| Block Bits Capital, LLC | ▮2437 | • IRPTRN – No Income or Tax Returns | 2013-2018 | |
| Block Bits Fund I, LLC | ▮1632 | • IRPTRN - Income | 2017 | |
| Fintech Fund Family Limited Partnership | ▮0175 | • IRPTRN – Income | 2018 | |
| NAC Foundation, LLC | ▮4552 | • IRPTRN – Income | 2014-2018 | |
| NAC Payroll Services, Inc. | ▮9188 | • IRPTRN – No Income or Tax Returns | 2013-2018 | |

IRS-DOCS-00033838



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

PRIVACY, GOVERNMENTAL
LIAISON AND DISCLOSURE

November 20, 2019

Department of Justice
U.S. Attorney's Office
Lloyd Farnham, AUSA
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495

In Re: CR 19 91 053MISC
        USAO No. 2018R00368

Dear Mr. Lloyd Farnham:

We are responding to an Order from the United States District Court, Northern District of California, dated November 15, 2019, that we received on November 15, 2019.

Pursuant to Internal Revenue Code (IRC) section 6103(i)(1), Celeste Neal, Disclosure Manager, authorized the disclosure of the returns and return information, concerning the taxpayer and tax years listed in the Order.

We are providing certified copies of documents and certification of lack of records, as shown on the enclosure.

The Currency Transaction Report information on the enclosed Information Returns Master File transcript was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Part 103. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose related to a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities to protect against international terrorism. See 31 U.S.C. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Secretary of the Treasury or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Such reports, or the fact that they have been filed, may not be disclosed by a government employee to any person involved in the transaction, "other than is necessary to fulfill the official duties of such officer or employee." 31 U.S.C. 5318(g)(2)(ii). Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

We are providing this information with the understanding that it will be used strictly in accordance with, and subject to the limitations of, the disclosure provisions of IRC 6103. State and local personnel may be considered Federal employees for disclosure purposes, as long as these employees are formally appointed, rather than detailed, assisting in a federal investigation, supervised by a federal employee. As such, State and local personnel, formally appointed as Federal employees, under these provisions would be permissible recipients of tax information under IRC 6103(i).

2

Department of Justice
U.S. Attorney's Office

Personnel having access to this information must be made aware of the penalty provisions of
IRC sections 7213, 7213A, and 7431 and 18 USC 1905, pertaining to the unauthorized
inspection or disclosure of confidential information.

In order for the Service to comply with the requirements of the Privacy Act (5 USC 552a), please
advise me, if the Order becomes a matter of public record.

This completes our response to the Order. If you have any questions, please call Disclosure
Specialist, Alan W. Young, employee ID #0234553, at 213-372-4277.

To ensure you have received the federal tax information, please return a copy of this letter, after
signing and dating below, to: Internal Revenue Service, Centralized Processing Unit – Stop
93A, P.O. Box 621506, Atlanta, GA 30362

Please refer to case number C20319-0104.

Sincerely,

C. Neal

Celeste Neal
Disclosure Manager
Disclosure Office 14

Enclosures

I acknowledge receipt of the tax information listed in this letter:

_____                    _____
United States Attorney or Delegate                                        Date

Department of Justice
U.S. Attorney's Office

| Taxpayer Name | Taxpayer Identification Number | Type of Tax Information Enclosed | Tax Year(s) | Lack of Record |
|---|---|---|---|---|
| Rowland Marcus Andrade | ▆0110 | • Certification of Lack of Record<br>• Copy of Federal Return - Form 1040<br>• IRPTRN - Income | 2016-2018<br>2013-2015<br>2013-2018 | Yes |
| Japheth A. Dillman | ▆-1338 | • Certification of Lack of Record<br>• IRPTRN - Income | 2013-2018<br>2013-2018 | Yes |
| David M. Mata | ▆-1167 | • Certification of Lack of Record<br>• Copy of Federal Return - Form 1040<br>• IRPTRN - Income | 2016-2018<br>2013-2015<br>2013-2018 | Yes |
| Block Bits Capital GP I, LLC (Established -.2017) | ▆1070 | • IRPTRN – No Income or Tax Returns<br>• Certification of Lack of Records-Form 1065 | 2017-2018<br>2017-2018 | Yes |
| Block Bits Capital, LLC (Established -.2017) | ▆2437 | • IRPTRN – No Income or Tax Returns<br>• Certification of Lack of Records-Form 1065 | 2017-2018<br>2017-2018 | Yes |
| Block Bits Fund I, LLC (Established -.2017) | ▆1632 | • IRPTRN - Income<br>• Certification of Lack of Records-Form 1065 | 2017<br>2017-2018 | Yes |
| Fintech Fund Family Limited Partnership (Established -.2016) | ▆0175 | • IRPTRN – Income<br>• Certification of Lack of Records-Form 1065<br>• Certification of Lack of Records-Form 940<br>• Certification of Lack of Records-Form 944 | 2018<br>2016-2018<br>2016-2018<br>2016-2018 | Yes<br>Yes<br>Yes |
| NAC Foundation, LLC (Established -.2014) | ▆4552 | • IRPTRN – Income<br>• Certification of Lack of Records-Form 1120 | 2014-2018<br>2014-2018 | Yes |
| NAC Payroll Services, Inc. (Established -.2018) | ▆9188 | • IRPTRN – No Income or Tax Returns<br>• Certification of Lack of Records-Form 1120 | 2018<br>2018 | Yes |

# Certification of Lack of Record

**To Whom it May Concern:**

I certify that the Commissioner of the Internal Revenue has custody of Federal tax record(s) filed in, or accessible from, the office at the following address:

Street address

300 N. Los Angeles Street

| City | State | ZIP code |
|------|-------|----------|
| Los Angeles | CA | 90012 |

The Commissioner of Internal Revenue would have the Federal tax record(s) described below, or entry(ies) pertaining to such record(s), stored at or accessible from this address. I certify that, having made a diligent search for the described record(s), no such record(s) or entry(ies) pertaining to such record(s) was/were found.

## Description of Record(s) Sought

**Taxpayer identification information**

| Taxpayer name | Taxpayer Identification Number (SSN, TIN, or ITIN) |
|---------------|----------------------------------------------------|
| Block Bits Fund I, LP | ▮▮▮632 |

Street address

3563 Pierce Street

| City | State | ZIP code |
|------|-------|----------|
| San Francisco | CA | 94123 |

Description of information sought

Form 1065, U.S. Return of Partnership Income

As of November 12, 2019, the Internal Revenue Service shows no returns filed for the following periods for the business entity described above.

Period(s)

December 31, 2017
December 31, 2018



| **Affix IRS Seal here** | **Under authority of Commissioner Delegation Order 11-5 (or redelegation thereunder), I certify that the foregoing is true and correct, and I have signed this certification and affixed to it the seal of office of the Internal Revenue Service.** |
|---|---|
| | Name |
| | Alan W. Young |
| | Title |
| | Disclosure Spec.-Privacy, Governmental, Liaison and Disclosure |
| | Signature |
| | Date signed  11/20/2019 |

Form **3050** (Rev. 3-2006)    Catalog Number 19212C    publish.no.irs.gov    Department of the Treasury-**Internal Revenue Service**

IRS-DOCS-00033842

EX1433-007

Page: 1 Document Name: untitled

INOLES█████1632    CURRENT BMF N/C BLOC    LOC CODE  9427    LUC 201726

CURRENT BMF NAMELINE
BLOCK BITS FUND I LP
JAPHETH DILLMAN GEN PTR
3563 PIERCE ST
SAN FRANCISCO      CA 94123-1557 634

Page: 1 Document Name: untitled

IRPTRO█████1632
                   **TY2013 ONLINE PAYEE SYSTEM**           ERROR CODE-013
    YOU REQUESTED: TIN-████1632    TIN TYPE AND VALIDITY- 3  DOCUMENT CODE- 00

    UNFORTUNATELY, FOR THE TIN, TIN TYPE, VALIDITY AND DOCUMENT CODE
    REQUESTED THERE IS NO ONLINE DATA AVAILABLE AT THIS TIME.

    PLEASE ENSURE THAT THE TIN, TIN TYPE AND VALIDITY THAT YOU REQUESTED WERE
    ENTERED CORRECTLY BEFORE RE-ENTERING AS THEY WERE NOT PRESENT ON THE
    INFORMATION RETURNS MASTER FILE. SINCE THERE IS NO DATA PRESENT FOR THIS
    REQUEST IT IS NOT POSSIBLE TO RECEIVE A HARDCOPY FOR THIS REQUEST VIA
    IRPTR"C" OR IRPTR"E".

    SEE INSTRUCTIONS AT BOTTOM OF SCREEN.




** OTHER TAX YEARS AVAILABLE: 2017                                    **


ENTER=PAYE(E), PAYE(R), (H)ELP, IRPO(L), (O)NLINE, (W)HITE OUT OR HARD(C)OPY

# Certification of Lack of Record

**To Whom it May Concern:**

I certify that the Commissioner of the Internal Revenue has custody of Federal tax record(s) filed in, or accessible from, the office at the following address:

| Street address | | |
|---|---|---|
| 300 N. Los Angeles Street | | |

| City | State | ZIP code |
|---|---|---|
| Los Angeles | CA | 90012 |

The Commissioner of Internal Revenue would have the Federal tax record(s) described below, or entry(ies) pertaining to such record(s), stored at or accessible from this address. I certify that, having made a diligent search for the described record(s), no such record(s) or entry(ies) pertaining to such record(s) was/were found.

## Description of Record(s) Sought

**Taxpayer identification information**

| Taxpayer name | Taxpayer Identification Number (SSN, TIN, or ITIN) |
|---|---|
| NAC Payroll Services, Inc. | ▉9188 |

| Street address | | |
|---|---|---|
| 2915 Manion Drive | | |

| City | State | ZIP code |
|---|---|---|
| Missouri City | TX | 77459 |

Description of information sought

Form 1120, U.S. Corporation Income Tax Return

As of November 12, 2019, the Internal Revenue Service shows no returns filed for the following periods for the business entity described above.

| Period(s) |
|---|
| December 31, 2018 |



| **Affix IRS Seal here** | **Under authority of Commissioner Delegation Order 11-5 (or redelegation thereunder), I certify that the foregoing is true and correct, and I have signed this certification and affixed to it the seal of office of the Internal Revenue Service.** |
|---|---|
| | Name |
| | Alan W. Young |
| | Title |
| | Disclosure Spec.-Privacy, Governmental, Liaison and Disclosure |
| | Signature |
| | Date signed   11/20/2019 |

Form **3050** (Rev. 3-2006)    Catalog Number 19212C    publish.no.irs.gov    Department of the Treasury-**Internal Revenue Service**

IRS-DOCS-00033844

EX1433-009

INOLES██9188        CURRENT BMF N/C NACP    LOC CODE    7625        LUC 201805

CURRENT BMF NAMELINE
NAC PAYROLL SERVICES INC
2915 MANION DR
MISSOURI CITY        TX 77459-4831 156

IRPTR██9188██
                    **TY2013 ONLINE PAYEE SYSTEM**            ERROR CODE-013
    YOU REQUESTED: TIN-██9188   TIN TYPE AND VALIDITY- 3  DOCUMENT CODE- 00

    UNFORTUNATELY, FOR THE TIN, TIN TYPE, VALIDITY AND DOCUMENT CODE
    REQUESTED THERE IS NO ONLINE DATA AVAILABLE AT THIS TIME.

    PLEASE ENSURE THAT THE TIN, TIN TYPE AND VALIDITY THAT YOU REQUESTED WERE
    ENTERED CORRECTLY BEFORE RE-ENTERING AS THEY WERE NOT PRESENT ON THE
    INFORMATION RETURNS MASTER FILE. SINCE THERE IS NO DATA PRESENT FOR THIS
    REQUEST IT IS NOT POSSIBLE TO RECEIVE A HARDCOPY FOR THIS REQUEST VIA
    IRPTR"C" OR IRPTR"E".

    SEE INSTRUCTIONS AT BOTTOM OF SCREEN.

ENTER=PAYE(E),PAYE(R),(H)ELP,IRPO(L),(O)NLINE,(W)HITE OUT OR HARD(C)OPY

# Certification of Lack of Record

**To Whom it May Concern:**

I certify that the Commissioner of the Internal Revenue has custody of Federal tax record(s) filed in, or accessible from, the office at the following address:

Street address

300 N. Los Angeles Street

| City | State | ZIP code |
|------|-------|----------|
| Los Angeles | CA | 90012 |

The Commissioner of Internal Revenue would have the Federal tax record(s) described below, or entry(ies) pertaining to such record(s), stored at or accessible from this address. I certify that, having made a diligent search for the described record(s), no such record(s) or entry(ies) pertaining to such record(s) was/were found.

## Description of Record(s) Sought

**Taxpayer identification information**

| Taxpayer name | Taxpayer Identification Number (SSN, TIN, or ITIN) |
|---------------|---------------------------------------------------|
| NAC Foundation, LLC | ████4552 |

Street address

7495 W Azure Drive, Suite 110

| City | State | ZIP code |
|------|-------|----------|
| Las Vegas | NV | 89130 |

Description of information sought

Form 1120, U.S. Corporation Income Tax Return

As of November 12, 2019, the Internal Revenue Service shows no returns filed for the following periods for the business entity described above.

Period(s)

December 31, 2014    December 31, 2018
December 31, 2015
December 31, 2016
December 31, 2017

| Affix IRS Seal here | **Under authority of Commissioner Delegation Order 11-5 (or redelegation thereunder), I certify that the foregoing is true and correct, and I have signed this certification and affixed to it the seal of office of the Internal Revenue Service.** |
|---------------------|-----------|
|  | Name |
| | Alan W. Young |
| | Title |
| | Disclosure Spec.-Privacy, Governmental, Liaison and Disclosure |
| | Signature |
| | Date signed    11/20/2019 |

Form **3050** (Rev. 3-2006)    Catalog Number 19212C    publish.no.irs.gov    Department of the Treasury-**Internal Revenue Service**

INOLES    4552          CURRENT BMF N/C NACF    LOC CODE  8826        LUC 201933

CURRENT BMF NAMELINE
NAC FOUNDATION LLC
ROWLAND ANDRADE SOLE MBR
7495 W AZURE DR STE 110
LAS VEGAS              NV 89130-4433 357

Page: 1 Document Name: untitled

IRPTRO4    4552
                    **TY2013 ONLINE PAYEE SYSTEM**              ERROR CODE-013
    YOU REQUESTED: TIN-    4552    TIN TYPE AND VALIDITY- 3  DOCUMENT CODE- 00

    UNFORTUNATELY, FOR THE TIN, TIN TYPE, VALIDITY AND DOCUMENT CODE
    REQUESTED THERE IS NO ONLINE DATA AVAILABLE AT THIS TIME.

    PLEASE ENSURE THAT THE TIN, TIN TYPE AND VALIDITY THAT YOU REQUESTED WERE
    ENTERED CORRECTLY BEFORE RE-ENTERING AS THEY WERE NOT PRESENT ON THE
    INFORMATION RETURNS MASTER FILE. SINCE THERE IS NO DATA PRESENT FOR THIS
    REQUEST IT IS NOT POSSIBLE TO RECEIVE A HARDCOPY FOR THIS REQUEST VIA
    IRPTR"C" OR IRPTR"E".

    SEE INSTRUCTIONS AT BOTTOM OF SCREEN.


 ** OTHER TAX YEARS AVAILABLE: 2014 2015 2016 2017 2018                    **


ENTER=PAYE(E),PAYE(R),(H)ELP,IRPO(L),(O)NLINE,(W)HITE OUT OR HARD(C)OPY

# Certification of Lack of Record

**To Whom it May Concern:**

I certify that the Commissioner of the Internal Revenue has custody of Federal tax record(s) filed in, or accessible from, the office at the following address:

Street address

300 N. Los Angeles Street

| City | State | ZIP code |
|---|---|---|
| Los Angeles | CA | 90012 |

The Commissioner of Internal Revenue would have the Federal tax record(s) described below, or entry(ies) pertaining to such record(s), stored at or accessible from this address. I certify that, having made a diligent search for the described record(s), no such record(s) or entry(ies) pertaining to such record(s) was/were found.

## Description of Record(s) Sought

**Taxpayer identification information**

| Taxpayer name | Taxpayer Identification Number (SSN, TIN, or ITIN) |
|---|---|
| Fintech Fund Family Limited Partnership | ▉0175 |

Street address

4610 Sweetwater Blvd., Suite 200

| City | State | ZIP code |
|---|---|---|
| Sugar Land | TX | 77479 |

Description of information sought

Form 940, Employer's Annual Federal Unemployment Tax Return

As of November 12, 2019, the Internal Revenue Service shows no returns filed for the following periods for the business entity described above.

Period(s)

December 31, 2016
December 31, 2017
December 31, 2018



Affix IRS Seal here

**Under authority of Commissioner Delegation Order 11-5 (or redelegation thereunder), I certify that the foregoing is true and correct, and I have signed this certification and affixed to it the seal of office of the Internal Revenue Service.**

Name

Alan W. Young

Title

Disclosure Spec.-Privacy, Governmental, Liaison and Disclosure

Signature

Date signed

11/20/2019

Form **3050** (Rev. 3-2006)    Catalog Number 19212C    publish.no.irs.gov    Department of the Treasury-Internal Revenue Service

# Certification of Lack of Record

**To Whom it May Concern:**

I certify that the Commissioner of the Internal Revenue has custody of Federal tax record(s) filed in, or accessible from, the office at the following address:

Street address

300 N. Los Angeles Street

| City | State | ZIP code |
|------|-------|----------|
| Los Angeles | CA | 90012 |

The Commissioner of Internal Revenue would have the Federal tax record(s) described below, or entry(ies) pertaining to such record(s), stored at or accessible from this address. I certify that, having made a diligent search for the described record(s), no such record(s) or entry(ies) pertaining to such record(s) was/were found.

## Description of Record(s) Sought

Taxpayer identification information

| Taxpayer name | Taxpayer Identification Number (SSN, TIN, or ITIN) |
|---------------|---------------------------------------------------|
| Fintech Fund Family Limited Partnership | ▇▇▇0175 |

Street address

4610 Sweetwater Blvd., Suite 200

| City | State | ZIP code |
|------|-------|----------|
| Sugar Land | TX | 77479 |

Description of information sought

Form 944, Employer's Annual Federal Employment Tax Return

As of November 12, 2019, the Internal Revenue Service shows no returns filed for the following periods for the business entity described above.

Period(s)

December 31, 2016
December 31, 2017
December 31, 2018

| Affix IRS Seal here | Under authority of Commissioner Delegation Order 11-5 (or redelegation thereunder), I certify that the foregoing is true and correct, and I have signed this certification and affixed to it the seal of office of the Internal Revenue Service. |
|---|---|
|  | **Name** |
| | Alan W. Young |
| | **Title** |
| | Disclosure Spec.-Privacy, Governmental, Liaison and Disclosure |
| | **Signature** |
| | **Date signed** 11/20/2019 |

Form **3050** (Rev. 3-2006)    Catalog Number 19212C    publish.no.irs.gov    Department of the Treasury-Internal Revenue Service

IRS-DOCS-00033849

EX1433-014

# Certification of Lack of Record

**To Whom it May Concern:**

I certify that the Commissioner of the Internal Revenue has custody of Federal tax record(s) filed in, or accessible from, the office at the following address:

Street address

300 N. Los Angeles Street

| City | State | ZIP code |
|---|---|---|
| Los Angeles | CA | 90012 |

The Commissioner of Internal Revenue would have the Federal tax record(s) described below, or entry(ies) pertaining to such record(s), stored at or accessible from this address. I certify that, having made a diligent search for the described record(s), no such record(s) or entry(ies) pertaining to such record(s) was/were found.

## Description of Record(s) Sought

**Taxpayer identification information**

| Taxpayer name | Taxpayer Identification Number (SSN, TIN, or ITIN) |
|---|---|
| Fintech Fund Family Limited Partnership | ████0175 |

Street address

4610 Sweetwater Blvd., Suite 200

| City | State | ZIP code |
|---|---|---|
| Sugar Land | TX | 77479 |

Description of information sought

Form 1065, U.S. Return of Partnership Income

As of November 12, 2019, the Internal Revenue Service shows no returns filed for the following periods for the business entity described above.

Period(s)



December 31, 2016
December 31, 2017
December 31, 2018

| Affix IRS Seal here | **Under authority of Commissioner Delegation Order 11-5 (or redelegation thereunder), I certify that the foregoing is true and correct, and I have signed this certification and affixed to it the seal of office of the Internal Revenue Service.** |
|---|---|
|  | Name |
| | Alan W. Young |
| | Title |
| | Disclosure Spec.-Privacy, Governmental, Liaison and Disclosure |
| | Signature |
| | Date signed: 11/20/2019 |

Form **3050** (Rev. 3-2006)    Catalog Number 19212C    publish.no.irs.gov    Department of the Treasury-**Internal Revenue Service**

IRS-DOCS-00033850

EX1433-015

INOLES0175        CURRENT BMF N/C FINT    LOC CODE  7625        LUC 201836

CURRENT BMF NAMELINE
FINTECH FUND FAMILY LIMITED  PARTNERSHIP
ROWLAND MARCUS ANDRADE GEN PTR
4610 SWEETWATER BLVD STE 200
SUGAR LAND          TX 77479-3151 501

Page: 1 Document Name: untitled

IRPTRO0175

                **TY2013 ONLINE PAYEE SYSTEM**              ERROR CODE-013
    YOU REQUESTED: TIN-0175    TIN TYPE AND VALIDITY- 3  DOCUMENT CODE- 00

    UNFORTUNATELY, FOR THE TIN, TIN TYPE, VALIDITY AND DOCUMENT CODE
    REQUESTED THERE IS NO ONLINE DATA AVAILABLE AT THIS TIME.

    PLEASE ENSURE THAT THE TIN, TIN TYPE AND VALIDITY THAT YOU REQUESTED WERE
    ENTERED CORRECTLY BEFORE RE-ENTERING AS THEY WERE NOT PRESENT ON THE
    INFORMATION RETURNS MASTER FILE. SINCE THERE IS NO DATA PRESENT FOR THIS
    REQUEST IT IS NOT POSSIBLE TO RECEIVE A HARDCOPY FOR THIS REQUEST VIA
    IRPTR"C" OR IRPTR"E".

    SEE INSTRUCTIONS AT BOTTOM OF SCREEN.


 ** OTHER TAX YEARS AVAILABLE: 2018                                    **


ENTER=PAYE(E),PAYE(R),(H)ELP,IRPO(L),(O)NLINE,(W)HITE OUT OR HARD(C)OPY

IRS-DOCS-00033851

EX1433-016

# Certification of Lack of Record

**To Whom it May Concern:**

I certify that the Commissioner of the Internal Revenue has custody of Federal tax record(s) filed in, or accessible from, the office at the following address:

Street address

300 N. Los Angeles Street

| City | State | ZIP code |
|---|---|---|
| Los Angeles | CA | 90012 |

The Commissioner of Internal Revenue would have the Federal tax record(s) described below, or entry(ies) pertaining to such record(s), stored at or accessible from this address. I certify that, having made a diligent search for the described record(s), no such record(s) or entry(ies) pertaining to such record(s) was/were found.

## Description of Record(s) Sought

**Taxpayer identification information**

| Taxpayer name | Taxpayer Identification Number (SSN, TIN, or ITIN) |
|---|---|
| Block Bits Capital, LLC | ███ 2437 |

Street address

3563 Pierce Street

| City | State | ZIP code |
|---|---|---|
| San Francisco | CA | 94123 |

Description of information sought

Form 1065, U.S. Return of Partnership Income

As of November 12, 2019, the Internal Revenue Service shows no returns filed for the following periods for the business entity described above.

Period(s)

December 31, 2017
December 31, 2018



| | Under authority of Commissioner Delegation Order 11-5 (or redelegation thereunder), I certify that the foregoing is true and correct, and I have signed this certification and affixed to it the seal of office of the Internal Revenue Service. |
|---|---|
| **Affix IRS Seal here** | Name |
| | Alan W. Young |
| | Title |
| | Disclosure Spec.-Privacy, Governmental, Liaison and Disclosure |
| | Signature |
| | Date signed  11/20/2019 |

Form **3050** (Rev. 3-2006)    Catalog Number 19212C    publish.no.irs.gov    Department of the Treasury-**Internal Revenue Service**

IRS-DOCS-00033852

EX1433-017

INOLES ▮▮▮2437       CURRENT BMF N/C BLOC     LOC CODE 9427        LUC 201727

CURRENT BMF NAMELINE
BLOCK BITS CAPITAL LLC
JAPHETH DILLMAN MBR
3563 PIERCE ST
SAN FRANCISCO       CA 94123-1557 634

IRPTRO ▮▮▮2437 ▮
                      **TY2013 ONLINE PAYEE SYSTEM**              ERROR CODE-013
    YOU REQUESTED: TIN- ▮▮▮2437    TIN TYPE AND VALIDITY- 3  DOCUMENT CODE- 00

    UNFORTUNATELY, FOR THE TIN, TIN TYPE, VALIDITY AND DOCUMENT CODE
    REQUESTED THERE IS NO ONLINE DATA AVAILABLE AT THIS TIME.

    PLEASE ENSURE THAT THE TIN, TIN TYPE AND VALIDITY THAT YOU REQUESTED WERE
    ENTERED CORRECTLY BEFORE RE-ENTERING AS THEY WERE NOT PRESENT ON THE
    INFORMATION RETURNS MASTER FILE. SINCE THERE IS NO DATA PRESENT FOR THIS
    REQUEST IT IS NOT POSSIBLE TO RECEIVE A HARDCOPY FOR THIS REQUEST VIA
    IRPTR"C" OR IRPTR"E".

    SEE INSTRUCTIONS AT BOTTOM OF SCREEN.

ENTER=PAYE(E),PAYE(R),(H)ELP,IRPO(L),(O)NLINE,(W)HITE OUT OR HARD(C)OPY

IRS-DOCS-00033853

EX1433-018

# Certification of Lack of Record

**To Whom it May Concern:**

I certify that the Commissioner of the Internal Revenue has custody of Federal tax record(s) filed in, or accessible from, the office at the following address:

| Street address |
| --- |
| 300 N. Los Angeles Street |

| City | State | ZIP code |
| --- | --- | --- |
| Los Angeles | CA | 90012 |

The Commissioner of Internal Revenue would have the Federal tax record(s) described below, or entry(ies) pertaining to such record(s), stored at or accessible from this address. I certify that, having made a diligent search for the described record(s), no such record(s) or entry(ies) pertaining to such record(s) was/were found.

## Description of Record(s) Sought

| Taxpayer identification information | |
| --- | --- |
| Taxpayer name | Taxpayer Identification Number (SSN, TIN, or ITIN) |
| Block Bits Capital GP I, LLC | ▓▓ 070 |

| Street address |
| --- |
| 3563 Pierce Street |

| City | State | ZIP code |
| --- | --- | --- |
| San Francisco | CA | 94123 |

Description of information sought

Form 1065, U.S. Return of Partnership Income

As of November 12, 2019, the Internal Revenue Service shows no returns filed for the following periods for the business entity described above.

| Period(s) |
| --- |
| December 31, 2017 |
| December 31, 2018 |

| **Affix IRS Seal here** | Under authority of Commissioner Delegation Order 11-5 (or redelegation thereunder), I certify that the foregoing is true and correct, and I have signed this certification and affixed to it the seal of office of the Internal Revenue Service. |
| --- | --- |
|  | **Name** |
| | Alan W. Young |
| | **Title** |
| | Disclosure Spec.-Privacy, Governmental, Liaison and Disclosure |
| | **Signature** |
| | **Date signed** 11/20/2019 |

Form **3050** (Rev. 3-2006)    Catalog Number 19212C    publish.no.irs.gov    Department of the Treasury-Internal Revenue Service

IRS-DOCS-00033854

INOLES       1070        CURRENT BMF N/C BLOC     LOC CODE  9427        LUC 201726

CURRENT BMF NAMELINE
BLOCK BITS CAPITAL GP I LLC
JAPHETH DILLMAN MBR
3563 PIERCE ST
SAN FRANCISCO        CA 94123-1557 634

Page: 1 Document Name: untitled

IRPTRO       1070

                    **TY2013 ONLINE PAYEE SYSTEM**            ERROR CODE-013
     YOU REQUESTED: TIN-       1070    TIN TYPE AND VALIDITY- 3  DOCUMENT CODE- 00

     UNFORTUNATELY, FOR THE TIN, TIN TYPE, VALIDITY AND DOCUMENT CODE
     REQUESTED THERE IS NO ONLINE DATA AVAILABLE AT THIS TIME.

     PLEASE ENSURE THAT THE TIN, TIN TYPE AND VALIDITY THAT YOU REQUESTED WERE
     ENTERED CORRECTLY BEFORE RE-ENTERING AS THEY WERE NOT PRESENT ON THE
     INFORMATION RETURNS MASTER FILE. SINCE THERE IS NO DATA PRESENT FOR THIS
     REQUEST IT IS NOT POSSIBLE TO RECEIVE A HARDCOPY FOR THIS REQUEST VIA
     IRPTR"C" OR IRPTR"E".

     SEE INSTRUCTIONS AT BOTTOM OF SCREEN.

ENTER=PAYE(E),PAYE(R),(H)ELP,IRPO(L),(O)NLINE,(W)HITE OUT OR HARD(C)OPY

IRS-DOCS-00033855

# Certification of Lack of Record

**To Whom it May Concern:**

I certify that the Commissioner of the Internal Revenue has custody of Federal tax record(s) filed in, or accessible from, the office at the following address:

Street address

300 N. Los Angeles Street, Stop 1020

| City | State | ZIP code |
|------|-------|----------|
| Los Angeles | CA | 90012 |

The Commissioner of Internal Revenue would have the Federal tax record(s) described below, or entry(ies) pertaining to such record(s), stored at or accessible from this address. I certify that, having made a diligent search for the described record(s), no such record(s) or entry(ies) pertaining to such record(s) was/were found.

## Description of Record(s) Sought

**Taxpayer identification information**

| Taxpayer name | Taxpayer Identification Number (SSN, TIN, or ITIN) |
|---------------|----------------------------------------------------|
| Japheth A. Dillman | ███1338 |

Street address

3563 Pierce Street

| City | State | ZIP code |
|------|-------|----------|
| San Francisco | CA | 94123 |

Description of information sought

Form 1040, U.S. Individual Income Tax Return

As of November 18, 2019, the Internal Revenue Service shows no returns filed for the following periods for the individual described above.

Period(s)

December 31, 2013    December 31, 2016
December 31, 2014    December 31, 2017
December 31, 2015    December 31, 2018

| Affix IRS Seal here | Under authority of Commissioner Delegation Order 11-5 (or redelegation thereunder), I certify that the foregoing is true and correct, and I have signed this certification and affixed to it the seal of office of the Internal Revenue Service. |
|---------------------|--------------------------------------------------|
|  | **Name** <br> Alan W. Young |
| | **Title** <br> Disclosure Spec.-Privacy, Governmental, Liaison and Disclosure |
| | **Signature** |
| | **Date signed** <br> 11/18/2019 |

Form **3050** (Rev. 3-2006)    Catalog Number 19212C    publish.no.irs.gov    Department of the Treasury-Internal Revenue Service

IRS-DOCS-00033856

# Certification of Lack of Record

**To Whom it May Concern:**

I certify that the Commissioner of the Internal Revenue has custody of Federal tax record(s) filed in, or accessible from, the office at the following address:

Street address

300 N. Los Angeles Street, Stop 1020

| City | State | ZIP code |
|---|---|---|
| Los Angeles | CA | 90012 |

The Commissioner of Internal Revenue would have the Federal tax record(s) described below, or entry(ies) pertaining to such record(s), stored at or accessible from this address. I certify that, having made a diligent search for the described record(s), no such record(s) or entry(ies) pertaining to such record(s) was/were found.

## Description of Record(s) Sought

**Taxpayer identification information**

| Taxpayer name | Taxpayer Identification Number (SSN, TIN, or ITIN) |
|---|---|
| Rowland Marcus Andrade | ████0110 |

Street address

9414 Plaza Point Drive

| City | State | ZIP code |
|---|---|---|
| Missouri City | TX | 77459-7400 |

Description of information sought

Form 1040, U.S. Individual Income Tax Return

As of November 18, 2019, the Internal Revenue Service shows no returns filed for the following periods for the individual described above.

Period(s)

December 31, 2016
December 31, 2017
December 31, 2018

| Affix IRS Seal here | Under authority of Commissioner Delegation Order 11-5 (or redelegation thereunder), I certify that the foregoing is true and correct, and I have signed this certification and affixed to it the seal of office of the Internal Revenue Service. |
|---|---|
|  | Name |
| | Alan W. Young |
| | Title |
| | Disclosure Spec.-Privacy, Governmental, Liaison and Disclosure |
| | Signature |
| | Date signed |
| | 11/18/2019 |

Form **3050** (Rev. 3-2006)    Catalog Number 19212C    publish.no.irs.gov    Department of the Treasury-Internal Revenue Service