





FBI-MEDIA-000649

EX1441-003





