UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1443**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

| S & P 500 | NASDAQ 100 | DJIA | NIKKEI 225 |
|---|---|---|---|
| (/index/s&p_500) | (/index/nasdaq_100) | (/index/dow_jones) | (/index/Nikkei_225) |
| (/index/s&p_500) | (/index/nasdaq_100) | (/index/dow_jones) | (/index/Nikkei_225) |
| 1.47 | 11.03 | 52.58 | -40.00 |
| 2,554.64 | 6,103. | | |
| (0.06 %) | (0.18 | | |
| 02:00:41 PM EDT | 02:03:31 PM EDT | 02:03:21 PM EDT | 10:02:35 PM EDT 10/15/2017 |

Betterment — NOW OFFERING NEW PORTFOLIOS DESIGNED WITH YOUR NEEDS IN MIND

# AML BitCoin ICO Now Accepting All Forms of Currency

PR Newswire
Oct. 16, 2017, 12:50 PM

LAS VEGAS, Oct. 16, 2017 /PRNewswire/ -- The AML BitCoin Initial Coin Offering (ICO) is now accepting every form of currency, both fiat and crypto. The ICO for AML BitCoin, the first Anti-Money Laundering-compliant cryptocurrency, opened for public sale on Oct. 6 at www.amltoken.com (http://www.amltoken.com/).

Investors will be charged an industry-low 1 percent fee for buying into the ICO via U.S. Dollars and other fiat currency.

AML BitCoin is a digital currency that rests on a privately regulated public blockchain that facilitates Anti-Money Laundering – Know Your Customer (AML-KYC) compliance. AML BitCoin is the first of its kind in the cryptocurrency market.

The AML Tokens that investors purchase in the ICO will convert to AML BitCoins on a 1:1 ratio once NAC Foundation, creator of the AML BitCoin, has activated the cryptocurrency's features.

The Foundation created AML BitCoin with anti-money laundering, anti-terrorism and anti-theft properties built into the coin's code. The coin will use a biometric identification system to verify owners of wallets that hold the AML BitCoin.

"Up until now banks and governments have not been able to adopt cryptocurrencies because they are not AML-compliant – meaning they do not comply with the standards used by the American banking industry, mandates laid out in The PATRIOT Act, and other regulatory frameworks," NAC

Foundation CEO Marcus Andrade said. "With AML BitCoin, that has now changed. The first U.S. bank is poised to run a trial with AML BitCoin for interbank transfers, an advancement that will save millions of dollars in exchange fees."

Only people with a certified digital personal identity can obtain and use a wallet to hold the AML BitCoin, a distinction from other app coins. To obtain a certified digital identity, users have to declare their residence. They then have to visit an approved location to present two forms of current, government-issued identification, such as a passport and driver's license. Users must also provide a face, iris or fingerprint scan, which will be used to verify their identity when using the biometric mobile wallet application.

Andrade invented a critical piece of the technology that permits any necessary tracing and tracking of the identities of the cryptocurrency's senders and receivers. He granted NAC Foundation a license to use the technology.

NAC Foundation has tapped the technology of ICOBox to provide investors with the option of buying AML Tokens in the ICO using every form of currency. ICOBox has handled some of the highest-profile ICOs to date, including those of Civic, Storj and Giga Watt. On average it handles between 10 and 30 ICOs per month.

Holders of the Aten Coin, the AML BitCoin's predecessor, may exchange their units to AML BitCoins on a 1:1 ratio.

Two and a half million AML BitCoins (AMLBits) have already been sold as part of a private sale, with 76 million being made available for public purchase via the ICO.

Potential investors and other interested parties can visit www.amltoken.com (http://www.amltoken.com/) to learn more.

For more information about NAC Foundation and AML BitCoin, visit www.amlbitcoin.com (http://www.amlbitcoin.com/).

**About NAC Foundation:**

NAC Foundation, headquartered in the U.S. and a member of the American Bank Association, created AML Bitcoin and its predecessor digital currency, the Aten Coin, both of which were built with anti-money laundering, anti-terrorism and theft-resistant properties built into the coin. As a result, they are compliant with numerous laws, including Anti-Money Laundering (AML), PATRIOT Act, Bank Secrecy Act and Anti-Fraud and Financial Crimes (AFF).

NAC's mission is to strengthen the social sector by advancing knowledge about the use of regulated digital currencies and blockchain technology globally.

**Media Contact:**
SHIFT Communications
Cassie McAllister
(415) 591-8402
rel="nofollow">WebrootPR@shiftcomm.com

View original content:http://www.prnewswire.com/news-releases/aml-bitcoin-ico-now-accepting-all-forms-of-currency-300537174.html (http://www.prnewswire.com/news-releases/aml-bitcoin-ico-now-accepting-all-forms-of-currency-300537174.html)

SOURCE AML BitCoin

**SEE ALSO:** 10 things you need to know before the opening bell (SPY, SPX, QQQ, DIA, ARMK)
» (http://markets.businessinsider.com/news/stocks/stock-market-news-opening-bell-october-16-2017-2017-10-1004475748)

**FOLLOW US** on Facebook
» (https://www.facebook.com/MktsInsider/)

SHARE THIS POST

| FACEBOOK | TWITTER | EMAIL | COPY LINK |



Advertisement

☒

SPONSORED FINANCIAL CONTENT

**How 1 Man Turned $50,000 into $5.3 Million**
Investing Daily

(//www.dianomi.com/click.epl?pn=8180&offer=3114476&ad=7236&savid=30469&said=2711&adv=4530&unique_id=WeTyf2KTi4Gwj@97EIQF2AAAAAA&psa=963930449&smai3A%2F%2Fmarkets%2Ebusinessinsider%2Ecom%2Fnews%2Fstocks%2FAML%2DBitCoin%2DICO%2DNow%2DAccepting%2DAll%2DForms%2Dof%2DCurrency%2D1004509042)

**Before Applying For A Credit Card, Check If You Pre-Qualify**
Citi

(//www.dianomi.com/click.epl?pn=16902&offer=5161159&ad=17705&savid=51963&said=2711&adv=4530&unique_id=WeTyf2KTi4Gwj@97EIQF2AAAAAA&psa=980279219&sr3A%2F%2Fmarkets%2Ebusinessinsider%2Ecom%2Fnews%2Fstocks%2FAML%2DBitCoin%2DICO%2DNow%2DAccepting%2DAll%2DForms%2Dof%2DCurrency%2D1004509042)

**This is what Bezos thinks is the next big thing in tech.**
Angel Publishing

(//www.dianomi.com/click.epl?pn=14307&offer=4508620&ad=14708&savid=46156&said=2711&adv=4530&unique_id=WeTyf2KTi4Gwj@97EIQF2AAAAAA&psa=970462943&sr3A%2F%2Fmarkets%2Ebusinessinsider%2Ecom%2Fnews%2Fstocks%2FAML%2DBitCoin%2DICO%2DNow%2DAccepting%2DAll%2DForms%2Dof%2DCurrency%2D1004509042)

**See How Some Retirees Use Options Trading As A Safe Way To Earn Income**
TradeWins

(//www.dianomi.com/click.epl?pn=11483&offer=3736844&ad=11217&savid=29196&said=2711&adv=4530&unique_id=WeTyf2KTi4Gwj@97EIQF2AAAAAA&psa=980170168&sr3A%2F%2Fmarkets%2Ebusinessinsider%2Ecom%2Fnews%2Fstocks%2FAML%2DBitCoin%2DICO%2DNow%2DAccepting%2DAll%2DForms%2Dof%2DCurrency%2D1004509042)

dianomi (//www.dianomi.com/cms/register-interest/?utm_source=network&utm_medium=smartad_sponsor_link&url=http%3A%2F%2Fmarkets.businessinsider.com%2Fnews%2Fstocks%2FAML-BitCoin-ICO-Now-Accepting-All-Forms-of-Currency-1004509042)

## FIND NEWS (/NEWS)

search text

GO

(/)
Follow us on:

(http://www.facebook.com/mktsinsider)  (http://www.twitter.com/mktsinsider)

Also check out:

(http://www.thisisinsider.com/)  (http://www.businessinsider.com/)

**S&P500 Stocks:** ALL (/index/components/S&P_500) 0-9 (/index/components/S&P_500/0-9) A (/index/components/S&P_500/A) B (/index/components/S&P_500/B) C (/index/components/S&P_500/C) D (/index/components/S&P_500/D) E (/index/components/S&P_500/E) F (/index/components/S&P_500/F) G (/index/components/S&P_500/G) H (/index/components/S&P_500/H) I (/index/components/S&P_500/I) J (/index/components/S&P_500/J) K (/index/components/S&P_500/K) L (/index/components/S&P_500/L) M (/index/components/S&P_500/M) N (/index/components/S&P_500/N) O (/index/components/S&P_500/O) P (/index/components/S&P_500/P) Q (/index/components/S&P_500/Q) R (/index/components/S&P_500/R) S (/index/components/S&P_500/S) T (/index/components/S&P_500/T) U (/index/components/S&P_500/U) V (/index/components/S&P_500/V) W (/index/components/S&P_500/W) X (/index/components/S&P_500/X) Y (/index/components/S&P_500/Y) Z (/index/components/S&P_500/Z)

Dow Jones (/index/dow_jones) Gold Price (/commodities/gold-price) Oil Price (/commodities/oil-price?type=WTI) EURO DOLLAR (/currencies/EUR-USD) CAD USD (/currencies/USD-CAD) PESO USD (/currencies/USD-MXN) POUND USD (/currencies/GBP-USD) USD INR (/currencies/USD-INR) Bitcoin Price (/currencies/BTC-USD) Currency Converter (/currency-converter) Exchange Rates (/currencies) Realtime Quotes (/index/realtime-chart) Premarket (/premarket) Google Stock (/stock/GOOG-Quote) Apple Stock (/stock/AAPL-Quote) Facebook Stock (/stock/FB-Quote) Amazon Stock (/stock/AMZN-Quote) Tesla Stock (/stock/TSLA-Quote)

* Copyright © 2017 Business Insider Inc. and finanzen.net GmbH (Imprint) (http://www.finanzen.net/impressum). All rights reserved. Registration on or use of this site constitutes acceptance of our Terms of Service (http://www.businessinsider.com/terms) and Privacy Policy (http://www.businessinsider.com/privacy-policy).
Disclaimer (http://www.businessinsider.com/disclaimer-finance) | Commerce Policy (http://www.businessinsider.com/commerce-on-business-insider) | Made in NYC (http://nytm.org/made) | Stock quotes by finanzen.net (http://www.finanzen.net)

Need help? Contact us! (https://my.markets.businessinsider.com/contact)