**Message**

**From:** Jack Abramoff [████████]
**Sent:** 11/7/2017 9:34:43 AM
**To:** Marcus Andrade [ceo@amlbitcoin.com]
**Subject:** RE: RE: Please confirm PR 1

We cannot afford another calamity, and we need PR. This is shaping up to be disaster part II. Please let me know once you have spoken with Japheth today.

**From:** Marcus Andrade [mailto:ceo@amlbitcoin.com]
**Sent:** Tuesday, November 7, 2017 12:32 PM
**To:** Jack Abramoff <████████>
**Subject:** RE: RE: Please confirm PR 1

I promise you I did get on them. I almost fired them.

I even told Japheth that if their strategy today is not in line with our thinking that we will fire them by the end of day.

I'm on it.

On Nov 7, 2017 12:19 PM, "Jack Abramoff" <████████> wrote:

This is unbelievable! They are completely worthless. They need to get this release into the hands of journalists, not wait for them to come fetch it. unbelievable. No wonder we are suffering with this ICO. Why the hell should I work my butt off squeezing news out of our guys if this is what they are going to do. You need to absolutely pound Japheth on this. In fact, you should forward your message to the group to the both of us so he sees that I see it. Unbelievable.

**From:** Marcus Andrade [mailto:ceo@amlbitcoin.com]
**Sent:** Tuesday, November 7, 2017 11:11 AM
**To:** Jack Abramoff <████████>
**Subject:** Fwd: RE: Please confirm PR 1

---------- Forwarded message ----------
From: ceo@amlbitcoin.com
Date: Nov 7, 2017 11:02 AM
Subject: RE: Please confirm PR 1
To: David Hargreaves <████████>
Cc: Japheth Dillman <████████>, Tori Sabourin <████████>, AMLBitcoin <amlbitcoin@shiftcomm.com>, Vladimir Sofronov <████████>

Can you guarantee that journalists will pick it up? What countries do these journalists live in?

What is your success rate doing it this way?

Our objective is to get this information out. Not just to one place but to many places.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1445**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

CONFIDENTIAL

ANDRADE_DOJ00000_00023058
ANDRADE_DOJ_00023058
EX1445-001

I need this information to be seen worldwide. Not yesterday but today!

Having said that, please provide me with your strategy to get that done.

I need to know what shift is going to do and what ICObox is going to do in order to meet the above stated objective.

I need a reply back today.

@Japheth, please call me.

Thanks All,

Marcus

On Nov 6, 2017 8:59 PM, "David Hargreaves" <​█​> wrote:

One of the things we are keen to do is to start publishing all the content we create onto a single destination that we will then be able to point journalists to.

Ideally we would have a blog where we can post items like this as an informal way of sharing discussions that you are having but also use it to highlight our opinions.

David

**David Hargreaves** | Managing Director
**SHIFT Communications, Inc.**
Cell: █████7814 |email: █████████████ |web: www.shiftcomm.com
blog: www.shiftcomm.com/blog

**From:** Marcus Andrade [mailto:ceo@amlbitcoin.com]
**Sent:** Monday, November 6, 2017 2:50 PM
**To:** Japheth Dillman <█████████████>
**Cc:** Tori Sabourin <█████████████>; David Hargreaves <█████████████>
**Subject:** Re: Please confirm PR 1

Please someone give me a status report on the below PR.

Thanks,
Marcus

On Sun, Nov 5, 2017 at 4:35 PM, Marcus Andrade <ceo@amlbitcoin.com> wrote:
Here is PR 1, Japheth, make sure ICObox gets it as well if needed.

---------- Forwarded message ----------

NAC Foundation, LLC, the creator of the newly launched digital currency, AML BitCoin, announced today that it has been in extensive discussions with the governmental and private sector authorities in Panama to integrate the AML Bitcoin and its patent-pending anti-money laundering and know-your-customer technologies into the financial and payment infrastructure of key Panamanian industries and governmental departments.

After a series of productive meetings last month conducted by Marcus Andrade, the CEO of NAC Foundation, with key Panamanian stakeholders and government officials, NAC Vice President of Latin American Affairs, Carlos De La Guardia has followed up with discussions designed to give the new currency something that no other digital currency in the world has: official usage by powerful industries and governments.

De La Guardia, former Panamanian Ambassador to the United States, has been in discussion with Roberto Roy, president of the Board of Directors and Minister of the Panama Canal, about implementing an e-payment process for the AML BitCoin with the Canal, for payment of transit fees. Currently transit fees are mainly paid in advance with cash. The use of the AML BitCoin would prevent any possible illegal activity, as well as create a safe, rapid and cost-effective money transfer system for the Canal Authority.

In addition to Minister Roy, De La Guardia has been engaged in communication with other senior Canal officials, including VP Corporate Communications, Oscar Vallarino, and Canal Administrator, Jorge L. Quijano.

The discussions with the key Panama Canal officials is a natural follow up to the very productive discussions Andrade had with the Panama Maritime Authority director of legal affairs Armando Bultron about working the digital identity innovations that undergird the AML BitCoin architecture into the payment systems available to thousands of crew working on ships under the Panama Maritime Authority registration. The Panama Maritime Authority, among other things, commands the world's largest ship registry.

AML BitCoin is the world's only digital currency with a patent-pending biometric digital identity system tied to the blockchain, enabling strict adherence to all bank security provisions including AML (anti-money laundering) and KYC (know your customer) protections.

The prospect of AML BitCoin securing a position in the payment systems of these key Panamanian government structures is likely to bolster the case made by the coins supporters that it alone will eventually rival the anonymous Bitcoin for dominance in the cryptocurrency world.

CONFIDENTIAL

ANDRADE_DOJ00000_00023060
ANDRADE_DOJ_00023060
EX1445-003

Case 3:20-cr-00249-RS   Document 671-10   Filed 06/06/25   Page 4 of 4

--

Marcus Andrade, Founder
NAC Foundation, LLC
<u>7495 W. Azure Drive</u>
<u>Las Vegas, Nevada</u> 89408
■■■■■-4038

CONFIDENTIAL

ANDRADE_DOJ00000_00023061
ANDRADE_DOJ_00023061
EX1445-004