**Zartman, Brendon (SF) (FBI)**

| | |
|---|---|
| **From:** | mike witte <​█████████> |
| **Sent:** | Wednesday, May 27, 2020 12:11 PM |
| **To:** | Zartman, Brendon (SF) (FBI) |
| **Subject:** | Fw: Hello Mike |

----- Forwarded Message -----
**From:** Marcus Andrade <ceo@amlbitcoin.com>
**To:** mike witte <​█████████>
**Sent:** Wednesday, May 27, 2020, 02:01:03 PM CDT
**Subject:** Re: Hello Mike

Hello Mike,

I like you as a person and as a friend. I really need you to remember that I am not able to give any investment advice because doing so would upset the SEC and make me out to be a security which the Liberals in California would love to see me go down just so they can go after some old associates and interfere with a Presidential Election.

Having said that, when it comes to CV well I am going to kickstart that off again and let people convert (with legal guidance of course so no SEC issue) but you are free to write anything off if you choose to.

As far as the Aml Bitcoin, we will be listed on another exchange within the next few weeks.

Hope you are doing well my friend.

Marcus

On Wed, May 27, 2020 at 1:50 PM mike witte <​█████████> wrote:
> Marcus,
> Greetings! Hope this message finds you and your family well. I have a final tranche of AML tokens to transfer to the AML wallet today, then I will have transferred them all. Will the token wallet then be obsolete? I have been looking at the prices of ABTC on Coingecko and the prices have varied from $0.40- $2.16 (January). What strategy would you think should be taken with such an amount of ABTC that I possess? The volume of trades on HitBTC is pretty anemic currently. I know you cannot project prices (who can?) but what is the future of this particular digital currency. I am in an investment organization called Banyan Hill Publishing and there are many different ways one can make investments through this research and publishing company and they have an individual named Ian King who is their Crypto guru. He advises on a variety of choices in that realm. He may be a good sounding board for you if you would want to email him info on ABTC. He would be at █████████ I would like to monetize my ABTC investment at some point in time but I do not know the best strategy. Hold and wait is what I am doing now as the $ volume /day is very low on HitBTC for our coin. Also, if I decide to take the Cross Verify investment as a tax loss, is there a legal document that indicates it is an insolvent company? I have a corporate stock certificate that I would copy for my accountant when I file my taxes next year.
>
> Regards,
> Mike Witte

On Friday, May 15, 2020, 01:36:11 PM CDT, Marcus Andrade <ceo@amlbitcoin.com> wrote:

Hey Mike,

How are you doing partner?

You already completed the hardest part. Everything else is easy.

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1448**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

FBI-302-006855

EX1448-001

*DO NOT DELETE YOUR AML TOKEN WALLET.

Look at these videos below. Remember, you can run BOTH your aml TOKEN wallet and your AML BITCOIN wallet at the same time. Those are two DIFFERENT wallets. The videos do say Beta Wallets. We do need to update the videos but it is the same process for the production live wallets.

https://www.youtube.com/watch?v=ztwyqpmlSzU

https://www.youtube.com/watch?v=0ggO9Wj1n98

On the amlwallet.com platform, download your Aml Bitcoin wallet. It is easy. Be sure to pin the wallet to your took bar at the bottom of your screen.

Also, remember your Verification Address is NOT THE SAME as your wallet address. Please look at the videos above.

When you are done, make sure to backup your wallet.
https://www.youtube.com/watch?v=y8qegk3gdG0

Afterwards, go to the amlwallet.com platform and go to TokenSwap. Look at the video below.
You will be generating a aml TOKEN wallet address. Then open up your TOKEN wallet and send a small transaction over. Within 72 hours you should see the Tokens you sent converted and showing up in your AML BITCOIN wallet. After you see them, then go on your Token wallet and send the balance over to the platform.

https://www.youtube.com/watch?v=c2zenzZsSKI

So did you want me to repurchase those coins back? :-)

Have a good one Mike.

Marcus


On Fri, May 15, 2020 at 6:35 AM mike witte <​███​> wrote:
Marcus,
I have completed ID verification for the amlwallet. What now?
No rush,
Mike Witte

On Wednesday, April 22, 2020, 10:36:51 AM CDT, Marcus Andrade <ceo@amlbitcoin.com> wrote:


Hello Mike,

Sorry I have been tied up. Please go to www.amlwallet.com and create an account. After you have registered and confirmed your verification email, click on the verification tab so that you can complete the ID verification process.

Make sure you have a copy of your driver's license and passport already saved to your computer. That will make things go faster.

*Also, if you have having to email yourself a copy of your PP or DL, make sure to download it and open it up first and then save it. If you save it straight from the download option, it will compress the size of the photo and the system will reject it.

Here is a video that shows the IDV process.

https://www.youtube.com/watch?v=kveDOKVIngo

After you have been through ID Verification, let me know.

FBI-302-006856

EX1448-002

Thanks,

Marcus

On Fri, Apr 17, 2020 at 9:11 AM mike witte <​██████████​> wrote:
I am available today, Marcus.

I can be reached at 515-240-3944.

Mike

On Thursday, April 16, 2020, 11:21:35 AM CDT, Marcus Andrade <ceo@amlbitcoin.com> wrote:

Hello Mike,

We have done a soft launch of the AML Bitcoin.

Before we do a full launch, I would recommend we get you converted over from the Token to the AML BITCOIN that has all the specialized features.

We have already converted over 1M tokens.

Let me know your availability today or tomorrow.

Thanks

--

Marcus Andrade

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to legal@amlbitcoin.com. Thank you.

--

Marcus Andrade

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to legal@amlbitcoin.com. Thank you.

--

Marcus Andrade

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to legal@amlbitcoin.com. Thank you.

--

FBI-302-006857

EX1448-003

Marcus Andrade

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to legal@amlbitcoin.com. Thank you.

FBI-302-006858

EX1448-004