Message

**From:** David Hargreaves [█████████]
**Sent:** 11/7/2017 3:36:29 PM
**To:** Marcus Andrade [ceo@amlbitcoin.com]
**CC:** Japheth Dillman [█████████]
**Subject:** SHIFT outreach

Hi Marcus

It was good to talk earlier and I have since had a conversation with Japheth to talk through a few things which was helpful. I have tried to lay it all out there.

*Our scope:*
Our current scope covers creating content and pitching news and issues to journalists and media outlets (but not the specialist cryptocurrency investors that I believe ICObox is doing). I have put details below at the bottom of this email but it is getting exposure for clients in the media

*What we need to be successful:*
I'd be lying if I say we have been surprised at journalists total skepticism towards what AMLBitcoin is doing but we feel there are some key things that we can do to ally that skepticism and help us to secure interest from journalists to write stories. Here are some of the things we want to do as part of creating credibility, stories and issues commentary:

*Credibility:*
- You are clearly a successful tech entrepreneur we need to create your story
  o Previous tech successes and exits
  o Your Involvement in biometrics and how you tackled the problem
  o The story of Attencoin, its creation and value (we need to decide if/how we leverage this)
  o The story of the creation of the patents

*Your Point Of View*
There are a number of topics that journalists are writing about/or which we can pitch:
- Government adoption of cryptocurrencies
- Amazon adoptions of cryptocurrencies
- The alternatives to interbank transfers
- Stock exchanges and the potential for cryptocurrencies
- Bitcoin and its future roadblock

*Your News/Deals/Announcements*
This is the hard bit, because while you are having lots of conversations which are incredibly impressive given the level you are operating at, in order to sell a story to a journalist we need either a deal signed or a third party organization to speak on our behalf. How many times have you seen a story saying: "Company x (that you have never heard of) has had discussions with Organization Y". A reputable journalist can't write that story. I appreciate all the trouble you went to, to get the Panama story approved but for any future stories like this can I urge you to involve us so at least we can try to create a story out of nothing in the hope we can get it signed off. If we take the Panama story, I had a quick conversation with Japheth and tried to come up with

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1453**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

CONFIDENTIAL

ANDRADE_DOJ00000_00023069
ANDRADE_DOJ_00023069
EX1453-001

some angles that would turn it into more than a "company x has discussions with company y". Here are some suggestions:

"Panamanian Industries and Government Departments Commit to Adopting AML-compliant currencies and are considering cryptocurrency alternatives"
"Panamanian industries are in discussions to adopt alternative currencies including AML-compliant cryptocurrencies as a way to move away from cash"
"Panamanian industries are evaluating the viability of AML-cryptocurrencies as it seeks to be AML-compliant."

The important points that we include are:
- A commitment broadly to a cryptocurrency (we don't need to say they have chosen AML Bitcoin because we realise they can't announce that yet)
- A quote from Roberto Roy or permission for us to refer a journalist to him

*Input into Creating Stories:*
We wanted to arrange a time to talk to you to get answers to whole bunch of questions that will help us better pitch you, the AMLBitcoin story and future deals/discussions as effectively as possible. We obviously never got any times back from you In addition we wanted input to get your POV on issues like Amazon, the success of Bitcoin, government adoption of cryptocurrencies etc. Its hard for us to just make this stuff up.

For example, one thing we could do is try to push the platform (we realize your currency is the priority) but we could pursue a story such as: "AMLBitcoin launches AML-compliant cryptocurrency platform to target companies like Amazon looking to set up a Cyrpotcurrency"

*Content Syndication*
I realize that there is in no intrinsic value in posting content on your web site but it does mean that we can then promote that content through organic and paid means. This will also give you some SEO link equity for AML-compliant cryptocurrency. Separately we can share with you our distribution plan for content in the absences of stories that are strong enough to get journalists to write about.

I hope this helps. I will be the first to admit that we underestimated the impact of not having public credibility in the space and of being such a young and raw startup because we work with startups the whole time. If I don't feel we can use the current 15K per month effectively, I'll be the first to turn round and say lets put it on hold until we have more to work with. However, I do think with some more input and collaboration we can give it a better shot and explore alternative routes.

David


*Scope*
- Development of press release announcing the company launch and FAQ document
- Develop content that highlights the importance of tying biometrics to a cryptocurrency for the first time
- Development of press releases announcing specific deals and partnerships
- Securing quotes and validation from key partners such as Uphold
- Development of select thought leadership messaging on the issues surrounding Cryptocurrencies and the potential for complaint currencies to disrupt the financial services and other industries.
- Development of byline articles on by Marcus Andrade and Japheth Dillman on key regulatory, technology and security leadership themes • Briefing and background documents for secured press and influencer interviews

CONFIDENTIAL

ANDRADE_DOJ00000_00023070
ANDRADE_DOJ_00023070
EX1453-002

- Development of additional news, partner, product announcements during October through January

Media Outreach:
- Off the back of the above data analysis, SHIFT will develop a media and influencer database to track targets and relationships across both specialist and mainstream media.
- Development of key pitch narratives to target media and influencers for meetings/interviews
- Setting up interviews between the media, influencers and AML Bitcoin spokespeople off the back of news announcements and issues
- Targetting conferences for speaking opportunities

**David Hargreaves** | Managing Director
**SHIFT Communications, Inc.**
Cell: ███████ 7814 | email: ████████████████ | web: www.shiftcomm.com
blog: www.shiftcomm.com/blog

CONFIDENTIAL

ANDRADE_DOJ00000_00023071
ANDRADE_DOJ_00023071
EX1453-003