**AML BITCOIN Proposal Superbowl Jan 16 17.docx**

| | |
|---|---|
| From: | John Bryan <"/o=exg7/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=02ca3a3793cf4e89af17915186e8fa01-jbryan"> |
| To: | ▮▮▮▮▮▮▮▮▮▮ |
| Date: | Tue, 16 Jan 2018 18:53:29 -0800 |
| Attachments: | AML BITCOIN Proposal Superbowl Jan 16 17.docx (56.65 kB) |

First draft of the proposal. I am going to write the financial section now……

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1459**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

FBI-302-009949
EX1459-001

# AML BITCOIN PROPOSAL FROM THE WATLEY GROUP

The Watley Group and will negotiate and purchase a 30 second super bowl commercial from NBC which will air at some time during the game. The commercial will be created and produced on or before January 28, 2018 for NBC and the NFL to review and approve. NBC wants to see the script and storyboards within a few days.

The outline of the commercial has been provided by AML as follows:

The ad would open with a shot of a North Korean Government ministry (foreboding, Soviet style scary megalopolis), with the words "North Korean Ministry of Bitcoin Acquisition" or something like that.

Cut to a large, ornate hall, with a small table bearing a desk top computer. Sitting at the desktop is a funny looking North Korean cyberwarrior in military uniform. He is sweating and extremely nervous, furiously typing away trying to hack into AML Bitcoin. Standing over him, imperiously screaming at him is a Kim Jong Un doppelganger, demanding to know, having already stolen billions of dollar of bitcoin, ethereum, litecoin, ripple and others, he cannot successfully steal the AML Bitcoin.

Kim can be swearing in Korean, with subtitles, or he can be speaking broken English (not sure on this part). The rest of the ad is either narration or titles explaining that this is the only coin Kim cannot steal, and directing the viewers to participate today by going to amlbitcoin.com. or something like that.

I was thinking that a coda with a tag line by Kim of something like "Now, I wanna cry!" might be funny, though not sure how many know that that's the name of the hack the Norks created.



As soon as we have the green light, we will engage our A list team to write and produce the commercial within this time frame. The cost estimates provided to us by third parties range from $350,000 to $500,000 depending on whether we have outdoor scenes (which are not planned at this time). One possible strategy will be to produce a second commercial at the same time with the same cast if AML thinks wants a second commercial. This would save a lot of money over having a second shoot.

Phase 1: The producer/writer will write the commercial and storyboard it within 3 days. The Casting Director will be engaged right up front so that we have secured the cast.

Phase 2: We will be negotiating with NBC over the next week to agree terms for the commercial. In the event that the NBC or the NFL turn us down for any reason, we will proceed to buy media time on global platforms.

Our media buying company will be Group M the largest media buying group in the world and a wholly owned division of WPP (Chet worked there for many years).

Our media buy strategy has 2 plans. First to buy global financial and news platforms with emphasis on territories targeted by AML. Japan, Korea, and the UK have been suggested as initial targets. The platforms will be Bloomberg, CNBC, CNN, and MSNBC. The second strategy will be to do regional buys in individual territories for these same platforms.

Cost and Cash Control:

There are 2 options:

1. AML can make all cash distributions directly to third party vendors. We would need a very precise system for Watley approval and AML immediately making wire transfers without any delay.
2. Or, Watley can make all third party payments to vendors.

We are indifferent to how AML wants to control cash.


Once the script is written and the storyboards finished we will present the ad to the NBC for review and to get their initial approval (subject to final review of the spot). In the event NBC rejects the ad, we will release it as the commercial they did not want you to see.

## RE: Super Bowl Commercial

**From:** John Bryan <"/o=exg7/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=02ca3a3793cf4e89af17915186e8fa01-jbryan">
**To:** Jack Abramoff <▓▓▓▓▓▓▓>, ▓▓▓▓▓▓▓
**Date:** Tue, 16 Jan 2018 17:33:35 -0800

WORKIN G ON IT NOW
John
Telephone: ▓▓▓-8889
Mobile: ▓▓▓-9131
Email: ▓▓▓
Website: www.watley.com
See the E-Mail Disclaimer on our website.

**From:** Jack Abramoff [mailto:▓▓▓]
**Sent:** Tuesday, January 16, 2018 5:26 PM
**To:** John Bryan ; ▓▓▓
**Subject:** RE: Super Bowl Commercial

How are you guys doing on the proposal?

**From:** John Bryan [mailto:▓▓▓]
**Sent:** Tuesday, January 16, 2018 2:40 PM
**To:** Jack Abramoff ▓▓▓ >; ▓▓▓
**Subject:** RE: Super Bowl Commercial

Love it… lol…
John
Telephone: ▓▓▓-8889
Mobile: ▓▓▓-9131
Email: ▓▓▓
Website: www.watley.com
See the E-Mail Disclaimer on our website.

**From:** Jack Abramoff [mailto:▓▓▓]
**Sent:** Tuesday, January 16, 2018 12:41 PM
**To:** ▓▓▓
**Cc:** John Bryan ▓▓▓
**Subject:** Super Bowl Commercial

Hi Chet. Here is my take on the ad, though of course the creative guys should smooth this out.
The ad would open with a shot of a North Korean Government ministry (foreboding, Soviet style scary megalopolis), with the words "North Korean Ministry of Bitcoin Acquisition" or something like that.
Cut to a large, ornate hall, with a small table bearing a desk top computer. Sitting at the desktop is a funny looking North Korean cyberwarrior in military uniform. He is sweating and extremely nervous, furiously typing away trying to hack into AML Bitcoin. Standing over him, imperiously screaming at him is a Kim Jong Un doppelganger, demanding to know, having already stolen billions of dollar of bitcoin, ethereum, litecoin, ripple and others, he cannot successfully steal the AML Bitcoin.
Kim can be swearing in Korean, with subtitles, or he can be speaking broken English (not sure on this part). The rest of the ad is either narration or titles explaining that this is the only coin Kim cannot steal, and directing the viewers to participate today by going to amlbitcoin.com. or something like that.
I was thinking that a coda with a tag line by Kim of something like "Now, I wanna cry!" might be funny, though not sure how many know that that's the name of the hack the Norks created.