# Re:

| | |
|---|---|
| From: | Japheth Dillman <[redacted]> |
| To: | Jack Abramoff <[redacted]> |
| Cc: | Marcus Andrade <ceo@amlbitcoin.com> |
| Bcc: | [redacted] |
| Date: | Thu, 26 Oct 2017 21:36:50 -0700 |

I saw it, sending it along, and having a talk with the team (Shift)

On Thu, Oct 26, 2017 at 9:16 PM, Jack Abramoff <[redacted]> wrote:

> I just sent back a revised press release. I hope the future releases don't suck that badly, but whatever. I wanted to mention an issue that will hit us less than 24 hours from now: the Sabbath. I am out of commission, as you know, every Friday sunset until Saturday night dark. This week (in DC) that's 6 PM Friday until 7 PM Saturday night. Since I can't look at my computer, what do we do about any drafts that they send? can one of you nab them and either redo them or get them to Neil?

**From:** Japheth Dillman [mailto:[redacted]]
**Sent:** Thursday, October 26, 2017 8:47 PM
**To:** Marcus Andrade <ceo@amlbitcoin.com>
**Cc:** Jack Abramoff <[redacted]>
**Subject:** Re:

```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
       TRIAL EXHIBIT 1465
    CASE NO.: CR 20-249 RS
    DATE ENTERED_____
    BY_____
            DEPUTY CLERK
```

Ok, thanks for the heads up. I'm forging some agreements to buy a large bulk (in the millions)

Sent from my iPhone

On Oct 26, 2017, at 8:02 PM, Marcus Andrade <ceo@amlbitcoin.com> wrote:

> Japheth,
>
> I saw the Telegram exchange on the press releases being held up by Neil. Obviously we can't have that. I have loaded up a huge workload for Neil, most of which is urgent, so I think we should take him out of this press loop.
>
> I also want you focused on getting this ICO moving as fast as possible, and with the amount of stuff you are having to handle, I think we need a different approach other than you doing the press release reviews.
>
> I have asked Jack to help us with this. I want them to send all press release drafts to press@amlbitcoin.com, which I will forward to Jack's email.
>
> He will review and then send back any comments or approvals to your email.
>
> Please be on the lookout for them, strip out any mention of Jack and just forward back to the PR team.
>
> --

Marcus Andrade, Founder

NAC Foundation, LLC

7495 W. Azure Drive

Las Vegas, Nevada 89408

█████████4038

--
Japheth Dillman
CEO & Co-Founder



Mobile: ████████-5458
Skype: ███████
email: ████████████

FBI-PHY-073477

EX1465-002