**Message**

**From:** Kris Kitto [████████]
**Sent:** 10/4/2017 3:50:39 PM
**To:** Marcus Andrade [ceo@amlbitcoin.com]
**CC:** AMLBitcoin [amlbitcoin@shiftcomm.com]; Japheth Dillman [████████]
**Subject:** Contact information

Marcus – Thanks so much for your time today in explaining the ICO process to us and helping fill in other details.

Per our discussion, it'd be great if you could:

-send us a copy of the press release;

-put us in touch with your Bitcoin PR Buzz contact, Blake; and

-put us in touch with HitBTC marketing contact, Nick.

You can direct them to use our team email, which is AMLBitcoin@shiftcomm.com. That's the best way to reach us.

Also, for your background, and in case it's needed for the above actions, here's our team roster:

David Hargreaves (managing director)
Kris Kitto (account director)
Cassie McAllister (senior account executive)
Hannah Lurie (account executive)
Kate Kelly (account coordinator)

Thanks again! We're thrilled to be working with you and Japheth.

Kris

**Kris Kitto** | Account Director
**SHIFT Communications, Inc.** A Google Analytics Certified Partner
office: ████.8441 | cell: ████7804 | email: ████████ | web: www.shiftcomm.com
blog: www.shiftcomm.com/blog

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1467**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

CONFIDENTIAL

ANDRADE_DOJ00000_00022254
ANDRADE_DOJ_00022254
EX1467-001