**From:** Moynihan, Timothy (NBCUniversal) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8A8EEC52DC514324B0F3D8E1D125AFE2-MOYNIHAN, T]
**Sent:** 7/12/2018 12:27:21 PM
**To:** McCavanagh, Kieran (NBCUniversal) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=13ed26d629544df3b4466b0b1dfbf807-Mccavanagh,]
**Subject:** FW: [EXTERNAL] Re:

Tim Moynihan
▇4494 (w)
▇1836 (m)

**From:** Moynihan, Timothy (NBCUniversal)
**Sent:** Wednesday, January 31, 2018 11:36 AM
**To:** McCavanagh, Kieran (NBCUniversal)
**Subject:** Re: [EXTERNAL] Re:

I am just in Melvin's now

On Jan 31, 2018, at 11:34 AM, McCavanagh, Kieran (NBCUniversal) <▇> wrote:

> Lisa, I just wanted to follow-up regarding the pre-game rates and see if you had a minute to connect. Can you please call me when you have a second. Thanks.
> Kieran
> **KIERAN C. MCCAVANAGH**
> **NBC SPORTS GROUP**
> **VP, NBC SPORTS SPONSORSHIPS**
> 30 Rockefeller Plaza | 1221 Campus: 29A-80 | New York, NY 10112
> P: ▇-4078 C: ▇-9267 F ▇3011
> www.nbcsports.com
>
> **From:** Lisa Schneider [mailto:▇]
> **Sent:** Tuesday, January 30, 2018 2:58 PM
> **To:** Moynihan, Timothy (NBCUniversal) <▇>
> **Cc:** McCavanagh, Kieran (NBCUniversal) <▇>
> **Subject:** Re: [EXTERNAL] Re:
> Working on getting this.
> Stay tuned.
> **Lisa Schneider**
> Senior Director of Media and Marketing
> Executive Media Communications, Inc.
> ▇3932 (o) | ▇3931 (f)
>
> **From:** Moynihan, Timothy (NBCUniversal) <▇>
> **Sent:** Tuesday, January 30, 2018 2:43 PM
> **To:** Lisa Schneider
> **Cc:** McCavanagh, Kieran (NBCUniversal)
> **Subject:** Re: [EXTERNAL] Re:
> Lisa,
> Is there an agency of record letter that you can share from the client?
> This client has come up recently with another agency.

CONFIDENTIAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1474**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

NBCU_046
FBI-MAIN-0002270

EX1474-001

Thanks,
Tim

On Jan 30, 2018, at 10:47 AM, Lisa Schneider <​███​> wrote:

**AMLB-ONLINE MASTER**
Password: **AMLB!**

**Lisa Schneider**
Senior Director of Media and Marketing
Executive Media Communications, Inc.
███.3932 (o) | ███.3931 (f)

---

**From:** McCavanagh, Kieran (NBCUniversal) <​███​>
**Sent:** Tuesday, January 30, 2018 10:47 AM
**To:** Lisa Schneider
**Cc:** Moynihan, Timothy (NBCUniversal)
**Subject:**
**KIERAN C. MCCAVANAGH**
**NBC SPORTS GROUP**
**VP, NBC SPORTS SPONSORSHIPS**
30 Rockefeller Plaza | 1221 Campus: 29A-80 | New York, NY 10112
P: ███4078  C: ███-9267  F ███-3011
███
www.nbcsports.com

CONFIDENTIAL

NBCU_047
FBI-MAIN-0002271

EX1474-002