**From:** Moynihan, Timothy (NBCUniversal) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8A8EEC52DC514324B0F3D8E1D125AFE2-MOYNIHAN, T]
**Sent:** 7/12/2018 12:22:50 PM
**To:** McCavanagh, Kieran (NBCUniversal) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=13ed26d629544df3b4466b0b1dfbf807-Mccavanagh,]
**Subject:** FW: [EXTERNAL] Re: Agency of Record

Tim Moynihan
▇4494 (w)
▇1836 (m)

**From:** Moynihan, Timothy (NBCUniversal)
**Sent:** Wednesday, January 31, 2018 9:30 AM
**To:** Melvin, Robert (NBCUniversal)
**Subject:** Fwd: [EXTERNAL] Re: Agency of Record

FYI.

Begin forwarded message:

> **From:** Lisa Schneider <▇>
> **Date:** January 31, 2018 at 9:08:04 AM EST
> **To:** "▇" <▇>, "▇" <▇>
> **Subject:** [EXTERNAL] Re: Agency of Record
>
> Hi,
>
> If there's anyway you can let us know by 1030am if you guys are able to run it. I understand it would still need to be approved by the NFL, but at least we'll know if we made it through the first approval round.
>
> Please advise.
>
> Thanks,
>
> **Lisa Schneider**
> Senior Director of Media and Marketing
> Executive Media Communications, Inc.
> ▇3932 (o) | ▇3931 (f)
>
> **From:** Lisa Schneider
> **Sent:** Tuesday, January 30, 2018 3:30 PM
> **To:** ▇
> **Subject:** Fw: Agency of Record
> Hi,

CONFIDENTIAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1475**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

NBCU_048
FBI-MAIN-0002272
EX1475-001

Please confirm if this will suffice.

Thanks,

**Lisa Schneider**
Senior Director of Media and Marketing
Executive Media Communications, Inc.
███ 3932 (o) | ███ 3931 (f)

---

**From:** Marcus Andrade <>
**Sent:** Tuesday, January 30, 2018 3:23 PM
**To:** Lisa Schneider
**Subject:** Agency of Record

Dear Ms. Schneider,
I want to confirm that Executive Media Communications, Inc. is our official Agency of Record for the AML BitCoin and our company, NAC Foundation, LLC, in our efforts to promote our ad for the Super Bowl.
Sincerely yours,
Marcus Andrade
CEO
NAC Foundation, LLC

--

Marcus Andrade, Founder
NAC Foundation, LLC
7495 W. Azure Drive
Las Vegas, Nevada 89408
███ 4038

CONFIDENTIAL

NBCU_049
FBI-MAIN-0002273

EX1475-002