

# California Secretary of State

**Business Programs Division**
1500 11th Street, Sacramento, CA 95814

---

**Request Type:** Certified Copies
**Entity Name:** NAC PAYROLL SERVICES, INC.
**Formed In:** CALIFORNIA
**Entity No.:** 4099529
**Entity Type:** Stock Corporation - CA - General

**Issuance Date:** 01/15/2025
**Copies Requested:** 1
**Receipt No.:** 009021220
**Certificate No.:** 285347736

---

### Document Listing

| Reference # | Date Filed | Filing Description | Number of Pages |
|---|---|---|---|
| 19539238-1 | 01/17/2018 | Initial Filing | 2 |
| 19539244-1 | 02/02/2018 | Statement of Information | 1 |

** **** ****** ******** End of list ******** ****** **** **

---

I, SHIRLEY N. WEBER, PH.D., California Secretary of State, do hereby certify on the Issuance Date, the attached document(s) referenced above are true and correct copies and were filed in this office on the date(s) indicated above.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California on January 15, 2025.

**SHIRLEY N. WEBER, PH.D.**
Secretary of State

To verify the issuance of this Certificate, use the Certifcate No. above with the Secretary of State Certification Verification Search available at **biz**fileOnline.sos.ca.gov.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1477**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK