# State of California
## Secretary of State

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

S

**FU27657**

**FILED**
In the office of the Secretary of State
of the State of California

**FEB-02 2018**

This Space for Filing Use Only

---

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1478**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

---

1. **CORPORATE NAME**
NAC PAYROLL SERVICES, INC.

2. **CALIFORNIA CORPORATE NUMBER**
C4099529

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 17.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| # | Address | City | State | Zip Code |
|---|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | 2915 MANION DRIVE, MISSOURI CITY, TX 77459 | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | 20501 VENTURA BLVD. #262, WOODLAND HILLS, CA 91364 | | | |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| # | Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ | MARCUS ANDRADE | 2915 MANION DRIVE, MISSOURI CITY, TX 77459 | | | |
| 8. SECRETARY | MARCUS ANDRADE | 2915 MANION DRIVE, MISSOURI CITY, TX 77459 | | | |
| 9. CHIEF FINANCIAL OFFICER/ | MARCUS ANDRADE | 2915 MANION DRIVE, MISSOURI CITY, TX 77459 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| # | Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| 10. NAME | MARCUS ANDRADE | 2915 MANION DRIVE, MISSOURI CITY, TX 77459 | | | |
| 11. NAME | | | | | |
| 12. NAME | | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS
ROBERT ABRAMOFF

15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**   CITY   STATE   ZIP CODE
20501 VENTURA BLVD #262, WOODLAND HILLS, CA 91364

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
PAYROLL SERVICES

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 02/02/2018 | MARCUS ANDRADE | CEO | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 (REV 01/2013)   Page 1 of 1   APPROVED BY SECRETARY OF STATE

Certificate Verification No.: 285347736   Date: 01/15/2025

FBI-MAIN-0052383

EX1478-001