**AML Blockchain** @AMLBitcoin · Jan 23
Cryptocurrency's Future May Be Now via @usnews: bit.ly/2vTOmf2 #ICYMI #Blockchain #Crypto #Cryptocurrency #BTC #Bitcoin

**Cryptocurrency's Future May Be Now**
How San Francisco could help change the way we think about money.
usnews.com

**AML Blockchain** @AMLBitcoin · Jan 22
This is the final phase of the AML Token Sale! Learn more and purchase AML Tokens at amltoken.com. #DigitalCurrency #BTC #Bitcoin #Crypto #Cryptocurrency #Blockchain #ICO #TokenSale #ICOs #Tokens #InitialCoinOffering

TOKEN SALE, PHASE 3

---

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1479**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

FBI-PHY-110772

EX1479-001