**AML Blockchain** @AMLBitcoin · 4 Oct 2017

AML Bitcoin strides onto the world stage. Upgraded cryptography can defeat sanctions evasion @washtimes washingtontimes.com/news/2017/oct/... #btc #token



AML Blockchain Retweeted

**Latticework Wlth Mng** @latticeworkwlth · 3 Oct 2017
Larry Fink Says Cryptocurrencies Show Level of Money Laundering: #cryptocurrencies #bitcoin #Ethereum #AML

Larry Fink Says Cryptocurrencies Show Level of M

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1481**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

FBI-PHY-111002
EX1481-001