InPrivate https://twitter.com/AMLBitcoin Twitter, Inc. [US] Search...

(1) AML Blockchain (@AMLBit... ×

File Edit View Favorites Tools Help

Surface

Twitter has a new Terms of Service and Privacy Policy, effective May 25, 2018. Learn more Got it

Home Moments Search Twitter Have an account? Log in

2 2

**AML Blockchain** @AMLBitcoin · 18 Sep 2017

Cryptocurrency's Future May be Now: Meet AML Bitcoin

coinspeaker.com/2017/09/18/cry...

#btc #amlbitcoin #money #finance #eth #xrp #ltc #dsh #rt #ltc

**Cryptocurrency's Future May be Now: Meet AML Bitcoin – CoinSpeaker**

The public often feels somewhat split about the new advances in technology – they can be both exciting and daunting. Some inventions enter the mains...

coinspeaker.com

73 8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1482**
CASE NO.: CR 20-249 RS
DATE ENTERED________
BY__________________
DEPUTY CLERK

Type here to search 9:36 AM 5/27/2018