**Message**

**From:** Marcus Monex [▓▓▓▓▓]
**Sent:** 11/15/2015 11:46:48 AM
**To:** Corey Jodoin [▓▓▓▓▓]; Jodoin - Brandi [▓▓▓▓▓]
**Subject:** Fw: My Comments for Q&A - Kathy Ireland
**Attachments:** Marcus Response to KI_TP.docx; Kathy Ireland Corey Questions-Answered_TP.docx; Suggestions for Mark Response to KI_TP.docx

On Saturday, November 14, 2015 4:02 AM, "▓▓▓▓▓" <▓▓▓▓▓> wrote:

Dear Marcus and Corey,

Attached please find my suggestions (in track mode) for answering Kathy Ireland.

Besides comments for Marcus and Corey's answers, I also attached my quick suggestions for those questions to be answered by Mark.

As I don't have Mark's email, Marcus, please forward my suggestions to Mark if you are happy with my suggestions.

Best regards,
Terence

---

**From:** Marcus Monex
**Sent:** 2015年11月14日 13:26
**To:** Terence Poon
**Subject:** Take a Look when you can.

Questions and Answers for Corey and Marcus.

Partner, I leave to Los Angeles in a few hours. I am off to sleep. Please review Q & A's so I can study them and be prepared.

Thanks,

Marcus

CONFIDENTIAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1496**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

ANDRADE_DOJ00000_00058624
ANDRADE_DOJ_00058624
EX1496-001