1.  Marcus, on a high level, how has Aten Coin overcome these challenges?  (RESPONES TO COREY ANSWER about pitfalls)

    Aten Coin has overcome these challenges by developing a groundbreaking new cryptocurrency and transaction network which uses a state-of-the-art system that is secure, affordable and easy to use. Additionally, we have created a coin that is KYC, AML and Patriot Act compliant, inflation- and theft-resistant, in line with the Bank Secrecy Act, and every other major financial regulatory agency in the world.

2.  Marcus, why did you start the NAC foundation?

    I was a huge fan of the first generation digital currency.  My associates and I started to see how it lacked consumer protection features and couldn't keep criminals from using it. I am a former Marine and proud to be an American citizen, I felt it was time to develop the next generation digital currency that could protect and also help our country and that is the Aten Coin.

3.  Marcus, what is the need for digital currencies?

    As you know, when we put our money into a commercial bank they use it to trade on financial markets and make a profit. It seems like a solid arrangement, but as we saw during the global financial crisis of 2008, trusting that your money will always be safe in these types of institutions is very naive. We don't generally view consumer banking as a personal risk, but it actually is. The Aten Wallet is like having your own private bank with money that can never be lost to corporate banking politics or reckless and greedy business decisions. Governments as we know cannot bail out banks continually and what happens is the further weakening of our social infrastructure. Budget cuts for this type of ill management result in the reduction of educational and social programs—money is not there for things people and children really need in this country as a result.

    Furthermore substantial amount of people, such as elderly, minorities, immigrants and disabilities, cannot get access to banking services. Let me provide you a figure. One-third of the U.S. population is either underbanked or unbanked. Most of them have low income. It is too expensive for them to use such services. Cryptographic digital currency provides a new alternative for unbanked people to bank their assets.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1497**
CASE NO.:  CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

CONFIDENTIAL

ANDRADE_DOJ00000_00058625
ANDRADE_DOJ_00058625
EX1497-001

Another niche of digital currencies is its capability in simplifying the operation processes for money transactions. High payment processing fee is a headache problem faced by online shops. Digital currencies provide a cheap and efficient solution to this problem.

Moreover, using bank services to transact money across national borders are very expensive. When using digital currencies, the fees for cross-border transactions are extremely low. They are just the same as those for local transactions. This is particularly important for overseas workers.

4. Marcus, tell us about the safety features of digital currencies?

Users are not allowed to obtain an Aten Coin Digital Wallet address for receiving and sending atencoins without having their legal identity verified. Therefore, if a hacker ever hacks an Aten Coin listed exchange and tries to steal Aten Coins, not only is there certain credentials he must know in order to send out Aten Coins, he must also have an Aten Coin Wallet address to receive the coins. Therefore, we know exactly who he is and have the ability to actually trace his location.

We are in the process of creating a database for government officials and banks to identify any suspicious Aten Coin transactions.

In an effort to make sure all bad people stay away, the Aten Coin User Database is compared to the;

- FBI's most wanted list
- Office of Foreign Assets Control List, both Specially Designated and Consolidated List.
- The BIS Denied Persons List
- Canadian OSFI List
- Europe HM Treasury Sanctions List
- European Union Sanctions List
- United Nations 1267 List.

In terms of customer security, Aten Coin uses multiple rounds of 11 different hashes, thus making it one of the safest and sophisticated modern cryptocurrencies.

5. Lastly, Marcus how do you envision the future for Aten Coin?

   As the popularity of the Aten Coin grows with consumers and merchants, I would love to see the shopping and purchasing experience cast an all encompassing net. This would enable people to use Aten Coin to purchase a cup of coffee, groceries, clothing, real estate, gasoline, vacations, pay bills and invest.

CONFIDENTIAL