Corey Questions

1. Corey, will you please expand on some of the downfalls associated with first generation digital currencies?

   Downfalls happen in the digital currency market when bad people find a way to use them for unethical things. NAC Foundation consider the most dangerous of those to be: money laundering, financing of terroristic activities, theft and fraud .

2. Corey, what is your demographic? Are people of all ages interested in digital currency?

   In my opinion, I would say yes, our primary demographic is widely ranged between 18-75people of all ages worldwide.

   For example, let's start with the elderly, substantial amount of them do not have bank accounts, imagine the safety and security that a digital currency can provide for them—we are able to protect their assets in a vastly different world then the one they grew up in, through advancements in online technology. However, the first generation is highly susceptible to theft. With our ground-breaking theft-resistance feature, Aten Coin is a perfect solution for unbanked population to bank their assets.

   Because of payment issue, online shopping is almost impossible for unbanked people. In 2014, retail e-commerce sales in U.S. were 237 billion USD. Let's imagine: it is free of charge for anyone to open an Aten Wallet account; moreover, fees for Aten Coin transactions are extremely low, less than 0.1 US cents. Aten Coin can help online shops to penetrate into such huge, but under-explored, unbanked population.

   Similar to the case of online shopping. Oonline gamers of all ages can use the Aten Coin to purchase games and associated products. Indeed a large number of online gamers are unbanked teenagers.

   Parents are interested in electronic forms of money for their young teens. They want to give them purchasing power especially via the internet, but want to closely monitor spending and do not want their personal accounts accessed.

> **Commented [TP1]:** Although we don't allow people < 18 yrs to register as an Aten Coin user. We are going to provide options of parents to open sub-accounts for their kids.

---

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1498**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

CONFIDENTIAL

ANDRADE_DOJ00000_00058628
ANDRADE_DOJ_00058628
EX1498-001

Parents can soon open subsidiary Aten wallet accounts for their kids. By paying a very low fee, parents can see all transaction details in their subsidiary accounts.

Businesspeople who travel all over the world consistently need to exchange money everywhere they go and that can be a much easier and safer process with Aten Coin digital currency.

~~Online gamers of all ages can use the Aten Coin to purchase games and associated products.~~

People can donate to the charity of their choice with Aten Coin digital currency as well and do so safely and securely.

The beauty of the Aten Coin is its versatility. It is simple enough to be used in all applications and on so many technical levels. Its security is the most complex of its kind for online transactions, we have all but eliminated identity theft and created purchasing power through one method that is secure, fast and 100% compliant.

We also provide a number of wonderful benefits to merchants who are searching for a safe, inexpensive way to sell products and create internet transactions, while facilitating them to get access to the unbanked population . NAC Foundation thinks generationally, we hope to help the young adults of today understand how convenient and easy it is to use the Aten Coin. They get the technology and understand the changing tides of the future, we are providing a safe way to invest and maximize their purchasing  capabilities.

3.  How do you think Aten Coin can help people in developing countries?

The possibilities are truly endless, but imagine a payment system where 100% of donations go directly to the people who need it most. The Aten "Black Gold" Coin and its AtenPay.com platform eliminate the need for donations to pass through multiple hands and there is not an overhead situation. But because we are 100% compliant with the world's top regulatory agencies, we can track every penny to make sure donations arrive safely and help the right people or organizations in need. We can also process the transfer of these donations at a fraction of the cost that some organizations do.

Charitable donations can be made to government funded programs, local organizations and community development initiatives, the purchase of food and clean water, educational funds, small village or town building and sanitation

CONFIDENTIAL

projects. The list is endless. Also, the AtenPay/AtenCoin platform is ideal, because we can process transactions in ANY currency.

The use of AtenPay can greatly reduce the operation cost for small or even home business. Products made in developing countries can be easily sold to worldwide customers through the Internet.

4. Corey, How has Aten Coin evolved in terms of technology and compliance?

Aten Coin has evolved in technology and compliance by generating the next generation digital currency which has a built in Know your customer/anti-money laundering (KYC/AML) compliance system. For us, transparency and compliance are not options, they are required components that are necessary for the Aten Coin to work properly. Furthermore, such technology makes Aten Coin theft resistance.

5. Corey, why do you think - banks and other financial institutions – are more receptive to the use of Aten Coins?

While upholding the complete privacy of our customers. We are able to verify ownership of coin holders, secure and monitor transactions, trace and track identities of senders and receivers, keep recordkeeping efforts transparent, protect coins from theftstealing, and maintain liquidity and stabilize value. Banks, financial institutions and regulatory agencies recognize all of these factors and that's what sets NAC Foundation apart. This year, the ABA, which is the hub for the $15 trillion United States banking industry, welcomed NAC into its organization as a Platinum Service Member.  We know this happened because our mission statement echoes the ABA's government policies, industry diversity, laws, regulations, and risk profiles.

ANDRADE_DOJ00000_00058630
ANDRADE_DOJ_00058630
EX1498-003