DocuSign Envelope ID: 1E3EB9C8-07D3-4B08-85F6-01F222A43272

EX1501-012

|  | Commission Breakdown Statement | Brian Darrow | 6/29/2015 |
|---|---|---|---|
| Client Name | Amount | Bank/processing fees | Amount due to Sales Rep |
| Tom Bowen (TNT_) | 1875 | $13.50 | $744.60 |
| Tom Bowen SR | 1875 | $13.50 | $744.60 |
| Patrick Gaddie | 1500 | $13.50 | $594.60 |
| Total due to Sales Rep | wire fee to send to Rep | $17.00 | $2,066.80 |

DocuSigned by:
Marcus Andrade
77F684046B1D433

6/29/2015

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1501-012**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

1B016-WIRE INTSTRUCTIONS_WIRE DETAILS-000012
FBI-00002266