EX1501-015

| Client Name | Commission Breakdown Statement | | Brian Darrow | 7/10/2015 | |
|---|---|---|---|---|---|
| | Amount | Bank/processing fees | | | Amount due to Sales Rep |
| Linda Voelker | $ 1,020.00 | $43.50 | | wire | $390.60 |
| Michael Witte | $ 5,250.00 | $13.50 | | wire | $2,094.60 |
| Rhode Family Trust | $ 3,750.00 | $0.00 | | check | $1,500.00 |
| Lavern Davidhizer | $ 30,000.00 | $0.00 | | check | $12,000.00 |
| Total due to Sales Rep | wire fee to send to Rep | $17.00 | | | $15,968.20 |

DocuSigned by:
*Marcus Andrade*
77F864048B1D433...

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1501-015**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

1B016-WIRE INTSTRUCTIONS_WIRE DETAILS-000015
FBI-00002269