Case 3:20-cr-00249-RS   Document 671-31   Filed 06/06/25   Page 1 of 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1502**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK



**NAC Foundation, LLC**
7495 W. Azure Drive
Las Vegas, Nevada 89130

# INVOICE
INV-0887

Bill To:
**Scott Bruffey**
▬▬▬▬▬▬▬
Montgomery Village, MD ▬▬

Date: Dec 8, 2017
Payment Terms: NET 10
Due Date: Dec 18, 2017

**Balance Due: $100,000**

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ▬▬▬▬▬▬ | 1 | $100,000 | $100,000 |

Total: $100,000

Terms:
Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment. Please allow up to five (5) days after your wire is sent for your token account to be credited.

Comerica Bank
Account Name: Law Office of Neil M. Sunkin, A Professional Corporation Client Trust Account for NAC Foundation

Bank Address: 5700 Canoga Ave. Woodland Hills, CA 91367
Account Number: ▬▬▬▬▬ 7567
Routing Number: ▬▬▬▬▬
SwiftCode: MNBDUS33

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by Law Office of Neil M. Sunkin, A Professional Corporation ("NMS, APC"), pursuant to rules of the State Bar of California. NMS, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. NMS, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC