## Re: Post ICO Exchange Question

**From:** Info AML BitCoin <info@amlbitcoin.com>
**To:** [redacted]
**Date:** Sat, 16 Dec 2017 09:35:56 -0800

Hi Scott

Thank you for your message. You can purchase the token now at www.amltoken.com. The token will be listed on HitBTC Exchange on Dec. 25, 2017. When the AML BitCoin becomes available which we anticipate will take about 6 months, then before you can exchange your Aml Token to Aml BitCoins, you will have to first get your certified digital identity.

Thank you

On Sun, Dec 10, 2017 at 4:25 PM, <[redacted]> wrote:

> Hi,
>
> I'm considering a large purchase and I had a question: assuming I decide to sell some of my coins off after the 15th, where would I be able to do so? Are any exchanges on board with handling post ICO sales? And if so, which ones?
>
> Thanks!
>
> Best,
>
> --Scott Bruffey

--

Thank you,
Aml BitCoin Team

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1504**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK