**@s.whatsapp.net Jack Abramoff** — 8/20/2017 9:16:42 PM(UTC+0)

i just sent you an email. please read and then let me know when you can chat. thanks

Source file: Jack's iPhone 5a/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x83A6D2 (Table: ZWAMESSAGE, Size: 35024896 bytes)
Jack's iPhone 5a/Applications/net.whatsapp.WhatsApp/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x695F (Size: 31134 bytes)

**@s.whatsapp.net CRDLG** — 8/20/2017 9:39:41 PM(UTC+0)

Will do.

Source file: Jack's iPhone 5a/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x83A472 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 35024896 bytes)

**@s.whatsapp.net CRDLG** — 8/21/2017 12:09:11 AM(UTC+0)

Jack

Source file: Jack's iPhone 5a/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x83A4E0 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 35024896 bytes)

**@s.whatsapp.net CRDLG** — 8/21/2017 12:09:22 AM(UTC+0)

Can you talk?

Source file: Jack's iPhone 5a/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x83A9B7 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 35024896 bytes)

**@s.whatsapp.net Jack Abramoff** — 8/21/2017 11:09:43 PM(UTC+0)

hi Carlos. Anything moving?

Source file: Jack's iPhone 5a/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x83D295 (Table: ZWAMESSAGE, Size: 35024896 bytes)
Jack's iPhone 5a/Applications/net.whatsapp.WhatsApp/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x695F (Size: 31134 bytes)

**@s.whatsapp.net CRDLG** — 8/21/2017 11:54:47 PM(UTC+0)

Yes. I will be meeting in person with 2 close friends to the president. One is a banker (Banco General), the other one is a partner at Morgan & Morgan (largest law firm in Panama).

Source file: Jack's iPhone 5a/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x844D83 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 35024896 bytes)

**@s.whatsapp.net CRDLG** — 8/21/2017 11:55:41 PM(UTC+0)

My plan is to present the opportunity to them with the condition the government will back it up.

Source file: Jack's iPhone 5a/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x844CBB (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 35024896 bytes)

**@s.whatsapp.net Jack Abramoff** — 8/21/2017 11:55:45 PM(UTC+0)

great. Marcus pings me every few hours, in the hope that you can pull this off ( that we can issue some PR on AML Bitcoin being in negotiations on the Canal thing)

Source file: Jack's iPhone 5a/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x844BAA (Table: ZWAMESSAGE, Size: 35024896 bytes)
Jack's iPhone 5a/Applications/net.whatsapp.WhatsApp/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x695F (Size: 31134 bytes)

**@s.whatsapp.net CRDLG** — 8/21/2017 11:57:12 PM(UTC+0)

On the other hand, I'm working on the strategy to approach the Panama Canal Authority's financial person.

Source file: Jack's iPhone 5a/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x844AD6 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 35024896 bytes)

**@s.whatsapp.net Jack Abramoff** — 8/21/2017 11:57:49 PM(UTC+0)

great. that is the most important get at this point.

Source file: Jack's iPhone 5a/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x844A35 (Table: ZWAMESSAGE, Size: 35024896 bytes)
Jack's iPhone 5a/Applications/net.whatsapp.WhatsApp/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x695F (Size: 31134 bytes)

**@s.whatsapp.net CRDLG** — 8/21/2017 11:58:03 PM(UTC+0)

On the Panama Maritime Authority, I already have the appointment to talk to the Director himself. He is my friend.

Source file: Jack's iPhone 5a/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x844959 (Table: ZWAMESSAGE, ZWAGROUPMEMBER, Size: 35024896 bytes)

**@s.whatsapp.net Jack Abramoff** — 8/21/2017 11:58:26 PM(UTC+0)

fantastic!!!! this could be the huge win we need! when are you seeing him?

Source file: Jack's iPhone 5a/Applications/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x8448A0 (Table: ZWAMESSAGE, Size: 35024896 bytes)
Jack's iPhone 5a/Applications/net.whatsapp.WhatsApp/Library/Preferences/net.whatsapp.WhatsApp.plist : 0x695F (Size: 31134 bytes)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1510**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

5

EX1510-001