Message
From: Jack Abramoff
Sent: 11/4/2017 4:03:48 PM
To: Marcus Andrade [ceo@amlbitcoin.com]
Subject: FW:

Here is Carlos's response. His comments are in blue below. I just called him, and didn't get him, but will get him tonight to clarify if we can move forward with the article on Roy and the Canal without him having to do this meeting (his comments are confusing). Anyway, as soon as I get him I'll be able to craft our PR and we can get moving.

From: Carlos Delaguardia [mailto:
Sent: Saturday, November 4, 2017 3:57 PM
To: Jack Abramoff <
Subject: Re:

Jack,

My comments and input below in blue.

On 11/4/17, 1:58 PM, "Carlos De La Guardia" < > wrote:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1513**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

Carlos,

As I mentioned, we need to be able to release on Monday (as early Monday as possible) a couple of press releases from NAC about activities in Panama. The anticipation we built in the media before was about using the AML Bitcoin for transit fees in the Panama Canal. Ideally, we need to be able to release something that we are in discussion to do that, with some quotes.

There is a very good possibility we can approach the Panama Canal Authority and actually be able to sell them into using our crypto-currency (AMLToken) if we can show the difference between our crypto and the rest in the world. I have no doubt the concept will be appreciated and entirely liked by them, as that's one of the main reasons I brought Catin into the formula; however, once we have the product ready and we are able to present the tangible product (AMLToken differential advantages over the rest of the crypto-currencies) we would be ready for that meeting with the President of the Board and Secretary of the Canal, Roberto Roy. I understand my role is to make such meeting happen, and believe me, I can make it happen quickly; however, we would be killing our product if we show up with our technical guys and a tangible product. I know our crypto is already live and rolling, but I also know how things work down here. There are only a few inter-oceanic canals in the world and the Panama Canal gets offers every single day. We must be able to make a difference the day we have the meeting with Roberto and his team. Additionally, the fact that Catin is a member of our team would also help, but Catin would be very skeptical about showing up without facts. So, that's the bad story!

What I have been thinking is to get an appointment (on my own, w/o Catin) with Roberto Roy and mention to him about presenting to him and his technical/financial team for the month of December; that way we buy time and we can say we are in conversations with them. If you like the idea we could mention in our article that our team (myself) has been in conversations with the President of the Board of Directors and Minister of the Panama Canal, Roberto Roy about implementing an e-payment process that would help them (the Panama Canal) save money (transfer fee's, etc... SWIFT, Euroclear...) and provide a much better customer service when it comes to making transit payments through the Canal. I could also talk to the VP Corporate Communications, Oscar Vallarino, and the Administrator, Jorge L. Quijano. Do you like this idea? Here in Panama, November is our independence month; therefore starting November 3rd (yesterday) until the 12th, the government is basically celebrating through the country with different events/activities. So, that will give me time to connect with them by phone and talk to them about it and about meeting in person, so that I can brief

them about ourselves. The idea is to have an excuse to publish their names in the article mentioning "we are in conversations/discussing" and be able to create the expectation we are looking for.

The problem is that the Panama Maritime Authority (according to their website that I just checked) is only involved with ship registry, not the canal. I guess I just cannot understand how you guys could have had a whole trip down there that was originally supposed to relate to getting the AML Bitcoin to be used in the Canal for transit fees, and for use in the free zone to help on the KYC issues, and there were no meetings that had anything to do with this?? or did I get this wrong?

Anyway, I don't know if any stories are possible, but below is the kind of story we need. But, we cannot say something that someone is going to refute in the media, so if you can (over the next day) paste together some folks with quotes, understanding that people are going to be checking these people and their organizations on the internet), please please do.

I don't think quoting them in the article would be smart, but you could quote me about the conversations we are having with them and definitely mention their names. I will prepare them for when they learn about our article. Feel free to include in the article exactly what benefits our crypto would bring to their operation (saving on $ transfers, etc...) and the differential advantage our crypto has over the rest. Explain (and quote me, if you want) why the Panama Canal would benefit from using our Token in a very detail fashion.

Second, we need to get one more story out of there, perhaps about a bank there announcing a pilot program to test AML Bitcoin as a replacement for SWIFT. I have written that (very rough form) below as well. Please try to get calls made over the next 24 hours to folks to see if you can nail down these two stories, or something to replace them which would make an impact for AML Bitcoin – not the DTN. Thanks.

As far as banks you can go ahead and mention that we [actually] are engaged in conversations with Canal Bank, through their General Manager, Roberto Brenes. Do mention we will implement a pilot plan in their bank and you can mention when, but we must be able to comply with the date you write on the article. For instance, if you write January 2018, we MUST bring our tech people and do it next January. You can also mention (and it's real) that we are in conversations with Morgan & Morgan to implementing the use of our Token in making and receiving payments for their services worldwide, besides the fact that we are working on our DTN. We met with the law firm's management Team, leaded by Alvaro Thomas, some of their board members [partners] Eduardo Morgan Jr. (Head of Innovation FinTech Team), Carlos Ernesto Gonzalez (FinTech Specialist), among others. Also, their Technology/FinTech Team was present in that meeting. All of them are very interested and we (Catin and I) have been in conversations with them. Just waiting for Marcus to come back with legal documents, technical guys, etc... as we spoke on the phone the other day.

You can also mention Banco Nacional de Panama (the most important government bank), as I know the GM and most of the BoD's and I will make calls to them during these days and let them know I want to sit down with them in order to explain the benefits AMLToken would bring to them whereas using SWIFT and EuroClear. The GM at Banco Nacional de Panama is Rolando de Leon.

1st release:

NAC Foundation, LLC, the creator of the newly launched digital currency, AML BitCoin, announced today that it has been in extensive discussions with the governmental and private sector authorities in Panama to integrate the AML Bitcoin and its patent-pending anti-money laundering and know-your-customer technologies into the financial and payment infrastructure of key Panamanian industries and governmental departments.

Among the meetings conducted by Marcus Andrade, the CEO of NAC Foundation, were key discussions with the Panama Maritime Authority director of legal affairs Armando Bultron about working the digital identity innovations that undergird the AML BitCoin architecture into their payment systems. The Panama Maritime Authority, among other things, commands the world's largest ship registry.

CONFIDENTIAL

ANDRADE_DOJ00000_00022998
ANDRADE_DOJ_00022998

ANDRADE_DOJ_00022998

EX1513-002

Andrade also met with the [CARLOS, NAME OTHER GOV'T AGENCIES] and [MORE], leading these key agencies to study how to incorporate the AML BitCoin into their operations.

Andrade has empowered AML BitCoin's Vice President of Latin American Affairs, Carlos DeLaGuardia and Dr. Catin Vasquez, senior member of AML BitCoin's board of advisors, to bring the project to fruition soon. Coupled with the intense interest shown in government ports, such as the Port of San Francisco, the fascination in Panama with this innovative digital currency has ignited interest in across the globe in AML BitCoin.

Quote by Catin
Quote by you – both quotes about the amazing reaction to AML BitCoin in Panama and throughout Latin America. Please write up something you would both agree to say (separately) and get it to me asap. thanks.
Blah blah blah about AML BitCoin and the ICO [draft by media folks]

2nd release:

NAC Foundation, LLC, the creator of the newly launched digital currency, AML BitCoin, announced today that it is close to concluding an agreement to run a pilot program with [bank] to test the efficiency and security of the newly launched AML BitCoin for use as a replacement for the international SWIFT money transfer system.

"A number of leading Latin American banks have reached out to us to explore a secure and cost-efficient alternative for the SWIFT system. They feel that the patent-pending AML/KYC components of the AML BitCoin might be the solution to the immense problems plaguing the international money transfer industry," said Carlos DeLaGuardia, VP of Latin American Affairs for AML BitCoin.

"Our industry is beset with security problems resulting for flaws in the SWIFT system," said _____, [banking guy]. "From what we have seen so far, AML BitCoin is the solution. We still have testing to do, but this is why we are pursuing a pilot program with them."

Each week seems to bring news about a new security breach in the SWIFT system. These hacks cost banks hundreds of millions of dollars. Use of the AML BitCoin for international financial transfers would virtually eliminate these security flaws overnight. Plus, the AML BitCoin would reduce the cost of international transfers by almost ninety percent.

In Panama, the banking industry has been rocked by the international perception of rampant money laundering [carlos, describe more panama banking problems; get a quote from someone talking about the problems and how the cartels have made a mockery of the system, but with AML Bitcoin that is about to end.

I'll call you tomorrow night around 6 PM your time. please send me whatever you can before then on whatsapp, and paste it into an email to ▆▆▆▆▆▆▆▆▆▆▆▆ so I can read before the Sabbath ends. Thanks.

So, use the entities and names I gave you and quote me. Don't forget M&M loves the concept and they are waiting for action. Feel free to mention Alvaro Thomas, law firm main partner and administrator; he said to me: "We like what you have! How do we proceed?" Let me know if you need additional information. I am not in the city, but will be connected via my cellphone.

CONFIDENTIAL

ANDRADE_DOJ00000_00022999
ANDRADE_DOJ_00022999

ANDRADE_DOJ_00022999

EX1513-003