Message

| | |
|---|---|
| **From:** | Carlos Delaguardia [ ███████████████ ] |
| **Sent:** | 11/19/2017 9:38:01 AM |
| **To:** | ceo@amlbitcoin.com |
| **CC:** | Abramoff Jack [ ██████████ ] |
| **Subject:** | Weekly Report - Week 46 |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1514**
CASE NO.:  CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

Marcus,

I hope this message finds you well!

As per Jack's request, I'm writing you in order to keep you informed about the events taking place down here.

Panama Canal Authority (PCA)

As you already know, the Panama Canal Authority (PCA) requested to remove any involvement with our project from the article we published during week 45. Their request was based on the fact that the meetings we have been planning have not taken place yet; therefore, we were not authorized to include any word or sentence that could be interpreted by the reader as a fact, especially words like "partner/Canal".

As I told Jack, I admit I took a risk as I had already contacted key decision makers a few days before the publication went out, and I assume responsibility.
The situation was neutralized as you know, and the PCA does not intend to publish any negative response to our article. They prefer we publish news after we have concrete results after our meetings and the releases must be previously approved by them.

As far as having the meeting with PCA I am in the process of coordinating the meeting with Francisco Miguez, VP Finance, but I need to know when you and your technical team would be able to travel to Panama.

Banco Nacional de Panama (BNP)

Banco Nacional de Panama is the largest State-owned bank in Panama. They provide first and second level banking services and works as any private bank, except for it's State owned.
I met with Rolando De Leon (GM) the morning of Wednesday 15 (Week 46) in order to learn what their plans were in reference to crypto currency, ePayments and Merchant Services. After that, I was able to introduce them to AMLBitcoin and our Digital-Identification Trusted Network (DTN).

Rolando explained they don't have plans to incur into the crypto currency arena yet, as they would like to see how the market/technology develops in the next 2-3 years. However, he did mention they are incurring into the eWallet/app and ePayment trend as a social service, so that populations at hard-to-reach areas (without banks nor ATM's) don't have to carry cash and would be able to have eWallet benefits.
We also talked about our DTN and he showed interest; he said he would be willing to explore working together once we are ready with it.

Morgan & Morgan (M&M)

Since you visit, I have been in constant contact with Eduardo Morgan, head of the Innovation & Technology Unit. He is waiting for your return, so that we can discuss how we can work together. As I told Jack, they don't seem to be very interested in our crypto/ICO as they are in our DTN. I totally understand our priority is to raise expectations about our crypto, but they are very keen in working together on the DTN and expect a response from us.

CONFIDENTIAL

ANDRADE_DOJ00000_00023575
ANDRADE_DOJ_00023575

**ANDRADE_DOJ_00023575**

EX1514-001

EX1514-002

Our Conference Call

Have you been able to make progress with the documents (License Agreements, Contracts, Product Information, Patent Information) we discussed during our latest conversation? Also, I asked Jack if, as a formal business, we would have an executive position with a compensation (monthly salary) plan as previously discussed. I just want to understand well what to expect, so that I can plan 2018.

Catin Vasquez

Catin contacted me from NYC during this last week. He told me he had been contacted by some "institute" (he will give me details this coming week) and he was inquired about the ICO by them. He was uncomfortable as he has not been informed nor does he have information about it, and told me he could answer any of their inquiries. Anyways, I will let you know about what he has to say.

I'm looking forward to receiving your kind reply.

Best,

Carlos R. De La Guardia
DLG Group, Inc.
██████-6828

CONFIDENTIAL

ANDRADE_DOJ00000_00023576
ANDRADE_DOJ_00023576

ANDRADE_DOJ_00023576