**Appendix 1 - List of Bank Accounts Used in Preliminary Financial Summary Report**

**Personal Related**

| Account Title | Bank Name | Account Number | Date Open | Signor(s) | Date Range | |
|---|---|---|---|---|---|---|
| Rowland Marcus Andrade, Solmaz A Andrade | Woodforest National Bank | WNB5589 | 9/23/2013 | Rowland Marcus Andrade, Solmaz A Andrade | 9/23/2013 - 7/27/2019 | |
| Rowland Marcus Andrade, Solmaz A Andrade | Woodforest National Bank | WNB0910 | 12/12/2013 | Rowland Marcus Andrade, Solmaz A Andrade | 12/12/2013 - 7/27/2019 | |
| Rowland Marcus Andrade | Capital One | CO4915 | 12/16/2016 | Rowland Marcus Andrade | 12/16/2016 - 6/30/2018 | |
| Rowland Marcus Andrade | Capital One | CO6094 | 6/27/2017 | Rowland Marcus Andrade | 6/27/2017 - 7/9/2018 | |
| Rowland Marcus Andrade, Solmaz A Andrade | JP Morgan Chase | JPM4618 | 6/24/2015 | Rowland Marcus Andrade, Solmaz A Andrade | 6/24/2015 - 2/17/2019 | Note 1 |
| Rowland Marcus Andrade, Solmaz A Andrade | Woodforest National Bank | WNB5357 | 8/19/2017 | Rowland Marcus Andrade, Solmaz A Andrade | 8/19/2017 - 8/1/2018 | Note 2 |
| Rowland Marcus Andrade | JP Morgan Chase | JPM1500 | 2/15/2018 | Rowland Marcus Andrade | 2/15/2018 - 12/13/2018 | Note 3 |
| Rowland Marcus Andrade | Woodforest National Bank | WNB9642 | 8/21/2014 | Rowland Marcus Andrade | 8/21/2014 - 6/12/2019 | Note 4 |

**Business Related**

| Account Title | Bank Name | Account Number | Date Open | Signor(s) | Date Range |
|---|---|---|---|---|---|
| David Salmon & Associates, Inc IOLTA Trust Account | JP Morgan Chase | JPM7620 | 1/4/2018 | David Salmon | 1/4/2018 - 6/28/2019 |
| Fintech Fund Family LP | Wells Fargo | WF8065 | 1/6/2017 | 1/6/2017 Rowland Marcus Andrade, Randy Wooten 3/27/2018 Rowland Marcus Andrade | 1/6/2017 - 2/28/2019 |
| Fintech Fund Family LP | Wells Fargo | WF8252 | 1/6/2017 | 1/6/2017 Rowland Marcus Andrade, Randy Wooten 3/27/2018 Rowland Marcus Andrade | 1/6/2017 - 6/28/2019 |
| Fintech Fund Family LP | Wells Fargo | WF9668 | 1/5/2018 | 1/5/2018 Rowland Marcus Andrade, Randy Wooten 3/27/2018 Rowland Marcus Andrade | 1/5/2018 - 7/31/2019 |
| Rowland Marcus Andrade or Randy Wooten | Capital One | CO1839 | 2/10/2017 | Rowland Marcus Andrade, Randy L Wooten | 2/10/2017 - 10/31/2018 |
| Law Office of Neil M Sunkin A Professional Corporation Client Trust Account for NAC Foundation | Comerica Bank | CM7567 | 10/12/2017 | Neil M Sunkin | 10/12/2017 - 12/22/2017 |
| NAC Foundation LLC | Wells Fargo | WF0458 | 3/4/2014 | Rowland Marcus Andrade | 3/4/2014 - 8/18/2014 |
| NAC Foundation LLC | Citibank | Citi5554 | 8/20/2014 | Rowland Marcus Andrade | 8/21/2014 - 12/29/2016 |
| NAC Foundation LLC | JP Morgan Chase | JPM9891 | 8/6/2014 | Rowland Marcus Andrade | 8/6/2014 - 4/2/2015 |
| NAC Foundation LLC | Nevada State Bank | NSB0964 | 12/18/2017 | NAC Foundation LLC, Rowland Marcus Andrade | 12/18/2017 - 1/2/2018 |
| NAC Payroll Services Inc | Wells Fargo | WF9155 | 1/19/2018 | Rowland Marcus Andrade | 1/19/2018 - 3/13/2019 |
| NAC Payroll Services Inc | Bank of America | BoA6488 | 2/23/2018 | Theodore Schipper | 2/27/2018 - 3/14/2018 |
| Block Bits Capital, LLC | JP Morgan Chase | JPM8602 | 12/19/2017 | Japheth Aaron Dillman, David B Mata | 12/19/2017 - 7/31/2018 |

**Note 1**: Auto Loan for 2015 Ford Taurus, VIN ending 114567
**Note 2**: Certificate of Deposit of $50,000 for 1 year
**Note 3**: Auto Loan for 2017 Ford Super Duty F250, VIN ending 17298
**Note 4**: Certificate of Deposit of $2,000 for 1 year term, rollovered for 5 years

```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
TRIAL EXHIBIT 1517
CASE NO.:  CR 20-249 RS
DATE ENTERED_____
BY_____
       DEPUTY CLERK
```

EX1517-001