**Appendix 1a - List of Bank Accounts Reviewed but Excluded due to Minimal Activity**

| Account Title | Bank | Account Number | Date Open | Account Inactive/Closed | Date Range Reviewed | Total Inflow | Total Outflow | |
|---|---|---|---|---|---|---|---|---|
| NAC Foundation, LLC | Bank of America | BOA5018 | 8/22/2014 | 9/30/2014 | 8/22/2014 - 9/30/2014 | $ 100.00 | $ (100.00) | |
| NAC Foundation, LLC | Capital One | CO5736 | 11/29/2017 | 12/20/2017 | 11/29/2017 - 12/20/2017 | $ - | $ - | |
| NAC Foundation, LLC | JP Morgan Chase | JPM9113 | 8/5/2014 | 3/27/2015 | 8/5/2014 - 3/27/2015 | $ 4,225.38 | $ (4,255.38) | |
| NAC Foundation, LLC | Wells Fargo Bank | WF5964 | 2/14/2014 | 3/3/2014 | 2/14/2014 - 3/3/2014 | $ 100.00 | $ (100.00) | |
| NAC Foundation, LLC | Wells Fargo Bank | WF0135 | 2/14/2014 | 3/3/2014 | 2/14/2014 - 3/3/2014 | $ 2,600.00 | $ (2,600.00) | |
| NAC Foundation, LLC | Wells Fargo Bank | WF5907 | 3/4/2014 | 8/31/2014 | 3/4/2014 - 8/31/2014 | $ 100.02 | $ (100.02) | |
| Marcus Andrade | Citibank | Citi1151 | 8/21/2014 | 6/21/2015 | 8/21/2014 - 6/21/2015 | $ 200.00 | $ (200.00) | |
| Marcus Andrade | Citibank | Citi1144 | 8/21/2014 | 7/21/2015 | 8/21/2014 - 7/21/2015 | $ 15,498.42 | $ (15,498.42) | |
| Rowland Andrade | Wells Fargo Bank | WF0325 | 2/14/2014 | 3/3/2014 | 2/14/2014 - 3/3/2014 | $ 50.00 | $ (50.00) | |
| Rowland Andrade | Wells Fargo Bank | WF6481 | 2/14/2014 | 3/3/2014 | 2/14/2014 - 3/3/2014 | $ 50.00 | $ (50.00) | |
| Rowland Andrade | Wells Fargo Bank | WF4402 | 12/3/2015 | 12/31/2015 | 12/3/2015 - 12/31/2015 | $ 100.00 | $ (100.00) | |
| Rowland Andrade | Wells Fargo Bank | WF4330 | 12/3/2015 | 12/31/2015 | 12/3/2015 - 12/31/2015 | $ 100.00 | $ (100.00) | |
| Rowland Andrade | Wells Fargo Bank | WF5736 | Unknown | Unknown | 12/19/2017 - 2/15/2019 | $ 5,272.84 | $ (6,328.64) | |
| Rowland Andrade | Wells Fargo Bank | WF6362 | Unknown | 3/18/2018 | 12/19/2017 - 3/18/2018 | $ 2,986.51 | $ (3,261.36) | |
| Rowland Andrade, Solmaz Attari | Wells Fargo Bank | WF9532 | 3/4/2014 | 8/21/2014 | 8/21/2014 | $ 25,572.50 | $ (25,572.51) | Note 1 |
| Rowland Andrade, Solmaz Attari | Wells Fargo Bank | WF2870 | 3/4/2014 | 9/30/2014 | 3/4/2011 - 9/30/2014 | $ 6,100.00 | $ (6,100.00) | |
| Rowland Marcus Andrade | Wells Fargo Bank | WF6767 | 2/14/2008 | 9/23/2008 | 2/14/2008 - 9/23/2008 | N/A | N/A | Note 2 |
| Rowland Marcus Andrade | Wells Fargo Bank | WF3757 | 1/25/2011 | 6/30/2011 | 1/25/2011 - 6/30/2011 | N/A | N/A | Note 2 |
| Rowland Marcus Andrade | Wells Fargo Bank | WF8623 | 1/25/2011 | 6/30/2011 | 1/25/2011 - 6/30/2011 | N/A | N/A | Note 2 |

**Note 1**: Total inflow and total outflow excludes reversed transactions. Approximately $23K of total inflow was from NAC Foundation, LLC Wells Fargo account ending 0548.
**Note 2**: Timeframe outside the scope of the investigation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1518**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

EX1518-001