**Appendix 2 - List of Key Business Records**

| Record Title | Institution Name | Record Number | Activity Date | Signor(s) |
|---|---|---|---|---|
| 9414 Plaza Point Drive (purchase) | First American Title | 2314137-FAST | 5/10/2018 | Rowland Marcus Andrade, Solmaz A Andrade |
| 4040 Violet Rd (purchase) | Nueces Title Company | 1801797 | 4/11/2018 | ERO Global, LLC (Marcus Andrade) |
| Ford F250 Pickup Vin ending 17298 (purchase) | David Taylor Dealership | 33413 | 2/16/2018 | Rowland Marcus Andrade, Solmaz A Andrade |
| Cadillac Escalade Vin ending 37181 (purchase) | David Taylor Dealership | 32975 | 1/6/2018 | Rowland Marcus Andrade, Solmaz A Andrade |
| 9414 Plaza Point Drive (refinance) | Stewart Title Company | NSWREF19158851 | 9/19/2019 | Rowland Marcus Andrade, Solmaz A Andrade |
| 9414 Plaza Point Drive (refinance) | Recovco Mortgage | 1905018718 | 9/19/2019 | Rowland Marcus Andrade, Solmaz A Andrade |
| Handwritten list of "Post ICO" Investors | NAC Foundation (Exhibit 38) | N/A | N/A | N/A |
| AllInvoices List 11618.csv | NAC Foundation (Exhibit 551) | N/A | N/A | N/A |
| CRYPTO CURRENCY P1 1-7-18_3-19-18 | NAC Foundation (Exhibit 1096) | N/A | N/A | N/A |
| CRYPTO CURRENCY P2 10-17-17_1-7-18 | NAC Foundation (Exhibit 1097) | N/A | N/A | N/A |
| MISC DOCS 002 (NAC Foundation invoices) | NAC Foundation (Exhibit 1100) | N/A | N/A | N/A |
| Pre_ICOSpreadsheetFromJAIPhone-9-28-2017WhatsAppWithMA.xlsx | NAC Foundation (Exhibit 1420) | N/A | N/A | N/A |
| MASTER ATEN LIST 2014-2016.xlsx | NAC Foundation (Exhibit 1469) | N/A | N/A | N/A |
| MASTER AUDIT LIST(AutoRecovered).xlsx | NAC Foundation (Exhibit 1470) | N/A | N/A | N/A |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1519**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK

EX1519-001