# United States v. Rowland Marcus Andrade

FINANCIAL SUMMARY EXHIBITS

2/25/2025

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1520**
CASE NO.: CR 20-249 RS
DATE ENTERED_____
BY_____
DEPUTY CLERK



EX1520-002



EX1520-003



EX1520-004

## Estimated Value of Investor Purchases with Cryptocurrency
October 2017 – February 2018

| | Bitcoin (BTC) | Ethereum (ETH) | Litecoin (LTC) | Bitcoin Cash (BCH) | Est. Investor Funds (USD) |
|---|---|---|---|---|---|
| Cryptocurrency Invested into AML Bitcoin | 93.24951 | 1257.25331 | 2104.57877 | 60.63904 | |
| USD Estimated Value - PAST (10/2017 - 2/2018) | $ 1,156,957 | $ 1,180,298 | $ 424,437 | $ 112,917 | $ 2,874,609 |

| | | | | | |
|---|---|---|---|---|---|
| Blended Average Price (10/2017 - 2/2018) | $ 12,407.11 | $ 938.79 | $ 201.67 | $ 1,862.12 | |

*Used Yahoo! Finance historical prices for BTC, ETH, LTC, and BCH*



EX1520-006





EX1520-008



**Block Bits Capital**
JP Morgan Chase x8602



**David Salmon Trust**
JP Morgan Chase x7620

**Block Bits Capital**
JP Morgan Chase x8602



**David Salmon Trust**
JP Morgan Chase x7620

### CHASE

December 30, 2017 through January 31, 2018
Account Number: ████ 8602

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

**DEPOSITS AND ADDITIONS**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/12 | Fedwire Credit Via: Silicon Valley Bank/121140399 B/O: Svb Private Bank Santa Clara, CA 95054 Ref: Chase Nyc/Ctr/Bnf=Block Bits Capital, LLC San Francisco, CA 941231557/Ac-000000002385 Rfb=O/B Sil Vly Bk S Obi=Ref: Aml Holdings Bbi=/Bnf/Be Njamin Boyer 1000021046 1601 1 Gran Dview Avenue Monte Sereno C A Imad: 0112L1B77D1C003569 Trn: 5982709012Ff | $730,000.00 |
| 01/12 | Fedwire Credit Via: Silicon Valley Bank/121140399 B/O: Svb Private Bank Santa Clara, CA 95054 Ref: Chase Nyc/Ctr/Bnf=Block Bits Capital, LLC San Francisco, CA 941231557/Ac-000000002385 Rfb=O/B Sil Vly Bk S Obi=Ref: Aml Holdings Bbi=/Bnf/Be Njmain Boyer 1000021046 1601 1 Grandview Avenue Monte Sereno C A Imad: 0112L1B77D1C003560 Trn: 5963209012Ff | 120,000.00 |
| 01/12 | Book Transfer Credit B/O: Raymond Moore South Holand, IL 604733700 Ref: Ref: Aml Holdings Trn: 5953500012Es | 4,910.00 |
| 01/23 | Fedwire Credit Via: Silicon Valley Bank/121140399 B/O: Svb Private Bank Santa Clara, CA 95054 Ref: Chase Nyc/Ctr/Bnf=Block Bits Capital, LLC San Francisco, CA 941231557/Ac-000000002385 Rfb=O/B Sil Vly Bk S Obi=Reference: Aml Holdings Bbi=/Bnf/Benjamin Boyer 1000021046 1601 1 Grandview Avenue Monte Sereno Imad: 0123L1B77D1C002066 Trn: 4457709023Ff | 150,000.00 |

### CHASE

January 05, 2018 through January 31, 2018
Account Number: ████ 7620

**DEPOSITS AND ADDITIONS** (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/23 | Fedwire Credit Via: The Bank of New York Mellon/021000018 B/O: Mr Vincent Verdi Mermaid Waters Qld Au Ref: Chase Nyc/Ctr/Bnf=David Salmon & Associates, Inc. Las Vegas, NV 891304 416/Ac-000000002527 Rfb=O/B Bk of N Yc Obi=Aml Token Sale Bbi=/Bnf/Less Fees Imad: 0123B1Q8154C000003 Trn: 0047709023Ff | 321.55 |
| 01/23 | Book Transfer Credit B/O: Dylan S Razzagone Manalapan, NJ 07726 Ref: David Salmon & Associates, Inc. Client Trust Account For Nac Foundatio N Trn: 3463800023Es | 314.00 |
| 01/23 | Fedwire Credit Via: Wells Fargo Bank/121000248 B/O: Ovsep A Kolsuzyan Burbank, CA 91501-1427 Ref: Chase Nyc/Ctr/Bnf=David Salmon & Associates, Inc. Las Vegas, NV 891304 416/Ac-000000002527 Rfb=00035130221 16941 Obi=Full Name David Salmon An D Associates Inc Client Trust Accou Nt For Nac Foundation Invoice Imad: 0123I1B7032R007537 Trn: 2587009023Ff | 314.00 |
| 01/23 | Chips Credit Via: Bank of America, N.A./0959 B/O: Venkataraman S Sivasankara San Jose CA 95148-2529 Ref: Nbnf=David Salmon & Associates, Inc. Las Vegas, NV 891304416/Ac-000000 002527 Org=/000663802725 San Jose C A 95148-2529 Obi=Aml Bitcoin Ico BB I=/Chgs/USD0./ Ssn: 0204390 Trn: 4305400023Fc | 300.00 |
| 01/23 | Book Transfer Credit B/O: Antonio B Escano Plantation, FL 333241206 Trn: 4272400023Es | 300.00 |
| 01/23 | Fedwire Credit Via: The Bank of New York Mellon/021000018 B/O: Mr Lawrence Hughes Surfers Paradise Qld Au Ref: Chase Nyc/Ctr/Bnf=David Salmon & Associates, Inc. Las Vegas, NV 891304 416/Ac-000000002527 Rfb=O/B Bk of N Yc Obi=Purchase of 301 Tokens Bbi=/Bnf/Less Fees Imad: 0123B1Q8154C000004 Trn: 0047409023Ff | 295.00 |
| 01/23 | Transfer From Chk Xxxxx8602 | 150,000.00 |

## 1/12/2018 $730,000 Wire Transfer from Benjamin Boyer
Deposited into Block Bits JP Morgan Chase x8602



## 3/7/2018 $600,000 Cashier's Check
Purchased from Fintech Wells Fargo x9668 and deposited into Andrade Woodforest National Bank x0910



# Annotations

**Slides for Business Bank Accounts**

Exs. 1219, 1223-1227, 1248, 1415 (Salmon JP Morgan Chase x7620),
Exs. 1229-1309, 1398 (Fintech Wells Fargo x8065),
Exs. 1229, 1316-1324, 1398 (Fintech Wells Fargo x8252),
Exs. 1372-1384, 1393, 1395-1398 (Fintech Wells Fargo x9668),
Exs. 1173-1191, 1209-1210 (Andrade/Wooten Capital One x1839),
Exs. 1264-1267, 1269 (Sunkin Comerica Bank x7567),
Exs. 1367-1371, 1393, 1397-1398 (NAC Wells Fargo x0458),
Exs. 1255-1256, 1262 (NAC Citbank x5554),
Exs. 1240-1246, 1250 (NAC JP Morgan Chase x9891),
Exs. 1284-1291 (NAC Nevada State Bank x0964),
Exs. 1332-1348, 1394-1398 (NAC Payroll Wells Fargo x9155),
Exs. 1161-1165, 1172 (NAC Payroll Bank of America x6488),
Exs. 1219-1222, 1248 (Block Bits JP Morgan Chase x8602),
Ex. 38 (Handwritten list of "Post ICO" investors)
Ex. 551 (AllInvoiceList11618),
Ex. 1100 (MISC DOC 002),
Ex. 1420 (PreICOSpreadsheet From JA iPhone),
Ex. 1469 (MASTER ATEN LIST 2014-2016.xlsx),
Ex. 1470 (MASTER AUDIT LIST(AutoRecovered).xlsx)

**Slides for Personal Bank Accounts**

Exs. 1192-1199 (Andrade Capital One x4915),
Exs. 1202-1208 (Andrade Capital One x6094),
Exs. 1408-1411 (Andrade Woodforest National Bank x0910),
Exs. 1405-1407 (Andrade Woodforest National Bank x5589)

**Slide for Tracing**

Exs. 1219-1222, 1248 (Block Bits JP Morgan Chase x8602),
Exs. 1219, 1223-1227, 1248, 1415 (Salmon JP Morgan Chase x7620),
Exs. 1332-1348, 1394-1398 (NAC Payroll Wells Fargo x9155),
Exs. 1372-1384, 1393, 1395-1398 (Fintech Wells Fargo x9668),
Exs. 1408-1414 (Andrade Woodforest National Bank x0910),
Ex. 38 (Handwritten list of "Post ICO" investors)
Ex. 551 (AllInvoiceList11618),
Ex. 1100 (MISC DOC 002),
Ex. 1420 (PreICOSpreadsheet From JA iPhone),
Ex. 1469 (MASTER ATEN LIST 2014-2016.xlsx),
Ex. 1470 (MASTER AUDIT LIST(AutoRecovered).xlsx),
Exs. 1416-1418 (David Taylor Dealership Records),
Ex. 1292 (Nueces Title Company Records),
Exs. 1270, 1271 (First American Title Company Records)

**Slides for Boyer Wires**

Exs. 1219-1222, 1248 (Block Bits JP Morgan Chase x8602),
Exs. 1219, 1223-1227, 1248, 1415 (Salmon JP Morgan Chase x7620)

**Slide for Cashier's Check**

Exs. 1372-1384, 1393, 1395-1398 (Fintech Wells Fargo x9668),
Exs. 1408-1414 (Andrade Woodforest National Bank x0910)

**Slide for Cryptocurrency**

Ex. 1096 (CRYPTO CURRENCY P1 1-7-18_3-19-18),
Ex. 1097 (CRYPTO CURRENCY P2 10-17-17_1-7-18)