| | |
|---|---|
| **From:** | Jack Abramoff |
| **To:** | John Bryan |
| **Subject:** | Fwd: Consulting Agreement re AML Bitcoin 1 29 18 clean.docx |
| **Date:** | Monday, January 29, 2018 12:36:56 PM |

Sent from my iPhone

Begin forwarded message:

> **From:** Marcus Andrade ███████████
> **Date:** January 29, 2018 at 12:34:06 PM PST
> **To:** Jack Abramoff ██████████████
> **Subject: Re: FW: Consulting Agreement re AML Bitcoin 1 29 18 clean.docx**
>
>
> Attached
>
> On Mon, Jan 29, 2018 at 2:11 PM, Jack Abramoff ██████████████████ wrote:
>
> > **From:** John Bryan [mailto:████████████████]
> > **Sent:** Monday, January 29, 2018 12:07 PM
> > **To:** Jack Abramoff ████████████
> > **Subject:** Consulting Agreement re AML Bitcoin 1 29 18 clean.docx
> >
> > This is the clean version…
>
>
> --
>
> Marcus Andrade, Founder
> ████████████████
> ████████████

2105-001