



NAC Foundation

www.amlbitcoin.com
www.amltoken.com

# FOR IMMEDIATE RELEASE

### AML BitCoin Set to Trade

*Las Vegas, NV (Date TBD)*—NAC Foundation, LLC, the creator of the world's only patented compliant digital currency, AML BitCoin, announces today the official commencement of trading.

Starting 6:00 PM Eastern Daylight Time in the United States, and ~~06~~:00 AM (day to be determined) morning China Standard Time, ABTC will commence trading on the IDAX exchange.

IDAX (International Digital Asset Exchange) ~~emanated~~ originated from the GBC (Global Blockchain Research Center), an international blockchain research center.  Its global digital assets service platform is designed to be trustworthy and user friendly.  The IDAX exchange is supported with superior functionality, utilizing multiple cryptocurrencies~~,~~ and ample language options~~, and a multilevel security architecture, that ensures a safe transaction of digital asset exchange~~.

Marcus Andrade, chief executive officer of NAC Foundation proclaims "we have been working furiously for the past few months to integrate the AML BitCoin token on a number of cryptocurrency exchanges.  Since our coin is based on a unique private blockchain, and has patented anti-money laundering (AML) and 'know-your-customer' (KYC) features, unlike all other digital currencies, this process has been more arduous than we anticipated.  However, I am now pleased to announce that IDAX has moved quickly to become the first exchange to list our token.  Consequently, the AML BitCoin token will be available for purchase on IDAX, and very soon on a host of other exchanges throughout the world."

~~NAC Foundation has fielded a torrent of demand from potential purchasers, but has been unable to offer these excited buyers a change to acquire the AML BitCoin, after its successful initial coin offering was concluded weeks ago.  Andrade is cautiously optimistic that this interest will fuel great activity starting Thursday evening.~~

~~The digital currency world has endured tumultuous market swings since the beginning of the year, when governments around the world started to crack down on cryptocurrencies and exchanges who were not compliant with the AML and KYC~~

EX2277-000001



NAC Foundation

www.amlbitcoin.com
www.amltoken.com

## FOR IMMEDIATE RELEASE

~~standards that govern most banking systems. The decline in value of original Bitcoin from a peak value of $20,000 to its present value of less than half that amount is emblematic of this concern. Announcements of concerns and regulations from leading nations, such as Japan, South Korea, India, the United Kingdom and the United States sent the crypto markets into wild fluctuation.~~

~~As digital currency emerges from this turbulent period, and moves to its next phase of growth, many observers believe that compliance with banking and security regulations is the only way cryptocurrency will survive and continue to gain value. AML BitCoin is anticipated to be the leading force in this new "Bitcoin 2.0" world, with its patented security features.~~

~~The distinctive aspects of AML BitCoin were recently highlighted in the viral commercial parodying North Korean Dictator Kim Jong Un's fictional efforts to hack and steal this unhackable coin.~~

**About NAC Foundation**

NAC Foundation, headquartered in the U.S., is the creator of the AML BitCoin, the world's only patent-pending digital currency with anti-money laundering, know-your-customer, anti-terrorism and theft-resistant properties. AML BitCoin is compliant with all major national security and financial protection laws and regulations, including the USA PATRIOT Act and the Bank Secrecy Act. NAC's mission is to strengthen the acceptance and use of digital currencies by advancing throughout the world security compliance, combined with blockchain technology. For more information, please visit www.amlbitcoin.com or www.amltoken.com

**About IDAX**

IDAX (International Digital Asset Exchange) company is originated from GBC (Global Blockchain Research Center), an international blockchain research center and it's a global digital assets service platform that is designed for blockchain exchange research. IDAX's mission is to establish the highest quality digital asset exchange platform of the

EX2277-000002



NAC Foundation

www.amlbitcoin.com
www.amltoken.com

**FOR IMMEDIATE RELEASE**

blockchain globalization according to the "Secure, prompt, stable, sophisticated/precise" activity guidance. To learn more, visit www.idax.mn.

###