

**Marcus Andrade**

# Weekly management update
1 message

**Nigel Quantick**  Sun, Apr 29, 2018 at 11:35 AM
To: Richard Naimer
Cc: Simon Clark

| Date | 29Apr2018 |
|---|---|
| Location | Email |
| Subject | Weekly Management Update |
| Minutes Author | Nigel Quantick [NQ] |
| Distribution | Richard Naimer [RM], Marcus Andrade [MA] |
| cc | Simon Clark [SC] |
| References | AK: Angela Knight | RR: Raymond Robertson | AA: Abbas Ali |

| # | Issue | By | Update | Action Owner | Action Date |
|---|---|---|---|---|---|
| 1 | Sales pipeline | | | | |
| | b. LSE | RR | 27Apr2018: AK has had a further meeting with Antonella. Chris Corrado is waiting to hear back from the various Department heads he emailed about partnering us in the UKFCA Sandbox. Once they have identified the most appropriate partner, we will have to be ready to move quickly. I have told AK to assure them that we will be in a position to do just that. In addition, Chris has intimated that he feels the LSE should get into blockchain developments more widely - and wants us involved - and to that end wants an R&D tax credit. We are having that looked into as the tax credit system it is not straight forward with IT. Will keep you fully up to speed with all of this. | Richard | 04May2018 |

7/31/2019 Case 3:20-cr-00249-RS Document 674-7 Filed 06/06/25 Page 3 of 5
Document Mail - Weekly management update
EX2327-003

7/31/2019 Case 3:20-cr-00249-RS    Document 674-7    Filed 06/06/25    Page 4 of 5
Document Mail - Weekly management update
EX2327-004