

## Weekly Management Update
2 messages

**DITN Team** ████████████
Reply-To: DITN Team ████████████
To: Marcus ████████████

Tue, Jul 3, 2018 at 11:54 AM

View this email in your browser



| Date | 03Jul2018 |
| --- | --- |
| Location | 23 Austin Friars, London |
| Subject | Weekly Management Update |
| Minutes Author | Mikail Conybeare [MC] |
| Present | David Olalla [DO]<br>Nigel Quantick [NQ]<br>Warren Cully [WC] |
| Online | Simon Clark [SC] |
| Distribution | Angela Knight [AK], Bill Greaves [BG],<br>Jack Abramoff [JA], John Crawford [JC],<br>John Langdon [JL], Marcus Andrade [MA],<br>Raymond Robertson [RR], Richard Naimer [RN],<br>Terence Poon [TP] |



Dear Marcus,

Welcome to the new look weekly update. We have tried to make this look and feel easier to read and digest.

Above you will see the latest roadmap. Please bear in mind that this is dynamic and when we enter the R3 Project and the FCA Sandbox, we will find the priority of items changes.

This is where we are right now:



- **MVP 2.0**
  - 'Minimum viable product' version for implementation in the FCA sandbox, scheduled for release at the end of August. This covers all the required functionality present in App 1.0 and will include Corda integration.

FBI-00052733

FBI-00052734

FBI-00052735