

Marcus Andrade

# Weekly Management Update - 18th September 2018
3 messages

**Nigel Quantick**     Sun, Sep 23, 2018 at 9:44 AM
To: All Staff

Apologies for the delay in sending out the update.

| Date | 18Sep2018 | 10:30-11:10 |
|---|---|---|
| Location | 23 Austin Friars, London | |
| Subject | Weekly Management Update | |
| Minutes Author | Nigel Quantick [NQ] | |
| Present | Brian Miranda [BM], David Olalla [DO], Nathan Chi Maduakor [NM], Nigel Quantick [NQ], Warren Cully [WC] | |
| Online | Raymond Robertson [RR], Richard Naimer [RN], Virginia Kuzmicki [VK] | |
| Distribution | Angela Knight [AK], Bill Greaves [BG], John Crawford [JC], Marcus Andrade [MA], Mikail Conybeare [MC], Simon Clark [SC], Terence Poon [TP] | |



**Product Management**

- Rackspace: discussions underway to have them help build and manage the operational servers which will be hosted on AWS.

  Timeline for them to document, design and build the system is 6-8 weeks. They follow a structured process methodology and it will not be quicker than that.

  This fits in with our 2.0.2 commercial release timing.

FBI-00052783

