---------- Forwarded message ----------
From: Mikail Conybeare
Date: Tue, Jul 24, 2018 at 12:08 PM
Subject: Weekly Management Update - 24th July 2018
To: All Staff

| Date | 24Jul2018 | 12:00-12:30 |
|---|---|---|
| Location | 23 Austin Friars, London | |
| Subject | Weekly Management Update | |
| Minutes Author | Mikail Conybeare [MC] | |
| Present | David Olalla [DO], Mikail Conybeare [MC], Warren Cully [WC] | |
| Online | | |

10/3/2018

| | |
|---|---|
| | Nigel Quantick [NQ], ], Raymond Robertson [RR], Richard Naimer [RN] |
| Distribution | Angela Knight [AK], Bill Greaves [BG], John Crawford [JC], John Langdon [JL], Marcus Andrade [MA], Simon Clark [SC], Terence Poon [TP] |



10/3/2018



10/3/2018



**Product Management**

10/3/2018

- ABTC – HIT BTC confirmed that ABTC will be listed on exchange, tentative timeframe roughly 3 weeks. The plan is for a PR splash to announce listing that also mentions CrossVerify being part of the FCA Direct Support scheme (dependant on FCA confirming inclusion, which looks likely from previous meeting).





--

10/3/2018



10/3/2018