

Marcus Andrade

# DTN Network
17 messages

---

**Carlos Delaguardia**     Mon, Dec 11, 2017 at 2:48 PM
To: "Morgan B. Eduardo"
Cc: Tomas Alvaro Chato
Abramoff Jack

Dear Eduardo,

Thanks so much for your time and interest in our DTN Network. As discussed, Richard will be preparing and sending an NDA later today.

Best,

Carlos R. De La Guardia
DLG Group, Inc.

---

**richard naimer**     Mon, Dec 11, 2017 at 5:32 PM
To: Carlos Delaguardia, "Morgan B. Eduardo"
Cc: Tomas Alvaro Chato, Abramoff Jack

Dear Eduardo,

Thank you again for our meeting today.

We are looking forward to deepening our discussions and moving forward together on this project.

Attached is a draft NDA for your review and confirmation.

Thanks, Richard

[Quoted text hidden]



NDA v2.docx
29K

---

**Alvaro Tomas**     Tue, Dec 12, 2017 at 7:41 AM
To: richard naimer, Carlos Delaguardia, "Eduardo Morgan B."
Cc: Abramoff Jack

We acknowledge receipt with thanks.

Álvaro E. Tomas | Socio / Vp Operaciones Unidad Fiduciaria





Disclaimer

-----Mensaje original-----
De: richard naimer
Enviado el: Monday, December 11, 2017 6:32 PM
Para: 'Carlos Delaguardia' ; Eduardo Morgan B.
CC: Alvaro Tomas ; Abramoff Jack
Asunto: RE: DTN Network

[Quoted text hidden]

**Alvaro Tomas**    Tue, Dec 12, 2017 at 3:46 PM
To: richard naimer , Carlos Delaguardia , "Eduardo Morgan B."
Cc: , Abramoff Jack

Hi, attached is our draft of the NDA.
A few quick comments:

a) We prefer arbitration rather than submitting ourselves to Nevada jurisdiction.
b) Perpetuity (non-Circumvent clause) seems unrealistic as we agree that technology and furthermore, fintech and due diligence related tech and software, will grow exponentially and the filed could get crowded.
c) Trade secrets as defined by what law?

Álvaro E. Tomas | Socio / Vp Operaciones Unidad Fiduciaria

Disclaimer

-----Mensaje original-----
De: richard naimer
Enviado el: Monday, December 11, 2017 6:32 PM
Para: 'Carlos Delaguardia' ; Eduardo Morgan B.
CC: Alvaro Tomas ; Abramoff Jack
Asunto: RE: DTN Network

[Quoted text hidden]

EX2599-002

📎 **Clean Draft of NDA CrossVerify (003).docx**
32K

---

**Jack Abramoff**                                           Tue, Dec 12, 2017 at 4:13 PM
To: richard naimer, Carlos Delaguardia, Marcus Andrade

Carlos, can you let them know that Richard is traveling back to Israel, and we'll revert to them later in the week? thanks.
[Quoted text hidden]

---

**Carlos Delaguardia**                             Tue, Dec 12, 2017 at 4:12 PM
To: Jack Abramoff, richard naimer, Marcus Andrade

Will do.
[Quoted text hidden]

---

**Carlos Delaguardia**                             Tue, Dec 12, 2017 at 7:28 PM
To: Alvaro Tomas, richard naimer, "Eduardo Morgan B."
Cc: Abramoff Jack

Alvaro,

Thanks for your message. On behalf of our team I kindly request to allow Richard arrive at home (Tel Aviv), so that he can reply with comments/suggestions.

Best,

Carlos De La Guardia

[Quoted text hidden]

---

**richard naimer**                                   Wed, Dec 13, 2017 at 7:35 AM
To: Alvaro Tomas, Carlos Delaguardia, "Eduardo Morgan B."
Cc: Abramoff Jack

Dear Alvaro,

Thank you for the quick turn around. Your comments and amendments are perfectly acceptable.

As to point C, as in the arbitration clause there is reference to California Law, I suggest that we be consistent with California Law on the Trade Secrets as well.

If I may request that you send us an executed copy and I will arrange everyone to counter sign.

In parallel, I will prepare a short draft MOU for review and consideration, to put us all on the same page.
I will also be sending you the PPT we went through together plus a spreadsheet with the P&L we expect the project to generate, all of which, together, I believe can serve as the info package for consideration by your BOD.

Thanks and best regards,
Richard

-----Original Message-----
From: Alvaro Tomas
[Quoted text hidden]

---

**Alvaro Tomas**                                        Wed, Dec 13, 2017 at 8:48 AM

EX2599-003

To: Carlos Delaguardia ███████████████ richard naimer ███████████████ "Eduardo Morgan B."
Cc: ███████████████ Abramoff Jack ███████████████

Of course.
All the best,

Álvaro E. Tomas | Socio / Vp Operaciones Unidad Fiduciaria

Disclaimer

-----Mensaje original-----
De: Carlos Delaguardia ███████████████
Enviado el: Tuesday, December 12, 2017 8:29 PM
Para: Alvaro Tomas ███████████████ richard naimer ███████████████ Eduardo Morgan B. ███████████████
CC: ███████████████ Abramoff Jack ███████████████
Asunto: Re: DTN Network

[Quoted text hidden]

**Alvaro Tomas** ███████████████     Wed, Dec 13, 2017 at 9:04 AM
To: richard naimer ███████████████ Carlos Delaguardia ███████████████ "Eduardo Morgan B."
Cc: ███████████████, Abramoff Jack ███████████████

Thank you Richard.
Best,

Álvaro E. Tomas | Socio / Vp Operaciones Unidad Fiduciaria

Disclaimer

-----Mensaje original-----
De: richard naimer
Enviado el: Wednesday, December 13, 2017 8:35 AM
Para: Alvaro Tomas    'Carlos Delaguardia'    Eduardo Morgan B.
CC:    Abramoff Jack
[Quoted text hidden]

---

**richard naimer**      Thu, Dec 14, 2017 at 8:27 AM
To: Carlos Delaguardia    Abramoff Jack

Dear all - attached please find a first draft of the JV MOU between the parties.

Please note that I tried to keep it as fluid as possible.

All comments are welcome.

-----Original Message-----
From: Carlos Delaguardia
Sent: 03:29 2017 דצמבר 13 ד יום
To: Alvaro Tomas; richard naimer; Eduardo Morgan B.
Cc: ceo    Abramoff Jack
[Quoted text hidden]

📄 **MOU for the establishment of the DIR.docx**
18K

---

**Carlos Delaguardia**      Thu, Dec 14, 2017 at 10:17 AM
To: richard naimer    Abramoff Jack

Gentlemen,

It looks good to me. I'm attaching the same file with a little correction in "red".

Best,

- C
[Quoted text hidden]

📄 **MOU for the establishment of the DIR.docx**
17K

---

**Jack Abramoff**      Thu, Dec 14, 2017 at 2:11 PM
To: richard naimer    Carlos Delaguardia

My thoughts and edits are in blueline. Please let me know your thoughts. I have attached Word and PDF versions, in case you cannot read my blueline in your version of Word.
[Quoted text hidden]

2 attachments

EX2599-005

 **MOU for the establishment of the DIR JA REDLINE.pdf**
139K

 **MOU for the establishment of the DIR JA REDLINE.docx**
19K

---

**Fintech Fund** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  Thu, Dec 14, 2017 at 9:27 PM
To: Jack Abramoff ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Cc: richard naimer ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, Carlos Delaguardia ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Hello All,

Had a very busy day.

Give me a few hours to review it.

Thanks,

Marcus
[Quoted text hidden]
--
**Marcus Andrade**
**CrossVerify Ltd**



---

**Marcus Andrade** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  Thu, Dec 14, 2017 at 10:47 PM
To: Fintech Fund ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Cc: Jack Abramoff ▓▓▓▓▓▓▓▓▓▓▓▓▓▓, richard naimer ▓▓▓▓▓▓▓▓▓▓▓▓▓, Carlos Delaguardia ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Hello All,

My comments are stated in the attachment.

Thanks,

Marcus
[Quoted text hidden]
--
Marcus Andrade, Founder
NAC Foundation, LLC

EX2599-006

📄 **MOU for the establishment of the DIR JA REDLINE_MA Comments.docx**
23K

---

**richard naimer**   Sun, Dec 17, 2017 at 11:23 AM
To: Alvaro Tomas                              Carlos Delaguardia                          , "Eduardo Morgan B."
Cc:                                                   , Abramoff Jack

Gentlemen,

Further to our meeting last week, attached please the following documents for review in advance and preparation for your partners meeting:

1. The PPT we reviewed together during our meeting;
2. A spreadsheet reflecting what we believe is the prospective P&L of the venture for the next 10 years. You will note in the spreadsheet our assumptions both as relates to pricing and as relates to the rate of market penetration, both which we believe are reasonable, if not conservative;
3. A draft MOU of the relationship between us as we envisage moving forward, along the lines what we discussed during our meeting.

Please note that we are taking the liberty forwarding the attached based on our understanding that the draft NDA exchanged between us is acceptable and that an executed version thereof will be forwarded for our files.

We look forward to your input.
[Quoted text hidden]

---

**3 attachments**

📊 **DIT PPT.ppt**
1622K

📊 **DTN P&L projections.xlsx**
14K

📄 **MOU for the establishment of the DIR 2.docx**
20K

---

**Alvaro Tomas**   Sun, Dec 17, 2017 at 1:41 PM
To: richard naimer                                Carlos Delaguardia                           , "Eduardo Morgan B."
Cc:                                              Abramoff Jack

We acknowledge receipt with thanks. I will refrain from distributing this until the NDA is properly signed.
Have a great weekend,

Álvaro E. Tomas | Socio / Vp Operaciones Unidad Fiduciaria



EX2599-007



Disclaimer

-----Mensaje original-----
De: richard naimer
Enviado el: Sunday, December 17, 2017 12:23 PM
[Quoted text hidden]