IN WITNESS WHEREOF, the undersigned, being the initial Members of Block Bits AML Holdings LLC, and having read this Agreement, approve this Agreement as evidenced by their respective signatures below, effective as of January 11, 2018.

**MEMBERS:**

EX2744-001

HIGHLY CONFIDENTIAL                                   BOYER0004662

## Exhibit A
### TO
### COMPANY AGREEMENT
### OF
### BLOCK BITS AML HOLDINGS LLC

| Name of Member | Date of Contribution | Total USD Contribution | AML Bitcoin Purchased |
|---|---|---|---|
| Boyer Family Trust | 1/11/14 | $850,000.00 | 680,000 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

EX2744-002

HIGHLY CONFIDENTIAL

BOYER0004663