| | |
|---|---|
| **From:** | Arthur Weissman |
| **To:** | Japheth Dillman; evor[redacted]; jtakha[redacted]; ryan.baird[redacted]; Leslie Katz; David Mata |
| **Subject:** | Re: Introductions |
| **Date:** | Friday, January 12, 2018 7:51:28 AM |
| **Attachments:** | Prime Private Capital Group Sample Services.pptx |

All,

Hope everyone is doing well.

It was a pleasure to meet everyone this week. Thanks again for making time to meet while I was in SF. I'm excited about our next steps together.

I plan to be back in SF Tuesday afternoon so that we can continue our discussion and dive deeper into details. As an action item from our meeting, I have put together a brief overview of some of the actions / tasks / requirements through the private capital lifecycle. Thought it would be good to share to give at least some background for our conversation. I'll try to find some additional info to send over as well before we get together.

I plan to be in SF by lunchtime and staying through the night. Let's coordinate the time that works the best for everyone.

Have a great weekend. My contact info is below. Look forward to getting together next week. And, on behalf of myself and the Prime team, we are all pumped about moving forward.

Feel free to reach out if you have any questions or want to connect.

Thanks,

Arthur

Arthur Weissman
[redacted]
Arthur.weissman[redacted]
[redacted]

On January 9, 2018 at 5:59:01 PM, Japheth Dillman [redacted] wrote:

> We are confirmed for Wednesday at 1pm - 3pm, [redacted]
>
> Sent from my iPhone
>
> On Jan 8, 2018, at 10:52 PM, Japheth Dillman [redacted] wrote:
>
>> Greetings Everyone,
>>
>> Please tentatively earmark your calendars the timeslot for Wednesday, 1-3pm, and the tentative location: [redacted] I need to confirm with Leslie (cc'ed here) the availability of the conference room at that time.
>>
>> Now... the juicy stuff...
>>
>> Here is everyone's backgrounds (who are in attendance)...

EX3054-001

**Block Bits Capital**
Japheth Dillman
David Mata

**Potential Cofounders:**
Evon Onusic
Ryan Baird

**Prime Capital:**
Arthur Weissman

**C-Level**
Jas Takhar

Those not in attendance...

**Prime Capital employees & partners**
Andrew Corn
Jack Hughes
Anthony Apollaro
John Song
Todd Schweber
Ben Bromberg

What's on the table for discussion:

Acquisition of Prime Capital by Block Bits Capital, addition of multiple cofounders, an investment by and equity swap with a public company Verify Me (symbol: VRME), possibly leading to a reverse acquisition of Verify Me by Block Bits Capital.

Idea: Quickly spin up all of the financial services that are utterly lacking in the crypto-space. Create Block Bits Capital as an unavoidable acquisition for a financial giant from the traditional space (like Goldman Sachs or JP Morgan) in a lightning quick 18-24 months. We want the sale to be measured in the B's. And we want to make piles of money along the way to get there.

**Proposed roles:**
Jas, Chief Technology Officer
Dave, Chief Operating Officer
Arthur, Chief Executive Officer
Japheth, Chief Strategy Officer & Chairman
Evon, Chief Product Officerr
Ryan, Chief Trading Officer
Sandy, Director of Engineering
Jack, Chief Compliance Officer
John, Chief Investment Relations Officer


Feel free to look each other up and make connections on LinkedIn. I'm excited to share the

--

**Japheth Dillman**

**Managing Partner & Co-Founder**



Mobile:
Skype:
email:
Telegram:
WeChat:

EX3054-003