

Marcus Andrade

## draft press release
12 messages

**Jack Abramoff**  Fri, Apr 27, 2018 at 6:44 PM
To: Marcus Andrade         Richard

# AML BitCoin Executives Huddles with Port of San Francisco Leadership

## Blockchain Applications Could Greatly Improve Security and Efficiency

NAC Foundation, LLC, creator of the world's only patented digital currency with banking security features recently concluded a highly successful meeting with officials from the Port of San Francisco, at the Port's headquarters.

As reported from NAC Foundation's previous meetings with Port Commissioner Leslie Katz, the Port of San Francisco continues its efforts to avail itself of cutting edge technologies, bringing unparalleled services to its customers and patrons and to the Bay Area in general. Like many industries and governmental bodies, the Port has been exploring use of the blockchain in their operations. This was one of the focuses the meeting with NAC Foundation.

Of particular interest to the Port are the patented blockchain applications developed by NAC Foundation, and its associated companies. The NAC Foundation-based CrossVerify Anti-Money Laundering Gateway facilitates verification of security compliance. This technology undergirds the security features of the AML BitCoin, the world's only patented AML compliant digital currency.

Port Executive Director, Elaine Forbes, one of several key Port leaders attending the meeting, will be following up on three possible uses for the Port of this cutting edge technology:

First, the implementation of a blockchain-based identification and tracking system for passengers and cargo which would greatly benefit the California Association of Ports (CAPA).

Second, the ability to migrate the Transportation Worker Identification Credential (TWIC) to the NAC CrossVerify platform could greatly improve efficiency, while maintaining security.

Third, the adoption of the CrossVerify platform by Carnival and other major cruise ship operators would promote seamless integration with applicable authorities, and immense cost savings.

EX3109-001
CONFIDENTIAL
ANDRADE_DOJ00000_00081456

These three technological possibilities stem from NAC Foundation and AML BitCoin's patented digital identification systems, which are also helping shepherd a transformation in the digital currency arena.

Joining Executive Director Forbes on behalf of the Port of San Francisco were Commission Leslie Katz and Chief Operating Officer Byron A. Rhett. Marcus Andrade, chief executive officer of NAC Foundation was joined by Richard Naimer, chairman of the Digital Identity Trust Network and Japheth Dillman, Chief Strategy Officer for AML BitCoin.

---

**Marcus Andrade**                                                  Sat, Apr 28, 2018 at 6:14 PM
To: Japheth Dillman

Hello, Let me know if this is ok for us to send out.

Please get Leslie's approval and the Ports approval.

Feel free to make any modifications.

Thanks,

Marcus
[Quoted text hidden]

---

**Richard**                                                 Sun, Apr 29, 2018 at 1:45 AM
To: Jack Abramoff         Marcus Andrade

Convinced me!

Marcus has a picture as well.

[Quoted text hidden]

---

**Jack Abramoff**                                    Sun, Apr 29, 2018 at 4:19 PM
To: Richard         Marcus Andrade

Just noticed the typo in the title.

[Quoted text hidden]

---

**Jack Abramoff**                                    Sun, Apr 29, 2018 at 4:19 PM
To: Richard         Marcus Andrade

Also, we should add a quote from Marcus. as we get close to sending this out, let me know and we'll put in something that will be relevant for that day.

---

**From:** Richard
**Sent:** Sunday, April 29, 2018 2:45 AM
**To:** Jack Abramoff         Marcus Andrade
**Subject:** RE: draft press release

EX3109-002
CONFIDENTIAL                                                                                             ANDRADE_DOJ00000_00081457

Convinced me!

[Quoted text hidden]

---

**Richard**                                                             Sun, Apr 29, 2018 at 6:58 PM
To: Jack Abramoff, Marcus Andrade

How about this:

'We are happy that the Port of San Francisco executives find our blockchain based solutions as effective and beneficial and we look forward to working with the Port executives to explore adoption of our solutions accross CAPA and TWIC...'

Best Regards,
Richard

(Sent via mobile, please disregard any typos)
[Quoted text hidden]

---

**Jack Abramoff**                                                Sun, Apr 29, 2018 at 7:21 PM
To: Richard, Marcus Andrade

super

[Quoted text hidden]

---

**Japheth Dillman**                                            Tue, May 1, 2018 at 11:32 AM
To: leslie katz, Marcus Andrade

Marcus on cc... are there edits you'd suggest?

> On Tue, May 1, 2018 at 9:05 AM, leslie katz wrote:
> No
>
>> On Tue, May 1, 2018, 9:44 AM Japheth Dillman wrote:
>> This is a or they are pushing out, you ok with this?
>>
>> Sent from my iPhone
>>
>> Begin forwarded message:
>>
>> [Quoted text hidden]

--
Japheth Dillman
Managing Partner & Co-Founder

CONFIDENTIAL                                              EX3109-003
ANDRADE_DOJ00000_00081458



**leslie katz**                                        Tue, May 1, 2018 at 1:20 PM
To: Japheth Dillman
Cc: Marcus Andrade

This is disappointing. It way overstates what transpired, invites a retraction from the Port, and will ensure they do not take steps to help w TWIC. Tone it down and make it accurate. If this goes out you will do more harm as the Port should/would issue a correction/clarification. Please do not do this.
[Quoted text hidden]

---

**leslie katz**                                        Tue, May 1, 2018 at 1:21 PM
To: Japheth Dillman
Cc: Marcus Andrade

The Port's press secretary is Renee Martin renee.martin@sfport.com. You could work with her on a release but this is a bit unorthodox.
[Quoted text hidden]

---

**Marcus Andrade**                               Wed, May 2, 2018 at 12:49 PM
To: leslie katz

Hello Leslie,

My apologies, Obviously I didn't right it. Also, there is no way I would allow anything to go out without your prior approval or that of the port.

It will not go out.

Also, any updates on the conflict check?

Thanks,

Marcus
[Quoted text hidden]

--

Marcus Andrade, Founder
NAC Foundation, LLC

EX3109-005

CONFIDENTIAL

ANDRADE_DOJ00000_00081460