| # | Customer | INV # | Date | Due Date | Total |
|---|---|---|---|---|---|
| 1 | Michael Centeno | INV-4293 | 1/25/2018 | 2/4/2018 | 6,363.00 |
| 2 | Guenter Schumacher | INV-4287 | 1/25/2018 | 2/4/2018 | 750.00 |
| 3 | Dennis Lewis | INV-4286 | 1/25/2018 | 2/4/2018 | 500.00 |
| 4 | THIEU HUY HOANG | INV-4284 | 1/25/2018 | 2/4/2018 | 1,300.00 |
| 5 | RYAN WHITE | INV-4279 | 1/25/2018 | 2/4/2018 | 1,500.00 |
| 6 | Romeo Vinas | INV-4278 | 1/25/2018 | 2/4/2018 | 375.00 |
| 7 | Andrew Valjack | INV-4274 | 1/25/2018 | 2/4/2018 | 350.00 |
| 8 | Duey F. | INV-4273 | 1/25/2018 | 2/4/2018 | 500.00 |
| 9 | COLLEEN EOANNOU | INV-4272 | 1/25/2018 | 2/4/2018 | 2,000.00 |
| 10 | Maurice James Toal | INV-4270 | 1/25/2018 | 2/4/2018 | 1,500.00 |
| 11 | VUI HOW LEE | INV-4265 | 1/25/2018 | 2/4/2018 | 350.00 |
| 12 | Milagros A. Dysico | INV-4264 | 1/25/2018 | 2/4/2018 | 297.00 |
| 13 | Jeffrey Holley | INV-4263 | 1/25/2018 | 2/4/2018 | 470.00 |
| 14 | Russ Lujan | INV-4262 | 1/25/2018 | 2/4/2018 | 750.00 |
| 15 | Sai Pasham | INV-4335 | 1/26/2018 | 2/5/2018 | 300.00 |
| 16 | Suresh Vobbilisetty | INV-4332 | 1/26/2018 | 2/5/2018 | 1,000.00 |
| 17 | Noor Gill | INV-4318 | 1/26/2018 | 2/5/2018 | 500.00 |
| 18 | Sayeed Hassan | INV-4317 | 1/26/2018 | 2/5/2018 | 1,017.00 |
| 19 | Richard Jones | INV-4311 | 1/26/2018 | 2/5/2018 | 1,000.00 |
| 20 | Douglas Cornish | INV-4308 | 1/26/2018 | 2/5/2018 | 300.00 |
| 21 | Aran J Persaud | INV-4307 | 1/26/2018 | 2/5/2018 | 1,500.00 |
| 22 | Lizzie Attwood | INV-4306 | 1/26/2018 | 2/5/2018 | 300.00 |
| 23 | ANTONINO dONNABELLA | INV-4364 | 1/27/2018 | 2/6/2018 | 990.00 |
| 24 | Jamileth P Roberts | INV-4362 | 1/27/2018 | 2/6/2018 | 300.00 |
| 25 | Allen E Roberts | INV-4361 | 1/27/2018 | 2/6/2018 | 300.00 |
| 26 | Maria Merino | INV-4360 | 1/27/2018 | 2/6/2018 | 750.00 |
| 27 | kym revill | INV-4349 | 1/27/2018 | 2/6/2018 | 300.00 |
| 28 | Tim Bakhishev | INV-4348 | 1/27/2018 | 2/6/2018 | 5,000.00 |
| 29 | Md Rashidul Hasan | INV-4405 | 1/28/2018 | 2/7/2018 | 3,100.00 |
| 30 | desmond | INV-4404 | 1/28/2018 | 2/7/2018 | 750.00 |
| 31 | Saiyad | INV-4401 | 1/28/2018 | 2/7/2018 | 525.00 |
| 32 | Cynthia Michele Lara | INV-4400 | 1/28/2018 | 2/7/2018 | 300.00 |
| 33 | Tibor Okros | INV-4399 | 1/28/2018 | 2/7/2018 | 500.00 |
| 34 | Kelly Clark | INV-4393 | 1/28/2018 | 2/7/2018 | 8,512.50 |
| 35 | Gevork | INV-4392 | 1/28/2018 | 2/7/2018 | 350.00 |
| 36 | futsum G woldemariam | INV-4390 | 1/28/2018 | 2/7/2018 | 10,400.00 |
| 37 | Elizabeth Bonet | INV-4389 | 1/28/2018 | 2/7/2018 | 500.00 |
| 38 | Emma Mae | INV-4383 | 1/28/2018 | 2/7/2018 | 750.00 |
| 39 | Omar Y K Alshaikhali | INV-4382 | 1/28/2018 | 2/7/2018 | 350.00 |
| 40 | mohamed abdulgany | INV-4380 | 1/28/2018 | 2/7/2018 | 840.00 |

| | | | | | |
|---|---|---|---|---|---|
| 41 | Douglas Cornish | INV-4379 | 1/28/2018 | 2/7/2018 | 420.00 |
| 42 | Brenda SK Li | INV-4435 | 1/29/2018 | 2/8/2018 | 500.00 |
| 43 | Dennis Worthingto | INV-4433 | 1/29/2018 | 2/8/2018 | 300.00 |
| 44 | Allyson Bell | INV-4431 | 1/29/2018 | 2/8/2018 | 1,050.00 |
| 45 | Tibor Okros | INV-4427 | 1/29/2018 | 2/8/2018 | 9,150.50 |
| 46 | Duane L Escalante | INV-4425 | 1/29/2018 | 2/8/2018 | 345.00 |
| 47 | Valerie Ploumpis | INV-4423 | 1/29/2018 | 2/8/2018 | 15,000.00 |
| 48 | Daryk Chang | INV-4422 | 1/29/2018 | 2/8/2018 | 1,200.00 |
| 49 | Candido Barroso | INV-4421 | 1/29/2018 | 2/8/2018 | 1,000.00 |
| 50 | Baron August | INV-4420 | 1/29/2018 | 2/8/2018 | 9,000.00 |
| 51 | Ruby Pacheco | INV-4415 | 1/29/2018 | 2/8/2018 | 1,500.00 |
| 52 | Leonard Bloch | INV-4414 | 1/29/2018 | 2/8/2018 | 600.00 |
| 53 | David Grey | INV-4412 | 1/29/2018 | 2/8/2018 | 3,000.00 |
| 54 | Sugunan Subramaniyan | INV-4407 | 1/29/2018 | 2/8/2018 | 1,500.00 |
| 55 | WESTRAY BATTLE | INV-4483 | 1/30/2018 | 2/9/2018 | 1,500.00 |
| 56 | Marc B Oben | INV-4478 | 1/30/2018 | 2/9/2018 | 1,000.00 |
| 57 | Elizabeth Benie Eko | INV-4474 | 1/30/2018 | 2/9/2018 | 1,500.00 |
| 58 | WILSON EKO NDIVE | INV-4473 | 1/30/2018 | 2/9/2018 | 1,500.00 |
| 59 | mike bioumla | INV-4472 | 1/30/2018 | 2/9/2018 | 1,500.00 |
| 60 | Blanchard Rob | INV-4470 | 1/30/2018 | 2/9/2018 | 525.00 |
| 61 | Pushkar R. Pandey | INV-4458 | 1/30/2018 | 2/9/2018 | 3,000.00 |
| 62 | Albert L. Pacheco | INV-4457 | 1/30/2018 | 2/9/2018 | 1,500.00 |
| 63 | Lawrence K Goodman | INV-4452 | 1/30/2018 | 2/9/2018 | 275.00 |
| 64 | Andrew Peterson | INV-4444 | 1/30/2018 | 2/9/2018 | 784.00 |
| 65 | Sivab Prolu | INV-4501 | 1/31/2018 | 2/10/2018 | 750.00 |
| 66 | Victor R Rosario | INV-4497 | 1/31/2018 | 2/10/2018 | 2,000.00 |