**NAC Foundation, LLC**

# INVOICE
INV-4872

| | |
|---|---|
| Date: | Feb 12, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Feb 22, 2018 |

**Bill To:**
**Boubacar Ndiaye**

| **Balance Due:** | **$ 0** |
|---|---|

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** | 1 | $ 22,500 | $ 22,500 |

| | |
|---|---|
| Total: | $ 22,500 |
| Amount Paid: | $ 22,500 |

EX3138-001

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME:



ACCOUNT NUMBER:     7620

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to

EX3138-002

**NAC Foundation, LLC**



# INVOICE

INV-4874

Bill To:

**SEO YOUNG WOOK**

| | |
|---|---|
| Date: | Feb 12, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Feb 22, 2018 |
| **Balance Due:** | **$0** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ███████ | 1 | $500 | $500 |

| | |
|---|---|
| Total: | $500 |
| Amount Paid: | $500 |

EX3138-003

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: 

ACCOUNT NUMBER: 7620

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to

**NAC Foundation, LLC**

█████████████████
████████████████████

# INVOICE
INV-4882

Date: Feb 12, 2018

Payment Terms: NET 10

Due Date: Feb 22, 2018

Bill To:

**Kathy Parsons**

████████████████
████████████████████

| **Balance Due:** | **$ 0** |
|---|---|

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ████████████ | 1 | $ 1,500 | $ 1,500 |

Total: $ 1,500

Amount Paid: $ 1,500

EX3138-005

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK

ACCOUNT NUMBER: ███ 7620

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ███████████

NAC Foundation, LLC

# INVOICE
INV-4888

Bill To:
**Dan O'Donnell**

Date: Feb 12, 2018
Payment Terms: NET 10
Due Date: Feb 22, 2018

**Balance Due:**  **$ 0**

| Item | Quantity | Rate | Amount |
|------|----------|------|--------|
| **AML Token Sale deposit to account** ▉▉▉▉▉ | 1 | $ 900 | $ 900 |

Total: $ 900

Amount Paid: $ 900

EX3138-007

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK



ACCOUNT NUMBER: ▮▮▮7620

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ▮▮▮▮▮▮▮

EX3138-008

**NAC Foundation, LLC**

█████████████████

██████████████████

███████████

# INVOICE

INV-4893

| | |
|---|---|
| Date: | Feb 12, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Feb 22, 2018 |

**Balance Due:    $ 0**

Bill To:

**George Janicki**

██████████████████████

███████████████████

████████

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ██████████████████ | 1 | $ 1,867 | $ 1,867 |

| | |
|---|---|
| Total: | $ 1,867 |
| Amount Paid: | $ 1,867 |

EX3138-009

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME:



ACCOUNT NUMBER: ████ 7620

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ███████████

EX3138-010

**NAC Foundation, LLC**

███████████████
███████████████████

# INVOICE

INV-4908

| | |
|---|---|
| Date: | Feb 12, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Feb 22, 2018 |

**Balance Due:** **$ 0**

Bill To:

**Alireza Aliaskari**

████████████████
███████████████████

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ████████████ | 1 | $ 4,500 | $ 4,500 |

| | |
|---|---|
| Total: | $ 4,500 |
| Amount Paid: | $ 4,500 |

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: █████████████████████████
████████████████████████



███████████: ███████████████████████
ACCOUNT NUMBER: █████7620
██████████████████
████████████████
████████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ████████████

EX3138-012

**NAC Foundation, LLC**

████████████████
██████████████████

# INVOICE

INV-4946

| | |
|---|---|
| Date: | Feb 13, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Feb 23, 2018 |

Bill To:

**Philip Downey Essner**

████████████████
██████████████████

| **Balance Due:** | **$ 0** |
|---|---|

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ████████████████ | 1 | $ 5,000 | $ 5,000 |

| | |
|---|---|
| Total: | $ 5,000 |
| Amount Paid: | $ 5,000 |

EX3138-013

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: 

ACCOUNT NUMBER: ▮▮▮▮ 7620

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ▮▮▮▮▮▮▮▮

**NAC Foundation, LLC**

███████████
███████████████
█████████

# INVOICE
INV-4969

Bill To:

**Jacob**
██████████
████████████████
█████████

| | |
|---|---|
| Date: | Feb 13, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Feb 23, 2018 |
| **Balance Due:** | **$ 0** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ███████████ | 1 | $ 275 | $ 275 |

| | |
|---|---|
| Total: | $ 275 |
| Amount Paid: | $ 275 |

EX3138-015

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME:



ACCOUNT NUMBER: ███ 7620

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ██████████

EX3138-016

**NAC Foundation, LLC**



# INVOICE

INV-4988

Bill To:

**Ari Inkiläinen**

| | |
|---|---|
| Date: | Feb 14, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Feb 24, 2018 |
| **Balance Due:** | **$ 0** |

| Item | Quantity | Rate | Amount |
|------|----------|------|--------|
| **AML Token Sale deposit to account** | 1 | $ 351 | $ 351 |

| | |
|---|---|
| Total: | $ 351 |
| Amount Paid: | $ 351 |

EX3138-017

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: 

ACCOUNT NUMBER: ████ 7620

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to █████████

EX3138-018

**NAC Foundation, LLC**

# INVOICE
INV-4992

Bill To:

**Philip Downey Essner**

| | |
|---|---|
| Date: | Feb 14, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Feb 24, 2018 |
| **Balance Due:** | **$ 0** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ████████ | 1 | $ 3,900 | $ 3,900 |

| | |
|---|---|
| Total: | $ 3,900 |
| Amount Paid: | $ 3,900 |

EX3138-019

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: 

ACCOUNT NUMBER: ██████ 7620

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ██████████ .

**NAC Foundation, LLC**

# INVOICE

INV-5007

Bill To:

**Block Bits Capital**

Date: Feb 14, 2018

Payment Terms: NET 10

Due Date: Feb 24, 2018

**Balance Due:** **$0**

| Item | Quantity | Rate | Amount |
|------|----------|------|--------|
| **AML Token Sale deposit to account** ███████████ | 1 | $214,500 | $214,500 |

Total: $214,500

Amount Paid: $214,500

EX3138-021

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: 

ACCOUNT NUMBER: ███ 7620

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to █████████

EX3138-022