**NAC Foundation, LLC**

███████████████
████████████████

# INVOICE

INV-0038

Date: Oct 24, 2017

Payment Terms: NET 10

Due Date: Nov 3, 2017

Bill To:

**Sarah Schnepf**

██████████████████
████████████████

| **Balance Due:** | **$ 0** |
|---|---|

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ████████████████ | 1 | $ 45,000 | $ 45,000 |

Total: $ 45,000

Amount Paid: $ 45,000

EX3139-001

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.



CHASE BANK
ACCOUNT NAME: ███████████████████
████████████████

███████████████████████
ACCOUNT NUMBER: █████ 7620
█████████████
████████████
████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to █████████████

EX3139-002

**NAC Foundation, LLC**
███████████████
████████████████

# INVOICE

INV-0213

| | |
|---|---|
| Date: | Nov 24, 2017 |
| Payment Terms: | NET 10 |
| Due Date: | Dec 4, 2017 |

Bill To:
**Weston Berg**
██████████████████
███████████████

| **Balance Due:** | **$ 0** |
|---|---|

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ████████████████ | 1 | $ 160 | $ 160 |

| | |
|---|---|
| Total: | $ 160 |
| Amount Paid: | $ 160 |

EX3139-003

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.



CHASE BANK

ACCOUNT NUMBER: ▮▮▮ 7620

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ▮▮▮▮▮▮

**NAC Foundation, LLC**
██████████████
████████████████

# INVOICE

INV-0372

| | |
|---|---|
| Date: | Nov 29, 2017 |
| Payment Terms: | NET 10 |
| Due Date: | Dec 9, 2017 |

Bill To:

**Dmitriy Buyanov**
███████████████
██████████████

| **Balance Due:** | **$ 0** |
|---|---|

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ████████████ | 1 | $ 100,000 | $ 100,000 |

| | |
|---|---|
| Total: | $ 100,000 |
| Amount Paid: | $ 100,000 |

EX3139-005

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.


CHASE BANK
ACCOUNT NAME: ████████████████████
████████████████████


████████████████████████
ACCOUNT NUMBER: █████ 7620
███████████████
██████████
███████████████


This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ████████████

EX3139-006

**NAC Foundation, LLC**

█████████████
████████████████

# INVOICE

INV-0554

Bill To:

**Sarabjit kaur**

███████████
█████████████████

| | |
|---|---|
| Date: | Dec 3, 2017 |
| Payment Terms: | NET 10 |
| Due Date: | Dec 13, 2017 |
| **Balance Due:** | **$ 0** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ████████ | 1 | $ 600 | $ 600 |

| | |
|---|---|
| Total: | $ 600 |
| Amount Paid: | $ 600 |

EX3139-007

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: ███████████████████████
███████████████████████████

███████████████████████████████
ACCOUNT NUMBER: █████ 7620
███████████████████
████████████████
███████████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ██████████████

EX3139-008

**NAC Foundation, LLC**



# INVOICE

INV-0597

Bill To:

**Dale Styles-Hudson**

| | |
|---|---|
| Date: | Dec 4, 2017 |
| Payment Terms: | NET 10 |
| Due Date: | Dec 14, 2017 |
| **Balance Due:** | **$ 0** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** | 1 | $ 1,000 | $ 1,000 |

| | |
|---|---|
| Total: | $ 1,000 |
| Amount Paid: | $ 1,000 |

EX3139-009

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: ███████████████████████
███████████████████████████

███████████████████████████████
ACCOUNT NUMBER: ████ 7620
████████████████
████████████
███████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ████████████

**NAC Foundation, LLC**

███████████████
████████████████

# INVOICE

INV-0651

Bill To:

**Cory Cohen**

██████████████
████████████████

| | |
|---|---|
| Date: | Dec 5, 2017 |
| Payment Terms: | NET 10 |
| Due Date: | Dec 15, 2017 |
| **Balance Due:** | **$ 0** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ████████████ | 1 | $ 200 | $ 200 |

| | |
|---|---|
| Total: | $ 200 |
| Amount Paid: | $ 200 |

EX3139-011

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.


CHASE BANK
ACCOUNT NAME: ███████████████████████
███████████████████████████

███████████████████████████
ACCOUNT NUMBER: ████ 7620
████████████████
████████████
████████████████████


This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ████████████

**NAC Foundation, LLC**



# INVOICE

INV-0658

Date: Dec 5, 2017

Payment Terms: NET 10

Due Date: Dec 15, 2017

Bill To:

**Robert guy**

| **Balance Due:** | **$ 0** |
|---|---|

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ██████████ | 1 | $ 500 | $ 500 |

Total: $ 500

Amount Paid: $ 500

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.


CHASE BANK
ACCOUNT NAME: ███████████████████████
████████████████████████████

██████████████████████████████████
ACCOUNT NUMBER: █████ 7620
████████████████████
███████████████
██████████████████████████


This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ██████████████

**NAC Foundation, LLC**

# INVOICE

INV-0681

Bill To:

**Dale Styles-Hudson**

| | |
|---|---|
| Date: | Dec 6, 2017 |
| Payment Terms: | NET 10 |
| Due Date: | Dec 16, 2017 |
| **Balance Due:** | **$ 0** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** | 1 | $5,000 | $5,000 |

| | |
|---|---|
| Total: | $5,000 |
| Amount Paid: | $5,000 |

EX3139-015

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: ███████████████████████
███████████████████████████

███████████████████████████████
ACCOUNT NUMBER: ██████ 7620
█████████████████
█████████████
████████████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ████████████████

**NAC Foundation, LLC**

█████████████
████████████████████
████████████

# INVOICE

INV-0707

Bill To:

**Bonnie Adley**

████████████
███████████████████
██████

| | Date: | Dec 6, 2017 |
|---|---|---|
| | Payment Terms: | NET 10 |
| | Due Date: | Dec 16, 2017 |
| | **Balance Due:** | **$ 0** |

| Item | Quantity | Rate | Amount |
|------|----------|------|--------|
| **AML Token Sale deposit to account** ████████████ | 1 | $ 1,016$^{24}$ | $ 1,016$^{24}$ |

| | | |
|---|---|---|
| Total: | $ 1,016$^{24}$ |
| Amount Paid: | $ 1,016$^{24}$ |

EX3139-017

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.


CHASE BANK
ACCOUNT NAME: ███████████████████████
███████████████████████

███████████████████████████
ACCOUNT NUMBER: ██████ 7620
██████████████████
█████████████
███████████████████████


This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ████████████

EX3139-018

**NAC Foundation, LLC**
███████████████
████████████████

# INVOICE
INV-0738

Bill To:

**Ceslovas Kucinskas**
██████████████████
██████████████

| | |
|---|---|
| Date: | Dec 6, 2017 |
| Payment Terms: | NET 10 |
| Due Date: | Dec 16, 2017 |
| **Balance Due:** | **$ 0** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ████████████ | 1 | $214 | $214 |

| | |
|---|---|
| Total: | $214 |
| Amount Paid: | $214 |

EX3139-019

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: ███████████████████████
██████████████████████

█████████████████████████████
ACCOUNT NUMBER: █████ 7620
████████████████
██████████████
██████████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ████████████████

**NAC Foundation, LLC**
███████████████
█████████████████

# INVOICE
INV-0886

Bill To:

**Scott Bruffey**
████████████████
██████████████████████

| | |
|---|---|
| Date: | Dec 8, 2017 |
| Payment Terms: | NET 10 |
| Due Date: | Dec 18, 2017 |
| **Balance Due:** | **$ 0** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ███████████ | 1 | $ 100,000 | $ 100,000 |

| | |
|---|---|
| Total: | $ 100,000 |
| Amount Paid: | $ 100,000 |

EX3139-021

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: ███████████████████████
███████████████████████████

████████████████████████████████
ACCOUNT NUMBER: █████ 7620
███████████████
███████████████
███████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ███████████████

**NAC Foundation, LLC**

█████████████
████████████

# INVOICE
INV-0984

Bill To:
**Christina Kirven**

| | |
|---|---|
| Date: | Dec 10, 2017 |
| Payment Terms: | NET 10 |
| Due Date: | Dec 20, 2017 |

| **Balance Due:** | **$0** |
|---|---|

| Item | Quantity | Rate | Amount |
|------|----------|------|--------|
| **AML Token Sale deposit to account** ████████ | 1 | $200 | $200 |

| | |
|---|---|
| Total: | $200 |
| Amount Paid: | $200 |

EX3139-023

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK



BANK ADDRESS: ████████████████████████████
ACCOUNT NUMBER: ████ 7620

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ██████████████

**NAC Foundation, LLC**

# INVOICE
INV-1046

| | |
|---|---|
| Date: | Dec 10, 2017 |
| Payment Terms: | NET 10 |
| Due Date: | Dec 20, 2017 |

Bill To:

**Rahul Shrivastava**

| **Balance Due:** | **$ 0** |
|---|---|

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ███████ ███████ | 1 | $ 1,000 | $ 1,000 |

| | |
|---|---|
| Total: | $ 1,000 |
| Amount Paid: | $ 1,000 |

EX3139-025

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: ███████████████████
████████████████████████

████████████████████████████
ACCOUNT NUMBER: ████ 7620
████████████████
████████████
████████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ███████████████

EX3139-026

**NAC Foundation, LLC**

████████████████
████████████████████

# INVOICE
INV-1121

| | |
|---|---|
| Date: | Dec 11, 2017 |
| Payment Terms: | NET 10 |
| Due Date: | Dec 21, 2017 |

| **Balance Due:** | **$ 0** |
|---|---|

Bill To:
**chanajit**

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ████████████ | 1 | $ 500 | $ 500 |

| | |
|---|---|
| Total: | $ 500 |
| Amount Paid: | $ 500 |

EX3139-027

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.



CHASE BANK
ACCOUNT NAME: ███████████████████████████
███████████████████████████

███████████████████████████████
ACCOUNT NUMBER: ██████ 7620
█████████████████████
███████████████
███████████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ███████████████

**NAC Foundation, LLC**

# INVOICE
INV-1123

Bill To:
**Tri Hoang**

| | |
|---|---|
| Date: | Dec 11, 2017 |
| Payment Terms: | NET 10 |
| Due Date: | Dec 21, 2017 |
| **Balance Due:** | **$ 0** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ████████ | 1 | $ 2,000 | $ 2,000 |

| | |
|---|---|
| Total: | $ 2,000 |
| Amount Paid: | $ 2,000 |

EX3139-029

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: ███████████████████████
██████████████████████

████████████████████████████
ACCOUNT NUMBER: █████ 7620
████████████████
████████████
██████████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ███████████████

EX3139-030

**NAC Foundation, LLC**

# INVOICE
INV-1139

| | |
|---|---|
| Date: | Dec 12, 2017 |
| Payment Terms: | NET 10 |
| Due Date: | Dec 22, 2017 |
| **Balance Due:** | **$ 0** |

Bill To:

**Martin Smit**

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ██████████ | 1 | $ 1,449 40 | $ 1,449 40 |

| | |
|---|---|
| Total: | $ 1,449 40 |
| Amount Paid: | $ 1,449 40 |

EX3139-031

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: ███████████████████
███████████████████████

███████████████████████████
ACCOUNT NUMBER: ████ 7620
█████████████████
█████████████
███████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ███████████████

**NAC Foundation, LLC**

█████████████████
████████████████████
███████████

# INVOICE
INV-1288

Date: Dec 13, 2017

Payment Terms: NET 10

Due Date: Dec 23, 2017

Bill To:

**mohamed abdulgany**

████████████████████
████████████
███████

| | Balance Due: | **$ 0** |
|---|---|---|

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ████████████ | 1 | $ 15,000 | $ 15,000 |

Total: $ 15,000

Amount Paid: $ 15,000

EX3139-033

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: █████████████████████
████████████████████████

███████████████████████████
ACCOUNT NUMBER: ██████ 7620
████████████████
█████████████
█████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to █████████████

EX3139-034

**NAC Foundation, LLC**

████████████████

█████████████████

# INVOICE

INV-1435

| | |
|---|---|
| Date: | Dec 14, 2017 |
| Payment Terms: | NET 10 |
| Due Date: | Dec 24, 2017 |

Bill To:

**Jean D. Baptichon**

███████████████████

███████████████

| **Balance Due:** | **$ 0** |
|---|---|

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ████████████ | 1 | $ 1,000 | $ 1,000 |

| | |
|---|---|
| Total: | $ 1,000 |
| Amount Paid: | $ 1,000 |

EX3139-035

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.



CHASE BANK
ACCOUNT NAME: ████████████████

ACCOUNT NUMBER ███████ 7620

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ████████████

**NAC Foundation, LLC**

███████████████
██████████████████

# INVOICE
INV-1472

| | |
|---|---|
| Date: | Dec 15, 2017 |
| Payment Terms: | NET 10 |
| Due Date: | Dec 25, 2017 |
| **Balance Due:** | **$0** |

Bill To:

**anthony morris**

███████████████
██████████████████

| Item | Quantity | Rate | Amount |
|------|----------|------|--------|
| **AML Token Sale deposit to account** ████████ | 1 | $300 | $300 |

| | |
|---|---|
| Total: | $300 |
| Amount Paid: | $300 |

EX3139-037

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.



CHASE BANK
ACCOUNT NAME: ███████████████
████████████████████

████████████████████
ACCOUNT NUMBER: ████ 7620
██████████████
███████████
██████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ███████████

**NAC Foundation, LLC**

████████████
██████████████████
██████████

# INVOICE
INV-1590

| | |
|---|---|
| Date: | Dec 15, 2017 |
| Payment Terms: | NET 10 |
| Due Date: | Dec 25, 2017 |

Bill To:

**Charlie Khoury**

████████████
██████████████████
██████████

| **Balance Due:** | **$ 0** |
|---|---|

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to** ███████████████ | 1 | $ 12,500 | $ 12,500 |

| | |
|---|---|
| Total: | $ 12,500 |
| Amount Paid: | $ 12,500 |

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: ███████████████████
███████████████████

███████████████████████
ACCOUNT NUMBER: ████ 7620
██████████████
████████████
█████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ███████████

**NAC Foundation, LLC**

█████████████
███████████████████████
██████████████

# INVOICE
INV-1661

| | |
|---|---|
| Date: | Dec 16, 2017 |
| Payment Terms: | NET 10 |
| Due Date: | Dec 26, 2017 |

**Bill To:**

**Michael Huemer**

███████████████
███████████
████████████

| **Balance Due:** | **$ 0** |
|---|---|

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account mail.huemer@gmail.com** | 1 | $ 1,250 | $ 1,250 |

| | |
|---|---|
| Total: | $ 1,250 |
| Amount Paid: | $ 1,250 |

EX3139-041

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.


CHASE BANK
ACCOUNT NAME: ██████████████████
██████████████████████████

██████████████████████████████
ACCOUNT NUMBER: ████ 7620
████████████████
██████████████
████████████████████


This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ██████████████

**NAC Foundation, LLC**

# INVOICE
INV-1850

Bill To:
**Chandni Patel**

| | |
|---|---|
| Date: | Dec 19, 2017 |
| Payment Terms: | NET 10 |
| Due Date: | Dec 29, 2017 |
| **Balance Due:** | **$ 0** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ▮▮▮▮ | 1 | $ 1,000 | $ 1,000 |

| | |
|---|---|
| Total: | $ 1,000 |
| Amount Paid: | $ 1,000 |

EX3139-043

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: ██████████████████████
████████████████████████

████████████████████████████
ACCOUNT NUMBER: ████ 7620
██████████████████
███████████████
█████████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ██████████████

EX3139-044

**NAC Foundation, LLC**

█████████
████████████

# INVOICE

INV-1862

| | |
|---|---|
| Date: | Dec 19, 2017 |
| Payment Terms: | NET 10 |
| Due Date: | Dec 29, 2017 |

Bill To:

**ohad ifergan**

████████████
██████████

| **Balance Due:** | **$ 0** |
|---|---|

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ██████████ | 1 | $ 2,500 | $ 2,500 |

| | |
|---|---|
| Total: | $ 2,500 |
| Amount Paid: | $ 2,500 |

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.



CHASE BANK
ACCOUNT NAME: ████████████████
████████████████████

████████████████████████
ACCOUNT NUMBER: ████ 7620
████████████
████████
██████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ████████████

**NAC Foundation, LLC**

██████████
████████████
█████████

# INVOICE
INV-1864

| | |
|---|---|
| Date: | Dec 19, 2017 |
| Payment Terms: | NET 10 |
| Due Date: | Dec 29, 2017 |
| **Balance Due:** | **$ 0** |

Bill To:

**Charlie Khoury**

███████████
████████████
████████

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ████████████ | 1 | $ 10,000 | $ 10,000 |

| | |
|---|---|
| Total: | $ 10,000 |
| Amount Paid: | $ 10,000 |

EX3139-047

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.



CHASE BANK
ACCOUNT NAME: ██████████████████████
████████████████████████

████████████████████████████████████
ACCOUNT NUMBER: █████ 7620
███████████████████████
█████████████████████
███████████████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ██████████████

**NAC Foundation, LLC**

██████████████
████████████████████
████████████

# INVOICE

INV-1963

Date: Dec 21, 2017

Payment Terms: NET 10

Due Date: Dec 31, 2017

Bill To:

**Valerio Meroi**

██████████████████████████████
███████████████████
████████████

| **Balance Due:** | **$ 0** |
|---|---|

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ██████████████████████ | 1 | $ 1,875 | $ 1,875 |

Total: $ 1,875

Amount Paid: $ 1,875

EX3139-049

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.


CHASE BANK
ACCOUNT NAME: ███████████████████████
████████████████████████████

███████████████████████████████████
ACCOUNT NUMBER: █████ 7620
███████████████████████
███████████████████
████████████████████████


This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ███████████████

**NAC Foundation, LLC**
█████████████
████████████████

# INVOICE
INV-1977

| | |
|---|---|
| Date: | Dec 21, 2017 |
| Payment Terms: | NET 10 |
| Due Date: | Dec 31, 2017 |
| **Balance Due:** | **$ 0** |

Bill To:
**Ellen Smith**
████████████████
██████████████

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account**████████████ | 1 | $3,000 | $3,000 |

| | |
|---|---|
| Total: | $3,000 |
| Amount Paid: | $3,000 |

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME:



ACCOUNT NUMBER:          7620

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to

EX3139-052

**NAC Foundation, LLC**

███████████████
████████████████████

# INVOICE

INV-2030

Date: Dec 22, 2017

Payment Terms: NET 10

Due Date: Jan 1, 2018

| Balance Due: | $0 |
|---|---|

Bill To:

**Harold Ofori**

███████████████
█████████████████

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ██████████████ | 1 | $341 $^{19}$ | $341 $^{19}$ |

Total: $341 $^{19}$

Amount Paid: $341 $^{19}$

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: 

ACCOUNT NUMBER: ███ 7620

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ███████

EX3139-054

**NAC Foundation, LLC**

███████████████
█████████████████████

# INVOICE
INV-2058

Bill To:

**Dinesh Ghevariya**

███████████████
███████████████████

| | |
|---|---|
| Date: | Dec 23, 2017 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 2, 2018 |
| **Balance Due:** | **$ 0** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account**<br>████████████████ | 1 | $ 11,500 | $ 11,500 |

| | |
|---|---|
| Total: | $ 11,500 |
| Amount Paid: | $ 11,500 |

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: 

ACCOUNT NUMBER: 7620

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to

**NAC Foundation, LLC**
█████████████
████████████████

# INVOICE
INV-2110

| | |
|---|---|
| Date: | Dec 24, 2017 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 3, 2018 |
| **Balance Due:** | **$ 0** |

Bill To:
**Heath Watson**
████████████████
██████████████████

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ████████████ | 1 | $ 1,562 $^{50}$ | $ 1,562 $^{50}$ |

| | |
|---|---|
| Total: | $ 1,562 $^{50}$ |
| Amount Paid: | $ 1,562 $^{50}$ |

EX3139-057

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.



CHASE BANK
ACCOUNT NAME: ███████████████████████
███████████████████████

BANK ADDRESS: ███████████████████████
ACCOUNT NUMBER: ██████ 7620
███████████████
███████████████
███████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ███████████████

EX3139-058

**NAC Foundation, LLC**
███████████████
██████████████████
███████████

# INVOICE
INV-2301

| | |
|---|---|
| Date: | Dec 29, 2017 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 8, 2018 |
| **Balance Due:** | **$ 0** |

Bill To:
**Acelin Berthelot**
██████████████
████████████████
███████

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ████████████ | 1 | $781 25 | $781 25 |

| | |
|---|---|
| Total: | $781 25 |
| Amount Paid: | $781 25 |

EX3139-059

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: ███████████████████
███████████████████████

███████████████████████████
ACCOUNT NUMBER: █████ 7620
███████████████
██████████████
█████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ███████████

EX3139-060

**NAC Foundation, LLC**

# INVOICE
INV-2374

Bill To:

**TAE HWANG**

| | |
|---|---|
| Date: | Dec 31, 2017 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 10, 2018 |
| **Balance Due:** | **$ 0** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ▮▮▮▮▮ | 1 | $ 4,981 $^{25}$ | $ 4,981 $^{25}$ |

| | |
|---|---|
| Total: | $ 4,981 $^{25}$ |
| Amount Paid: | $ 4,981 $^{25}$ |

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: 

ACCOUNT NUMBER: ████ 7620

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to █████████

**NAC Foundation, LLC**

# INVOICE

INV-2472

Bill To:

**Everett Roberts**

Date: Jan 2, 2018

Payment Terms: NET 10

Due Date: Jan 12, 2018

**Balance Due:** **$ 0**

| Item | Quantity | Rate | Amount |
|------|----------|------|--------|
| **AML Token Sale deposit to account** ███████ | 1 | $ 10,625 | $ 10,625 |

Total: $ 10,625

Amount Paid: $ 10,625

EX3139-063

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.


CHASE BANK
ACCOUNT NAME: ███████████████████████
███████████████████████████

███████████████████████████████
ACCOUNT NUMBER: ████ 7620
████████████████████
█████████████████
█████████████████████████


This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ████████████████

**NAC Foundation, LLC**

# INVOICE
INV-2497

Bill To:

**Douglas Smith**

| | |
|---|---|
| Date: | Jan 3, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 13, 2018 |
| **Balance Due:** | **$ 0** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ▮▮▮ | 1 | $ 300 | $ 300 |

| | |
|---|---|
| Total: | $ 300 |
| Amount Paid: | $ 300 |

EX3139-065

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.


CHASE BANK
ACCOUNT NAME: ███████████████████████████
████████████████████████████

████████████████████████████████████
ACCOUNT NUMBER: ██████ 7620
████████████████████
██████████████████
████████████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ██████████████

EX3139-066

**NAC Foundation, LLC**



# INVOICE
INV-2544

Bill To:

**Remo Moruzzi**

| | |
|---|---|
| Date: | Jan 4, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 14, 2018 |
| **Balance Due:** | **$ 0** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ████████ | 1 | $ 20,250 | $ 20,250 |

| | |
|---|---|
| Total: | $ 20,250 |
| Amount Paid: | $ 20,250 |

EX3139-067

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: 

BANK ADDRESS:
ACCOUNT NUMBER:        7620

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to

EX3139-068

**NAC Foundation, LLC**

# INVOICE
INV-2549

Bill To:

**Omar Y K Alshaikhali**

| | |
|---|---|
| Date: | Jan 4, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 14, 2018 |
| **Balance Due:** | **$0** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** | 1 | $408.40 | $408.40 |

| | |
|---|---|
| Total: | $408.40 |
| Amount Paid: | $408.40 |

EX3139-069

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: 

ACCOUNT NUMBER: █████620

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to█████████

EX3139-070

**NAC Foundation, LLC**

# INVOICE
INV-2598

Date: Jan 4, 2018

Payment Terms: NET 10

Due Date: Jan 14, 2018

Bill To:

**Gordon VaughnCooke**

| | Balance Due: | $0 |
|---|---|---|

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ███ | 1 | $30,000 | $30,000 |

Total: $30,000

Amount Paid: $30,000

EX3139-071

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: 

ACCOUNT NUMBER: ████ 7620

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to████████████

EX3139-072

**NAC Foundation, LLC**

# INVOICE

INV-2637

Bill To:

**Lee dong chul**

| | |
|---|---|
| Date: | Jan 5, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 15, 2018 |
| **Balance Due:** | **$ 0** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ███████ | 1 | $20,000 | $20,000 |

| | |
|---|---|
| Total: | $20,000 |
| Amount Paid: | $20,000 |

EX3139-073

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.



CHASE BANK
ACCOUNT NAME: ████████████████
████████████████████████

████████████████████████
ACCOUNT NUMBER █████ 7620
████████████████
████████████
████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ████████████

**NAC Foundation, LLC**

████████████████
███████████████████

# INVOICE
INV-2647

Bill To:

**lior talbi**

████████████████
███████████████████

| | |
|---|---|
| Date: | Jan 5, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 15, 2018 |
| **Balance Due:** | **$ 0** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ████████████ | 1 | $ 3,500 | $ 3,500 |

| | |
|---|---|
| Total: | $ 3,500 |
| Amount Paid: | $ 3,500 |

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: 

ACCOUNT NUMBER: ███ 7620

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ███████

EX3139-076

**NAC Foundation, LLC**

██████████████████
████████████████████

# INVOICE
INV-2775

Bill To:

**Sam Sobania**
██████████████████
████████████████████

| | |
|---|---|
| Date: | Jan 7, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 17, 2018 |
| **Balance Due:** | **$ 0** |

| Item | Quantity | Rate | Amount |
|------|----------|------|--------|
| **AML Token Sale deposit to account** ████████████ | 1 | $ 15,625 | $ 15,625 |

| | |
|---|---|
| Total: | $ 15,625 |
| Amount Paid: | $ 15,625 |

EX3139-077

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: ███████████████████████
███████████████████████

███████████████████████████████
ACCOUNT NUMBER: ██████ 7620
████████████████████
██████████████████
██████████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ██████████████

EX3139-078

NAC Foundation, LLC

# INVOICE

INV-2787

Bill To:

**Daniel Gidez**

| | |
|---|---|
| Date: | Jan 7, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 17, 2018 |
| **Balance Due:** | **$0** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ███████ | 1 | $750 | $750 |

| | |
|---|---|
| Total: | $750 |
| Amount Paid: | $750 |

EX3139-079

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: ███████████████████████
████████████████████████

████████████████████████████
ACCOUNT NUMBER: ████ 7620
███████████████
██████████████
███████████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ██████████████

EX3139-080

**NAC Foundation, LLC**



# INVOICE
INV-3935

| | |
|---|---|
| Date: | Jan 18, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 28, 2018 |
| **Balance Due:** | **$ 0** |

Bill To:

**Gyorgy Dobo**

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** | 1 | $ 500 | $ 500 |

| | |
|---|---|
| Total: | $ 500 |
| Amount Paid: | $ 500 |

EX3139-081

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: ███████████████████████
█████████████████████

██████████████████████████████
ACCOUNT NUMBER: █████ 7620
█████████████████
████████████████
██████████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ████████████████

EX3139-082

**NAC Foundation, LLC**



# INVOICE

INV-3974

Bill To:

**Andor Pasztor**

| | |
|---|---|
| Date: | Jan 19, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 29, 2018 |
| **Balance Due:** | **$ 0** |

| Item | Quantity | Rate | Amount |
|------|----------|------|--------|
| **AML Token Sale deposit to account** | 1 | $ 300 | $ 300 |

| | |
|---|---|
| Total: | $ 300 |
| Amount Paid: | $ 300 |

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.


CHASE BANK
ACCOUNT NAME: ███████████████████████
████████████████████████

██████████████████████████████
ACCOUNT NUMBER: ██████ 7620
███████████████████
█████████████████
███████████████████████


This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ████████████████

EX3139-084

**NAC Foundation, LLC**
███████████
████████████

# INVOICE
INV-4083

| | |
|---|---|
| Date: | Jan 20, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 30, 2018 |

Bill To:
**Baron August**
████████████
██████████

| **Balance Due:** | **$ 0** |
|---|---|

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ██████████ | 1 | $ 9,000 | $ 9,000 |

| | |
|---|---|
| Total: | $ 9,000 |
| Amount Paid: | $ 9,000 |

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.



CHASE BANK
ACCOUNT NAME: ███████████████████████
███████████████████████

██████████████████████████████
ACCOUNT NUMBER: █████ 7620
██████████████
██████████
███████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ████████████

**NAC Foundation, LLC**



# INVOICE
INV-4145

Bill To:

**Uffizi AS**

| | |
|---|---|
| Date: | Jan 22, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Feb 1, 2018 |
| **Balance Due:** | **$ 0** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to** ███████████ | 1 | $ 5,300 | $ 5,300 |

| | |
|---|---|
| Total: | $ 5,300 |
| Amount Paid: | $ 5,300 |

EX3139-087

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.



CHASE BANK
ACCOUNT NAME: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

ACCOUNT NUMBER: ▮▮▮▮7620

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ▮▮▮▮▮▮▮▮

EX3139-088

**NAC Foundation, LLC**

███████████████
████████████████

# INVOICE

INV-4234

Bill To:

**Rayapa Reddy Gopu**
█████████████████████████
███████████████

Date:     Jan 24, 2018

Payment Terms:     NET 10

Due Date:     Feb 3, 2018

**Balance Due:**     **$0**

| Item | Quantity | Rate | Amount |
|------|----------|------|--------|
| **AML Token Sale deposit to account** ████████████ | 1 | $500 | $500 |

Total:    $500

Amount Paid:    $500

EX3139-089

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: ██████████████████████
████████████████████████

████████████████████████████████
ACCOUNT NUMBER: █████ 7620
████████████████████
█████████████████
████████████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ████████████████

EX3139-090

**NAC Foundation, LLC**

# INVOICE
INV-4278

Bill To:
**Romeo Vinas**

| | |
|---|---|
| Date: | Jan 25, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Feb 4, 2018 |
| **Balance Due:** | **$0** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ██████ | 1 | $375 | $375 |

| | |
|---|---|
| Total: | $375 |
| Amount Paid: | $375 |

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: 

ACCOUNT NUMBER: ████7620

CODE: CHASUS33XXX

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ████████████

EX3139-092

**NAC Foundation, LLC**

# INVOICE
INV-3298

Bill To:

**Block Bits Capital**

Date: Jan 12, 2018

Payment Terms: NET 10

Due Date: Jan 22, 2018

**Balance Due:** **$0**

| Item | Quantity | Rate | Amount |
|------|----------|------|--------|
| **AML Token Sale deposit to account** ████████ | 1 | $850,000 | $850,000 |

Total: $850,000

Amount Paid: $850,000

EX3139-093

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.



CHASE BANK
ACCOUNT NAME: ███████████████████████████
████████████████████████████

████████████████████████████████
ACCOUNT NUMBER: ██████ 7620
████████████████████
██████████████████
████████████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to █████████████