**AML Bitcoin Zero Balances  February 1st - February 9th, 2018**
**DP 02/14/2018**

| # | Customer | Number | Date | Total | Balance |
|---|---|---|---|---|---|
| 1 | Mounir | INV-4520 | 2/1/2018 | 3704 | 0 |
| 2 | Ms Firoz Kabir Jewel | INV-4522 | 2/1/2018 | 7500 | 0 |
| 3 | Gerald Casilli | INV-4523 | 2/1/2018 | 1000 | 0 |
| 4 | John Black | INV-4524 | 2/1/2018 | 300 | 0 |
| 5 | Seth Mankin | INV-4525 | 2/1/2018 | 22500 | 0 |
| 6 | Martha Amitay | INV-4526 | 2/1/2018 | 300 | 0 |
| 7 | Edmond Lim | INV-4527 | 2/1/2018 | 7500 | 0 |
| 8 | CHAIM EKSTEIN | INV-4529 | 2/1/2018 | 1500 | 0 |
| 9 | Laurie Mackenzie | INV-4530 | 2/1/2018 | 1500 | 0 |
| 10 | Nabin k karki | INV-4531 | 2/1/2018 | 900 | 0 |
| 11 | Gerald Casilli | INV-4533 | 2/1/2018 | 9000 | 0 |
| 12 | Christina tran | INV-4534 | 2/1/2018 | 1950 | 0 |
| 13 | Barry Fay | INV-4536 | 2/1/2018 | 10500 | 0 |
| 14 | Torgom Vartanyan | INV-4538 | 2/1/2018 | 300 | 0 |
| 15 | Maurice James Toal | INV-4540 | 2/1/2018 | 3000 | 0 |
| 16 | Greg Hechavarria | INV-4544 | 2/1/2018 | 597 | 0 |
| 17 | Roseblanche Hair | INV-4546 | 2/1/2018 | 1500 | 0 |
| 18 | robert farr | INV-4548 | 2/1/2018 | 500 | 0 |
| 19 | Albert Tan Kim Seng | INV-4549 | 2/1/2018 | 3000 | 0 |
| 20 | Ayo O Lawson | INV-4550 | 2/1/2018 | 1500 | 0 |
| 21 | Jason H Bourland | INV-4552 | 2/1/2018 | 300 | 0 |
| 22 | William Tharp | INV-4553 | 2/1/2018 | 300 | 0 |
| 23 | Margie Carroll | INV-4555 | 2/1/2018 | 1500 | 0 |
| 24 | Nate | INV-4559 | 2/1/2018 | 300 | 0 |
| 25 | Andrew Peterson | INV-4563 | 2/2/2018 | 393 | 0 |
| 26 | Martin O'Regan | INV-4564 | 2/2/2018 | 10000 | 0 |
| 27 | John Affuso | INV-4565 | 2/2/2018 | 400 | 0 |
| 28 | Shay Dorling | INV-4566 | 2/2/2018 | 300 | 0 |
| 29 | Douglas Feuerbach | INV-4568 | 2/2/2018 | 600 | 0 |
| 30 | Helen Bruno | INV-4570 | 2/2/2018 | 900 | 0 |
| 31 | Ronald Switzer | INV-4572 | 2/2/2018 | 800 | 0 |
| 32 | Tatyana Kab | INV-4575 | 2/2/2018 | 300 | 0 |
| 33 | Paul David Shelor Jr | INV-4576 | 2/2/2018 | 425 | 0 |
| 34 | Dana Bell | INV-4577 | 2/2/2018 | 558 | 0 |
| 35 | Stuart Durie | INV-4581 | 2/2/2018 | 300 | 0 |
| 36 | Joseph Torossian | INV-4586 | 2/2/2018 | 600 | 0 |
| 37 | Eric Bonnette | INV-4589 | 2/3/2018 | 1000.5 | 0 |
| 38 | Joshua Calligan | INV-4591 | 2/3/2018 | 500 | 0 |
| 39 | Joe Hart | INV-4596 | 2/3/2018 | 300 | 0 |
| 40 | Adam Richardson | INV-4597 | 2/3/2018 | 1140 | 0 |
| 41 | Nemia Matuto | INV-4599 | 2/3/2018 | 600 | 0 |
| 42 | Terence Payet | INV-4602 | 2/3/2018 | 3000 | 0 |
| 43 | Stephanie Hood | INV-4603 | 2/3/2018 | 1000.5 | 0 |

EX3140-001

| # | Name | Invoice | Date | Amount | |
|---|---|---|---|---|---|
| 44 | Stephanie Lim | INV-4604 | 2/3/2018 | 7500 | 0 |
| 45 | DECLAN JOYCE | INV-4608 | 2/3/2018 | 2230 | 0 |
| 46 | Douglas Cornish | INV-4612 | 2/4/2018 | 300 | 0 |
| 47 | Andrea Davidson | INV-4613 | 2/4/2018 | 1500 | 0 |
| 48 | Igor Dusa | INV-4615 | 2/4/2018 | 1500 | 0 |
| 49 | estelle m. ngo lissouck | INV-4617 | 2/4/2018 | 750 | 0 |
| 50 | Shlome Masri | INV-4623 | 2/4/2018 | 900 | 0 |
| 51 | Syed Faraz ul-haque | INV-4626 | 2/4/2018 | 300 | 0 |
| 52 | Dora Eva Varallyay | INV-4630 | 2/4/2018 | 1050 | 0 |
| 53 | Samer Mawad | INV-4632 | 2/4/2018 | 4000 | 0 |
| 54 | Chadwick Ferguson | INV-4635 | 2/5/2018 | 1500 | 0 |
| 55 | Lim kheng ann | INV-4636 | 2/5/2018 | 375 | 0 |
| 56 | Trevor James | INV-4639 | 2/5/2018 | 3500 | 0 |
| 57 | Daniel Vuong | INV-4641 | 2/5/2018 | 375 | 0 |
| 58 | Victor R Rosario | INV-4643 | 2/5/2018 | 700 | 0 |
| 59 | Jonathan Hochman | INV-4644 | 2/5/2018 | 1000 | 0 |
| 60 | Martha Amitay | INV-4645 | 2/5/2018 | 300 | 0 |
| 61 | Sajit Koshy | INV-4649 | 2/5/2018 | 1000 | 0 |
| 62 | Diana Donaghy | INV-4650 | 2/5/2018 | 1470 | 0 |
| 63 | Marcellars Mason | INV-4652 | 2/5/2018 | 300 | 0 |
| 64 | Mirza Paglinawan | INV-4653 | 2/5/2018 | 300 | 0 |
| 65 | Sajit Koshy | INV-4654 | 2/5/2018 | 1000 | 0 |
| 66 | Daniel Ferrendino | INV-4656 | 2/5/2018 | 550 | 0 |
| 67 | Susumu Blackwolf | INV-4657 | 2/5/2018 | 1500 | 0 |
| 68 | michael brown | INV-4658 | 2/5/2018 | 801 | 0 |
| 69 | Jonathan Carpino | INV-4659 | 2/5/2018 | 2250 | 0 |
| 70 | Steve | INV-4663 | 2/5/2018 | 2000 | 0 |
| 71 | Andre Hart | INV-4666 | 2/5/2018 | 300 | 0 |
| 72 | Aziz Denian | INV-4669 | 2/6/2018 | 5000 | 0 |
| 73 | Ou Saeteurn | INV-4670 | 2/6/2018 | 600 | 0 |
| 74 | Jessie Roldan | INV-4671 | 2/6/2018 | 1500 | 0 |
| 75 | Anthony Spoleti | INV-4673 | 2/6/2018 | 1200 | 0 |
| 76 | Francine Rubino | INV-4675 | 2/6/2018 | 300 | 0 |
| 77 | Munawar Andoo | INV-4677 | 2/6/2018 | 300 | 0 |
| 78 | Bhesh Raj Poudel | INV-4682 | 2/6/2018 | 300 | 0 |
| 79 | Nezam Dulal | INV-4696 | 2/7/2018 | 300 | 0 |
| 80 | Ravi Prasad`Nampally | INV-4699 | 2/7/2018 | 350 | 0 |
| 81 | Manikandan | INV-4700 | 2/7/2018 | 725 | 0 |
| 82 | Olivia Avila | INV-4702 | 2/7/2018 | 450 | 0 |
| 83 | Aram Muradyan | INV-4704 | 2/7/2018 | 300 | 0 |
| 84 | Andrew Bernard | INV-4705 | 2/7/2018 | 300 | 0 |
| 85 | tim Hornby | INV-4706 | 2/7/2018 | 27000 | 0 |
| 86 | Talal Abed Al Khalek | INV-4708 | 2/7/2018 | 2100 | 0 |
| 87 | Gurpreet Gill | INV-4709 | 2/7/2018 | 300 | 0 |
| 88 | RYAN WHITE | INV-4714 | 2/7/2018 | 4500 | 0 |
| 89 | Giganeshkumar Sheth | INV-4715 | 2/7/2018 | 750 | 0 |
| 90 | Jesse rice | INV-4717 | 2/7/2018 | 600 | 0 |

| | | | | | |
|---|---|---|---|---|---|
| 91 | Apurva Shanker | INV-4721 | 2/7/2018 | 800 | 0 |
| 92 | Ronni Mancinelli | INV-4722 | 2/7/2018 | 300 | 0 |
| 93 | Elie Mattar | INV-4733 | 2/8/2018 | 1950 | 0 |
| 94 | Juan Pablo Martinez | INV-4735 | 2/8/2018 | 1500 | 0 |
| 95 | judith m bleichfeld | INV-4739 | 2/8/2018 | 6000 | 0 |
| 96 | judith m bleichfeld | INV-4744 | 2/8/2018 | 2000 | 0 |
| 97 | Ovsep Kolsuzyan | INV-4745 | 2/8/2018 | 300 | 0 |
| 98 | matt alson | INV-4746 | 2/8/2018 | 750 | 0 |
| 99 | Benjamin Boyer | INV-4748 | 2/8/2018 | 1500 | 0 |
| 100 | matt alson | INV-4753 | 2/8/2018 | 4200 | 0 |
| 101 | Torgom Vartanyan | INV-4758 | 2/8/2018 | 300 | 0 |
| 102 | Grant Evans | INV-4760 | 2/8/2018 | 480 | 0 |
| 103 | Vivilyn Peterson | INV-4761 | 2/8/2018 | 1000 | 0 |
| 104 | Angelina Lapid | INV-4765 | 2/9/2018 | 999 | 0 |
| 105 | Susanne | INV-4771 | 2/9/2018 | 300 | 0 |
| 106 | Mohammed Ziaur Rahman | INV-4772 | 2/9/2018 | 750 | 0 |
| 107 | robert farr | INV-4781 | 2/9/2018 | 9300 | 0 |
| 108 | Bradley Boyd | INV-4784 | 2/9/2018 | 300 | 0 |
| 109 | Thomas Greco | INV-4786 | 2/9/2018 | 500 | 0 |
| 110 | Daren Beazley | INV-4788 | 2/9/2018 | 4500 | 0 |
| 111 | Todd Irwin | INV-4790 | 2/9/2018 | 375 | 0 |
| 112 | David Dominguez | INV-4798 | 2/9/2018 | 500 | 0 |

228,798