**NAC Foundation, LLC**

# INVOICE
INV-2834

Date:    Jan 8, 2018

Payment Terms:    NET 10

Due Date:    Jan 18, 2018

Bill To:

**Suzette van Reede van Oudtshoorn**

| **Balance Due:** | **$0** |
| --- | --- |

| Item | Quantity | Rate | Amount |
| --- | --- | --- | --- |
| **AML Token Sale deposit to account** ██████████ | 1 | $300 | $300 |

Total:    $300

Amount Paid:    $300

EX3141-001

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: ████████████████████
████████████████████

████████████████████████████
ACCOUNT NUMBER: █████ 7620
████████████████
████████████
████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ████████████

EX3141-002

**NAC Foundation, LLC**

█████████████

# INVOICE
INV-2870

Date: Jan 8, 2018

Payment Terms: NET 10

Due Date: Jan 18, 2018

**Balance Due: $0**

Bill To:

**Wayne Liedermoy**

████████████████

| Item | Quantity | Rate | Amount |
|------|----------|------|--------|
| **AML Token Sale deposit to account** | 1 | $1,625 | $1,625 |

████████████████

Total: $1,625

Amount Paid: $1,625

EX3141-003

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: █████████████████████
███████████████████████

███████████████████████████████
ACCOUNT NUMBER: █████7620
███████████████████
███████████████
█████████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ███████████████

**NAC Foundation, LLC**

███████████████
███████████████

# INVOICE
INV-2902

Date:           Jan 8, 2018

Payment Terms:  NET 10

Due Date:       Jan 18, 2018

Bill To:

**Salvatore Coretto**

███████████████
███████████████

| **Balance Due:** | **$ 0** |
| --- | --- |

| Item | Quantity | Rate | Amount |
| --- | --- | --- | --- |
| **AML Token Sale deposit to account** ███████ | 1 | $300 | $300 |

| | |
| --- | --- |
| Total: | $300 |
| Amount Paid: | $300 |

EX3141-005

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: ███████████████████████
███████████████████████████

███████████████████████████████████
ACCOUNT NUMBER: █████ 7620
████████████████████
███████████████
█████████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ███████████████

EX3141-006

**NAC Foundation, LLC**
██████████████
████████████████

# INVOICE

INV-2925

Bill To:

**Jason jansky**
███████████
██████████████

| | |
|---|---|
| Date: | Jan 8, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 18, 2018 |
| **Balance Due:** | **$ 0** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ███████████ | 1 | $ 1,250 | $ 1,250 |

| | |
|---|---|
| Total: | $ 1,250 |
| Amount Paid: | $ 1,250 |

EX3141-007

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.


CHASE BANK
ACCOUNT NAME: ███████████████████████
███████████████████████████

███████████████████████████████
ACCOUNT NUMBER: █████7620
████████████████████
███████████████
██████████████████████


This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ████████████

**NAC Foundation, LLC**
█████████████████
████████████████████

# INVOICE
INV-2958

| | |
|---|---|
| Date: | Jan 8, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 18, 2018 |

**Bill To:**
**Susumu Blackwolf**
████████████████████
█████████████████

| **Balance Due:** | **$ 0** |
|---|---|

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ████████████ | 1 | $ 500 | $ 500 |

| | |
|---|---|
| Total: | $ 500 |
| Amount Paid: | $ 500 |

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.


CHASE BANK
ACCOUNT NAME: ███████████████████████████
███████████████████████████

███████████████████████████████
ACCOUNT NUMBER: ██████ 7620
██████████████████████
██████████████████
███████████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ████████████

EX3141-010

**NAC Foundation, LLC**
█████████████████
███████████████████████
█████████████

# INVOICE

INV-2997

|  |  |
|---|---|
| Date: | Jan 9, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 19, 2018 |

**Bill To:**

**Steven Chen**
██████████████████████
████████████████
███████████

| | **Balance Due:** | **$ 0** |
|---|---|---|

| Item | Quantity | Rate | Amount |
|------|----------|------|--------|
| **AML Token Sale deposit to account** ████████████████ | 1 | $ 300 | $ 300 |

|  |  |
|---|---|
| Total: | $ 300 |
| Amount Paid: | $ 300 |

EX3141-011

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.


CHASE BANK
ACCOUNT NAME: ███████████████████████
███████████████████████████

███████████████████████████████
ACCOUNT NUMBER: █████7620
███████████████████
███████████████
█████████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ████████████

EX3141-012

**NAC Foundation, LLC**

██████████████
██████████████
███████

# INVOICE
INV-3032

Bill To:
**Alexander Dube**
███████████████
████████
███
████████

| | |
|---|---|
| Date: | Jan 9, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 19, 2018 |

| **Balance Due:** | **$ 0** |
|---|---|

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ████████ | 1 | $ 400 | $ 400 |

| | |
|---|---|
| Total: | $ 400 |
| Amount Paid: | $ 400 |

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: █████████████████████
██████████████████████

████████████████████████
ACCOUNT NUMBER: █████ 7620
██████████████
███████████
██████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ████████████

EX3141-014

**NAC Foundation, LLC**



# INVOICE
INV-3076

Bill To:

**Tanmay Korgaonkar**

| | |
|---|---|
| Date: | Jan 9, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 19, 2018 |
| **Balance Due:** | **$ 0** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ████████ | 1 | $ 500 | $ 500 |

| | |
|---|---|
| Total: | $ 500 |
| Amount Paid: | $ 500 |

EX3141-015

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.


CHASE BANK
ACCOUNT NAME: ███████████████████████████
██████████████████████████

████████████████████████████████
ACCOUNT NUMBER: ██████ 7620
███████████████████
███████████████
███████████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ███████████████

EX3141-016

**NAC Foundation, LLC**

██████████████
██████████████████

# INVOICE
INV-3108

| | |
|---|---|
| Date: | Jan 10, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 20, 2018 |

**Balance Due:** **$ 0**

Bill To:

**Hassan**

██████████████████
███████████████

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ████████████████ | 1 | $ 500 | $ 500 |

| | |
|---|---|
| Total: | $ 500 |
| Amount Paid: | $ 500 |

EX3141-017

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: █████████████████████████
███████████████████████

███████████████████████████████
ACCOUNT NUMBER:███████7620
███████████████
████████████████
███████████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ██████████████

NAC Foundation, LLC

█████████████
████████████████

# INVOICE
INV-3137

Bill To:

**jorge lendeborg**
█████████████████
██████████████

| | |
|---|---|
| Date: | Jan 10, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 20, 2018 |
| **Balance Due:** | **$ 0** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ████████████ | 1 | $ 625 | $ 625 |

| | |
|---|---|
| Total: | $ 625 |
| Amount Paid: | $ 625 |

EX3141-019

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.


CHASE BANK
ACCOUNT NAME: ███████████████████████
████████████████████████

███████████████████████████████
ACCOUNT NUMBER: ██████ 7620
████████████████████
██████████████████
████████████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ██████████████

EX3141-020

**NAC Foundation, LLC**
██████████████
██████████████████

# INVOICE
INV-3156

| | |
|---|---|
| Date: | Jan 10, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 20, 2018 |

Bill To:
**Alan Greenblatt**
████████████████████
██████████████

| **Balance Due:** | **$0** |
|---|---|

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ████████████████ | 1 | $300 | $300 |

| | |
|---|---|
| Total: | $300 |
| Amount Paid: | $300 |

EX3141-021

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.


CHASE BANK
ACCOUNT NAME: ██████████████████████
██████████████████████████

██████████████████████████████
ACCOUNT NUMBER: ████ 7620
████████████████
██████████████
██████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ████████████

EX3141-022

**NAC Foundation, LLC**

# INVOICE

INV-3186

Bill To:

**Patrick Mafi**

| | |
|---|---|
| Date: | Jan 11, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 21, 2018 |
| **Balance Due:** | **$0** |

| Item | Quantity | Rate | Amount |
|------|----------|------|--------|
| **AML Token Sale deposit to account** █████████ | 1 | $300 | $300 |

| | |
|---|---|
| Total: | $300 |
| Amount Paid: | $300 |

EX3141-023

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: ███████████████████████
███████████████████████

███████████████████████████
ACCOUNT NUMBER: █████7620
███████████████
███████████
███████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ██████████

EX3141-024

**NAC Foundation, LLC**
███████████
████████████

# INVOICE
INV-3211

| | |
|---|---|
| Date: | Jan 11, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 21, 2018 |

Bill To:
**Julio Awesome**
███████████
████████████

| **Balance Due:** | **$ 0** |
|---|---|

| Item | Quantity | Rate | Amount |
|------|----------|------|--------|
| **AML Token Sale deposit to account** ████████████ | 1 | $ 1,250 | $ 1,250 |

| | |
|---|---|
| Total: | $ 1,250 |
| Amount Paid: | $ 1,250 |

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.


CHASE BANK
ACCOUNT NAME: ███████████████████████
███████████████████████


███████████████████████████
ACCOUNT NUMBER: ██████7620
███████████████████
████████████████
██████████████████


This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ████████████

EX3141-026

**NAC Foundation, LLC**
█████████████
████████████████

# INVOICE

INV-3285

Bill To:

**jaime rios**
█████████████████
████████████████████

| | |
|---|---|
| Date: | Jan 12, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 22, 2018 |
| **Balance Due:** | **$ 0** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ████████████████ | 1 | $ 2,500 | $ 2,500 |

| | |
|---|---|
| Total: | $ 2,500 |
| Amount Paid: | $ 2,500 |

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.


CHASE BANK
ACCOUNT NAME: ███████████████████
███████████████████

███████████████████████
ACCOUNT NUMBER: ████ 7620
████████████
██████████
███████████████


This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ██████████

**NAC Foundation, LLC**

# INVOICE

INV-3319

Bill To:

**taedeok Seo**

| | |
|---|---|
| Date: | Jan 12, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 22, 2018 |
| **Balance Due:** | **$ 0** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ▮▮▮▮▮ | 1 | $1,870 | $1,870 |

| | |
|---|---|
| Total: | $1,870 |
| Amount Paid: | $1,870 |

EX3141-029

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.


CHASE BANK
ACCOUNT NAME: ███████████████████████
███████████████████████


███████████████████████████
ACCOUNT NUMBER: █████7620
████████████████
████████████
█████████████████


This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ████████████

**NAC Foundation, LLC**

# INVOICE
INV-3340

Bill To:

**Sridhar Chari**

| | |
|---|---|
| Date: | Jan 13, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 23, 2018 |
| **Balance Due:** | **$0** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ▮▮▮▮▮ | 1 | $375 | $375 |

| | |
|---|---|
| Total: | $375 |
| Amount Paid: | $375 |

EX3141-031

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.


CHASE BANK
ACCOUNT NAME: ███████████████████████
███████████████████████

███████████████████████████
ACCOUNT NUMBER: █████ 7620
███████████████
███████████
████████████████


This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ███████████

**NAC Foundation, LLC**

█████████████
█████████████

# INVOICE
INV-3383

| | |
|---|---|
| Date: | Jan 13, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 23, 2018 |

| **Balance Due:** | **$0** |
|---|---|

Bill To:
**Merkosh**

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ███████████ | 1 | $315 | $315 |

| | |
|---|---|
| Total: | $315 |
| Amount Paid: | $315 |

EX3141-033

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: █████████████████████████
████████████████████████

███████████████████████████████
ACCOUNT NUMBER: ██████ 7620
██████████████████████
████████████████████
█████████████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ██████████████

EX3141-034

**NAC Foundation, LLC**
7495 W. Azure Drive
Las Vegas, Nevada 89130
United States

# INVOICE

INV-3428

Bill To:

**taedeok Seo**

███████████████████████
██████████
██████████
███████
██████████

| | |
|---|---|
| Date: | Jan 13, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 23, 2018 |
| **Balance Due:** | **$ 0** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ██████████ | 1 | $930 | $930 |

| | |
|---|---|
| Total: | $ 930 |
| Amount Paid: | $ 930 |

EX3141-035

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: ███████████████████████
███████████████████████████

█████████████████████████████████
ACCOUNT NUMBER: ██████ 7620
███████████████████
████████████████
██████████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ████████████████

**NAC Foundation, LLC**

█████████████████

████████████████████

# INVOICE

INV-3470

| | |
|---|---|
| Date: | Jan 14, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 24, 2018 |

Bill To:

**Musab Elhimri**

███████████████████

████████████████████

| **Balance Due:** | **$0** |
|---|---|

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ████████████████ | 1 | $300 | $300 |

| | |
|---|---|
| Total: | $300 |
| Amount Paid: | $300 |

EX3141-037

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.



CHASE BANK
ACCOUNT NAME: ████████████████████

ACCOUNT NUMBER: ████ 7620

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to █████████████

EX3141-038

NAC Foundation, LLC

███████████████
███████████████████

# INVOICE
INV-3510

Bill To:

**Amitesh Mishra**
██████████████████
██████████████

| | |
|---|---|
| Date: | Jan 14, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 24, 2018 |
| **Balance Due:** | **$0** |

| Item | Quantity | Rate | Amount |
|------|----------|------|--------|
| **AML Token Sale deposit to account**<br>█████████████████████ | 1 | $375 | $375 |

| | |
|---|---|
| Total: | $375 |
| Amount Paid: | $375 |

EX3141-039

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: ██████████████████████████
████████████████████████████

████████████████████████████████
ACCOUNT NUMBER: ██████ 7620
████████████████████
████████████████████
████████████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ████████████

EX3141-040

**NAC Foundation, LLC**



# INVOICE

INV-3556

Bill To:

**Khalid Mahmood**

| | |
|---|---|
| Date: | Jan 14, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 24, 2018 |
| **Balance Due:** | **$ 0** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** | 1 | $ 2,000 | $ 2,000 |

| | |
|---|---|
| Total: | $ 2,000 |
| Amount Paid: | $ 2,000 |

EX3141-041

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.



CHASE BANK
ACCOUNT NAME: ████████████████████
████████████████████

████████████████████████
ACCOUNT NUMBER: ████ 7620
███████████████
████████████
█████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ████████████

EX3141-042

**NAC Foundation, LLC**
██████████████
██████████████████
███████████

# INVOICE

INV-3599

Bill To:

**Nageswara Rao**
████████████████████
██████████

| | |
|---|---|
| Date: | Jan 15, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 25, 2018 |
| **Balance Due:** | **$ 0** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ████████████ | 1 | $ 375 | $ 375 |

| | |
|---|---|
| Total: | $ 375 |
| Amount Paid: | $ 375 |

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: 

ACCOUNT NUMBER: ████ 7620

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ██████████

**NAC Foundation, LLC**

██████████████
████████████████
██████████

# INVOICE

INV-3635

Bill To:

**Raimondo Virciglio**

███████████████████
█████████████
██████
██████████

| Date: | Jan 15, 2018 |
|---|---|
| Payment Terms: | NET 10 |
| Due Date: | Jan 25, 2018 |

| **Balance Due:** | **$0** |
|---|---|

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ███████████ | 1 | $5,000 | $5,000 |

| | Total: | $5,000 |
|---|---|---|
| | Amount Paid: | $5,000 |

EX3141-045

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.


CHASE BANK
ACCOUNT NAME: ██████████████████████
████████████████████████

████████████████████████████████
ACCOUNT NUMBER: █████ 7620
███████████████████
█████████████████
████████████████████████


This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ████████████

EX3141-046

**NAC Foundation, LLC**

███████████████
██████████████████
██████████

# INVOICE

INV-3680

| | |
|---|---|
| Date: | Jan 15, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 25, 2018 |

Bill To:

**Jermain Thompson**

██████████████████████
████████
█████████
███████████

| **Balance Due:** | **$0** |
|---|---|

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ████████████ | 1 | $300 | $300 |

| | |
|---|---|
| Total: | $300 |
| Amount Paid: | $300 |

EX3141-047

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.


CHASE BANK
ACCOUNT NAME: ███████████████████████
███████████████████████


███████████████████████████████
ACCOUNT NUMBER: ██████ 7620
████████████████████
██████████████
██████████████████


This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ████████████

**NAC Foundation, LLC**

# INVOICE
INV-3729

Bill To:

**Curt Jentsch**

| | |
|---|---|
| Date: | Jan 15, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 25, 2018 |
| **Balance Due:** | **$ 0** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ▮▮▮▮ | 1 | $ 1,500 | $ 1,500 |

| | |
|---|---|
| Total: | $ 1,500 |
| Amount Paid: | $ 1,500 |

EX3141-049

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.


CHASE BANK
ACCOUNT NAME: ███████████████████████
███████████████████████████


████████████████████████████████████
ACCOUNT NUMBER: ██████7620
████████████████████
████████████████
████████████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ██████████████

EX3141-050

**NAC Foundation, LLC**

███████████████
█████████████████

# INVOICE
INV-3763

Bill To:

**Jayden Smith**

Date: Jan 16, 2018

Payment Terms: NET 10

Due Date: Jan 26, 2018

| Balance Due: | $ 0 |
|---|---|

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ██████████████ | 1 | $ 300 | $ 300 |

Total: $ 300

Amount Paid: $ 300

EX3141-051

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.


CHASE BANK
ACCOUNT NAME: ███████████████████████████
███████████████████████████████

███████████████████████████████████
ACCOUNT NUMBER: ██████7620
███████████████████████
███████████████████
███████████████████████████


This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ██████████████

EX3141-052

**NAC Foundation, LLC**

█████████████
████████████████

# INVOICE

INV-3824

Bill To:

**Arun**
████████████████████
██████████████████

| | Date: | Jan 16, 2018 |
|---|---|---|
| | Payment Terms: | NET 10 |
| | Due Date: | Jan 26, 2018 |

| **Balance Due:** | **$0** |
|---|---|

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ████████████████ | 1 | $300 | $300 |

| | Total: | $300 |
|---|---|---|
| | Amount Paid: | $300 |

EX3141-053

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.


CHASE BANK
ACCOUNT NAME: ███████████████████████
███████████████████████████

████████████████████████████████
ACCOUNT NUMBER: ██████ 7620
███████████████████
███████████████
███████████████████████


This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ██████████████

EX3141-054