**NAC Foundation, LLC**

# INVOICE

INV-2920

Bill To:

**Sam Eljaouhari**

| | |
|---|---|
| Date: | Jan 8, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 18, 2018 |
| **Balance Due:** | **$ 0** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account samsplans@yahoo.com** | 1 | $ 7,500 | $ 7,500 |

| | |
|---|---|
| Total: | $ 7,500 |
| Amount Paid: | $ 7,500 |

EX3142-001

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: ███████████████████████
███████████████████████████

███████████████████████████████
ACCOUNT NUMBER: ████ 7620
████████████████████
███████████████████
██████████████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ████████████████

EX3142-002

**NAC Foundation, LLC**

██████████
████████████
██████

# INVOICE
INV-3016

Bill To:

**Chung Kwong Yuew**

████████████████
██████████
██████

| | |
|---|---|
| Date: | Jan 9, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 19, 2018 |
| **Balance Due:** | **$ 0** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ████████ | 1 | $ 10,000 | $ 10,000 |

| | |
|---|---|
| Total: | $ 10,000 |
| Amount Paid: | $ 10,000 |

EX3142-003

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.


CHASE BANK
ACCOUNT NAME: ████████████████████████
████████████████████████


████████████████████████████
ACCOUNT NUMBER: ████ 7620
████████████████████
███████████████
████████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ████████████

**NAC Foundation, LLC**

███████████
██████████████████
██████████

# INVOICE

INV-3067

Bill To:

**Pradeep Singhal**

███████████████████
███████████████
██████████

| | Date: | Jan 9, 2018 |
|---|---|---|
| | Payment Terms: | NET 10 |
| | Due Date: | Jan 19, 2018 |
| | **Balance Due:** | **$ 0** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ██████████████ | 1 | $ 125,000 | $ 125,000 |

| | Total: | $ 125,000 |
|---|---|---|
| | Amount Paid: | $ 125,000 |

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: █████████████████████
█████████████████████████

███████████████████████████
ACCOUNT NUMBER: ██████ 7620
████████████████████
████████████████
█████████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ████████████████

EX3142-006

**NAC Foundation, LLC**


# INVOICE
INV-3209

Bill To:

**Stephen Jed**

| | |
|---|---|
| Date: | Jan 11, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 21, 2018 |
| **Balance Due:** | **$ 0** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ████████ | 1 | $ 43,750 | $ 43,750 |

| | |
|---|---|
| Total: | $ 43,750 |
| Amount Paid: | $ 43,750 |

EX3142-007

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: ███████████████████████
███████████████████████

███████████████████████████████
ACCOUNT NUMBER: ██████ 7620
██████████████████████
████████████████████
███████████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ████████████████

**NAC Foundation, LLC**

# INVOICE
INV-3304

| | |
|---|---|
| Date: | Jan 12, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 22, 2018 |

Bill To:

**Isabel Munoz**

| **Balance Due:** | **$ 0** |
|---|---|

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ▓▓▓▓▓▓▓▓ | 1 | $ 35,000 | $ 35,000 |

| | |
|---|---|
| Total: | $ 35,000 |
| Amount Paid: | $ 35,000 |

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.


CHASE BANK
ACCOUNT NAME: ███████████████████
███████████████████


████████████████████████
ACCOUNT NUMBER: █████ 7620
█████████████
███████████
███████████████


This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ██████████

**NAC Foundation, LLC**
███████████████
███████████████
███████████

# INVOICE
INV-3359

Bill To:
**Shane Alfonso**
████████████
██████████
█████████████
███████

| | |
|---|---|
| Date: | Jan 13, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 23, 2018 |
| **Balance Due:** | **$ 0** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account**<br>████████████████ | 1 | $ 15,000 | $ 15,000 |

| | |
|---|---|
| Total: | $ 15,000 |
| Amount Paid: | $ 15,000 |

EX3142-011

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: ███████████████████████
████████████████████████

███████████████████████████████
ACCOUNT NUMBER: █████7620
█████████████████████
███████████████████
████████████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ████████████

EX3142-012

**NAC Foundation, LLC**

█████████████████

████████████████████

██████████

# INVOICE

INV-3373

| | |
|---|---|
| Date: | Jan 13, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 23, 2018 |
| **Balance Due:** | **$0** |

Bill To:

**Isabel Munoz**

██████████████████

████████████████████████

███████

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ██████████████ | 1 | $35,000 | $35,000 |

| | |
|---|---|
| Total: | $35,000 |
| Amount Paid: | $35,000 |

EX3142-013

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.


CHASE BANK
ACCOUNT NAME: ███████████████████████
███████████████████████████

███████████████████████████████
ACCOUNT NUMBER: ██████7620
████████████████████
████████████████
███████████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ████████████

EX3142-014

**NAC Foundation, LLC**

# INVOICE
INV-3492

Bill To:

**Meshari Salah Alkulaib**

Date: Jan 14, 2018

Payment Terms: NET 10

Due Date: Jan 24, 2018

**Balance Due:** **$0**

| Item | Quantity | Rate | Amount |
|------|----------|------|--------|
| **AML Token Sale deposit to account** ████████████ | 1 | $30,000 | $30,000 |

Total: $30,000

Amount Paid: $30,000

EX3142-015

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.


CHASE BANK
ACCOUNT NAME: ███████████████████████
████████████████████████

███████████████████████████████
ACCOUNT NUMBER: █████ 7620
██████████████████
████████████████
█████████████████████


This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ██████████████

**NAC Foundation, LLC**

█████████████████
██████████████████████
█████████████

# INVOICE

INV-3572

Bill To:

**Aziz Denian**

████████████████████████████
█████████████████
█████████

| | |
|---|---|
| Date: | Jan 15, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 25, 2018 |
| **Balance Due:** | **$ 0** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ████████████████ | 1 | $ 12,500 | $ 12,500 |

| | |
|---|---|
| Total: | $ 12,500 |
| Amount Paid: | $ 12,500 |

EX3142-017

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: ███████████████████████
███████████████████████████

█████████████████████████████████
ACCOUNT NUMBER: ██████ 7620
████████████████████
███████████████
██████████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ████████████

**NAC Foundation, LLC**

# INVOICE
INV-3573

Bill To:

**Abdullah Aldulaigan**

Date: Jan 15, 2018

Payment Terms: NET 10

Due Date: Jan 25, 2018

| **Balance Due:** | **$ 0** |
|---|---|

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ██████████ | 1 | $ 25,700 | $ 25,700 |

|  |  |
|---|---|
| Total: | $ 25,700 |
| Amount Paid: | $ 25,700 |

EX3142-019

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: ███████████████████████
██████████████████████████

██████████████████████████████
ACCOUNT NUMBER: █████ 7620
████████████████████
████████████████
████████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ██████████████

EX3142-020

**NAC Foundation, LLC**

█████████████
█████████████████
██████████

# INVOICE

INV-3617

| | |
|---|---|
| Date: | Jan 15, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 25, 2018 |

Bill To:

**TARIK KERBOUCI**

████████████████
████████████████

| **Balance Due:** | **$ 0** |
|---|---|

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ███████████ | 1 | $ 15,017 | $ 15,017 |

| | |
|---|---|
| Total: | $ 15,017 |
| Amount Paid: | $ 15,017 |

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.


CHASE BANK
ACCOUNT NAME: ███████████████████████████
███████████████████████████

███████████████████████████████
ACCOUNT NUMBER: ██████ 7620
███████████████████
███████████████
████████████████████


This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ███████████████

EX3142-022

**NAC Foundation, LLC**

# INVOICE
INV-3675

Bill To:

**Isabel Munoz**

| | |
|---|---|
| Date: | Jan 15, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 25, 2018 |
| **Balance Due:** | **$ 0** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ▮▮▮▮▮ | 1 | $ 17,500 | $ 17,500 |

| | |
|---|---|
| Total: | $ 17,500 |
| Amount Paid: | $ 17,500 |

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: ███████████████████████
███████████████████████

███████████████████████████
ACCOUNT NUMBER: █████ 7620
███████████████
███████████
████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ███████████

EX3142-024

**NAC Foundation, LLC**

██████████████
████████████████████
███████████

# INVOICE
INV-3751

Bill To:

**Dounia Alaoui**

████████████████████████
████████████████

| | |
|---|---|
| Date: | Jan 16, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 26, 2018 |
| **Balance Due:** | **$ 0** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account**<br>████████████████████ | 1 | $ 20,017 | $ 20,017 |

| | |
|---|---|
| Total: | $ 20,017 |
| Amount Paid: | $ 20,017 |

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.

CHASE BANK
ACCOUNT NAME: ███████████████████████████
███████████████████████████

███████████████████████████████
ACCOUNT NUMBER: █████ 7620
████████████████████
████████████████
██████████████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ████████████████

EX3142-026

**NAC Foundation, LLC**

███████████████
██████████████████

# INVOICE
INV-3869

Bill To:

**Rashmikant Ghevariya**

██████████████████████
███████████████

| | |
|---|---|
| Date: | Jan 17, 2018 |
| Payment Terms: | NET 10 |
| Due Date: | Jan 27, 2018 |
| **Balance Due:** | **$ 0** |

| Item | Quantity | Rate | Amount |
|------|----------|------|--------|
| **AML Token Sale deposit to account** ██████████████ | 1 | $ 7,500 | $ 7,500 |

| | |
|---|---|
| Total: | $ 7,500 |
| Amount Paid: | $ 7,500 |

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.


CHASE BANK
ACCOUNT NAME: ███████████████████████
███████████████████████████

███████████████████████████████
ACCOUNT NUMBER: █████7620
███████████████████
██████████████
██████████████████████

This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to ███████████

EX3142-028