## AML Bitcoin - February 2018 Zero Balance Accounts
March 1, 2018 | DP

| Client Name | INV # | Date | Amount | Balance |
|---|---|---|---|---|
| **AML Bitcoin Zero Balances February 1st - February 9th, 2018** DP 02/14/2018 | | | | |
| mounir | INV-4520 | 2/1/2018 | 3,704.00 | 0 |
| John | INV-4521 | 2/1/2018 | 300.00 | 0 |
| Ms Firoz Kabir Jewel | INV-4522 | 2/1/2018 | 7,500.00 | 0 |
| Gerald Casilli | INV-4523 | 2/1/2018 | 1,000.00 | 0 |
| John Black | INV-4524 | 2/1/2018 | 300.00 | 0 |
| Seth Mankin | INV-4525 | 2/1/2018 | 22,500.00 | 0 |
| Martha Amitay | INV-4526 | 2/1/2018 | 300.00 | 0 |
| Edmond Lim | INV-4527 | 2/1/2018 | 7,500.00 | 0 |
| CHAIM EKSTEIN | INV-4529 | 2/1/2018 | 1,500.00 | 0 |
| Laurie Mackenzie | INV-4530 | 2/1/2018 | 1,500.00 | 0 |
| Nabin k karki | INV-4531 | 2/1/2018 | 900.00 | 0 |
| Gerald Casilli | INV-4533 | 2/1/2018 | 9,000.00 | 0 |
| Christina tran | INV-4534 | 2/1/2018 | 1,950.00 | 0 |
| Barry Fay | INV-4536 | 2/1/2018 | 10,500.00 | 0 |
| Torgom Vartanyan | INV-4537 | 2/1/2018 | 300.00 | 0 |
| Torgom Vartanyan | INV-4538 | 2/1/2018 | 300.00 | 0 |
| Maurice James Toal | INV-4540 | 2/1/2018 | 3,000.00 | 0 |
| Greg Hechavarria | INV-4544 | 2/1/2018 | 597.00 | 0 |
| Roseblanche Hair | INV-4546 | 2/1/2018 | 1,500.00 | 0 |
| robert farr | INV-4548 | 2/1/2018 | 500.00 | 0 |
| Albert Tan Kim Seng | INV-4549 | 2/1/2018 | 3,000.00 | 0 |
| Ayo O Lawson | INV-4550 | 2/1/2018 | 1,500.00 | 0 |
| Jason H Bourland | INV-4552 | 2/1/2018 | 300.00 | 0 |
| William Tharp | INV-4553 | 2/1/2018 | 300.00 | 0 |
| Margie Carroll | INV-4555 | 2/1/2018 | 1,500.00 | 0 |
| Brion Long | INV-4556 | 2/1/2018 | 525.00 | 0 |
| Nate | INV-4559 | 2/1/2018 | 300.00 | 0 |
| Andrew Peterson | INV-4563 | 2/2/2018 | 393.00 | 0 |
| Martin O'Regan | INV-4564 | 2/2/2018 | 10,000.00 | 0 |
| John Affuso | INV-4565 | 2/2/2018 | 400.00 | 0 |
| Shay Dorling | INV-4566 | 2/2/2018 | 300.00 | 0 |
| Douglas Feuerbach | INV-4568 | 2/2/2018 | 600.00 | 0 |
| Helen Bruno | INV-4570 | 2/2/2018 | 900.00 | 0 |
| Ronald Switzer | INV-4572 | 2/2/2018 | 800.00 | 0 |
| Tatyana Kab | INV-4575 | 2/2/2018 | 300.00 | 0 |
| Paul David Shelor Jr | INV-4576 | 2/2/2018 | 425.00 | 0 |
| Dana Bell | INV-4577 | 2/2/2018 | 558.00 | 0 |
| Stuart Durie | INV-4581 | 2/2/2018 | 300.00 | 0 |
| Joseph Torossian | INV-4586 | 2/2/2018 | 600.00 | 0 |
| Eric Bonnette | INV-4589 | 2/3/2018 | 1,000.50 | 0 |
| Joshua Calligan | INV-4591 | 2/3/2018 | 500.00 | 0 |
| Joe Hart | INV-4596 | 2/3/2018 | 300.00 | 0 |
| Adam Richardson | INV-4597 | 2/3/2018 | 1,140.00 | 0 |
| Nemia Matuto | INV-4599 | 2/3/2018 | 600.00 | 0 |
| Terence Payet | INV-4602 | 2/3/2018 | 3,000.00 | 0 |
| Stephanie Hood | INV-4603 | 2/3/2018 | 1,000.50 | 0 |
| Stephanie Lim | INV-4604 | 2/3/2018 | 7,500.00 | 0 |
| DECLAN JOYCE | INV-4608 | 2/3/2018 | 2,230.00 | 0 |
| Douglas Cornish | INV-4612 | 2/4/2018 | 300.00 | 0 |
| Andrea Davidson | INV-4613 | 2/4/2018 | 1,500.00 | 0 |
| Igor Dusa | INV-4615 | 2/4/2018 | 1,500.00 | 0 |
| estelle m. ngo lissouck | INV-4617 | 2/4/2018 | 750.00 | 0 |
| Shlome Masri | INV-4623 | 2/4/2018 | 900.00 | 0 |
| renard carroll | INV-4625 | 2/4/2018 | 300.00 | 0 |
| Syed Faraz ul-haque | INV-4626 | 2/4/2018 | 300.00 | 0 |
| Dora Eva Varallyay | INV-4630 | 2/4/2018 | 1,050.00 | 0 |
| AKM Niamul Haque | INV-4631 | 2/4/2018 | 300.00 | 0 |
| Samer Mawad | INV-4632 | 2/4/2018 | 4,000.00 | 0 |
| Chadwick Ferguson | INV-4635 | 2/5/2018 | 1,500.00 | 0 |
| Lim kheng ann | INV-4636 | 2/5/2018 | 375.00 | 0 |
| Trevor James | INV-4639 | 2/5/2018 | 3,500.00 | 0 |

EX3143-001

| Name | Invoice | Date | Amount | |
|---|---|---|---|---|
| Daniel Vuong | INV-4641 | 2/5/2018 | 375.00 | 0 |
| Victor R Rosario | INV-4643 | 2/5/2018 | 700.00 | 0 |
| Jonathan Hochman | INV-4644 | 2/5/2018 | 1,000.00 | 0 |
| Martha Amitay | INV-4645 | 2/5/2018 | 300.00 | 0 |
| Sajit Koshy | INV-4649 | 2/5/2018 | 1,000.00 | 0 |
| Diana Donaghy | INV-4650 | 2/5/2018 | 1,470.00 | 0 |
| Marcellars Mason | INV-4652 | 2/5/2018 | 300.00 | 0 |
| Mirza Paglinawan | INV-4653 | 2/5/2018 | 300.00 | 0 |
| Sajit Koshy | INV-4654 | 2/5/2018 | 1,000.00 | 0 |
| Daniel Ferrendino | INV-4656 | 2/5/2018 | 550.00 | 0 |
| Susumu Blackwolf | INV-4657 | 2/5/2018 | 1,500.00 | 0 |
| michael brown | INV-4658 | 2/5/2018 | 801.00 | 0 |
| Jonathan Carpino | INV-4659 | 2/5/2018 | 2,250.00 | 0 |
| Block Bits Capital | INV-4660 | 2/5/2018 | 197,000.00 | 0 |
| Steve | INV-4663 | 2/5/2018 | 2,000.00 | 0 |
| Andre Hart | INV-4666 | 2/5/2018 | 300.00 | 0 |
| Robert Brentnall | INV-4667 | 2/5/2018 | 300.00 | 0 |
| Aziz Denian | INV-4669 | 2/6/2018 | 5,000.00 | 0 |
| Ou Saeteurn | INV-4670 | 2/6/2018 | 600.00 | 0 |
| Jessie Roldan | INV-4671 | 2/6/2018 | 1,500.00 | 0 |
| Anthony Spoleti | INV-4673 | 2/6/2018 | 1,200.00 | 0 |
| Francine Rubino | INV-4675 | 2/6/2018 | 300.00 | 0 |
| Munawar Andoo | INV-4677 | 2/6/2018 | 300.00 | 0 |
| Bhesh Raj Poudel | INV-4682 | 2/6/2018 | 300.00 | 0 |
| Matthew Amundson | INV-4683 | 2/6/2018 | 510.00 | 0 |
| Anjanette Posey | INV-4689 | 2/6/2018 | 300.00 | 0 |
| Nezam Dulal | INV-4696 | 2/7/2018 | 300.00 | 0 |
| Ravi Prasad`Nampally | INV-4699 | 2/7/2018 | 350.00 | 0 |
| Manikandan | INV-4700 | 2/7/2018 | 725.00 | 0 |
| Olivia Avila | INV-4702 | 2/7/2018 | 450.00 | 0 |
| Aram Muradyan | INV-4704 | 2/7/2018 | 300.00 | 0 |
| Andrew Bernard | INV-4705 | 2/7/2018 | 300.00 | 0 |
| tim Hornby | INV-4706 | 2/7/2018 | 27,000.00 | 0 |
| Talal Abed Al Khalek | INV-4708 | 2/7/2018 | 2,100.00 | 0 |
| Gurpreet Gill | INV-4709 | 2/7/2018 | 300.00 | 0 |
| Lionel Lecomte | INV-4711 | 2/7/2018 | 525.00 | 0 |
| Harolt gaton | INV-4712 | 2/7/2018 | 300.00 | 0 |
| RYAN WHITE | INV-4714 | 2/7/2018 | 4,500.00 | 0 |
| Giganeshkumar Sheth | INV-4715 | 2/7/2018 | 750.00 | 0 |
| Arvin Nakshan | INV-4716 | 2/7/2018 | 4,500.00 | 0 |
| Jesse rice | INV-4717 | 2/7/2018 | 600.00 | 0 |
| Apurva Shanker | INV-4721 | 2/7/2018 | 800.00 | 0 |
| Ronni Mancinelli | INV-4722 | 2/7/2018 | 300.00 | 0 |
| Nicholas Mousseau | INV-4723 | 2/7/2018 | 1,800.00 | 0 |
| Elie Mattar | INV-4733 | 2/8/2018 | 1,950.00 | 0 |
| Sean | INV-4734 | 2/8/2018 | 1,700.00 | 0 |
| Juan Pablo Martinez | INV-4735 | 2/8/2018 | 1,500.00 | 0 |
| judith m bleichfeld | INV-4739 | 2/8/2018 | 6,000.00 | 0 |
| judith m bleichfeld | INV-4744 | 2/8/2018 | 2,000.00 | 0 |
| Ovsep Kolsuzyan | INV-4745 | 2/8/2018 | 300.00 | 0 |
| matt alson | INV-4746 | 2/8/2018 | 750.00 | 0 |
| Benjamin Boyer | INV-4748 | 2/8/2018 | 1,500.00 | 0 |
| Danny | INV-4750 | 2/8/2018 | 500.00 | 0 |
| matt alson | INV-4753 | 2/8/2018 | 4,200.00 | 0 |
| Torgom Vartanyan | INV-4758 | 2/8/2018 | 300.00 | 0 |
| Grant Evans | INV-4760 | 2/8/2018 | 480.00 | 0 |
| Vivilyn Peterson | INV-4761 | 2/8/2018 | 1,000.00 | 0 |
| Angelina Lapid | INV-4765 | 2/9/2018 | 999.00 | 0 |
| ATRACOM Kft. Attila GyÃ¼re | INV-4767 | 2/9/2018 | 300.00 | 0 |
| Nayla Alson | INV-4768 | 2/9/2018 | 4,200.00 | 0 |
| Susanne | INV-4771 | 2/9/2018 | 300.00 | 0 |
| Mohammed Ziaur Rahman | INV-4772 | 2/9/2018 | 750.00 | 0 |
| tejuskumar narendracumar | INV-4779 | 2/9/2018 | 300.00 | 0 |
| Bharatkumar Ramji | INV-4780 | 2/9/2018 | 500.00 | 0 |
| robert farr | INV-4781 | 2/9/2018 | 9,300.00 | 0 |
| CHAIM EKSTEIN | INV-4783 | 2/9/2018 | 900.00 | 0 |
| Bradley Boyd | INV-4784 | 2/9/2018 | 300.00 | 0 |
| Thomas Greco | INV-4786 | 2/9/2018 | 500.00 | 0 |
| Richard Hill | INV-4787 | 2/9/2018 | 300.00 | 0 |
| Daren Beazley | INV-4788 | 2/9/2018 | 4,500.00 | 0 |

| Name | Invoice | Date | Amount | Balance | | Value |
|---|---|---|---:|---:|---|---:|
| Todd Irwin | INV-4790 | 2/9/2018 | 375.00 | 0 | | *228,798.00 |
| Sean | INV-4797 | 2/9/2018 | 1,628.00 | 0 | | 217,288.00 |
| David Dominguez | INV-4798 | 2/9/2018 | 500.00 | 0 | | |
| | | | | | | 446,086.00 |

**AML Bitcoin Zero Balances  February 10th - February 15th, 2018**
**DP 02/16/2018**

| Name | Invoice | Date | Amount | Balance |
|---|---|---|---:|---:|
| omer aftab | INV-4799 | 2/10/2018 | 300.00 | 0 |
| Dany Kastoun | INV-4802 | 2/10/2018 | 3,000.00 | 0 |
| CHIFOR CHRISTIAN | INV-4803 | 2/10/2018 | 400.00 | 0 |
| JOHN FULLER | INV-4806 | 2/10/2018 | 1,500.00 | 0 |
| Imam tohari | INV-4807 | 2/10/2018 | 300.00 | 0 |
| Sumanth Narra | INV-4811 | 2/10/2018 | 5,000.00 | 0 |
| Dijendra Singh | INV-4815 | 2/10/2018 | 400.00 | 0 |
| Mosaab A. Hasan | INV-4820 | 2/10/2018 | 2,250.00 | 0 |
| Menachem Klein | INV-4821 | 2/10/2018 | 3,000.00 | 0 |
| Thomas J Rhodes | INV-4822 | 2/10/2018 | 3,000.00 | 0 |
| Sami Hawatmeh | INV-4824 | 2/10/2018 | 300.00 | 0 |
| Yvonne Joseph | INV-4825 | 2/10/2018 | 450.00 | 0 |
| SEO YOUNG WOOK | INV-4830 | 2/11/2018 | 500.00 | 0 |
| navin pratap | INV-4832 | 2/11/2018 | 550.00 | 0 |
| shraiber | INV-4837 | 2/11/2018 | 300.00 | 0 |
| Aman Sandhar | INV-4841 | 2/11/2018 | 300.00 | 0 |
| Robert Weaver | INV-4842 | 2/11/2018 | 500.00 | 0 |
| JANAK KUMAR  DESAI | INV-4843 | 2/11/2018 | 3,000.00 | 0 |
| Richard Randle | INV-4845 | 2/11/2018 | 300.00 | 0 |
| Steven waxman | INV-4847 | 2/11/2018 | 2,250.00 | 0 |
| Dennis Denton | INV-4848 | 2/11/2018 | 400.00 | 0 |
| Dolly Cedeno | INV-4858 | 2/11/2018 | 496.50 | 0 |
| Kevin D Hill | INV-4869 | 2/12/2018 | 300.00 | 0 |
| Boubacar Ndiaye | INV-4872 | 2/12/2018 | 22,500.00 | 0 |
| Mudassir Ahmed | INV-4873 | 2/12/2018 | 300.00 | 0 |
| SEO YOUNG WOOK | INV-4874 | 2/12/2018 | 500.00 | 0 |
| Nicholas Noonan | INV-4875 | 2/12/2018 | 300.00 | 0 |
| Kathy Parsons | INV-4882 | 2/12/2018 | 1,500.00 | 0 |
| Eduardo Serrata | INV-4886 | 2/12/2018 | 450.00 | 0 |
| Dan O'Donnell | INV-4888 | 2/12/2018 | 900.00 | 0 |
| Neil williams | INV-4889 | 2/12/2018 | 300.00 | 0 |
| Jamie kempson | INV-4890 | 2/12/2018 | 300.00 | 0 |
| Joel Lebovits | INV-4891 | 2/12/2018 | 300.00 | 0 |
| Jitendra Rao | INV-4892 | 2/12/2018 | 750.00 | 0 |
| George Janicki | INV-4893 | 2/12/2018 | 1,867.00 | 0 |
| Mary Sandor | INV-4894 | 2/12/2018 | 300.00 | 0 |
| Edward LoVallo | INV-4898 | 2/12/2018 | 1,500.00 | 0 |
| Jeffrey Gonzalez | INV-4901 | 2/12/2018 | 300.00 | 0 |
| Joonki | INV-4902 | 2/12/2018 | 1,800.00 | 0 |
| Charles Earl | INV-4903 | 2/12/2018 | 750.00 | 0 |
| Alireza Aliaskari | INV-4908 | 2/12/2018 | 4,500.00 | 0 |
| Jerome Jimason | INV-4909 | 2/12/2018 | 300.00 | 0 |
| Raquel Cornejo | INV-4911 | 2/12/2018 | 300.00 | 0 |
| anandchennupati | INV-4913 | 2/12/2018 | 7,500.00 | 0 |
| Jasjot Narula | INV-4916 | 2/12/2018 | 6,000.00 | 0 |
| Arkady Teplitsky | INV-4917 | 2/12/2018 | 300.00 | 0 |
| Sean Covin | INV-4919 | 2/12/2018 | 300.00 | 0 |
| Chunwon Lee | INV-4922 | 2/12/2018 | 1,600.00 | 0 |
| Joel Solomon | INV-4923 | 2/13/2018 | 300.00 | 0 |
| Elie Mattar | INV-4928 | 2/13/2018 | 360.00 | 0 |
| HARLEY KEYES | INV-4930 | 2/13/2018 | 1,892.00 | 0 |
| JÃ¼rg Baur | INV-4932 | 2/13/2018 | 3,000.00 | 0 |
| taedeok Seo | INV-4933 | 2/13/2018 | 1,000.00 | 0 |
| Jonathan Hochman | INV-4936 | 2/13/2018 | 650.00 | 0 |
| Daniel Vuong | INV-4937 | 2/13/2018 | 375.00 | 0 |
| lissette schettini | INV-4938 | 2/13/2018 | 500.00 | 0 |
| Vera Chamberland | INV-4941 | 2/13/2018 | 300.00 | 0 |
| Leslie J Cuneo | INV-4942 | 2/13/2018 | 1,500.00 | 0 |
| Jared McCarroll | INV-4945 | 2/13/2018 | 300.00 | 0 |
| Philip Downey Essner | INV-4946 | 2/13/2018 | 5,000.00 | 0 |

EX3143-003

| Name | Invoice | Date | Amount | |
|---|---|---|---:|---|
| Arica Essner | INV-4947 | 2/13/2018 | 750.00 | 0 |
| Austin Recht | INV-4949 | 2/13/2018 | 1,000.00 | 0 |
| Isaac Minshall-Tierney | INV-4957 | 2/13/2018 | 700.00 | 0 |
| Michele Parker | INV-4958 | 2/13/2018 | 333.00 | 0 |
| Alexandra Lebedeff | INV-4961 | 2/13/2018 | 300.00 | 0 |
| KISHORE KALAL | INV-4964 | 2/13/2018 | 3,000.00 | 0 |
| Jacob | INV-4969 | 2/13/2018 | 275.00 | 0 |
| samy samy | INV-4981 | 2/14/2018 | 300.00 | 0 |
| Zayed | INV-4985 | 2/14/2018 | 1,500.00 | 0 |
| Bruce Park | INV-4986 | 2/14/2018 | 900.00 | 0 |
| Ari Inkiläinen | INV-4988 | 2/14/2018 | 351.00 | 0 |
| Philip Downey Essner | INV-4992 | 2/14/2018 | 3,900.00 | 0 |
| Lin wu | INV-5001 | 2/14/2018 | 480.00 | 0 |
| Molly O'Rourke | INV-5002 | 2/14/2018 | 525.00 | 0 |
| Caio Guimaraes | INV-5006 | 2/14/2018 | 600.00 | 0 |
| Block Bits Capital | INV-5007 | 2/14/2018 | 214,500.00 | 0 |
| Patrick White | INV-5008 | 2/14/2018 | 3,000.00 | 0 |
| Christopher DiFatta | INV-5009 | 2/14/2018 | 400.00 | 0 |

|  |  |
|---|---:|
| $ | 302,637.50 |
|  | 29,567.00 |
|  | 332,204.50 |

**Including Invoices Added After Original Report Date:**

| | |
|---|---:|
| Feb 1-9: | 446,086.00 |
| Feb 10-15: | 332,204.50 |
| | 778,290.50 |
| | |
| | 778,290.50 |