| Customer | INV # | Date |
|---|---|---|
| * Sam Eljaouhari | INV-2920 | 1/8/2018 |
| * Chung Kwong Yuew | INV-3016 | 1/9/2018 |
| * Pradeep Singhal | INV-3067 | 1/9/2018 |
| * Stephen Jed | INV-3209 | 1/11/2018 |
| * Isabel Munoz | INV-3304 | 1/12/2018 |
| * Shane Alfonso | INV-3359 | 1/13/2018 |
| * Isabel Munoz | INV-3373 | 1/13/2018 |
| * Meshari Salah Alkulaib | INV-3492 | 1/14/2018 |
| * Aziz Denian | INV-3572 | 1/15/2018 |
| * Abdullah Aldulaigan | INV-3573 | 1/15/2018 |
| * TARIK KERBOUCI | INV-3617 | 1/15/2018 |
| * Isabel Munoz | INV-3675 | 1/15/2018 |
| * Dounia Alaoui | INV-3751 | 1/16/2018 |
| * Rashmikant Ghevariya | INV-3869 | 1/17/2018 |
| Suzette van Reede van Oudtshoorn | INV-2834 | 1/8/2018 |
| Enache Gica | INV-2839 | 1/8/2018 |
| WON JIN LEE | INV-2840 | 43,108 |
| WON JIN LEE | INV-2848 | 1/8/2018 |
| Daniel D Feeney | INV-2849 | 1/8/2018 |
| Darren Eilersen | INV-2852 | 1/8/2018 |
| Joseph Forrest | INV-2856 | 1/8/2018 |
| CHUN MING LAI | INV-2862 | 1/8/2018 |
| Sanjaykumar Thakur | INV-2863 | 1/8/2018 |
| Harvinder Singh | INV-2867 | 1/8/2018 |
| Wayne Liedermoy | INV-2870 | 1/8/2018 |
| Aatif Luqman Zafar | INV-2872 | 1/8/2018 |
| Savio Gomez | INV-2873 | 1/8/2018 |
| Youngsam Kim | INV-2876 | 1/8/2018 |
| Ramesh Giri | INV-2878 | 1/8/2018 |
| Jesse Puccio | INV-2879 | 1/8/2018 |
| Madhav Prasad Sapkota | INV-2883 | 1/8/2018 |
| Paul Nunchuck | INV-2884 | 1/8/2018 |
| Kimberly Biedenharn | INV-2887 | 1/8/2018 |
| rob light | INV-2898 | 1/8/2018 |
| Salvatore Coretto | INV-2902 | 1/8/2018 |
| Justin Tripodi | INV-2903 | 1/8/2018 |
| Bar Punch Ranch | INV-2904 | 1/8/2018 |
| Sanjay Pandey | INV-2907 | 1/8/2018 |
| Stuart Spencer | INV-2908 | 1/8/2018 |
| Kimberly Biedenharn | INV-2910 | 1/8/2018 |
| Stanley Roberts, Sr. | INV-2913 | 1/8/2018 |
| Claudio Zawitkowski | INV-2917 | 1/8/2018 |
| Gilad Yefet | INV-2923 | 1/8/2018 |
| Jason jansky | INV-2925 | 1/8/2018 |
| Susumu Blackwolf | INV-2928 | 1/8/2018 |

| | | |
|---|---|---|
| Philip Livingston | INV-2930 | 1/8/2018 |
| Stuart Durie | INV-2932 | 1/8/2018 |
| Manh nguyen | INV-2937 | 1/8/2018 |
| Derek | INV-2939 | 1/8/2018 |
| Billy Horton | INV-2950 | 1/8/2018 |
| Youngsoo Na | INV-2952 | 1/8/2018 |
| Christopher | INV-2953 | 1/8/2018 |
| Robin Mallett | INV-2954 | 1/8/2018 |
| Susumu Blackwolf | INV-2958 | 1/8/2018 |
| Yohannes woldie | INV-2963 | 1/8/2018 |
| SHIN EUN SEOP | INV-2966 | 1/8/2018 |
| George B DeKramer | INV-2968 | 1/8/2018 |
| George B DeKramer | INV-2969 | 1/8/2018 |
| Daniel Parkison | INV-2971 | 1/8/2018 |
| Hyung Won Yoon | INV-2972 | 1/8/2018 |
| Pelligrino Bruno | INV-2989 | 1/8/2018 |
| Stephen Bronson | INV-2991 | 1/8/2018 |
| Ammar Ahmed | INV-2995 | 1/9/2018 |
| Steven Chen | INV-2997 | 1/9/2018 |
| SONG JU YONG | INV-2998 | 1/9/2018 |
| Richard Christopher Johnson | INV-3006 | 1/9/2018 |
| joe Yee | INV-3012 | 1/9/2018 |
| Charlene Roberts | INV-3018 | 1/9/2018 |
| Jascen Laliberte | INV-3020 | 1/9/2018 |
| Everett Roberts | INV-3026 | 1/9/2018 |
| Dan Post | INV-3027 | 1/9/2018 |
| Matthew Lopez | INV-3030 | 1/9/2018 |
| Alexander Dube | INV-3032 | 1/9/2018 |
| Manish Kumar | INV-3034 | 1/9/2018 |
| Kristy Hernandez | INV-3046 | 1/9/2018 |
| Brian | INV-3053 | 1/9/2018 |
| Pete | INV-3057 | 1/9/2018 |
| Dragan Jankovic | INV-3058 | 1/9/2018 |
| Kim ji woong | INV-3060 | 1/9/2018 |
| Jorge Castro | INV-3068 | 1/9/2018 |
| Rishi R Maharaj | INV-3073 | 1/9/2018 |
| Tanmay Korgaonkar | INV-3076 | 1/9/2018 |
| Goh Eng Ho | INV-3077 | 1/9/2018 |
| Abraham Varghese | INV-3080 | 1/9/2018 |
| Adam Biles | INV-3085 | 1/10/2018 |
| Chris Waterhouse | INV-3088 | 1/10/2018 |
| Frankie McClendon | INV-3090 | 1/10/2018 |
| Seah Chin Tiong | INV-3091 | 1/10/2018 |
| Gernot Schmid | INV-3095 | 1/10/2018 |
| brett tomlinson | INV-3097 | 1/10/2018 |
| Douglas Cornish | INV-3104 | 1/10/2018 |
| Hassan | INV-3108 | 1/10/2018 |

| | | |
|---|---|---|
| Brooks Carter | INV-3116 | 1/10/2018 |
| Melissa Lieberman | INV-3119 | 1/10/2018 |
| David Rees | INV-3125 | 1/10/2018 |
| Marcus Law | INV-3126 | 1/10/2018 |
| Michael Bartz | INV-3127 | 1/10/2018 |
| Quentin Lavorato | INV-3128 | 1/10/2018 |
| Frankie McClendon | INV-3129 | 1/10/2018 |
| Marcia R Jones | INV-3135 | 1/10/2018 |
| Michael Bartz | INV-3136 | 1/10/2018 |
| jorge lendeborg | INV-3137 | 1/10/2018 |
| sona yeznaian | INV-3142 | 1/10/2018 |
| Skylar Jansen | INV-3144 | 1/10/2018 |
| Ronald Jackson | INV-3145 | 1/10/2018 |
| vicky balboa | INV-3146 | 1/10/2018 |
| John Durrett | INV-3147 | 1/10/2018 |
| james palermo | INV-3148 | 1/10/2018 |
| Debiraj Gurung | INV-3150 | 1/10/2018 |
| alaeddine ben mansour | INV-3151 | 1/10/2018 |
| Alan Greenblatt | INV-3154 | 1/10/2018 |
| Alan Greenblatt | INV-3156 | 1/10/2018 |
| Jamil Katou | INV-3159 | 1/10/2018 |
| Abel Timothy Wood | INV-3161 | 1/10/2018 |
| Daenna Frey | INV-3163 | 43,110 |
| Charles Burr | INV-3170 | 1/10/2018 |
| Sam Sobania | INV-3173 | 1/10/2018 |
| Yeo Boon Kiat | INV-3177 | 1/11/2018 |
| Jersson | INV-3178 | 1/11/2018 |
| Andrew Logan | INV-3184 | 1/11/2018 |
| skang | INV-3185 | 1/11/2018 |
| Patrick Mafi | INV-3186 | 1/11/2018 |
| Anura Keerthisinghe | INV-3187 | 1/11/2018 |
| mounir | INV-3188 | 1/11/2018 |
| Paul Shilling | INV-3191 | 1/11/2018 |
| Anil Kumar R. | INV-3193 | 1/11/2018 |
| Shakhawat Khandaker | INV-3200 | 1/11/2018 |
| Amy Ramirez | INV-3202 | 1/11/2018 |
| Derrick Anthony | INV-3204 | 1/11/2018 |
| Baron August | INV-3208 | 1/11/2018 |
| Julio Awesome | INV-3211 | 1/11/2018 |
| Ron den Braber | INV-3220 | 1/11/2018 |
| Beverly Jean Eastman | INV-3227 | 1/11/2018 |
| Ronald I Roberts | INV-3234 | 1/11/2018 |
| niki moyer | INV-3237 | 1/11/2018 |
| Gbenga Oke | INV-3239 | 1/11/2018 |
| Daniel Gidez | INV-3244 | 1/11/2018 |
| Rey Soriano | INV-3275 | 1/12/2018 |
| Stuart Knight | INV-3278 | 1/12/2018 |

| | | |
|---|---|---|
| Arnel G. Pelayo | INV-3281 | 1/12/2018 |
| jaime rios | INV-3285 | 1/12/2018 |
| Eric Tupker | INV-3286 | 1/12/2018 |
| Alexandra Lebedeff | INV-3288 | 1/12/2018 |
| STEVE CORONADO SR | INV-3291 | 1/12/2018 |
| Amit Aery | INV-3292 | 1/12/2018 |
| Michael Critchley | INV-3293 | 1/12/2018 |
| David Story | INV-3299 | 1/12/2018 |
| Jeffrey Lafferman | INV-3310 | 1/12/2018 |
| Barbara McIntyre | INV-3313 | 1/12/2018 |
| taedeok Seo | INV-3319 | 1/12/2018 |
| Andres Zuniga | INV-3320 | 1/12/2018 |
| Kevork Krajian | INV-3322 | 1/12/2018 |
| Chua Puay Chuan | INV-3323 | 1/12/2018 |
| eric hong | INV-3325 | 1/12/2018 |
| Dave Bedsun | INV-3327 | 1/12/2018 |
| Shawn Evenson | INV-3328 | 1/12/2018 |
| Lim Kok yeow | INV-3330 | 1/13/2018 |
| KANG DONG HYOUN | INV-3337 | 1/13/2018 |
| Arsen Ayranjian | INV-3338 | 1/13/2018 |
| Sridhar Chari | INV-3340 | 1/13/2018 |
| Josephine Clark | INV-3342 | 1/13/2018 |
| Inge Intven | INV-3352 | 1/13/2018 |
| Shane Lott | INV-3362 | 1/13/2018 |
| Wim van Rijswijk | INV-3363 | 1/13/2018 |
| Lim Bee Bee | INV-3364 | 1/13/2018 |
| Julie Singer | INV-3375 | 1/13/2018 |
| Rajesh Gopal | INV-3377 | 1/13/2018 |
| Merkosh | INV-3383 | 1/13/2018 |
| Olga Fokina | INV-3384 | 1/13/2018 |
| Garin Underwood | INV-3391 | 1/13/2018 |
| Earl J Spence Jr. | INV-3393 | 1/13/2018 |
| Jeanette Spoleti | INV-3395 | 1/13/2018 |
| Casey Johnson | INV-3396 | 1/13/2018 |
| Rod | INV-3399 | 1/13/2018 |
| Bryan Townson | INV-3400 | 1/13/2018 |
| Michel De Puydt | INV-3401 | 1/13/2018 |
| Roy Vang | INV-3426 | 1/13/2018 |
| taedeok Seo | INV-3428 | 1/13/2018 |
| taedeok Seo | INV-3436 | 1/13/2018 |
| Pablo Barrera | INV-3445 | 1/13/2018 |
| Lim kheng ann | INV-3449 | 1/14/2018 |
| Matthew May | INV-3451 | 1/14/2018 |
| Pelligrino Bruno | INV-3452 | 1/14/2018 |
| Jaekyung Koh | INV-3456 | 1/14/2018 |
| Janine Pollard | INV-3458 | 1/14/2018 |
| Gert Haas | INV-3468 | 1/14/2018 |

| | | |
|---|---|---|
| ELIE NAAMAN | INV-3469 | 1/14/2018 |
| Musab Elhimri | INV-3470 | 1/14/2018 |
| Bassam Tabcharany | INV-3475 | 1/14/2018 |
| Samuel Grice | INV-3477 | 1/14/2018 |
| Mohamed Zakout | INV-3484 | 1/14/2018 |
| James Ong | INV-3485 | 1/14/2018 |
| sudhakar palla | INV-3489 | 1/14/2018 |
| Vincent George | INV-3490 | 1/14/2018 |
| Nived Joseph | INV-3505 | 1/14/2018 |
| Vinod K Singh | INV-3508 | 1/14/2018 |
| Amitesh Mishra | INV-3510 | 1/14/2018 |
| Richard Woodward | INV-3513 | 1/14/2018 |
| Suzie Traylor | INV-3519 | 1/14/2018 |
| Jodelyn Sejour | INV-3528 | 1/14/2018 |
| Ky Quy Lee | INV-3530 | 1/14/2018 |
| Linda Lindsey | INV-3536 | 1/14/2018 |
| Roger Fallows | INV-3538 | 1/14/2018 |
| JOSEPH P WILLS | INV-3540 | 1/14/2018 |
| Richard Ward | INV-3543 | 1/14/2018 |
| Jack Okorn | INV-3551 | 1/14/2018 |
| Khalid Mahmood | INV-3556 | 1/14/2018 |
| Adib Ferdosian | INV-3560 | 1/15/2018 |
| Nathan briggs | INV-3562 | 1/15/2018 |
| Chin Keong Chan | INV-3569 | 1/15/2018 |
| Michael Flann | INV-3584 | 1/15/2018 |
| Muhammad Tayyab | INV-3588 | 1/15/2018 |
| Steven lawrence | INV-3594 | 1/15/2018 |
| Petar Velkovski | INV-3598 | 1/15/2018 |
| Nageswara Rao | INV-3599 | 1/15/2018 |
| Ramakishore | INV-3605 | 1/15/2018 |
| Mallikarjuna Reddy | INV-3610 | 1/15/2018 |
| Rajesh Gopal | INV-3611 | 1/15/2018 |
| Orest Fokine | INV-3615 | 1/15/2018 |
| dexter chua | INV-3621 | 1/15/2018 |
| Enoch Tagoe | INV-3622 | 1/15/2018 |
| Nicholas McCord | INV-3629 | 1/15/2018 |
| Joseph Lim | INV-3634 | 1/15/2018 |
| Raimondo Virciglio | INV-3635 | 1/15/2018 |
| Brandon | INV-3637 | 1/15/2018 |
| Guenter Schumacher | INV-3647 | 1/15/2018 |
| Mark humphreys | INV-3652 | 1/15/2018 |
| Andy Viettry | INV-3665 | 1/15/2018 |
| Sreekanth Nadriga | INV-3668 | 1/15/2018 |
| SHIN EUN SEOP | INV-3673 | 1/15/2018 |
| Herbert Tang | INV-3674 | 1/15/2018 |
| Sanjay Pandey | INV-3676 | 1/15/2018 |
| Jermain Thompson | INV-3680 | 1/15/2018 |

| | | |
|---|---|---|
| Baron August | INV-3689 | 1/15/2018 |
| Ruchitkumar | INV-3696 | 1/15/2018 |
| Muneyuki Takano | INV-3703 | 1/15/2018 |
| Galen Collins | INV-3705 | 1/15/2018 |
| Mahesh Lamsal | INV-3706 | 1/15/2018 |
| Daniel Sullivan | INV-3708 | 1/15/2018 |
| Glenwood Thomasl | INV-3716 | 1/15/2018 |
| Jasen Raboin | INV-3725 | 1/15/2018 |
| JESSE POWERS | INV-3727 | 1/15/2018 |
| Curt Jentsch | INV-3729 | 1/15/2018 |
| Christina tran | INV-3735 | 1/15/2018 |
| Frankie McClendon | INV-3739 | 1/16/2018 |
| mike ivankovich | INV-3740 | 1/16/2018 |
| JUDITH BLEICHFELD | INV-3743 | 1/16/2018 |
| Michael Eoannou | INV-3744 | 1/16/2018 |
| Ramakishore | INV-3752 | 1/16/2018 |
| Eui Rock Oh | INV-3753 | 1/16/2018 |
| KyuBin You | INV-3759 | 1/16/2018 |
| Jayden Smith | INV-3763 | 1/16/2018 |
| ABDALLAH EL KHOURY | INV-3769 | 1/16/2018 |
| elias zeitouni | INV-3775 | 1/16/2018 |
| Carl Argent | INV-3776 | 1/16/2018 |
| Alex Benisatto | INV-3790 | 1/16/2018 |
| Arun Gupta | INV-3792 | 1/16/2018 |
| EliZabeth Osgood | INV-3800 | 1/16/2018 |
| Olga Fokina | INV-3803 | 1/16/2018 |
| Melvin L Adams | INV-3810 | 1/16/2018 |
| Drew Sullivan | INV-3816 | 1/16/2018 |
| Arun | INV-3824 | 1/16/2018 |
| Harish Raju Govinda Raju | INV-3826 | 1/16/2018 |
| Andor Pasztor | INV-3840 | 1/17/2018 |
| Ryan Crompton | INV-3849 | 1/17/2018 |
| Romeo Vinas | INV-3853 | 1/17/2018 |
| THIEU HUY HOANG | INV-3874 | 1/17/2018 |
| CHOONG HO JE | INV-3879 | 1/17/2018 |

| Due  Date | Currency | Subtotal | Total | Balance | |
|----------:|:---------|---------:|------:|:-------:|--------:|
| 1/18/2018 | usd | 7,500 | 7,500 | - | 7,500 |
| 1/19/2018 | usd | 10,000 | 10,000 | - | 10,000 |
| 1/19/2018 | usd | 125,000 | 125,000 | - | 125,000 |
| 1/21/2018 | usd | 43,750 | 43,750 | - | 43,750 |
| 1/22/2018 | usd | 35,000 | 35,000 | - | 35,000 |
| 1/23/2018 | usd | 15,000 | 15,000 | - | 15,000 |
| 1/23/2018 | usd | 35,000 | 35,000 | - | 35,000 |
| 1/24/2018 | usd | 30,000 | 30,000 | - | 30,000 |
| 1/25/2018 | usd | 12,500 | 12,500 | - | 12,500 |
| 1/25/2018 | usd | 25,700 | 25,700 | - | 25,700 |
| 1/25/2018 | usd | 15,017 | 15,017 | - | 15,017 |
| 1/25/2018 | usd | 17,500 | 17,500 | - | 17,500 |
| 1/26/2018 | usd | 20,017 | 20,017 | - | 20,017 |
| 1/27/2018 | usd | 7,500 | 7,500 | - | 7,500 |
| 1/18/2018 | usd | 300 | 300 | - | 300 |
| 1/18/2018 | usd | 1,000 | 1,000 | - | |
| 43,118 | usd | 4,625 | 4,625 | - | |
| 1/18/2018 | usd | 938 | 938 | - | |
| 1/18/2018 | usd | 900 | 900 | - | |
| 1/18/2018 | usd | 1,000 | 1,000 | - | |
| 1/18/2018 | usd | 375 | 375 | - | |
| 1/18/2018 | usd | 500 | 500 | - | |
| 1/18/2018 | usd | 500 | 500 | - | |
| 1/18/2018 | usd | 300 | 300 | - | |
| 1/18/2018 | usd | 1,625 | 1,625 | - | 1,525 |
| 1/18/2018 | usd | 1,575 | 1,575 | - | |
| 1/18/2018 | usd | 2,000 | 2,000 | - | |
| 1/18/2018 | usd | 1,250 | 1,250 | - | |
| 1/18/2018 | usd | 300 | 300 | - | |
| 1/18/2018 | usd | 1,000 | 1,000 | - | |
| 1/18/2018 | usd | 375 | 375 | - | |
| 1/18/2018 | usd | 625 | 625 | - | |
| 1/18/2018 | usd | 300 | 300 | - | |
| 1/18/2018 | usd | 3,000 | 3,000 | - | |
| 1/18/2018 | usd | 300 | 300 | - | 300 |
| 1/18/2018 | usd | 2,500 | 2,500 | - | |
| 1/18/2018 | usd | 300 | 300 | - | |
| 1/18/2018 | usd | 650 | 650 | - | |
| 1/18/2018 | usd | 1,000 | 1,000 | - | |
| 1/18/2018 | usd | 300 | 300 | - | |
| 1/18/2018 | usd | 1,200 | 1,200 | - | |
| 1/18/2018 | usd | 1,250 | 1,250 | - | |
| 1/18/2018 | usd | 350 | 350 | - | |
| 1/18/2018 | usd | 1,250 | 1,250 | - | 1,250 |
| 1/18/2018 | usd | 375 | 375 | - | |

EX3144-007

| Date | Currency | Amount | Amount | | | Highlight |
|---|---|---|---|---|---|---|
| 1/18/2018 | usd | 875 | 875 | - | | |
| 1/18/2018 | usd | 300 | 300 | - | | |
| 1/18/2018 | usd | 1,000 | 1,000 | - | | |
| 1/18/2018 | usd | 1,250 | 1,250 | - | | |
| 1/18/2018 | usd | 300 | 300 | - | | |
| 1/18/2018 | usd | 400 | 400 | - | | |
| 1/18/2018 | usd | 1,500 | 1,500 | - | | |
| 1/18/2018 | usd | 1,000 | 1,000 | - | | |
| 1/18/2018 | usd | 500 | 500 | - | | 500 |
| 1/18/2018 | usd | 300 | 300 | - | | |
| 1/18/2018 | usd | 300 | 300 | - | | |
| 1/18/2018 | usd | 300 | 300 | - | | |
| 1/18/2018 | usd | 314 | 314 | - | | |
| 1/18/2018 | usd | 1,000 | 1,000 | - | | |
| 1/18/2018 | usd | 280 | 280 | - | | |
| 1/18/2018 | usd | 500 | 500 | - | | |
| 1/18/2018 | usd | 875 | 875 | - | | |
| 1/19/2018 | usd | 1,500 | 1,500 | - | | |
| 1/19/2018 | usd | 300 | 300 | - | | 300 |
| 1/19/2018 | usd | 300 | 300 | - | | |
| 1/19/2018 | usd | 300 | 300 | - | | |
| 1/19/2018 | usd | 500 | 500 | - | | |
| 1/19/2018 | usd | 450 | 450 | - | | |
| 1/19/2018 | usd | 2,500 | 2,500 | - | | |
| 1/19/2018 | usd | 1,875 | 1,875 | - | | |
| 1/19/2018 | usd | 1,200 | 1,200 | - | | |
| 1/19/2018 | usd | 1,014 | 1,014 | - | | |
| 1/19/2018 | usd | 400 | 400 | - | | 400 |
| 1/19/2018 | usd | 300 | 300 | - | | |
| 1/19/2018 | usd | 300 | 300 | - | | |
| 1/19/2018 | usd | 300 | 300 | - | | |
| 1/19/2018 | usd | 300 | 300 | - | | |
| 1/19/2018 | usd | 500 | 500 | - | | |
| 1/19/2018 | usd | 280 | 280 | - | | |
| 1/19/2018 | usd | 600 | 600 | - | | |
| 1/19/2018 | usd | 313 | 313 | - | | |
| 1/19/2018 | usd | 500 | 500 | - | | 500 |
| 1/19/2018 | usd | 375 | 375 | - | | |
| 1/19/2018 | usd | 3,000 | 3,000 | - | | |
| 1/20/2018 | usd | 861 | 861 | - | | |
| 1/20/2018 | usd | 2,000 | 2,000 | - | | |
| 1/20/2018 | usd | 2,500 | 2,500 | - | | |
| 1/20/2018 | usd | 625 | 625 | - | | |
| 1/20/2018 | usd | 1,500 | 1,500 | - | | |
| 1/20/2018 | usd | 1,000 | 1,000 | - | | |
| 1/20/2018 | usd | 300 | 300 | - | | |
| 1/20/2018 | usd | 500 | 500 | - | | 500 |

EX3144-008

| Date | Currency | Amount | Amount | | Highlight |
|---|---|---|---|---|---|
| 1/20/2018 | usd | 625 | 625 | - | |
| 1/20/2018 | usd | 1,000 | 1,000 | - | |
| 1/20/2018 | usd | 500 | 500 | - | |
| 1/20/2018 | usd | 400 | 400 | - | |
| 1/20/2018 | usd | 450 | 450 | - | |
| 1/20/2018 | usd | 300 | 300 | - | |
| 1/20/2018 | usd | 3,750 | 3,750 | - | |
| 1/20/2018 | usd | 500 | 500 | - | |
| 1/20/2018 | usd | 600 | 600 | - | |
| 1/20/2018 | usd | 625 | 625 | - | 625 |
| 1/20/2018 | usd | 440 | 440 | - | |
| 1/20/2018 | usd | 478 | 478 | - | |
| 1/20/2018 | usd | 400 | 400 | - | |
| 1/20/2018 | usd | 500 | 500 | - | |
| 1/20/2018 | usd | 300 | 300 | - | |
| 1/20/2018 | usd | 650 | 650 | - | |
| 1/20/2018 | usd | 900 | 900 | - | |
| 1/20/2018 | usd | 500 | 500 | - | |
| 1/20/2018 | usd | 320 | 320 | - | |
| 1/20/2018 | usd | 300 | 300 | - | 300 |
| 1/20/2018 | usd | 625 | 625 | - | |
| 1/20/2018 | usd | 317 | 317 | - | |
| 43,120 | usd | 5,000 | 5,000 | - | |
| 1/20/2018 | usd | 625 | 625 | - | |
| 1/20/2018 | usd | 3,125 | 3,125 | - | |
| 1/21/2018 | usd | 1,000 | 1,000 | - | |
| 1/21/2018 | usd | 300 | 300 | - | |
| 1/21/2018 | usd | 1,250 | 1,250 | - | |
| 1/21/2018 | usd | 875 | 875 | - | |
| 1/21/2018 | usd | 300 | 300 | - | 300 |
| 1/21/2018 | usd | 625 | 625 | - | |
| 1/21/2018 | usd | 1,050 | 1,050 | - | |
| 1/21/2018 | usd | 1,250 | 1,250 | - | |
| 1/21/2018 | usd | 313 | 313 | - | |
| 1/21/2018 | usd | 2,500 | 2,500 | - | |
| 1/21/2018 | usd | 314 | 314 | - | |
| 1/21/2018 | usd | 600 | 600 | - | |
| 1/21/2018 | usd | 500 | 500 | - | |
| 1/21/2018 | usd | 1,250 | 1,250 | - | 1,250 |
| 1/21/2018 | usd | 390 | 390 | - | |
| 1/21/2018 | usd | 300 | 300 | - | |
| 1/21/2018 | usd | 1,000 | 1,000 | - | |
| 1/21/2018 | usd | 300 | 300 | - | |
| 1/21/2018 | usd | 300 | 300 | - | |
| 1/21/2018 | usd | 1,000 | 1,000 | - | |
| 1/22/2018 | usd | 300 | 300 | - | |
| 1/22/2018 | usd | 1,000 | 1,000 | - | |

| | | | | | |
|---|---|---|---|---|---|
| 1/22/2018 | usd | 300 | 300 | - | |
| 1/22/2018 | usd | 2,500 | 2,500 | - | 2,500 |
| 1/22/2018 | usd | 300 | 300 | - | |
| 1/22/2018 | usd | 300 | 300 | - | |
| 1/22/2018 | usd | 2,500 | 2,500 | - | |
| 1/22/2018 | usd | 500 | 500 | - | |
| 1/22/2018 | usd | 700 | 700 | - | |
| 1/22/2018 | usd | 313 | 313 | - | |
| 1/22/2018 | usd | 1,000 | 1,000 | - | |
| 1/22/2018 | usd | 300 | 300 | - | |
| 1/22/2018 | usd | 1,870 | 1,870 | - | 1,870 |
| 1/22/2018 | usd | 312 | 312 | - | |
| 1/22/2018 | usd | 300 | 300 | - | |
| 1/22/2018 | usd | 500 | 500 | - | |
| 1/22/2018 | usd | 1,250 | 1,250 | - | |
| 1/22/2018 | usd | 625 | 625 | - | |
| 1/22/2018 | usd | 500 | 500 | - | |
| 1/23/2018 | usd | 675 | 675 | - | |
| 1/23/2018 | usd | 750 | 750 | - | |
| 1/23/2018 | usd | 300 | 300 | - | |
| 1/23/2018 | usd | 375 | 375 | - | 375 |
| 1/23/2018 | usd | 888 | 888 | - | |
| 1/23/2018 | usd | 650 | 650 | - | |
| 1/23/2018 | usd | 500 | 500 | - | |
| 1/23/2018 | usd | 400 | 400 | - | |
| 1/23/2018 | usd | 735 | 735 | - | |
| 1/23/2018 | usd | 310 | 310 | - | |
| 1/23/2018 | usd | 300 | 300 | - | |
| 1/23/2018 | usd | 315 | 315 | - | 315 |
| 1/23/2018 | usd | 700 | 700 | - | |
| 1/23/2018 | usd | 300 | 300 | - | |
| 1/23/2018 | usd | 438 | 438 | - | |
| 1/23/2018 | usd | 3,000 | 3,000 | - | |
| 1/23/2018 | usd | 1,000 | 1,000 | - | |
| 1/23/2018 | usd | 300 | 300 | - | |
| 1/23/2018 | usd | 300 | 300 | - | |
| 1/23/2018 | usd | 300 | 300 | - | |
| 1/23/2018 | usd | 300 | 300 | - | |
| 1/23/2018 | usd | 930 | 930 | - | 930 |
| 1/23/2018 | usd | 460 | 460 | - | |
| 1/23/2018 | usd | 1,250 | 1,250 | - | |
| 1/24/2018 | usd | 1,125 | 1,125 | - | |
| 1/24/2018 | usd | 313 | 313 | - | |
| 1/24/2018 | usd | 400 | 400 | - | |
| 1/24/2018 | usd | 3,750 | 3,750 | - | |
| 1/24/2018 | usd | 613 | 613 | - | |
| 1/24/2018 | usd | 500 | 500 | - | |

| | | | | | |
|---|---|---|---|---|---|
| 1/24/2018 | usd | 2,517 | 2,517 | - | |
| 1/24/2018 | usd | 300 | 300 | - | 300 |
| 1/24/2018 | usd | 1,267 | 1,267 | - | |
| 1/24/2018 | usd | 500 | 500 | - | |
| 1/24/2018 | usd | 4,375 | 4,375 | - | |
| 1/24/2018 | usd | 375 | 375 | - | |
| 1/24/2018 | usd | 500 | 500 | - | |
| 1/24/2018 | usd | 4,750 | 4,750 | - | |
| 1/24/2018 | usd | 3,250 | 3,250 | - | |
| 1/24/2018 | usd | 300 | 300 | - | |
| 1/24/2018 | usd | 375 | 375 | - | 375 |
| 1/24/2018 | usd | 550 | 550 | - | |
| 1/24/2018 | usd | 1,000 | 1,000 | - | |
| 1/24/2018 | usd | 1,250 | 1,250 | - | |
| 1/24/2018 | usd | 500 | 500 | - | |
| 1/24/2018 | usd | 2,500 | 2,500 | - | |
| 1/24/2018 | usd | 300 | 300 | - | |
| 1/24/2018 | usd | 300 | 300 | - | |
| 1/24/2018 | usd | 1,014 | 1,014 | - | |
| 1/24/2018 | usd | 1,000 | 1,000 | - | |
| 1/24/2018 | usd | 2,000 | 2,000 | - | 2,000 |
| 1/25/2018 | usd | 2,500 | 2,500 | - | |
| 1/25/2018 | usd | 2,000 | 2,000 | - | |
| 1/25/2018 | usd | 1,000 | 1,000 | - | |
| 1/25/2018 | usd | 650 | 650 | - | |
| 1/25/2018 | usd | 312 | 312 | - | |
| 1/25/2018 | usd | 1,000 | 1,000 | - | |
| 1/25/2018 | usd | 375 | 375 | - | |
| 1/25/2018 | usd | 375 | 375 | - | 375 |
| 1/25/2018 | usd | 312 | 312 | - | |
| 1/25/2018 | usd | 313 | 313 | - | |
| 1/25/2018 | usd | 563 | 563 | - | |
| 1/25/2018 | usd | 500 | 500 | - | |
| 1/25/2018 | usd | 1,250 | 1,250 | - | |
| 1/25/2018 | usd | 300 | 300 | - | |
| 1/25/2018 | usd | 563 | 563 | - | |
| 1/25/2018 | usd | 300 | 300 | - | |
| 1/25/2018 | usd | 5,000 | 5,000 | - | 5,000 |
| 1/25/2018 | usd | 500 | 500 | - | |
| 1/25/2018 | usd | 625 | 625 | - | |
| 1/25/2018 | usd | 3,500 | 3,500 | - | |
| 1/25/2018 | usd | 300 | 300 | - | |
| 1/25/2018 | usd | 938 | 938 | - | |
| 1/25/2018 | usd | 300 | 300 | - | |
| 1/25/2018 | usd | 500 | 500 | - | |
| 1/25/2018 | usd | 664 | 664 | - | |
| 1/25/2018 | usd | 300 | 300 | - | 300 |

| Date | Currency | Amount | Amount | | Highlight |
|---|---|---|---|---|---|
| 1/25/2018 | usd | 2,000 | 2,000 | - | |
| 1/25/2018 | usd | 350 | 350 | - | |
| 1/25/2018 | usd | 1,000 | 1,000 | - | |
| 1/25/2018 | usd | 300 | 300 | - | |
| 1/25/2018 | usd | 314 | 314 | - | |
| 1/25/2018 | usd | 300 | 300 | - | |
| 1/25/2018 | usd | 1,250 | 1,250 | - | |
| 1/25/2018 | usd | 1,250 | 1,250 | - | |
| 1/25/2018 | usd | 6,000 | 6,000 | - | |
| 1/25/2018 | usd | 1,500 | 1,500 | - | 1,500 |
| 1/25/2018 | usd | 2,000 | 2,000 | - | |
| 1/26/2018 | usd | 6,250 | 6,250 | - | |
| 1/26/2018 | usd | 2,500 | 2,500 | - | |
| 1/26/2018 | usd | 5,000 | 5,000 | - | |
| 1/26/2018 | usd | 4,050 | 4,050 | - | |
| 1/26/2018 | usd | 920 | 920 | - | |
| 1/26/2018 | usd | 300 | 300 | - | |
| 1/26/2018 | usd | 300 | 300 | - | |
| 1/26/2018 | usd | 300 | 300 | - | 300 |
| 1/26/2018 | usd | 2,500 | 2,500 | - | |
| 1/26/2018 | usd | 5,000 | 5,000 | - | |
| 1/26/2018 | usd | 1,000 | 1,000 | - | |
| 1/26/2018 | usd | 641 | 641 | - | |
| 1/26/2018 | usd | 300 | 300 | - | |
| 1/26/2018 | usd | 2,500 | 2,500 | - | |
| 1/26/2018 | usd | 300 | 300 | - | |
| 1/26/2018 | usd | 345 | 345 | - | |
| 1/26/2018 | usd | 900 | 900 | - | |
| 1/26/2018 | usd | 300 | 300 | - | 300 |
| 1/26/2018 | usd | 300 | 300 | - | |
| 1/27/2018 | usd | 375 | 375 | - | |
| 1/27/2018 | usd | 300 | 300 | - | |
| 1/27/2018 | usd | 750 | 750 | - | |
| 1/27/2018 | usd | 275 | 275 | - | |
| 1/27/2018 | usd | 300 | 300 | - | |

|  | 650,855 | 650,855 | | 423,974 |
|---|---|---|---|---|
|  | (75,000) | | | 650,855 |
|  | 575,855 | | | 65.14% |

| Sample count | 41 | 15.30% |
|---|---|---|
| Total count | 268 | |

EX3144-012

EX3144-013

EX3144-014

EX3144-015

EX3144-016

EX3144-017

Sample Total #