Emailed this to Dylan 1-24-18

| Customer | Account # | INV # | Date | Due Date | Subtotal |
|---|---|---|---|---|---|
| Sam Eljaouhari | 15243 | INV-2920 | 1/8/2018 | 1/18/2018 | 7,500 |
| Chung Kwong Yuew | 15682 | INV-3016 | 1/9/2018 | 1/19/2018 | 10,000 |
| Pradeep Singhal | 8902 | INV-3067 | 1/9/2018 | 1/19/2018 | 125,000 |
| Stephen Jed | 10073 | INV-3209 | 1/11/2018 | 1/21/2018 | 43,750 |
| Isabel Munoz | 6530 | INV-3304 | 1/12/2018 | 1/22/2018 | 35,000 |
| Shane Alfonso | 7709 | INV-3359 | 1/13/2018 | 1/23/2018 | 15,000 |
| Isabel Munoz | 6530 | INV-3373 | 1/13/2018 | 1/23/2018 | 35,000 |
| Meshari Salah Alkulaib | 18376 | INV-3492 | 1/14/2018 | 1/24/2018 | 30,000 |
| Aziz Denian | 18711 | INV-3572 | 1/15/2018 | 1/25/2018 | 12,500 |
| Abdullah Aldulaigan | 10150 | INV-3573 | 1/15/2018 | 1/25/2018 | 25,700 |
| TARIK KERBOUCI | 19341 | INV-3617 | 1/15/2018 | 1/25/2018 | 15,017 |
| Isabel Munoz | 6530 | INV-3675 | 1/15/2018 | 1/25/2018 | 17,500 |
| Dounia Alaoui | 19839 | INV-3751 | 1/16/2018 | 1/26/2018 | 20,017 |
| Rashmikant Ghevariya | 15533 | INV-3869 | 1/17/2018 | 1/27/2018 | 7,500 |

EX3146-001