From:        "AML Adim" ████████████████
To:          "Karl R" ██████████████
Date:        2/16/2018 12:04:54 PM
Subject:     INV 4781 - Robert Farr PDF
Attachments: Invoice INV-4781.pdf

EX3147-001

**NAC Foundation, LLC**

▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮

# INVOICE
INV-4781

Bill To:
**robert farr**
▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮

| Date: | Feb 9, 2018 |
|---|---|
| Payment Terms: | NET 10 |
| Due Date: | Feb 19, 2018 |
| **Balance Due:** | **$ 0** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **AML Token Sale deposit to account** ▮▮▮▮▮▮▮▮▮ | 1 | $ 9,300 | $ 9,300 |

| | |
|---|---|
| Total: | $ 9,300 |
| Amount Paid: | $ 9,300 |

EX3147-002

Terms:

This invoice can only be paid via BANK WIRE. Credit or Debit Cards are not accepted.

Please note, there are bank wire charges. There is a $14 charge for domestic wires and $17 for international wires. Please add the amount of the wire charge (international or domestic) to the total amount of your payment.

Please allow approximately five (5) days after your wire is sent for your token account to be credited.


CHASE BANK
ACCOUNT NAME: █████████████████████████
█████████████████████████████


████████████████████████████████
ACCOUNT NUMBER: █████7620
███████████████████
████████████████
████████████████████████


This is an Attorney-Client Trust Account for NAC Foundation, LLC, maintained by David Salmon & Associates, Inc., A Professional Corporation ("DSA, APC"), pursuant to rules of the State Bar of Nevada. DSA, APC acts as counsel to NAC Foundation, LLC as to certain legal matters. DSA, APC has no relationship or affiliation of any kind with ICOBox or any party, connected with the ICO, other than NAC Foundation, LLC

In order for your token account to be CREDITED QUICKER, please fax a copy of this invoice and bank wire confirmation to █████████████

EX3147-003