Message

| | |
|---|---|
| From: | Karl R███ |
| Sent: | 8/24/2018 4:25:55 PM |
| To: | 'AML Adim' ███ |
| Subject: | RE: ICO Documents |
| Attachments: | INVOICED_2-1__2-9_.xlsx; INVOICED_2-1__2-14_.xlsx; INVOICES_KR_3.2.xlsx; KR_INVpdfsTest_Feb1.pdf; KR_INVpdfsTest_Feb10-Feb15.pdf; PDFCOPIES_1-25wkEND_KR1.pdf; 0INVOICES_KR_F14.xlsx; 2nd INVOICES_PDFs rec'd 1-24-18.pdf; 3rd additional samople INVOICES_PDFs_ADDITION.pdf; AML_FEB_ALL_FINAL_V2 rec'd 3-6-18.xlsx; Copy of INVOICES_CREDIT_ KR_J8-J17.xlsx; Invoice INV-4781.pdf; INVOICED_1-8__1-17_.xlsx; INVOICED_1-18__1-25_.xlsx; INVOICED_1-26__1-31_.xlsx |

Hi Bernadette,
Attached are the Excel sheets & PDFs used when Dylan was working with me. Let me know if you need anything else.

KARL RUZICKA, CPA



**From:** AML Adim ███
**Sent:** August 22, 2018 10:45 AM
**To:** Karl R; Marcus Andrade
**Subject:** ICO Documents

Hello Karl,

I wanted to reach out to about some documents needed for the ICO audit.

From my understanding you have all the documentas from a previous employee Dylan Pugliese during the ICO: with the invoices, verifying and crediting of accounts.

Can you please send me that information, so that I can get it to Raul.
Here is a link to a Google Drive you can upload the documents to:

Let me know if you have any questions regarding this.

Thank you,
Bernadette Tran
AML BitCoin Team

EX3149-001

CONFIDENTIAL                                ANDRADE_DOJ00000_00018288