**Buy AML Tokens**

**AML Tokens**

> 10

**Price (ETH)**

> 0.0333333

**Name**

> Your Name

**Email**

> Your Ema

**Distribution Address** (Get one here)

> 

You are going to buy **10 AML Tokens** for **0.033333 ETH**.

Make sure to enter a valid AML Token address to receive your AML Tokens. Do not use a regular Bitcoin address!

You can download and create a wallet instantly by clicking here.

**If you'd like to pay with another cryptocurrency, you'll be able to on the next page using the ShapeShift.io button.**

☐ I have read and accept Terms & Conditions.

Pay now

 **Buy AML Tokens**



Amount | 0.03333300 | ETH

Address | 

Pay with Altcoins ❯

**Please send the exact amount above to the Ethereum address or click the Pay with Altcoins button for more options. Please allow up to 90 minutes to receive a confirmation email.**

Note: This window does not have to remain open.