

EX3164-001