Subject: Re: [VERIFY SENDER before opening any attachments]FATF PR Review
From: Bernadette Tran
Date: Thu, 20 Sep 2018 12:22:06 -0500
To: John Fahy
Cc: Marcus Andrade

Hello John,

Thank you, I will make the changes and get it ready to publish.

Thank you,

Bernadette Tran

On Thu, Sep 20, 2018 at 11:48 AM John R. Fahy wrote:

Please see attached

Thanks,

JOHN R. FAHY  |  Member
Whitaker Chalk Swindle & Schwartz PLLC



From: Bernadette Tran
Sent: Wednesday, September 19, 2018 2:38 PM
To: John R. Fahy
Subject: [VERIFY SENDER before opening any attachments]FATF PR Review

Hello John,

My name is Bernadette: I work with Marcus and NAC.

He has asked me to send over the FATF PR release for your revisions and review.

Please make any revisions necessary and I will work on getting the PR published once I've received your edits.

Please do not hesitate to contact me with any questions or concerns regarding this.

Thank you,

Bernadette Tran

Office: ▮▮▮▮▮▮▮▮

Email: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

_____ Confidentiality Notice: This e-mail and any attachments are intended only for use by the individual or entity named herein and may contain legally privileged or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution, or copying of this e-mail or of any attachment is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender at Whitaker Chalk Swindle & Schwartz PLLC by telephone at ▮▮▮▮▮▮▮▮ or return e-mail, do not read it and permanently delete the original. ------- Thank You.