## *Nevada's Best Incorporators*
Robert C. Harris

www.NevadaIncorporate.com

February 13, 2014

Re: NAC Foundation, LLC

Dear Rowland:

    Congratulations! Enclosed is your Corporate Charter and your initial **Officers List**, which is to be signed along with submitting payment to my office with the first year fee of $325.00 (Checks must be made payable to Secretary of State), preferably within twenty-five days (Note: Nevada charges a $175.00 late fee, so please be prompt.). This list and fee is to be done each year thereafter (subsequent years $325.00).

    Also enclosed is a SS4 so that I may obtain your Employer Tax Number (EIN). Please sign the form at the checks—and get it back to me.

**Nevada now requires (NRS 364A) all corporate entities to register for a Nevada Business License; presently there are no out of state exemptions.**

    If you would like S status for your LLC, you MUST SUBMIT FORM 2553 to the IRS. Please inform me in writing of any change of address and we need your current phone number. Any other concerns, please call the number above, between 10:00 a.m. and 5:00 p.m. PST, or e-mail me [redacted] By the way, please keep in mind that we also do Living Trusts. Thank you for your business; and please recommend us to your friends who want to incorporate. Finally, I hope all is well with you!

Sincerely,

*Robert C. Harris*

Robert C. Harris

ec: file
mailed February 13th, 2013

4

EX3188-001




# LIMITED LIABILITY COMPANY CHARTER

I, ROSS MILLER, the Nevada Secretary of State, do hereby certify that **NAC FOUNDATION, LLC** did on February 13, 2014, file in this office the Articles of Organization for a Limited Liability Company, that said Articles of Organization are now on file and of record in the office of the Nevada Secretary of State, and further, that said Articles contain all the provisions required by the laws governing Limited Liability Companies in the State of Nevada.



IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on February 13, 2014.

ROSS MILLER
Secretary of State

Certified By: Electronic Filing
Certificate Number: C20140213-2055
You may verify this certificate
online at **http://www.nvsos.gov/**



ROSS MILLER
Secretary of State
204 North Carson Street, Suite 4
Carson City, Nevada 89701-4520
(775) 684-5708
Website: www.nvsos.gov


*050104*

# Articles of Organization
## Limited-Liability Company
(PURSUANT TO NRS CHAPTER 86)

Filed in the office of [signature] Ross Miller, Secretary of State, State of Nevada

Document Number: 20140108758-46
Filing Date and Time: 02/13/2014 2:06 PM
Entity Number: E0078382014-6

USE BLACK INK ONLY - DO NOT HIGHLIGHT — ABOVE SPACE IS FOR OFFICE USE ONLY

**1. Name of Limited-Liability Company:** (must contain approved limited-liability company wording; see instructions)
NAC FOUNDATION, LLC

☐ Check box if a Series Limited-Liability Company
☐ Check box if a Restricted Limited-Liability Company

**2. Registered Agent for Service of Process:** (check only one box)
☒ Commercial Registered Agent: ROBERT C. HARRIS
☐ Noncommercial Registered Agent (name and address below) **OR** ☐ Office or Position with Entity (name and address below)

Name of Noncommercial Registered Agent OR Name of Title of Office or Other Position with Entity

Street Address — City — Nevada — Zip Code
Mailing Address (if different from street address) — City — Nevada — Zip Code

**3. Dissolution Date:** (optional) Latest date upon which the company is to dissolve (if existence is not perpetual):

**4. Management:** (required) Company shall be managed by: ☒ Manager(s) **OR** ☐ Member(s) (check only one box)

**5. Name and Address of each Manager or Managing Member:** (attach additional page if more than 3)
1) ROWLAND ANDRADE
   Name
   Street Address — City — State — Zip Code [redacted]
2) Name
   Street Address — City — State — Zip Code
3) Name
   Street Address — City — State — Zip Code

**6. Effective Date and Time:** (optional) Effective Date:    Effective Time:

**7. Name, Address and Signature of Organizer:** (attach additional page if more than 1 organizer)
I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.
ROBERT C. HARRIS                                X ROBERT C. HARRIS
Name                                              Organizer Signature
Address [redacted] — City — State — Zip Code

**8. Certificate of Acceptance of Appointment of Registered Agent:**
I hereby accept appointment as Registered Agent for the above named Entity.
X ROBERT C. HARRIS                                             2/13/2014
Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity    Date

This form must be accompanied by appropriate fees.

Nevada Secretary of State NRS 86 DLLC Articles
Revised: 7-26-13

ARTICLES OF ORGANIZATION

FOR

NAC Foundation, LLC

KNOW ALL MEN BY THESE PRESENTS: That the undersigned Organizer, Robert C. Harris, desiring to form a limited liability company under the laws of State of Nevada, does hereby sign, verify and deliver to the Secretary of State of Nevada these Articles of Organization.

### ARTICLE I

Clearly stated, the name of the limited liability company shall be NAC Foundation, LLC, hereinafter, and, only for the purpose of these articles, shall be referred to as the company.

### ARTICLE II

The designated Registered Agent for THE COMPANY is Robert C. Harris, whose address is: ▌

### ARTICLE III

The company shall be perpetual, unless otherwise dissolved beforehand in accordance to the Laws of Nevada; also, unless otherwise agreed by the Manager & Members, in the event of death, retirement, resignation, expulsion, bankruptcy or dissolution of the Manager or Members, or the occurrence of an event which terminates the continued membership of the Manager or Members of The COMPANY, NAC Foundation LLC, will dissolve.

## ARTICLE IV

THE COMPANY shall be managed by one (1) manager. The name of the manager is as follows: Rowland Andrade, whose address is: ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ The Manager solely retains the right to admit additional members to THE COMPANY upon such terms and conditions as he decides. Any and all members who are subsequently admitted as a member of THE COMPANY shall have all the rights and obligations of membership under that agreement. The Company objective shall be to engage in Any Legal Service; To engage in any other trade, business or management which can, in the opinion of The Company, be beneficial to the foregoing business; To do other things as are incidental or advisable to the foregoing, or essential in order to accomplish the foregoing.

## ARTICLE V

Concerning *other matters*, THE COMPANY will operate lawfully in accordance with the Laws of the State of Nevada.

## ARTICLE VI

The name of the Organizer, which is one (1) in number, who is executing the Articles of Organization is as follows: Robert C. Harris; and he acknowledges this instrument on this day, February 13th, 2014.

_____
Robert C. Harris

# INITIAL/ANNUAL LIST OF MANAGERS OR MANAGING MEMBERS AND STATE BUSINESS LICENSE APPLICATION OF:

**NAC FOUNDATION, LLC**

NAME OF LIMITED-LIABILITY COMPANY

FOR THE FILING PERIOD OF **FEB, 2014** TO **FEB, 2015. Due by Mar 31, 2014**

USE BLACK INK ONLY - DO NOT HIGHLIGHT

FILE NUMBER

E0078382014-6

100401

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov\*\***

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

IMPORTANT: Read instructions before completing and returning this form.

1. Print or type names and addresses, either residence or business, for all manager or managing members. A Manager, or if none, a Managing Member of the LLC must sign the form. FORM WILL BE RETURNED IF UNSIGNED.
2. If there are additional managers or managing members, attach a list of them to this form.
3. Return completed form with the filing fee of $125.00. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. State business license fee is $200.00. Effective 2/1/2010, $100 must be added for failure to file form by deadline.
5. Make your check payable to the Secretary of State.
6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A **copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.
7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.
8. Form must be in the possession of the Secretary of State on or before the last day of the first month following the incorporation/initial registration date. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include initial list and business license fees will result in rejection of filing.

ABOVE SPACE IS FOR OFFICE USE ONLY

FILING FEE: $125.00   LATE PENALTY: $75.00 (if filing late)    BUSINESS LICENSE FEE: $200.00   LATE PENALTY: $100.00 (if filing late)

## CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: [   ]

NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility will result in rejection.

**NRS 76.020 Exemption Codes**
001 - Governmental Entity
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co.

| NAME | MANAGER OR MANAGING MEMBER |
|---|---|
| Rowland Andrade | |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| [REDACTED] | | | |

| NAME | MANAGER OR MANAGING MEMBER |
|---|---|
| | |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|

| NAME | MANAGER OR MANAGING MEMBER |
|---|---|
| | |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|

| NAME | MANAGER OR MANAGING MEMBER |
|---|---|
| | |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|

None of the managers or managing members identified in the list of managers and managing members has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of a manager or managing member in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

✓ X _____
Signature of Manager, Managing Member or Other Authorized Signature

✓ Title _____

✓ Date _____

EX3188-006

Nevada Secretary of State Initial List ManorMem
Revised: 8-8-13

# Form SS-4 — Application for Employer Identification Number

(Rev. January 2009)
Department of the Treasury
Internal Revenue Service

(For use by employers, corporations, partnerships, trusts, estates, churches, government agencies, Indian tribal entities, certain individuals, and others.)

▶ See separate instructions for each line.   ▶ Keep a copy for your records.

OMB No. 1545-0003

EIN

Type or print clearly.

**1** Legal name of entity (or individual) for whom the EIN is being requested
**NAC Foundation, LLC**

**2** Trade name of business (if different from name on line 1)

**3** Executor, administrator, trustee, "care of" name

**4a** Mailing address (room, apt., suite no. and street, or P.O. box)
[redacted]

**5a** Street address (if different) (Do not enter a P.O. box.)

**4b** City, state, and ZIP code (if foreign, see instructions)
[redacted]

**5b** City, state, and ZIP code (if foreign, see instructions)

**6** County and state where principal business is located
[redacted]

**7a** Name of principal officer, general partner, grantor, owner, or trustor
**Rowland Andrade**

**7b** SSN, ITIN, or EIN
[redacted]

**8a** Is this application for a limited liability company (LLC) (or a foreign equivalent)?   ✓ Yes   ☐ No

**8b** If 8a is "Yes," enter the number of LLC members ▶ 1

**8c** If 8a is "Yes," was the LLC organized in the United States?   ✓ Yes   ☐ No

**9a** Type of entity (check only one box). Caution. If 8a is "Yes," see the instructions for the correct box to check.

☐ Sole proprietor (SSN) _____
☐ Partnership
☐ Corporation (enter form number to be filed) ▶ _____
☐ Personal service corporation
☐ Church or church-controlled organization
☐ Other nonprofit organization (specify) ▶ _____
✓ Other (specify) ▶ **single LLC Holding**

☐ Estate (SSN of decedent) _____
☐ Plan administrator (TIN) _____
☐ Trust (TIN of grantor) _____
☐ National Guard   ☐ State/local government
☐ Farmers' cooperative   ☐ Federal government/military
☐ REMIC   ☐ Indian tribal governments/enterprises
Group Exemption Number (GEN) if any ▶

**9b** If a corporation, name the state or foreign country (if applicable) where incorporated
State: **Nevada**   Foreign country:

**10** Reason for applying (check only one box)
✓ Started new business (specify type) ▶ **Holding**
☐ Hired employees (Check the box and see line 13.)
☐ Compliance with IRS withholding regulations
☐ Other (specify) ▶
☐ Banking purpose (specify purpose) ▶
☐ Changed type of organization (specify new type) ▶
☐ Purchased going business
☐ Created a trust (specify type) ▶
☐ Created a pension plan (specify type) ▶

**11** Date business started or acquired (month, day, year). See instructions.
**February 2014**

**12** Closing month of accounting year  **12**

**13** Highest number of employees expected in the next 12 months (enter -0- if none).
Agricultural **0**   Household **0**   Other **0**

**14** Do you expect your employment tax liability to be $1,000 or less in a full calendar year? ☐ Yes ✓ No (If you expect to pay $4,000 or less in total wages in a full calendar year, you can mark "Yes.")

**15** First date wages or annuities were paid (month, day, year). Note. If applicant is a withholding agent, enter date income will first be paid to nonresident alien (month, day, year). ▶

**16** Check one box that best describes the principal activity of your business.
☐ Construction   ☐ Rental & leasing   ☐ Transportation & warehousing   ☐ Health care & social assistance   ☐ Wholesale-agent/broker
☐ Real estate   ☐ Manufacturing   ☐ Finance & insurance   ☐ Accommodation & food service   ☐ Wholesale-other   ☐ Retail
✓ Other (specify) **Holding**

**17** Indicate principal line of merchandise sold, specific construction work done, products produced, or services provided.
**Holding**

**18** Has the applicant entity shown on line 1 ever applied for and received an EIN?   ☐ Yes   ✓ No
If "Yes," write previous EIN here ▶

**Third Party Designee**
Complete this section only if you want to authorize the named individual to receive the entity's EIN and answer questions about the completion of this form.
Designee's name: **Robert Harris**
Address and ZIP code: [redacted]
Designee's telephone number (include area code): [redacted]
Designee's fax number (include area code): [redacted]

Under penalties of perjury, I declare that I have examined this application, and to the best of my knowledge and belief, it is true, correct, and complete.
Name and title (type or print clearly) ▶ **Rowland Andrade/Manager**
Applicant's telephone number (include area code): [redacted]
Signature ▶ ✓   Date ▶ ✓
Applicant's fax number (include area code): ( )

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 16055N   Form **SS-4** (Rev. 1-2009)

EX3188-007




**EIN Assistant**

Your Progress:　　1. Identity　　2. Authenticate　　3. Addresses　　4. Details　　**5. EIN Confirmation**

**Congratulations! The EIN has been successfully assigned.**

Help Topics

❓ Can the EIN be used before the confirmation letter is received?

EIN Assigned: ███████

Legal Name: **NAC FOUNDATION LLC**

The confirmation letter will be mailed to the applicant. This letter will be the applicant's official IRS notice and will contain important information regarding the EIN. Allow up to 4 weeks for the letter to arrive by mail.

**We strongly recommend you print this page for your records.**

Click "Continue" to get additional information about using the new EIN.　　　　[ Continue >> ]