

**Marcus Andrade**

## 5:15 report for 14 May 2019
1 message

**Nadeem A**                                                                                Tue, May 14, 2019 at 1:16 PM
To: ceo                    evan                   terencecwpoon              , sergey
Cc: Jaideep Sharma                      , kumarp           Deep Gupta                   Vikas Shukla

**Project Name:** **NACFoundations-BLCH**

| Task Name | • Work on to integrate SERverX APIs in Web Wallet. |
|---|---|
| Task ID/Sub-Task ID | 23 |
| Task Objective | • Work on to integrate SERverX APIs in Web Wallet. |
| Task Description | • Worked on to analyze the APIs collection sent by Rahul.<br>• Worked on to to add Country, state and City dropdowns in Signup Form.<br>• Worked on to written code to fetch Country, States and cities by calling ServerX APIs.<br>• Worked on to make dynamic fill into the state dropdwon on change of country.<br>• Worked on to make dynamic fill into the city dropdwon on change of state<br>• Attended Daily Scrum Call and demonstrated verification flow to Rahul.<br>• Working on to use Redis and worker for serverX API in Web Wallet. |
| Status | **In Progress** |
| Attachment notes | |
| Notes for Client | |

Thanks and Regards

Nadeem A| TM

Chetu Inc. -- Delivering world class IT services



✉ nadeema

For more information , Please visit :

EX3190-001