## Fwd: FW: DIT update



---------- Forwarded message ----------
From: **Marcus Andrade**
Date: Wed, Jul 25, 2018 at 3:02 AM
Subject: Fwd: FW: DIT update
To: David Mata

Confidential

Your eyes only. Do not share!!!

---------- Forwarded message ----------
From: **Richard Naimer**
Date: Wed, Jul 25, 2018, 2:33 AM
Subject: FW: DIT update
To: Marcus Andrade

**FYI**

---

**From:** Richard Naimer
**Sent:** 25 10:33 2018
**To:** Daniel Koechler
**Subject:** DIT update

Daniel hi,

Just a short note to tell you where we are at:

- the product is developing nicely and on time.
- Fist version on the new Corda platform will be completed within 6 weeks. Thereafter every 6-8 weeks we will have further versions each with increased functionality;
- Now that the product is pretty much there, we are starting to put together a marketing team. I interviewed a high level team of two last week who are higher level fintech marketing veterans for part time outsourcing. The advantage is that they have experience, good contacts in the industry which I think is better than taking lower level guys full time, as the level of connections and experience I think are more critical at this point than time on the job. In any case, we are eager to start generating revenue.
- On a business development level, we got an OK for the Financial Conduct Authority to start a cooperation with them, first as an advisory element, then leading to a pilot/sandbox project later in the year. LSE is stuck due to a change in COO,
- An interesting initiative has come up with E&Y and a vc to put together an identity management company on behalf of a banking consortium in the UK. E&Y are expected to give a formal response early next week. The VC, motive are interested and we may want to pursue even if E&Y are not in, though I would be very much surprised, and disappointed if they come back with a negative response

Best regards,

Richard

--

David Mata
Managing Director and Co-Founder
Block Bits Capital

* Please consider this message confidential and not to be shared with anyone outside of the recipient list.

10/3/2018

EX3202-002

FBI-302-014722