


**Your checking account**

ABTC CORP  |  Account # ####2295  |  September 1, 2019 to September 30, 2019

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 09/06/19 | WIRE TYPE:WIRE IN DATE: 190906 TIME:1316 ET TRN:2019090600363277 SEQ:190906341886000A/405860 ORIG:B.R.M. HOFF ENTERPRISES I ID:####9253 SND BK:WELLS FARGO NY INTL ID:0509 PMT DET:####0533 LETTER OF INTENT SHARES INTO COMPANY /REC/BAN | 24,990.00 |
| 09/12/19 | WIRE TYPE:WIRE IN DATE: 190912 TIME:1746 ET TRN:2019091200468857 SEQ:1909121641009625/009625 ORIG:B.R.M. HOFF ENTERPRISES I ID:####9253 SND BK:WELLS FARGO NY INTL ID:####5092 PMT DET:OP####1104 PURCHASE OF SHARES /REC/BANK OF AMERICA | 74,985.00 |
| 09/25/19 | WIRE TYPE:WIRE IN DATE: 190925 TIME:1731 ET TRN:2019092500489513 SEQ:2019092500005089/001725 ORIG:ROWLAND MARCUS ANDRADE ID:####5911 SND BK:FROST BANK ID:114000093 PMT DET:PURPOSE: LOAN /REC/P HN/ATTN: MISSOURI CITY TX BR | 320,000.00 |
| **Total deposits and other credits** | | **$419,975.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 09/09/19 | WIRE TYPE:INTL OUT DATE:190909 TIME:1356 ET TRN:2019090900418320 SERVICE REF:448615 BNF:A I PROFIT PTE LTD ID:####9349 BNF BK:DBS BA NK LTD, SINGAPORE ID:DBSSSGSG/(CH0346 PMT DET:####5716 SOFTWARE DEV, TEST WIRE POP SERVICES | -250.00 |
| 09/09/19 | TransferWise Inc DES:TrnWise ID:####8775 INDN:Abtc Corp. CO ID:####3521 IAT PMT INFO: REM 000000000000000000 FOR MORE INFORMATION CONTACT CUSTOMER SERVICE | -4,951.90 |
| 09/09/19 | TransferWise Inc DES:TrnWise ID:####8172 INDN:Abtc Corp. CO ID:####3521 IAT PMT INFO: REM 000000000000000000 FOR MORE INFORMATION CONTACT CUSTOMER SERVICE | -1,740.00 |
| 09/10/19 | WIRE TYPE:INTL OUT DATE:190910 TIME:1428 ET TRN:2019091000376732 SERVICE REF:389203 BNF:A I PROFIT PTE LTD ID:####9349 BNF BK:DBS BA NK LTD, SINGAPORE ID:DBSSSGSG/(CH0346 PMT DET:####5686 SOFTWARE DEVELOPMENT POP SERVICES | -3,850.00 |
| 09/13/19 | WIRE TYPE:INTL OUT DATE:190913 TIME:0511 ET TRN:2019091300096174 SERVICE REF:176971 BNF:A I PROFIT PTE LTD ID:####9349 BNF BK:DBS BA NK LTD, SINGAPORE ID:DBSSSGSG/(CH0346 PMT DET:####9486 STILL OWED 4K, POP SERVICES | -6,000.00 |
| 09/16/19 | TX TLR transfer to CHK 3003 Banking Ctr FIRST COLONY  #0000309 TX Confirmation# 2764713234 | -10,000.00 |

continued on the next page

---



**Bank of America Business Advantage**

## Sign up for online alerts today[1]

**Your Digital Tip**

Stay up to date on your balances, and receive alerts when transactions have posted and when your payments are due.

Log in or enroll at **bankofamerica.com/SmallBusiness** and click on **Alerts** in the Activity Center.

[1] You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage. You must be enrolled in Online Banking.    ARJSTCBJ | SSM-02-19-0703.B

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---:|
| 09/17/19 | WIRE TYPE:WIRE OUT DATE:190917 TIME:1229 ET TRN:2019091700340775 SERVICE REF:006869 BNF:ROWLAND MARCUS ANDRADE ID:████5911 BNF BK:FRO ST BANK ID:114000093 PMT DET:████8928 LOAN PAYOFF FROM 4 JULY 19 NOTE | -10,000.00 |
| 09/17/19 | TransferWise Inc DES:TrnWise ID:████842 INDN:Abtc Corp. CO ID:████3521 IAT PMT INFO: REM 000000000000000000 FOR MORE INFORMATION CONTACT CUSTOMER SERVICE | -3,350.00 |
| 09/20/19 | TransferWise Inc DES:TrnWise ID:████6295 INDN:Abtc Corp. CO ID:████3521 IAT PMT INFO: REM 000000000000000000 FOR MORE INFORMATION CONTACT CUSTOMER SERVICE | -1,000.00 |
| 09/24/19 | WIRE TYPE:WIRE OUT DATE:190924 TIME:0512 ET TRN:2019092400124904 SERVICE REF:002194 BNF:SIENNA DEVELOPERS ID:████7219 BNF BK:FROST BA NK ID:114000093 PMT DET:████2442 OCT. PAYMENT FOR 2 DEVELOPERS | -5,000.00 |
| 09/24/19 | WIRE TYPE:INTL OUT DATE:190924 TIME:0514 ET TRN:2019092400115692 SERVICE REF:190980 BNF:A I PROFIT PTE LTD ID:████9349 BNF BK:DBS BA NK LTD, SINGAPORE ID:DBSSSGSG/(CH0346 PMT DET:████2182 SOFTWARE DEV, 7K A MONTH. POP SERVICES | -4,000.00 |
| 09/24/19 | TRANSFER ABTC CORP:Amazaon Web Services Confirmation# 0235796685 | -9,000.00 |
| 09/27/19 | TRANSFER ABTC CORP:Bell Nunnally & Mart Confirmation# 0258269932 | -50,000.00 |
| 09/27/19 | TX TLR cash withdrawal from CHK 2295 | -2,000.00 |
| 09/30/19 | WIRE TYPE:BOOK OUT DATE:190930 TIME:0522 ET TRN:2019093000110388 RELATED REF:276138040 BNF:CAMBRIDGE MERCANTILE CORP ID:████5831 PMT DET:DARREN WINCZURA FOR THE CARE OF ALF | -35,000.00 |
| 09/30/19 | TRANSFER ABTC CORP:Mark Diadamo Confirmation# 1386427306 | -2,500.00 |
| 09/30/19 | WIRE TYPE:FX OUT DATE:191001 TIME:1349 ET TRN:2019093000616560 FX:CAD 7500.00 1.2906 BNF:MARK DIADAMO ID:████6203 BNF BK:HSBC BANK CANADA ID:HKBCCATT PMT DET:████9920 BALANCE OF DO MAIN PURCHASE POP GOODS /FXREF/TE-1-12-182132166 | -5,811.25 |

**Card account # XXXX XXXX XXXX 2726**

| Date | Description | Amount |
|---|---|---:|
| 09/03/19 | CHECKCARD 0830 Benchmarkemail co 8004304095 CA 85454919242030653655421 CKCD 5964 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -164.99 |
| 09/05/19 | CHECKCARD 0904 EIG*HOSTGATOR.COM 713-5745287 MA 75418239247079017366591 CKCD 4816 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -66.93 |
| 09/09/19 | CHECKCARD 0906 OFFICE DEPOT #225 HOUSTON TX 02305379250100064665194 CKCD 5943 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -60.37 |
| 09/10/19 | CHECKCARD 0909 MORTON'S HOUSTON HOUSTON TX 55310209253286688800015 CKCD 5812 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -196.37 |
| 09/10/19 | CHECKCARD 0910 PAYPAL *NHVERM San Jose CA CKCD 6051 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -485.00 |
| 09/11/19 | CHECKCARD 0911 BLACK WALNUT CAFE SUGAR LAND TX 55240379254286814700944 CKCD 5812 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -26.63 |
| 09/11/19 | CHECKCARD 0910 PASTA POMODORO HOUSTON TX 55480779254286096000310 CKCD 5499 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -9.60 |
| 09/11/19 | CHECKCARD 0910 THE UPS STORE #43 812-679-9289 TX 55432869254200224409259 CKCD 7399 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -103.83 |
| 09/13/19 | CHECKCARD 0912 AMZN MKTP US*DF21 AMZN.COM/BILLWA 55310209255083706589037 CKCD 5942 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -89.50 |
| 09/13/19 | CHECKCARD 0912 OFFICE DEPOT #225 HOUSTON TX 02305379256100066111555 CKCD 5943 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -25.95 |
| 09/13/19 | CHECKCARD 0913 PAYPAL *MICROS San Jose CA CKCD 6051 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -7.57 |
| 09/13/19 | CHECKCARD 0913 PAYPAL *PAGELY San Jose CA 00000000000000000927062 RECURRING CKCD 6051 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -299.00 |

*continued on the next page*



**Your checking account**

ABTC CORP  |  Account # ████████2295  |  September 1, 2019 to September 30, 2019

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---:|
| 09/16/19 | CHECKCARD 0913 PAPA JOHN'S #0852 713-953-7888 TX 05436849257000289626528 CKCD 5814 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -28.61 |
| 09/16/19 | CHECKCARD 0914 LINDHOLM LAW PLLC TOMBALL TX 85500399258900013500436 CKCD 8111 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -5,000.00 |
| 09/16/19 | CHECKCARD 0914 SQU*SQ *HOFFMAN P Valencia CA 55432869258200179165639 CKCD 8111 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -3,500.00 |
| 09/16/19 | CHECKCARD 0915 PAYPAL *ARCHIV San Jose CA 00000000000000000474201 RECURRING CKCD 6051 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -10.65 |
| 09/17/19 | CHECKCARD 0916 WAV*DEAN AND RAY 508-3095950 MA 75418239259079636470456 CKCD 8111 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -1,200.00 |
| 09/17/19 | CHECKCARD 0916 WAV*DEAN AND RAY 508-3095950 MA 75418239259079636470464 CKCD 8111 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -1,840.00 |
| 09/17/19 | CHECKCARD 0916 WAV*DEAN AND RAY 508-3095950 MA 75418239259079636470472 CKCD 8111 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -500.00 |
| 09/17/19 | CHECKCARD 0916 OFFICE DEPOT #225 HOUSTON TX 02305379260100062745418 CKCD 5943 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -109.70 |
| 09/17/19 | CHECKCARD 0917 TIME WISE # 84 HOUSTON TX CKCD 5542 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -33.96 |
| 09/17/19 | BUC-EE'S #26 09/17 #000065302 PURCHASE 205 IH-45 SOUTH MADISONVILLE TX | -56.61 |
| 09/18/19 | CHECKCARD 0917 RUCHIS EL RINCON HOUSTON TX 55547509261006000218664 CKCD 5812 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -20.16 |
| 09/18/19 | CHECKCARD 0917 OFFICE DEPOT #225 HOUSTON TX 02305379261100059626661 CKCD 5943 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -307.39 |
| 09/18/19 | CHECKCARD 0917 SHELL SERVICE DALLAS TX CKCD 5542 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -25.19 |
| 09/18/19 | SHELL SERVICE 09/17 #000025789 PURCHASE 8207 SOUTH HAMPTO DALLAS TX | -8.61 |
| 09/18/19 | CHECKCARD 0918 SQU*SQ *GOSQ.COM Grand PrairieTX 55432869261200993196062 CKCD 7299 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -32.75 |
| 09/18/19 | CHECKCARD 0918 SQ *SQ *SID'S NAT Fort Worth TX 55432869261200994329027 CKCD 5499 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -10.80 |
| 09/18/19 | DENNY'S #7712 09/18 #000239979 PURCHASE 4400 N CENTRAL EX DALLAS TX | -17.28 |
| 09/19/19 | CHECKCARD 0918 OL SOUTH PANCAKE FORT WORTH TX 25247809262001678397907 CKCD 5812 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -34.27 |
| 09/19/19 | CHECKCARD 0918 CFW PARKING METER FORT WORTH TX 55432869262200139725807 CKCD 7523 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -1.50 |
| 09/19/19 | CHECKCARD 0918 CHEESECAKE FORT W FORT WORTH TX 55310209262400391000180 CKCD 5812 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -58.01 |
| 09/19/19 | CHECKCARD 0918 SQ *SQ *SID'S NAT CARROLLTON TX 55432869262200082137687 CKCD 5499 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -14.06 |
| 09/19/19 | ACFN3554 09/19 #000253664 WITHDRWL SHERATON FOR-CFN3 FORT WORTH TX | -103.95 |
| 09/20/19 | CHECKCARD 0919 FT WORTH FRFLD IN FORT WORTH TX 55432869262200252618805 CKCD 3715 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -221.35 |
| 09/20/19 | CHECKCARD 0919 CFW PARKING METER FORT WORTH TX 55432869263200365303336 CKCD 7523 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -1.50 |
| 09/20/19 | CHECKCARD 0919 SALAS LIMON CENTR FORT WORTH TX 25265089264000016034358 CKCD 5812 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -20.66 |

*continued on the next page*

## Withdrawals and other debits - continued

| Date | Description | Amount |
| --- | --- | --- |
| 09/20/19 | CHECKCARD 0919 CFW PARKING METER FORT WORTH TX 55432869263200365303682 CKCD 7523 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -2.00 |
| 09/20/19 | CHECKCARD 0919 TACO BELL #028773 FORT WORTH TX 55263529263837009099137 CKCD 5814 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -9.72 |
| 09/20/19 | CHECKCARD 0919 THE BIRD CAFE FORT WORTH TX 55309599262207188700899 CKCD 5812 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -75.74 |
| 09/20/19 | CHECKCARD 0920 SHELL SERVICE WILMER TX CKCD 5542 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -22.17 |
| 09/20/19 | CHECKCARD 0920 MCDONALD'S F60 ENNIS TX CKCD 5814 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -15.74 |
| 09/20/19 | BUC-EE'S #26 09/20 #000318096 PURCHASE 205 IH-45 SOUTH MADISONVILLE TX | -19.62 |
| 09/23/19 | CHECKCARD 0919 WHATABURGER 511 FORT WORTH TX 55432869264200536908301 CKCD 5814 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -13.35 |
| 09/23/19 | CHECKCARD 0921 EMBASSY SUITES FT FORT WORTH TX 55310209264036004518560 CKCD 3751 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -225.31 |
| 09/23/19 | CHECKCARD 0920 SHERATON FT WORTH FORT WORTH TX 55432869264200529768274 CKCD 3503 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -315.59 |
| 09/23/19 | CHECKCARD 0920 LINDHOLM LAW PLLC TOMBALL TX 85500399263900013800466 CKCD 8111 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -5,000.00 |
| 09/23/19 | CHECKCARD 0920 SQU*SQ *HOFFMAN P Santa ClaritaCA 55432869263200514369725 CKCD 8111 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -500.00 |
| 09/24/19 | CHECKCARD 0923 BHOJANI & NELSON IRVING TX 85500399266900012505204 CKCD 8111 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -4,000.00 |
| 09/24/19 | CHECKCARD 0923 Amazon web servic aws.amazon.coWA 55432869266200159812762 CKCD 7399 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -960.20 |
| 09/24/19 | CHECKCARD 0923 Amazon web servic aws.amazon.coWA 55432869266200159246318 CKCD 7399 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -912.30 |
| 09/24/19 | CHECKCARD 0923 99DESIGNS.COM CON 8887479891 CA 55429509266637517168360 CKCD 7333 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -1,658.00 |
| 09/27/19 | CHECKCARD 0926 BJS RESTAURANTS 4 SUGAR LAND TX 55432869270200051510302 CKCD 5812 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -58.50 |
| 09/27/19 | CHECKCARD 0927 PAYPAL *JOSEER San Jose CA CKCD 6051 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -1,350.15 |
| 09/30/19 | CHECKCARD 0927 UNITED 800-932-2732 TX 55432869270200042173988 CKCD 3000 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -2,323.73 |
| 09/30/19 | CHECKCARD 0927 LINDHOLM LAW PLLC TOMBALL TX 85500399270900014100503 CKCD 8111 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -5,000.00 |
| 09/30/19 | CHECKCARD 0927 PASTA POMODORO HOUSTON TX 55480779271286096300149 CKCD 5499 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -8.95 |
| 09/30/19 | CHECKCARD 0927 UA INFLT HOUSTON TX 55432869271200286588080 CKCD 3000 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -4.99 |
| 09/30/19 | CHECKCARD 0928 UA INFLT HOUSTON TX 55432869271200286588098 CKCD 3000 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -4.99 |
| 09/30/19 | IC PEARSON DOM 09/27 #000620835 WITHDRWL IC PEARSON DOM T1 MISSISSAUG ON | -305.36 |
| 09/30/19 | CHECKCARD 0928 DENNY'S TORONTO S MISSISSAUGA ON 55181369272461605742708 CKCD 5812 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -43.05 |
| 09/30/19 | NRT 09/28 #000633072 WITHDRWL STAGE WEST SEE D MISSISSAUGA ON | -251.12 |
| 09/30/19 | CHECKCARD 0929 DENNY'S TORONTO S MISSISSAUGA ON 55181369272461605742716 CKCD 5812 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -86.23 |
| 09/30/19 | CHECKCARD 0929 MONTANAS #3074 MISSISSAUGA ON 55419219273200650130785 CKCD 5812 XXXXXXXXXXXX2726 XXXX XXXX XXXX 2726 | -54.55 |

continued on the next page