

CHECKING | SAVINGS | CDS | IRAS | LOANS



www.capitalonebank.com
1-800-655-BANK (2265)
m.capitalonebank.com
Visit your nearest location

ROWLAND MARCUS ANDRADE

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD JANUARY 01, 2018 - MARCH 30, 2018

**Essential Savings 4915**

| | | | |
|---|---:|---|---:|
| Previous Balance 12/31/17 | $176.65 | Number of Days in Cycle | 89 |
| 2 Deposits/Credits | $550,000.00 | Minimum Balance This Cycle | $74.65 |
| Interest Paid | $28.40 | Average Collected Balance | $23,040.27 |
| 28 Debits | -$550,102.00 | Interest Earned During this Cycle | $28.40 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $28.40 |
| Ending Balance 03/30/18 | $103.05 | Annual Percentage Yield Earned | 0.50% |

## ACCOUNT DETAIL   FOR PERIOD JANUARY 01, 2018 - MARCH 30, 2018

**Essential Savings 4915**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---:|---:|---|---|---|
| 01/04 | $275,000.00 | $275,176.65 | Deposit | Customer Deposit | |
| 01/04 | -$274,725.00 | $451.65 | Debit | Deposit correction debit | |
| 01/05 | $275,000.00 | $275,451.65 | Deposit | Customer Deposit | |
| 01/08 | -$69,312.00 | $206,139.65 | Debit | Customer withdrawal | |
| 01/11 | -$25,000.00 | $181,139.65 | Debit | International Wire Transfer Dr HALOGEN COMMUNIC ATIONS LTD 011118 USDIR 0092 | |
| 01/11 | -$10,000.00 | $171,139.65 | Debit | Wire transfer withdrawal PCG ADVISORY GRO UP 011118 USD 9048 | |
| 01/11 | -$25.00 | $171,114.65 | Debit | Wire transfer fee WIRE TRANSFER 011118 | |
| 01/11 | -$40.00 | $171,074.65 | Debit | Wire transfer fee HALOGEN COMMUNIC ATIONS LTD 011118 | |
| 01/16 | -$4,000.00 | $167,074.65 | Debit | Online banking xfer withdrawal TO 6094 | |

*Thank you for banking with us*   .   PAGE 1 OF 4

Products and services are offered by Capital One, N.A., Member FDIC.
©2018 Capital One. All rights reserved.



MEMBER FDIC

USAO 0017074
EX3342-001

IRS-GJ-0017054