11-2-2015

PROMULGATED BY THE TEXAS REAL ESTATE COMMISSION (TREC)
ONE TO FOUR FAMILY RESIDENTIAL CONTRACT (RESALE)
NOTICE: Not For Use For Condominium Transactions

GF # 180179?
Nueces Title Company

1. **PARTIES:** The parties to this contract are _____ **Alfredo Najera, Viridiana Najera** _____ (Seller) and _____ **Fintech Fund, FLP** _____ (Buyer).
Seller agrees to sell and convey to Buyer and Buyer agrees to buy from Seller the Property defined below.

2. **PROPERTY:** The land, improvements and accessories are collectively referred to as the "Property".
   A. **LAND:** Lot _____ Block _____.
   Addition, City of _____ **Corpus Christi** _____, County of _____ **Nueces** _____,
   Texas, known as _____
   (address/zip code), or as described on attached exhibit.

[large redacted block]

Initialed for identification by Buyer ____ and Seller VSN JAN     TREC NO. 20-13

Tijerias Group, 15634 Wallisville Rd. ####-### Houston TX 77049       Phone: (281)###-####   Fax:   5333 Avenue A
Christopher Martinez       Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

IRS-GJ-0034791

USAO 0034791

EX3344-001

Contract Concerning _____ ███ _____ Page 8 of 9   11-2-2015
(Address of Property)

[large redacted black box]

EXECUTED the __14th__ day of __March__, __2016__ (EFFECTIVE DATE).
(BROKER: FILL IN THE DATE OF FINAL ACCEPTANCE.)

_____  03/09/2016 22:40:35        _____
Buyer Fintech Fund, FLP                               Seller Alfredo Najera

_____                             _____
Buyer                                                 Seller Viridiana Najera

The form of this contract has been approved by the Texas Real Estate Commission. TREC forms are intended for use only by trained real estate license holders. No representation is made as to the legal validity or adequacy of any provision in any specific transactions. It is not intended for complex transactions. Texas Real Estate Commission, P.O. Box 12188, Austin, TX 78711-2188, (512) 936-3000 (http://www.trec.texas.gov) TREC NO. 20-13. This form replaces TREC NO 20-12.

TREC NO. 20-13
5333 Avenue A

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com

IRS-GJ-0034798

USAO 0034798

EX3344-008