| | |
|---|---|
| From: | Japheth Dillman |
| Sent: | Friday, January 12, 2018 9:19 AM PST |
| To: | Arthur Weissman; Ben Boyer; Tony Apollaro; Sandy Fliderman; David Mata; Harvey Newkirk |
| Subject: | Account wiring info for your records |

I have called the bank to verify the following information is correct. Please send wires here, and if you are sending a wire regarding the AML Bitcoin purchase agreement, please make a note in the wire that says "AML HOLDINGS" for our CPA records.

**Routing: 322271627**
**Account:**  **8602**
**SWIFT: CHASUS33**

**Bank address**


**Business Address:**

Cheers,

--

**Japheth Dillman**
**Managing Partner & Co-Founder**



EX3369-001

**HIGHLY CONFIDENTIAL**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　BOYER0000289