# Purchases

From: **Japheth Dillman**   Thursday, Feb 15, 2018 at 12:41 AM
To: admin   **Marcus Andrade** | ceo
Bcc: arthur.weissman

Hi Dylan,

My name is Japheth Dillman, and I'm advising Marcus as Chief Strategy Officer of AML Bitcoin (thought I should introduce myself). Several purchases of the coin were made by my fund using the account associated with the email address: jdillman

I see the account I have under that email on https://tokensale.amltoken.com/ has just been credited for the first $850,000 purchase. I've made several purchases, which I'll detail below... all of which should be credited at the $1.25 price. We can sum it all up later and attribute the wallet with the appropriate amount of tokens whenever the sale ends, I'm in no rush. I just wanted to make sure there's record of all these purchases at the agreed upon price as they aren't showing up in my (https://tokensale.amltoken.com/) account.

I'm assuming these didn't get credited appropriately because I used an in-bank transfer instead of wiring the money (both my fund and Marcus' trust account use Chase bank) because it was immediate and costs $0 in fees.

For your records:

1/22  $850,000
1/23  $150,000
1/26  $67,500
2/5   $197,000
2/14  $214,500

So far this totals up to: $1,479,000
for a total of 1,183,200 tokens

I may have another payment come in before the weekend. If so I'll reply here to keep record.

Once the tokens go live on the exchanges, I'll work out with Marcus what price my larger investors will do direct buys from the company at. I'll be in touch. **Marcus is on cc.**

Cheers,

--

EX3376-001

# Japheth Dillman
**Managing Partner & Co-Founder**



Mobile: ■■■■■■
Skype: ■■■■■■■■■■
email: ■■■■■■■■■■■■■
Telegram: ■■■
WeChat: ■■■■■■