# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,344,811**

**Registered May 11, 2021**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

ABTC Corp. (TEXAS CORPORATION)

▮▮▮▮▮▮▮▮▮▮▮▮

CLASS 9: downloadable software for financial management and creation of electronic wallet data files for use with crypto currency and digital currency; downloadable crypto currency and digital currency, namely, downloadable electronic encrypted data files featuring accountings and record-keepings of exchangeable crypto currency and exchangeable digital currency

FIRST USE 3-1-2019; IN COMMERCE 3-1-2019

The color(s) blue, white and gold is/are claimed as a feature of the mark.

The mark consists of a circular gold coin design with the stylized wording "AML BITCOIN" in blue lettering on two lines in the center of the design and encircled by a blue ring with the wording "AML/KYC COMPLIANT DIGITAL CURRENCY" in white capital lettering arching around the upper half of the blue ring with a gold five-pointed star at the beginning and end. Arching around the bottom of the blue ring are the words "COMPLIANT", "FAST" and "SECURE" each in white capital lettering and separated by a gold five-pointed star.

No claim is made to the exclusive right to use the following apart from the mark as shown: "AML BITCOIN" AND "AML/KYC COMPLIANT DIGITAL CURRENCY" AND "COMPLIANT FAST SECURE"

SER. NO. 88-871,720, FILED 04-14-2020



*signature*

Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

EX3384-002

# United States of America

## United States Patent and Trademark Office

# CROSSVERIFY

**Reg. No. 6,263,162**

**Registered Feb. 02, 2021**

**Int. Cl.: 42**

**Service Mark**

**Supplemental Register**

Black Gold Coin, Inc. (WYOMING CORPORATION)



CLASS 42: Providing a website featuring computer security services information about relating to the issuance of identity credentials, storage of identity information, identity protection, verification and transmission using biometric authentication and/or multi-factor authentication and blockchain technology; administering a decentralized computer system for issuing identity credentials and documentation, verifying identity credentials and documentation, storing identity credentials and documentation, encrypting identity credentials and documentation, transmitting identity credentials and documentation, and tracking and monitoring transmission of identity credentials and documentation for others using biometric authentication and/or multi-factor authentication and blockchain technology; Platform as a service (PAAS) featuring computer software platforms for enabling user provisioning and deprovisioning and managing access to identity credentials, identity information, identity documentation and verification of same and sensitive and/or confidential information, and transmission of identity information and sensitive and/or confidential information; Providing a website featuring technology that enables users to have the ability to have an authenticated identity and identity credentials and documentation, and sensitive and/or confidential information and providing access thereto and/or transmission thereof using biometric authentication and/or multi-factor authentication and blockchain technology

FIRST USE 6-12-2019; IN COMMERCE 6-12-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-767,373, FILED P.R. 01-23-2018; AM. S.R. 12-03-2020



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

EX3384-004

# United States of America

## United States Patent and Trademark Office

# IDENTITY BASED LETTER OF CREDIT

**Reg. No. 6,291,261**

**Registered Mar. 09, 2021**

**Int. Cl.: 36, 42**

**Service Mark**

**Supplemental Register**

Black Gold Coin, Inc.  (WYOMING CORPORATION)



CLASS 36: financial services in the nature of an investment security; Issuing of letters of credit

FIRST USE 6-3-2020; IN COMMERCE 6-3-2020

CLASS 42: Providing a website featuring computer security services information relating to the issuance of identity credentials, storage of identity information, identity protection, verification and transmission using biometric authentication and/or multi-factor authentication and blockchain technology; administering a decentralized computer system for issuing identity credentials and documentation, verifying identity credentials and documentation, storing identity credentials and documentation, encrypting identity credentials and documentation, transmitting identity credentials and documentation, and tracking and monitoring transmission of identity credentials and documentation for others using biometric authentication and/or multi-factor authentication and blockchain technology; Platform as a service (PAAS) featuring computer software platforms for enabling user provisioning and deprovisioning and managing access to identity credentials, identity information, identity documentation and verification of same and sensitive and/or confidential information, and transmission of identity information and sensitive and/or confidential information; Providing a website featuring online non-downloadable software that enables users to have the ability to have an authenticated identity and identity credentials and documentation, and sensitive and/or confidential information and providing access thereto and/or transmission thereof using biometric authentication and/or multi-factor authentication and blockchain technology

FIRST USE 6-3-2020; IN COMMERCE 6-3-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "LETTER OF CREDIT"





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

EX3384-005

SER. NO. 87-767,275, FILED P.R. 01-23-2018; AM. S.R. 07-16-2020

EX3384-006

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

EX3384-007