| | |
|---|---|
| From: | "Marcus Andrade" |
| To: | "David Salmon" |
| | "Sheila Sneed" |
| | "Karl R" |
| Date: | 1/19/2018 3:38:38 PM |
| Subject: | Fwd: FW: Wire Info |

Hello David, if possible I need a favor from you. I will pick up any expenses aquired. Japheth Dillion from BlockBits Capital in San Francisco, I will send you proof that his account was credited. After you receive it, because of a hard deadline that was just given to me, I am asking if you can send the production company 150K as an initial payment. The are creating a Superbowl Ad for us.

Here is the Bank Wire Info:
>
> COMPANY:  Frames Per Second Productions, Inc.
>
> Bank of America Routing # 121000358
>
> Account #          1095
---------- Forwarded message ----------

Date: Jan 19, 2018 2:18 PM
Subject: FW: Wire Info
To: "Marcus Andrade"
Cc:

From: Mark Kalbfeld [mailto:

Please make sure the client wire the **next 50% amount of $150,000** on Monday, so it will show up on Tuesday, January 23rd if not we will need to push the shoot day to Thursday and may miss your deadline.

Even though they wired the money yesterday, it didn't show up until 7:45 am today

ALSO, I am preparing a basic production contract for them breaking down their payments and delivery schedule

EX3386-001

Thanks,

Mark Kalbfeld

Producer

██████████
██████

EX3386-002