See ACT! Notes
2/20/20



DEPARTMENT OF THE TREASURY
Internal Revenue Service
Criminal Investigation

2/20/20

KENDL TOVEY
SPECIAL AGENT