

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

███████████████████████████

February 7, 2020

**Karl Ruzicka**
███████████████████████████

**Re: Grand Jury Subpoena Investigation #2018R00368, (#125)**

Dear Mr. Ruzicka:

You have received a grand jury subpoena in connection with the above-numbered grand jury investigation. The subpoena has been issued in furtherance of that investigation.

This letter is written to advise you that disclosure of the subpoena and to any third parties may impede or obstruct the investigation. Therefore, we ask you not to disclose the existence of the subpoena or the nature of your response to it for the indefinite future.

If you have any questions about this request, please telephone me at ███████.

Very truly yours,

DAVID L. ANDERSON
United States Attorney

*[signature]*

LLOYD FARNHAM
Assistant United States Attorney

Enclosures: Grand jury subpoena, cc SA Bryan Wong, IRS-CI

*2/20/20 Meeting*

EX3389-001

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the

Northern District of California

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

TO: Karl Ruzicka
Attn: Custodian of Records

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: United States District Court | Date and Time: |
|---|---|
|  | February 27, 2020 at 9:30 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*: Please see Attachment A.

Voluntary compliance with this federal grand jury subpoena will be deemed satisfactory and no appearance will be necessary, if the information requested is sent to the agent or representative listed below on or before the date listed above.

Internal Revenue Service - Criminal Investigation
Attn: Special Agent Bryan Wong

*(handwritten: Meeting with)*

Date: February 7, 2020

*CLERK OF COURT*

*/s/ Susan Y. Soong*
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:

This subpoena is issued on application of the United States of America

Lloyd Farnham, AUSA

DAVID L. ANDERSON
United States Attorney

USAO No. 2018R00368, (#125) / GJ 19-1

EX3389-002

AO 110 (Rev. 06/09) Subpoena to Testify Before Grand Jury (Page 2)

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* _____
was received by me on *(date)* _____.

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

ATTACHMENT A

TO:     CUSTODIAN OF RECORDS
        KARL RUZICKA

██████████████████████

ALL OPEN AND CLOSED ACCOUNTS

For the period January 1, 2015 through Current

All records pertaining to the following individual and business entity whether held jointly or severally or as trustee or fiduciary as well as custodian, executor or guardian as well as any other entity in which the individual or entity may have a financial interest:

- Rowland Marcus Andrade
- Japheth Dillman
- Block Bits Capital, LLC
- National Aten Coin Foundation
- NAC Foundation, LLC
- NAC Payroll Services, Inc.
- Aten Coin
- AML Bitcoin
- Cross Verify
- CheckPal

The records should include but are not limited to the following:

All Investor Records to include account statements, transaction records, trade agreements, trade confirmations, wire instructions, investor list and contact information.

All Business Records to include contractual agreements, invoices, cancelled checks, fee schedule, billing and payment information.

All Loan Records to include loan agreements, loan statement, payment information, interest accrual, and amortization schedule.

**All records shall be provided in electronic format preferably Comma Separated Values, Adobe Acrobat or equivalent.**

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. § 1746, I, the undersigned, hereby declare:

My name is _____ .
               (name of declarant)

I am over eighteen years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Grand Jury Subpoena for the Northern District of California, signed by Assistant U.S. Attorney Lloyd Farnham requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Federal Rule of Evidence 902(11) and Federal Rule of Evidence 803(6), I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ .

_____
(signature of declarant)

_____
(name of declarant)

_____
(name of business/firm)

_____
(business address)

_____

_____

EX3389-005

**U.S. Department of Justice**

United States Attorney
Northern District of California

February 7, 2020

**KRCPA, LLC**
**Attn: Custodian of Records**

**Re: Grand Jury Subpoena Investigation #2018R00368, (#126)**

Dear Sir/Madam:

You have received a grand jury subpoena <u>duces tecum</u> in connection with the above-numbered grand jury investigation. The subpoena has been issued in furtherance of that investigation.

This letter is written to advise you that disclosure of the subpoena and your response to it to any of your customers or any third parties may impede or obstruct the investigation. Therefore, we ask you not to disclose the existence of the subpoena or the nature of your response to it to any person not employed by you for the indefinite future.

If you have any questions about this request, please telephone me at

Very truly yours,

DAVID L. ANDERSON
United States Attorney

LLOYD FARNHAM
Assistant United States Attorney

Enclosures: Grand jury subpoena, cc SA Bryan Wong, IRS-CI

EX3389-006

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the
Northern District of California

### SUBPOENA TO TESTIFY BEFORE A GRAND JURY

TO: KRCPA, LLC
Attn: Custodian of Records

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: United States District Court | Date and Time: |
|---|---|
|  | February 27, 2020 at 9:30 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*: Please see Attachment A.

Voluntary compliance with this federal grand jury subpoena will be deemed satisfactory and no appearance will be necessary, if the information requested is sent to the agent or representative listed below on or before the date listed above.

Internal Revenue Service - Criminal Investigation
Attn: Special Agent Bryan Wong

Date: February 7, 2020



CLERK OF COURT

Susan Y. Soong
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:
This subpoena is issued on application of the United States of America

Lloyd Farnham, AUSA

DAVID L. ANDERSON
United States Attorney

USAO No. 2018R00368, (#126) / GJ 19-1

EX3389-007

AO 110 (Rev. 06/09) Subpoena to Testify Before Grand Jury (Page 2)

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

EX3389-008

## ATTACHMENT A

TO:   CUSTODIAN OF RECORDS
      KRCPA, LLC
      ███████████████

ALL OPEN AND CLOSED ACCOUNTS

For the period January 1, 2015 through Current

All records pertaining to the following individual and business entity whether held jointly or severally or as trustee or fiduciary as well as custodian, executor or guardian as well as any other entity in which the individual or entity may have a financial interest:

    Rowland Marcus Andrade
    Japheth Dillman
    Block Bits Capital, LLC
    National Aten Coin Foundation
    NAC Foundation, LLC
    NAC Payroll Services, Inc.
    Aten Coin
    AML Bitcoin
    Cross Verify
    CheckPal

The records should include but are not limited to the following:

All Investor Records to include account statements, transaction records, trade agreements, trade confirmations, wire instructions, investor list and contact information.

All Business Records to include contractual agreements, invoices, cancelled checks, fee schedule, billing and payment information.

All Loan Records to include loan agreements, loan statement, payment information, interest accrual, and amortization schedule.

**All records shall be provided in electronic format preferably Comma Separated Values, Adobe Acrobat or equivalent.**

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. § 1746, I, the undersigned, hereby declare:

My name is _____.
          (name of declarant)

I am over eighteen years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Grand Jury Subpoena for the Northern District of California, signed by Assistant U.S. Attorney Lloyd Farnham requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Federal Rule of Evidence 902(11) and Federal Rule of Evidence 803(6), I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.

_____
(signature of declarant)

_____
(name of declarant)

_____
(name of business/firm)

_____
(business address)

_____

_____

EX3389-010