# TRENDMAKER HOMES
# PURCHASE AGREEMENT

1. **The Parties.** This Purchase Agreement (this "**Agreement**") when accepted by Seller by management signature is the agreement made between Trendmaker Homes, Inc. ("**Seller**", "**Trendmaker**" or "**Trendmaker Homes**") and **Rowland and Solmaz Andrade** ("**Purchaser**", "**Buyer**" or "**you**"), by which Seller agrees to sell and Purchaser to buy the following lot and improvements (the "**Property**") provided herein:

Job Number: 213-0041

Legal Description: Lot: ▓   Block: ▓   Section: ▓

Subdivision. ▓

Section Name

Plan: F863   Elevation: T

Address: ▓

City of ▓ County,

Texas,   Zip Code ▓

2. **Purchase Price and Deposits.** The purchase price of the Property is: 740,142. Purchaser has deposited with the Seller the sum of **$ 7,401** as earnest money to be credited at Closing against the cash down payment. The remainder of the purchase price, except for required deposits for options, change orders or upgrade items ("**Deposits**"), which are to be reflected in written change orders ("**Change Orders**"), is due to Seller at Closing.

Page 1
Revision Date: January 15, 2018

Job Number: 213-0041

DocuSign Envelope ID: 785FBEBA-3C85-48D2-BCC1-3D1AAD770D19

[REDACTED]                                          _____ 3/19/19
                                                    New Home Advisor           Date

                                                    _____ 3/27/18
                                                    Trendmaker Homes, Inc. Management   Date

                                                    DocuSigned by:
                                                    *Chris Martinez*
                                                    Signature of Agent/Broker

                                                    CHRIS   MARTINEZ
                                                    Printed Name of Agent/Broker and MLS ID Name

                                                    Tijerina _____ Group
                                                    Company

                                                    [REDACTED]
                                                    Address

                                                    [REDACTED]
                                                    Telephone Numbers

                                                    [REDACTED]
                                                    Realtor E-Mail Address

                                                    **43. Additional Provisions:**
                                                    N/A
                                                    _____
                                                    _____
                                                    _____
                                                    _____

                                                    _____
                                                    Purchaser's Initials

                                                    _____
                                                    Purchaser's Initials

**42. PURCHASER HAS READ AND UNDERSTANDS THIS ENTIRE AGREEMENT, INCLUDING THE AGREEMENT FOR BINDING ARBITRATION AND THE LIMITED WARRANTY. PURCHASER ALSO REPRESENTS THAT NO VERBAL STATEMENT, PROMISE OR CONDITION NOT SPECIFICALLY SET FORTH IN THIS AGREEMENT IS BEING RELIED UPON BY PURCHASER.**

_____ 3-19-18
Purchaser          Date

_____ 3-19-18
Purchaser          Date

Page 10
Revision Date: January 15, 2018                     Job Number: 213-0041