1 | CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
2
3 | MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division
4
5 | CHRISTIAAN HIGHSMITH (CABN 296282)
DAVID WARD (CABN 239504)
Assistant United States Attorneys
6
7 | MATTHEW CHOU (CABN 325199)
Special Assistant United States Attorney
8
9 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
10 | Telephone: (415) 436-7200
FAX: (415) 436-7230
11 | christiaan.highsmith@usdoj.gov
david.ward@usdoj.gov
12 | matthew.chou2@usdoj.gov
13 | Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 20-CR-00249 RS |
|---|---|
| Plaintiff, | ) **NOTICE OF MANUAL FILING** |
| v. | ) **TRIAL EXHIBITS 581, 582, 1485-1495, 1516,** |
| ROWLAND MARCUS ANDRADE, | ) **1521, 1523** |
| Defendant. | ) |

NOTICE OF MANUAL FILING
20-CR-00249 RS

| | |
|---|---|
| 1 | This filing is in paper of physical form only, and is being maintained in the case file in the |
| 2 | Clerk's office. |
| 3 | If you are a participant on this case, this filing will be served in physical or hard copy shortly. |
| 4 | For information on retrieving this filing directly from the Court, please see the Court's main website |
| 5 | under Frequently Asked Questions. |

This filing was not efiled for the following reason(s):

- \_\_\_\_\_ Voluminous Document (.pdf file size larger than efiling system allows)
- \_\_\_\_\_ Unable to Scan Document
- \_\_\_\_\_ Physical Object (description)
- __XXXX__ Non-Graphical / Textual Computer File (audio, video, etc.) on CD or other media
- \_\_\_\_\_ Item under Seal
- \_\_\_\_\_ Conformance with the Judicial Conference Privacy Policy (General Order 53)
- \_\_\_\_\_ Other (description).

DATED: June 10, 2025                                Respectfully,

CRAIG H. MISSAKIAN
United States Attorney

_____/s/_____
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney