1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division
4
5  CHRISTIAAN HIGHSMITH (CABN 296282)
   DAVID WARD (CABN 239504)
   Assistant United States Attorneys
6
7  MATTHEW CHOU (CABN 325199)
   Special Assistant United States Attorney
8
          450 Golden Gate Avenue, Box 36055
9         San Francisco, California 94102-3495
          Telephone: (415) 436-7200
10        FAX: (415) 436-7230
          christiaan.highsmith@usdoj.gov
11        david.ward@usdoj.gov
          matthew.chou2@usdoj.gov
12
13 Attorneys for United States of America

14                   UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

17

18 | UNITED STATES OF AMERICA,          | ) CASE NO. 20-CR-00249 RS
19 |         Plaintiff,                 | ) **NOTICE OF MANUAL FILING**
20 |     v.                             | ) **TRIAL EXHIBITS 551, 1469, 1470**
21 | ROWLAND MARCUS ANDRADE,            | )
22 |         Defendant.                 | )

NOTICE OF MANUAL FILING
20-CR-00249 RS

1   This filing is in paper of physical form only, and is being maintained in the case file in the
2   Clerk's office.
3   If you are a participant on this case, this filing will be served in physical or hard copy shortly.
4   For information on retrieving this filing directly from the Court, please see the Court's main website
5   under Frequently Asked Questions.

7   This filing was not efiled for the following reason(s):
8   _____   Voluminous Document (.pdf file size larger than efiling system allows)
9   _____   Unable to Scan Document
10  _____   Physical Object (description)
11  _____   Non-Graphical / Textual Computer File (audio, video, etc.) on CD or other media
12  XXXX       Item under Seal
13  _____   Conformance with the Judicial Conference Privacy Policy (General Order 53)
14  _____   Other (description).

17  DATED: June 10, 2025            Respectfully,

18                                  CRAIG H. MISSAKIAN
                                    United States Attorney

20                                       /s/
                                    CHRISTIAAN H. HIGHSMITH
21                                  Assistant United States Attorney

NOTICE OF MANUAL FILING
20-CR-00249 RS                       2