1  MICHAEL J. SHEPARD (Bar No. 91281)
   *mshepard@kslaw.com*
2  **KING & SPALDING LLP**
   50 California Street, Suite 3300
3  San Francisco, California 94111
   Telephone:   +1 415 318 1200
4  Facsimile:   +1 415 318 1300

5  KERRIE C. DENT (Admitted *pro hac vice*)
   *kdent@kslaw.com*
6  **KING & SPALDING LLP**
   1700 Pennsylvania Avenue, NW, Suite 900
7  Washington, DC 20006-4707
   Telephone:   +1 202 626 2394
8  Facsimile:   +1 202 626 3737

9
   CINDY A. DIAMOND (SBN 124995)
10  *cindy@cadiamond.com*
   **ATTORNEY AT LAW**
11 58 West Portal Avenue, #350
   San Francisco, CA 94127
12 Telephone:   +1 408 981 6307

13 Attorneys for Defendant
   ROWLAND MARCUS ANDRADE
14

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 3:20-CR-00249-RS |
|---|---|
| Plaintiff, | **MOTION OF KERRIE C. DENT TO WITHDRAW AS COUNSEL FOR DEFENDANT ROWLAND MARCUS ANDRADE** |
| v. | |
| ROWLAND MARCUS ANDRADE, | Judge:   Hon. Richard Seeborg |
| Defendant. | |

Kerrie C. Dent brings this motion to withdraw as counsel for Defendant Rowland Marcus Andrade because she plans to retire from her position as Counsel at King & Spalding, LLC, effective today. In support of her motion to withdraw, Ms. Dent states the following:

1. Michael J. Shepard, a partner at King & Spalding, LLC, was appointed by the Court to represent Mr. Andrade, pursuant to the Criminal Justice Act, in approximately September 2021. He has been lead counsel on Mr. Andrade's case since that time.

2. Kerrie C. Dent, counsel in King & Spalding's Washington, D.C. office, and licensed to practice in the District of Columbia and the Commonwealth of Massachusetts, was admitted *pro hac vice* on November 1, 2022 (ECF #108). She has worked with Mr. Shepard on Mr. Andrade's case since that date.

3. Dainec P. Stefan, staff lawyer at King & Spalding, and licensed to practice in the State of New York, was admitted *pro hac vice* on November 18, 2024 (ECF #392). He has worked with Mr. Shepard on the case since that date.

4. Ms. Dent's withdrawal will not cause any prejudice to Defendant Andrade or cause any delay in this matter because Mr. Shepard and Mr. Stefan will remain as his counsel. In addition, CJA counsel Cindy A. Diamond continues to assist on this matter.

For the foregoing reasons, Ms. Dent respectfully requests that this Court waive oral argument on this Motion, grant her leave to withdraw as counsel in the above-captioned matter, and enter an order stating that she has withdrawn.

Dated: June 18, 2025                                   **KING & SPALDING LLP**


By: */s/ Kerrie C. Dent*
MICHAEL J. SHEPARD
KERRIE C. DENT

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

# [PROPOSED] ORDER

Kerrie Covell Dent, one of the King & Spalding attorneys for Defendant Rowland Marcus Andrade in the captioned matter, seeks to withdraw as counsel for defendant Rowland Marcus Andrade in the above-captioned matter pursuant to Northern District of California's Criminal Local Rule 44-2(b). As this Court finds that Ms. Dent has submitted sufficient grounds for withdrawal, and that the granting of her Motion will not cause substantial prejudice or delay to Rowland Marcus Andrade, IT IS HEREBY ORDERED that the Motion filed by Ms. Dent to withdraw as counsel for defendant Rowland Marcus Andrade is GRANTED.

Dated: June 20, 2025     By: _____
Hon. Richard Seeborg
Chief United States District Judge