# Exhibit 2
# To Be Filed Under seal