# United States v. Andrade

# Defendant's Sentencing Memorandum

# ATTACHMENT-5

**From:** 'Jack Abramoff'
**To:** Eli Zicherman
**Sent:** Monday, July 10, 2017 7:28 AM
**Subject:** RE: FW: Wire Information for Sugar Mountain Holdings, LLC

Thanks so much.

**From:** Eli Zicherman [mailto:
**Sent:** Sunday, July 9, 2017 10:55 PM
**To:** Jack Abramoff
**Subject:** Re: FW: Wire Information for Sugar Mountain Holdings, LLC

Will do

On Sun, Jul 9, 2017 at 10:00 PM Jack Abramoff wrote:

> Can you please wire $25K tomorrow to this account below? it's an investment, not a consulting fee. thanks.
>
> **From:** Neil M. Sunkin [mailto
> **Sent:** Sunday, July 9, 2017 9:33 PM
> **To:** Jack Abramoff
> **Subject:** Wire Information for Sugar Mountain Holdings, LLC
>
> **ROUTING NO:**
>
> **BANK NAME/ADDRESS:**    Comerica Bank
>                          5700 Canoga Ave.
>                          Woodland Hills, CA 91367
>
> **ACCOUNT NUMBER:**
>
> **CUSTOMER NAME:**    Sugar Mountain Holdings, LLC
>
> Neil
> LAW OFFICE OF NEIL M. SUNKIN
> A Professional Corporation
> 22908 Gershwin Drive
> Woodland Hills, CA 91364
> Phone:
> Email:
> Website:
>
> CONFIDENTIALITY NOTICE: