# United States v. Andrade

# Defendant's Sentencing Memorandum

# ATTACHMENT-7

**Transcript from 1D47  FBI-ELSUR-0003783.wav  Present:  Andrade, David Mata, and Christina Ponig (atty for Andrade).  Mata is wearing a hidden recording device. November 2018**

2:11:05

Marcus        Their coins have been issued.

Mata.         Ok.

Marcus:       And a lot of them are already sold.

Mata:         Ow Really.

Marcus:       Everybody who wanted to get out they were happy as hell. Let me tell you why.

              Because they came in at some at two cents, some at five cents, some at ten cents.

              Okay, I mean, they dumped it.

2:11:30

Mata:         So they're the ones selling on IDAC, they're done.

Marcus:       They're done. They're done.

2:11:30

Mata:         I'm not gonna lie, I sold a mess at $2.50.

Marcus:       You sold a mess at $2.50?

Mata:         Yeah, I'm not going to lie, on HitBTC.

Mata:         I didn't say that. haha

2:11:43

Marcus:       It was the HitBTC. We're over here thinking it's some arbitration bot? He said "I

              sold at 250."

2:11:52

Mata:         Who do you think designed our arbitration bot?

1

Marcus:      Oh my God see.

Marcus:      You're the one that ate it up, right, that's insane.

2:12:03

Mata:        No, no, I have buoyed it up. I've been holding it at 40 cents for a while.

Marcus:      You didn't tell me that.

2:12:12

Mata:        Yeah, because if you had known about that, there would be issues.

Marcus:      Exactly

Mata:        I'm a complete third party, up until at least this point.

Christina:   Yep, yeah

Marcus:      I, because remember, I put a digital currency in circulation. Circulation, um, I'm

             not supposed to be involved in any market making, or yeah, but anybody else who

             has coins here and there, they can do it all they want.

Mata:        Remember, we never came to an agreement of market making.

Marcus:      We never did.

2:12:42

Mata:        In fact, we came to a lot of arguments ah,

Marcus:      Oh, my god. So.

2:12:47

Mata:        But that was me saying, yeah, I can do this, because it was absolutely just terrible,

             because I would, if I had about two, three hours free, I would sit there and I would

             sell it 45 cents, buy back in at 39 to 40 cents and just keep running that cycle, and

Ponig:       Ha

2

Mata:         Then I've just been, uh, just accumulating

Poing:        Right

Mata:         I mean, in one deal I turned half a bitcoin into three.

Christina:    Wow

Mata:         I'm like all right, cool

Ponig:        Yeah

Mata:         I'm like alright cool, yeah.

2:13:18

Mata:         So I mean, are you surprised?

Marcus:       I'm not surprised when it comes to you

Mata:         I don't know. I was wondering how, you were looking at your phone.

2:13:25

3