# United States v. Andrade

# Defendant's Reply to Government's Sentencing Memorandum

# ATTACHMENT-3

FD-1057 (Rev. 5-8-10)

**UNCLASSIFIED**

# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

**Title:** (U) Request case be closed               **Date:** 05/29/2015

**From:** HOUSTON
          HO-CCRA
    **Contact:** Daniel K. Smith, ███████

**Approved By:** SSRA Gregory R. Brown

**Drafted By:** Daniel K. Smith

**Case ID #:** 318B-HO-2814378   (U) Rowland Marcus Andrade, dba
                                 Biogreen International Inc.,
                                 Global Algae Royalties Inc.;
                                 High Yield Investment Fraud

**Synopsis:** (U) Request case be closed

**Full Investigation Initiated:** 04/15/2013

**Details:**

On 05/28/2015, SA Smith spoke to AUSA Robert Thorpe who confirmed that he declined prosecution on captioned case. On 05/28/2015, SA Smith spoke to Texas State Securities Board (TSSB) Attorney and Investigator Angela Cole who advised she would not be pursuing state prosecution of captioned case. Cole advised that she had initiated a new investigation of Rowland Marcus Andrade related to a scheme involving virtual currency. Several of the victims in the new investigation are in the United States, unlike the majority of the victims in captioned case being in Canada. The victims from captioned case could be included in some manner in the new case but that will be decided at a later date. Cole will retain many of the records gathered in captioned investigation with the knowledge and authorization of AUSA Thorpe. There are no outstanding leads and no 1B evidence.

**UNCLASSIFIED**

**UNCLASSIFIED**

Title:  (U) Request case be closed
Re:    318B-HO-2814378, 05/29/2015

♦♦

**UNCLASSIFIED**

2