# United States v. Andrade

# Defendant's Reply to Government's Sentencing Memorandum

# ATTACHMENT-4

## INV. #4917, BIOGREEN INTERNATIONAL INC.

| BANK | ACCOUNT NAME | SIGNORS | ACCT# | OPEN DATE | ORIGINAL COPIES DATES | RECORDS ENTERED THRU DATE | ENDING BALANCE | SUBPOENA REQ BY | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| FIRST NATIONAL BANK | BIOGREEN INTERNATIONAL INCORPORATED | BENITO A. GARZA | 8887 | 02/23/2009 | 2/23/09 - 8/31/09 | 2/23/09 - 8/31/09 | $ - | FBI | (6/25/09 NEW SIG CARD - RENAMING ACCT FROM "GLOBAL ALGAE |
| FIRST NATIONAL BANK | BIOGREEN INTERNATIONAL INCORPORATED - RENTAL ACCOUNT | BENITO A. GARZA | 8992 | 04/14/2009 | 04/14/09 - 08/31/09 | 04/14/09 - 08/31/09 | $ - | FBI | (6/25/09 NEW SIG CARD - RENAMING ACCT FROM "GLOBAL ALGAE ROYALTIES INCORPORATED, RENTAL ACCOUNT) |
| FIRST NATIONAL BANK | BIOGREEN INTERNATIONAL INCORPORATED - PAYROLL ACCOUNT | BENITO A. GARZA | 9018 | 04/14/2009 | 4/14/09 - 08/31/09 | 4/14/09 - 08/31/09 | $ - | FBI | (6/25/09 NEW SIG CARD - RENAMING ACCT FROM "GLOBAL ALGAE ROYALTIES INCORPORATED, PAYROLL ACCOUNT) |
| FIRST NATIONAL BANK | BIOGREEN INTERNATIONAL INCORPORATED, LLP #3 | BENITO A. GARZA | 050 | 05/21/2009 | 05/29/09 - 08/31/09 | 05/29/09 - 08/31/09 | $ - | FBI | (6/25/09 NEW SIG CARD - RENAMING ACCT FROM "GLOBAL ALGAE ROYALTIES INCORPORATED, LLP #3) |
| FIRST NATIONAL BANK | BIOGREEN INTERNATIONAL INCORPORATED, LLP #2 | BENITO A. GARZA | 9212 | 06/25/2009 | 05/29/09 - 08/31/09 | 05/29/09 - 08/31/09 | $ - | FBI | NO SIGNIFICANT ACTIVITY - TRANSFER TO LLP 3 (?) |
| BVAA COMPASS BANK | BIOGREEN INTERNATIONAL, INC. | ROWLAND M. ANDRADE (BENITO GARZA REMOVED) | 8450 | 09/16/2009 | 9/16/09 - 2/26/10 | 9/16/09 - 2/26/10 | $ - | FBI | |
| BVAA COMPASS BANK | BIOGREEN MANAGEMENT, INC. | ROWLAND M. ANDRADE | 8442 | 09/17/2009 | 9/17/09 - 8/6/10 | 9/17/09 - 8/6/10 | $ - | FBI | CHARGED OFF ON 8/6/10 (-$416.28) |
| BVAA COMPASS BANK | ROWLAND MARCUS ANDRADE | ROWLAND M. ANDRADE | 209 | 09/30/2009 | 9/30/09 - 4/27/10 | 9/30/09 - 4/27/10 | $ - | FBI | |
| BVAA COMPASS BANK | BIOGREEN INTERNATIONAL, INC. | ROWLAND M. ANDRADE | 7810 | 12/18/2009 | 12/18/09 - 6/30/09 | 12/18/09 - 6/30/09 | $ - | FBI | |
| BVAA COMPASS BANK | ANDRADE INVESTMENT GROUP, LLC D/B/A NO BURN OF SOUTH TEXAS | ROWLAND M. ANDRADE | 7934 | 03/01/2010 | 3/1/10 - 9/30/10 | 3/1/10 - 9/30/10 | $ - | FBI | |
| BVAA COMPASS BANK | ROWLAND MARCUS ANDRADE | ROWLAND M. ANDRADE | 0924 | 03/03/2010 | 03/03/10 - 10/19/10 | 03/03/10 - 10/19/10 | $ - | FBI | CHARGED OFF ON 9/20/10 (-$143.53) |

12/18/2020

1 of 2

INV. #4917, BIOGREEN INTERNATIONAL INC.

| BANK | ACCOUNT NAME | SIGNORS | ACCT# | OPEN DATE | ORIGINAL COPIES DATES | RECORDS ENTERED THRU DATE | ENDING BALANCE | SUBPOENA REQ BY | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| **New Accounts** | | | | | | | | | |
| FIRST NATIONAL BANK | THE GARZA LAW FIRM | BENITO A. GARZA | ▇1092 | | | | | | |
| 1ST COMMUNITY BANK | LOAN ACCOUNT | | ▇3509 | | | | | | PAID OUT OF FNB #8887 (2 PYMTS OF $400/EACH) |
| WELLS FARGO BANK | | BENITO A. GARZA | ▇0014 | | | | | | |
| BVAA COMPASS BANK | | BENITO A. GARZA | ▇ | | | | | | |
| FIRST NATIONAL BANK | LOAN ACCOUNT | BENITO A. GARZA | 1▇958 | | | | | | B.GARZA REC'D CK FROM FNB FOR LOAN PROCEEDS (7/31/09) |
| NCE CREDIT UNION | BIOGREEN INTERNATIONAL, INC. | | ▇6705 | | | | | | CK TO BIOGREEN INT'L - WRITTEN FROM ACCT 7810 |
| NAVY ARMY FCU | BENITO A. GARZA | | ▇10 | | | | | | CK FROM CB #8450 TO BG FOR $534.50. DOESN'T APPEAR ON CB STATEMENTS?? |
| COMPASS BANK | RACHAEL MEDINA | | ▇144 | | | | | | |

12/18/2020

2 of 2