# United States v. Andrade

# Defendant's Reply to Government's Sentencing Memorandum

# ATTACHMENT-6

| | |
|---|---|
| **From:** | Japheth Dillman |
| **Sent:** | Friday, December 21, 2018 9:36 AM PST |
| **To:** | David Mata |
| **CC:** | Ben Boyer; |
| **Subject:** | Re: KYC / AML |

Yes, he called me too. From what I gather, Marcus is attempting to position the potential misstatements onto the shoulders of Block Bits, or even find a way to cancel the original transaction (by perhaps finding fault in the AML compliance). This guy Christopher is a lawyer he's retained to attempt to do just that.

The thing is, he has no idea I'm purchasing all the coins from folks I know, and I'm going to personally take up a lawsuit against him for having mislead myself. And he **won't** be dissuading me to do otherwise. Don't forget, the original way Dave & I met Marcus was by investing into the tokens ourselves. My suggestion is keep clear of this guy.

Sent from my iPhone

On Dec 21, 2018, at 9:23 AM, David Mata <dave@blockbits.capital> wrote:

> It was at the request of the NAC foundation. I assume it was someone named Chris.
>
> David Mata
>
> Managing Director and Co-Founder
>
> Block Bits Capital
>
> 
>
> 
>
> On Fri, Dec 21, 2018, 9:09 AM Ben Boyer ▬▬▬▬▬▬▬▬▬ wrote:
>> Japheth and David,
>> I just received a call from someone claiming to be from the NAC asking for reverification of my KYC / AML information. They indicated this was at the request of David Mata. I have no idea what this is regarding but I did not provide any of the information he requested nor will I do so without the following: 1) proof he is who he says he is; 2) that this is needed for my transaction with Japheth; 3) confirmation that my legal team is ok with having me do so.
>>
>> Please provide us with an explanation as to what this is regarding.
>>
>> -Ben
>>
>> Ben Boyer
>> Managing Director

Case 3:20-cr-00249-RS    Document 716-6    Filed 07/25/25    Page 3 of 3



Tenaya Capital
CA

**CONFIDENTIAL**                                                                                                                       BOYER0002033