# Exhibit 1 to Declaration of FBI Forensic Accountant Theresa Chiu

# (Lodged Under Seal With the Clerk's Office)