1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division
4
5  CHRISTIAAN HIGHSMITH (CABN 296282)
   DAVID WARD (CABN 239504)
   Assistant United States Attorneys
6
7       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
8       Telephone: (415) 436-7200
        FAX: (415) 436-7230
9       christiaan.highsmith@usdoj.gov
        david.ward@usdoj.gov
10
11 Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 20-CR-00249 RS |
| Plaintiff, | MOTION TO SEAL EXHIBIT 1 [ECF NO. 732-2] & EXHIBIT 2 [ECF NO. 732-3] TO DECLARATION OF FBI FORENSIC ACCOUNTANT THERESA CHIU IN SUPPORT OF UNITED STATES' PROPOSED FORFEITURE & RESTITUTION ORDERS [ECF NO. 732-1] AND [PROPOSED] SEALING ORDER |
| v. | |
| ROWLAND MARCUS ANDRADE, | |
| Defendant. | |

The United States, by and through its counsel, moves this Court for an order sealing Exhibit 1 (ECF No. 732-2) and Exhibit 2 (ECF No. 732-3) to the Declaration (ECF No. 732-1) of FBI Forensic Accountant Theresa Chiu in Support of the United States' Proposed Forfeiture and Restitution Orders. Exhibits 1 and 2 contain voluminous personal identifiable information ("PII") for victims of the crimes involved in this case, and such PII cannot reasonably be redacted.

Accordingly, the United States requests that the Court seal these two exhibits, which the United States shall lodge with the Clerk of the Court via USB thumb drive

DATED: September 8, 2025           Respectfully,

                                   CRAIG H. MISSAKIAN
                                   United States Attorney

                                   _____/s/_____
                                   CHRISTIAAN H. HIGHSMITH
                                   Assistant United States Attorney

## **[PROPOSED] ORDER**

Upon the motion of the United States, and good cause having been shown, IT IS HEREBY ORDERED that the United States shall file Exhibit 1 (ECF No. 732-2) and Exhibit 2 (ECF No. 732-3) to the Declaration (ECF No. 732-1) of FBI Forensic Accountant Theresa Chiu in Support of the United States' Proposed Forfeiture and Restitution Orders under seal by lodging copies of said exhibits with the Clerk of Court.

IT IS SO ORDERED.

DATED: _____           _____
                                          HON. RICHARD SEEBORG
                                          Chief United States District Judge