# EXHIBIT 1

Account number: ▉▉▉▉▉ · September 1, 2018 - September 30, 2018 · Page 3 of 6


WELLS FARGO

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 9/24 | | WT Fed#0 Jpmorgan Chase Ban /Org=▉ Family Trust 18/09/24 | | 150,000.00 | |

Account number: ▮▮▮▮   • October 1, 2018 - October 31, 2018   • Page 5 of 8


WELLS FARGO

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 10/19 | | WT Fed#04418 Jpmorgan Chase Ban /Org=Aharonoff Family Trust Vardit Srf# 5135000292Es Trn#181019116336 Rfb# Boh of 18/10/19 | 50,000.00 | | |

Account number: **5024549155** • December 1, 2018 - December 31, 2018 • Page 2 of 10



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/3 | | ███████████ | | ███ | |
| | | | | | |
| 12/4 | | WT Fed#04459 Jpmorgan Chase Ban /Org=Aharonoff Family Trust Vardit Srf# 4444900338Es Trn#181204063837 Rfb# Boh of 18/12/04 | 50,000.00 | | |

USAO 0052966

IRS-GJ-0055858