# EXHIBIT 2



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 01, 2018 through March 30, 2018

Account Number: ████████ **7620**

00027023 DRE 703 210 09018 NNNNNNNNNNN  1 000000000 60 0000

DAVID SALMON & ASSOCIATES, INC.
IOLTA TRUST ACCOUNT
████████████████

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## We updated our Deposit Account Agreement

The following changes were made March 11, 2018:

We published an updated version of our Deposit Account Agreement. You can get the latest agreement at a branch or by request when you call us. Here's what you should know:

- We clarified that if the amount written on your deposit ticket is different from the total deposit you present, we can adjust your account for the difference. (General Account Terms, Section A, Deposit records and receipts)

- You can now request a stop payment on a check through the Chase Mobile ® app. You can also still do this on chase.com, over the phone or in a branch. (General Account Terms, Section B, Stop payments)

- We're starting to use a new payment network that allows businesses to send you real-time payments when you provide your account and routing numbers. When you accept a real-time payment, you confirm that you're not acting on the behalf of someone who is not a U.S. citizen or resident. (General Account Terms, Section I, Rules governing your account)

- We updated the language to clarify how to place a stop payment on electronic funds transfers. (Electronic Funds Transfer Service Terms, Section G, Preauthorized (recurring) transfers and stop payments)

Please call us at the number on this statement if you have any questions.

## CHECKING SUMMARY | IOLTA Account

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$431,215.64** |
| Deposits and Additions | 3 | 1,012.35 |
| Electronic Withdrawals | 6 | -203,910.11 |
| Other Withdrawals | 1 | -212.35 |
| **Ending Balance** | **10** | **$228,105.53** |
| | | |
| Interest Paid This Period | | $212.35 |
| Interest Paid Year-to-Date | | $1,233.03 |



March 01, 2018 through March 30, 2018

Account Number: ███████ 7620

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| ██ | ████████████ | ████ |
| ██ | ████████████ | ████ |
| ██ | ████████ | ████ |
| **Total Deposits and Additions** | | **$1,012.35** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/01 | 03/01 Online International Wire Transfer A/C: ████████ -Seoul Seoul Korea Rep. South ████ Ref: Nac Foundation Refund Taxidunavailable/Nac Foundation Refund/Bnf/Credi T Kim M ████████ ████ | $636.25 |
| 03/01 | 03/01 Online Domestic Wire Transfer Via: ████████ A/C: ████████ New York NY ████ US Ref: Nac Foundation Refund/Bnf/Credit K ████ W ████ Imad: ████ | 517.00 |
| 03/06 | 03/06 Online Domestic Wire Transfer ████████ New York NY ████ US Ref:/Bnf/Credit Anthony M ████ nac Foundation Refund ████ | 300.00 |
| 03/09 | 03/09 Online Domestic Wire Transfer ████████ New York NY 10005 US Ref:/Bnf/Credit To Anthony M ████ Credit To Anthony M ████████ Trn: 5502200068Es | 300.00 |
| 03/16 | 03/16 Online International Wire Transfer ████████ Seoul Korea Rep. South ████ Ref: Credit S ███ H ███ Han Taxidunavailable, ████ /Nac Foundation, LLC Refund/Bnf/Credit S ███ F ███ Ha N (....1443) | 2,156.86 |
| ██ | ████████████ | ████ |
| **Total Electronic Withdrawals** | | **$203,910.11** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/30 | Trust Interest Transfer | $212.35 |
| **Total Other Withdrawals** | | **$212.35** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 03/01 | $430,062.39 |
| 03/02 | 430,562.39 |
| 03/06 | 430,562.39 |
| 03/09 | 430,262.39 |
| 03/16 | 428,105.53 |
| 03/22 | 228,105.53 |
| 03/30 | 228,105.53 |



March 01, 2018 through March 30, 2018

Account Number:  ████████ 7620

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**  Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**





March 01, 2018 through March 30, 2018

Account Number: ███████ **7620**

This Page Intentionally Left Blank