UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRANSCRIPT DESIGNATION FORM

For appeals to the Ninth Circuit United States Court of Appeals; do not use for appeals to the Federal Circuit.

| | | | |
|---|---|---|---|
| 9th Cir. Court of Appeals Case No: | 25-5095 | Attorney or Pro Se Party Name: | Darlene Bagley Comstedt |
| Short Case Title: | United States v. Rowland Marcus Andrade | Telephone: | 415-840-7365 |
| Notice of Appeal Date & District Court Docket No: | 08/12/25; Dkt. 724 | Address: | 2358 Market Street, San Francisco, CA 94114 |
| District Court Case No(s): | 20-cr-00249-RS | Email: | darlene@comstedtlaw.com |

INSTRUCTIONS FOR COMPLETING THIS FORM

For information about designating transcripts for an appeal before the Ninth Circuit Court of Appeals, refer to the Federal Rules of Appellate Procedure, the Ninth Circuit's Local Rules and the instructions below. If you have further questions, contact the Court Reporter Supervisor in the court division in which your case was filed (cand.uscourts.gov/courtreportercontact).

1. Designate transcripts. Open and read the Minutes document for each proceeding via the links on the ECF docket. To designate a particular proceeding's transcript as part of the record on appeal, enter in the table below: the hearing date, court reporter's name, hearing type and, if you are designating transcripts in multiple case numbers, the case number for this proceeding. One line per proceeding/transcript. If you need more space, complete and attach a second copy of this form. If you are not designating transcripts, proceed to item #4.

2. Identify transcripts already ordered. REVIEW the ECF docket sheet to determine which, if any, of the transcripts you have designated, are already e-filed. In the right column of the table, CHECK "yes" and enter the docket number of each designated, e-filed transcript OR "no" for each designated transcript that needs to be ordered. If all transcripts are e-filed, proceed to item #4.

3. Order transcripts. For any remaining designated transcripts that have not been e-filed, COMPLETE, separately for each court reporter, a CAND 435 Transcript Order (CJA counsel should instead complete AUTH24 forms and submit them to the CJA Unit). E-FILE each CAND 435 Transcript Order in the U.S. District Court case. In CJA Cases, the CJA Unit will E-FILE the request.

**IMPORTANT:** Transcripts are not considered "ordered" until you have (1) EITHER e-filed a CAND 435 Transcript Order for each court reporter AND (2) made payment arrangements. Unless payment is by the U.S. government, payment arrangements may be deemed made on the date the court reporter receives your deposit check. Therefore, you should contact the court reporter immediately upon e-filing your CAND 435 Transcript Order to make payment arrangements. Please allow at least one week for making payment arrangements.

**IN CJA CASES:** You must submit an AUTH 24 form through the eVoucher system for each court reporter. Payment will be made through the eVoucher system. CJA Counsel should not pay the court reporter directly. Please allow at least one week for processing your AUTH24 form to meet your Court of Appeals deadline for ordering transcripts.

| HEARING DATE | COURT REPORTER | HEARING TYPE | CASE NO. | TRANSCRIPT E-FILED? ECF DKT #? |
|---|---|---|---|---|
| 01/05/21 | Ana Dub | Status | 20-cr-00249 | ☐ Yes; Dkt # <br> ☑ No; I have ordered or will order it. |
| 07/13/21 | Ana Dub | Status | " | ☐ Yes; Dkt # <br> ☑ No; I have ordered or will order it. |
| 7/20/21 | Ruth Levine Ekhaus | Status | " | ☐ Yes; Dkt # <br> ☑ No; I have ordered or will order it. |
| 10/12/21 | Belle Ball | Status | " | ☐ Yes; Dkt # <br> ☑ No; I have ordered or will order it. |
| 12/14/21 | Ruth Levine Ekhaus | Status | " | ☐ Yes; Dkt # <br> ☑ No; I have ordered or will order it. |
| 3/8/22 | Gina Colin | Status | " | ☑ Yes; Dkt # 89 <br> ☐ No; I have ordered or will order it. |

If you are submitting multiple pages, please complete the blanks at right: Page __1__ of __4__.

4. Certify and sign. Check ONE of the following and SIGN at the bottom.

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

☐ All designated transcripts are already e-filed in the U.S. District Court case(s) at the docket numbers indicated above.

☐ As retained counsel (or litigant proceeding in pro per), I am ordering herewith by e-filing a CAND 435 Transcript Order Form the designated transcripts indicated above and I guarantee payment to the court reporter of the cost thereof.

☑ As appointed or Government counsel, I certify that I have ☑ submitted a CJA AUTH24 form in eVoucher or ☐ e-filed a CAND 435 Transcript Order Form and that payment arrangements have been made or will be made today authorizing preparation of the transcript at the expense of the United States. I agree to recommend payment for work done prior to cancellation of this order.

By signing below, I certify that I will order and make payment arrangements today for all transcripts designated on this form not already e-filed.

/s/ Darlene Bagley Comstedt
_____
Signature of Attorney or Pro Se Party

## Additional Reporter's Transcripts
## 20-cr-00249-RS

| Date | Hearing | Reporter | Filed (Y/N) [If yes, Dkt. No.] |
|---|---|---|---|
| 05/31/22 | Status | Joan Columbini | Y – Dkt. 96 |
| 08/30/22 | Status | Ana Dub | Y – Dkt. 104 |
| 11/08/22 | ID of Counsel | Ana Dub | Y – Dkt. 204, 205 (*205 – sealed*) |
| 11/15/22 | Status | Ana Dub | N – have ordered |
| 12/22/22 | Motion Hrg. | Diane Skillman | Y – Dkt. 146 |
| 02/09/23 | Discovery Hrg. | Diane Skillman | Y – Dkt. 147 |
| 03/01/23 | Status | Ruth Levine Ekhaus | N – have ordered |
| 04/06/23 | Discovery Hrg. | Peggy Schuerger (AdHoc Reporting) | Y – Dkt. 167 |
| 06/06/23 | Status | Ruth Levine Ekhaus | Y – Dkt. 188 |
| 07/13/23 | Motion Hrg. | [Digital] | N – have ordered |
| 11/02/23 | Discovery Hrg. | [Digital] | N – have ordered |
| 11/14/23 | Status | Scott Coniam | Y – Dkt. 255 |
| 12/14/23 | Discovery Hrg. | [Digital] | Y – Dkt. 258 |
| 03/07/24 | Motion Hrg. | Tara Jauregui (Echo Reporting) | Y – Dkt. 290 |
| 03/19/24 | Status | Marla Knox | N – have ordered |
| 04/30/24 | Status | Kelly Shainline | Y – Dkt. 307 |

| Date | Hearing | Court Reporter | Filed (Y/N) [If yes, Dkt. No.] |
|---|---|---|---|
| 05/09/24 | Motion Hrg. | [Digital] | N – have ordered |
| 08/01/24 | Motion Hrg. | [Digital] | N – have ordered |
| 08/07/24 | Status | Marla Knox | Y – Dkt. 336 |
| 09/12/24 | Motion Hrg. | [Digital] | N – have ordered |
| 10/10/24 | Motion Hrg. | Andrea Bluedorn | Y – Dkt. 377 (*sealed*) |
| 12/12/24 | Motion Hrg. | [Digital] | Y – Dkt. 430 |
| 01/22/25 | Pretrial Conference | Marla Knox | Y – Dkt. 532 |
| 02/06/25 | Status – re Excusals | [Zoom Recording] | N – have ordered |
| 02/10/25 | Jury Trial – Jury Selection | Stephen Franklin | Y – Dkt. 566 |
| 02/11/25 | Jury Trial | Stephen Franklin | Y – Dkt. 567 |
| 02/12/25 | Jury Trial | Stephen Franklin | Y – Dkt. 568 |
| 02/13/25 | Jury Trial | Stephen Franklin | Y – Dkt. 569 |
| 02/14/25 | Jury Trial | Stephen Franklin | Y – Dkt. 570 |
| 02/18/25 | Jury Trial | Ana Dub | Y – Dkt. 637 |
| 02/19/25 | Jury Trial | Ana Dub | Y – Dkt. 621 |
| 02/20/25 | Jury Trial | Ana Dub | Y – Dkt. 622 |
| 02/21/25 | Jury Trial | Ana Dub | Y – Dkt. 623 |
| 02/24/25 | Jury Trial | Ana Dub | Y – Dkt. 624 |

| Date | Hearing | Court Reporter | Filed? [Y/N] [If yes, Dkt. No.] |
|---|---|---|---|
| 02/25/25 | Jury Trial | Ana Dub | Y – Dkt. 625 |
| 02/26/25 | Jury Trial | Ana Dub | Y – Dkt. 626 |
| 02/27/25 | Jury Trial | Ana Dub | Y – Dkt. 627 |
| 02/28/25 | Jury Trial | Ana Dub | Y – Dkt. 628 |
| 03/03/25 | Jury Trial | Ana Dub | Y – Dkt. 629 |
| 03/04/25 | Jury Trial | Ana Dub | Y – Dkt. 630 |
| 03/05/25 | Jury Trial | Ana Dub | Y – Dkt. 631 |
| 03/10/25 | Jury Trial | Ana Dub | Y – Dkt. 632 |
| 03/11/25 | Jury Trial | Ana Dub | Y – Dkt. 633 |
| 03/12/25 | Jury Trial | Ana Dub | Y – Dkt. 634 |
| 06/24/25 | Motion Hrg. | Stephen Franklin | Y – Dkt. 718 |
| 07/10/25 | Attorney Appt. Hrg. | [Digital] | Y – Dkt. 722 (*sealed*) |
| 07/29/25 | Sentencing | Andrea Bluedorn | N – have ordered |
| 09/16/25 | Restitution/Forfeiture | Ana Dub | N – have ordered |