PAY TO Landfair
Capital Consulting

FOR

TOTAL
THIS CHECK        35,000 00
OTHER TRANS -/-
BALANCE

---

1008

DATE 10-18-17

PAY TO Aware Inc

FOR Invoice dated 10-17-17

TOTAL
THIS CHECK        6774 30
OTHER TRANS -/-
BALANCE