1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  KAREN BEAUSEY (CABN 155258)
   Assistant United States Attorney
5
        450 Golden Gate Ave., Box 36055
6       San Francisco, California 94102
        Telephone: 415-436-6598
7       Fax: 415-436-7234
        Email: Karen.Beausey@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES OF AMERICA

11                 NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,          )  Case No. 20-CR-00249 RS
                                       )
14        Plaintiff,                   )  **APPLICATION OF THE UNITED STATES FOR**
                                       )  **ORDER ISSUING FORFEITURE MONEY**
15     v.                              )  **JUDGMENT**
                                       )
16  ROWLAND MARCUS ANDRADE,            )
                                       )
17        Defendant.                   )
                                       )
18  _____

19        The United States of America, through the undersigned Assistant United States Attorney,

20  respectfully submits this Application of the United States for an Order Issuing a Forfeiture Money

21  Judgment. The defendant was sentenced over two days, commencing on July 29, 2025 and finalizing on

22  September 16, 2025.   This application seeks the attached proposed order issuing the Forfeiture Money

23  Judgment.

24                              **BACKGROUND**

25        On June 22, 2020, defendant Rowland Marcus Andrade, was charged by an Indictment with

26  violations of Title 18, United States Code, Section 1343 (Wire Fraud), Title 18, United States Code,

27  Section 2 (Aiding and Abetting), Title 18, United States Code, Section 1956(a)(1) (Money Laundering).

28  The Indictment sought criminal forfeiture pursuant to Title 18, United States Code, Sections

1  981(a)(1)(C), Title 28, United States Code, Sections 2461(c), and the procedures outlined in Rule 32.2

2  of the Federal Rules of Criminal Procedure.  Dkt. 1.

3    On March 12, 2025, the jury returned guilty verdicts against Rowland Marcus Andrade, finding

4  him guilty of Counts 1 and 2 charged in the Indictment.  Dkt 615. On July 23, 2025, the United States

5  filed a Motion for Forfeiture Money Judgment setting forth the factual and statutory basis for imposition

6  of a forfeiture money judgement based upon the offenses of conviction.  *See* Dkt. 711.   On September

7  16, 2025, following a hearing focused on calculation of the amount of restitution and the amount of

8  forfeiture, the Court issued an Order Granting in Part Request for Forfeiture and Restitution. Dkt. 740.

9  The Court ordered "[t]he government's request for a forfeiture money judgment is granted in the amount

10  of $8,374,609. *See* 18 U.S.C. § 981(a)(1)(C), 1956(c)(7), 1961(1); 28 U.S.C. § 2461(c); 21 U.S.C. §

11  853(p).")  *Id*.

12    To meet the requirements of F.R.C.P. 32(b)(2)(A), the accompanying proposed order is sought

13  which issues the Forfeiture Money Judgment and allows the government to seek satisfaction of the

14  judgment from the defendant. Accordingly, the government respectfully requests the Court issue the

15  accompanying Forfeiture Money Judgment order in the amount of $8,374,609 against the defendant.

16  **BASIS FOR ISSUING A FORFEITURE MONEY JUDGMENT**

17    Rule 32.2 of the Federal Rules of Criminal Procedure addresses criminal forfeiture procedure.

18  Rule 32.2(b)(1)(A) provides that as soon as practicable after entering a guilty verdict or accepting a plea

19  of guilty or nolo contendere on any count in an indictment or information with regard to which criminal

20  forfeiture is sought, a court shall determine what property is subject to forfeiture under the applicable

21  statute.  If the government seeks a personal forfeiture money judgment against the defendant, the court

22  shall determine the amount of money that the defendant will be ordered to pay.

23    Rule 32.2(b)(1)(B) provides that a court's determination may be based on evidence already in the

24  record.

25    Rule 32.2(b)(2) states that if a court finds that specific property is subject to forfeiture, it shall

26  enter an order of forfeiture (deemed a preliminary order) that provides for an ancillary hearing to

27  evaluate any claim by a third party to interest in the specific property.  However, if the forfeiture

28

1    consists only of a money judgment – as here – no ancillary proceeding regarding third party rights is

2    required, and thus only an order issuing the forfeiture money judgment is required.  Rule 32(c)(1), (2).

3          Rule 32.2(b)(3) provides that the entry of the order authorizes the government to conduct any

4    discovery a court considers proper in identifying, locating, or disposing of the property.

5          Based on the defendant's convictions of violations, the evidence in the record, and the arguments

6    of counsel presented over two days of hearings, the Court determined that the requisite nexus had been

7    established between the Forfeiture Money Judgment and the offenses of conviction, and issued the

8    Order Granting in Part Request for Forfeiture and Restitution.  Accordingly, the Forfeiture Money

9    Judgment may and should be issued pursuant to Title 18, United States Code, Sections 981(a)(1)(C),

10   Title 28, United States Code, Section 2461(c), and the procedures outlined in Rule 32.2 of the Federal

11   Rules of Criminal Procedure.

12   **REQUEST FOR ORDER OF FORFEITURE**

13         WHEREFORE, the United States respectfully requests that this Court issues the proposed Order

14   issuing a Forfeiture Money Judgment which provides the following:

15       a.  Issuance of a Forfeiture Money Judgment against the defendant in the amount of $8,374,609;

16       b.  authorizes the government to conduct discovery in order to identify, locate, or dispose of

17           property to satisfy the Forfeiture Money Judgment, in accordance with Rule 32.2(b)(3) of the

18           Federal Rules of Criminal Procedure; and

19       c.  orders that the Court retains jurisdiction to enforce the Order of Forfeiture, and to amend it as

20           necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

21

22   Dated: September 24, 2025                Respectfully submitted,

23                                       CRAIG H. MISSAKIAN

24                                       United States Attorney

25

26                                         KAREN BEAUSEY

27                                       Assistant United States Attorney

28

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee in the Office of the United States

Attorney for the Northern District of California and is a person of such age and discretion to be

competent to serve papers.  The undersigned further certifies that she caused a copy of the following

documents:

- **APPLICATION OF THE UNITED STATES FOR ORDER ISSUING FORFEITURE MONEY JUDGMENT**

- **[PROPOSED] ORDER ISSUING FORFEITURE MONEY JUDGMENT**

to be served this date by CM/ECF Electronic Case Filing Notification upon the person below at the

place and address which is the last known address:

| | |
|---|---|
| Michael J. Shepard<br>50 California Street, Suite 330<br>San Francisco, CA 94111<br>Attorney for Rowland Marcus Andrade | Cindy A. Diamond<br>58 West Portal Avenue, #350<br>San Francisco, CA 94127<br>Attorney for Rowland Marcus Andrade |
| Dainec Stefan<br>King & Spalding, LLP<br>1185 6th Avenue, 34th floor<br>New York, NY 10036<br>Attorney for Rowland Marcus Andrade | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct to the best of my knowledge.

Executed this 24th day of September 2025 at San Francisco, California.

_____/S/_____
CAROLYN JUSAY
FSA Paralegal
Asset Forfeiture Unit