UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>            Defendant. | Case No. CR 20-0249 RS<br><br>**[PROPOSED] FORFEITURE MONEY JUDGMENT** |

      Having considered the Application of the United States for an Order Issuing a Forfeiture Money Judgment filed by the United States, and the defendant's conviction on March 12, 2025, the evidence in the record, the arguments of counsel presented over two days of hearings, and the Court's Order Granting in Part Request for Forfeiture and Restitution, and good cause appearing,

      IT IS HEREBY ORDERED that the following property is forfeited to the United States pursuant to the provisions of Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c) and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure and Title 21, United States Code, Section 853:

- Forfeiture Money Judgement in the amount of $8,374,609

      IT IS FURTHER ORDERED that, the government may conduct discovery, in order to identify, locate, or dispose of property subject to forfeiture, in accordance with Rule 32.2(b)(3) of the Federal

Rules of Criminal Procedure;

    IT IS FURTHER ORDERED that, the United States, through its appropriate agency, is authorized to seize the forfeited property forthwith;

    IT IS FURTHER ORDERED that the Court will retain jurisdiction to enforce the Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e); and

    IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

    IT IS SO ORDERED this _____ day of September 2025

_____
HON. RICHARD SEEBORG
United States District Judge