1  John M. Pierce (Bar No. 250443)
2  jpierce@johnpiercelaw.com
   JOHN PIERCE LAW P.C.
3  21550 Oxnard Street, 3rd Floor
   Woodland Hills, CA 91367
4  Tel. (321) 961-1848
   *Attorney for Defendant
5  Rowland Marcus Andrade*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-cr-00249-RS |
| Plaintiff, | **EXHIBIT A** |
| v. | *In support of Defendant's Motion for Administrative Relief* |
| ROWLAND MARCUS ANDRADE, | |
| Defendant. | |

# EXHIBIT A

PLEADING TITLE - 1

# John Pierce

| | |
|---|---|
| From: | John Pierce |
| Sent: | Thursday, September 25, 2025 10:20 AM |
| To: | 'Mike Shepard'; rscrd@cand.uscourts.gov |
| Cc: | Cindy Diamond; Highsmith, Christiaan (USACA... |
| Subject: | RE: US v Marcus Andrade 20 CR 249 |

Hello Ms. Hom,

It is a pleasure to be connected. Just following up a... we are still coming up to speed on the case.

Also, we would like the opportunity to file a respons... Order Issuing Forfeiture Money Judgment that I believ...

Are you able to provide us with a date for both filin... speed?

Thank you very much!
John Pierce

---

From: Mike Shepard <mshepard@kslaw.com>
Sent: Wednesday, September 24, 2025 11:44 AM
To: rscrd@cand.uscourts.gov
Cc: Cindy Diamond <cindy@cadiamond.com>; Highsmith, Chr... Dainec Stefan <DStefan@kslaw.com>; John Pierce <jpier... <andrew@johnpiercelaw.com>
Subject: US v Marcus Andrade 20 CR 249

Ms. Hom:

Good morning. Hope all is well with you.

As you probably have seen, John Pierce has filed... representation transitions to him, he will need s... Andrade's motion for bond pending appeal. The go... scheduling a potential agreed... writing to let the Court know that Mr. Andrade i...

Thanks as always for your consideration.

Mike

---

Mike Shepard
Partner

T: +1 415 ... mshepard@kslaw.com | kslaw.com

King & Spalding LLP
50 California Street
Suite 3300
San Francisco, CA 94111

King & Spalding LLP
245 Lytton Avenue
Suite 150
Palo Alto, CA 94301



kslaw.com

---

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclus
contain information that is proprietary, privileged, or confidential or other
authorized to read, print, retain, copy, or disseminate this message or any p
immediately by e-mail and delete all copies of the message or attachments and
regarding deletion of messages or attachments or how sent Privacy Notice.