John M. Pierce (Bar No. 250443)
jpierce@johnpiercelaw.com
JOHN PIERCE LAW P.C.
21550 Oxnard Street, 3rd Floor
Woodland Hills, CA 91367
Tel. (321) 961-1848
*Attorney for Defendant*
*Rowland Marcus Andrade*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff,*<br><br>v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>   *Defendant.* | Case No. 20-cr-00249-RS<br><br>**[proposed] ORDER GRANTING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF** |

Having considered Defendant's Motion for Administrative Relief to Enlarge Time and the Supporting Declaration of John M. Pierce, and good cause appearing, IT IS HEREBY ORDERED:

1. Defendant's reply in support in support of the Motion for Bond Pending Appeal shall be filed no later than October 3, 2025.

2. Defendant's opposition to the Government's Application for Order Issuing Forfeiture Money Judgment shall be filed no later than October 3, 2025.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
RICHARD SEEBORG
Chief United States District Judge