John M. Pierce (Bar No. 250443)
jpierce@johnpiercelaw.com
JOHN PIERCE LAW P.C.
21550 Oxnard Street, 3rd Floor
Woodland Hills, CA 91367
Tel. (321) 961-1848
*Attorney for Defendant*
*Rowland Marcus Andrade*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>*Defendant.* | Case No. 20-cr-00249-RS<br><br>**DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE REPLY IN EXCESS OF 15 PAGES**<br><br>Judge: Hon. Richard Seeborg, Chief Judge |

**DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE REPLY IN EXCESS OF 15 PAGES**

Defendant Rowland Marcus Andrade, by and through undersigned counsel, respectfully moves for administrative relief under Civil Local Rule 7-11 (incorporated in criminal proceedings by Crim. L.R. 2-1) to file his Reply in Support of Motion for Bond Pending Appeal and Related Relief in excess of the 15-page limit set by Civil Local Rule 7-4(b).

The government's opposition raises numerous issues spanning bond, danger, flight risk, forfeiture, and restitution, and incorporates by reference extensive prior briefing and record citations. *See* ECF No. [761]. Given the size of the record—over 700 docket entries—and the number of distinct issues addressed in the motion and opposition, Defendant requires additional pages to fairly respond.

Dated: October 2, 2025

Respectfully submitted,

/s/ John M. Pierce

John M. Pierce (SBN 250443)
JOHN PIERCE LAW P.C.
21550 Oxnard Street, 3rd Floor, PMB 172
Woodland Hills, CA 91367
Tel: 321-292-2366
jpierce@johnpiercelaw.com
*Attorney for Defendant Rowland Marcus Andrade*

DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE REPLY IN EXCESS OF 15 PAGES

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 2, 2025, a true and accurate copy of the above and foregoing was filed on the above date with the Clerk of Court, using the Court's CM/ECF system, which will automatically provide notice and a copy of said filing to all parties or attorneys of record registered therein.

John M. Pierce

John M. Pierce, Esq.

DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE REPLY IN EXCESS OF 15 PAGES