John M. Pierce (Bar No. 250443)
jpierce@johnpiercelaw.com
JOHN PIERCE LAW P.C.
21550 Oxnard Street, 3rd Floor
Woodland Hills, CA 91367
Tel. (321) 961-1848
*Attorney for Defendant*
*Rowland Marcus Andrade*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>    *Defendant.* | Case No. 20-cr-00249-RS<br><br>**DECLARATION OF JOHN M. PIERCE**<br><br>*In Support of Defendant's Motion for Administrative Relief* |

### DECLARATION OF JOHN M. PIERCE

I, John M. Pierce, declare as follows:

1. I am counsel for Defendant Rowland Marcus Andrade in the above-captioned matter. I submit this declaration in support of Defendant's Motion for Administrative Relief to File Reply in Excess of 15 pages.

2. Civil Local Rule 7-4(b) limits replies to 15 pages. The government's opposition addresses multiple distinct issues including flight risk, danger to the community, the standard for release pending appeal, and restitution/forfeiture orders. *See* ECF No. [761]. It also incorporates by reference numerous prior filings.

3. The underlying record is unusually complex, spanning more than 700 docket entries and a five-year litigation history. To fully and fairly respond to the government's opposition,

Defendant requires additional space to address at least ten substantial appellate issues, related evidentiary rulings, and overlapping restitution and forfeiture matters.

    4.   Accordingly, Defendant respectfully requests leave to file a Reply of up to 25 pages.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 2, 2025, in Woodland Hills, California.

*John M. Pierce*
John M. Pierce, Esq.

DECLARATION OF JOHN M. PIERCE