John M. Pierce (Bar No. 250443)
jpierce@johnpiercelaw.com
JOHN PIERCE LAW P.C.
21550 Oxnard Street, 3rd Floor
Woodland Hills, CA 91367
Tel. (321) 961-1848
*Attorney for Defendant*
*Rowland Marcus Andrade*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>    *Defendant.* | Case No. 20-cr-00249-RS<br><br>**[proposed] ORDER GRANTING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE REPLY IN EXCESS OF 15 PAGES** |

Having considered Defendant's Motion for Administrative Relief to File Reply in Excess of 15 Pages and the Supporting Declaration of John M. Pierce, and good cause appearing,

**IT IS HEREBY ORDERED:**

1. Defendant's Reply in Support of Motion for Bond Pending Appeal and Related Relief may exceed 15 pages but shall not exceed 25 pages.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
RICHARD SEEBORG
Chief United States District Judge