John M. Pierce (Bar No. 250443)
jpierce@johnpiercelaw.com
JOHN PIERCE LAW P.C.
21550 Oxnard Street, 3rd Floor
Woodland Hills, CA 91367
Tel. (321) 961-1848
*Attorney for Defendant*
*Rowland Marcus Andrade*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>*Defendant.* | Case No. 20-cr-00249-RS<br><br>**[proposed] ORDER GRANTING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF** |

Having considered Defendant's Motion for Administrative Relief to Enlarge Time and the Supporting Declaration of John M. Pierce, and good cause appearing,

IT IS HEREBY ORDERED:

1. Defendant's opposition to the Government's Motion for Forfeiture of Property (*Application of the United States for Order Issuing Forfeiture Money Judgment*) shall be filed no later than Thursday, October 9, 2025.

2. All other deadlines remain unchanged, including Defendant's Reply in Support of the Motion for Bond Pending Appeal and Related Relief due October 3, 2025.

**IT IS SO ORDERED.**

Dated: _____, 2025

                                                  _____
                                                  RICHARD SEEBORG
                                                  Chief United States District Judge