John M. Pierce (Bar No. 250443)
jpierce@johnpiercelaw.com
JOHN PIERCE LAW P.C.
21550 Oxnard Street, 3rd Floor
Woodland Hills, CA 91367
Tel. (321) 961-1848
*Attorney for Defendant*
*Rowland Marcus Andrade*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

ROWLAND MARCUS ANDRADE,

    *Defendant.*

Case No. 20-cr-00249-RS

**EXHIBIT** E

FD-1057 (Rev. 5-8-10)



UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

## Electronic Communication

**Title:** (U) To Document AML Bitcoin related          **Date:** 11/10/2022
information

**CC:** HELSON KEVIN M

**From:** SAN FRANCISCO
           SF-C6
           **Contact:** Ethan A. Quinn, 415-553-7416

**Approved By:** SSA ANDISH DAUDSHAH S

**Drafted By:** Ethan A. Quinn

**Case ID #:** 58D-SF-2113481       (U) Operation Clutch Council
                                   CDPO-Federal Bribery - Other


**Synopsis:** (U) This EC documents information related to AML Bitcoin
contained in other FBI case files.

**Reference:** 105H-WF-2135481-302 Serial 44
               105H-WF-2135481 Serial 325

**Enclosure(s):** Enclosed are the following items:
1. (U) AML Bitcoin material seized during search of Butina's residence.

**Details:**

   The purpose of this Electronic Communication is to document
information related to AML Bitcoin found in other, related case files.

   Specifically, Special Agent Ethan Quinn reviewed the following case
files:  105H-WF-2135481, 105H-WF-3055568, 318E-MP-2542057.

   SA Quinn ran the following search terms: "AML Bitcoin", "Bitcoin"
"Andrade", "Marcus Andrade", "Rowland Andrade", "Rowland Marcus
Andrade".


UNCLASSIFIED

UNCLASSIFIED

Title:  (U) To Document AML Bitcoin related information
Re:  58D-SF-2113481, 11/10/2022


   SA Quinn then reviewed the responsive documents to determine if they
were referencing AML Bitcoin or other matters relating to AML Bitcoin.
Most responsive documents were documents which are also filed to the
captioned investigation.

   Responsive documents included the following:

   1. Digitally scanned copies of AML Bitcoin marketing materials, and
handwritten notes which appear to be authored by Paul Erickson, taken
from a meeting with Jack Abramoff on June 3, 2018.

   The original materials were retrieved during the execution of a court
authorized search warrant on Maria Butina's residence on July 15, 2018.

   The digital materials are kept in a digital only format in the 1A
Section of the file.

   2.  An interview of Maria Butina on January 3, 2019. The bulk of the
302 is not relevant to this query, and the relevant portion is reproduced
below:

*(U//FOUO) Describe any interactions with the AML Bitcoin meeting in June.*


*(U//FOUO) BUTINA said she did not have substantive interactions with
ABRAMOFF. She met him once in a Japanese restaurant, and it was
absolutely social with no room for actual discussion. She knows ERICKSON
had several meetings with ABRAMOFF relating to AML Bitcoin. She asked
ERICKSON if she should meet with ABRAMOFF since she does Bitcoin, but
ERICKSON said she did not need to meet him.*


*(U//FOUO) BUTINA said ABRAMOFF and ERICKSON had some weird project
together in spring 2018 related to a guy [Note: Shalli KUMAR] who wanted
to be appointed US Ambassador to India (under the TRUMP administration).
BUTINA said KUMAR would call ERICKSON in the middle of the night and
ABRAMOFF and ERICKSON together promised KUMAR to be appointed and were
paid to be his advisors. KUMAR did not get the position. ERICKSON said*

UNCLASSIFIED

Title:  (U) To Document AML Bitcoin related information
Re:  58D-SF-2113481, 11/10/2022


*KUMAR moved away and dropped the idea. ERICKSON said KUMAR did not get the appointment because he did not follow ERICKSON's recommendations precisely. In response to a follow-up question from SA HELSON, BUTINA said Dana ROHRABACHER never came up in discussion regarding this.*

   Based on SA Quinn's review, there are no other responsive documents in the above case files which are not duplicative of documents in the captioned case.


♦♦

Jack 6/5/18

- AML - KYC patent issued May 15, 2018
- Delete website video
- Pillsbury did patent work
- Morgan Stanley investors
- "Marcus" TX oil guy turned blockchain entrepreneur [Marcus Andrade]
- licensing to banks / Facebook / everyone (Wells Fargo?)
- b/w motive access
- forced conversion from all existing crypto-currencies → AML Bitcoin
- Today's Bitcoin stabilized @ $7,300 / AML Bitcoin @ $14,000
- *

Key points
* massive buy-ins by major banks, websites (to stay ahead of govt regs)
* other coins are not required to adopt, but risk non-compliance
* the AML Bitcoin patent is so sweeping, essentially impossible to
        write your own "compliant" code
* i. adopt AML Bitcoin platform or die
*

| | |
|---|---|
| **United States Patent Application** | **20180115426** |
| **Kind Code** | **A1** |
| **Andrade; Marcus** | **April 26, 2018** |

# SYSTEMS AND METHODS FOR PROVIDING A UNIVERSAL DECENTRALIZED SOLUTION FOR VERIFICATION OF USERS WITH CROSS-VERIFICATION FEATURES

## Abstract

A system for providing a universal decentralized solution for verification of users with cross-verification features is described. The system may be configured to receive from a first entity, at a blockchain trust utility, information related to one or more verified first documents, the one or more verified first documents associated with a first user. The system may be configured to receive from a second entity, at the blockchain trust utility, a request for the information related to the one or more verified documents associated with the first user. The system may be configured to, upon receiving from the first user, at the blockchain trust utility, an approval of the request for the information related to the one or more verified documents associated with the first user, give access to the second entity to obtain access to information related to the one or more verified documents associated with the first user.

Inventors: **Andrade; Marcus**; *(Houston, TX)*

| Applicant: | Name | City | State | Country | Type |
|---|---|---|---|---|---|
| | **FINTECH FUND FAMILY LIMITED PARTNERSHIP** | Houston | TX | US | |

Assignee: **FINTECH FUND FAMILY LIMITED PARTNERSHIP**

Family ID: **1000002267725**

Appl. No.: **15/335344**

Filed: **October 26, 2016**

| | |
|---|---|
| **Current U.S. Class:** | **1/1** |
| **Current CPC Class:** | H04L 9/3231 20130101; H04L 9/0637 20130101; H04L 9/3236 20130101; H04L 9/14 20130101; H04L 9/30 20130101; H04L 9/0643 20130101 |
| **International Class:** | H04L 9/32 20060101 H04L009/32; H04L 9/06 20060101 H04L009/06; H04L 9/14 20060101 H04L009/14; H04L 9/30 20060101 H04L009/30 |

### *Claims*

1. A system for providing a universal decentralized solution for verification of users with cross-verification features, the system comprising: one or more hardware processors configured by machine-readable instructions to: receive from a first entity, at a blockchain trust utility, information related to one or more verified first documents, the one or more verified first documents associated with a first user; receive from a second entity, at the blockchain trust utility, a request for the information related to the one or more verified documents associated with the first user; upon receiving from the first user, at the blockchain trust utility, an approval of the request for the information related to the one or more verified documents associated with the first user, give

access, by the blockchain trust utility, to the second entity to obtain access to information related to the one or more verified documents associated with the first user; and upon receiving from the first user, at the blockchain trust utility, a denial of the request for the information related to the one or more verified documents associated with the first user, deny access, by the blockchain trust utility, to the second entity to obtain access to information related to the one or more verified documents associated with the first user.

**AML Bitcoin "AML KYC" Issued Patent:**

http://appft.uspto.gov/netacgi/nph-
Parser?Sect1=PTO2&Sect2=HITOFF&p=1&u=%2Fnetahtml%2FPTO%2Fsearch-
bool.html&r=1&f=G&l=50&co1=AND&d=PG01&s1=%22AML+KYC%22&OS=%22A
ML+KYC%22&RS=%22AML+KYC%22

Jack's



Jack's House
812 Edelblut Dr
Silver Spring, MD
20901

Copyright © and (P) 1988–2012 Microsoft Corporation and/or its suppliers. All rights reserved. http://www.microsoft.com/streets/
Certain mapping and direction data © 2012 NAVTEQ. All rights reserved. The Data for areas of Canada includes information taken with permission from Canadian authorities, including: © Her Majesty the Queen in Right of Canada, © Queen's Printer for Ontario. NAVTEQ and
NAVTEQ ON BOARD are trademarks of NAVTEQ. © 2012 Tele Atlas North America, Inc. All rights reserved. Tele Atlas and Tele Atlas North America are trademarks of Tele Atlas, Inc. © 2012 by Applied Geographic Solutions. All rights reserved. Portions © Copyright 2012 by
Woodall Publications Corp. All rights reserved.

Jack's



Jack's House
812 Edelblut Dr
Silver Spring, MD
20901

Copyright © and (P) 1988–2012 Microsoft Corporation and/or its suppliers. All rights reserved. http://www.microsoft.com/streets/
Certain mapping and direction data © 2012 NAVTEQ. All rights reserved. The Data for areas of Canada includes information taken with permission from Canadian authorities, including: © Her Majesty the Queen in Right of Canada, © Queen's Printer for Ontario. NAVTEQ and
NAVTEQ ON BOARD are trademarks of NAVTEQ. © 2012 Tele Atlas North America, Inc. All rights reserved. Tele Atlas and Tele Atlas North America are trademarks of Tele Atlas, Inc. © 2012 by Applied Geographic Solutions. All rights reserved. Portions © Copyright 2012 by
Woodall Publications Corp. All rights reserved.

Coincap #656

# ABOUT AML BITCOIN

AML BitCoin was created with anti-money laundering, anti-terrorism and theft-resistant properties built into the code of the coin, and as a result, it is compliant with a host of laws. AML BitCoins are compliant with AML, CFT, AFF, OFAC, BSA, USA PATRIOT ACT, FACT and others.

The NAC Foundation utilizes a biometric identification system to verify owners of wallets that hold the AML BitCoin. This will provide additional security and safety features for ownership and use of the AML BitCoin.

There will be 76 Million AML BitCoin Tokens (AML Tokens) available for public purchase. Upon completion and activation of the AML BitCoin, AML Token holders will have the opportunity to exchange them for AML BitCoins on a 1:1 ratio. In making this exchange the token holder will have had to create a certified digital identity profile in association with the DTN.

* AML Bitcoin

* Ignition Creation

* Blockchain Entertainment

* ~~[struck out]~~

* Coin Market Cap

*

# 01.

### What is AML BitCoin?

AML BitCoin has been designed by the NAC Foundation, and builds on the AtenCoin platform. The cryptocurrency has built in KYC/AML, anti-theft and anti-criminal features, as well as biometric identification built into the platform. This enables it to be used by companies and individuals transacting with State, Semi-State, Regulated and Unregulated bodies.

All AML BitCoin transactions are transparent and recorded in a public ledger, and the senders and receivers are pseudonymous to the public. The transaction validation is decentralized. Every AML BitCoin holder can join this process through PoW/PoS mining.

# 02.

### Who can use AML BitCoin?

The AML Token can be purchased by token purchasers around the world. For those looking at using AML BitCoin for transactions, a series of KYC/AML and real-life verification is required. Once completed, all verified network users can transact with each other knowing counterparties are not on Sanctions Lists. AML BitCoin is the only cryptocurrency that is compliant with the U.S. Patriot Act, Bank Secrecy Act, Anti-Money Laundering and U.S. Office of Foreign Assets Control law as well as other worldwide standards.

# 03.

### Capital Makeover: Bitcoin Brigade

NAC Foundation in conjunction with Blockchain Entertainment LLC and Superjacket Productions is creating a reality TV show which will also feature AML BitCoin. Working with Andrew Williamson and Mike Odair, the show will follow the team as they introduce cryptocurrencies to the US Congress.

BLOCKCHAIN ENTERTAINMENT

## PRESS RELEASES

## Notorious Lobbyist Jack Abramoff to Coach Bitcoin Activists in New Washington, DC-based Reality Docu-series from Blockchain Entertainment and Ignition Creative

*"Capitol Makeover: Bitcoin Brigade"*

**LOS ANGELES, CA (July 31, 2017) – Blockchain Entertainment**, a newly formed television and motion picture production company dedicated to entertainment projects about digital currency and blockchain technology has partnered with visionary content innovator **Ignition Creative** to develop and produce the first season of the unscripted docu-series **CAPITOL MAKEOVER: BITCOIN BRIGADE.** The project brings famed and fearsome former lobbyist **Jack Abramoff** back to his Washington stomping grounds to coach activists from the innovative and revolutionary digital currency **AML Bitcoin** as they navigate the halls of Congress.





*Jack Abramoff addresses Utah legislature Rural Caucus (February 2012).*

Following AML Bitcoin (formerly Aten Coin) creator **Marcus Andrade** and his team of 'currency nerds,' CAPITOL MAKEOVER: BITCOIN BRIGADE tracks the brilliant technologists' crusade to prevent Congress from unintentionally destroying the digital currency industry. The cameras will follow the 'Bitcoin Brigade' through their boot camp with Abramoff as he transforms them from techies to lobbyists ready to take on Capitol Hill. The project brings television audiences inside two fascinating, yet closed worlds: the rough yet strategic arena of American political lobbying and the intriguing world of digital currency.



"We are fascinated by the story of crypto currency and how it could change the consumer world as we know it," says **Martin Kistler, CEO and Chief Creative Officer of Ignition Creative**, "We want this series to really get under the hood of one of the most relevant industrial changes happening today by shining a light on the people right at the center these heated debates – including the expert of what goes on inside the smoke-filled rooms of Washington: former lobbyist Jack Abramoff."

Notes **Andrew Williamson, president of Blockchain Entertainment and head of Production and Development for Kylin Pictures (Hacksaw Ridge, American Made)**, "Digital currencies, such as Bitcoin, have been exploding in the past year, with much of the world looking on in wonder. However, the digital currency world itself is in a panic over recent and likely future moves by the United States Congress to halt the exponential growth of bitcoin. We wanted to delve into that conflict in a way that would be unique and riveting, and knew that the work of Marcus and his team at

AML Bitcoin, when combined with a coach with the experience and savvy of Jack Abramoff, was the perfect entry into this turbulent world."

Abramoff was one of America's most successful lobbyists before being brought down in a political scandal that landed him in federal prison. Since his release, Abramoff has worked tirelessly to reform the lobbying system. Abramoff will not be lobbying Congress for this cause, only training and molding the activists to survive the insider Washington game, which few know as well as he does.



"When Marcus approached me, I didn't know a bitcoin from a sirloin. But, after learning about this vital new technology, I quickly realized that his mission was essential if our nation is to continue to lead the world in innovation and finance – and so I pledged to do whatever I could to help – short of lobbying Congress myself," says **Abramoff** of the new project, "However, Marcus only wanted me to train his team. The request seemed odd, since I am used to training polished, crafty Washington insiders to lobby, not nerdy techies. But, AML Bitcoin's group, while naïve to the cutthroat world of Washington, are the kind of people that most Congressmen would love, if were they to get a chance. I signed right up and plan to train them to deal with the worst Washington has to offer!"

**Co-executive producer Jesse Kennedy (HBO First Look, Brooklyn's Finest)** adds, "Abramoff is this Apocalypse Now 'Colonel Kurtz' figure, both mysterious and THE expert on how to get something done in Washington. Despite the inevitable clash of styles and cultures, it's a partnership perfect for taking Capitol Hill by storm."

"AML Bitcoin has innovated technology in the digital currency world that Washington needs to know about. Congress is on the verge of destroying American opportunity in what is clearly the biggest financial restructuring in modern history – and our team needs to ensure they understand this

issue and do the right thing," explains Marcus Andrade, president of the National Aten Coin Foundation. "But we don't know the world of Washington – and most of official Washington is already in the hands of the very banking establishment that wants to shut down the digital currency world. We needed a wild card to teach us how to win, and the biggest wild card in recent Washington history is Jack Abramoff."

**ABOUT IGNITION CREATIVE**
Ignition Creative is a world-renowned television and motion picture production and marketing firm. They are original content creators for major studios and brands, including Sony Pictures, Netflix, and ESPN.

Home

About

Productions

Press

Contact



BLOCKCHAIN ENTERTAINMENT

Copyright © 2017

# BLOCKCHAIN ENTERTAINMENT

## OUR TEAM



## ANDREW WILLIAMSON

### President, Blockchain Entertainment

**Creator & Producer, *Capital Makeover: Bitcoin Brigade***

Andrew Williamson has spent his life in the entertainment industry. He made his first splash as an award winning theatrical director at the early age of 18; directing and producing large-scale theatrical tours such as *Stephen Sondheim's Assassins*, *Cabaret*, and *Big River*.

After transitioning to Los Angeles, Andrew made a name for himself as a screenwriter, story

consultant, and even actor. Through these jobs he progressed to work behind the camera, editing for Hollywood studios, while staying involved in large scale productions.

Now one of the up and coming players in Hollywood, Andrew has recently co-produced such large-scale Hollywood films as *The King's Daughter*, *Birth of the Dragon*, and the upcoming *Shanghai*.

In his 15 years in the industry, Andrew has worked with Disney, HBO, Fox, Warner Bros., Lifetime, CBS, Hulu, The Weinstein Company, YouTube, and more. He brings the relationships he has made and the knowledge he's acquired to add his own personal touch to Blockchain Entertainment.



## JESSE KENNEDY

### Co-Executive Producer

Jesse has an extensive background in Marketing/Creative Advertising, Production and Finance. He has served as Co-Founder and CEO of Lagniappe Films (Producer of *Dallas Buyers Club*), as Co-Creative Director of boutique advertising agency TKO Pictures, as Chief of Corporate Strategy of The Cimarron Group and as Head of Corporate Strategy & Senior Creative Producer at Ignition Creative. Aside from his extensive experience in Marketing, Jesse has raised in excess of $70MM in production finance, $80MM in P&A financing, and an additional $30MM in structured corporate finance.

As a film producer, Jesse has produced feature films including *Brooklyn's Finest*, *Stolen*, *A Case of You* and *Ain't Them Bodies Saints*, and has developed and executed blockbuster marketing and brand initiatives for nearly every major Hollywood film studio (which includes Sony Pictures/Columbia, Paramount, 20th Century Fox, Warner Bros., Disney, Miramax/Weinstein Co., Universal, Relativity, and New Line Cinema).

Home

About

Productions

Press

Contact



BLOCKCHAIN ENTERTAINMENT

Copyright © 2017

# Can Cryptocurrencies Be Placed in the Pop Culture?

## Big Picture Points:



> *You never get a second chance to make a first impression.* We want cryptocurrencies to be correctly introduced, explained and used in pop culture. A false cryptocurrency narrative could profoundly affect future public acceptance and government regulation – and possibly destroy the "mainstreaming" of Bitcoin into the culture.

> *Politics is downstream from culture.* The best way to win the "idiotic regulation" war is to win the pop culture war first.

> *We are NOT marketing cryptocurrencies*, we are making it easier for the pop culture to correctly understand and reference them. The masses will take it from there.

## Movies / Television Shows:

*Operational Principle 1:* Most Hollywood creative types either know nothing about Bitcoin or "know" things that are incorrect.

*Operational Principle 2:* We don't want a few movies about Bitcoin, we want Bitcoin in a lot of movies.

> Meet with the producers, creative directors and writers at major movie studios, production companies and television networks to introduce them to Bitcoin. (Los Angeles, New York, London, Berlin)

> Focus on the realities of Bitcoin creation and use and interesting ways in which Bitcoin could touch characters' lives. (If "Tony Stark / Ironman" used only Bitcoin in his Avengers transactions today, half of America's youth will demand their allowances in Bitcoin tomorrow.)

> "Gift" a small amount of Bitcoin to truly major influencers in order for them to have a feel for and a stake in Bitcoin's future success.

## Books:

*Operational Principle:* We want bestsellers and bestseller characters to have cryptocurrencies as a routine part of their plots and lives.



> Meet with the top twenty bestselling authors in in the world to introduce them to Bitcoin. (Annual combined sales north of 200 million copies.)

- ➢ Three authors are of particular interest because of their series targeted at Generation Z and lagging Millennials: James Patterson's "Middle School" and "Treasure Hunters"; John Gresham's "Theodore Boone: Kid Lawyer"; and Stephen King's "Charlie the Choo Choo." Breeding future readers of adult fiction . . . and adult users of Bitcoin.

- ➢ Focus on the realities of Bitcoin creation and use and interesting ways in which Bitcoin could touch their characters' lives.

- ➢ "Gift" a small amount of Bitcoin to truly major influencers in order for them to have a feel for and a stake in Bitcoin's future success.

## Traditional News Media:



*Operational Principle:* We don't (necessarily) want to drive news coverage of Bitcoin, but every time a television or radio show, newspaper or magazine wants to feature Bitcoin, we want to make it easy for outlets to call trusted sources for interviews and guidance.

- ➢ Meet the *bookers* for every major television and radio news network and their featured shows and introduce them to Bitcoin and its leading players.

- ➢ Meet the *assignment editors* of every major daily newspaper and weekly / monthly news and business magazine and introduce them to Bitcoin and its leading players.

- ➢ NO "gifting" of Bitcoin to this crowd.

## Social Media:



*Operational Principle:* We want to create an anonymous, autonomous "viral Bitcoin army" that touches all social media platforms, but without the appearance of organization or sponsorship.

- ➢ In practice, this means identifying 10 to 100 trusted content thinkers / creators who generate everything from Bitcoin short videos to "real life" snapshots to art AND that scour the internet for such spontaneous creations.

- ➢ Existing leading social media account owners who are intrigued by what they've seen are then free to promote Bitcoin culture in any way they see fit – either by simply re-posting or perhaps sponsoring contests or competitions (funniest use of Bitcoin photo or video?), perhaps with prizes being awarded with Bitcoin.

- ➢ The effect being that Bitcoin becomes a type of social media wallpaper – everywhere, trusted and promoted by individuals free of self-interest. The "viral Bitcoin army" has integrity precisely because it was never officially "sponsored."

## Schools:

*Operational Principle:*  Make the use of cryptocurrencies as easy for the
next generation as the adoption of any new app on their smart phones.



- ➤ Target key American and European universities (business schools
  or computer science departments) and properly introduce
  students (and their older professors) to the world of
  cryptocurrencies and blockchain.

- ➤ Appoint "Bitcoin ambassadors" to lead local university clubs, gifting the new student
  leaders or professors with a small amount of Bitcoin or similar currency for them to
  intellectually invest in the space.

## George Gilder's "Life After Google":

*Operational Principle:*  Gilder's book tour could be the perfect foil for
reaching each of these pop culture worlds.



- ➤ Schedule Gilder for an average of two or more events / month for a
  year, beginning with publication of his book in July.

- ➤ Consider pairing Gilder with a leading blockchain / cryptocurrency
  player for most or all of these appearances.