John M. Pierce (Bar No. 250443)
jpierce@johnpiercelaw.com
JOHN PIERCE LAW P.C.
21550 Oxnard Street, 3rd Floor
Woodland Hills, CA 91367
Tel. (321) 961-1848
*Attorney for Defendant*
*Rowland Marcus Andrade*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-cr-00249-RS |
| *Plaintiff,* | **EXHIBIT** H |
| v. | |
| ROWLAND MARCUS ANDRADE, | |
| *Defendant.* | |

Ward, David (USACAN) <David.Ward@usdoj.gov>
Friday, November 1, 2024 2:28 PM
Highsmith, Christiaan (USACAN); Chou, Matth
[EXTERNAL EMAIL] - FW: [EXTERNAL] Marcus A

Follow up
Flagged

Email to me from Melissa Foteh.

From: Melissa Foteh <melissafoteh@gmail.com>
Sent: Friday, November 1, 2024 1:35 PM
To: Ward, David (USACAN) <DWard@usa.doj.gov>;  Melissa
Subject: [EXTERNAL] Marcus Andrade Case

Hi Mr. Ward,


I'm writing to you in a state of exhaustion and distr
2019—I was coerced into doing that by the FBI and hig
I even wrote an email in late December 2019 to Ethan
longer help with this case and doing so has negativel


When the FBI approached me in early 2019, I was highl
state, had depression, and was traumatized—and the FE
me. I agreed to one meeting. I also said that I refus
agree to anything else aside from that one meetin
that it would be traumatic for me, but was told that


Now five years later—I still have horrific PTSD from
person on 10/17/24 to testify in the trial and have h
scheduled for next week. My PTSD is so bad that I ema
during trauma responses saying I can't help them and
even called the Victim-Witness-Assistance phone numbe
of my PTSD and the situation, and that I was calling
my name and once I gave it to her, the tone in her vo
FBI Agent will be contacting me and everything I'm te


And if I hadn't been put through enough from this—FBI
incidents of this:

The woman that served me the subpoena has been fo
of the parking garage where I live around midnigh
watching and clearly waiting for me to get there.
where my neighbors and I go to socialize and enjo
she were trying to look for me, why the roof- and
What's interesting is that it was a spur of the m
listening to our conversation.

Earlier that day on 10/27, the same agent followe
The next day, 10/28, an agent went to watch me el
standing at—and stayed there for one minute-watch
wanted to scare me. How did they know I would be
And it's obvious that the incident on 10/28 was i
watched. It's obvious they were sending me to som

Could you please let me know why agents are stalking
can't testify because of my PTSD.

My mental and corresponding physical health has been
myself. And now there's an added layer of concern, as
stalking.

I cannot keep sacrificing my health and well-being fo
attempted to make a concession for me, even after I'v
you'd like) and also shared this issue in 2019, inclu
should not have come as a surprise since I already in
I'm tired of speaking up and being gaslit. This happe
for me to be used as collateral damage for this case
manipulated-coerced-gaslit-stalked, forced, etc, etc.

I understand you're fighting for justice, but where's
their health in the process. My PTSD is too severe fo
hours helping the FBI in 2019, and at the expense of
over again by this. I don't believe that I am capable
I'm coming from and to respect that I cannot put myse
Mr. Ward. please let me know how I can further expand
like to have a Zoom meeting with you to hold off on this and I d
foot in San Francisco again I'm so traumatized by all
even better example of my trauma level. I greatly loo

Respectfully,

Melissa  Foteh

Zartman, Brendon (SF) (FBI)

From:           Melissa Foteh <melissafoteh@gmail.com>
Sent:           Monday, October 28, 2024 2:56 PM
To:             Quinn, Ethan A. (SF) (FBI)
Cc:             Zartman, Brendon (SF) (FBI)
Subject:        Re: [EXTERNAL EMAIL] - Re: Going Forward

Follow Up Flag: Follow up
Flag Status:    Flagged


The woman that subpoenaed me and a man who I presume
me day and night. I have footage of this and witnesse


On Sun, Oct 20, 2024 at 1:19 PM Melissa Foteh <melissafoteh@gmail.com
I think you have enjoyed harming me and damaging me.
claim you're trying to get justice- well I need jus
and created Hehathad mpembtems for me that will co
single-handedly screwed me over and are trying to co
that you could lie to,ntmageipulathd, cperscieghMy lilfk ad
have adhd- which I was diagnosed with a couple years
has broken down because of all the stress and trauma
app on my phone so that I could recall different wor
since dealing with you and Marcus. I cannot even fun
should've been able to trust you. I told you I would
court. You said ok. You said nothing bad was going t
testified- and you saw how traumatized I was- well I
now you're doing it again. Katie your agent laughed
that it's because of you, and even when I said that
be killed at any minute- and Im in distress and don'
dealing with this? That you screwed me over and are
gaslit me. You said it's hard for everyone.

I'm tired of no one listening to me.

You didn't listen to me before when I told you this
be physically and emotionally entirely destroyed if
ptsd is too severe. And it will not do you any good

I spent 2019 helping you so much I should've been on
will not allow myself to continue suffering with my

And you have created turmoil for both me and my fami
embarrassing my family and I with your agent and
giant gun to subpoena me? I'm shaken. Omg. It is sha

1

I won't be gaslit or harmed anymore. I am protecting
meanwhile completely harm other people. How is that

Are you targeting me because I'm a woman or a Palest
impression. I honestly think purposely you're target

Just leave me alone.    You've done enough.


On Fri, Oct 18, 2024 at 10:33 AM Melissa \<moteh \<
I will not be collateral damage for you anymore. If
because I don't remember. I am not of any use to
me- again?!!!! PTSD relapse yet again.and now I'm be
not ok. Leave me alone. Not going. Not cooperating.
needs to be a PSA about how you treat people!


On Thu, Oct 17, 2024 at 6:07 PM Melissa \<moteh \<
So my family and I are now having to be embarrassed
today and you subpoenaed me at their house and y
weren't traumatized enough already. What did I do t
remember what happened when I worked for Marcus, th
you. I don't remember anything. I'm in therapy at
help you. I reject the subpoena. Please stop har
are questioning if your agent is a bounty hunter or
god sakes, leave me alone. I don't remember anythin
treated me is not ok. This is abuse. Are you doing
already expressed that I have ptsd and anxiety and
him and this is what you're doing to me now? Mercy.

3:22



# Cinttia Ruiz

West Branch · 2h · ⊕

***Westbranch***This lady is looking f
Melissa? I don't even know but she giv
this lady 😂

She was so rude btw 😒

She asked if I was there bc I coulnd't h
told her I wasn't home and she asks "w
you are not here?!" Duh!! Exactly what
dummy. She even asked me for my pho
call me wth no ma'am.

Maybe she got confused? There is 3 La
and Ct.

been treated by you.

On Wed, Jun 5, 2024 at 10:06 PM Melissa Foteh <melissa.foteh@marcus.ac> wrote:
You have done so much damage to me. I'm not a wi
and feel because of you is what cattle feel before
again because of you. I haven't even been able to w
since I helped you in 2019!!! You'll are evil AF!!!

On Sat, Jun 1, 2024 at 8:42 PM Ethan Quinn <equinn8n42f@morgetv.ac> wrote:
Melissa,

    I appreciate your message. I know being a witness
experience for anyone.

We'll discuss with our prosecutors. I can assure yo
witness to a charged crime.

Ethan

From: Melissa Foteh <melFiostseahfo<te>h@gmail.com
Sent: Friday, May 31, 2024 11:49:27 PM
To: Quinn, Ethan <equinn8n42f(gBm)an> <Bbeandoman(>SFbi(fjBV)brandoman@SFbi>
Subject: [EXTERNAL EMAIL] - Re: Going Forward

Because of you, I have PTSD. You preyed on me when
Marcus- to become a witness. You said you only nee
knew that I was in a trauma state. Yet, you continu
wanted. I spent hours on up on chro prsslimg painxgjeyoyu and
to further harm me??? You coerced me to testify whe
could arrest me and take me to court to testify if
your organization treats people. I sent you an emai
anxiety and could not help you anymore. And then yo
is purely inhumane. I'm actually now wondering if y
not going to corporate this time- you will not get
abuse from your organization. You're just as bad as
but you do not care what you do to people, as long
be blocked. I'm more traumatized by dealing with yo

And- think about if you were to be treated this way
Marcus is! Leave me the f alone. I will not be answ

On Fri, May 31, 2024 at 4:54s a4f6o tPeVh @Meporiatis.ac Fonteh <melissa
Hello, Received a vm from your colleague Katie
anxiety disorder and PTSD and I cannot help you. I
your organization again. I do not care at all what

On Thu, Dec 26, 2019 at 4:35 PM Quinn, Ethan A. (S... ethan.a.quinn@irs.gov wrote:

Hello Melissa,

I apologize for the slow response, I was away fo

I'm sorry that you're still struggling. Please
will be the last thing you will have to do regardi
aside.

Feel free to call me at 415-531-8252 if you have

Ethan

From: Melissa Forte <melissasforteh@gmail.com>
Sent: Monday, December 23, 2019 8:49 PM
To: Quinn, Ethan A. (SF) (FBI) <ethan.a.quinn@... >
Subject: Going Forward

Hi Ethan,

I hope you're doing great. I wanted to let you
in any capacity.

I had severe/almost debilitating anxiety for three

For my well-being, I will not be able to help in t
Marcus/AML thing was an incredibly traumatic event
my actions very seriously, and I can't even think

SF and the call after were triggers for me related
time, energy, and effort in various types of wellr
everything that I've and this will continue. I
future. I cannot continue helping out if it were r
interest.


I'm letting you know the above including what I've
that I cannot participate going forward.


Thank you, Ethan.


Respectful and kind regards,

Melissa

Zartman, Brendon (SF) (FBI)

From:              Melissa Foteh <melissafoteh@gmail.com>
Sent:              Sunday, October 20, 2024 11:19 AM
To:                Quinn, Ethan A. (SF) (FBI)
Cc:                Zartman, Brendon (SF) (FBI)
Subject:           Re: [EXTERNAL EMAIL] - Re: Going Forward

Follow Up Flag: Follow up
Flag Status:       Flagged


I think you have enjoyed harming me and damaging me.
you're trying to get justice- well I need justice as
created Heath and mental health problems for me that
single-handedly screwed me over and are trying to con
that you could lie to, manipulate, gaslight, take adv
have adhd- which I was diagnosed with a couple of years
broken down because of all the stress and trauma. I c
my phone so that I could recall different words for t
dealing with you and Marcus. I cannot even function l
been able to trust you. I told you I would have have
said ok. You said nothing bad was going to happen to
and you saw how well that worked- what has happened to me. 
doing it again. Katie your agent laughed ate everythi
because of you and even when I said that I'm a Palestin
any minute- and Im in distress and don't have the cap
this? That you screwed me over and are continuing? Wh
said it's hard for everyone.

I'm tired of no one listening to me.

You didn't listen to me before when I told you this w
be physically and emotionally entirely destroyed if t
ptsd is too severe. And it will not do you any good i

I spent 2019 helping you so much when you've been on
not allow myself to continue suffering with my overal

And you have created turmoil for both me and my famil
embarrassing my family and I with your agent and caus
giant gun to subpoena me? I'm shaken. Omg. It is sham

I won't be gaslit or harmed anymore. I am protecting
meanwhile completely harm other people. How is that j

Are you targeting me because I'm a woman or a Palesti
impression. I honestly think purposely you're targeti

Just leave me alone.  You've done enough.

1

On Fri, Oct 18, 2024 at 10:33 AM Melissa Foteh <melissa@...> wrote:
I will not be collateral damage for you anymore. If
because I don't remember. I am not of any use to you
me- again?!!!! PTSD relapse yet again.and now I'm be
not ok. Leave me alone. Not going. Not cooperating.
needs to be a PSA about how you treat people!


On Thu, Oct 17, 2024 at 6:07 PM Melissa Foteh <melissa@...> wrote:
So my family and I are now having to be embarrass
and you subpoenaed me at their house and your agent
weren't traumatized enough already. What did I do to
remember what happened when I worked for Marcus,
I don't remember anything. I'm in therapy at a grie
you. I reject the subpoena. Please stop harassing me
questioning if your agent is a bounty hunter or if I
sakes, leave me alone. I don't remember anything and
me is not ok. This is abuse. Are you doing this on p
expressed that I have ptsd and anxiety and cannot he
this is what you're doing to me now? Mercy. I don't

3:22



**Cinttia Ruiz**
West Branch · 2h · 🌐

\*\*\*Westbranch\*\*\*This lady is looking fc
Melissa? I don't even know but she give
this lady 😂

She was so rude btw 😒

She asked if I was there bc I coulnd't he
told her I wasn't home and she asks "w
you are not here?!" Duh!! Exactly what
dummy. She even asked me for my pho
call me wth no ma'am.

Maybe she got confused? There is 3 La
and Ct.

blink

3

been treated by you.

On Wed, Jun 5, 2024 at 10:06 PM Melissa Foote <melissa@mhmorales.com> wrote:
You have done so much damage to me. I'm not a witne
and feel because of you is what cattle feel before
again because you haven't even been able to watch the n
I helped you in 2019!!! You'll are evil AF!!! Leave

On Sat, Jun 1, 2024 at 8:42 PM to Martin Quinn <equitui8n:n4@2f tvM gEt> wrote:
Melissa,

I appreciate your message. I know being a witne
for anyone.

We'll discuss with our prosecutors. I can assure yo
witness to a charged crime.

Ethan

---

From: Melissa Foote <melFootseahfo<te>h@gmail.com
Sent: Friday, May 31, 2024 11:49:27 PM
To: Quinn, Ethan <equAin(n9F)b7(fgBm)> <anss>; Brandman, B (FBI) <brandman(n9F)bi(fgBV) >
Subject: [EXTERNAL EMAIL] - Re: Going Forward

Because of you, I have PTSD. You preyed on me when
Marcus- to become a witness. You said you only need
knew that I was ti,n yaoutrcaounmai nsuteadtet.o Yprey on me a
I spent hours upon hours helping you- to get crippl
further harm me??? You coerced would be the traumay ti when I
arrest me and take me to court to testify if I didn
organization treats people. I sent you an email in
could not help you anymore. And then you had the au
inhumane. I'm actually now wondering if you are tar
corporate this time- you will not get help from me.
your organization. You're just as bad as Marcus- ac
not care what you do to people, as long as you get
I'm more traumatized by dealing with you than Marcu

And- think about if you were to be treated this way
Marcus is! Leave me the f alone. I will not be answ

On Fri, May 31, 2024 at 4:46 PM Melissa Foote <meltis4saf6otPeM@mhmorales.com> wrote:
Hello, Received a vm from your colleague Katie Tayl
anxiety disorder and PTSD and I cannot help you. I
your organization again. I do not care at all what

On Thu, Dec 26, 2019 at 4:35 PM Mr Ouimong, Ethan A. (S...

Hello Melissa,

I apologize for the slow response, I was away fo...

I'm sorry that you're still struggling, that ... Please ... be the last thing you w... Please do to do be staying th...

Feel free to call me at 415-531-8252 if you have ...

Ethan

From: Melissa Foteh <melissafoteh@gmail.com>
Sent: Monday, December 23, 2019 8:49 PM
To: Quinn, Ethan A. (SF) (FBI) <eaquinn@fbi.gov>
Subject: Going Forward

Hi Ethan,

I hope you're doing great. I wanted to let you kno...
in any capacity.

I had severe/almost debilitating anxiety for three...

For my well-being, I will not be able to help in t...
Marcus/AML thing was an incredibly traumatic event...
actions very seriously, and I can't even think abo...

SF and the call after were triggers for me related
time, energy, and effort in various types of welln
everything that I've dealt with, etc., and this wi
future. I cannot continue helping out if it were r
interest.


I'm letting you know the above including what I've
that I cannot participate going forward.


Thank you, Ethan.


Respectful and kind regards,

Melissa

From: Melissa Foster <melFiostseahf_oh@gmail.com
Sent: Thursday, January 30, 2025 11:25 AM
To: Boersch, Martha (USACAN) <Martha.Boersch@usdoj.gov
Cc: Mark Goldrosen <markkgossgeonl_d<ros>en@gmail.com
Subject: [EXTERNAL] Marcus Andrade Case

Hi Ms. Boersch,

I'm on the witness list for the Marcus Andrade ca
situation and have been on a decline with my heal
me that the case was moving forward which has se
2024. I'm writing to you in a severe state of dis
the stipulation that I would not be participating
a Grand Jury testimony in late 2019, which cause
or mentally capable of testifying and doing so we
this situation already has. After I was subpoena
stalked by them.

I've been working with Mr. Mark Goldrosen who ha
Mr. Ward about accommodating this situation,
being told I must go to San Francisco to testify
how I'll be able to get on a plane to testify. Ms
that I've sent to Mr. Ward detailing this situat
traumatic effects this has caused me. I've been
have had ongoing severe panic attacks, which fre

I've been diagnosed with chronic PTSD and severe
which I've tried conveying, also getting a note
affected me, and will continue to if I were to te

Ms. Boersch, I kindly ask for your help. I ask yo
altogether. If I can't, I ask for remote testimon
your accompanying legal team are first rate and t
time believing that simply removing one person d
or break this case.

Thank you in advance for your time and considera

Respectfully,
Melissa Foteh


---------- Forwarded message ---------
From: Melissa Foteh <mfotehafoteh>@gmail.com
Date: Thu, Jan 23, 2025 at 4:44 PM
Subject: Fwd: Video
To: david.ward@usdoj.gov


Hi Mr. Ward,

I know you said that I wasn't stalked by the FBI
specific incidents. I would like to share proof
Please note, the video has been lightened in colo
from 10/28/24 is the same woman that subpeonaed
was taking pictures of me. This stalkingn inciden
where this woman trespassed private property to
midnight. As I mentioned before, there's no way
going to the roof of the parking garage was a sp
time. This, along with other stalking incidents,
been in such distress due to being stalked and i
situation.

I plan to file a complaint agsinst the FBI for t
enforcement to capture footage of other stalking
between 10/17/24-10/28/24.

I made it very clear to the FBI that I couldn't
stalked. I perceive this stalking and harassment
threatening. I've been entirely uncomfortable si
don't fall in line with what the FBI would like.
traveling to San Francisco for this case. I have
when I said I couldn't testify. I'm also highly

possible retaliation, stalking, intimidation, or
highly concerned and do not feel safe. I especia
and the answers not being what the FBI would lik

I also would like to note, in May 2024 I was con
Katie from the San Francisco office, and she call
preceeded to tell her utah tai to nl ahnadvei tPTsSD rformo nh etlhis
what I said. In fact, she laughed at mostly thing

I'm concluding that the stalking instructions
another reason I do not feel comfortable going t

I also want to note, I find it really horrifying
someone who has PTSD is harmful in many ways, wh
specific items mentioned above, it's reasonable
me.

I'm sure you could understand that I'm not feeli
that you offer compassion and consideration by e
allowing me to testify remotely using a psuedony
nature of the situation including this being whis

Also, please note that I have many other videos
which I will be providing along with the complai

Respectfully,
Melissa Foteh


---------- Forwarded message ---------
From: Melissa Foteh <mfotehafoteh>@gmail.com
Date: Tue, Dec 17, 2024 at 8:50 PM
Subject: Re: Marcus Andrade Case
To: david.ward@usdoj.go, Melissa Foteh <mfoteh>@gmail.com


Mr. Ward,

I have not received a response to this email, no
me getting a public defender today.

The FBI knows that I have PTSD from dealing with
2018, and that was traumatizing for me.

There are many reasons I have to believe that th
October (I only listed select stalking incidents
have PTSD from them and had prior trauma from the
intentionally malicious and harmful towards me.

I find this situation to be highly abusive, and

The message that I got from the FBI stalking me
do things to try and further harm me. I have repo
not feel comfortable going to San Francisco. If
me? I don't feel safe or comfortable due to how
different ways I could communicate this.

Could you please let me know why its so critical

I have gone through so much from this and I am e

Could I provide a deposition or whatever is neede
and comfortable?

Please know that I don't even recall my grand ju
likely, I was probably still inebriated from the
again all through 2019, and I'll say it again, "
me. I'm at the point right now where I'm worried
health issue from all of this.

I'd really appreciate if you'd please communicate
be done with this situation finally for good, in
years of this.

Please help.

Respectfully,
Melissa Foteh


On Fri, Nov 1M, 2024 at F3o5t3e4h <mtali: F3o5t3e4h o t e h> @ g v m a o i t l e : c o m
Hi Mr. Ward,


I'm writing to you in a state of exhaustion and
in November 2019—I was coerced into doing that b
in such a bad state after, that I even wrote an
that I was working with, stating that I can no l
affected my wellbeing.

4

When the FBI approached me in early 2019, I was
a vulnerable state, had depression, and was trau
needed only one meeting with me. I agreed to one
related atnod ctohuer ta—gent said ok. I didn't agree
was forced to testify in front of the Grand Jury
told that I could be arrested if I didn't comply

Now five years later—I still have horrific PTSD
subpoenaed in person on 10/17/24 to testify in t
since then, and two more scheduled for next week
next three days after being subpoenaed and durin
explained in detail my PTSD and that I can't tes
Assistance phone number on 10/25 and spoke to Ja
and the situation, and that I was calling to ask
for my name and once I gave it to her, the tone
the US Attorney or FBI Agent will be contacting

And if I hadn't been put through enough from thi
Here are some incidents of this:

    The woman that served me the subpoena has bee
    on the roof of the parking garage where I liv
    reverse parked in a corner, watching and clea
    that this agent was at the roof where I li
    view, and the agent was there at that exact t
    roof- and at midnight? It's obvious that she
    was a spur of the moment decision for us t
    conversation.

    Earlier that day on 10/27, the same agent fol
    The next day, 10/28, an agent went to watch m
    driveway I was standing at—and stayed there f
    manner. That agent clearly wanted to scare me
    at that exact moment?
    And it's obvious that the incident on 10/28 wa
    was being watched. It's obvious they were sen
    understand is why.

Could you please let me know why agents are stal
emails and saying I can't testify because of my

My mental and corresponding physical health has
advocate for myself. And now there's an added la
I've been treated with the stalking.


I cannot keep sacrificing my health and week
care or attempted to make a concession for me, e
(which I'll forward to you, if you'd like) and a
testimony. My reaction to this subpoena should
the agent that I can't help anymore due to my we
happened in 2019 and it's happening now again, a
collateral damage for this case and I cannot do
manipulated-coerced-gaslit-stalked, forced, etc,


I understand you're fighting for justice, but wh
else to harm their health in the process. My PTS
exhausted. I spent hours upon hours helping the
sign up to keep getting traumatized over and ove
dealing with this again. I implore you to please
cannot put myself through this again and have ev
me know how I can further expand on this if need
have a Zoom meeting with my therapist and I or w
stepping foot in San Francisco again I'm so t
cities, if that provides an even better example
response.


Respectfully,

Melissa Foteh

Melissa Foteh <melissafoteh@gmail.com>
Friday, October 18, 2024 10:34 AM
Quinn, Ethan A. (SF) (FBI)
Zartman, Brendon (SF) (FBI)
Re: [EXTERNAL EMAIL] - Re: Going Forward

I will not be collateral damage for you anymore.
question- because I don't remember. I am not of a
dare you do this to me- again?!!!! PTSD relapse y
Using and damaging people is not ok. Leave me
because of you is sickening! There needs to be a

On Thu, Oct 17, 2024 at 6:07 PM Melissa Foteh <melissafoteh@gmail.com> wrote:
So my family and I are now having to be embarras
parents today and you subpoenaed me at their hou
beforehand. As If I weren't traumatized enough a
you. I don't even remember what happened when I
testifying, I couldn't help you. I don't remembe
remember anything and I cannot help you. I rejec
by how Ive been treated by you. People are quest
a warrant or if it's a bail bonds person omg! Fo
cannot help you. What you're doing and how you'v
purpose to further harm me? That's what it seems
cannot help you and don't remember anything form
now? Mercy. I don't deserve this. Leave me alone

**3:22**





**Cinttia Ruiz**

West Branch · 2h · 🌐

***Westbranch***This lady is looking for Melissa,
Melissa? I don't even know but she give my addres
this lady 😂

She was so rude btw 😒

She asked if I was there bc I coulnd't hear her clea
told her I wasn't home and she asks "what do you
you are not here?!" Duh!! Exactly what that means
dummy. She even asked me for my phone number
call me wth no ma'am.

Maybe she got confused? There is 3 Laureldale St
and Ct.



2

been treated by you.

On Wed, Jun 5, 2024 at 11:05:04 PM Melissa Confeh <melissaconfeh@gmail.com> wrote:
You have done so much damage to me. I'm not a wi
have felt and feel because of you is what cattle
past few days yet again because of you. I haven'
having a panic attack since I helped you in 2019

On Sat, Jun 1, 2024 at 8:42 AM Ethan Quinn <equinn42@fbi.gov> wrote:
Melissa,

    I appreciate your message. I know being a wit
experience for anyone.

We'll discuss with our prosecutors. I can assur
as a witness to a charged crime.

Ethan

From: Melissa Confeh <melissaconfeh@gmail.com>
Sent: Friday, May 31, 2024 11:49:27 PM
To: Quinn, Ethan A. (SF) (FBI) <eaquinn@fbi.gov>; Brandon, B. (SF) (FBI) <bbrandon@fbi.gov>
Subject: [EXTERNAL EMAIL] - Re: Going Forward

Because of you, I have PTSD. You preyed on me w
with Marcus- to become a witness. You said you
lie. You knew that I was in a trauma state. Yet
what you wanted. I spent hours upon hours helpi
coming back again to further harm me??? You coe
traumatic for me. You said you could arrest
you! It is absolutely inhumane how your organiz
testifying telling you that I had debilitating
audacity to contact me again? Shame on you! Thi
are targeting me because I'm a Palestinian Amer
help from me. I will not subject myself to this
as bad as Marcus- actually you're worse. You cl
people, as long as you get you want. Leave me t
traumatized by dealing with you than Marcus!

And- think about if you were to be treated this
as Marcus is! Leave me the f alone. I will not

On Fri, May 31, 2024 at 4:56 PM Melissa Confeh <

Hello, Received a vm from your colleague Katie
generalized anxiety disorder and PTSD and I can
advantage of by your organization again. I do n
assist in any way.


On Thu, Dec 26, 2019 at 4:35 PM Quinn, Ethan A.

Hello Melissa,


I apologize for the slow response, I was away


I'm sorry that you're still struggling. Plea
Francisco will be the last thing you will have
this whole matter aside.


Feel free to call me at 415-531-8252 if you


Ethan


Melissa <melissafoteh@gmail.com
Monday, December 23, 2019 8:49 PM
Quinn, Ethan A (SF) (FBI) <
Going Forward


Hi Ethan,


I hope you're doing great. I wanted to let you
to assist in any capacity.


I had severe/almost debilitating anxiety for t

For my well-being, I will not be able to help i
Marcus/AML thing was an incredibly traumatic
take my actions very seriously, and I can't eve

SF and the call after were triggers for me rela
of time, energy, and effort in various types of
release everything that I've dealt with, etc.,
now or in the future. I cannot continue helping
and not in my best interest.

I'm letting you know the above including what
stand and that I cannot participate going forwa

Thank you, Ethan.

Respectful and kind regards,

Melissa