Attachments to Treasury Complaint Docs 11-20

# Gmail

Marcus Andrade <ceo@amlbitcoin.com>

## Following up from our conversation this afternoon

messages

**Christopher Ray** <christopher@deanandray.com>  Fri, Aug 30, 2019 at 11:45 AM
To: robert.malinak@irs.gov
Bcc: ceo@amlbitcoin.com

Mr. Malinak - thank you again for your time this afternoon. As we discussed, I have attached the correspondence that we have exchanged with Ms. Myers reflecting our understanding from FinCEN that, as NAC Foundation no longer conducts any money transmission business or money service business, it no longer needs to comply with certain internal recordkeeping rules. Our shipping confirmation is enclosed as well.

As to the other elements of our discussion, let me confirm that we intend to fully comply with the letter from your office regarding the audit. We appreciate your flexibility as to the date(s) of in-person inspection and interviews, and await further guidance on your end as to whether these interviews are most efficiency conducted in Las Vegas or in Texas.

Let me know your thoughts and how you'd like to proceed.

Chris Ray

--
Christopher Ray, Esq.
p: 508-309-5950
e: christopher@deanandray.com

This message is intended for the named recipient only. It may contain confidential information or information protected by attorney-client privilege. If you have received this message in error, please notify the sender immediately and destroy this message.

**4 attachments**

- 📎 Delivery Confirmation__Tina Myers.pdf  89K
- 📎 Receipt that CRRR was sent.pdf  607K
- 📎 Letter from R. Malinak__BSA Audit (1).pdf  3220K
- 📎 IRS__Tina Myers Response Letter.pdf  5639K

**Marcus Andrade** <ceo@amlbitcoin.com>  Fri, Aug 30, 2019 at 9:57 PM
To: amlbitcoin@protonmail.com

[Quoted text hidden]

--
Marcus Andrade, Founder
NAC Foundation, LLC
7495 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
Office: 1-702-515-4038



Marcus Andrade <ceo@amlbitcoin.com>

## RE: In re: AML Bitcoin
2 messages

**Terence Poon** <terencecwpoon@gmail.com>  Fri, Aug 30, 2019 at 7:36 PM
To: "Jensen, Alice L." <JensenA@sec.gov>
Cc: "ceo@amlbitcoin.com" <ceo@amlbitcoin.com>

Dear Alice,

Thank you very much for your email.

Correct. I worked with AML Bitcoin before. However, I have ceased working with them since 1 Jan 2019.

Before speaking with you, I need to declare and figure out some points first.

1. I was not employed under the company who developed in AML BitCoin.
2. I have not been receiving any salary/money in any fiat currency as my reward for my contribution to AML BitCoin project.
3. I have not been involved in any business activities of the AML BitCoin.
4. Among all incomes for this AML BitCoin project, NONE (ZERO) was given to me.
5. My only role in this project was mainly to provide intellectual input for development of technologies and intellectual properties. My return was only in AML token (a token for later exchange for the full functional AML BitCoin).
6. I signed a non-disclosure agreement with Mr. Andrade Marcus, who is the AML Bitcoin's Creator, Founder, & CEO. I do not know what I could tell you or US Securities and Exchange Commission without breaching the non-disclosure agreement.
7. For the above reason, I deliberately c.c. my reply to your email to Mr. Andrade Marcus.
8. I have a question on the legal right (how legitimate) on your request to have a talk with me.
9. I have a question on how to prove your email is not a scam, and how to prove you are really representing US Securities and Exchange Commission.

If you are still interested in speaking to me, please answer the above two questions first.

Thanks,

Terence

**From:** Jensen, Alice L.
**Sent:** Saturday, August 31, 2019 5:58 AM
**To:** terencecwpoon@gmail.com
**Subject:** In re: AML Bitcoin

12


Dear Mr. Poon,

The US Securities and Exchange Commission is conducting an investigation into AML Bitcoin. We understand you worked with AML and would like to speak with you at your convenience. Hong Kong time is 15 hours ahead of San Francisco, so early in the morning for you is early evening for us. Are you available Friday or Saturday at 8am Hong Kong time?

Thanks, Alice

*Alice Liu Jensen*

Senior Counsel, Enforcement Division

United States Securities & Exchange Commission

44 Montgomery Street, Suite 2800

San Francisco, California 94104

415.705.2339

jensena@sec.gov

---

**Marcus Andrade** <ceo@amlbitcoin.com>  Fri, Aug 30, 2019 at 7:41 PM
To: John Fahy <jfahy@whitakerchalk.com>, amlbitcoin@protonmail.com

[Quoted text hidden]

12



Marcus Andrade <ceo@amlbitcoin.com>

## Set up phone call

**David Cohen** <davidcohenfamily@hotmail.com>  Fri, Sep 6, 2019 at 5:02 PM
To: Marcus Andrade <ceo@amlbitcoin.com>

Good afternoon Marcus and I hope all is well! I wanted to set up a phone call with you to discuss my meeting with the potential buyer which went extremely well. What is your availability today or over the weekend?
Regards
David

David A. Cohen

13

**Bernd-Hasso Koehler**

Pirschweg 25
D-26160 Bad Zwischenahn
Tel. : +49.4486.2704
Fax : +49.4486.6744
GSM: +49.160.96262660
Mail: hassokoehler@gmx.de

---
B.H. KOEHLER    Pirschweg 25    D-26160 Bad Zwischenahn
---

Mr. MARCUS ANDRADE
of 7495 W. Azure Dr,
**Las Vegas, NV 89130**
STE 110 USA,

with Registeres Letter

2019-09-16

Subj.:    Re-Payment of Stock Deposits

Dear Marcus Andrade,

in July 2016, exactly three years ago, DANIEL KÖCHLER convinced me with the idea of CROSS VERIFY's face recognition system and asked me if I could win interested parties to support theproject with funds indicating that an IPO was then already planned in October / November 2016 and we could expect high profits since the CV system is unique in the world and comes at just the right time on the market.

It was further indicated as well that it would also interest US banks and insurance companies. As a result, former CFO ANDY FRANCOMBE also switched from Coca Cola to CV and, as CFO at the company's board, became responsible for the stock market preparation process. In addition to many other positive aspects, I have been particularly impressed by the fact that CV is a honest, decent and very interesting company.

So I asked many of my friends and acquaintances if they could be interested to provide and contribute with capital. As you are well aware I not only had a positive response but were also able to raise a significant amount of funds.

From July 2016 to February 2017, I provided a total of **$ 661,912** to CV, with four shareholders directly paying in a total of $ 340,912, and the remaining 29 consolidated shareholders paying thru myself since the individual amounts were considered to be too low for one direct and seperate payments. This amount totaled to **$ 321,000**. These funds had to be transferred always under time pressure, but were always executed on time.

After the planned IPO was postponed reasonably due to the presidential election in Nov. 2016, nothing concrete happened in the following months of 2017. This should have been changed as the board members met in June 2017 in Dubai, but the contrary became fact. After Dubai communication broke almost completely down. In the following months / years I was informed by DANIEL KÖCHLER that CARL WEIR had left the company as CEO and was replaced by RALPH HORNE.

14

With him I maintained still lively written contact until the end of 2017 and asked for documents of the shareholders' meeting and a balance sheet for the shareholders. I never received anything of both.

In mid-2018, I heard that RALPH HORNE had also left to work as CEO for CV. Also the much vaunted CFO ANDY FRANCOMBE had meanwhile left the company. Thereafter, the information via DANIEL KÖCHLER became less and lesser, until he informed me that he is not receiving information from CV anymore. He only knew that CV did get a world patent for the face recognition system and assumed that CV could pay back the deposits of all shareholders.

So far as to the introduction:

Only through my personal connections and my good relationship with most of the shareholders involved, I so far always managed to reassure them with the information provided to me, and which at this point stopped working at all. By breaking off all communication and personal relationship it looks like you no longer care about CV's shareholders, as well as not having any intention of paying them back the invested amounts.
Since there was never any control for the funds, the shareholders now have to assume that CV was acting fraudulently!

Therefore this letter is your last chance to arrange the repayment of all the funds to the shareholders by settling the matter out of court. If you fail to comply within the undermentioned grace period of time, the shareholders will file a joint lawsuit with the Federal Authorities in the US against you.

Then it shall turn out where CV and you as the personal recipient of respective funds allocated the fraudulently obtained amounts from shareholders, and also for what they were actually spent for.

The shareholders are giving you herewith a deadline to return the funds in full by <u>end of September 2019 latest</u>. Also be advised that the shareholders claim compensation for accrued interest for a period of three years, since it has to be assumed you have easily doubled their capital with other investment opportunities during the same period.

Best regards from Germany

Bernd H. Koehler

Anlage(n) / enclosures(s):

14



Monex 247 <monex247@gmail.com>

## As we discussed and agreed this morning

David Cohen <davidcohenfamily@hotmail.com>   Wed, Sep 25, 2019 at 2:52 PM
To: Monex 247 <monex247@gmail.com>

Hi Marcus,

It was great to speak with you earlier and I hope you had a productive day.

As we discussed, I'm glad we finally have a meeting of the minds on the option payment structure and our goal now is to move expeditiously on getting this transaction closed.

As we agreed this morning, the buyer would pay $150,000 for the first 4 months (of option) and then extend for $50,000 per month for the ensuing 3 months which would be a total of 7 months, which is much more in line with the original timetable you felt comfortable with.

Attached is the agreement with Jack and me. We simplified it into one agreement to make it easier but left all the terms and structure intact. At your request we also made it governed by Texas law.

Let's get it signed tomorrow so we can get the buyer engaged and started in the process so we can get the transaction closed ASAP. Based on the people involved I know they are the right buyer.

Regards

-david

David A. Cohen



Consulting Agreement for Andrade Final.pdf
574K

15



September 26, 2019

*Via FedEx Tracking No. 776352120850*
*And Email to hassokoehler@gmx.de*

Bernd-Hasso Koehler
Pirschweg 25
D-26160 Bad Zwischenahn

    Re:    Response to Re-Payment of Stock Deposits Letter and
               Litigation Hold Notice

Dear Mr. Koehler:

        This law firm represents Marcus Andrade and Fintech Fund, FLP (collectively my "Client"). This correspondence is in response to your letter dated September 9, 2019. As my Client is represented by counsel, please direct any further correspondence regarding this matter to my attention. If you are represented by counsel, please have them contact me.

        As a preliminary matter, your letter contains information that is wholly inaccurate, and you have provided no facts to substantiate any of the allegations contained therein. My Client was a shareholder of Check Pal Ltd., formally known as CrossVerify ("CV"). My Client was not a member of the board of directors at the time you purchased shares, and has not been a member since December 15, 2016. My Client had no obligation to loan money to CV, but did loan money well in excess of the amounts listed in your letter to CV. The board of directors, including your partners, agreed to repay these loans to my Client, but has failed to do so at this time. Rather, CV currently owes my Client funds well in excess of the amounts listed in your letter for said loans.

        Furthermore, as you are aware, my Client has legal action pending in the Fifth Circuit Court of Appeals and in Federal District Court in the Southern District Texas against Ralph Horne under civil action number 4:18-cv-1125. This litigation concerns the theft of intellectual property by former officers and directors of CV, with whom I believe you are acquainted[1], and will likely be proceeding in the coming months. It is anticipated litigation will continue to involve Mr. Horne, as well as additional members of the CV team referenced in your letter. Please also remember the liquidated damages clause in the Software Distribution and Master License Agreement between Fintech Fund, FLP and CV pertaining to unethical conduct by CV lists damages in the amount of $100 million dollars per occurrence. My client has reason to believe there have been several occurrences of fraud that have been perpetrated by members of the CV board of directors. My client reserves the right to litigate these claims against you, your partners, the entire CV board and shareholders of CV to recover the loans made and damages for

---

[1] See email correspondence attached.

BHOJANI LAW, PLLC
1431 Greenway Drive Suite 155
Irving, Texas 75038

www.bhojanilaw.com

Phone: (972) 786-6888
Fax: (888) 681-2871
patrick@bhojanilaw.com

16

Bernd-Hasso Koeler
September 26, 2019

his remaining claims.

With that said, and pursuant to the rules of the court, <u>this correspondence shall also serve as a formal litigation hold notice to you</u>. You are required and you will direct your officers, directors, and agents to take all reasonable steps to identify all hard copy and digitally maintained filed (i.e. electronic records) that contain documents that may be relevant to the case, including but not limited to communications with Daniel Koechler, Richard Naimer, and Jack Abramoff, and any information relating, directly or indirectly, to my Client, CV, Fintech Fund, FLP, Jack Abramoff, Richard Naimer, Darren Winczura, Andy Francombe, Ralph Horne, Carl Weir and Daniel Koechler. The electronic records that must be maintained include, but are not limited to, electronic mail; electronic files of all types (Microsoft Word, Excel, Adobe, etc.); recordings of telephone calls or meetings; voicemail messages; video tapes, and audio tapes. Failure to do so could result in sanctions being issued by the court that could seriously harm my Client's ability to defend the case. Therefore, it is imperative that you take all steps to prevent the automatic, intentional or accidental destruction of this information and data, including attorney-client privileged communications. You must IMMEDIATELY HALT all routine housekeeping or deletion efforts that could modify or destroy all electronic records/electronically stored information and hard copy documents, including records that may have been generated on your home computer and handheld devices.

Be further advised that any new hard copy or electronic records received or created after the date of delivery of this letter that are relevant to this matter are not to be destroyed and you must take the appropriate steps to avoid the destruction of such documents. Please preserve all electronic records in the form in which they currently exist until further notice. IT IS IMPERATIVE THAT YOU RETAIN THE DOCUMENTS IN THEIR ORIGINAL ELECTRONIC FORM. It is not sufficient to print electronic records and retain paper copies. Other information may be identified as our investigation of the matter continues.

Please return a signed copy of this notice letter prior to October 3, 2019, confirming that you have received it and understand the instructions that you have received. If you do not complete any of the above described actions, my Client intends to exercise all remedies available to it as enumerated above, including further legal action against you. My Client's attorney's fees will increase substantially if further legal action is required due to your inability to respond, and your prompt action to resolve this matter is again strongly encouraged.

Please also note that your obligation is ongoing and you should not delete or modify these files until you receive written notice from me that you are no longer under a duty imposed by the court to preserve these records. I understand that these requirements may create a burden for you and I am prepared to discuss with you any questions or concerns that you may have. I appreciate your cooperation in this matter.

# Fwd: Lawyer

Received: Sunday, September 29, 2019 1:18 PM

From: Darren Winczura darrenwinczura@gmail.com

To: amlbitcoin@protonmail.com

---------- Forwarded message ----------
From: **Darren Winczura** <darrenwinczura@gmail.com>
Date: Sun., Sep. 29, 2019, 14:12
Subject: Lawyer
To: <almbitcoin@proton.com>

Marcus Andrade

About 3 weeks to a month ago, Jack Abramoff contacted me in regards Marcus Andrade. He stated that he had a possible buyer for aml bitcoin and its assets including all patents but Marcus was reluctant to make the deal. He wanted me to talk to him to encourage the deal which Marcus at the time was reluctant to do. On a later date Jack Abramoff encouraged me to hire a lawyer to proceed with action against and pressure Marcus Andrade for the money that was owed to me. He also said he would have Richard contract Daniel to encourage him to do the same. Jack and I have talked maybe 10 to 20 times on how I was making out with getting a lawyer.

Darren Winczura

17



**McNamee Hosea**
Attorneys & Advisors

McNamee Hosea
888 Bestgate Road, Suite 402   o 410.266.9909
Annapolis, Maryland 21401       f 410.266.8425

mhlawyers.com

Kevin M. Elden, Esquire
Admitted in Maryland

Email: KElden@MHlawyers.com
Direct Dial: Extension 310

October 2, 2019

<u>Via First Class Mail and Email</u>

NAC Foundation, LLC
7495 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
Attn: Marcus Andrade, Founder

<center><u>Demand for Payment</u></center>

Dear Mr. Andrade,

I am writing on behalf of Halogen Communications ("Halogen") with respect to monies owed for services rendered. It is my understanding you are not represented by counsel in this matter. If you are in fact represented, please forward me your attorney's contact information and I will reach out directly.

Please be advised that NAC, and its subsidiaries or affiliates, specifically DITN/Crossverify, owe Halogen and its subcontractor a total amount of £198,076.07. This number is as of approximately September 30, 2019, and will continue to accrue interest until paid in full. Invoices are enclosed for reference and a breakdown of these fees is below.

Halogen Communications:

November fee £13, 312.48 x 8.75% monthly interest (x 10 months) = £11,648.42
December fee £12, 390.73 plus monthly interest (x 9 months) = £9757.70
January fee £13, 601.91 plus monthly interest (x 8 months) = £9521.33
February fee £10, 000 plus monthly interest (x 7 months) £6125

Total = £86, 357.57

Angela Knight:

October fee £12,500 x 8.75% = £13, 593.75, one month interest = £1093.75.

Additional fees for non-payment since October 2018= £12500 plus £12,031 in interest payments (x11 months).
November fee £12,500 plus £10.937.50 in interest payments (x 10 months)
December fee £12, 500 plus £9, 843.75 in interest payments (x 9 months)

McNAMEE, HOSEA, JERNIGAN, KIM, GREENAN & LYNCH, P.A.

18

January fee £12,500 plus £8750 in interest payments (x 8 months)
February fee £12,500 plus £7656.25 in interest payments (x 7 months)

Total = £111,718.50

The total amount owed to Angela Knight CBE and Halogen Communications as of September 30, 2019 is £198.076.07. Please remit payment to Halogen directly within five (5) days of receipt of this latter. Otherwise, Halogen will exercise any and all rights with respect to collection.

I appreciate your prompt response and attention to this matter.

Thank you,

Kevin M. Elden

Enclosures
cc: Mr. John Crawford

18

📎 **Demand for Payment- Halogen Communications.PDF**
1236K

---

**Marcus Andrade** <ceo@amlbitcoin.com>  
To: amlbitcoin@protonmail.com  

Wed, Oct 2, 2019 at 1:45 PM

[Quoted text hidden]

--

Marcus Andrade, Founder  
NAC Foundation, LLC  
7495 W. Azure Drive, Suite 110  
Las Vegas, Nevada 89130  
Office: 1-702-515-4038

---

📎 **Demand for Payment- Halogen Communications.PDF**
1236K

---

**Marcus Andrade** <ceo@amlbitcoin.com>  
To: "Lea M. Hackner" <lhackner@mhlawyers.com>, Raymond Robertson <raymond@halogencom.com>, Angela Knight CBE <angelaknightcbe@gmail.com>  
Cc: "Kevin M. Elden" <kelden@mhlawyers.com>, "john@halogencom.com" <john@halogencom.com>

Wed, Oct 2, 2019 at 10:11 PM

Kevin Elden,

Your letter is nothing more than a fishing expedition. Your client is participating in an extortion attempt which has nothing to do with the alleged invoices. I do not owe that money. This is about tens of millions of dollars in extortion monies that your client is trying to get a piece of.

Your client is nothing more than a puppet for Jack Abramoff.
https://www.buzzfeednews.com/article/jasonleopold/maria-butina-paul-erickson-suspicious-bank-money-russia

"Surviving Abramoff, Russian Collusion, & Halogen Communications, The AML BITCOIN Story." Its going to be a damn good documentary.

I look forward to the opening of the Pandora's box. It is time for the world to know what all happened with the AML BITCOIN and how Jack Abramoff controls Halogen.

Per Rule 26 of the Federal Rules of Civil Procedure and local analogs, you are directed to have your client preserve all records, written or otherwise, germane to this matter including without limitation to Jack Abramoff, Richard Naimer, Raymond Robertson, Angela Knight, Nigel Quantick, DIT Network, LLC, DIT Network, LTD, AML BITCOIN, along with all communications with Anthony Scaramoochi. This includes communications both internal and external relating to anything directly or indirectly to 2030, This includes preservation of all call recordings, and any other correspondence with my team, former team, or any other person about any matter related to anything pertaining to myself or any entity that I am associated with or was in negotiations with. All mentioned items directly or indirectly pertaining to any of the individuals and companies mentioned,, must also be preserved. This preservation requests extends to all Halogen contractors and employees.

I will be in touch!

Marcus Andrade

19



Marcus Andrade <ceo@amlbitcoin.com>

## from Jack

Jack Abramoff <jack@abramoff.com>　　　　　　　　　　　　　　Sun, Oct 6, 2019 at 3:17 PM
To: Marcus Andrade <ceo@amlbitcoin.com>



MA letter.docx
19K

*20*

October 6, 2019

Dear Marcus,

My first preference is to have a face-to-face meeting with you, or even a phone call, but since it seems unlikely you would speak to me, I am writing this note to you. I realize that your reflex reaction will be to have your attorney inform me that I cannot communicate directly with you, and that is fine. I won't send you another letter, **but I sure hope you will take the time to read and consider this one first**.

To say that our relationship has become difficult would be a huge understatement. We, who were very close friends not a year ago, now seem at loggerheads. For the good of both of us, and our families and friends, I think we need to find a way to put our differences aside and work to complete the deal that this buyer is willing to present.

I am sad to think that someone who I considered my very best friend has convinced himself that I am trying to harm him, but we'll have to see if that can be repaired another day. Today, I feel we must act to save what could be the most vital and important transaction in both our lives.

Whether you feel you have been misunderstood or even wronged by people around you, the fact is that there are parties moving to sue you for fraud. I did not start them on this. They feel wronged, whether that is correct or not. Not only am I not in favor of these suits, particularly at this time when we have a potential deal on the table, but because of my intervention, Neil Sunkin has pulled back from his move to sue. Yes, I have spoken to Darren and John Crawford, mainly to keep them informed about the proposed sale – the most hopeful real development since this project commenced, other than the obtaining of the patents – but if I could influence them to slow down I would.

To imagine, as you do, that it is I who set these angry parties on their mission to get legal remedy for the funds they believe you owe them is just incorrect. These people gave you money or time, and believe they have written evidence of these debts, and are suing you, but again, these suits hurt me as much as they hurt you – with a potential big deal on the table.

1

20

You seem to be under the impression that I instigated these actions. Why in the world would I want such suits to move forward, especially now? Surely you are aware of the active FBI investigation about this project, which targets, among others, you and me personally, as well as the criminal IRS investigation? Do you think that fraud lawsuits from participants in the deal makes that better somehow for either of us? Trust me, it makes it far worse for everyone.

Also, my interest in this project is for these buyers to complete this purchase. That's it. I don't care whether the people who think you owe them money prevail or fail. It does not change my financial or personal situation at all. So, having them complicate what is already a hugely complicated transaction would be beyond idiotic. I only want this sale to go through and for me to get my percentage. That's it.

The reality of your situation is that you have too many people who have been involved with you (from the start) who are angry, want restitution and are moving forward with legal actions (even one is too many). If we find a way to move forward, I will be the most active person to get them to slow down, believe me.

We also have an active Justice Department investigation to deal with that threatens to cost us each a fortune (trust me, I've been through this - it costs at least a million dollars to navigate even false allegations). Do you have that kind of money? These angry parties around this deal are kindling for their attacks.

If the government proceeds to charge you, particularly with tax issues, they are likely to initiate an asset forfeiture, and will almost certainly take the patents, forever killing all of this. Once they take the assets, they are free to sell them or to just hold them. Google it. They are in charge, once that happens. If they fail on asset forfeiture (and they rarely do), they will still proceed to try to grab the assets if they are able to get a conviction, or a plea. Hopefully none of this will happen, but you need to know the lay of the land and consider how they act.

In addition, there are legions of coin holders who cannot be thrilled with how the project has progressed. How long before the federal government enlists their participation in the attacks? We already know that the FBI

2

20

agents are doing everything they can to destroy the project. These folks will only add fuel to that fire.

We both know that there are nowhere near the amount of funds you would need to make this project work or defend from the potential torrent of legal attacks. With the rocky history of this endeavor, and what you would be required to reveal about the federal investigation to prospective investors, you are not likely to find new money – at least not with excruciatingly bad deal terms for you.

The hope that -- in the future -- you will be able to auction off the patents, or that another white knight buyer will ride into this picture is faint, but not impossible. But can you really hold on that long? Perhaps you feel you can, but if I were you I would take a cold, hard look at reality and realize that the group I am bringing to the table is likely to be the only salvation.

With a huge payout, you will be able to pay all your investors back with a profit. You will be able to pay all vendors' bills, including the law firms you owe money to. You will be able to buy out all the coin holders, obviating any potential future retroactive SEC action. You will be able to hire and pay a serious criminal defense attorney to fight back against the federal attacks. And you will have enough money to be a rich man, and take care of your family, for the rest of your life.

Why wouldn't you do this deal?

It seems that you don't want to do it because you incorrectly perceive me as harming you. Dammit Marcus, I am the one helping you! I always have been there for you. You just got it into your head that I am the enemy for some ridiculous reason.

After you rejected my claim to the fifty-fifty split I was operating under for several years, we negotiated for me to get 30% as recompense for bringing this deal to you. Now because you have convinced yourself that I'm out to get you, you are pulling out of that arrangement. I strongly urge you to reconsider this. This deal will not happen if David and I don't receive the percentages you agreed to. Period.

3

20

Perhaps one day you and I can have a chance to meet and air all the grievances you have with me, and I will be able to show you that these are borne from suspicion and paranoia, not reality. Perhaps not.

But if you pass on this deal, it won't be coming back. At least not in time to be the savior for you. I strongly urge you to push aside your thoughts of conspiracy and suspicion, and do this deal the way we agreed.

The buyers are not going to wait around much longer. Frankly, if we cannot strike our deal very soon, I am going to have to tell them the deal is off, that you are not interested in moving forward. Even if I didn't, they will likely pull out soon, because they have been waiting far too long. Frankly, they cannot understand why our side it taking so long for what, by any standard, is a huge offer.

It's your choice. I hope you make the choice that will secure both our futures – and not the one that is likely to lead to disaster, hatched from misconceptions and baseless suspicions.

Please let me know. Thanks.

Yours,

Jack

20