Case 3:20-cr-00249-RS    Document 777-8    Filed 10/06/25    Page 1 of 1

Case 3:20-cr-00249-RS    Document 777-8    Filed 10/06/25    Page 1 of 1

PLACE HOLDER

EXHIBIT D-3

DIGITAL IDENTITY TECHNOLOGY GOV. THEFT PDF.