# Zartman, Brendon (SF) (FBI)

| | |
|---|---|
| **From:** | Ward, David (USACAN) <David.Ward@usdoj.gov> |
| **Sent:** | Friday, November 1, 2024 2:28 PM |
| **To:** | Highsmith, Christiaan (USACAN); Chou, Matthew (USACAN); Zartman, Brendon (SF) (FBI) |
| **Subject:** | [EXTERNAL EMAIL] - FW: [EXTERNAL] Marcus Andrade Case |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Email to me from Melissa Foteh.

---

**From:** Melissa Foteh <melissafoteh@gmail.com>
**Sent:** Friday, November 1, 2024 1:35 PM
**To:** Ward, David (USACAN) <DWard@usa.doj.gov>; Melissa Foteh <melissafoteh@gmail.com>
**Subject:** [EXTERNAL] Marcus Andrade Case

Hi Mr. Ward,

I'm writing to you in a state of exhaustion and distress. I testified in the Marcus Andrade Grand Jury trial in November 2019—I was coerced into doing that by the FBI and highly traumatized because of it. I was in such a bad state after, that I even wrote an email in late December 2019 to Ethan Quinn, the agent that I was working with, stating that I can no longer help with this case and doing so has negatively affected my wellbeing.

When the FBI approached me in early 2019, I was highly traumatized from dealing with Marcus. I was in a vulnerable state, had depression, and was traumatized—and the FBI knew that. The FBI said they needed only one meeting with me. I agreed to one meeting. I also said that I refused to do anything related to court—and the agent said ok. I didn't agree to anything else aside from that one meeting. But I was forced to testify in front of the Grand Jury. I told the agent that it would be traumatic for me, but was told that I could be arrested if I didn't comply.

Now five years later—I still have horrific PTSD from dealing with this, but now it's even worse. I was subpoenaed in person on 10/17/24 to testify in the trial and have had five sessions with my therapist since then, and two more scheduled for next week. My PTSD is so bad that I emailed the FBI over the next three days after being subpoenaed and during trauma responses saying I can't help them and explained in detail my PTSD and that I can't testify because of it. I even called the Victim-Witness-Assistance phone number on 10/25 and spoke to Janie. I was explaining to her the depth of my PTSD and the situation, and that I was calling to ask if someone would help advocate for me. Janice asked me for my name and once I gave it to her, the tone in her voice changed to not so nice, and I was told that the US Attorney or FBI Agent will be contacting me and everything I'm telling her will be reported.

And if I hadn't been put through enough from this—FBI agents have been stalking me day and night. Here are some incidents of this:

1

- The woman that served me the subpoena has been following me—even to the extent that she was on the roof of the parking garage where I live around midnight on Sunday, 10/27, with her car reverse parked in a corner, watching and clearly waiting for me to get there. I find it interesting that this agent was at the roof where I live, where my neighbors and I go to socialize and enjoy the view, and the agent was there at that exact time. Even if she were trying to look for me, why the roof- and at midnight? It's obvious that she knew I would be there. What's interesting is that it was a spur of the moment decision for us to go to the roof, so she must have been listening to our conversation.

- Earlier that day on 10/27, the same agent followed me while I was running errands.
- The next day, 10/28, an agent went to watch me elsewhere and drove up quickly in front of the driveway I was standing at—and stayed there for one minute-watching me, in an intimidating manner. That agent clearly wanted to scare me. How did they know I would be there and outside at that exact moment?
- And it's obvious that the incident on 10/28 was intended to scare me and for me to know that I was being watched. It's obvious they were sending me to some type of message. What I don't understand is why.

Could you please let me know why agents are stalking me? I hope it isn't retaliation because of my emails and saying I can't testify because of my PTSD.

My mental and corresponding physical health has been affected horribly by this yet again and I have to advocate for myself. And now there's an added layer of concern, as I certainly don't feel safe with how I've been treated with the stalking.

I cannot keep sacrificing my health and well-being for this. I'm shocked that your team does not seem to care or attempted to make a concession for me, even after I've detailed this issue in several emails (which I'll forward to you, if you'd like) and also shared this issue in 2019, including after my Grand Jury testimony. My reaction to this subpoena should not have come as a surprise since I already informed the agent that I can't help anymore due to my well-being. I'm tired of speaking up and being gaslit. This happened in 2019 and it's happening now again, and it's not ok. It's not ok for me to be used as collateral damage for this case and I cannot do it again. I'm tired of being taken advantage of- manipulated-coerced-gaslit-stalked, forced, etc, etc.

I understand you're fighting for justice, but where's the justice when you are knowingly forcing someone else to harm their health in the process. My PTSD is too severe for me to deal with this again. I'm exhausted. I spent hours upon hours helping the FBI in 2019, and at the expense of my health. I didn't sign up to keep getting traumatized over and over again by this. I don't believe that I am capable of dealing with this again. I implore you to please understand where I'm coming from and to respect that I cannot put myself through this again and have even more years of PTSD from this. Mr. Ward. please let me know how I can further expand on this if needed or what concessions are available, or If you'd like to have a Zoom meeting with my therapist and I or what I could do for this. I can't even bear the thought of stepping foot in San Francisco again I'm so traumatized by all of this, and it used to be one of my favorite cities, if that provides an even better example of my trauma level. I greatly look forward to your response.

Respectfully,

Melissa Foteh

**From:** Melissa Foteh <​█████████████████​>
**Sent:** Thursday, January 30, 2025 11:25 AM
**To:** Boersch, Martha (USACAN) <Martha.Boersch@usdoj.gov>
**Cc:** Mark Goldrosen <marksgoldrosen@gmail.com>
**Subject:** [EXTERNAL] Marcus Andrade Case

Hi Ms. Boersch,

I'm on the witness list for the Marcus Andrade case, set for next month. I have severe PTSD due to this situation and have been on a decline with my health since the FBI contacted me in May 2024 to inform me that the case was moving forward, which has severely intensified since being subpoenaed in October 2024. I'm writing to you in a severe state of distress. When I spoke with the FBI in early 2019, it was under the stipulation that I would not be participating in anything related to court. However, I was coerced into a Grand Jury testimony in late 2019, which caused me severe PTSD. I do not believe that I am physically or mentally capable of testifying and doing so would be highly disastrous for my health, even more than this situation already has. After I was subpoenaed, I told the FBI that I couldn't testify, and then I was stalked by them.

I've been working with Mr. Mark Goldrosen who has been helping me in this matter. We've spoken with Mr. Ward about accommodating this situation, however unfortunately even due to the severity of this, I'm being told I must go to San Francisco to testify. I'm so traumatized by this situation that I don't even know how I'll be able to get on a plane to testify. Ms. Boersch, I kindly ask that you please see the below emails that I've sent to Mr. Ward detailing this situation, including what I've unfortunately dealt with and the traumatic effects this has caused me. I've been going to therapy twice a week due to this court case, and have had ongoing severe panic attacks, which frequently leave me in a minimalized, debilitating state.

I've been diagnosed with chronic PTSD and severe generalized anxiety disorder. My PTSD is so severe, which I've tried conveying, also getting a note from my therapist about how badly this court case has affected me, and will continue to if I were to testify.

Ms. Boersch, I kindly ask for your help. I ask you to please have me removed from the witness list altogether. If I can't, I ask for remote testimony, although the former would be ideal. I know Mr. Ward and your accompanying legal team are first rate and will win no matter what. With that, I have a very hard time believing that simply removing one person due to health reasons from the witness list would make or break this case.

Thank you in advance for your time and consideration.

Respectfully,
Melissa Foteh


---------- Forwarded message ---------
From: **Melissa Foteh** <████████████████>
Date: Thu, Jan 23, 2025 at 4:44 PM
Subject: Fwd: Video
To: <david.ward@usdoj.gov>


Hi Mr. Ward,

I know you said that I wasn't stalked by the FBI, as I stated in my previous email along with accounts of specific incidents. I would like to share proof of the stalking. Please see the attached video and images. Please note, the video has been lightened in color to show clarity. The woman stalking me in this video from 10/28/24 is the same woman that subpeonaed me on 10/17/24. You could see in the video that she was taking pictures of me. This stalking incident occured roughly 12 hours after another stalking incident, where this woman trespassed private property to creepily watch me in the parking garage where I live at midnight. As I mentioned before, there's no way this woman would've known where I would be, because going to the roof of the parking garage was a spur of the moment decision, with maybe a ten minute lead time. This, along with other stalking incidents, leads me to believe that I had to have been tapped. I have been in such distress due to being stalked and it has exasperated the existing PTSD that I have from this situation.

I plan to file a complaint agsinst the FBI for the stalking. With this, I'll also work with Houston law enforcement to capture footage of other stalking incidents that I unfortunately endured from the FBI between 10/17/24-10/28/24.

I made it very clear to the FBI that I couldn't testify due to reasons previously stated, and then I was stalked. I perceive this stalking and harassment as acts of intimidation and retaliation, and I find it very threatening. I've been entirely uncomfortable since the stalking, not knowing what will happen next, if I don't fall in line with what the FBI would like. With this, I do not feel safe or comfortable whatsoever traveling to San Francisco for this case. I have been deceived and lied to by the FBI, and then stalked when I said I couldn't testify. I'm also highly concerned about my safety in general, including dealing with

possible retaliation, stalking, intimidation, or other events that may occur if I'm in San Francisco. I'm highly concerned and do not feel safe. I especially don't feel uncomfortable with the thought of testifying and the answers not being what the FBI would like. I don't want to know what they would do to me then.

I also would like to note, in May 2024 I was contacted by an FBI agent whose name I believe was Kate or Katie from the San Francisco office, and she called to tell me that this case was going to trial. I preceeded to tell her that I have PTSD from this situation and it's from helping the FBI, and she laughed at what I said. In fact, she laughed at mostly things I said during the call.

I'm concluding that the stalking instructions in Houston stemmed from the San Francisco office, which is another reason I do not feel comfortable going to testify in person.

I also want to note, I find it really horrifying that the FBI stalked me, knowing I have PTSD. Stalking someone who has PTSD is harmful in many ways, which I'm sure the FBI is aware of. Due to this and specific items mentioned above, it's reasonable that I would assume the stalking was intended to harm me.

I'm sure you could understand that I'm not feeling comfortable in this treacherous situation. I kindly ask that you offer compassion and consideration by either removing me from the witness list altogether, or allowing me to testify remotely using a psuedonym. I worry that my safety is in jeopardy and due to the nature of the situation including this being whisteblowing, I feel that these requests are justified.

Also, please note that I have many other videos of this stalking event, including other angles of view, which I will be providing along with the complaint.

Respectfully,
Melissa Foteh


---------- Forwarded message ---------
From: **Melissa Foteh** <█████████████████>
Date: Tue, Dec 17, 2024 at 8:50 PM
Subject: Re: Marcus Andrade Case
To: <david.ward@usdoj.gov>, Melissa Foteh █████████████████

Mr. Ward,

I have not received a response to this email, nor any correspondence further, aside from hearing about me getting a public defender today.

The FBI knows that I have PTSD from dealing with them. They also know that Marcus had me stalked in 2018, and that was traumatizing for me.

There are many reasons I have to believe that the FBI is purposefully trying to harm me. By stalking me in October (I only listed select stalking incidents in my prior email, there were more) and knowing that I have PTSD from them and had prior trauma from the Marcus stalking, it leads me to believe this was intentionally malicious and harmful towards me. That's not even including the details of the stalking.

3

I find this situation to be highly abusive, and it is continuing to severely harm me.

The message that I got from the FBI stalking me is that if I don't fall in line with what they want, they will do things to try and further harm me. I have repeatedly said that I have PTSD from dealing with this. I do not feel comfortable going to San Francisco. If I don't answer how they'd like, what else would they do to me? I don't feel safe or comfortable due to how I've been treated. I don't know how many times or different ways I could communicate this.

Could you please let me know why its so critical that I be a witness?

I have gone through so much from this and I am exhausted. It's not ok to put people through this.

Could I provide a deposition or whatever is needed in Houston in my therapist's office where I feel safe and comfortable?

Please know that I don't even recall my grand jury testimony because I disassociated. And more than likely, I was probably still inebriated from the night before. I don't remember. I've said this over and over again all through 2019, and I'll say it again, "I'm not cut out for this." Stress and trauma is not good for me. I'm at the point right now where I'm worried that I will have a stroke or some other type of severe health issue from all of this.

I'd really appreciate if you'd please communicate with me. Why do I need a public defender? How can I be done with this situation finally for good, in the healthiest and best way possible? I did not sign up for years of this.

Please help.

Respectfully,
Melissa Foteh


On Fri, Nov 1, 2024 at 3:34 PM Melissa Foteh <█████████████████> wrote:
> Hi Mr. Ward,
>
>
> I'm writing to you in a state of exhaustion and distress. I testified in the Marcus Andrade Grand Jury trial in November 2019—I was coerced into doing that by the FBI and highly traumatized because of it. I was in such a bad state after, that I even wrote an email in late December 2019 to Ethan Quinn, the agent that I was working with, stating that I can no longer help with this case and doing so has negatively affected my wellbeing.

When the FBI approached me in early 2019, I was highly traumatized from dealing with Marcus. I was in a vulnerable state, had depression, and was traumatized—and the FBI knew that. The FBI said they needed only one meeting with me. I agreed to one meeting. I also said that I refused to do anything related to court—and the agent said ok. I didn't agree to anything else aside from that one meeting. But I was forced to testify in front of the Grand Jury. I told the agent that it would be traumatic for me, but was told that I could be arrested if I didn't comply.

Now five years later—I still have horrific PTSD from dealing with this, but now it's even worse. I was subpoenaed in person on 10/17/24 to testify in the trial and have had five sessions with my therapist since then, and two more scheduled for next week. My PTSD is so bad that I emailed the FBI over the next three days after being subpoenaed and during trauma responses saying I can't help them and explained in detail my PTSD and that I can't testify because of it. I even called the Victim-Witness-Assistance phone number on 10/25 and spoke to Janie. I was explaining to her the depth of my PTSD and the situation, and that I was calling to ask if someone would help advocate for me. Janice asked me for my name and once I gave it to her, the tone in her voice changed to not so nice, and I was told that the US Attorney or FBI Agent will be contacting me and everything I'm telling her will be reported.

And if I hadn't been put through enough from this—FBI agents have been stalking me day and night. Here are some incidents of this:

- The woman that served me the subpoena has been following me—even to the extent that she was on the roof of the parking garage where I live around midnight on Sunday, 10/27, with her car reverse parked in a corner, watching and clearly waiting for me to get there. I find it interesting that this agent was at the roof where I live, where my neighbors and I go to socialize and enjoy the view, and the agent was there at that exact time. Even if she were trying to look for me, why the roof- and at midnight? It's obvious that she knew I would be there. What's interesting is that it was a spur of the moment decision for us to go to the roof, so she must have been listening to our conversation.

- Earlier that day on 10/27, the same agent followed me while I was running errands.
- The next day, 10/28, an agent went to watch me elsewhere and drove up quickly in front of the driveway I was standing at—and stayed there for one minute-watching me, in an intimidating manner. That agent clearly wanted to scare me. How did they know I would be there and outside at that exact moment?
- And it's obvious that the incident on 10/28 was intended to scare me and for me to know that I was being watched. It's obvious they were sending me to some type of message. What I don't understand is why.

Could you please let me know why agents are stalking me? I hope it isn't retaliation because of my emails and saying I can't testify because of my PTSD.

5

My mental and corresponding physical health has been affected horribly by this yet again and I have to advocate for myself. And now there's an added layer of concern, as I certainly don't feel safe with how I've been treated with the stalking.

I cannot keep sacrificing my health and well-being for this. I'm shocked that your team does not seem to care or attempted to make a concession for me, even after I've detailed this issue in several emails (which I'll forward to you, if you'd like) and also shared this issue in 2019, including after my Grand Jury testimony. My reaction to this subpoena should not have come as a surprise since I already informed the agent that I can't help anymore due to my well-being. I'm tired of speaking up and being gaslit. This happened in 2019 and it's happening now again, and it's not ok. It's not ok for me to be used as collateral damage for this case and I cannot do it again. I'm tired of being taken advantage of- manipulated-coerced-gaslit-stalked, forced, etc, etc.

I understand you're fighting for justice, but where's the justice when you are knowingly forcing someone else to harm their health in the process. My PTSD is too severe for me to deal with this again. I'm exhausted. I spent hours upon hours helping the FBI in 2019, and at the expense of my health. I didn't sign up to keep getting traumatized over and over again by this. I don't believe that I am capable of dealing with this again. I implore you to please understand where I'm coming from and to respect that I cannot put myself through this again and have even more years of PTSD from this. Mr. Ward. please let me know how I can further expand on this if needed or what concessions are available, or If you'd like to have a Zoom meeting with my therapist and I or what I could do for this. I can't even bear the thought of stepping foot in San Francisco again I'm so traumatized by all of this, and it used to be one of my favorite cities, if that provides an even better example of my trauma level. I greatly look forward to your response.

Respectfully,

Melissa Foteh

| | |
|---|---|
| **From:** | Melissa Foteh <██████████> |
| **Sent:** | Friday, October 18, 2024 10:34 AM |
| **To:** | Quinn, Ethan A. (SF) (FBI) |
| **Cc:** | Zartman, Brendon (SF) (FBI) |
| **Subject:** | Re: [EXTERNAL EMAIL] - Re: Going Forward |

I will not be collateral damage for you anymore. If I get on the stand- I will say I don't remember for every question- because I don't remember. I am not of any use to you. Your subpoena is getting thrown away. How dare you do this to me- again?!!!! PTSD relapse yet again.and now I'm being talked about on the internet. Using and damaging people is not ok. Leave me alone. Not going. Not cooperating. What I've been out through because of you is sickening! There needs to be a PSA about how you treat people!

On Thu, Oct 17, 2024 at 6:07 PM Melissa Foteh <██████████@█████.com> wrote:
> So my family and I are now having to be embarrassed because of your agent now? I was visiting with my parents today and you subpoenaed me at their house and your agent apparently went to the wrong house beforehand. As If I weren't traumatized enough already. What did I do to deserve this? I told you I cannot help you. I don't even remember what happened when I worked for Marcus, that was years ago. Even if I were testifying, I couldn't help you. I don't remember anything. I'm in therapy at a grief counseling center. I don't remember anything and I cannot help you. I reject the subpoena. Please stop harassing me. Omg. I'm horrified by how Ive been treated by you. People are questioning if your agent is a bounty hunter or if I'm being served a warrant or if it's a bail bonds person omg! For god sakes, leave me alone. I don't remember anything and I cannot help you. What you're doing and how you've treated me is not ok. This is abuse. Are you doing this on purpose to further harm me? That's what it seems like. I've already expressed that I have ptsd and anxiety and cannot help you and don't remember anything form working with him and this is what you're doing to me now? Mercy. I don't deserve this. Leave me alone already.

3:22 

 **Cinttia Ruiz**
West Branch · 2h ·

***Westbranch***This lady is looking for Melissa, Melissa? I don't even know but she give my address this lady 😂

She was so rude btw 😒

She asked if I was there bc I coulnd't hear her clea told her I wasn't home and she asks "what do you you are not here?!" Duh!! Exactly what that means dummy. She even asked me for my phone number call me wth no ma'am.

Maybe she got confused? There is 3 Laureldale St and Ct.



2

been treated by you.

On Wed, Jun 5, 2024 at 10:06 PM Melissa Foteh <███████> wrote:
You have done so much damage to me. I'm not a witness. I'm a victim of your organization. I imagine how I have felt and feel because of you is what cattle feel before being slaughtered. I have been living in hell the past few days yet again because of you. I haven't even been able to watch the news without hearing FBI and having a panic attack since I helped you in 2019!!! You'll are evil AF!!! Leave me the fuck alone.

On Sat, Jun 1, 2024 at 8:42 AM Ethan Quinn <eaquinn@fbi.gov> wrote:
Melissa,

I appreciate your message. I know being a witness in a criminal investigation is an unpleasant and trying experience for anyone.

We'll discuss with our prosecutors. I can assure you that the only reason you're being contacted is your role as a witness to a charged crime.

Ethan

---

**From:** Melissa Foteh ███████
**Sent:** Friday, May 31, 2024 11:49:27 PM
**To:** Quinn, Ethan A. (SF) (FBI) <eaquinn@fbi.gov>; Zartman, Brendon (SF) (FBI) <bzartman@fbi.gov>
**Subject:** [EXTERNAL EMAIL] - Re: Going Forward

Because of you, I have PTSD. You preyed on me when I was vulnerable- in a traumatic state- after dealing with Marcus- to become a witness. You said you only needed one meeting- well that was a most definitely a lie. You knew that I was in a trauma state. Yet, you continued to prey on me and manipulate and lie to get what you wanted. I spent hours upon hours helping you- to get crippling anxiety and PTSD and now you're coming back again to further harm me??? You coerced me to testify when I told you that it would be traumatic for me. You said you could arrest me and take me to court to testify if I didn't cooperate. Shame on you! It is absolutely inhumane how your organization treats people. I sent you an email in 2019 after testifying telling you that I had debilitating anxiety and could not help you anymore. And then you had the audacity to contact me again? Shame on you! This is purely inhumane. I'm actually now wondering if you are targeting me because I'm a Palestinian American? I'm not going to corporate this time- you will not get help from me. I will not subject myself to this again. This is pure abuse from your organization. You're just as bad as Marcus- actually you're worse. You claim to be the good guys- but you do not care what you do to people, as long as you get you want. Leave me the f alone. Katie's number will be blocked. I'm more traumatized by dealing with you than Marcus!

And- think about if you were to be treated this way. Absolutely despicable. You are just much of a con artist as Marcus is! Leave me the f alone. I will not be answering anymore communication. Shame on you.

On Fri, May 31, 2024 at 4:46 PM Melissa Foteh <███████> wrote:

3

Hello, Received a vm from your colleague Katie Taylor. I'm asking you to please leave me alone. I have generalized anxiety disorder and PTSD and I cannot help you. I refuse to be manipulated, coerced, or taken advantage of by your organization again. I do not care at all what happens with this case and I will NOT assist in any way.

On Thu, Dec 26, 2019 at 4:35 PM Quinn, Ethan A. (SF) (FBI) <eaquinn@fbi.gov> wrote:

> Hello Melissa,
>
> I apologize for the slow response, I was away fort he holidays.
>
> I'm sorry that you're still struggling.  Please take care of yourself.  With any luck, the recent trip San Francisco will be the last thing you will have to do regarding this case.  Please do the best you can to set this whole matter aside.
>
> Feel free to call me at 415-531-8252 if you have any other questions,
>
> Ethan
>
> **From:** Melissa ~~[redacted]@[redacted]~~>
> **Sent:** Monday, December 23, 2019 8:49 PM
> **To:** Quinn, Ethan A. (SF) (FBI) <eaquinn@fbi.gov>
> **Subject:** Going Forward
>
> Hi Ethan,
>
> I hope you're doing great. I wanted to let you know that if Marcus' case moves forward, I will not be able to assist in any capacity.
>
> I had severe/almost debilitating anxiety for three weeks after I came back from SF.

For my well-being, I will not be able to help in this case going forward. It's not good for me. The whole Marcus/AML thing was an incredibly traumatic event, and SF in my opinion was an absolute train wreck. I take my actions very seriously, and I can't even think about these events without having anxiety.

SF and the call after were triggers for me related to trauma that I hadn't dealt with. I'm now spending a lot of time, energy, and effort in various types of wellness practices and therapy sessions to move forward and release everything that I've dealt with, etc., and this will continue. I cannot let this case hinder my progress now or in the future. I cannot continue helping out if it were requested, because it would be at my expense and not in my best interest.

I'm letting you know the above including what I've been dealing with, solely so that you know where I stand and that I cannot participate going forward.

Thank you, Ethan.

Respectful and kind regards,

Melissa

5

# Zartman, Brendon (SF) (FBI)

| | |
|---|---|
| **From:** | Melissa ███████████████ > |
| **Sent:** | Monday, October 28, 2024 2:56 PM |
| **To:** | Quinn, Ethan A. (SF) (FBI) |
| **Cc:** | Zartman, Brendon (SF) (FBI) |
| **Subject:** | Re: [EXTERNAL EMAIL] - Re: Going Forward |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

The woman that subpoenaed me and a man who I presume is another one of your agents has been following (stalking) me day and night. I have footage of this and witnesses that have seen it. Why is this happening??

On Sun, Oct 20, 2024 at 1:19 PM Melissa Foteh ███████████████ > wrote:
I think you have enjoyed harming me and damaging me. I think you enjoy screwing with me and peoples lives. You claim you're trying to get justice- well I need justice as well. No one has protected me. You have used and abused me and created Heath and mental health problems for me that will continue harming me and have for years now. You have single-handedly screwed me over and are trying to continue to. You saw me as a traumatized naive vulnerable woman that you could lie to, manipulate, gaslight, take advantage of and coerce. My life has been ruined because of you. I even have adhd- which I was diagnosed with a couple years ago- where does that stem from? trauma! My nervous system has broken down because of all the stress and trauma. I can't even recall simple words. I've had to have a dictionary app on my phone so that I could recall different words for the past years. I haven't even been able to work full time since dealing with you and Marcus. I cannot even function like I used to. I do not remember working with Marcus. I should've been able to trust you. I told you I would have have one meeting with you and have nothing to do related to court. You said ok. You said nothing bad was going to happen to me- even though I told you I would be traumatized if I testified- and you saw how traumatized I was- well look what has happened to me. You gaslit me all through 2019 and now you're doing it again. Katie your agent laughed ate everything I said when I talked to her- when I said I have ptsd, that it's because of you, and even when I said that I'm a Palestinian American with family in the West Bank that could be killed at any minute- and Im in distress and don't have the capacity to help you. She laughed. Is it funny that I'm dealing with this? That you screwed me over and are continuing? When I emailed you and said that I have ptsd- you gaslit me. You said it's hard for everyone.

I'm tired of no one listening to me.

You didn't listen to me before when I told you this would be harmful for me and you're not now. I can't help you. I will be physically and emotionally entirely destroyed if testify and I won't be able to bounce back. I will not survive this. My ptsd is too severe. And it will not do you any good if I testify because I don't even remember.

I spent 2019 helping you so much I should've been on your payroll. I helped you- when you were screwing me over. I will not allow myself to continue suffering with my overall health because of you. I'm not competent to testify.

And you have created turmoil for both me and my family. As if we're not going through enough distress, you're now embarrassing my family and I with your agent and causing even more distress? Having your feisty agent show up with a giant gun to subpoena me? I'm shaken. Omg. It is shameful what you have done.

I won't be gaslit or harmed anymore. I am protecting myself by advocating for myself. It is not ok to try to get justice meanwhile completely harm other people. How is that justice?

Are you targeting me because I'm a woman or a Palestinian? Katie laughing at everything I said did not leave a good impression. I honestly think purposely you're targeting me and want to harm me.

Just leave me alone.  You've done enough.

On Fri, Oct 18, 2024 at 10:33 AM Melissa Foteh <█████████████████> wrote:
> I will not be collateral damage for you anymore. If I get on the stand- I will say I don't remember for every question- because I don't remember. I am not of any use to you. Your subpoena is getting thrown away. How dare you do this to me- again?!!!! PTSD relapse yet again.and now I'm being talked about on the internet. Using and damaging people is not ok. Leave me alone. Not going. Not cooperating. What I've been out through because of you is sickening! There needs to be a PSA about how you treat people!

On Thu, Oct 17, 2024 at 6:07 PM Melissa Foteh <█████████████████> wrote:
> So my family and I are now having to be embarrassed because of your agent now? I was visiting with my parents today and you subpoenaed me at their house and your agent apparently went to the wrong house beforehand. As If I weren't traumatized enough already. What did I do to deserve this? I told you I cannot help you. I don't even remember what happened when I worked for Marcus, that was years ago. Even if I were testifying, I couldn't help you. I don't remember anything. I'm in therapy at a grief counseling center. I don't remember anything and I cannot help you. I reject the subpoena. Please stop harassing me. Omg. I'm horrified by how Ive been treated by you. People are questioning if your agent is a bounty hunter or if I'm being served a warrant or if it's a bail bonds person omg! For god sakes, leave me alone. I don't remember anything and I cannot help you. What you're doing and how you've treated me is not ok. This is abuse. Are you doing this on purpose to further harm me? That's what it seems like. I've already expressed that I have ptsd and anxiety and cannot help you and don't remember anything form working with him and this is what you're doing to me now? Mercy. I don't deserve this. Leave me alone already.

3:22

 Cinttia Ruiz
West Branch · 2h · 🌐

\*\*\*Westbranch\*\*\*This lady is looking f[or] Melissa? I don't even know but she giv[es] this lady 😂

She was so rude btw 😒

She asked if I was there bc I coulnd't h[ear] told her I wasn't home and she asks "w[hy] you are not here?!" Duh!! Exactly what dummy. She even asked me for my pho[ne to] call me wth no ma'am.

Maybe she got confused? There is 3 L[a] and Ct.

3

been treated by you.


On Wed, Jun 5, 2024 at 10:06 PM Melissa Foteh <████████████████> wrote:
> You have done so much damage to me. I'm not a witness. I'm a victim of your organization. I imagine how I have felt and feel because of you is what cattle feel before being slaughtered. I have been living in hell the past few days yet again because of you. I haven't even been able to watch the news without hearing FBI and having a panic attack since I helped you in 2019!!! You'll are evil AF!!! Leave me the fuck alone.


On Sat, Jun 1, 2024 at 8:42 AM Ethan Quinn <eaquinn@fbi.gov> wrote:
> Melissa,
>
>   I appreciate your message. I know being a witness in a criminal investigation is an unpleasant and trying experience for anyone.
>
> We'll discuss with our prosecutors. I can assure you that the only reason you're being contacted is your role as a witness to a charged crime.
>
> Ethan
>
> ---
> **From:** Melissa Foteh <████████████████>
> **Sent:** Friday, May 31, 2024 11:49:27 PM
> **To:** Quinn, Ethan A. (SF) (FBI) <eaquinn@fbi.gov>; Zartman, Brendon (SF) (FBI) <bzartman@fbi.gov>
> **Subject:** [EXTERNAL EMAIL] - Re: Going Forward
>
> Because of you, I have PTSD. You preyed on me when I was vulnerable- in a traumatic state- after dealing with Marcus- to become a witness. You said you only needed one meeting- well that was a most definitely a lie. You knew that I was in a trauma state. Yet, you continued to prey on me and manipulate and lie to get what you wanted. I spent hours upon hours helping you- to get crippling anxiety and PTSD and now you're coming back again to further harm me??? You coerced me to testify when I told you that it would be traumatic for me. You said you could arrest me and take me to court to testify if I didn't cooperate. Shame on you! It is absolutely inhumane how your organization treats people. I sent you an email in 2019 after testifying telling you that I had debilitating anxiety and could not help you anymore. And then you had the audacity to contact me again? Shame on you! This is purely inhumane. I'm actually now wondering if you are targeting me because I'm a Palestinian American? I'm not going to corporate this time- you will not get help from me. I will not subject myself to this again. This is pure abuse from your organization. You're just as bad as Marcus- actually you're worse. You claim to be the good guys- but you do not care what you do to people, as long as you get you want. Leave me the f alone. Katie's number will be blocked. I'm more traumatized by dealing with you than Marcus!
>
> And- think about if you were to be treated this way. Absolutely despicable. You are just much of a con artist as Marcus is! Leave me the f alone. I will not be answering anymore communication. Shame on you.


On Fri, May 31, 2024 at 4:46 PM Melissa Foteh <████████████████> wrote:
> Hello, Received a vm from your colleague Katie Taylor. I'm asking you to please leave me alone. I have generalized anxiety disorder and PTSD and I cannot help you. I refuse to be manipulated, coerced, or taken advantage of by your organization again. I do not care at all what happens with this case and I will NOT assist in any way.

On Thu, Dec 26, 2019 at 4:35 PM Quinn, Ethan A. (SF) (FBI) <eaquinn@fbi.gov> wrote:

Hello Melissa,

I apologize for the slow response, I was away fort he holidays.

I'm sorry that you're still struggling.  Please take care of yourself.  With any luck, the recent trip San Francisco will be the last thing you will have to do regarding this case.  Please do the best you can to set this whole matter aside.

Feel free to call me at 415-531-8252 if you have any other questions,

Ethan

**From:** Melissa <███████████████>
**Sent:** Monday, December 23, 2019 8:49 PM
**To:** Quinn, Ethan A. (SF) (FBI) <eaquinn@fbi.gov>
**Subject:** Going Forward

Hi Ethan,

I hope you're doing great. I wanted to let you know that if Marcus' case moves forward, I will not be able to assist in any capacity.

I had severe/almost debilitating anxiety for three weeks after I came back from SF.

For my well-being, I will not be able to help in this case going forward. It's not good for me. The whole Marcus/AML thing was an incredibly traumatic event, and SF in my opinion was an absolute train wreck. I take my actions very seriously, and I can't even think about these events without having anxiety.

5

SF and the call after were triggers for me related to trauma that I hadn't dealt with. I'm now spending a lot of time, energy, and effort in various types of wellness practices and therapy sessions to move forward and release everything that I've dealt with, etc., and this will continue. I cannot let this case hinder my progress now or in the future. I cannot continue helping out if it were requested, because it would be at my expense and not in my best interest.

I'm letting you know the above including what I've been dealing with, solely so that you know where I stand and that I cannot participate going forward.

Thank you, Ethan.

Respectful and kind regards,

Melissa