*[handwritten: Marcus I need you to identify the Bank Account for purpose
For each Transfer on Withdrawal oF Funds]*

**CHASE ⦿**

January 05, 2018 through January 31, 2018
Account Number: 000000252727620

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/31 | Fedwire Credit Via: The Bank of New York Mellon/021000018 B/O: Kym William Revill Au-Morphett Vale, Sa 5162 Ref: Chase Nyc/Ctr/Bnf=David Salmon & Associates, Inc. Las Vegas, NV 891304 416/Ac-000000002527 Rfb=O/B Bk of N Yo Obi=Nofx Transaction Between Ban KS Bbi=/Ocmt/USD300,/ Imad: 0131B1Q8154C000371 Trn: 0295909031Ff | 300.00 |
| 01/31 | Fedwire Credit Via: Wells Fargo Bank/121000248 B/O: Dennis G Worthington Reseda, CA 91335-1840 Ref: Chase Nyc/Ctr/Bnf=David Salmon & Associates, Inc. Las Vegas, NV 891304 416/Ac-000000002527 Rfb=00002990311 61032 Obi=(Ref.) From Dennis Worthi Ngton Imad: 0131I1B7032R017815 Trn: 5749009031Ff | 300.00 |
| 01/31 | Interest Payment | 599.19 |
| **Total Deposits and Additions** | | **$2,257,901.46** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/22 | 01/22 Domestic Wire Transfer Via: F121000358/121000358 A/C: Frames Per Second Productions, Inc Ref:/Time/13:01 Imad: 0122B1Qgo08C014231 Trn: 4902900022Es | $150,000.00 |
| 01/29 | 01/29 Online Domestic Wire Transfer Via: Capital One NA/111901014 A/C: Marcus Andrade Missouri City TX 77459 US Ref: Sent To Representative of Nac Foundation, LLC/Bnf/Beneficiary Marcus A Ndrade On Behalf of Nac Foundation LLC Imad: 0129B1Qgc04C002578 Trn: 4047700029Es | 50,000.00 |
| 01/29 | 01/29 Online Domestic Wire Transfer Via: Capital One NA/111901014 A/C: Marcus Andrade Missouri City TX 77459 US Ref: Sent To Representative of Nac Foundation, LLC/Bnf/Beneficiary Marcus A Ndrade On Behalf of Nac Foundation LLC Imad: 0129B1Qgc08C003668 Trn: 3813500029Es | 50,000.00 |
| **Total Electronic Withdrawals** | | **$250,000.00** |

*[handwritten: Super Bowl AD]*
*[handwritten: Capital. One personal Acct.]*

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/25 | 01/25 Withdrawal | $75,000.00 |
| 01/26 | 01/26 Withdrawal | 425,855.00 |
| 01/31 | Trust Interest Transfer | 599.19 |
| **Total Other Withdrawals** | | **$501,454.19** |

*[handwritten: Super Bowl AD]*
*[handwritten: NACF -9155]*

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 01/08 | $83,191.47 | 01/17 | 1,614,745.11 | 01/25 | 1,802,749.05 |
| 01/09 | 124,861.97 | 01/18 | 1,658,172.61 | 01/26 | 1,462,399.05 |
| 01/10 | 161,730.75 | 01/19 | 1,675,520.61 | 01/29 | 1,447,436.05 |
| 01/11 | 313,318.23 | 01/22 | 1,635,641.78 | 01/30 | 1,470,273.77 |
| 01/12 | 1,230,015.23 | 01/23 | 1,803,068.33 | 01/31 | 1,506,447.27 |
| 01/16 | 1,462,733.21 | 01/24 | 1,839,259.33 | | |

*[handwritten: Trust Account]*



# CHASE ◯

February 01, 2018 through February 28, 2018
Account Number: 000000252727620

## ELECTRONIC WITHDRAWALS

*(handwritten: Marketing)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | | $95,000.00 |
| 02/01 | 02/01 Online Domestic Wire Transfer Via: BB&T VA/051404260 A/C: Craft Media/Digital Arlington VA 22201 US Ref: Nac Foundation, LLC/Bnf/Sent On Behalf of Nac Foundation, Inc. Imad: 0201B1Qgc04C005309 Trn: 5108100032Es | |
| 02/01 | 02/01 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Nac Foundation, LLC Las Vegas NV 89130 US Ref: Nac Foundation, LLC/Bnf/Nac Foundation, LLC C/O Karl Ruzicka, Cpa/Time/13:50 Imad: 0201B1Qgc08C011422 Trn: 5482300032Es | 405,000.00 *(hw: -9155 NACP)* |
| 02/02 | 02/02 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Nac Foundation, LLC Las Vegas NV 89130 US Ref: Nac Foundation, LLC/Bnf/Nac Foundation, LLC C/O Karl Ruzicka, Cpa/Time/12:46 Imad: 0202B1Qgc02C007344 Trn: 4906700033Es | 234,729.85 *(hw: -9135 NACP)* |
| 02/09 | 02/09 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Nac Foundation, LLC Las Vegas NV 89130 US Ref: Nac Foundation, LLC/Bnf/Nac Foundation, LLC C/O Karl Ruzicka, Cpa/Time/16:56 Imad: 0209B1Qgc08C018086 Trn: 5622800040Es | 500,000.00 *(hw: -9155 NACP)* |
| 02/12 | 02/12 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Nac Foundation, LLC Las Vegas NV 89130 US Ref: Nac Foundation, LLC/Bnf/Nac Foundation, LLC C/O Karl Ruzicka, Cpa/Time/12:11 Imad: 0212B1Qgc06C004240 Trn: 4622000043Es | 255,534.00 *(hw: -9175 NACP)* |
| 02/12 | 02/12 Online International Wire Transfer A/C: Shinhan Bank Chung Ku Seoulkorea Republic of Ref: Sent On Behalf of Nac Foundation, LLC Taxidunavailable/Tel82-107129325 4/Return of Funds/Bnf/To Kim Seung Hwan From Nac Foundation, LLC Trn: 5384600043Es | 1,348.86 *(hw: Refund)* |
| 02/12 | 02/12 Online Domestic Wire Transfer A/C: Won Jin Lee Austin, TX 787035074 Ref: Return of Funds From Nac Foundation, LLC/Bnf/To Won Jin Lee From Nac F Oundation, LLC Trn: 5455200043Es | 5,562.50 *(hw: Refund)* |
| 02/12 | 02/12 Online Domestic Wire Transfer Via: Usaa Fedl Sa/314074269 A/C: Christian Lantz San Angelo TX 76904 US Ref: Return of Funds From Nac Foundation, LLC/Bnf/To Christian Lantz From N Ac Foundation, LLC Imad: 0212B1Qgc07C007597 Trn: 5420600043Es | 6,300.87 *(hw: Refund)* |
| 02/20 | 02/20 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Nac Foundation, LLC Las Vegas NV 89130 US Ref: Nac Foundation, LLC/Bnf/Nac Foundation, LLC C/O Karl Ruzicka, Cpa/Time/04:40 Imad: 0220B1Qgc02C001047 Trn: 4548700051Es | 228,798.00 *(hw: -9155 NACP)* |
| 02/20 | 02/20 Online Domestic Wire Transfer A/C: Ramy A Ahmed White Plains, NY 106031232 Ref: Nac Foundation Authorized 2-19-18/Bnf/Credit To Ramy Ahmed Trn: 4385500051Es | 7,118.12 *(hw: Refund)* |
| 02/20 | 02/20 Online International Wire Transfer A/C: Foreign Cur Bus Acct Bk 1 Columbus Newark DE 197132107 Org: 00000000252727620 David Salmon & Associates, Inc. Ben:/Nf78Rabo0137868243 O.C. Thieme Groen Ref: Nac Foundation Authorized 02-19-18Nac Foundation Refund/Ocml/Eur3001,5 4/Exch/0.7822/Cntr/80171657/Acc/Cre Dit To O.C. Thieme Groen Trn: 8651700051 | 3,837.31 *(hw: Refund)* |
| 02/20 | 02/20 Online International Wire Transfer A/C: Foreign Cur Bus Acct Bk 1 Columbus Newark DE 197132107 Org: 00000000252727620 David Salmon & Associates, Inc. Ben:/Fr7630004018770000083057346 Michael Germanaz Ref: Credit To Michael Germanaznac Foundation Return of Funds/Ocml/Eur322,0 9/Exch/0.7822/Cntr/80171498/Acc/Cre Dit To Michael Germa Trn: 865210 | 411.77 *(hw: Refund)* |
| 02/21 | 02/21 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Nac Foundation, LLC Las Vegas NV 89130 US Ref: Nac Foundation, LLC/Bnf/Nac Foundation, LLC C/O Karl Ruzicka, Cpa/Time/12:23 Imad: 0221B1Qgc07C006524 Trn: 4267800052Es | 305,638.00 *(hw: -9155 NACP)* |
| **Total Electronic Withdrawals** | | **$2,049,279.28** |

## OTHER WITHDRAWALS

*(handwritten: David Salmon trust fees INV-1497)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/01 | 02/01 Withdrawal | $15,270.15 |
| 02/28 | Trust Interest Transfer | 421.49 |
| **Total Other Withdrawals** | | **$15,691.64** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 02/01 | $1,083,857.12 | 02/06 | 1,190,793.03 | 02/09 | 784,293.03 |
| 02/02 | 899,449.37 | 02/07 | 1,212,801.03 | 02/12 | 590,241.34 |
| 02/05 | 1,167,476.27 | 02/08 | 1,264,254.03 | 02/13 | 630,821.34 |

**CHASE ○**

March 01, 2018 through March 30, 2018
Account Number:    000000252727620

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/02 | Book Transfer Credit B/O: Luis M Deoliveira Lucilia D Turlock, CA 953820482 Ref: NA/Bnf/None Trn: 3190000061Es | $500.00 |
| 03/06 | Wire Reversal B/O: National Financial Services LLC Smithfield RI 02917- Org:/066196221 National Financial Services LLC Ref:/Bnf/Our Ref Jpm180306-004448 Rtn Dtd03/06/2018 Trn4468400065Esfor A M T300.00 As Name/Acct Number Miss IN Guetr Ref 50Ecc7D2-7Cf6-4D30-Af Af- 9Bd17A1E1F01 Trn: 5435500065Hh | 300.00 |
| 03/30 | Interest Payment | 212.35 |
| **Total Deposits and Additions** | | **$1,012.35** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/01 | 03/01 Online International Wire Transfer A/C: Kookmin Bank-Seoul Seoul Korea Rep. South 100-7-03 Ref: Nac Foundation Refund Taxidunavailable/Nac Foundation Refund/Bnf/Credi T Kim Muhyeok Trn: 6208600060Es | $636.25 |
| 03/01 | 03/01 Online Domestic Wire Transfer Via: Hsbc USA/021001088 A/C: Kaajal Wadhwani New York NY 10271 US Ref: Nac Foundation Refund/Bnf/Credit Kaajal Wadhwani Imad: 0301B1Qgc07C011708 Trn: 6245600060Es | 517.00 |
| 03/06 | 03/06 Online Domestic Wire Transfer A/C: D066196221 New York NY 10005 US Ref:/Bnf/Credit Anthony Morrisnac Foundation Refund Trn: 4468400065Es | 300.00 |
| 03/09 | 03/09 Online Domestic Wire Transfer A/C: D066196221 New York NY 10005 US Ref:/Bnf/Credit To Anthony Morris X77677906Credit To Anthony Morris Acco U Nt X77677906 Trn: 5502200068Es | 300.00 |
| 03/16 | 03/16 Online International Wire Transfer A/C: Woori Bank Chung Ku Seoul Korea Rep. South 100 Ref: Credit Song Hee, Han Taxidunavailable/Tel82-1063210928/Nac Foundation, LLC Refund/Bnf/Credit Song Hee, Ha N (....1443) Trn: 5627000075Es | 2,156.86 |
| 03/22 | 03/22 Online International Wire Transfer Via: Deutsche Bank Trust Company America/0103 A/C: Bank Vontobel A.G. 8022 Zurich, Switzerland Ben: Worldwide Financial Holdings Inc. Tel Aviv 52521 IL Ref: Nac Foundation, LLC Nac Foundation LLC Authorized/Bnf/Credit Worldwide Financial Holdings Inc. Ssn: 0234287 Trn: 3316100081Es | 200,000.00 |
| **Total Electronic Withdrawals** | | **$203,910.11** |

*Handwritten annotations in right margin: "Refund", "Refund", "Refund", "Refund", "Refund", "worldwide Financial Holdings - see attached docs.*"*

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/30 | Trust Interest Transfer | $212.35 |
| **Total Other Withdrawals** | | **$212.35** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 03/01 | $430,062.39 |
| 03/02 | 430,562.39 |
| 03/06 | 430,562.39 |
| 03/09 | 430,262.39 |
| 03/16 | 428,105.53 |
| 03/22 | 228,105.53 |
| 03/30 | 228,105.53 |



**CHASE** ⬡
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 31, 2018 through April 30, 2018
Account Number: **000000252727620**



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00026817 DRE 703 210 12118 NNNNNNNNNNN  1 000000000 60 0000
DAVID SALMON & ASSOCIATES, INC.
IOLTA TRUST ACCOUNT
7495 W AZURE DR STE 224
LAS VEGAS NV 89130-4417

## CHECKING SUMMARY    IOLTA Account

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $228,105.53 |
| Deposits and Additions | 1 | 58.69 |
| Electronic Withdrawals | 2 | -200,749.99 |
| Other Withdrawals | 1 | -58.69 |
| **Ending Balance** | **4** | **$27,355.54** |
| Interest Paid This Period | | $58.69 |
| Interest Paid Year-to-Date | | $1,291.72 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/30 | Interest Payment | $58.69 |
| **Total Deposits and Additions** | | **$58.69** |

## ELECTRONIC WITHDRAWALS

*(handwritten: -9155 NACP Refund)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/11 | 04/11 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Nac Foundation, LLC Las Vegas NV 89130 US Ref: Nac Foundation, LLC/Bnf/Nac Foundation, LLC C/O Karl Ruzicka, Cpa/Time/12:36 Imad: 0411B1Qgc05C005922 Trn: 4345600101Es | $200,000.00 |
| 04/18 | 04/18 Online International Wire Transfer A/C: Foreign Cur Bus Acct Bk 1 Columbus Newark De 197132107 Org: 00000000252727620 David Salmon & Associates, Inc. Ben:/Fr7630056002510251000339602 Dallier Romain Ref: Nac Foundation Refund Credit Dallier Romain 02510003396Nac Foundation Refund/Ocmt/Eur587,92/Exch/0.7839/C Ntr/31987620/Acc/Credit Trn: 910610 | 749.99 |
| **Total Electronic Withdrawals** | | **$200,749.99** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/30 | Trust Interest Transfer | $58.69 |
| **Total Other Withdrawals** | | **$58.69** |

 **CHASE**

May 01, 2018 through May 31, 2018
Account Number:    000000252727620

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/08 | Chips Credit Via: Bank of America, N.A./0959 B/O: Arica L Essner Santa Rosa CA 95403-1327 Ref: Nbnf=David Salmon & Associates, Inc. Las Vegas NV 89130-4416/Ac-000000 002527 Org=/000563907629 Santa Rosa CA 95403-1327 Obi=Services Bbi=/Ch Gs/USD0,/Chgs/USD0,/Ocmt/USD1850,/ Ssn: 0417216 Trn: 8687100128Fc | $1,850.00 |
| 05/31 | Interest Payment | 17.11 |
| **Total Deposits and Additions** | | **$1,867.11** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/31 | Trust Interest Transfer | $17.11 |
| **Total Other Withdrawals** | | **$17.11** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 05/08 | $29,205.54 |
| 05/31 | 29,205.54 |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC


**CHASE ◻**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 01, 2018 through June 29, 2018
Account Number: **000000252727620**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | **1-800-242-7383** |
| Para Espanol: | **1-888-622-4273** |
| International Calls: | **1-713-262-1679** |

00033599 DRE 703 210 16118 NNNNNNNNNNN  1 000000000 60 0000
DAVID SALMON & ASSOCIATES, INC.
IOLTA TRUST ACCOUNT
7495 W AZURE DR STE 224
LAS VEGAS NV 89130-4417



## CHECKING SUMMARY    IOLTA Account

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$29,205.54** |
| Deposits and Additions | 1 | 16.13 |
| Electronic Withdrawals | 1 | -1,850.00 |
| Other Withdrawals | 1 | -16.13 |
| **Ending Balance** | **3** | **$27,355.54** |
| Interest Paid This Period | | $16.13 |
| Interest Paid Year-to-Date | | $1,324.96 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/29 | Interest Payment | $16.13 |
| **Total Deposits and Additions** | | **$16.13** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/27 | 06/27 Online Domestic Wire Transfer Via: F121000358/121000358 A/C: Arica Essner Santa Rosa CA 95403 US Ref: Credit Arica Essner/Bnf/Credit Arica Essner/Time/16:33 Imad: 0627B1Qgo02C009322 Trn: 5520200178Es | $1,850.00 |
| **Total Electronic Withdrawals** | | **$1,850.00** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/29 | Trust Interest Transfer | $16.13 |
| **Total Other Withdrawals** | | **$16.13** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 06/27 | $27,355.54 |
| 06/29 | 27,355.54 |



**CHASE ◑**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 30, 2018  through  July 31, 2018
Account Number:     **000000252727620**



### CUSTOMER SERVICE INFORMATION

| Web site: | **Chase.com** |
|---|---|
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | **1-800-242-7383** |
| Para Espanol: | **1-888-622-4273** |
| International Calls: | **1-713-262-1679** |

00030967 DRE 703 210 21318 NNNNNNNNNNN  1 000000000 60 0000
DAVID SALMON & ASSOCIATES, INC.
IOLTA TRUST ACCOUNT
7495 W AZURE DR STE 224
LAS VEGAS NV 89130-4417

## CHECKING SUMMARY     IOLTA Account

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$27,355.54** |
| Deposits and Additions | 1 | 11.64 |
| Other Withdrawals | 2 | -12,189.75 |
| **Ending Balance** | 3 | **$15,177.43** |
| Interest Paid This Period | | $11.64 |
| Interest Paid Year-to-Date | | $1,336.60 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/31 | Interest Payment | $11.64 |
| **Total Deposits and Additions** | | **$11.64** |

## OTHER WITHDRAWALS

*(handwritten) INV-1240 AM INV 13?? INV 155? INV 1358, INV 1358, David Salmon Trust Fees*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/10 | 07/10 Withdrawal | $12,178.11 |
| 07/31 | Trust Interest Transfer | 11.64 |
| **Total Other Withdrawals** | | **$12,189.75** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 07/10 | $15,177.43 |
| 07/31 | 15,177.43 |

Schedule of Marcus Andrade's Sales of His Aten Group Limited stock shares From his Personal Portfolio For Period Beginning March 9, 2016 and Ending September 12, 2016

| Buyers | Number Share Sold | Share Purchase Agreement Payment Amount | Amount Deposit in bank account | Price Per Share | Share Purchase ▓▓▓ |
|---|---|---|---|---|---|
| ▓▓▓ | ▓▓▓ | $ ▓▓▓ | $ ▓▓▓ | $ 0.02 | 06/03/16 |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | 9,985 | $ 0.02 | 04/12/16 |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | 10,000 | $ 0.02 | 06/01/16 |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | 14,980 | $ 0.02 | 04/29/16 |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | 9,990 | $ 0.02 | 05/01/16 |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | 4,990 | $ 0.04 | 07/15/16 |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | 25,000 | $ 0.10 | 07/08/16 |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | 19,975 | $ 0.10 | 06/07/16 |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | 21,960 | $ 0.10 | 07/06/16 |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | 140,673 | $ 0.10 | 08/22/16 |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | 23,445 | $ 0.10 | 09/09/16 |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | 5,000 | $ 0.10 | 07/14/16 |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | 5,000 | $ 0.10 | 07/25/16 |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | 9,990 | $ 0.10 | 07/14/16 |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | 54,907 | $ 0.10 | 08/01/16 |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | 37,835 | $ 0.10 | 07/27/16 |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | 10,000 | $ 0.10 | 07/27/16 |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | 10,000 | $ 0.10 | 08/15/16 |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | $ 0.10 | ▓▓▓ |
| | ▓▓▓ | $ ▓▓▓ | $ 518,705 | | |

| | | |
|---|---|---|
| Total Contract Payment Amount: | $ | 523,914 |
| Total Bank Deposits: | | 518,705 |
| Difference: | $ | 5,209 |

Difference Between Contract Payments to Bank Deposits Reconciled:

| | | |
|---|---|---|
| Bank deposit bank fees | $ | 209 |
| Tyler Hoff, discount out side of Contract Payment Amount | $ | 5,000 |
| | $ | 5,209 |

No Assurances Is Provided

*KR CPA, LLC*

Karl Ruzicka, Certified Public Accountant
7495 W. Azure Dr. #113 Las Vegas, NV 89130
www.krcpa1.com
kr@krcpa1.com; Phone (702) 898-1020; Fax (702) 842-4302

 Gmail

**Monex 247 <monex247@gmail.com>**

---

## DTN Issues

Richard Naimer <richard@dit.network>                                              Tue, Jan 15, 2019 at 3:30 AM
To: Monex 247 <monex247@gmail.com>, Jack Abramoff <jack@abramoff.com>

I am only seeing this now, on the plane from London to Guernsey with Raymond for meetings there. I have of course not shared this with Raymond but I am no less than shocked.

Basically what this email means in loose translation, is as follows:

* no BGC license to DIT completely contradicts what we have have said and done until now, and eliminates any chance of obtaining any third party investment in DIT.   So it is basically killing DIT. So that is 700k in cash and some 7m im value down the drain, save for a nice price of software that can be used for the coin.
* you wanted me to hold off on the cypress company and 12 hours later you told me Darren is already doing it. Aside from the fact that only last week did we do together decide the opposite, you want me to find a replacement in DIT. Add to that the issue of my agreement, it us very clear that you just want me out of this.

Which is all fine. As you may know by now, I have little to no ego and have no interest in sticking around in places I am not wanted. I am at least pleased that you intend to abide by the agreements between us and I will send you a copy of our understandings so that it can be embodied in a full form agreement.

I know we have had some serious points of disagreement between us which is probably the reason you no longer want my involvement but for what it's worth, this is what I would advise you to do moving forward:

* don't kill DIT. It has a huge value both financially and strategically, including for the investigation. Find a way to pump in some funds, keep it alive, raise external funds especially from 20/30 who can be a perfect target and strategic partner. Aside ftom its independent intrinsic value, take into consideration that if you don't achieve IP litigation funding, this is all you have. So dont rush to kill it so fast thinking that the patents will cover for it. Ip funding
Is as we saw last week, by no means in the bag and can very easily be declined landing you with a grand nothing.
* pump the RE funds back into the activity. They are both much needed and will improve your positioning.

* bring Evan in to take over at DIT immediately. Things are volatile there and you need someone you trust taking hold of it, and not Darren.

* and when I say not Darren, I have nothing against him but you need someone with capabilities plus someone you can rely on. He can not be in DIT nor in the cypress company. Don't forget, when I was approached by your friends, I had a 150 minute dialog with them which I assumed you must have listened to and after which I think you came out strong. I don't know how long Darren spent with them but he came out chasing you. I am not blaming him for anything but that is who you want handling your affairs under the circumstances.

* drop this Ben Dunn Karl Ralph stupidity once and for all. It is draining funds and effort  for absolutely no good reason

* get Paul/Angela  on board for the patent litigation effort.

Btw, don't even attempt to explain that the DIT license issue is just not to undermine the licensing company as you saw the draft agreement I sent you and we both know that there is a clear distinction between identity management and the technology of verifications.

And last note, no worries, I have no intention of leaving scorched earth and I will not undermine the sucess of the project in any way.

Best Regards,
Richard

(Sent via mobile, please disregard any typos)
[Quoted text hidden]



Marcus Andrade <ceo@amlbitcoin.com>

---

**draft press release**
13 messages

---

**Jack Abramoff** <jack@abramoff.com>                 Fri, Apr 27, 2018 at 6:44 PM
To: Marcus Andrade <ceo@amlbitcoin.com>, Richard <richard@granot-law.co.il>

# AML BitCoin Executives Huddles with Port of San Francisco Leadership

## Blockchain Applications Could Greatly Improve Security and Efficiency

NAC Foundation, LLC, creator of the world's only patented digital currency with banking security features recently concluded a highly successful meeting with officials from the Port of San Francisco, at the Port's headquarters.

As reported from NAC Foundation's previous meetings with Port Commissioner Leslie Katz, the Port of San Francisco continues its efforts to avail itself of cutting edge technologies, bringing unparalleled services to its customers and patrons and to the Bay Area in general.  Like many industries and governmental bodies, the Port has been exploring use of the blockchain in their operations.  This was one of the focuses the meeting with NAC Foundation.

Of particular interest to the Port are the patented blockchain applications developed by NAC Foundation, and its associated companies.  The NAC Foundation-based CrossVerify Anti-Money Laundering Gateway facilitates verification of security compliance.  This technology undergirds the security features of the AML BitCoin, the world's only patented AML compliant digital currency.

Port Executive Director, Elaine Forbes, one of several key Port leaders attending the meeting, will be following up on three possible uses for the Port of this cutting edge technology:

First, the implementation of a blockchain-based identification and tracking system for passengers and cargo which would greatly benefit the California Association of Ports (CAPA).

Second, the ability to migrate the Transportation Worker Identification Credential (TWIC) to the NAC CrossVerify platform could greatly improve efficiency, while maintaining security.

Third, the adoption of the CrossVerify platform by Carnival and other major cruise ship operators would promote seamless integration with applicable authorities, and immense cost savings.

These three technological possibilities stem from NAC Foundation and AML BitCoin's patented digital identification systems, which are also helping shepherd a transformation in the digital currency arena.

Joining Executive Director Forbes on behalf of the Port of San Francisco were Commission Leslie Katz and Chief Operating Officer Byron A. Rhett. Marcus Andrade, chief executive officer of NAC Foundation was joined by Richard Naimer, chairman of the Digital Identity Trust Network and Japheth Dillman, Chief Strategy Officer for AML BitCoin.

---

**Marcus Andrade** <ceo@amlbitcoin.com>       Sat, Apr 28, 2018 at 6:14 PM
To: Japheth Dillman <jdillman@blockbits.capital>

     Hello, Let me know if this is ok for us to send out.

     Please get Leslie's approval and the Ports approval.

     Feel free to make any modifications.

     Thanks,

     Marcus
     [Quoted text hidden]

---

**Richard** <richard@granot-law.co.il>       Sun, Apr 29, 2018 at 1:45 AM
To: Jack Abramoff <jack@abramoff.com>, Marcus Andrade <ceo@amlbitcoin.com>

     Convinced me!

     Marcus has a picture as well.

     [Quoted text hidden]

---

**Jack Abramoff** <jack@abramoff.com>       Sun, Apr 29, 2018 at 4:19 PM
To: Richard <richard@granot-law.co.il>, Marcus Andrade <ceo@amlbitcoin.com>

     Just noticed the typo in the title.

     [Quoted text hidden]

---

**Jack Abramoff** <jack@abramoff.com>       Sun, Apr 29, 2018 at 4:19 PM
To: Richard <richard@granot-law.co.il>, Marcus Andrade <ceo@amlbitcoin.com>

     Also, we should add a quote from Marcus. as we get close to sending this out, let me know and we'll put in something that will be relevant for that day.

---

**From:** Richard [mailto:richard@granot-law.co.il]
**Sent:** Sunday, April 29, 2018 2:45 AM
**To:** Jack Abramoff <jack@abramoff.com>; Marcus Andrade <ceo@amlbitcoin.com>
**Subject:** RE: draft press release

Convinced me!

[Quoted text hidden]

---

**Richard** <richard@granot-law.co.il>　　　　　　　　　　　　　Sun, Apr 29, 2018 at 6:58 PM
To: Jack Abramoff <jack@abramoff.com>, Marcus Andrade <ceo@amlbitcoin.com>

How about this:

'We are happy that the Port of San Francisco executives find our blockchain based solutions as effective and beneficial and we look forward to working with the Port executives to explore adoption of our solutions accross CAPA and TWIC...'

Best Regards,
Richard

(Sent via mobile, please disregard any typos)
[Quoted text hidden]

---

**Jack Abramoff** <jack@abramoff.com>　　　　　　　　　　　　Sun, Apr 29, 2018 at 7:21 PM
To: Richard <richard@granot-law.co.il>, Marcus Andrade <ceo@amlbitcoin.com>

super

[Quoted text hidden]

---

**Japheth Dillman** <jdillman@blockbits.capital>　　　　　　　Tue, May 1, 2018 at 11:32 AM
To: leslie katz <lesliekatz@gmail.com>, Marcus Andrade <ceo@amlbitcoin.com>

Marcus on cc... are there edits you'd suggest?

On Tue, May 1, 2018 at 9:05 AM, leslie katz <lesliekatz@gmail.com> wrote:
> No
>
> On Tue, May 1, 2018, 9:44 AM Japheth Dillman <jdillman@blockbits.capital> wrote:
>> This is a or they are pushing out, you ok with this?
>>
>> Sent from my iPhone
>>
>> Begin forwarded message:
>>
>> [Quoted text hidden]

--
**Japheth Dillman**
**Managing Partner & Co-Founder**



Mobile: (415) 699-5458
Skype: ijandanet
email: jdillman@blockbits.capital
Telegram: ijanda
WeChat: JaphethDillman

---

**leslie katz** <lesliekatz@gmail.com>                                  Tue, May 1, 2018 at 1:20 PM
To: Japheth Dillman <jdillman@blockbits.capital>
Cc: Marcus Andrade <ceo@amlbitcoin.com>

This is disappointing. It way overstates what transpired, invites a retraction from the Port, and will ensure they do not take steps to help w TWIC. Tone it down and make it accurate. If this goes out you will do more harm as the Port should/would issue a correction/clarification. Please do not do this.

[Quoted text hidden]

---

**leslie katz** <lesliekatz@gmail.com>                                  Tue, May 1, 2018 at 1:21 PM
To: Japheth Dillman <jdillman@blockbits.capital>
Cc: Marcus Andrade <ceo@amlbitcoin.com>

The Port's press secretary is Renee Martin renee.martin@sfport.com. You could work with her on a release but this is a bit unorthodox.

[Quoted text hidden]

---

**Marcus Andrade** <ceo@amlbitcoin.com>                                  Wed, May 2, 2018 at 12:49 PM
To: leslie katz <lesliekatz@gmail.com>

Hello Leslie,

My apologies, Obviously I didn't right it. Also, there is no way I would allow anything to go out without your prior approval or that of the port.

It will not go out.

Also, any updates on the conflict check?

Thanks,

Marcus

[Quoted text hidden]
--

Marcus Andrade, Founder
NAC Foundation, LLC
7495 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
Office: 1-702-515-4038

---

**Marcus Andrade** <ceo@amlbitcoin.com>                                  Thu, Oct 4, 2018 at 11:23 PM

To: Christina.Ponig@dlapiper.com

---------- Forwarded message ---------
From: **Marcus Andrade** <ceo@amlbitcoin.com>
Date: Wed, May 2, 2018, 12:49 PM
Subject: Re: draft press release
To: leslie katz <lesliekatz@gmail.com>

[Quoted text hidden]

---

**Marcus Andrade** <ceo@amlbitcoin.com>                    Mon, Aug 19, 2019 at 11:25 PM
To: amlbitcoin@protonmail.com

---------- Forwarded message ---------
From: **Marcus Andrade** <ceo@amlbitcoin.com>
Date: Wed, May 2, 2018 at 12:49 PM
Subject: Re: draft press release
To: leslie katz <lesliekatz@gmail.com>

[Quoted text hidden]
[Quoted text hidden]



# FAQ

## What is the difference between AML BitCoin and AML BitCoin Token?



AML BitCoin Tokens are put in place to start using NAC's products until the AML BitCoin is finally developed.

AML BitCoin Token does not have any anti-anonymous or compliance features. When the AML BitCoin is developed, it will have various compliance features.

AML BitCoin Token is not activated for anti-money laundering compliance. AML BitCoin offers the benefit of a public blockchain and market decentralization associated with the ability to stay in compliance with international financial, banking, privacy acts and other regulations. NAC may enable compliance features on the AML BitCoin Token.

## I purchased AML BitCoin Tokens and I have not received my tokens. What should I do?

## How do I get the AML BitCoin Wallet?

## How can I get technical support or ask questions?

## How can I stay-up-to-date with AML BitCoin news?

## When do I need to identify myself?

## How can I create a certified digital identity profile?



**Can I mine AML BitCoin Token?** +

**What is your refund policy for those that participated in the AML BitCoin Token Sale?** +

**Besides the refund clause in the 'Terms and Conditions', is there any other way to get a refund?** +

## What is the total supply of coins in real time?

## More Information

About Us

White Paper

Terms & Conditions

Data Privacy Policy

## Please Note

The AML BitCoin Token is currently trading and not the finalized AML BitCoin.

The AML BITCOIN is now ready. Click here to get your AML BitCoin Wallet now.

## Contact Us

**Corporate Office**
7495 Azure Dr. Suite 110
Las Vegas, NV 89130

**Phone:** +1 702-515-4038
**Email:** info@amlbitcoin.com

© 2014-2020 Copyright NAC Foundation All rights reserved.

# Fwd: Port fo San fransicso meeting

From:  'Marcus Andrade' <ceo@amlbitcoin.com>

To:    ███████████████████████████

Date:  Tuesday, February 2nd, 2021 at 8:33 PM

---------- Forwarded message ---------
From: **Richard** <richard@granot-law.co.il>
Date: Fri, Apr 27, 2018 at 5:35 PM
Subject: Port fo San fransicso meeting
To: Jack Abramoff <jack@abramoff.com>, Marcus Andrade (ceo@amlbitcoin.com) <ceo@amlbitcoin.com>

Summary

On Friday, April 27th, a meeting was held between NAC Foundation and the Port of San Francisco, a meeting which took place at the Port of San Francisco.

At the meeting were present:

On behalf of the Port of San Francisco:

Leslie Katz, Commissioner,

Executive Director, Elaine Forbes

Chief Operating Officer, Byron A. Rhett

Head of Security, _____

On behalf of NAC Foundation:

Marcus Andrade, CEO

Richard Naimer, CEO of DTN

Japheth Dillerman, Consultant

The meeting was scheduled further to discussions held between NAC and the Commissioner regarding the potential of integrating block chain applications in the operations of the Port of San Francisco.

At the meeting, NAC presented the benefits of block chain in general and in particular, the block chain applications developed by NAC. The primary focus of the discussions circled around the characteristics and benefits of the NAC backed CrossVerify Anti money Laundering Gateway which enable the verification of compliance by users customers and the advantages of the AML Bitcoin as the only currently known AML compliant digital currency.

Further discussed were possible use cases and practical implementation of these NAC blockchain application by

and in the Port of San Francisco.

The outcome of the meeting were three primary use cases which the Port of San Francisco would be most applicable, both for the Port of San Francisco and for similar West Coast ports:

Possible implementation of a blockchain based identification and tracking system for passengers and cargo which may be adopted by California Association of Ports (CAPA);

Transferring of the Transportation Worker Identification Credential (TWIC) to the NAC CrossVerify platform;

Adoption of the CrossVerify platform by Carnival and other major cruise ship operators which can be integrateable with immigration and security authorities;

Executive Director Elaine Forbes will be following up on all three of these use cases and make the required introductions for NAC to discuss the implementation of the NAC applications for theses use cases.

Richard


--

Marcus Andrade

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to legal@amlbitcoin.com. Thank you.

| | |
|---|---|
| **From:** | Jack Abramoff <S05/Exchange Administrative Group (FYDIBOHF23SPDLT)/Recipients/a1d827a503224ee9a2d075e31fc15d84-jack> |
| **Sent:** | 11/15/2015 1:05:12 PM -0800 |
| **To:** | 'Richard' <richard@granot-law.co.il> |
| **Subject:** | FW: retainer |
| **Attachments:** | Eye To Eye Retainer Draft..docx; Ukraine Renewed and Reunited Memo.docx |

_____

**From:** Jack Abramoff
**Sent:** Thursday, November 12, 2015 10:43 PM
**To:** Denis Gorbunenko (dgorbunenko@icloud.com) <dgorbunenko@icloud.com>
**Subject:** retainer


Hi Denis.

I have drafted a retainer agreement that includes the items we discussed this week, divided into phases and parts. The phase that's related to building the new force is still encapsulated in the memo I did before we met. Therefore, I suggest that we attach that memo as an Exhibit to the retainer agreement.

The agreement will be with whatever company you guys use (please get me that info, including name of signatory, name of company and address of company - as soon as possible), and the lobbying company I will use on this side, Eye-to-Eye Strategies. It is headed by one of my top guys, and we use it for intense and rather urgent efforts. Jason Hickox, who has worked with me for almost 20 years, heads that particular company and they will serve as the general contractor for me to engage the others I need for this, etc.

I have not yet shared with Jason the retainer agreement, so we might still need a few changes from our side, but in the interest in moving this along quickly, I figured I should get this to you to review for this weekend, sending me any changes you require, so we can sign this on Monday and get moving. We have a lot to do quickly.

I also do not have the banking info for this project yet, but will have it Monday, or maybe even tomorrow. Once I have it, we'll incorporate in the retainer agreement.

Please review the document, and re-review the exhibit which is the memo I sent previously, to let me know any changes. We'll do the same and, hopefully Monday we can have something we can all sign to move forward.

Thanks so much.

Regards,

Jack

_____



Richard Naimer
DIT Network Ltd
23 Austin Friars
London EC2N 2QP

**By email:** richard@dit.network

14 November 2018

Dear Richard,

**General Legal Support for DIT Networks Ltd (DIT)**

We are really excited to have been appointed as DIT's UK legal advisers.  This letter confirms the basic terms of this engagement.  Please also see our Standard Terms and Conditions of Engagement (**Standard Terms**), a copy of which is attached.

**Scope of our Work**

You have asked us to assist you with general legal support for DIT, and in particular, your proposed Series A fundraise which is targeted for the first quarter of 2019 (**Fundraise**).

We will create the suite of Fundraise documents once the timing of the Fundraise and the likely identity of the new investors is clearer. For now, our initial activity will include (in the following order):

- Review (and, to the extent necessary, revise) the draft patent licence agreement between BCG Inc and DIT;

- Design and draft an employee share incentive plan; and

- Prepare the loan agreement (and related licence agreement) between NAC and DIT.

To the extent there are aspects of this engagement which involve the law of other jurisdictions we will need, of course, to consult with lawyers in those jurisdictions. We will discuss this with you should the need arise.

**Our Fees**

I will be the lawyer primarily responsible for this matter and I will be assisted by Oliver Harris, Richard Hyman, Avishai Ostrin and other lawyers and staff as needed. My time is charged at £325 per hour, Oliver's time is charged at £285 per hour, Richard's time is charged at £250 per hour and Avishai's time is charged at £230 per hour. Other rates will range from £325 per hour (for another partner/consultant) to £150 per hour, or less, for a paralegal.

Given your start-up status, I have agreed to discount our rates by 20% on the basis that we will be entitled to recover the discount and charge an uplift bonus in the event the Fundraise is successful. The uplift on success would also be 20% (in other words, in the event of a successful raise, our final fee would be 120% of our total chargeable time).  I suggest we define "success" when we have a higher level of clarity on the size and shape of the Fundraise.

**Tel Aviv**    **London**

I Azrieli Centre, Round Tower, 32nd Floor, I32 Menachem Begin, Tel Aviv, 6701101    38 Wigmore Street, London, W1U 2RU
+972 (0)3 744 9191    +44 (0)203 150 1300

**Asserson Law Offices** is regulated by the Solicitors Regulation Authority (Number 549779)    **www.asserson.co.uk**



We are very transparent and cost-conscious when it comes to billing and we will always keep you informed as to costs as we progress.

Our hourly rates are exclusive of VAT, which (where applicable) is charged in addition. The rates will normally be increased on 1 October each year. The Firm's policy on expenses and disbursements is contained in the Standard Terms.

Please note that we invoice our clients on a monthly basis.

**Limitation of Liability**

Our liability to you in respect of breach of contract or breach of duty or fault or negligence or otherwise whatsoever arising out of or in connection with this engagement is limited to the greater of £3 million (three million pounds sterling) and the total amount of the fees charged by us arising out of or in connection with this engagement.

**Money Laundering Regulations**

The Proceeds of Crime Act 2002 and the Money Laundering Regulations 2007 require us to carry out certain due diligence procedures. We may need to ask for your assistance in meeting these obligations, but we will endeavour to keep these requirements to a minimum.

**Complaints Handling Procedure**

I fully expect that our relationship will be successful and problem free. However, should you have any issues that cannot be readily resolved otherwise, please contact Trevor Asserson (+44 (0)203 150 1300; trevor@asserson.co.uk) who will take appropriate steps to resolve your concern.

Further information regarding our complaints procedure and your right to complain to the Legal Ombudsman is contained in our Standard Terms and Conditions.

**Agreement to Terms**

Please sign, date and return a copy of this letter to confirm your agreement to these engagement terms.

If you have any questions, please do not hesitate to contact me.

Once again, thank you very much indeed for this instruction.  We are very much looking forward to a long and successful relationship with DIT.

Yours sincerely,

Howard Rubenstein
Partner
**ASSERSON LAW OFFICES**

**ASSERSON**

Accepted By:

***For and on behalf of the DIT Network Ltd***

Signed: _____

Name Printed: _Richard Naimer_____

Position: _____

Date: __19 November 2018_____