John M. Pierce (Bar No. 250443)
jpierce@johnpiercelaw.com
JOHN PIERCE LAW P.C.
21550 Oxnard Street, 3rd Floor
Woodland Hills, CA 91367
Tel. (321) 961-1848
*Attorney for Defendant*
*Rowland Marcus Andrade*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROWLAND MARCUS ANDRADE,<br><br>Defendant | Case No.: 3:20-cr-00249-RS<br><br>**DECLARATION OF JOHN PIERCE IN SUPPORT OF ADMINISTRATIVE MOTION** |

### DECLARATION OF JOHN M. PIERCE IN SUPPORT OF ADMINISTRATIVE MOTION

I, John M. Pierce, declare as follows:

1. I am counsel of record for Defendant Rowland Marcus Andrade in the above-entitled action and submit this declaration based on personal knowledge obtained through my direct representation of Mr. Andrade, review of relevant case materials, and communications with him and his medical providers. If called as a witness, I could and would testify competently thereto.

2. At sentencing, the Court set Mr. Andrade's self-surrender date as October 31, 2025, in part to accommodate his scheduled colonoscopy on October 14, 2025.

DECLARATION OF JOHN PIERCE IN SUPPORT OF ADMINISTRATIVE MOTION - 1
Case No. 3:20-cr-00249-RS

3. In addition to that procedure, Mr. Andrade requires surgical intervention on his left ankle due to a chronic injury that causes him excruciating pain, an abnormal gait, and significant mobility impairment. On August 6, 2025, orthopedic surgeons evaluated the condition and initially planned surgery to remove or reconstruct portions of the damaged bone and tissue. However, the operation was deferred in favor of a non-surgical cortisone injection, which proved ineffective. On October 8, 2025, his treating physicians determined that his three-month average A1C blood sugar level remained above the surgical threshold, primarily due to delays in insulin (Novolog) production and delivery by the V.A. hospital during the month of August 2025. Those delays prevented the scheduling of the surgery at that time.

4. On October 9, 2025, following consultation with his endocrinologist, Mr. Andrade began a program of daily glucose monitoring via a mobile health application under the supervision of his medical team to normalize his A1C level. A follow-up retest is scheduled for November 6, 2025, and his physicians expect the results to clear him for surgery, likely to be performed in November or December 2025, followed by a recovery period. Mr. Andrade will provide prompt updates to the United States Attorney's Office and the U.S. Probation Office regarding the surgery date, facility, and anticipated recovery timeline as soon as those are confirmed.

5. As new counsel of record, my firm is actively engaged in obtaining the complete discovery set and work product from prior counsel to facilitate preparation of Mr. Andrade's Ninth Circuit appellate briefs and to oppose the government's forfeiture monetary application. This case involves an extraordinarily large record, including

DECLARATION OF JOHN PIERCE IN SUPPORT OF ADMINISTRATIVE MOTION - 2
Case No. 3:20-cr-00249-RS

hundreds of docket entries, extensive financial data, and multiple sealed exhibits. Mr. Andrade's firsthand knowledge of the underlying transactions and documentation is essential to efficient and accurate preparation of the appeal and related filings.

6. Mr. Andrade always has fully complied with the terms of his pretrial and post-sentencing release. He has appeared for every proceeding, maintained contact with counsel and Probation, and has demonstrated no indication of flight or danger to the community. He continues to meet all supervision and reporting obligations.

7. Mr. Andrade and undersigned counsel are prepared to submit supporting medical documentation under seal or *ex parte* to protect privacy under Civil Local Rule 79-5. Mr. Andrade also consents to reasonable temporary conditions of release during the extension period, including GPS or home-detention monitoring if the Court or Probation deems it necessary.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on October 13, 2025, at West Melbourne, Florida.

                                                                _John M. Pierce_
                                                                 John M. Pierce
**JOHN PIERCE LAW P.C.**
21550 Oxnard Street, 3rd Floor
Woodland Hills, CA 91367
Tel. (321) 961-1848
Email: jpierce@johnpiercelaw.com
*Attorney for Defendant*