UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>Defendant. | Case No. 20-cr-00249-RS-1<br><br>**ORDER GRANTING IN PART DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND SELF-SURRENDER DATE**<br><br>Dkt 788 |
|---|---|

Defendant's Motion to Extend Self-Surrender date is granted in part. Defendant Rowland Marcus Andrade shall self-surrender for service of sentence at the institution designated by the Bureau of Prisons on **January 9, 2026, no later than 2:00 PM.**

**IT IS SO ORDERED**.

Dated: October 14, 2025

_____
RICHARD SEEBORG
Chief United States District Judge