John M. Pierce (Bar No. 250443)
jpierce@johnpiercelaw.com
JOHN PIERCE LAW P.C.
21550 Oxnard Street, 3rd Floor
Woodland Hills, CA 91367
Tel. (321) 961-1848
*Attorney for Defendant*
*Rowland Marcus Andrade*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROWLAND MARCUS ANDRADE, <br><br> Defendant. | Case No.: 3:20-cr-00249-RS <br><br> **DEFENDANT'S NOTICE OF APPEAL FROM THE COURT'S ORDER DENYING DEFENDEDANT'S MOTION FOR BOND PENDING APPEAL AND THE COURT'S ORDER GRANTING PLAINTIFF'S MOTION FOR FORFEITURE OF PROPERTY** |

## **DEFENDANT'S NOTICE OF APPEAL FROM THE COURT'S ORDER DENYING DEFENDEDANT'S MOTION FOR BOND PENDING APPEAL AND THE COURT'S ORDER GRANTING PLAINTIFF'S MOTION FOR FORFEITURE OF PROPERTY**

NOTICE IS HEREBY GIVEN that ROWLAND MARCUS ANDRADE, defendant in the above-entitled case, hereby appeals to the United States Court of Appeals for the Ninth Circuit, from the Court's Order Denying Motion for Bond Pending Appeal. ECF No. [781]. Further, Defendant hereby appeals this Court's Order Granting Motion for Forfeiture of Property as to Rowland Marcus Andrade. ECF No. [789].

Defendant respectfully requests that all issues on appeal be consolidated into a single brief for consideration by the Court.

DEFENDANT'S NOTICE OF APPEAL FROM THE COURT'S ORDER DENYING DEFENDEDANT'S MOTION FOR BOND PENDING APPEAL AND THE COURT'S ORDER GRANTING PLAINTIFF'S MOTION FOR FORFEITURE OF PROPERTY - 1
Case No. 3:20-cr-00249-RS

Dated: October 14, 2025

Respectfully submitted,

                                        *John M. Pierce*
                                              John M. Pierce
                                      **JOHN PIERCE LAW P.C.**
                            21550 Oxnard Street, 3rd Floor
                                  Woodland Hills, CA 91367
                                          Tel. (321) 961-1848
                            Email: jpierce@johnpiercelaw.com
                                         *Attorney for Defendant*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 14, 2025, a true and accurate copy of the above and foregoing was filed on the above date with the Clerk of Court, using the Court's CM/ECF system, which will automatically provide notice and a copy of said filing to all parties or attorneys of record registered therein.

                      */s/ John M. Pierce*
                      John M. Pierce
**JOHN PIERCE LAW P.C.**
21550 Oxnard Street, 3rd Floor
Woodland Hills, CA 91367
Tel. (321) 961-1848
Email: jpierce@johnpiercelaw.com
*Attorney for Defendant*