# PROPOSED ORDER

Upon consideration of Defendant Rowland Marcus Andrade's Motion for an Extension of Self-Surrender Date, and good cause appearing, the Court hereby orders as follows:

1. **Defendant's Request for Extension**: Defendant Rowland Marcus Andrade's request for an extension of his self-surrender date is GRANTED. The new self-surrender date shall be **forty-five (45) days after Mr. Andrade either financially able to pay or is appointed specialized appellate counsel**, consistent with the Ninth Circuit's order granting a 90-day stay to secure replacement counsel. This extension is effective immediately from the date of this order.

2. **Medical Considerations**: The extension is necessary to allow Defendant Andrade to complete his medical procedures and recovery, including scheduled surgeries and addressing ongoing health concerns, particularly related to his left ankle and potential heart condition (Angina Pectoris).

3. **Interest of Justice**: In the interest of justice, the Court finds that this extension is warranted to ensure Defendant Andrade has sufficient time to retain or be appointed specialized appellate counsel, enabling the new counsel to review the extensive record, assist with complex constitutional, forfeiture, and national security issues, and provide effective representation.

IT IS SO ORDERED

DATE:_____

HONORABLE RICHARD SEEBORG
Chief United States District Judge

- 2 -

ORDER ON DEFENDANT MARCUS ANDRADE'S MOTION
FOR ADMINISTRATIVE RELIEF TO EXTEND SURRENDER
DATE AND NINTH CIRCUIT UPDATE.

CASE NO. 3:20-CR-00249-RS