UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20-cr-00249-RS-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDERING DIRECTING GOVERNMENT RESPONSE AND VACATING HEARING** |
| ROWLAND MARCUS ANDRADE, | |
| Defendant. | |

Defendant Rowland Marcus Andrade has moved to extend his self-surrender date from January 9, 2026, to 45 days after specialized appellate counsel has been appointed in his case before the Ninth Circuit. Dkt. 808. The government is ordered to file a response to this motion by noon on December 23, 2025. The hearing currently scheduled for December 23, 2025, is vacated, and the matter will be decided on the papers.

**IT IS SO ORDERED**.

Dated: December 16, 2025

_____
RICHARD SEEBORG
Chief United States District Judge