IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNA

UNITED STATES OF AMERICA,

      Plaintiff

v.

ROWLAND MARCUS ANDRADE,

Defendant

CASE No. 3:20-cr-00249-RS-1

**DEFENDANT'S REPLY TO GOV. OPP. MOTION FOR ADMIN RELIEF TO EXTEND SURRENDER DATE AND NINTH CIRCUIT UPDATE**

Judge: Hon. Richard Seeborg

# EXHIBIT - A

# DECLARATION OF JOHN M. PIERCE

John M. Pierce (Bar No. 250443)
jpierce@johnpiercelaw.com
**JOHN PIERCE LAW P.C.**
21550 Oxnard Street, 3rd Floor
Woodland Hills, CA 91367
Tel. (321) 961-1848

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:20-CR-00249-RS |
| Plaintiff, | **DECLARATION OF JOHN PIERCE ISO DEFENDANT'S REPLY TO GOV. OPP. MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND SURRENDER DATE AND NINTH CIRCUIT UPDATE** |
| v. | |
| ROWLAND MARCUS ANDRADE, | |
| Defendant. | Judge:    Hon. Richard Seeborg |

DECLARATION OF JOHN M. PIERCE

This declaration incorporates by reference all the facts set forth in the previous declarations filed at docket numbers **788-1** and **808-2**. I, John M. Pierce, hereby declare as follows:

1.  I am counsel of record for Defendant Rowland Marcus Andrade in the above-entitled action and submit this declaration based on personal knowledge obtained through my direct representation of Mr. Andrade, review of relevant case materials, and

- 1 -

DEFENDANT MARCUS ANDRADE'S MOTION FOR
ADMINISTRATIVE RELIEF TO EXTEND SURRENDER
DATE AND 9TH CIRCUIT UPDATE.

CASE NO. 3:20-CR-00249-RS

communications with him and his medical providers. If called as a witness, I could and would testify competently thereto.

2. If the request to extend the surrender date is denied, counsel requests at least twenty-one (21) days from the self-surrender date to locate and consult with specialized counsel experienced in national security, CIA-related matters, and CIPA proceedings, in order to file an expedited appeal in accordance with Ninth Circuit rules and to allow the Ninth Court sufficient time to review the motion before Mr. Andrade's imprisonment. Counsel doesn't have the necessary skill set to address these specialized issues.

3. At worst, Counsel will need to file an emergency temporary stay request with the Ninth Circuit for 21 days after January 9, 2026, to appeal the denial of the stay. Therefore, Counsel requests limited assistance to avoid wasting unnecessary Ninth Circuit judicial resources.

4. On Friday, December 8, 2025, counsel informed the government that an extension was being requested through the due date of the appellate opening brief for medical reasons, to comply with Ninth Circuit–imposed deadlines, and to allow Mr. Andrade to meaningfully assist appellate counsel. The government declined and stated that it had not even received Mr. Andrade's medical records, giving the impression that it was acting in good faith.

5. The following Monday, counsel provided the government with nearly thirty pages of medical records and again requested that the government propose an alternative extension date so the parties could stipulate. Counsel also emphasized that time was of

- 2 -

DEFENDANT MARCUS ANDRADE'S MOTION FOR
ADMINISTRATIVE RELIEF TO EXTEND SURRENDER
DATE AND 9TH CIRCUIT UPDATE.

CASE NO. 3:20-CR-00249-RS

the essence in the event the Court denied the motion in full, as sufficient time would be needed to prepare and file an emergency appeal with the Ninth Circuit. The government did not respond.

6. Then on Tuesday, counsel filed the present motion seeking a more limited extension of forty-five (45) days from the date Mr. Andrade retains appellate counsel. This extension would allow Mr. Andrade to assist new counsel in preparing pre-briefing motions, support the preparation of the opening brief, undergo scheduled surgeries, continue medical testing for what physicians believe may be a chronic case of Angina Pectoris, and comply with the Ninth Circuit's deadlines. Counsel again requested that the government propose an extension date after filing this motion, but no response was received.

7. I hereby confirm that the communications on **Exhibit A** attached to this Declaration are true and accurate communications between the government and Counsel. Some of Mr. Andrade's medical records that were provided to the government are also included within this exhibit. The report contains PIN and PII information and those sections are redacted.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on December 24, 2025.


/s/ John M. Pierce

- 3 -

DEFENDANT MARCUS ANDRADE'S MOTION FOR
ADMINISTRATIVE RELIEF TO EXTEND SURRENDER
DATE AND 9TH CIRCUIT UPDATE.

CASE NO. 3:20-CR-00249-RS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE No. 3:20-cr-00249-RS-1 |
| Plaintiff | **DEFENDANT'S REPLY TO GOV. OPP. MOTION FOR ADMIN RELIEF TO EXTEND SURRENDER DATE AND NINTH CIRCUIT UPDATE** |
| v. | |
| ROWLAND MARCUS ANDRADE, | |
| Defendant | Judge: Hon. Richard Seeborg |

# EXHIBIT A of the Declaration of John M. Pierce

Communications between the government and counsel. Some of Mr. Andrade's medical records that were provided to the government are also included in this exhibit.

## RE: Update on Andrade's Medical Status and Request for Stipulation



From     John Pierce <jpierce@johnpiercelaw.com>

To       Highsmith, Christiaan (USACAN) ◄

CC       ████████████████████████████████, Beausey, Karen (USACAN) ◄
         ████████████canp.uscourts.gov

Date     Tuesday, December 16th, 2025 at 4:37 PM

---

Hi Chris,

I went ahead and filed the motion to extend the surrender date, as I will be out for the next few days. As you may have seen, the Court has directed the government to file a response by December 23.

I plan to contact the Court later today or tomorrow morning to request permission to file a reply and to propose a revised briefing schedule, with your response due by December 20 and my reply due by December 22. Please let me know whether that timing works for you.

As mentioned previously, I also need to preserve adequate time to seek Ninth Circuit review should the district court deny the motion. I remain willing to stipulate if we can reach agreement.

Thank you,
John

Hi Chris,

I understand that you have concerns, and for good cause, I do as well. Specifically, I am concerned about the prosecution's interference with my client's ability to meet the deadlines set by the Circuit Court to retain specialized counsel, as well as the retaliation he is facing from members of the prosecution team. Both the District Court and Ninth Circuit records reflect the need for specialized counsel, and the supporting arguments were pleaded with specificity (9th Cir. Dkt. 33).

In deciding whether to stipulate to an extension, the government should consider whether the request is constitutionally justified and whether it is independently warranted for medical reasons. Andrade's request related to surgery is not new. Both the District Court and the government were aware that he had not yet received a surgery date and that he was working toward obtaining one this month (D.C. Dkt. 788 at p. 2:2–19). The only new development is the Angina Pectoris. Relevant medical records are attached.

Given your concern about delay, please let me know how much time you believe would be sufficient for Mr. Andrade to meet the Ninth Circuit's deadline and to work effectively with new appellate counsel once retained. I

## RE: Update on Andrade's Medical Status and Request for Stipulation

| | |
|---|---|
| From | John Pierce <jpierce@johnpiercelaw.com> |
| To | Highsmith, Christiaan (USACAN) ███████████████████████ |
| CC | ███████████████████████████ Beausey, Karen (USACAN) ███████████████ ███████████ canp.uscourts.gov |
| Date | Monday, December 15th, 2025 at 11:32 AM |

Hi Chris,

I understand that you have concerns, and for good cause, I do as well. Specifically, I am concerned about the prosecution's interference with my client's ability to meet the deadlines set by the Circuit Court to retain specialized counsel, as well as the retaliation he is facing from members of the prosecution team. Both the District Court and Ninth Circuit records reflect the need for specialized counsel, and the supporting arguments were pleaded with specificity (9th Cir. Dkt. 33).

In deciding whether to stipulate to an extension, the government should consider whether the request is constitutionally justified and whether it is independently warranted for medical reasons. Andrade's request related to surgery is not new. Both the District Court and the government were aware that he had not yet received a surgery date and that he was working toward obtaining one this month (D.C. Dkt. 788 at p. 2:2–19). The only new development is the Angina Pectoris. Relevant medical records are attached.

Given your concern about delay, please let me know how much time you believe would be sufficient for Mr. Andrade to meet the Ninth Circuit's deadline and to work effectively with new appellate counsel once retained. I would appreciate a prompt response, as it is necessary to ensure sufficient time to preserve and pursue appellate rights, if required, prior to Mr. Andrade's self-surrender date.

Thank you,
John




Hi John,


No, we will not stipulate. There is significant concern that Mr. Andrade is delaying, and we have not received any medical records.



Sincerely,

Chris

**From:** John Pierce <jpierce@johnpiercelaw.com>
**Sent:** Friday, December 12, 2025 8:37 AM
**To:** Highsmith, Christiaan (USACAN) ███████████████████
**Cc:** ██████████████████████████████Beausey, Karen (USACAN) ███████████████████
████████████canp.uscourts.gov
**Subject:** [EXTERNAL] Update on Andrade's Medical Status and Request for Stipulation

Hi Chris,

Andrade was able to bring his A1C down from 8.7 to 6.9, which finally allowed the VA to clear him for surgery. He has now been scheduled for surgery on January 26, 2025. He had hoped to have the first surgery completed this month, but his surgical team only operates on Wednesdays and their schedule was fully booked.

This left-ankle procedure is a Dwyer osteotomy with anterior capsulotomy and osteophyte excision, performed to correct a cavovarus (high-arched) deformity and address associated structural problems. The surgery involves removing a wedge of bone from the lateral heel to realign the foot, releasing tight tissues at the front of the ankle joint to improve mobility, and removing bone spurs that have been causing pain and limiting motion.

After this surgery, he will be in a cast for approximately six weeks. He will then need a second surgery on his right leg—the same leg where he previously had rods and screws removed—and that procedure will also require a cast.

Additionally, Andrade's doctors noted reduced oxygen flow to his heart (angina pectoris) based on chart review. He has undergone a 2D echocardiogram and is awaiting the results. If further treatment is required, we will attempt to coordinate it either before January 26 or during the recovery periods for his upcoming surgeries.

Separately, Andrade needs time to comply with the 90-day period the Ninth Circuit granted him to retain specialized appellate counsel and to assist counsel in understanding the case before his opening brief is due. For these reasons, I intend to file a motion requesting that his self-surrender date be extended until the date the Ninth Circuit sets for the filing of his appellate opening brief.

Would the government be willing to stipulate to this?

Thanks,

John



This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this email in error, please destroy it and notify me immediately.



**From:** Highsmith, Christiaan (USACAN) ██████████████

**Sent:** Friday, December 12, 2025 5:51 PM

**To:** John Pierce <jpierce@johnpiercelaw.com>

**Cc:** ██████████████████████████ Beausey, Karen (USACAN ████████████████ ██████████ canp.uscourts.gov

**Subject:** RE: Update on Andrade's Medical Status and Request for Stipulation

**21.89 MB    3 files attached    1 embedded image**

image001.png  16.00 KB    Andrade Medical 19780401CP.pdf  2.86 MB    D.C. 788 p.2.pdf  226.55 KB

9th Cir. Dkt.33.pdf  18.79 MB

## I.   GROUNDS

1. *Compelling Medical Necessity and Continuity of Care*

The Court extended Mr. Andrade's self-surrender to October 31, 2025, to allow his colonoscopy on October 14, 2025. (Pierce Decl. ¶ 2; Andrade Decl. ¶ 2). Independent thereof, he requires urgent left-ankle surgery for a chronic injury causing excruciating pain and abnormal gait (left foot bends rightward, forcing him to nearly walk "on his ankle instead of his foot"). (Andrade Decl. ¶ 3).

On August 6, 2025, surgeons planned to remove damaged ankle tissue/bone but deferred for non-surgical treatment (cortisone shot), which failed. (*Id.* ¶ 4; Pierce Decl. ¶ 3). On October 8, 2025, his A1C level which was based off a 3-month average—critical for surgery given diabetes—was slightly elevated due to V.A. hospital delays in insulin (Novolog) delivery in the month of August 2025. (Andrade Decl. ¶ 5).

Post-consultation with his endocrinologist on October 9, 2025, he was shipped a device that will allow daily remote monitoring via mobile app to stabilize levels. A retest is set for November 6, 2025, expected to pass, enabling surgery in November or December 2025 followed by recovery. (*Id.* ¶¶ 6-7; Pierce Decl. ¶ 4). This extension ensures continuity of outpatient care, avoids BOP burdens, and aligns with the Court's prior humanitarian accommodation. Mr. Andrade will promptly update the government and Probation on surgery details. (*Id.* ¶ 8).

2. *Case Complexity and Need for Defendant's Assistance in Appellate Preparation*

This enormous case spans hundreds of docket entries, voluminous discovery, sealed financial exhibits, and intricate forfeiture and restitution issues. (Pierce Decl. ¶ 5; Andrade Decl. ¶ 9). With the recent transition to undersigned counsel, we are communicating with former counsel to retrieve essential work product. (Pierce Decl. ¶ 5). Mr. Andrade's direct input—

DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND SELF-SURRENDER DATE - 2
Case No. 3:20-cr-00249-RS

# Orthopedic Surgery Preoperative Checklist:

NAME: Rowland M. Andrade

DOS: 1-26-26

PROCEDURE: Left ankle Dwyer Osteotomy with possible anterior capsulotomy and osteophyte excision

PreOp (2/3)

SURGEON: Dr. ▮▮▮▮▮

PLEASE NOTE: All preop w/u including( labs,ekg,cxr,dental) that Was not completed prior to preop MUST be completed TODAY.

| | |
|---|---|
| ORTHOPEDIC PREOP APPT DATE: | 5C clinic -5th floor MAKE AT FRONT DESK |
| ANESTHESIA SCREENING PREOP APPT DATE: Make an appointment for clinic #1689 | |
| CHEST XRAY:SECOND FLOOR (ROOM 2C-400) (BY THE CHAPEL AT THE RED ELEVATOR) | |
| LAB – FIRST FLOOR (room1A-180-clinic#1) | Order# |
| EKG- FIFTH FLOOR- 5C Outpatient Clinic | |
| DENTAL CLINIC: SECOND FLOOR (ROOM, 2A -303) **Only if instructed by Provider** PRIVATE DDS: PLEASE BRING CLEARANCE LETTER AT PREOP APPT OR FAX # 713-770-1882: ATTN: ORTHOPEDICS SERVICE | |
| PREOP CLASS:SECOND FLOOR (ROOM 2B -301) PHYSICAL THERAPY/ OCCUPATIONAL THERAPY | Walk in on preop day if needed |
| MEDICATIONS: | |
| POST OPERATIVE APPT: | |

NA

## SURGERY INSTRUCTIONS:

**Per Anesthesia Guidelines:** Ok to drink water up to arrival at hospital.
**Do NOT EAT** after midnight the night before surgery.

Report to 5th floor NU 5H Surgical Ambulatory Care Center (SACC)at the time indicated. A nurse will call you the day before surgery to review instructions and confirm the time of your arrival. If you have not received a call by 8pm, then call to confirm surger▮ ▮▮▮▮▮

▮▮▮▮▮▮▮▮

For changes to surgery date/preop appt or any other concerns, please conta▮ ▮▮▮▮▮
7▮ ▮▮▮▮ or clinic 71▮ ▮▮▮▮▮  Fuor

L foot X-Ray

If you're ever in crisis and need to talk with someone right away, call the Veterans Crisis Line at **988**. Then select 1.

# COMMUNITY CARE-CARE COORDINATION PLAN NOTE

## Details

**Date entered:** November 4, 2025
**Location:** HOUSTON VAMC
**Written by:** J▮▮▮ Z▮▮▮▮▮▮
**Signed by:** J▮▮▮ Z▮▮▮▮▮▮
**Date signed:** November 4, 2025

## Note

```
  LOCAL TITLE: COMMUNITY CARE-CARE COORDINATION PLAN NOTE
STANDARD TITLE: NONVA NOTE
DATE OF NOTE: NOV 04, 2025@10:18    ENTRY DATE: NOV 04,
2025@10:18:32
       AUTHOR: Z▮▮▮▮▮▮,J▮▮▮▮     EXP
COSIGNER:
      URGENCY:                      STATUS:
COMPLETED


Community Care Consult: echocardiogram
             Consult No: ▮▮▮▮▮▮▮
         HSRM Referral #: ▮▮▮▮▮▮▮

Chief Complaint:  Angina Pectoris, unspecified(ICD-10-CM I20.9)

Patient Admitted? No
Level of Care Coordination
  Complex/Chronic
  Care Coordination was determined from:
   Chart Review

    Facility Community Care Office Contact
```

Care Coordination Point of Contact: OIVC staff
                        Phone Number: ████████████
Services:
     Moderate Care Coordination Services
     Case Management, if appropriate
     Direct communications with interdisciplinary team

Plan:
evaluation and treatment
duration 60 days
f/u weekly to monthly

/es/ ████████████
RN
Signed: 11/04/2025 10:35

If you're ever in crisis and need to talk with someone right away, call the Veterans Crisis Line at **988**. Then select 1.

# HEMOGLOBIN A1C+eAG

If you have questions about these results, send a secure message to your care team.

## Details about this test

**Date and time collected:** November 19, 2025, 3:05 p.m.
**Type of test:** chemistry_hematology
**Site or sample tested:** BLOOD
**Ordered by:** S███████ ME█████
**Location:** HOUSTON.MED.VA.GOV
**Lab comments:** None recorded

## Results

If your results are outside the reference range (the expected range for that test), your results may include a word like "high" or "low." But this doesn't automatically mean you have a health problem.

Your provider will review your results. If you need to do anything, your provider will contact you.

### HEMOGLOBIN A1C

**Result:** 6.9 % (High)
**Reference range:** 4.2-5.7 %
**Status:** final
**Lab comments:** Normal: Less than 5.7%,Prediabetes: 5.7% to 6.4%,Diabetes: 6.5% or higher,"Values obtained from A1C measurements can vary.  For typical A1C assays,,a reported value of 7.0 could actually be between 6.7 and 7.3 if,measured by a reference method.  A reported value of 9.0 could actually,be between 8.7 and 9.3. Ref: http://www.ngsp.org/CAPdata.asp"

---

### Estimated Average Glucose

**Result:** 151.33 mg/dL
**Reference range:** See Interpretation mg/dL
**Status:** final

**Lab comments:** Estimated Average Glucose (eAG) estimates outside of the,5.0% to 15.0% Hgb A1C range are not calculated since,estimations in the non-diabetic range have not been verified.

If you're ever in crisis and need to talk with someone right away, call the Veterans Crisis Line at **988**. Then select 1.

# ORTHOPEDIC SURGERY NOTE

## Details

**Date entered:** October 8, 2025
**Location:** HOUSTON VAMC
**Written by:** N████████ GR████████
**Signed by:** N████████ GR████████
**Date signed:** October 8, 2025

## Note

```
 LOCAL TITLE: ORTHOPEDIC SURGERY NOTE
STANDARD TITLE: ORTHOPEDIC SURGERY NOTE
DATE OF NOTE: OCT 08, 2025@15:39    ENTRY DATE: OCT 08,
2025@15:39:15
      AUTHOR: L█████████████████  EXP
COSIGNER:
    URGENCY:                      STATUS:
COMPLETED



ORTHOPEDIC CLINIC NOTE
S: ANDRADE,ROWLAND M is a 47 year-old MALE w/ PMH DM2 (8.7)R ankle fx s/p
ORIF
(10/6/2021) and HWR
(11/22/2022)
now developing posttraumatic arthritis to the right ankle;
also with chronic left ankle pain left ankle sprain many years ago
(calcification of suspected prior deltoid ligament sprain noted on x-
ray),
now with varus angulation to left tibiotalar joint

last seen 1 month ago, CSI to L ankle given at that time. Got R ankle CSI
2
```

months ago. CSI to R ankle helped significantly, left not as much. Brace to left
ankle not helping much. reports he wants to explore surgical options for left
ankle as it hurts too bad now.

O:
General: NAD
left lower extremity:
Inspection: varus aligment, flexibly correctible
Palpation: TTP at lateral ankle diffusely
Motor: EHL/FHL/GS/TA intact
Sensation: intact to light touch in the saphenous/sural/deep
peroneal/superficial peroneal/tibial nerve distributions
Vascular: 2+ DP and PT pulses
ROM:
ankle DF to 10, PF to 40


Imaging:
radiographs of L ankle not weightbearing w/ varus angulation of
tibiotalar joint
as noted above
----------------------------------------------------
ASSESSMENT/PLAN:
ANDRADE,ROWLAND M is a 47 y/o MALE PMH DM2 (8.7)R ankle fx s/p ORIF
(10/6/2021)
and HWR
(11/22/2022)
now developing posttraumatic arthritis to the right ankle;
also with chronic left ankle pain left ankle sprain many years ago
(calcification of suspected prior deltoid ligament sprain noted on x-
ray),
now with varus angulation to left tibiotalar joint
-given his left ankle pain has failed conservative management would be
candidate
for dwyer osteotomy to correct varus deformity however patients a1c too
high at
this time
-weightbearing films ordered today

-RTC when A1C <7 to discuss possible surgical management

/es/ NA████████ GF████████
orthopedic surgery resident
Signed: 10/08/2025 15:43

If you're ever in crisis and need to talk with someone right away, call the Veterans Crisis Line at **988**. Then select 1.

# ORTHOPEDIC SURGERY NOTE

## Details

**Date entered:** November 19, 2025
**Location:** HOUSTON VAMC
**Written by:** U█████ G█████
**Signed by:** U█████ G█████
**Date signed:** November 19, 2025

## Note

```
 LOCAL TITLE: ORTHOPEDIC SURGERY NOTE
STANDARD TITLE: ORTHOPEDIC SURGERY NOTE
DATE OF NOTE: NOV 19, 2025@14:38     ENTRY DATE: NOV 19,
2025@14:38:17
      AUTHOR: G█████ U█████        EXP
COSIGNER:
   URGENCY:                   STATUS:
COMPLETED


Supervising surgeon in Dr. Gr█████████


S:


47 year-old MALE w/ PMH DM2 (8.7)R ankle fx s/p ORIF (10/6/2021) and HWR
(11/22/2022) with posttraumatic arthritis to the right ankle;
also with chronic left ankle pain left ankle sprain many years ago
(calcification of suspected prior deltoid ligament sprain noted on x-
ray),
now with varus angulation to left tibiotalar joint

He has recieved a CSI as well as brace to the ankle and seen by Dr.
G█████████
and offered a Dwyer osteotomy with possible anterior capsulotomy and
osteophyte
```

exicison. His A1c previously was too high (8.7) and recent was 7.5 (improving).
He is here to further discuss surgery given improved A1c.

O:

General: NAD

Left Lower Extremity:
Inspection: varus aligment, flexibly correctible
Palpation: TTP at lateral ankle diffusely
Motor: EHL/FHL/GS/TA intact
Sensation: intact to light touch in the saphenous/sural/deep peroneal/superficial peroneal/tibial nerve distributions
Vascular: 2+ DP and PT pulses
ROM:
ankle DF to 10, PF to 40

Imaging:
radiographs of L ankle not weightbearing w/ varus angulation of tibiotalar joint
as noted above

A/P:

47 y/o MALE PMH DM2 (8.7)R ankle fx s/p ORIF (10/6/2021) and HWR (11/22/2022) now developing posttraumatic arthritis to the right ankle;
also with chronic left ankle pain left ankle sprain many years ago (calcification of suspected prior deltoid ligament sprain noted on x-ray),
now with varus angulation to left tibiotalar joint

- reduction in A1c indicative that he may be scheduled
- he is to obtain a repeat A1C and will call Shiny with results
- If A1c is <7 then we can proceed with surgery scheduling
- He was given Shiny's contact and will notify us if his A1c is improved and
below 7 and so we can schedule him with Dr. G

/es/ U██████ GH██████

Signed: 11/19/2025 14:46

If you're ever in crisis and need to talk with someone right away, call the Veterans Crisis Line at **988**. Then select 1.

# PHARMACY PRIOR AUTHORIZATION DRUG REQUEST CONSULT

## Details

**Date entered:** October 10, 2025
**Location:** HOUSTON VAMC
**Written by:** C[REDACTED]R
**Signed by:** CH[REDACTED]
**Date signed:** October 10, 2025

## Note

```
 LOCAL TITLE: PHARMACY PRIOR AUTHORIZATION DRUG REQUEST CONSULT
STANDARD TITLE: PHARMACY CONSULT
DATE OF NOTE: OCT 10, 2025@15:57    ENTRY DATE: OCT 10,
2025@15:57:48
      AUTHOR: [REDACTED]    EXP
COSIGNER:
    URGENCY:                        STATUS:
COMPLETED


The medical record has been reviewed with regard to this prior
authorization
drug request.

Prior Authorization consults are valid for one year from the date
approved
unless otherwise specified.



  Medication requested: SEMAGLUTIDE 2MG/0.75ML INJ PEN 3ML


Medical history relevant to this request:
Patient with a h/o T2DM (a1c 8.7%) - Endocrine requesting to continue
```

semaglutide as tolerated; in the absence of contraindications (none documented
on file) and/or drug-drug interactions. Per Eye Care 10/24/24: Pt w/ severe
NPDR OD, PDR OS but 'from an ophthalmology standpoint, no contraindication to
semaglutide. Patient follows closely with Eye Care (last visit 5/2025).

The request is approved
- Meets VA Continuity of Care Criteria
Time spent in reviewing this consult:
   15 Minutes

/es/ C███████████████████,BCPS,CDCES,BCACP
Clinical Pharmacy Specialist (HBPC)
Signed: 10/10/2025 16:00

If you're ever in crisis and need to talk with someone right away, call the Veterans Crisis Line at **988**. Then select 1.

# Bilateral arthritis of ankle (SCT 1074941000119105)

**Date entered:** July 1, 2025
**Provider:** CI ████████████████
**Location:** HOUSTON VAMC
**Provider notes:** None recorded

If you're ever in crisis and need to talk with someone right away, call the Veterans Crisis Line at **988**. Then select 1.

# DRUG SCREEN BASIC

If you have questions about these results, send a secure message to your care team.

## Details about this test

**Date and time collected:** October 24, 2025, 6:25 p.m.
**Type of test:** chemistry_hematology
**Site or sample tested:** URINE
**Ordered by:** T█████████████
**Location:** HOUSTON.MED.VA.GOV
**Lab comments:** None recorded

## Results

If your results are outside the reference range (the expected range for that test), your results may include a word like "high" or "low." But this doesn't automatically mean you have a health problem.

Your provider will review your results. If you need to do anything, your provider will contact you.

## BARBITURATES

**Result:** NEGATIVE mA/min
**Reference range:** None recorded
**Status:** final
**Lab comments:** Cutoff Concentration: 200 ng/mL,This is a screening test only.  Positive results are unconfirmed.,Unconfirmed screening results are to be used only for medical,(i.e., treatment) purposes and not for non-medical purposes.This,is a screening test only.  Positive results are unconfirmed.,Unconfirmed screening results should not be used for non-medical,purposes.

## AMPHETAMINES

**Result:** NEGATIVE mA/min
**Reference range:** None recorded
**Status:** final

**Lab comments:** Cutoff Value Concentration:  1000 ng/mL,This is a screening test only.  Positive results are unconfirmed.,Unconfirmed screening results are to be used only for medical,(i.e., treatment) purposes and not for non-medical purposes.,THE PRESENCE OF EPHEDRINE COMPOUNDS IN URINE MAY CAUSE,A FALSE POSITIVE AMPHETAMINE.

---

# COCAINE

**Result:** NEGATIVE mA/min
**Reference range:** None recorded
**Status:** final
**Lab comments:** Cutoff Concentration: 300 ng/mL,This is a screening test only.  Positive results are unconfirmed.,Unconfirmed screening results are to be used only for medical,(i.e., treatment) purposes and not for non-medical purposes.This,is a screening test only.  Positive results are unconfirmed.,Unconfirmed screening results should not be used for non-medical,purposes.

---

# BENZODIAZEPINES

**Result:** NEGATIVE mA/min
**Reference range:** None recorded
**Status:** final
**Lab comments:** Cutoff Concentration: 200 ng/mL,This is a screening test only.  Positive results are unconfirmed.,Unconfirmed screening results are to be used only for medical,(i.e., treatment) purposes and not for non-medical purposes.This,is a screening test only.  Positive results are unconfirmed.,Unconfirmed screening results should not be used for non-medical,purposes.

---

# CANNABIS

**Result:** NEGATIVE mA/min
**Reference range:** None recorded
**Status:** final
**Lab comments:** Cutoff Concentration:  50 ng/mL,This is a screening test only.  Positive results are unconfirmed.,Unconfirmed screening results are to be used only for medical,(i.e., treatment) purposes and not for non-medical purposes.This,is a screening test only.  Positive results are unconfirmed.,Unconfirmed screening results should not be used for non-medical,purposes.

---

# OPIATES

**Result:** NEGATIVE mA/min

**Reference range:** None recorded

**Status:** final

**Lab comments:** Cutoff Concentration: 300 ng/mL,This is a screening test only.  Positive results are unconfirmed.,Unconfirmed screening results are to be used only for medical,(i.e., treatment) purposes and not for non-medical purposes.This,is a screening test only.  Positive results are unconfirmed.,Unconfirmed screening results should not be used for non-medical,purposes.

# ETHANOL/URINE

**Result:** NEGATIVE mg/dL

**Reference range:** None recorded

**Status:** final

**Lab comments:** Negative <10 mg/dL,Positive >10 mg/dL