IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br>v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>Defendant | CASE No. 3:20-cr-00249-RS-1<br><br>**DEFENDANT'S REPLY TO GOV. OPP. MOTION FOR ADMIN RELIEF TO EXTEND SURRENDER DATE AND NINTH CIRCUIT UPDATE**<br><br>Judge:  Hon. Richard Seeborg |

# EXHIBIT - C

**Abramoff- Russia "Call for Action" Election Interference Recording. Originally filed at Dkt. 777, Exhibit J-2 (Dkt. 777-16).** Recording sent to District Court CRD.