IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE No. 3:20-cr-00249-RS-1 |
| Plaintiff | **DEFENDANT'S REPLY TO GOV. OPP. MOTION FOR ADMIN RELIEF TO EXTEND SURRENDER DATE AND NINTH CIRCUIT UPDATE** |
| v. | |
| ROWLAND MARCUS ANDRADE, | |
| Defendant | Judge: Hon. Richard Seeborg |

# <u>EXHIBIT - D</u>

## Highsmith communications regarding his misrepresentations at Mr. Andrade's September 16, 2025 Forfeiture Hearing and his Failure to Correct the Record.

**Originally produced in 9th Cir. No. 25-5095 at Dkt. 21.2; and District Dkt. 777-19.**

See ECF 728 at 17 n.15. Contrary to the government's claim that there "was no concrete evidence of any meaningful sales activity" on the exchanges, see ECF 732 at 13:13-15, the government's own lead victim witness on the scheme charged in the indictment, Ben Boyer, purchased $444,529 worth of tokens on the exchanges, see Tr. 584:6-8; ECF 716-7 at 3 – about as far from "no concrete evidence of any meaningful sales activity" as can be imagined the government knew this prior to the September 16, 2025 hearing and when asked to correct the record prior to the Court's order, they refused to.

Pages 1 - 32

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Richard Seeborg, Judge

UNITED STATES OF AMERICA,       )
                                )
           Plaintiff,           )
                                )
  VS.                           )   NO.  3:20-CR-00249 RS
                                )
ROWLAND MARCUS ANDRADE,         )
                                )
           Defendant.           )
_____)

San Francisco, California
Tuesday, September 16, 2025


**TRANSCRIPT OF REMOTE ZOOM VIDEO CONFERENCE PROCEEDINGS**

**APPEARANCES VIA ZOOM:**

For Plaintiff:
                    CRAIG H. MISSAKIAN
                    UNITED STATES ATTORNEY
                    450 Golden Gate Avenue
                    San Francisco, California 94102
               BY:  **CHRISTIAAN HIGHSMITH**
                    **KAREN D. BEAUSEY**
                    **ASSISTANT UNITED STATES ATTORNEYS**

For Defendant:
                    KING & SPALDING, LLP
                    50 California Street, Suite 3300
                    San Francisco, California 94111
               BY:  **MICHAEL J. SHEPARD, ATTORNEY AT LAW**


                **(APPEARANCES CONTINUED ON FOLLOWING PAGE)**


REPORTED BY:  Ana Dub, RDR, RMR, CRR, CCRR, CRG, CCG
              CSR No. 7445, Official United States Reporter

1   these are exchanges that are international.  You're not going

2   to get records from them.  So the simple way, the only way

3   the Court could know is if the Government had bothered to ask

4   these people "Did you sell anything?"  They didn't, even though

5   we kept pointing this out.

6       And the third thing I would say is, under those

7   circumstances, at a minimum -- and we say this in a number of

8   places -- the Court should hold a hearing, an evidentiary

9   hearing, bring these people in, have them say they sold or not.

10      **THE COURT:**  I'll hear from Mr. Highsmith and then will

11  take it under submission.

12      **MR. HIGHSMITH:**  Thank you, Your Honor.

13      We just disagree about the -- about the evidence in the

14  record.  In our view, the evidence in the record is the

15  opposite of what Mr. Shepard is saying.

16      The evidence in the record is that there was almost no

17  sales on the exchanges whatsoever and that the investors, we --

18  investor after investor after investor came into court and

19  said, "I lost everything.  I lost everything.  I lost

20  everything.  I could not trade on an exchange.  I could not

21  sell on an exchange."

22      We heard about a market manipulation scheme where one of

23  the witnesses tried to influence the exchange, tried to make

24  purchases on the exchange, and when he did, he crashed the

25  exchange.

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.

ROWLAND MARCUS ANDRADE,

Defendant-Appellant.

Case Nos. 25-5095 & 25-6056

D.C. No. 3:20-cr-00249-RS-1

Northern District of California,
San Francisco

# EXHIBIT A

## RE: Andrade Protective Order

From    John Pierce <jpierce@johnpiercelaw.com>

To    Highsmith, Christiaan (USACAN) ████████████████████████████

CC    Andrew Green<andrew@johnpiercelaw.com>, Beausey, Karen ████████████████████████████

Date    Sunday, October 12th, 2025 at 6:03 PM

Hi Chris,

I have signed the protective order. In response to what you stated, of course this is not a question of what's in the public, sealed, or *ex parte* record. What matters is what is known about the conduct of the FBI agents involved—and what actions have been taken in response to that knowledge.

Separately, I'm requesting that you correct two misstatements I understand were made to the Court during the September 16, 2025 forfeiture hearing.

**First**, in advocating for the inclusion of AtenCoin, CrossVerify, and AML Bitcoin in the forfeiture calculation, I understand you responded to the Court's statement that forfeiture must be limited to the indictment period by asserting that, even without AtenCoin, the forfeiture still totaled $8.4 million. However, the CrossVerify proceeds predate the indictment period. So that was an inaccurate statement.

**Second**, I understand you stated to the Court that the digital currency exchanges "didn't work," and claimed that no one sold their coins on the exchanges. This was also incorrect. Members of your team, including SSA Quinn and SSA Zartman, had knowledge of this fact.

For your convenience, I've re-attached the relevant evidence to this email. This material is already reflected in the record, both prior to and following the September 16 hearing.

Please correct these misstatements, which were relied upon by the Court in its ruling on forfeiture amounts, by close of business Wednesday. Failure to do so will result in unnecessary complications and resource strain for both the district and appellate courts in future proceedings. It may also cause issues with DOJ and FBI investigations regarding matters that have to do with this case.

Lastly, as referenced in ECF 777, Footnote 7, I will be sending you a link tomorrow to access the USB data. Apologies for the delay—I had understood it had already been transmitted.

Regards,

John

From: Highsmith, Christiaan (USACAN) ████████████████████
Sent: Wednesday, October 8, 2025 5:36 PM
To: John Pierce <jpierce@johnpiercelaw.com>

Cc: Andrew Green <andrew@johnpiercelaw.com>; Beausey, Karen (USACAN) ████████████

Subject: Andrade Protective Order

Hi John,

Per your request, here is a Word version of the protective order.

I'd like to get you the under seal exhibits you asked for ASAP, but I cannot do that until you agree to protections for Personal Identifying Information and financial information.

And if I understand your email, you seem to be requesting the government to re-produce all discovery in this case. First, your accusations about the FBI destroying evidence in Mr. Andrade's case are wrong and not supported by the record. Second, to the extent you are requesting re-production of all discovery in this case, we have already provided discovery to predecessor counsel at King & Spalding (on top of productions to defense counsel prior to K&S) and we will not be reproducing discovery.

Sincerely,

Chris

---

**From:** John Pierce <jpierce@johnpiercelaw.com>
**Sent:** Wednesday, October 8, 2025 6:19 AM
**To:** Highsmith, Christiaan (USACAN) ████████████
**Cc:** Andrew Green <andrew@johnpiercelaw.com>; Beausey, Karen (USACAN) ████████████
**Subject:** [EXTERNAL] RE: Request in Andrade Case

Hi Chris,

Given that the FBI has destroyed evidence in this case, I cannot agree to place the burden of obtaining discovery on former counsel. Accordingly, I will need you to provide the discovery directly to me.

Please update the protective order and send it back to me in Word format.

Are you willing to provide us with a list of everything that has been destroyed in this case? I would be surprised if you haven't already reported the agents to the OPR—especially given what they have done in this case.

Best regards,

John

---

**From:** Highsmith, Christiaan (USACAN) ██████████████████
**Sent:** Monday, October 6, 2025 5:48 PM
**To:** John Pierce <jpierce@johnpiercelaw.com>
**Cc:** Andrew Green <andrew@johnpiercelaw.com>
**Subject:** RE: Request in Andrade Case

Hi John,

Welcome to the case. I can share the exhibits you requested, but first please review and sign the protective order. It tracks the original protective order (Dkt. 24), includes modifications requested by predecessor defense counsel (Dkt. 357), and has a few modifications to indicate the trial convictions and that you and Charles Morgan have appeared in the case and received discovery from predecessor counsel.

I'm happy to discuss if helpful.

Best,

Chris

---

**From:** John Pierce <jpierce@johnpiercelaw.com>
**Sent:** Friday, October 3, 2025 11:28 AM
**To:** Highsmith, Christiaan (USACAN) ██████████████████
**Cc:** Andrew Green <andrew@johnpiercelaw.com>
**Subject:** [EXTERNAL] Request in Andrade Case

Hello Chris,

I hope you're doing well.

Would you be able to share with me Exhibit 1 (ECF No. 732-2) and Exhibit 2 (ECF No. 732-3) to the Declaration (ECF No. 732-1)?

If possible, could you provide the documents via a secure file-sharing link? That would really help expedite our review.

Thank you,

John



This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this email in error, please destroy it and notify me immediately.

**24.75 MB**    6 files attached    1 embedded image

image001.png 16.00 KB     777-19.pdf 7.87 MB     email-1.3.eml 1.13 MB

Fw_Update_ABTC_selling_at_at_39_cents_now.pdf 856.06 KB

Abramoff-Natko.Russia.Angola.pdf 190.53 KB

Engone Report.pdf 498.17 KB

CTA.zip 14.23 MB

Case: 25-5095, 10/21/2025, DktEntry: 21.2, Page 7 of 44
Case 3:20-cr-00249-RS    Document 811-4    Filed 12/24/25    Page 10 of 47
Case 3:20-cr-00249-RS    Document 777-19    Filed 10/06/25    Page 1 of 23

*purpose*

**CHASE** *I need you to identify the Bank Account & purpose*

*For each Transfer or withdrawal of Funds*

January 05, 2018 through January 31, 2018

Account Number: 000000252727620

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/31 | Fedwire Credit Via: The Bank of New York Mellon/021000018 B/O ▓▓▓ Au-Morphett Vale, Sa 5162 Ref: Chase Nyc/Ctr/Bnf=David Salmon ▓▓▓▓▓▓▓, Inc. Las Vegas, NV 891304 416/▓▓▓ Between Ban KS Bbi=/Ocmt/USD300 / Imad: 0131B1C8154C000371 Trn: 0295900031F1 | 300.00 |
| 01/31 | Fedwire Credit Via: Wells Fargo Bank/121000248 B/O ▓▓▓▓▓▓▓▓▓▓ CA 91535-1840 Ref: Chase Nyc/Ctr/Bnf=David Salmon & ▓▓▓▓▓▓▓▓▓▓▓ 891304 418/▓▓▓ Nyton Imad: ▓▓▓▓▓▓▓▓▓ | 300.00 |
| 01/31 | Interest Payment | 500.19 |

**Total Deposits and Additions**                                  $2,267,901.46

## ELECTRONIC WITHDRAWALS

*Super Bowl AD*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/22 | 01/22 Domestic Wire Transfer Via: F121000358/121000358 A/C: Frames Per Second Productions, Inc Ref:/Time/13:01 Imad: 0122B1Qgc08C014231 Trn ▓▓▓▓▓▓▓▓ | $150,000.00 |
| 01/29 | 01/29 Online Domestic Wire Transfer Via ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Missouri City TX 77489 US Ref: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ LLC/Bnf/Beneficiary ▓▓▓▓▓▓▓▓▓▓▓▓ | *Capital One personal* |
| 01/29 | 01/29 Online Domestic Wire Transfer Via ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Missouri City TX 77489 US Ref: Sent To Representative of Neo Foundation, LLC/Bnf/Beneficiary Marsua A Ndrads On Behalf of Neo Foundation LLC Imad: 0129B1Qgc08C003688 Trn: 3813600029Es | *personal Acct.* |

**Total Electronic Withdrawals**                                  ▓▓▓▓▓▓▓▓

## OTHER WITHDRAWALS

*Super Bowl AD*  *NACP - 9/155*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/25 | 01/25 Withdrawal | $75,000.00 |
| 01/26 | 01/29 Withdrawal | 425,855.00 |
| 01/31 | Trust Interest Transfer | 599.19 |

**Total Other Withdrawals**                                  $501,454.19

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 01/08 | 893,191.47 | 01/17 | 1,814,745.11 | 01/25 | 1,802,749.05 |
| 01/09 | 124,861.97 | 01/18 | 1,858,172.61 | 01/26 | 1,462,399.05 |
| 01/10 | 161,730.75 | 01/19 | 1,675,520.61 | 01/29 | 1,447,436.05 |
| 01/11 | 313,318.23 | 01/22 | 1,635,641.78 | 01/30 | 1,470,273.77 |
| 01/12 | 1,230,015.23 | 01/23 | 1,803,068.33 | 01/31 | 1,506,447.27 |
| 01/16 | 1,482,793.21 | 01/24 | 1,839,259.33 | | |

*Trust Account*

Case: 25-5095, 10/21/2025, DktEntry: 21.2, Page 8 of 44
Case 3:20-cr-00249-RS    Document 811-4    Filed 12/24/25    Page 11 of 47
Case 3:20-cr-00249-RS    Document 777-19    Filed 10/06/25    Page 2 of 23

**CHASE ○**

February 01, 2016 through February 28, 2016
Account Number:    000000252727620

## ELECTRONIC WITHDRAWALS

Marketing

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/01 | 02/01 Online Domestic Wire Transfer Via: BB&T VA/051404260 A/C: Craft ▓▓▓ Arlington VA 22201 US Ref: Nac Foundation, LLC/Bnf/Sent On Behalf of Nac Foundation, Inc. | $95,000.00 |
| 02/01 | ▓▓▓▓▓ to NA/121000248 A/C ▓▓▓ LLC Las Vegas NV 89130 US Ref: Nac Foundation, LLC/Bnf/Nac Foundation, LLC ▓▓▓ Ruzicka, Cpa/Time/13:50 Imad: 0201B1Qgp08C011422 Trn: 5482300032Es | 405,000.00 |
| 02/01 | 02/02 Online Domestic Wire Transfer Via: Wells Fargo ▓▓▓ LLC Las Vegas NV 891▓▓ US Ref: ▓▓▓▓▓▓ dation ▓▓ | 234,729.85 |
| 02/02 | ▓▓▓▓▓▓▓ | 500,000.00 |
| 02/09 | ▓▓▓▓▓▓▓ | |
| | Ruzicka, Cpa▓▓▓▓ | 255,534.00 |
| 02/12 | 02/12 Online Domestic Wire Transfer Via: Wells ▓▓▓▓▓▓ A/▓ on Foundation | |
| 02/12 | 02/12 Online International Wire Transfer A/C: Shinhan Ban ▓▓▓ dation, LLC Taxidunavaile ▓▓▓▓ Ref: Sent On ▓▓▓▓▓ om Nac Foundation, LLC Trn: 5384600043Es Funds/Bnf/To ▓▓▓ | 1,348.95 |
| 02/12 | 02/12 Online Domestic Wire Transfer A/C ▓▓▓TX 787035074 Ref: Return of Funds From Nac Foundation, LLC/Bnf/To ▓▓▓ c F Oundation, LLC Trn: | 5,562.50 |
| | ▓▓▓ 5482300043Es | 6,300.87 |
| 02/12 | 02/12 Online Domestic Wire Transfer Via: Usaa Fed Sa/314074269 A/C ▓▓▓ Angelo TX 76904 US Ref: Return of Funds From Nac Foundation, LLC/Bn ▓▓▓▓ From N Ac Foundation, LLC Imad ▓▓▓▓▓▓ dation | 228,796.00 |
| 02/20 | 02/20 Online Domestic Wire Transfer Via: Wells ▓▓▓▓ LLC Las Vegas NV 89130 US Ref: Nac Foundation, LLC/Bnf/Nac Foundatio ▓▓▓ 40 Imad: 0220B1Qgs02C001047 Trn: 4548700051Es | |
| 02/20 | ▓▓▓▓▓ Wire Transfer A/C ▓▓▓▓ Elkins NY 106031232 Ref: Nac Foundation Authorized 2-19-18/Bnf/C ▓▓ | 7,118.12 |
| 02/20 | 02/20 Online International Wire Transfer A/C: Foreign Cur Bus Acct Bk 1 Columbus Newark DE 197132107 Org: 0000000252727▓▓▓ David Salmon & Associates, Inc. Ben:/NI76Rabo0137866245 O.▓▓▓▓ authorized 02-19-18Nac ▓▓▓ Domi/Eu ▓▓ /Ore Dk To O.C. | 3,837.31 |
| 02/20 | 02/20 Online International Wire Trans ▓▓ A/C: Foreign Cur Bus Acct Bk 1 Columbus Newark DE 197132107 Org: 0000000252727▓▓▓ ▓▓▓ atum of Funds ▓▓▓ Eur222 0 ▓▓▓▓/Acc/C/G L ▓▓ | 411.77 |
| 02/21 | 02/21 Online Domestic Wire Transfer Via: Wells Fargo ▓▓▓▓▓ LLC C/O Kari LLC Las Vegas NV 891▓▓ | 305,638.00 |
| | **Total Electronic Withdrawals** | **$2,049,279.28** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/01 | 02/01 Withdrawal | $15,▓▓▓ |
| 02/26 | Trust Interest Transfer | 421.42 |
| | **Total Other Withdrawals** | **$15,691.64** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 02/01 | 51,083,857.12 | 02/06 | 1,190,793.03 | 02/09 | 784,293.03 |
| 02/02 | 899,449.37 | 02/07 | 1,212,801.03 | 02/12 | 590,241.34 |
| 02/05 | 1,167,476.27 | 02/08 | 1,264,254.03 | 02/13 | 630,821.34 |

Page 19 of 20

Case: 25-5095, 10/21/2025, DktEntry: 21.2, Page 9 of 44
Case 3:20-cr-00249-RS   Document 811-4   Filed 12/24/25   Page 12 of 47
Case 3:20-cr-00249-RS   Document 777-19   Filed 10/06/25   Page 3 of 23

# CHASE ◉

March 01, 2018 through March 30, 2018
Account Number:   000000252727620



## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/02 | Book Transfer Credit B/O NA/Bnf/None Tm: | $500.00 |
| 03/06 | | 300.00 |
| 03/30 | Interest Payment | 212.35 |
| | **Total Deposits and Additions** | **$1,012.35** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT | |
|---|---|---|---|
| 03/01 | 03/01 Online International Wire Transfer A/C: Kookmi 100-7-03 Ref: Nao Foundation Refund Tax | $636.25 | Refund |
| 03/01 | Via: Habe USA/0210010 Bnf/Credit Ka | 517.00 | Refund |
| 03/06 | AC: 0006196221 New York NY 10005 UG Foundation Refund Tm: 4468400065Es | 300.00 | Refund |
| 03/09 | New York NY 10005 US Acco U Nt X77677906 | 300.00 | Refund |
| 03/16 | 03/16 Online International W 100 Ref: Cred Refund/Bnf/C | 2,158.86 | Refund |
| 03/ | Via: Deutsche Bank Trust Company America/0103 witzerland Ben: Worldwide Financial Holdings Inc. Tel Nao Foundation LLC Authorized/Bnf/Credit Worldwide Aviv 52521 10 Financial Ho | 200,000.00 | Worldwide Financial Holdings see attached docs. |
| | **Total Electronic Withdrawals** | **$203,910.11** | |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/30 | Trust Interest Transfer | $212.35 |
| | **Total Other Withdrawals** | **$212.36** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 03/01 | $430,062.39 |
| 03/02 | 430,562.39 |
| 03/06 | 430,562.39 |
| 03/09 | 430,262.39 |
| 03/16 | 428,105.53 |
| 03/22 | 228,105.53 |
| 03/30 | 228,105.53 |

Case: 25-5095, 10/21/2025, DktEntry: 21.2, Page 10 of 44
Case 3:20-cr-00249-RS    Document 811-4    Filed 12/24/25    Page 13 of 47
Case 3:20-cr-00249-RS    Document 777-19    Filed 10/06/25    Page 4 of 23



## CHASE ○

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 31, 2018 through April 30, 2018

~~~~20

ASSOCIATES, INC.

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## CHECKING SUMMARY    IOLTA Account

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $228,105.53 |
| Deposits and Additions | 1 | 58.69 |
| Electronic Withdrawals | 2 | -200,749.99 |
| Other Withdrawals | 1 | -58.69 |
| Ending Balance | 4 | $27,355.54 |
| | | |
| Interest Paid This Period | | $58.69 |
| Interest Paid Year-to-Date | | $1,291.72 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/30 | Interest Payment | $58.69 |
| **Total Deposits and Additions** | | **$58.69** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOU |
|---|---|---|
| 04/11 | 04/11 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Nao Foundation ... Las Vegas NV 89130 US Ref: Nao Foundation ... | $200,000.0 |
| 04/18 | 04/18 Online ... Foreign Cur Bus Acct Bk 1 Columbus Newark De 197132107 Or ... Enterra & Associates, Inc. B... D... Nao Foundation Refund Credit Ntr/31987620/Acc/Credit Trn: 910810 | 749.99  *Refund* |
| **Total Electronic Withdrawals** | | **$200,749.99** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/30 | Trust Interest Transfer | $58.69 |
| **Total Other Withdrawals** | | **$58.69** |

Case: 25-5095, 10/21/2025, DktEntry: 21.2, Page 11 of 44
Case 3:20-cr-00249-RS    Document 811-4    Filed 12/24/25    Page 14 of 47
Case 3:20-cr-00249-RS    Document 777-19    Filed 10/06/25    Page 5 of 23

# CHASE ○

May 01, 2018 through May 31, 2018

Account Number:     000000252727620

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/08 | Chips Credit Via: Bank ████████ N.A. ████ RID: Anica L Esener Santa Rosa CA 95403-1327 ████████ Las Vegas NV ████████ ████████████████████ Santa Rosa CA 95403-1327 | $1,850.00 |
| 05/31 | Interest Payment | 17.11 |
| **Total Deposits and Additions** | | **$1,867.11** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/31 | Trust Interest Transfer | $17.11 |
| **Total Other Withdrawals** | | **$17.11** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 05/08 | $29,205.54 |
| 05/31 | 29,205.54 |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:   Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
•    Your name and account number
•    The dollar amount of the suspected error
•    A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Case: 25-5095, 10/21/2025, DktEntry: 21.2, Page 12 of 44
Case 3:20-cr-00249-RS    Document 811-4    Filed 12/24/25    Page 15 of 47
Case 3:20-cr-00249-RS    Document 777-19    Filed 10/06/25    Page 6 of 23

# CHASE ○

JPMorgan Chase Bank, N.A.
P O Box 182061
Columbus, OH 43218 - 2051

June 01, 2018 through June 29, 2018

Account Number:  000000252727620



000000000000000 E00 00000000000000000 0000000000 00 0000

## CUSTOMER SERVICE INFORMATION

| Web site: | Chase.com |
|---|---|
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## CHECKING SUMMARY  | IOLTA Account

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $29,206.54 |
| Deposits and Additions | 1 | 16.13 |
| Electronic Withdrawals | 1 | -1,850.00 |
| Other Withdrawals | 1 | -16.13 |
| Ending Balance | 3 | $27,355.54 |
| Interest Paid This Period | | $16.13 |
| Interest Paid Year-to-Date | | $1,324.96 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/29 | Interest Payment | $16.13 |
| **Total Deposits and Additions** | | **$16.13** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/27 | 06/27 Online Domestic Wire Transfer ████████████████ | $1,850.00 |
| | ████████████████████ | |
| **Total Electronic Withdrawals** | | **$1,850.00** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/29 | Trust Interest Transfer | $16.13 |
| **Total Other Withdrawals** | | **$16.13** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 06/27 | $27,355.54 |
| 06/29 | 27,355.54 |

Case: 25-5095, 10/21/2025, DktEntry: 21.2, Page 13 of 44
Case 3:20-cr-00249-RS    Document 811-4    Filed 12/24/25    Page 16 of 47
Case 3:20-cr-00249-RS    Document 777-19    Filed 10/06/25    Page 7 of 23

**CHASE** ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 30, 2018 through July 31, 2018
Account Number: ████████20

00000967 DRE 703 210 21216 NNNNNNNNNNN  1 000000000 60 0000

LAS VEGAS NV 89130-4417

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## CHECKING SUMMARY | IOLTA Account

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $27,355.54 |
| Deposits and Additions | 1 | 11.64 |
| Other Withdrawals | 2 | -12,189.75 |
| Ending Balance | 3 | $15,177.43 |
| Interest Paid This Period | | $11.64 |
| Interest Paid Year-to-Date | | $1,336.60 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/31 | Interest Payment | $11.64 |
| | **Total Deposits and Additions** | **$11.64** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/10 | 07/10 Withdrawal | $12,178.11 |
| 07/31 | Trust Interest Transfer | 11.64 |
| | **Total Other Withdrawals** | **$12,189.75** |

*(handwritten annotation: INV-170AM INV 196, INV 157 INV 1756, David Solom Trust FRPS)*

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 07/10 | $15,177.43 |
| 07/31 | 15,177.43 |

Schedule of ███████████████ Aten Group Limited ███████
For Period Beginning March 9, 2016 and Ending September 12, 2016

| Buyers | Number Share Sold | Share Purchase Agreement Payment Amount | Amount Deposit in bank account | Price Per Share | Share Purchase ██████ |
|---|---|---|---|---|---|
| ████ | ██ | $ ██████ | $ ████ | $ 0.02 | 06/03/16 |
| ████ | ██ | ████ | 9,985 | $ 0.02 | 04/12/16 |
| ████ | ██ | ████ | 10,000 | $ 0.02 | 06/01/16 |
| ████ | ██ | ████ | 14,980 | $ 0.02 | 04/29/16 |
| ████ | ██ | ████ | 9,990 | $ 0.02 | 05/01/16 |
| ████ | ██ | ████ | 4,990 | $ 0.04 | 07/15/16 |
| ████ | ██ | ████ | 25,000 | $ 0.10 | 07/08/16 |
| ████ | ██ | ████ | 19,975 | $ 0.10 | 06/07/16 |
| ████ | ██ | ████ | 21,960 | $ 0.10 | 07/06/16 |
| ████ | ██ | ████ | 140,673 | $ 0.10 | 08/22/16 |
| ████ | ██ | ████ | 23,445 | $ 0.10 | 09/09/16 |
| ████ | ██ | ████ | 5,000 | $ 0.10 | 07/14/16 |
| ████ | ██ | ████ | 5,000 | $ 0.10 | 07/25/16 |
| ████ | ██ | ████ | 9,990 | $ 0.10 | 07/14/16 |
| ████ | ██ | ████ | 54,907 | $ 0.10 | 08/01/16 |
| ████ | ██ | ████ | 37,835 | $ 0.10 | 07/27/16 |
| ████ | ██ | ████ | 10,000 | $ 0.10 | 07/27/16 |
| ████ | ██ | ████ | 10,000 | $ 0.10 | 08/15/16 |
| ████ | ██ | ████ | ████ | $ 0.10 | ████ |
| | ████ | $ ████ | $ 518,705 | | |

Total Contract Payment Amount: $    523,914
Total Bank Deposits:    518,705
Difference: $    5,209

Difference Between Contract Payments to Bank Deposits Reconciled:
Bank deposit bank fees $    209
Tyler Hoff,  discount out side of Contract Payment Amount $    5,000
$    5,209

No Assurances Is Provided



 Gmail

Monex 247 <monex247@gmail.com>

## DTN Issues

Richard Nehmer ~~richard~~@dit.network>                                      Tue, Jan 15, 2019 at 3:30 AM
To: Monex 247 <monex247@gmail.com>, Jack Abramoff ~~jack@~~

I am only seeing this now, on the plane from London to Guernsey with Raymond for meetings there. I have of course not shared this with Raymond but I am no less than shocked.

Basically what this email means in loose translation, is as follows:

* no BGC license to DIT completely contradicts what we have have said and done until now, and eliminates any chance of obtaining any third party investment in DIT.  So it is basically killing DIT. So that is 700k in cash and some 7m im value down the drain, save for a nice price of software that can be used for the coin,
* you wanted me to hold off on the cypress company and 12 hours later you told me Darren is already doing it. Aside from the fact that only last week did we do together decide the opposite, you want me to find a replacement in DIT. Add to that the issue of my agreement, it us very clear that you just want me out of this.

Which is all fine. As you may know by now, I have little to no ego and have no interest in sticking around in places I am not wanted. I am at least pleased that you intend to abide by the agreements between us and I will send you a copy of our understandings so that it can be embodied in a full form agreement.

I know we have had some serious points of disagreement between us which is probably the reason you no longer want my involvement but for what it's worth, this is what I would advise you to do moving forward:

* don't kill DIT. It has a huge value both financially and strategically, including for the investigation. Find a way to pump in some funds, keep it alive, raise external funds especially from 20/30 who can be a perfect target and strategic partner. Aside from its independent intrinsic value, take into consideration that if you don't achieve IP litigation funding, this is all you have. So dont rush to kill it so fast thinking that the patents will cover for it. Ip funding
Is as we saw last week, by no means in the bag and can very easily be declined landing you with a grand nothing.
* pump the RE funds back into the activity. They are both much needed and will improve your positioning.

* bring Evan in to take over at DIT immediately. Things are volatile there and you need someone you trust taking hold of it, and not Darren.

* and when I say not Darren, I have nothing against him but you need someone with capabilities plus someone you can rely on. He can not be in DIT nor in the cypress company. Don't forget, when I was approached by your friends, I had a 150 minute dialog with them which I assumed you must have listened to and after which I think you came out strong. I don't know how long Darren spent with them but he came out chasing you. I am not blaming him for anything but that is who you want handling your affairs under the circumstances.

* drop this Ben Dunn Karl Ralph stupidity once and for all. It is draining funds and effort  for absolutely no good reason

* get Paul/Angela  on board for the patent litigation effort.

Btw, don't even attempt to explain that the DIT license issue is just not to undermine the licensing company as you saw the draft agreement I sent you and we both know that there is a clear distinction between identity management and the technology of verifications.

And last note, no worries, I have no intention of leaving scorched earth and I will not undermine the sucess of the project in any way.

Best Regards,
Richard

(Sent via mobile, please disregard any typos)
[Quoted text hidden]



Marcus Andrade <ceo@amlbitcoin.com>

**draft press release**
13 messages

**Jack** [redacted]    Fri, Apr 27, 2018 at 6:44 PM
To: Marcus [redacted]    Richard [redacted]

# AML BitCoin Executives Huddles with Port of San Francisco Leadership

## Blockchain Applications Could Greatly Improve Security and Efficiency

NAC Foundation, LLC, creator of the world's only patented digital currency with banking security features recently concluded a highly successful meeting with officials from the Port of San Francisco, at the Port's headquarters.

As reported from NAC Foundation's previous meetings with Port Commissioner Leslie Katz, the Port of San Francisco continues its efforts to avail itself of cutting edge technologies, bringing unparalleled services to its customers and patrons and to the Bay Area in general. Like many industries and governmental bodies, the Port has been exploring use of the blockchain in their operations. This was one of the focuses the meeting with NAC Foundation.

Of particular interest to the Port are the patented blockchain applications developed by NAC Foundation, and its associated companies. The NAC Foundation-based CrossVerify Anti-Money Laundering Gateway facilitates verification of security compliance. This technology undergirds the security features of the AML BitCoin, the world's only patented AML compliant digital currency.

Port Executive Director, Elaine Forbes, one of several key Port leaders attending the meeting, will be following up on three possible uses for the Port of this cutting edge technology:

First, the implementation of a blockchain-based identification and tracking system for passengers and cargo which would greatly benefit the California Association of Ports (CAPA).

Second, the ability to migrate the Transportation Worker Identification Credential (TWIC) to the NAC CrossVerify platform could greatly improve efficiency, while maintaining security.

Third, the adoption of the CrossVerify platform by Carnival and other major cruise ship operators would promote seamless integration with applicable authorities, and immense cost savings.

These three technological possibilities stem from NAC Foundation and AML BitCoin's patented digital identification systems, which are also helping shepherd a transformation in the digital currency arena.

Joining Executive Director Forbes on behalf of the Port of San Francisco were Commission Leslie Katz and Chief Operating Officer Byron A. Rhett. Marcus Andrade, chief executive officer of NAC Foundation was joined by Richard Naimer, chairman of the Digital Identity Trust Network and Japeth Dillman, Chief Strategy Officer for AML BitCoin.

---

**Marcus** ▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐                Sat, Apr 28, 2018 at 6:14 PM
To: Japheth ▐▐▐▐▐▐▐▐

Hello, Let me know if this is ok for us to send out.

Please get Leslie's approval and the Ports approval.

Feel free to make any modifications.

Thanks,

Marcus
[Quoted text hidden]

---

**Richard** ▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐                Sun, Apr 29, 2018 at 1:45 AM
To: Jack ▐▐▐▐▐▐▐▐▐▐     Marcus ▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐ >

Convinced me!

Marcus has a picture as well.

[Quoted text hidden]

---

**Jack** ▐▐▐▐▐▐▐▐▐▐▐▐▐▐                Sun, Apr 29, 2018 at 4:19 PM
To: Richard ▐▐▐▐▐▐▐ , Marcus ▐▐▐▐▐▐▐▐▐▐▐▐

Just noticed the typo in the title.

[Quoted text hidden]

---

**Jack** ▐▐▐▐▐▐▐▐▐▐▐▐ >                Sun, Apr 29, 2018 at 4:19 PM
To: Richard ▐▐▐▐▐▐▐ , Marcus ▐▐▐▐▐▐▐▐▐▐▐▐

Also, we should add a quote from Marcus. as we get close to sending this out, let me know and we'll put in something that will be relevant for that day.

---

**From:** Richard ▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐
**Sent:** Sunday, April 29, 2018 2:45 AM
**To:** Jack ▐▐▐▐▐▐▐▐▐▐▐▐ Marcus Andrade <ceo@amlbitcoin.com>
**Subject:** RE: draft press release

Convinced me!

[Quoted text hidden]

---

**Richard** ███████████████████                                    Sun, Apr 29, 2018 at 6:58 PM
To: Jack ███████████████   Marcus ██████████████████

How about this:

'We are happy that the Port of San Francisco executives find our blockchain based solutions as effective and beneficial
and we look forward to working with the Port executives to explore adoption of our solutions accross CAPA and TWIC...'

Best Regards,
Richard

(Sent via mobile, please disregard any typos)
[Quoted text hidden]

---

**Jack** ██████████████████████                                  Sun, Apr 29, 2018 at 7:21 PM
To: Richard ██████████████   Marcus ██████████████

super

[Quoted text hidden]

---

**Japheth** ██████████████████████                              Tue, May 1, 2018 at 11:32 AM
To: le█████ K ██ █   Marcus ████████████████████

Marcus on cc... are there edits you'd suggest?

On Tue, May 1, 2018 at 9:05 AM, leslie ███████████████████
  No

  On Tue, May 1, 2018, 9:44 AM Japheth ████████████████████ > wrote:
    This is a or they are pushing out, you ok with this?

    Sent from my iPhone

    Begin forwarded message:

    [Quoted text hidden]

--
████████████████
█ █ █ █   █ █ █ █



---

**leslie**  ████████████          Tue, May 1, 2018 at 1:20 PM
To: Japheth ████████████
Cc: Marcus ████████████

This is disappointing. It way overstates what transpired, invites a retraction from the Port, and will ensure they do not take steps to help w TWIC. Tone it down and make it accurate. If this goes out you will do more harm as the Port should/would issue a correction/clarification. Please do not do this.
[Quoted text hidden]

---

**leslie**  ████████████          Tue, May 1, 2018 at 1:21 PM
To: Japheth ████████████
Cc: Marcus ████████████

The Port's press secretary is ████████████████████. You could work with her on a release but this is a bit unorthodox.
[Quoted text hidden]

---

**Marcus**  ████████████████ &gt;          Wed, May 2, 2018 at 12:49 PM
To: leslie

Hello Leslie,

My apologies, Obviously I didn't right it. Also, there is no way I would allow anything to go out without your prior approval or that of the port.

It will not go out.

Also, any updates on the conflict check?

Thanks,

Marcus
[Quoted text hidden]
--

Marcus Andrade, Founder



---

**Marcus Andrade** <ceo@amlbitcoin.com>          Thu, Oct 4, 2018 at 11:23 PM

To: C█████████████████

---------- Forwarded message ----------
█████████████████████████████████
█████████████████████████
█████████████████████████
█████████

█████████████████                                    ███████████████

███████████████████████
███████████
████████████████████████
█████████████████

[Quoted text hidden]
[Quoted text hidden]



# FAQ

## What is the difference between AML BitCoin and AML BitCoin Token? 

AML BitCoin Tokens are put in place to start using NAC's products until the AML BitCoin is finally developed.

AML BitCoin Token does not have any anti-anonymous or compliance features. When the AML BitCoin is developed, it will have various compliance features.

AML BitCoin Token is not activated for anti-money laundering compliance. AML BitCoin offers the benefit of a public blockchain and market decentralization associated with the ability to stay in compliance with international financial, banking, privacy acts and other regulations. NAC may enable compliance features on the AML BitCoin Token.

## I purchased AML BitCoin Tokens and I have not received my tokens. What should I do? 

## How do I get the AML BitCoin Wallet? 

## How can I get technical support or ask questions? 

## How can I stay-up-to-date with AML BitCoin news? 

## When do I need to identify myself? 

## How can I create a certified digital identity profile? 




**Can I mine AML BitCoin Token?** 

**What is your refund policy for those that participated in the AML BitCoin Token Sale?** 

**Besides the refund clause in the 'Terms and Conditions', is there any other way to get a refund?** 

## What is the total supply of coins in real time?

## More Information

About Us

White Paper

Terms & Conditions

Data Privacy Policy

## Please Note

The AML BitCoin Token is currently trading and not the finalized AML BitCoin.

The AML BITCOIN is now ready. **Click here to get your AML BitCoin Wallet now.**

## Contact Us

Corporate Office
7495 Azure Dr. Suite 110
Las Vegas, NV 89130

Phone: +1 702-515-4038
Email: info@amlbitcoin.com

© 2014-2020 Copyright NAC Foundation All rights reserved.

    

# Fwd: Port fo San fransisco meeting

From: 'Marcus ███████████████████

To: ███████████████████████

Date: Tuesday, February 2nd, 2021 at 8:33 PM

---------- Forwarded message ---------
From: **Richard** ████████
████████ Apr 27, 2018 at 5:35 PM
Subject: Port fo San fransicso meeting
To: Jack ████████████████ Marcus ███████████████████████

Summary

On Friday, April 27th, a meeting was held between NAC Foundation and the Port of San Francisco, a meeting
which took place at the Port of San Francisco.

At the meeting were present:

On behalf of the Port of San Francisco:

L███ Ka██ Commissioner,

Executive Director, E███ F████

Chief Operating Officer, By███ A. R███

Head of Security, _____

On behalf of NAC Foundation:

Marcus Andrade, CEO

Richard Naimer, CEO of DTN

Japheth Dillerman, Consultant

The meeting was scheduled further to discussions held between NAC and the Commissioner regarding the
potential of integrating block chain applications in the operations of the Port of San Francisco.

At the meeting, NAC presented the benefits of block chain in general and in particular, the block chain
applications developed by NAC. The primary focus of the discussions circled around the characteristics and
benefits of the NAC backed CrossVerify Anti money Laundering Gateway which enable the verification of
compliance by users customers and the advantages of the AML Bitcoin as the only currently known AML
compliant digital currency.

Further discussed were possible use cases and practical implementation of these NAC blockchain application by

and in the Port of San Francisco.

The outcome of the meeting were three primary use cases which the Port of San Francisco would be most applicable, both for the Port of San Francisco and for similar West Coast ports:

Possible implementation of a blockchain based identification and tracking system for passengers and cargo which may be adopted by California Association of Ports (CAPA);

Transferring of the Transportation Worker Identification Credential (TWIC) to the NAC CrossVerify platform;

Adoption of the CrossVerify platform by Carnival and other major cruise ship operators which can be integrateable with immigration and security authorities;

Executive Director Elaine Forbes will be following up on all three of these use cases and make the required introductions for NAC to discuss the implementation of the NAC applications for theses use cases.

Richard


--

Marcus Andrade

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to legal@amlbitcoin.com. Thank you.

| From: | Jack ▮▮▮▮▮ S05/Exchange Administrative Group |
| --- | --- |
| | (FYDIBOHF23SPDLT)/Recipients/a1d827a503224ee9a2d075e31fc15d84- |
| | jack> |
| Sent: | 11/15/2015 1:05:12 PM -0800 |
| To: | 'Richard' ▮▮▮▮▮ |
| Subject: | FW: retainer |
| Attachments: | Eye To Eye Retainer Draft..docx; Ukraine Renewed and Reunited |
| | Memo.docx |

**From:** Jack ▮▮▮▮▮
**Sent:** Thursday, November 12, 2015 10:43 PM
**To:** Denis Gorbunenko ▮▮▮▮▮
**Subject:** retainer

Hi Denis.

I have drafted a retainer agreement that includes the items we discussed this week, divided into phases and parts. The phase that's related to building the new force is still encapsulated in the memo I did before we met. Therefore, I suggest that we attach that memo as an Exhibit to the retainer agreement.

The agreement will be with whatever company you guys use (please get me that info, including name of signatory, name of company and address of company - as soon as possible), and the lobbying company I will use on this side, Eye-to-Eye Strategies. It is headed by one of my top guys, and we use it for intense and rather urgent efforts. Jason Hickox, who has worked with me for almost 20 years, heads that particular company and they will serve as the general contractor for me to engage the others I need for this, etc.

I have not yet shared with Jason the retainer agreement, so we might still need a few changes from our side, but in the interest in moving this along quickly, I figured I should get this to you to review for this weekend, sending me any changes you require, so we can sign this on Monday and get moving. We have a lot to do quickly.

I also do not have the banking info for this project yet, but will have it Monday, or maybe even tomorrow. Once I have it, we'll incorporate in the retainer agreement.

Please review the document, and re-review the exhibit which is the memo I sent previously, to let me know any changes. We'll do the same and, hopefully Monday we can have something we can all sign to move forward.

Thanks so much.

Regards,

Jack

 ASSERSON

Richard ▮▮▮▮▮
DIT Network Ltd
23 Austin Friars
London EC2N 2QP

**By email:** ▮▮▮▮▮▮▮▮▮▮

14 November 2018

Dear Richard,

### General Legal Support for DIT Networks Ltd (DIT)

We are really excited to have been appointed as DIT's UK legal advisers. This letter confirms the basic terms of this engagement. Please also see our Standard Terms and Conditions of Engagement (**Standard Terms**), a copy of which is attached.

### Scope of our Work

You have asked us to assist you with general legal support for DIT, and in particular, your proposed Series A fundraise which is targeted for the first quarter of 2019 (**Fundraise**).

We will create the suite of Fundraise documents once the timing of the Fundraise and the likely identity of the new investors is clearer. For now, our initial activity will include (in the following order):

- Review (and, to the extent necessary, revise) the draft patent licence agreement between BCG Inc and DIT;

- Design and draft an employee share incentive plan; and

- Prepare the loan agreement (and related licence agreement) between NAC and DIT.

To the extent there are aspects of this engagement which involve the law of other jurisdictions we will need, of course, to consult with lawyers in those jurisdictions. We will discuss this with you should the need arise.

### Our Fees

I will be the lawyer primarily responsible for this matter and I will be assisted by Oliver ▮▮▮▮▮ and other lawyers and staff as needed. My time is charged at £325 per hour, Oliver's time is charged at £285 per hour, Richard's time is charged at £250 per hour and Avishai's time is charged at £230 per hour. Other rates will range from £325 per hour (for another partner/consultant) to £150 per hour, or less, for a paralegal.

Given your start-up status, I have agreed to discount our rates by 20% on the basis that we will be entitled to recover the discount and charge an uplift bonus in the event the Fundraise is successful. The uplift on success would also be 20% (in other words, in the event of a successful raise, our final fee would be 120% of our total chargeable time). I suggest we define "success" when we have a higher level of clarity on the size and shape of the Fundraise.

Tel Aviv / London

1 Azrieli Centre, Round Tower, 32nd Floor, 132 Menachem Begin, Tel Aviv, 6701101    38 Wigmore Street, London, W1U 2RU
+972 (0)3 744 9191    +44 (0)203 150 1300

**Asserson Law Offices** is regulated by the Solicitors Regulation Authority (Number 549779)    www.asserson.co.uk

 **ASSERSON**

We are very transparent and cost-conscious when it comes to billing and we will always keep you informed as to costs as we progress.

Our hourly rates are exclusive of VAT, which (where applicable) is charged in addition. The rates will normally be increased on 1 October each year. The Firm's policy on expenses and disbursements is contained in the Standard Terms.

Please note that we invoice our clients on a monthly basis.

**Limitation of Liability**

Our liability to you in respect of breach of contract or breach of duty or fault or negligence or otherwise whatsoever arising out of or in connection with this engagement is limited to the greater of £3 million (three million pounds sterling) and the total amount of the fees charged by us arising out of or in connection with this engagement.

**Money Laundering Regulations**

The Proceeds of Crime Act 2002 and the Money Laundering Regulations 2007 require us to carry out certain due diligence procedures. We may need to ask for your assistance in meeting these obligations, but we will endeavour to keep these requirements to a minimum.

**Complaints Handling Procedure**

I fully expect that our relationship will be successful and problem free. However, should you have any issues that cannot be readily resolved otherwise, please contact Trevor Asserson (+44 (0)203 150 1300; trevor@asserson.co.uk) who will take appropriate steps to resolve your concern.

Further information regarding our complaints procedure and your right to complain to the Legal Ombudsman is contained in our Standard Terms and Conditions.

**Agreement to Terms**

Please sign, date and return a copy of this letter to confirm your agreement to these engagement terms.

If you have any questions, please do not hesitate to contact me.

Once again, thank you very much indeed for this instruction. We are very much looking forward to a long and successful relationship with DIT.

Yours sincerely,

Howard Rubenstein
Partner
**ASSERSON LAW OFFICES**

**ASSERSON**

Accepted By:

**For and on behalf of the DIT Network Ltd**

Signed:

Name Printed:   *Richard Naimer*

Position:

Date:           19 November 2018

| | |
|---|---|
| **From:** | dropbox@fbi.sgov.gov |
| **Sent:** | Friday, May 8, 2020 1:33 PM |
| **To:** | ZARTMAN, BRENDON (SF) (FBI) |
| **Subject:** | UNET to FBINET Uploaded Files |
| **Attachments:** | Fw_Update_ABTC_selling_at_at_39_cents_now.pdf |

**Zartman, Brendon (SF) (FBI)**

From:        Quinn, Ethan A. (SF) (FBI)
Sent:        Friday, May 8, 2020 11:29 AM
To:          Zartman, Brendon (SF) (FBI)
Subject:     Fw: Update: ABTC selling at at 39 cents now

From: Da████████████████████>
Sent: Wednesday, May 6, 2020 12:23
To: Quinn, Ethan A. (SF) (FBI) ████@fbi.gov>
Subject: Fwd: Update: ABTC selling at at 39 cents now

---------- Forwarded message ---------
From: D███ M██████████████
Date: Tue, Apr 28, 2020, 4:27 PM
Subject: Re: Update: ABTC selling at at 39 cents now
To: Ben█████████████████████
Cc: D███ █████████████████████

It is slow, however I have seen a pick up in sentiment regarding ABTC. Marcus also did tell me he's looking to be listed on new exchanges, which will speed this process.

I don't think this slowness will last much longer, provided Marcus executes on bring a new exchange online. One of the challenges now is the inability for USA based buyers to access.

On Tue, Apr 28, 2020 at 4:17 PM Ben████████████████████████wrote:
  The market volume is low - a couple hundred ABTC per day right now, the highest was 6000 ABTC .
  I have 100.000 ABTC on active order, but it's selling slowly.

  We can sell more and slightly faster but at a lower price, more in the 34/35 cent range.

        Am 29.04.2020 um 01:00 schrieb D███ A██████████████

        At this rate it'll take like 100 years no?

        On Tue, Apr 28, 2020, 3:59 PM Ben████████████████████
        wrote:
          Gentlemen,

          ABTC is now selling consistently over 36 cents now, mostly in the range of 39 cents.
          We've already sold roughly 20.000 ABTC at this point. I'm not going in too aggressively since we don't
          want to tank the market.
          Will sell larger quantities starting at 43 cents again.

1





# Extraction Report
Apple iPhone Logical

## Participants
Natko ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Jack ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

## Conversation - Instant Messages (23)

| ☆ | ▮▮▮▮▮▮▮▮▮▮ Natko ▮▮▮▮ | 1/26/2017 9:23:35 PM(UTC+0) |
|---|---|---|
| | How is our project coming along? | |

| ☆ | ▮▮▮▮▮▮▮▮▮▮ Abramoff | 1/26/2017 9:23:47 PM(UTC+0) |
|---|---|---|
| | hope to have a memo for you later today | |

| ☆ | ▮▮▮▮▮▮▮▮▮▮ Abramoff | 1/26/2017 11:36:08 PM(UTC+0) |
|---|---|---|

Attachments:

▶

https://mmc.whatsapp.net/d/CpykuP6-
a7xKjaAZfOH5iF4Kh-
wiAgBsVUHuDyMpertoodS1E7ZMtNbsqwft5ieH
5Upoykqqp.enc
6aa66bf0-0faa-4c65-98a6-b70ff5356814b.m4a

| ☆ | ▮▮▮▮▮▮▮▮▮▮ Abramoff | 1/26/2017 11:36:51 PM(UTC+0) |
|---|---|---|
| | Natko, please find a recording of the pitch I recommend.  Please listen to it and then let's chat.  let me know what you think, or if you need more. thanks | |

| ☆ | ▮▮▮▮▮▮▮▮▮▮ Natko ▮▮▮▮ | 1/29/2017 11:00:42 PM(UTC+0) |
|---|---|---|
| | I listened to a recording several times. I get the broad strategy of what is being offered. What I think I need additionally is a 10-point written plan with a good headline which I want to use in reaching some top managers and assistants in big Russian companies in Moscow. This one pager would clearly outline the lay of the land in Washington, some of the key figures and possible outcomes we will go after. What do you think? | |

| ☆ | ▮▮▮▮▮▮▮▮▮▮ Natko ▮▮▮▮ | 1/29/2017 11:05:56 PM(UTC+0) |
|---|---|---|
| | I would not waist time if I think I can reach them. I have some direct contacts but I need to position this so it flies immediately. Will put a framework on the paper which you can finalize | |

| ☆ | ▮▮▮▮▮▮▮▮▮▮ Natko ▮▮▮▮ | 1/29/2017 11:21:11 PM(UTC+0) |
|---|---|---|
| | Check him out: first lead...Mikhail ▮▮▮▮▮ | |

| ☆ | 385912020125@s.whatsapp.net Natko ▮▮▮▮ | 1/29/2017 11:24:10 PM(UTC+0) |
|---|---|---|
| | Second guy. Vladimir ▮▮▮▮▮▮▮▮ Chairman of Systema | |

| ☆ | ▮▮▮▮▮▮▮▮▮▮ Natko ▮▮▮▮ | 1/29/2017 11:25:33 PM(UTC+0) |
|---|---|---|
| | Sure, will be in touch. I am in contact with their people. | |

| ☆ | ▮▮▮▮▮▮▮▮▮▮ Natko ▮▮▮▮ | 2/2/2017 5:54:41 PM(UTC+0) |
|---|---|---|
| | They are very slow, Jack, in getting back to me on my proposal to organize a high level meeting. I will let you know when I get in the door. Let me know when you know more details on Dana's schedule for Russia. N | |

1



Jack                                                                        2/5/2017 5:05:37 AM(UTC+0)

hi Natko. He's going to Russia for Easter.

Natko                                                                        2/16/2017 7:38:14 AM(UTC+0)

What happened to Flynn?

Natko                                                                        2/16/2017 7:38:32 AM(UTC+0)

How is this shaping relations with Russia now?

Abramoff                                                                    2/16/2017 10:39:03 AM(UTC+0)

unclear what happened exactly, but it won't help vis a vis Russia, as there is now one less key Administration player who
understands this issue.

Abramoff                                                                    2/16/2017 6:33:41 PM(UTC+0)

where did we leave things with you reaching out to some funders?

Natko                                                                        2/16/2017 6:39:26 PM(UTC+0)

Am working on it, not an easy jump, I need big guns

Abramoff                                                                    8/24/2017 9:19:34 PM(UTC+0)

The nation of Angola and the African continent depend on rapidly adopting new technologies and building opportunities for
all our peoples. The hope for a prosperous and secure future rests on moving Angola forward in the global economic
system. Fortunately, for our emerging economy, the advent of blockchain technology will quickly enhance our ability to serve
our people and partner with friends across the globe.

We are particularly interested in the exciting possibilities borne from the introduction of digital currency. Providing Angolans
with an ability to conduct business throughout the world instantly, with a low cost of transaction, and access through devices
such as mobile phones, will enable our people to succeed far beyond their dreams.

With these great opportunities, however, come challenges to our security and peace that we must meet. Anonymous digital
currencies, such as Bitcoin, have attracted many users, but unfortunately included in their ranks are terrorists and criminals
who are unwelcome in our nation.

My administration will do all we can to expand opportunity for our people, but digital currencies that are used for money
laundering and other suspicious activities will not be given a free reign in our nation. Instead, we will seek rules and
regulations only permitting anti-money laundering (AML) digital currency to operate within the Republic of Angola.

AML Bitcoin will provide our nation with the immense advantages of the digital currency revolution, without facilitating
criminal behavior. While maintaining the facility for transfer of funds, we can be assured of origination of funds and identity of
senders and receivers, preventing rouge elements from gaining traction in our society.

AML Bitcoin brings great promise for Angola and all of Africa and I look forward to working with AML Bitcoin and joining with
the community of nations as they embrace this secure and exciting new technology.

Natko                                                                        9/2/2017 1:48:49 PM(UTC+0)

Which platform are we going to use for AML's ICO 1st October? Thanks

Abramoff                                                                    10/25/2017 12:35:12 PM(UTC+0)

hi Natko. have you set up an AML Bitcoin wallet? i think you need to do that to get the commission link. please do so and
i'll walk you through it.

Natko                                                                        10/30/2017 8:29:39 PM(UTC+0)

You follow this?

MANAFORT INDICTMENT SHAKES K STREET: The indictment against Paul Manafort and Rick Gates unsealed this
morning charges the two men with crimes including money laundering, tax evasion and conspiracy against the United States.
But the charges of most interest to K Street are those accusing Manafort and Gates of deliberately evading the Foreign
Agents Registration Act, which requires lobbyists for foreign interests to disclose their activities to DOJ.

Abramoff                                                                    10/30/2017 8:31:02 PM(UTC+0)

yes. it has cast a pall over the entire city

Natko                                                                        10/30/2017 8:31:37 PM(UTC+0)

Terrible



Case: 25-5095, 10/21/2025, DktEntry: 21.2, Page 35 of 44
11/8/2017 11:41:03 AM(UTC+0)

Here you do...I drafted one piece covering two visits in Europe. You can play with the title...
AML BitCoin founder Marcus Andrade explores cooperation with Estonian and Slovenian governments

Marcus Andrade, chief operating officer of the NAC Foundation, LLC, and creator of the innovative new digital currency AML BitCoin, met with Slovenian and Estonian officials to discuss how governments could utilize AML BitCoin's blockchain platform.

On the margins of the EU Digital Summit held in Tallinn, Estonia, Andrade explored ways of cooperating with the e-Residency team which had floated the idea of Estonia launching its own digital ESTcoin. Furthermore, Andrade briefed legislators, in particular, Member of the Estonian Parliament Kalle Palling on the compliant digital currency initiatives from the US and other parts of the world. "AML BitCoin can engage in mainstream commerce, taking its place among traditional payment options", explained Andrade. Marek Pajussar from the Estonian Financial Supervision Authority indicated interest especially in AML's technological developments with AML and KYC requirements and procedures.

In Slovenia, Andrade briefed Slovenian Deputy Prime Minister and Minister of Public Administration Boris Koprivnikar. Minister Koprivnikar said he believed that blockchain is the technology of the future and wanted to understand how the identification segment of the AML platform worked and could be used on a wider scale. As the Minister of Public Administration, Mr Koprivnikar sees public administration as a service that has to ensure efficient support for citizens, various organizations and all state administration and public-sector bodies. "AML's white label platform is unique. It relies on complex verification methods, such as patent-pending biometric digital identification, that other platforms do not have and have not yet developed. This makes the AML platform ideal for use by governments wanting to make their services digital, but also wanting to protect user identity", explained Andrade.

In addition to his successful meeting with Minister Koprivnikar, Andrade also met with representatives of the Slovenian National Assembly. Deputy Matej Tonin, one of the representatives pushing for cyber security regulation wanted to understand whether regulating blockchain and digital currencies was on the agenda in other countries.

"A number of nations throughout the world have recently moved against anonymous digital currency, such as Bitcoin, for fear that their anonymity promotes entry by criminal and terrorist elements into otherwise protected financial systems. In the United States, Members of Congress are considering legislation barring the use by U.S. merchants of anonymous, non-AML compliant cryptocurrencies", explained Andrade.

Andrade hopes that Slovenia and Estonia, the European Union's digital agenda leaders, will maintain an open dialogue with AML BitCoin and will explore ways of how AML's white label platform could be put to use by governments worldwide.



# Extraction Report
Apple iPhone Logical

## Participants
Ro█████
Jack █████████████████████

## Conversation - Instant Messages (61)



☆ 👤  ████████ Roger █████                                2017-03-17 3:08:00 PM(UTC+0)

+24████████
Gabon phone number

☆  ████████ Jack █████                                    2017-03-17 7:10:07 PM(UTC+0)  👤

Thanks

☆  ████████ Abramoff                                      2017-04-30 5:58:39 PM(UTC+0)  👤

hi there. I'll have it for you later today. forgot I had a meeting at 2 pm. probably around 6 or so, if that's Ok

☆ 👤  ████████ Roger █████                                2017-04-30 5:59:45 PM(UTC+0)

Ok on stand by ,0

☆  ████████ Abramoff                                      2017-04-30 6:09:09 PM(UTC+0)  👤

my guy is late. I drafted the body of the letter. Is this OK?

I hope this letter finds Your Excellency well and I am very much looking forward to meeting with Your Excellency to discuss the program we proposed earlier this year.

I will be available to travel to Brazzaville during the week of May 15, 2017, if this is convenient for you, to formally present the program and the contract. I will come with Mr. Lemaye Favitsou Boulandi from our office in Washington, DC.

I sincerely thank you for your kind understanding and the steps you would take to facilitate our journey and stay with you.

Please accept, Excellency, the assurance of my highest and respectful consideration.

☆ 👤  ████████ Roger █████                                2017-04-30 6:10:13 PM(UTC+0)

Look ok.

☆  ████████ Abramoff                                      2017-04-30 6:12:13 PM(UTC+0)  👤

here it is on letterhead (unsigned as of yet, of course). I have the French version of the last trip letter we sent. should i send it to you so you can edit, and get it back to me, so i can get both to Richard for signature?

RANGATIRA LIMITED,
Public Policy Consultants

Le 30 avril 2017

Son Excellence Monsieur Denis SASSOU NGUESSO
Président de la République, Chef de l'Etat
Palais Présidentiel
Brazzaville, République du Congo

Objet : Visite à Brazzaville

Excellence Monsieur le Président de la République,

Je voudrais, de prime abord, m'excuser de n'avoir pas pu faire le déplacement sur Brazzaville au début du mois de février pour des raisons de santé. Je suis heureux de savoir que la mission parlementaire américaine conduite par l'Honorable Dana Rohrabacher a eu des échanges forts fructueux avec Votre Excellence.

A présent, je me sens en mesure de faire le voyage sur Brazzaville durant la semaine du 15 mai 2017, si cette période convient à Votre Excellence, afin de vous présenter formellement le programme et le contrat y relatif. Je viendrai en compagnie de Monsieur Lémaye Favitsou Boulandi de notre bureau de Washington, DC.

Je vous remercie sincèrement de votre bienveillante compréhension et des mesures que vous feriez prendre pour faciliter notre voyage et notre séjour avec vous.

Veuillez croire, Excellence Monsieur le Président de la République, en l'assurance de ma très haute et respectueuse considération.

Richard Naimer, President

—

April 30, 2017

His Excellency Mr. Denis SASSOU NGUESSO
President of the Republic, Head of State
Presidential Palace
Brazzaville, Republic of Congo

Re: Visit to Brazzaville

Excellency Mr. President:

First of all, I would like to express my regrets for not making the trip to Brazzaville in early February for medical reasons. I am glad to know that the American Congressional Delegation led by the Honorable Dana Rohrabacher had very fruitful discussions with Your Excellency.

Now, I feel able to travel to Brazzaville during the week of May 15, 2017 if that period is convenient for Your Excellency so as to formally present the program and the relating contract to you. I will come in the company of Mr. Lemaye Favitsou Boulandi of our Washington, DC Office.

I thank you very sincerely for your kind understanding and the measures you will have taken to facilitate our trip and stay with you.

Please accept, Excellency Mr. President, the assurances of our highest and respectful consideration.

Ric███ N███
Chairman
125 Menachem Begin Street, Tel Aviv, Israel 21217



Le 30 avril 2017

Son Excellence Monsieur Denis SASSOU NGUESSO
Président de la République, Chef de l'Etat
Palais Présidentiel
Brazzaville, République du Congo

Objet : Visite à Brazzaville

Excellence Monsieur le Président de la République,

J'espère que cette lettre trouvera Votre Excellence en bonne santé et j'attends avec beaucoup d'anticipation de rencontrer Votre Excellence afin de discuter du programme que nous vous avions proposé au début de l'année.
Je serai disponible pour me rendre à Brazzaville au courant de la semaine du 15 mai 2017, si cette période convient à Votre Excellence, afin de vous présenter formellement le programme et le contrat. Je viendrai en compagnie de M. Lémaye Favitsou Boulandi de notre bureau de Washington, DC.
Je vous remercie très sincèrement de votre bienveillante compréhension et des mesures que vous feriez prendre pour faciliter notre voyage et notre séjour avec vous.
Veuillez accepter, Excellence Monsieur le Président de la République, l'assurance de ma très haute et respectueuse considération.

R███ Na███
Président

---

Abramoff                                                    2017-05-01 11:57:13 AM(UTC+0)

Rangatira April 30 letter .pdf
Attachments:

[PDF]

https://mmg.whatsapp.net/d/f/AjG6aLqwjHN7RR
X3SphdN_SEDACxs4xHHEKP2_g7rl-U.enc
afse9681-a940-4156-af6e-29dcfe952197.pdf

---

Abramoff                                                    2017-05-01 11:57:13 AM(UTC+0)

April 30 letter fr.pdf
Attachments:

[PDF]

https://mmg.whatsapp.net/d/f/AnY7TvHzh4A0T
USbj-54nrK8_WpdpB_mpZ7xLzFU5Mym.enc
ec0f7ecb-60a4-4597-ada4-b7b0f6a4f97a.pdf

---

Abramoff                                                    2017-05-09 9:12:02 PM(UTC+0)

who, as in who is the guy in the video? i thought i saw Sassou at the beginning, but not sure. who is the dancer, and what's going on with this?

---

Roger ███                                                   2017-05-09 9:14:31 PM(UTC+0)

JDD and President Sassou are in village as last nigh will get back to on our deal Sunday.

---

13014379538@s.whatsapp.net Roger Engone                     2017-05-12 3:47:28 PM(UTC+0)

https://www.wsj.com/articles/u-s-seizes-assets-from-lobbyist-with-alleged-ties-to-gabons-leader-1494534147
Attachments:

U.S. Seizes Assets From Lobbyist With Alleged
Ties To Gabon's Leader
https://www.wsj.com/articles/u-s-seizes-assets-
from-lobbyist-with-alleged-ties-to-gabons-
leader-1494534147
cb881423-0ff7-4c27-9b74-
4804f0a40feb.thumb



We live in a world of progress and change. Nowhere is this change more evident than in the rapid technological expansion and innovation that are bringing peoples closer together and making prosperity, freedom and opportunity more abundant. We in Gabon are working to provide our people with greater opportunity than past generations could imagine.

As Gabon continues to advance, the new technologies facilitating financial possibilities present themselves to our nation. One of these exciting new innovations is digital currencies. Digital currencies will enable many of our citizens to participate in the global economy in a seamless and cost effective fashion. But, while digital currencies, such as Bitcoin, offer great opportunity, they also create challenges related to national security and safety.

Each day's news includes stories about how terrorists, drug dealers, sex slave traffickers and other criminals utilize anonymous digital currencies, such as Bitcoin. While we wish our people to have the opportunity to join the growing legions of digital currency users across the globe, we cannot invite criminal and terroristic elements to access our society.

Therefore, while we greatly celebrate the growth of digital currencies, we will not facilitate anonymous digital currency in our nation, only those digital currencies that are compliant with rigorous standards against money laundering (AML) and which can identify the originators and receivers of digital currencies in the event those parties engage in suspicious activities.

I am delighted to learn that AML Bitcoin, a soon-to-be-released anti-money laundering compliant digital currency, meets the high standards we anticipate enacting for our nation, and I greatly encourage those who wish to participate in this exciting new world to do so through compliant digital currencies – in order to keep our people safe and secure.

---

12022369706@s.whatsapp.net Jack Abramoff                                               2017-08-28 4:05:41 PM(UTC+0)

Mr. Marcus Andrade

---

12022369706@s.whatsapp.net Jack Abramoff                                               2017-08-28 4:05:48 PM(UTC+0)

NAC Foundation, LLC

---

 13014378536@s.whatsapp.net Roger Engone                                 2017-08-28 4:09:52 PM(UTC+0)

Thanks got it.

---

12022369706@s.whatsapp.net Jack Abramoff                                               2017-10-11 6:53:57 PM(UTC+0)

hi Brother. Here is the memo on how this could work.

---

Abramoff                                                                                2017-10-11 6:53:58 PM(UTC+0)

We will use digital currencies (bitcoin) to get this done. In particular, we'll use AML Bitcoin (AML), which is the only digital currency that is designed to be accepted by governments. Here is the procedure:

1. There have to be at least 2 Angolan participants
2. Each participant will designate to RE the Angolan bank (where they have deposits) that they will be using to participate in transaction
3. The participants need to confirm to RE that the Angolan bank can make a transfer to a US account on behalf of Participants, in South African Rand. Assuming the bank can do so...
4. Each Participant will send RE their passport (clear jpg file)
5. Each will sign a contract (attached) with Marcus Andrade and NAC Foundation (owners of the AML) to do a test run transfer of coins
6. The test run will be $1M for each Participant, which will be wired to an attorney trust account in the US (the account information will be available if the transaction proceeds. The funds will be held in that escrow account until the transaction proceeds. If it cannot proceed, the attorney will return the funds to the Participants' bank account.
7. After receipt of signed contracts, passports and confirmation of wire to attorney trust accounts, AML will run KYC (know your customer) check to ensure participants are not on OFAC or terror watch lists.
8. Assuming participants are clear, funds will clear to AML from attorney trust accounts; AML will set up participants' AML Bitcoin wallets (deposit accounts). $1M in AML will be deposited into each wallet.
9. Phase 2: AML will sell $100M of AML (75M total coins) to Participant number 1 (P1). P1 will wire $100M to AML account, after which AML will deposit 75M AML in P1 wallet.
10. Participant 2 (P2) will buy 75M AML from P1 for $100M (or market price – coin price will increase based on market) (through a digital coin exchange that AML will arrange for participants, likely HIT btc).
11. P1 will receive $100M (or sale price) for sale.
12. P1 will transfer 75M AML into P2 wallet.
13. P1 will deposit $100M (or sale price) into P1 Dubai Account – minus fee to RE (20% of funds deposited in P1 Dubai account, to be paid to RE account)
14. P1 will then buy 75M AML from P2 (through a digital coin exchange, likely HIT btc) for new Rand funds wired from Angola bank, wired to AML for P2's account [price will be market price; the higher the price the more P1 and P2 can transfer]
15. P2 will transfer 75M AML to P1 wallet; P2 will deposit sales price ($100M plus market price increase) in P2 Dubai account - minus fee to RE (20% of funds deposited in P2 Dubai account, to be paid to RE account).
16. Process repeats
17. This approach could enable deposits of more than US$1B per month in each Dubai account

---

Abramoff                                                                                2017-10-11 6:54:06 PM(UTC+0)

i am sending the contract in a minute.




4



AML Bitcoin Purchase Agreement 17-10-11.docx

Attachments:

https://mmg-
fna.whatsapp.net/d/f/AkB4bPh4gkoiMfvX217Ln
DiKXhyFgKHsufDwhcZ1bi.enc
e5d83984-3782-4f85-8f36-c077bbf90fd0.docx

**Abramoff**                                   2017-10-11 7:05:23 PM(UTC+0)

this is the contract that both of them would have to submit.  they also have to submit jpg's of their passports, per the earlier
memo and this contract

**Roger**                                      2017-10-11 7:05:54 PM(UTC+0)

Ok

**Abramoff**                                   2017-10-11 7:06:27 PM(UTC+0)

as soon as you find out that their angolan bank can do rand transfers, please email me at jackabramoff@hpeprint.com and
then come to my house so we can take the next steps, which will be you calling my guys while i'm in the room (can't use the
phone tomorrow because of the Jewish holiday, but you can. :)

**Abramoff**                                   2017-10-11 7:07:03 PM(UTC+0)

first step: find out if the bank can do it.  second step: run the memo by your guy.  see if they are OK with this.  If so, email me
(to my printer address) and then come over and we'll take it from there.

**Roger**                                      2017-10-11 7:07:32 PM(UTC+0)

Very good.

**Roger**                                      2017-10-16 6:58:20 PM(UTC+0)

Attachments:

https://mmg-
fna.whatsapp.net/d/f/AnR11v3Z3JZykmHxu5sE
SkLG0J8EVkvflA1fRLccDYi.enc
dbe07b8f-bc35-4f1b-ba37-a2f8481304e6.jpg

**Abramoff**                                   2017-10-16 6:59:51 PM(UTC+0)

Looks like my living room! Hahaha

**Roger**                                      2017-10-16 7:03:03 PM(UTC+0)

passport Emery Dos Santos.pdf

Attachments:

https://mmg-
fna.whatsapp.net/d/f/ApqBrEVboT0M0bF_ojRQj
2bmXAceyg6fKo4lBgUJXVVMZ.enc
08f41790-15c7-4f9b-a4db-201db5ae72e3.pdf

**Roger**                                      10-16 7:03:51 PM(UTC+0)

Roger.

On the contract specify the time frame for the conversion, country of destination, Bank guarantee will be issued just to
guarantee the exit of the funds. In case of delay the bank guarantee must be cashed
with a red clause for cash back on the face value 100%

Richard



Abramoff                                                                                    2017-10-18 8:00:38 PM(UTC+0)

got it. thanks

Roger                                                                                       2017-10-18 9:30:00 PM(UTC+0)

Can we get the draft contract tomorrow !

Jack                                                                                        2017-10-18 9:34:22 PM(UTC+0)

I'm still waiting to hear from Carlos, who is meeting this afternoon with the attorneys in Panama.

Roger                                                                                       2017-10-18 9:35:24 PM(UTC+0)

Okay on standby.

Abramoff                                                                                    2017-10-23 11:55:10 PM(UTC+0)

I just spoke with him. They are still working and hope to have a draft tonight. The situation is far more complex because of
the amount of funds. they have to put together several banks to handle this. Most of these transactions are around $50M.
The group traveling there will include the attorney, Carlos and the logistics guy. We'll have their passport jpg's shortly
(hopefully tomorrow). Carlos had to have his renewed. as I mentioned. because he had been traveling on a diplomatic
passport for years, and this other passport lapsed. He made an appointment to have them do it tomorrow. More either later
tonight if they send the draft, or in the morning.

Abramoff                                                                                    2017-10-24 7:17:27 PM(UTC+0)

i just received 3 drafts, but am not sure which of them is for Emery. Give me a few minutes.

Roger                                                                                       2017-10-24 7:27:07 PM(UTC+0)

OK

Abramoff                                                                                    2017-10-24 9:56:08 PM(UTC+0)

Please check your email

Roger                                                                                       2017-10-24 10:08:08 PM(UTC+0)

When over the email as you know you can't be on the loop on this transaction per our last conversation on this matter. This
observation is per Carlos email.

Roger                                                                                       2017-10-24 10:13:30 PM(UTC+0)

Can't forward this to Emery with your name on it. Second we need to meet tomorrow, and be on the same page.

Abramoff                                                                                    2017-10-25 12:34:00 PM(UTC+0)

CONTRATO SERVICIOS Zentrum Angola a.doc

Attachments:

https://mmg-
fna.whatsapp.net/d/f/AsOhfPY4XciWfufdEBNwf
fMSDRKDGPW_knjZxea3j6SBR.enc
ea196cdf-b079-47a3-8439-866a9c1cbb3f.doc

Roger                                                                                       2017-10-26 11:42:32 AM(UTC+0)

I just spoken with Emery.
Kwanzaa's draft will be amended and send back to Carlo, he wish to get the whole thing before doing so.

Abramoff                                                                                    2017-10-26 9:14:32 PM(UTC+0)

Attachments:

https://mmg-fna.whatsapp.net/d/f/Ao-
HspMNf7bDM3axiqiZpzrjA9J0YWQcZKK9YM-
P185m.enc
6991f38c-f360-4058-84c6-4a376f366022.jpg

6





hi brother. Remember that guy we met from Nigeria, whose first name was Christmas? Do you remember his last name? someone asked me whether I knew a Christmas Apkodiete, or something like that from Nigeria. Was that the guy we met that day at that hotel during the African summit here in DC? Thanks my brother

Yes his the same guy , and running as President of Niger .

Sorry Nigeria.

Attachments:

https://mmg-
fra.whatsapp.net/d/f/AkJ8Xlb6AYx11fTOA5i3zo
jKMs8x7WYSJCIzd75ymA.enc

Any luck on the gold or diamond !

Not yet but one guy is still traveling

1000 to 15000 bitcoins
Proof by screenshot hiding private account infos
Day market price minus 2-5% discount

8

PLACE HOLDER

EXHIBIT J-2

ABRAMOFF RECORDING

RUSSIA FUNDS INTO USA