IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE No. 3:20-cr-00249-RS-1 |
| Plaintiff | **DEFENDANT'S REPLY TO GOV. OPP. MOTION FOR ADMIN RELIEF TO EXTEND SURRENDER DATE AND NINTH CIRCUIT UPDATE** |
| v. | |
| ROWLAND MARCUS ANDRADE, | |
| Defendant | Judge: Hon. Richard Seeborg |

# <u>EXHIBIT - F</u>

## Highsmith withholding of exculpatory recordings involving Foteh and Mr. Andrade.

**Originally filed at Dkt. 777, Exhibit K (Dkt. 777-18). Recording sent to District Court CRD.**