IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br>v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>Defendant | CASE No. 3:20-cr-00249-RS-1<br><br>**DEFENDANT'S REPLY TO GOV. OPP. MOTION FOR ADMIN RELIEF TO EXTEND SURRENDER DATE AND NINTH CIRCUIT UPDATE**<br><br>Judge: Hon. Richard Seeborg |

# EXHIBIT - F

## Highsmith withholding of exculpatory recording involving a CHS, a UCE, Mr. Andrade's attorney colluding with the CHS without Andrade's knowledge, and Mr. Andrade

**This recording supports the evidence filed at Dkt. 777, p. 21:7–14, which is further supported by Exhibit I (Dkt. 777-14).**

**Recording sent to District Court CRD.**