John M. Pierce (Bar No. 250443)
jpierce@johnpiercelaw.com
**JOHN PIERCE LAW P.C.**
21550 Oxnard Street, 3rd Floor
Woodland Hills, CA 91367
Tel. (321) 961-1848
Attorney for Defendant
ROWLAND MARCUS ANDRADE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>Defendant. | Case No. 3:2-cr-00249-RS<br><br>NOTICE OF MANUAL FILING OF EXHIBIT C [ECF NO. 811-4]. EXHIBIT F [ECF 811-7], EXHIBIT G [ ECF NO. 811-8] TO DEFENDANT'S REPLY TO GOV. OPP. MOTION FOR ADMIN RELIEF TO EXTEND SURRENDER DATE AND NINTH CIRCUIT UPDATE<br><br>Judge: Hon. Richard Seeborg, Chief Judge |

The filing was through email to the CRD of the Honorable Judge Richard Seeborg while copying AUSA Highsmith, AUSA Karen Beausey and AUSA Merry Chan on December 24, 2025.

| EXHIBIT C [ECF NO. 811-4] | Abramoff Russia Funds into the USA Recording |
|---|---|
| EXHIBIT F [ECF NO, 811-7] | Foteh-Andrade Social Media Related Recording |
| EXHIBIT G [ ECF NO. 811-8] | (UCE, CHS, Andrade Attorney, and Andrade. Andrade Attorney knows CHS and UCE are working with the Government.) |

This filing was not submitted via e-filing due to its format as a Non-Textual Computer File (audio).

DATED: December 24, 2025

Respectfully Submitted,

/s/
_____
JOHN M PIERCE,
Attorneys for Defendant
ROWLAND MARCUS ANDRADE