UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20-cr-00249-RS-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER DENYING MOTION FOR RECONSIDERATION** |
| ROWLAND MARCUS ANDRADE, | |
| Defendant. | |

Defendant Rowland Marcus Andrade's motion for reconsideration of the order denying his second motion to extend his self-surrender date (Dkt. 815) is denied.

**IT IS SO ORDERED**.

Dated: December 31, 2025

RICHARD SEEBORG
Chief United States District Judge