UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 5 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff - Appellee,<br><br>  v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>  Defendant - Appellant. | No. 25-5095<br><br>D.C. No.<br>3:20-cr-00249-RS-1<br>Northern District of California,<br>San Francisco<br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>  Plaintiff - Appellee,<br><br>  v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>  Defendant - Appellant. | No. 25-6056<br>D.C. No.<br>3:20-cr-00249-RS-1<br>Northern District of California,<br>San Francisco |
| UNITED STATES OF AMERICA,<br><br>  Plaintiff - Appellee,<br><br>  v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>  Defendant - Appellant. | No. 25-6507<br>D.C. No.<br>3:20-cr-00249-RS-1<br>Northern District of California,<br>San Francisco |

Before: PAEZ and H.A. THOMAS, Circuit Judges.

The court has received appellant's emergency motion (Docket Entry No. 41)

for a temporary stay of the self-surrender date. In light of appellant's self-surrender date of January 9, 2026, his request, in Docket Entry No. 42, that this court grant relief by January 6, 2026, is denied.

Appellee's response to the motion is due January 7, 2026, at 9:00 AM Pacific. Appellant's optional reply is due January 7, 2026, at 5:00 PM Pacific.