John M. Pierce (Bar No. 250443)
jpierce@johnpiercelaw.com
**JOHN PIERCE LAW P.C.**
21550 Oxnard Street, 3rd Floor
Woodland Hills, CA 91367
Tel. (321) 961-1848

Attorneys for Defendant
ROWLAND MARCUS ANDRADE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>Defendant. | Case No. 3:20-CR-00249-RS<br><br>**NOTICE OF RELATED UNITED STATES SUPREME COURT CASE**<br><br>*ROWLAND MARCUS ANDRADE AND ABTC CORP V. INTERNAL REVENUE SERVICES*<br><br>Supreme Court Case No. 25-723<br><br>(On Petition for Writ of Certiorari from the United States Court of Appeals for the Fifth Circuit)<br><br>Judge:    Hon. Richard Seeborg |

### I.    Relevance

This criminal case is related to the above-referenced Supreme Court matter because both

arise from the same IRS investigation and involve overlapping facts concerning the abuse of IRS

civil investigative processes to circumvent the Federal Rules of Criminal Procedure in this

- 1 -

1  criminal prosecution.

2      In September 2017, IRS Criminal Investigation ("CID") personnel in the Northern District

3  of California issued a criminal subpoena seeking information relating to Defendant Andrade and

4  others. (*See* Ex. 1.) The same IRS CID agent subsequently authored multiple letters in 2019 to

5  third parties concerning Andrade, using the agent's Washington, D.C. address and confirming a

6  joint DOJ, FBI, and IRS criminal investigation into Andrade. That same agent later obtained

7  search warrants for Andrade's home and office in 2020, and thereafter testified before a grand

8  jury, which resulted in Andrade's indictment in this case before this Court.

9

10     Counsel recently obtained evidence that, on June 26, 2019, the IRS Criminal Investigation

11  Division authorized a Bank Secrecy Act ("BSA") civil investigation into Andrade and his

12  affiliated entity.  This authorization constituted a violation of both DOJ and IRS policies, as

13  Andrade was already under active criminal investigation by the Department of Justice at that

14  time. Specifically, IRS Internal Revenue Manual 4.26.8.4 (02-14-2019) states: "A BSA Title 31

15  summons may not be issued after an IRS-related criminal referral has been made to the U.S.

16  Attorney's office or to the Department of Justice (DOJ) Tax Division."

17  https://www.irs.gov/irm/part4/irm_04-026-008. Therefore, the issuance of a civil BSA

18  investigation in 2019 while Andrade was under criminal investigation constitutes a violation of

19  internal IRS policy.

20

21     The related civil action, now before the Supreme Court, challenges the IRS's use of

22  administrative summonses issued under the Bank Secrecy Act and the Right to Financial Privacy

23  Act. In that civil proceeding, Defendant sought disclosure of all BSA civil summonses,

24  subpoenas, obtained financial records, and related materials concerning himself and associated

- 2 -

entities for the period 2017 through 2024, to which the Government objected and never provided.

Those same categories of documents obtained from the CID approved civil BSA investigation

were not produced to Defendant during discovery in this criminal case. As a result, Defendant

does not know what information was obtained by the IRS's civil BSA division or what

information was shared with IRS Criminal Investigation Division. This information was

important in order to properly investigate any potential issues relating to the fruit of the poisonous

tree.

   Additionally, while Defendant Andrade was under criminal investigation—and even after

his indictment in this matter—the IRS used civil administrative processes to demand testimony

from Defendant on at least four occasions, specifically in 2019, 2021, 2023, and 2024. These

demands for testimony and records occurred during the pendency of the criminal prosecution and

concerned matters directly related to the charged conduct. Notably, the IRS also sought

documents and communications involving Andrade and any and all government agencies,

regardless of subject matter. It is believed that this request was made in order to enable the IRS to

determine the full extent of the misconduct complaints filed by Andrade against IRS, SEC, and

FBI agents, including the one who testified before the grand jury. To counsel's understanding,

Judge Beeler directed the government to produce all relevant documents related to the 2019

Treasury Complaint. Notably, this complaint was not against the BSA agent who was randomly

assigned to investigate the BSA case. Instead, the defendant sought an investigation into the

circumstances surrounding the BSA case's initiation, following a threat by Jack Abramoff to

surrender all of his assets or face investigations by the IRS, DOJ, SEC, and FBI.

   Defendant contends in the related IRS civil case that the IRS CID abused civil process and

- 3 -

1 | violated statutory and constitutional protections by using administrative summonses and

2 | testimony demands to obtain information outside the constraints of the Federal Rules of Criminal

3 | Procedure, thereby circumventing the safeguards governing criminal discovery and compelled

4 | testimony.

5 |

6 |     The Petition for Writ of Certiorari expressly references this criminal case, *United States v.*

7 | *Andrade*, No. 20-CR-00249-RS, as a concurrent prosecution arising from the same investigation

8 | and involving overlapping factual and procedural issues.

9 |

10 | Dated: January 6, 2026

11 |

12 |

13 |
  /s/ John M. Pierce
14 |
John M. Pierce (Bar No. 250443)
JOHN PIERCE LAW P.C.
15 |
21550 Oxnard Street, 3rd Floor
Woodland Hills, CA 91367
16 |
Tel. (321) 961-1848
jpierce@johnpiercelaw.com
17 |
Attorney for Appellant Rowland Marcus Andrade

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

- 4 -

27 | Notice of Related United States Supreme Court Case                    CASE NO. 3:20-CR-00249-RS
*Rowland Marcus Andrade & ABTC Corp V. IRS.*
28 | SCOTUS Case No. 25-723

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 6, 2026, a true and accurate copy of the above and foregoing was filed on the above date with the Clerk of Court, using the Court's CM/ECF system, which will automatically provide notice and a copy of said filing to all parties or attorneys of record registered therein.

/s/ John M. Pierce
John M. Pierce, Esq.

- 5 -

Notice of Related United States Supreme Court Case                    CASE NO. 3:20-CR-00249-RS
*Rowland Marcus Andrade & ABTC Corp V. IRS.*
SCOTUS Case No. 25-723