1  John M. Pierce (Bar No. 250443)
   jpierce@johnpiercelaw.com
2  **JOHN PIERCE LAW P.C.**
   21550 Oxnard Street, 3rd Floor
3  Woodland Hills, CA 91367
   Tel. (321) 961-1848
4
   Attorneys for Defendant
5  ROWLAND MARCUS ANDRADE

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              Case No. 3:20-CR-00249-RS

12              Plaintiff,                 **DECLARATION OF JOHN M. PIERCE
                                           IN SUPPORT OF NOTICE OF**
13      v.                                 **RELATED UNITED STATES
                                           SUPREME COURT CASE**
14  ROWLAND MARCUS ANDRADE,
                                           Judge:    Hon. Richard Seeborg
15              Defendant.

16

17

18

19                       EXHIBIT 2

20

21   DECLARATION OF JOHN M. PIERCE IN SUPPORT OF NOTICE OF RELATED UNITED
22                  STATES SUPREME COURT CASE

23

24       I John M. Pierce declare as follows:

25   1.  Counsel recently obtained evidence that, on June 26, 2019, the IRS Criminal

26       Investigation Division authorized a Bank Secrecy Act ("BSA") civil investigation into

27       Andrade and his affiliated entity.

28   2.  Counsel hasn't been paid and doesn't have the resources to further investigate these

                              - 1 -

matters and therefore rely on the government, specifically AUSA Christiaan

Highsmith to investigate these matters AND to make the proper disclosures to the

defendant and to the court.

I declare under penalty of perjury under the laws of the United States that the forefoing is

true and correct. Executed on January 6, 2025.


/s/ John M. Pierce
John M. Pierce

- 2 -