UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 8 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. ROWLAND MARCUS ANDRADE, Defendant - Appellant. | No. 25-5095 D.C. No. 3:20-cr-00249-RS-1 Northern District of California, San Francisco ORDER |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. ROWLAND MARCUS ANDRADE, Defendant - Appellant. | No. 25-6056 D.C. No. 3:20-cr-00249-RS-1 Northern District of California, San Francisco |
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. ROWLAND MARCUS ANDRADE, Defendant - Appellant. | No. 25-6507 D.C. No. 3:20-cr-00249-RS-1 Northern District of California, San Francisco |

Before: PAEZ and H.A. THOMAS, Circuit Judges.

The emergency motion (Docket Entry No. 41) for a temporary stay of

appellant's self-surrender date is denied. *See Nken v. Holder*, 556 U.S. 418, 433-34 (2009).

This court's order of November 17, 2025, which stayed briefing for 90 days to enable appellant to locate suitable replacement counsel, remains in effect.