UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROWLAND MARCUS ANDRADE,<br><br>Defendant. | Case No. 20-cr-00249-RS-1<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR MISCELLANEOUS RELIEF** |
|---|---|

Defendant Rowland Marcus Andrade has moved to reinstate certain objections in the form of 18 footnotes which this Court had stricken from the initial Presentence Report ("PSR"). As clearly stated during the Sentencing Hearing, these footnotes, which simply recount Defendant's version of the facts implicitly rejected by the jury, are inappropriate for inclusion in the PSR. Accordingly, the requested relief is denied.

Andrade makes a further request for a recommendation for designation to a particular federal correctional facility following anticipated surgery. That is a determination best left to the Bureau of Prisons at this juncture. Accordingly, the request is denied.

**IT IS SO ORDERED**.

Dated: January 9, 2026

_____
RICHARD SEEBORG
Chief United States District Judge